CR 16 515

JOHNSON, J.

TISCIONE, M.J.

WMP:JPL
F. #2012R01716

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------X

UNITED STATES OF AMERICA

- against -

JOHN DOE,

Defendant.

-------------------X

NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: Brooklyn, New York
September 27, 2016

FILED
CLERK
2016 SEP 27 PM 2:03
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

Recv'd 9/28/16

ROBERT L. CAPERS
United States Attorney
Eastern District of New York
Attorney for Plaintiff
271 Cadman Plaza East
Brooklyn, New York 11201

By: ______________________
James P. Loonam
Assistant United States Attorney
(718) 254-7520

Cc: Clerk of the Court
Defense Counsel