**DOCKET NUMBER: CR 16-0515 (NGG)**

### CRIMINAL CAUSE FOR ARRAIGNMENT / GUILTY PLEA

**Date Received By Docket Clerk:**_____     **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE: SEPTEMBER 29, 2016   TIME IN COURT __ HRS   60  MINS**
@ 2:30 PM.
**1. DEFENDANT: OZ AFRICA MANAGEMENT GP, LLC. (CORPORATION)**

Present X  Not Present     Custody  Not Custody

**DEFENSE COUNSEL:** MARK K. SCHONFELD, JOEL M. COHEN, LEE G. DUNST AND  F. JOSEPH WARIN
   FEDERAL DEFENDER:  CJA:           RETAINED:  X
        Corporation Representative: Colleen Kilfoyle
 **2. DEFENDANT:**
 Present  Not Present        Custody    Not Custody

**DEFENSE COUNSEL:**
   FEDERAL DEFENDER:     CJA:    RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody      Not Custody**

**DEFENSE COUNSEL:**
  **FEDERAL DEFENDER:  CJA:   RETAINED:**

**A.U.S.A.:** JAMES LOONAM, JONATHAN LAX, DAVID PITLUCK, LEO TSAO AND JAMES MCDONALD

**COURT REPORTER: CHARLEANE HEADING**
**INTERPRETER:    LANGUAGE:**

| | | | |
|---|---|---|---|
| X | Change of Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested | |
| ☐ | Arraignment | ☐ Sentencing on a violation | |
| ☐ | Bail Application | ☐ Motion Hearing | |
| ☐ | Violation | ☐ Hearing | |
| ☐ | Status Conference | ☐  Sentencing | |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction | |
| ☐ | Curcio Hearing | ☐ Oral Argument | |
| ☐ | Voir Dire Held  ☐ | Jury selection   ☐ Jury trial | |
| ☐ | Jury Trial Death Penalty  ☐ | Sentence enhancement Phase | ☐  Bench Trial Begun |

**Speedy Trial Start:  Speedy Trial Stop:    CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?**     YES                    NO    X

THE DEFENDANT CORPORATION IS ARRAIGNED AND PLEADS NOT GUILTY TO THE CHARGE CONTAINED IN THE
SINGLE-COUNT INFORMATION.  THE DEFENDANT CORPORATION AFTERWARDS PLEADS GUILTY TO THE SINGLE-
COUNT INFORMATION.  SENTENCING IS SCHEDULED FOR WEDNESDAY, MARCH 29, 2017 AT 2:00 PM.  PARTIES
WAIVE THE PREPARATION OF THE PRESENTENCE REPORT.