UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

OZ AFRICA MANAGEMENT GP, LLC,

Defendant.

Case No.: 1:16-cr-00515-NGG

**DECLARATION OF TARA H. CURTIN IN SUPPORT OF THE SUBMISSION OF OZ AFRICA MANAGEMENT GP, LLC REGARDING THE CALCULATION OF RESTITUTION**

TARA H. CURTIN hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

I am a member of the Bar of this Court and of the firm of Cahill Gordon & Reindel LLP, counsel for OZ Africa Management GP, LLC and in the above-captioned action. I submit this declaration upon my personal knowledge in support of the Submission of OZ Africa Management GP, LLC Regarding the Calculation of Restitution.

1. Attached as Exhibit 1 is a true and correct copy of the March 6, 2020 Expert Report of Quadrant Economics, prepared by Dr. Daniel Flores (the "Quadrant Report").

2. Attached as Exhibit 2 is a true and correct copy of the March 6, 2020 Expert Report of Dr. Ronnie Barnes, of Cornerstone Research (the "Cornerstone Report").

3. Attached as Exhibit 3 is a true and correct copy of the March 6, 2020 Expert Report of Graham Clow and Richard Lambert, of Roscoe Postle Associates Inc. (the "RPA Report").

4. Attached as Exhibit 4 is a true and correct copy of the [redacted]

5. Attached as Exhibit 5 is a true and correct copy of the [redacted]

6. Attached as Exhibit 6 is a true and correct copy of the Mining Review Africa article titled "DRC Downgraded to Join Risk Rating Alongside Venezuela," dated March 29, 2019, available at: https://www.miningreview.com/central-africa/drc-downgraded-risk-venezuela/.

7. Attached as Exhibit 7 is a true and correct copy of the Africo Resources Limited ("Africo") Annual Information Form for the Fiscal Year Ended December 31, 2008, dated March 25, 2009, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00024685&issuerType=03&projectNo=01399681&docId=2387561.

8. Attached as Exhibit 8 is a true and correct copy of the Africo Annual Information Form for the Fiscal Year Ended December 31, 2007, dated March 28, 2008, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00024685&issuerType=03&projectNo=01242473&docId=2164156.

9. Attached as Exhibit 9 is a true and correct copy of the Africo Annual Information Form for the Fiscal Year Ended December 31, 2009, dated March 24, 2010, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00024685&issuerType=03&projectNo=01555555&docId=2614419.

10. Attached as Exhibit 10 is a true and correct copy of the Africo Annual Information Form for the Fiscal Year Ended December 31, 2010, dated March 30, 2011, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00024685&issuerType=03&projectNo=01720722&docId=2851619.

11. Attached as Exhibit 11 is a true and correct copy of the Africo Annual Information Form for the Fiscal Year Ended December 31, 2011, dated March 29, 2012, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00024685&issuerType=03&projectNo=01881952&docId=3080581.

12. Attached as Exhibit 12 is a true and correct copy of the Africo Annual Information Form for the Fiscal Year Ended December 31, 2012, dated March 20, 2013, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00024685&issuerType=03&projectNo=02030032&docId=3290047.

13. Attached as Exhibit 13 is a true and correct copy of the Africo Annual Information Form for the Fiscal Year Ended December 31, 2013, dated March 27, 2014, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00024685&issuerType=03&projectNo=02184638&docId=3503536.

14. Attached as Exhibit 14 is a true and correct copy of the Africo Annual Information Form for the Fiscal Year Ended December 31, 2014, dated March 23, 2015, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00024685&issuerType=03&projectNo=02322870&docId=3698069.

15. Attached as Exhibit 15 is a true and correct copy of the Africo Annual Information Form for the Fiscal Year Ended December 31, 2015, dated March 16, 2016, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00024685&issuerType=03&projectNo=02455441&docId=3880097.

16. Attached as Exhibit 16 is a true and correct copy of the Africo Preliminary Short Form Prospectus, dated and filed April 19, 2007, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=9&issuerNo=00024685&issuerType=03&projectNo=01085625&docId=1938148.

17. Attached as Exhibit 17 is a true and correct copy of the Africo Annual Information Form For the Fiscal Year Ended December 31, 2006, dated March 30, 2007, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00024685&issuerType=03&projectNo=01078546&docId=1926873.

18. Attached as Exhibit 18 is a true and correct copy of a certified translation of excerpts from the Democratic Republic of the Congo's 2018 Mining Regulations, dated June 8, 2018.

19. Attached as Exhibit 19 is a true and correct copy of the Africo Form 51-102F4 Business Acquisition Report, dated June 12, 2007, available at: https://www.sedar.com/CheckCode.do;jsessionid=0000WmefjMMfSpxZL8XFlhNqC4w:1884ter20.

20. Attached as Exhibit 20 is a true and correct copy of the Rubicon Minerals Corporation News Release, dated May 25, 2004, available at: https://www.sec.gov/Archives/edgar/data/1057791/000120445904000323/rubicon25may04.htm.

21. Attached as Exhibit 21 is a true and correct copy of the Annual Information Form of Rubicon Minerals Corporation for the Year Ended December 31, 2006, dated April 2, 2007, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=1&issuerNo=00009365&issuerType=03&projectNo=01077910&docId=1926017.

22. Attached as Exhibit 22 is a true and correct copy of the Rubicon Minerals Corporation News Release, dated May 23, 2006, available at: https://www.sec.gov/Archives/edgar/data/1057791/000119907306000385/ex99_1.htm.

23. Attached as Exhibit 23 is a true and correct copy of the Rubicon Minerals Corporation Notice of Annual and Special Meeting of Shareholders Management Information Circular, filed July 13, 2006, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=10&issuerNo=00009365&issuerType=03&projectNo=00963855&docId=1761036.

24. Attached as Exhibit 24 is a true and correct copy of the Africo News Release, dated December 21, 2006, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=8&issuerNo=00024685&issuerType=03&projectNo=01034341&docId=1863227.

25. Attached as Exhibit 25 is a true and correct copy of the Africo News Release, dated April 13, 2007, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=8&issuerNo=00024685&issuerType=03&projectNo=01082780&docId=1933960.

26. Attached as Exhibit 26 is a true and correct copy of the Reuters article titled "Africo Announces C$100 Million Financing," dated April 13, 2007, available at: https://www.reuters.com/article/idUSCCNdFwBsa20070413.

27. Attached as Exhibit 27 is a true and correct copy of the Africo Interim Consolidated Financial Statements for the First Quarter ended March 31, 2007, filed May 15, 2007, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=5&issuerNo=00024685&issuerType=03&projectNo=01103345&docId=1966417.

28. Attached as Exhibit 28 is a true and correct copy of is a true and correct copy of the Africo Interim Consolidated Financial Statements for the First Quarter ended March 31, 2008, filed May 14, 2008, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=5&issuerNo=00024685&issuerType=03&projectNo=01266579&docId=2201557.

29. Attached as Exhibit 29 is a true and correct copy of the Africo News Release, dated February 23, 2007, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=8&issuerNo=00024685&issuerType=03&projectNo=01055106&docId=1893697.

30. Attached as Exhibit 30 is a true and correct copy of the Africo News Release, dated April 27, 2007, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=8&issuerNo=00024685&issuerType=03&projectNo=01090289&docId=1945328.

31. Attached as Exhibit 31 is a true and correct copy of the Africo News Release titled "Financing Cancelled," dated April 27, 2007, available at: available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=8&issuerNo=00024685&issuerType=03&projectNo=01090586&docId=1945730.

32. Attached as Exhibit 32 is a true and correct copy of the Africo News Release, dated August 13, 2007, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=8&issuerNo=00024685&issuerType=03&projectNo=01140413&docId=2022221.

33. Attached as Exhibit 33 is a true and correct copy of the Africo Notice of Annual and Special Meeting of Shareholders and Management Information Circular, dated May 14, 2008, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=10&issuerNo=00024685&issuerType=03&projectNo=01270248&docId=2207467.

34. Attached as Exhibit 34 is a true and correct copy of the Africo Management's Discussion & Analysis for the Year Ended December 31, 2008, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=7&issuerNo=00024685&issuerType=03&projectNo=01399640&docId=2387494.

35. Attached as Exhibit 35 is a true and correct copy of the Africo Interim Consolidated Financial Statements for the Third Quarter ended September 30, 2008, filed November 14, 2008, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=5&issuerNo=00024685&issuerType=03&projectNo=01343785&docId=2309722.

36. Attached as Exhibit 36 is a true and correct copy of the Financial Times article by Christopher Thompson and William MacNamara titled "ENRC Buys into Disputed Congo Project," dated August 21, 2010, available at: https://www.ft.com/content/870a8b2a-acda-11df-8582-00144feabdc0.

37. Attached as Exhibit 37 is a true and correct copy of the Financial Times article by Mark Wembridge and Michael Kavanagh titled "ENRC Takes Full Control of Congo Venture," dated December 10, 2012, available at: https://www.ft.com/content/0826c8ee-429e-11e2-a4e4-00144feabdc0.

38. Attached as Exhibit 38 is a true and correct copy of the Africo Form 51-102F3 Material Change Report, filed July 7, 2016, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=14&issuerNo=00024685&issuerType=03&projectNo=02505718&docId=3949063.

39. Attached as Exhibit 39 is a true and correct copy of the Toronto Stock Exchange's Disclosure Standards for Companies Engaged in Mineral Exploration, Development & Production, released August 2017, available at: https://www.tsx.com/ebooks/en/disclosure-minerals/files/assets/common/downloads/publication.pdf.

40. Attached as Exhibit 40 is a true and correct copy of the Human Rights Watch article titled "DR Congo: End Illegal Exploitation of Natural Resources," dated February 19, 2006, available at: https://www.hrw.org/news/2006/02/19/dr-congo-end-illegal-exploitation-natural-resources.

41. Attached as Exhibit 41 is a true and correct copy of an article by Kapwadi F. Lukanda, *Renegotiating Investment Contracts: the Case of Mining Contracts in Democratic Republic of the Congo*, 5 Geo. Mason J. Int'l Com. Law 301 (2014).

42. Attached as Exhibit 42 is a true and correct copy of the Reuters article by Barbara Lewis titled "Congo's Gecamines wants to revise contracts with mining partners," dated February 5, 2018, available at: https://www.reuters.com/article/africa-mining-congo/congos-gecamines-wants-to-revise-contracts-with-mining-partners-idUSL8N1PV3ES.

43. Attached as Exhibit 43 is a true and correct copy of the Arizona Department of Revenue, Property Tax Division, Appraisal Manual for Centrally Valued Natural Resource Property for Valuation Year 2011, Tax Year 2012, dated March 15, 2010.

44. Attached as Exhibit 44 is a true and correct copy of the Asa Resource Group Plc. 2016 Annual Report, dated March 31, 2016.

45. Attached as Exhibit 45 is a true and correct copy of the CRU Group study by Serafino Capoferri titled "The Financial Evaluation of 24 Major Iron Ore Projects Using Risk-Adjusted Discount Rates," dated February 12, 2014.

46. Attached as Exhibit 46 is a true and correct copy of the Getz Prince Wells LLP Letter, dated September 17, 2008, and accompanying RSG Global Kalukundi Project Technical Report (Revised), dated July 2008.

47. Attached as Exhibit 47 is a true and correct copy of the Africo Condensed Interim Consolidated Financial Statements for the Three Months Ended March 31, 2016, filed May 13,

2016, available at: https://www.sedar.com/GetFile.do?lang=EN&docClass=5&issuerNo=00024685&issuerType=03&projectNo=02484806&docId=3920322.

48. Attached as Exhibit 48 is a true and correct copy of Africo's Internal Valuation Models, dated 2008 through 2009.

49. Attached as Exhibit 49 is a true and correct copy of the OZ Africa Internal Investment Memorandum Draft, dated July 23, 2008.

50. Attached as Exhibit 50 is a true and correct copy of Africo's Notice of Annual and Special Meeting and Management Proxy Circular for the Meeting of Shareholders to be Held on June 29, 2016, dated May 31, 2016.

51. Attached as Exhibit 51 is a true and correct copy of Africo's Report of Voting Results, dated June 29, 2016.

52. Attached as Exhibit 52 is a true and correct copy of the Africo's July 6, 2016 Certificate of Arrangement, attaching its Plan of Arrangement and June 30, 2016 Court Order.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Tara H. Curtin

March 6, 2020
New York, New York