# Exhibit 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**Case No. 1:16-cr-00515-NGG-LB**

**UNITED STATES OF AMERICA**

**v.**

**OZ AFRICA MANAGEMENT GP, LLC**

# EXPERT REPORT OF QUADRANT ECONOMICS

**Prepared by**

**Dr. Daniel Flores**

**6 March 2020**

QUADRANT Economics
1445 New York Avenue NW, Floor 6
Washington, DC 20005

# TABLE OF CONTENTS


**I. Introduction ........ 5**

**II. Summary of Conclusions ........ 6**

**III. Amount of Restitution as of the Date of Loss ........ 8**

**IV. Amount of Restitution as of the Date of Sentencing ........ 13**

**V. Discounted Cash Flow Valuation as of the Date of Sentencing 17**

A. Production ........ 19

1. SRK Estimates ........ 20
2. Stout Estimates ........ 22
3. Corrected Estimates ........ 22

B. Capital Expenditures ........ 23

1. SRK Estimates ........ 24
2. Stout Estimates ........ 25
3. Corrected Estimates ........ 26

C. Operating Expenses ........ 30

1. SRK Estimates ........ 31
2. Stout Estimates ........ 32
3. Corrected Estimates ........ 32

D. Fiscal Regime ........ 32

E. Discount Rate ........ 34

1. The Discount Rate and Internal Rate of Return ("IRR") ........ 35

2. Discount Rate Calculation ........ 37

3. Conclusion on Discount Rate ........ 44

F. Conclusion on DCF Valuation as of the Date of Sentencing ........ 46

1. Copper and Cobalt Prices ........ 47

2. Valuation of Africo's Interest in Kalukundi ........ 52

3. Valuation of Claimants' Loss ........ 58

# INDEX OF FIGURES

Figure 1 Africo's Share Price and Trading Volume December 2006 - November 2007 .... 10
Figure 2 Africo's But-for Share Price According to the Evolution of the Solactive Copper Miners Index .... 16
Figure 3 Effect of Changes on SRK's NPV of the Project.... 18
Figure 4 Operating Cost Summary (2017 SRK Report).... 31
Figure 5 Comparison of Stout's and Quadrant Economics' Discount Rates .... 45
Figure 6 Consensus Economics (Sep-2019) vs Capital IQ (Nov-2019) .... 50
Figure 7 NPV of Project Under Different Price Forecasts .... 52
Figure 8 Impact of Funding Arrangements on the Economic Value of Investors' Share of a Project.... 54
Figure 9 Impact of Funding Arrangements on the Economic Value of Investors' Share of a Project – Shareholder Loan .... 55
Figure 10 Sensitivity Analysis – Effect of Reductions to SRK's Cash Flows on the Portion of the Project's NPV Retained by Africo .... 57
Figure 11 Claimants' Aggregate Loss Based on Government's and SRK's DCF Values .... 60

# SELECTED DEFINED TERMS

| | |
|---|---|
| **NPV** | Net present value |
| **DCF** | Discounted cash flow |
| **EBITDA** | Earnings before interest, taxes, depreciation, and amortization |
| **LIBOR** | London interbank offered rate |
| **MT** | Metric ton |
| **ROE** | Return on equity |
| **ROI** | Return on investment |
| **IRR** | Internal rate of return |
| **WACC** | Weighted average cost of capital |

# I. Introduction

1. My name is Dr. Daniel Flores. I am a Managing Director at Quadrant Economics LLC ("Quadrant"), an economic research and consulting firm. I have masters and doctoral degrees in economics from Boston University, and a bachelors degree in economics from the University of Barcelona. I have spent the past 25 years teaching, conducting research, and consulting in the field of economics. I have taught courses in Principles of Economics, Advanced Microeconomics, International Economics, and Economics of the Public Sector at the University of Barcelona, Boston University, and Skidmore College. My research and consulting activities have included analysis of the economic effects of regulation, anti-competitive conduct, and contractual and non-contractual disputes in a variety of industries, including minerals and mining, and oil and gas. I have testified as an expert economist in state court in the United States as well as before arbitral tribunals constituted under the rules of the International Chamber of Commerce, the International Centre for Settlement of Investment Disputes, the Inter-American Commercial Arbitration Commission, the London Court of International Arbitration, the London Maritime Arbitrators Association, the Singapore International Arbitration Centre, the Stockholm Chamber of Commerce, the Society of Maritime Arbitrators, and the United Nations Commission on International Trade Law.[1]

2. I understand that this dispute involves the Kalukundi property (the "Kalukundi Project" or the "Project"), a copper and cobalt deposit located in the Democratic Republic of the Congo (the "DRC"). Kalukundi is subject to an exploitation and mining license issued by the DRC (the "Kalukundi mining rights"). The Kalukundi mining rights were held by Swanmines SPRL ("Swanmines"), which, in 2007, was 75% owned indirectly by Africo Resources Limited ("Africo") and 25% owned by the state mining company Gécamines. Former shareholders of Africo (the "Claimants") allege that they were harmed by the offense of OZ Africa Management GP, LLC ("OZ Africa") related to the loss of Africo's interest in Swanmines and, in turn, the Kalukundi mining rights, and Claimants' retention of those rights following the majority takeover

---

[1] **QE−1**, Biographical Information, Dr. Daniel Flores. References in the form "**QE−__**" are to the exhibits submitted with this Report. References in the form "**ECF. __**" are to the documents submitted to the Court in the matter of United States v. OZ Africa Management GP, LLC, No. 16-cr-515.

of Africo by Camrose Resource Limited ("Camrose") in July 2008 (the "Camrose transactions").[2]

3. This Report assumes that Claimants are entitled to restitution. I have been asked by Counsel for OZ Africa to carry out the valuation of each Claimant's loss related to their interest as shareholders in Africo as of (i) the date of loss, which is 27 April 2007, the date Africo's loss of the mining rights was publicly announced, or (ii) the date of sentencing, which is assumed to be 28 February 2020 in this Report. Counsel for OZ Africa has also asked me to review and comment on the discounted cash flow ("DCF") valuations of the Kalukundi mining rights as of the date of sentencing performed by SRK Consulting, Inc. ("SRK") on behalf of Claimants and by Stout Risius Ross, LLC ("Stout") on behalf of the Government.

## II. Summary of Conclusions

4. The traded share price of Africo is the best indicator of value to determine each Claimant's loss, for several reasons. First, the Claimants in this case are former shareholders of Africo. Second, Africo's shares during the relevant time period traded in an efficient market, that is, a market in which information about listed companies is promptly reflected in the price of their shares. Third, Africo's only material asset at the time of the loss was its 75% indirect interest in the Kalukundi mining rights and, therefore, its share price can be reasonably expected to reflect the value of Africo's interest in the Kalukundi mining rights.

5. To estimate the loss of value of one Africo share, I first use the share price of Africo before the market reacted to Africo's loss of the Kalukundi mining rights, that is, US$ 3.39 at the close of trading on 26 April 2007. To calculate the impact of the dispute I used the 90-day average share price after it was disclosed to the market on 13 August 2007 that Africo lost its appeal to the DRC appellate court to reestablish its ownership interest in the mining rights, or US$ 1.92 per share. I used this 90-day time period based on the United States Sentencing Guidelines' modified rescissory method ("MRM") and the approach of United States courts in civil securities cases, of which I am informed by Counsel for OZ Africa. Assuming that a Claimant retained his or

---

[2] **ECF. 69**, Claimants' Submission dated 22 November 2019, p. 1; **ECF. 51**, Court's Memorandum and Order dated 28 August 2019, pp. 17-18.

her shares for this entire period from 26 April 2007 through the end of the 90-day period, the loss of value of one Africo share is the difference between the share price as of 26 April 2007 and the 90-day average share price after the 13 August 2007 announcement, or a loss of US$ 1.47 per share. This is the maximum loss per share. Each Claimant's loss must be calculated on an individual basis, with appropriate adjustments.

6. To calculate the amount of restitution as of the date of sentencing, I adjust Africo's share price of US$ 3.39 per share as of 26 April 2007 (before the market had knowledge that the mining rights were in question) until the date of sentencing according to the evolution of an index that tracks the copper mining industry. Applying the 50% decrease in the industry index between 26 April 2007 and 28 February 2020 to Africo's share price as of 26 April 2007 results in an estimated share price of US$ 1.69 as of 28 February 2020. The amount of restitution as of the date of sentencing is US$ 1.69 per share less the price at which each Claimant's share was actually sold. Assuming that the price at which each Claimant sold their shares was the US$ 0.77 per share offered in July 2016 when Africo went private, the amount of restitution as of the date of sentencing is US$ 0.92 per share (that is, Africo's but-for share price of US$ 1.69 per share as of 28 February 2020 minus US$ 0.77 per share). Because the amount of restitution as of the date of loss of US$ 1.47 per share is greater than the amount of restitution as of the date of sentencing of US$ 0.92, according to the Mandatory Victims Restitution Act ("MVRA"), the amount of restitution must be calculated as of the date of loss and the share price valuation as of the date of sentencing is irrelevant for the purpose of this example. Each Claimant's loss must be calculated on an individual basis.

7. Finally, besides the fact that a DCF methodology is inappropriate to use given the facts and circumstances of this matter, the DCF valuations of the Kalukundi mining rights as of the date of sentencing presented by SRK and Stout in November 2019 have numerous flaws with regard to production, capital expenditures, operating expenses, taxes and discount rate and must be adjusted. Correcting for these flaws shows that the Kalukundi Project is not economically viable as of either November 2019 or February 2020. Additionally, any DCF valuation of 100% of the Kalukundi mining rights needs to be adjusted in order to arrive at an estimation of Claimants' aggregate loss. First, because Africo was solely responsible for funding the development of the Project, its 75% equity share (which would be reduced by 5% upon renewal of the

mining license according to the 2018 DRC Mining Code) was worth less than 75% of the value of the Project. Second, any quantification of Claimants' aggregate loss based on a DCF valuation must also account for Claimants' aggregate interest in Africo – which I understand to be approximately 65%. Finally, I understand that the calculation of the amount of restitution under the MVRA statute must also take into account the fact that the Kalukundi mining rights were fully restored to Africo in 2008 through the Camrose transactions. The return of the mining rights must be considered in an analysis of Claimants' loss under a DCF valuation.

## III. Amount of Restitution as of the Date of Loss

8. Africo was a public company whose shares traded on the Toronto Stock Exchange ("TSX") from December 2006 to July 2016.[3] The Claimants in this case are former shareholders of Africo. Thus, looking at Africo's share price represents the best approach to measure each Claimant's loss.

9. The TSX is a premiere stock exchange that has extensive reach to the international investment community and lists more mining companies than any other exchange in the world.[4] Following its listing on the TSX, Africo's shares were actively traded and the share price appeared to react swiftly to the announcement of company news. This indicates that Africo's shares during the relevant time period traded in an efficient market, that is, a market in which information about listed companies is promptly reflected in the price of their shares, as I explain next.

10. First, in April 2007, prior to the loss of its interest in the Kalukundi mining rights, Africo entered into a financing agreement with Paradigm Capital Inc. ("Paradigm") and GMP Securities LP ("GMP"). On 13 April 2007, the day of the Paradigm announcement, Africo's share price rose by about 4% and closed at US$ 3.56, with

---

[3] **QE−5**, Africo Resources Ltd., "Management's Discussion & Analysis for the year ended," 31 December 2007, p. 11; **QE−6**, Africo Resource Ltd., "Africo Completes Going Private Transaction," News Release, 6 July 2016, p. 1.

[4] **QE−7**, Toronto Stock Exchange and TSX Venture Exchange, "2019 Guide to Listing," 31 December 2018, pp. 10, 20.

trading volume in excess of 600 thousand shares.[5] In the days following the announcement, Africo's share price continued to trade at high volumes.[6]

11. Second, on 27 April 2007, Africo announced that a DRC court had ruled that Akam Mining SPRL ("Akam") was the rightful holder of Africo's interest in the Kalukundi mining rights (the "Akam judgment").[7] On the same day, Africo announced that Paradigm, GMP, and Africo mutually agreed to withdraw the finance offering due to the decision rendered by the DRC court.[8] Africo's share trading was halted on 27 April 2007; however, when trading resumed on 30 April 2007, Africo's share price dropped by 25% and closed at US$ 2.53, with trading volume in excess of 1.8 million shares.[9]

12. Third, in the weeks that followed the Akam judgment, Africo sought to reverse the decision of the DRC court. On 13 August 2007, Africo announced that it had lost its appeal regarding the Akam judgment in the DRC appellate court.[10] The share price fell by over 40% and closed at US$ 1.50 on the same day.[11] **Figure 1** below shows Africo's share price and trading volume during the period of the events described above.

---

[5] That is, US$ 3.56 per share as of 13 April 2007 / US$ 3.43 per share as of 12 April 2007 − 1 = 3.8%. **QE−2**, Share Price Analysis, Table 1; **QE−8**, Africo Resource Ltd., "Africo Announces C$100 million Financing," News Release, 13 April 2007, p. 1. Given that the amount of restitution in this case should be calculated in US$ and Africo's shares traded in C$, in my share price analysis I convert Africo's daily share prices to US$ using the corresponding daily exchange rate.

[6] **QE−2**, Share Price Analysis, Table 1.

[7] **QE−9**, Africo Resource Ltd., "Press Release," News Release, 27 April 2007, p. 1.

[8] **QE−10**, Africo Resource Ltd., "Financing Cancelled," News Release, 27 April 2007, p. 1.

[9] That is, US$ 2.53 per share as of 30 April 2007 / US$ 3.39 per share as of 26 April 2007 − 1 = −25.4%. **QE−2**, Share Price Analysis, Table 1.

[10] **QE−11**, Africo Resource Ltd., "Update on legal proceedings in the DRC," News Release, 13 August 2007, p. 1.

[11] That is, US$ 1.50 per share as of 13 August 2007 / US$ 2.51 per share as of 10 August 2007 − 1 = −40.2%. **QE−2**, Share Price Analysis, Table 1.

**Figure 1**
**Africo's Share Price and Trading Volume**
**December 2006 - November 2007**[12]




13. The Government agrees that "there is some reason to believe" that Africo's shares traded in an efficient market during this time period. Its submission states:

> Africo's share price and trading volume appeared to materially and quickly react to new public information including the fact that Africo's Kalukundi mining rights had been transferred to Akam and that subsequent efforts to recover them through litigation in the DRC failed.[13]

14. Importantly, in instances where a publicly traded company owns multiple assets, it is unlikely that changes in share price would represent changes in the value of any one particular asset. But in the present case, Africo's only material asset at the time was its

---

[12] **QE–2**, Share Price Analysis, Table 1.

[13] **ECF. 68**, Government's Submission dated 22 November 2019, n. 12.

75% indirect interest in the Kalukundi mining rights.[14] Thus, the share price of Africo at any given time can be reasonably expected to reflect the value of Africo's interest in the Kalukundi mining rights.

15. Given the foregoing, the traded share price of Africo is the best indicator of value to determine each Claimant's loss. To estimate the amount of restitution, it is necessary to calculate the change in Africo's share price and, in turn, the total loss of value to each Claimant based on the number of shares they held during the relevant period.

16. To calculate the value of each Claimant's shares in Africo but for the offense, I use the share price of Africo before the market reacted to the Akam judgment, which reflects the value of Africo's only material asset: the opportunity to develop the Kalukundi mine, or Africo's 75% interest in the Kalukundi mining rights. As shown in **Figure 1** above, Africo's share price was US$ 3.39 on 26 April 2007, the last trading day prior to the announcement of the Akam judgment. This represents the market value of one Africo share but for the offense.

17. Second, I calculate the impact of the Akam judgment on Africo's share price. As described above, after the Akam judgment was announced on 27 April 2007, the financing with Paradigm and GMP was withdrawn and Africo's share price fell sharply.[15] However, Africo sought to reverse the Akam judgment through subsequent legal actions. In its 27 April 2007 press release, Africo stated:

> Africo believes that these actions taken by third parties in the DRC are wholly without merit. Africo will vigorously pursue its interests in the courts and is optimistic that it will prevail, although there can be no assurance of this.[16]

18. Thus, the drop in the share price after the announcement of the Akam judgment does not represent the full impact on Africo's share price of the Akam judgment due to the

[14] Africo also held the rights to the Mporokoso gold project in Zambia. The Mporokoso project did not carry any significant value. **QE−5**, Africo Resources Ltd., "Management's Discussion & Analysis for the year ended," 31 December 2007, p. 9; **QE−12**, Dr. Tony Harwood, Africo Resources Ltd. Presentation at the Mines and Money Conference 2007, slide 4.

[15] *See* ¶ 11 above.

[16] **QE−9**, Africo Resource Ltd., "Press Release," News Release, 27 April 2007, p. 1.

uncertainty regarding the success, or lack thereof, of Africo's subsequent legal actions to restore its 75% interest in the Kalukundi mining rights. When Africo announced on 13 August 2007 that it had lost its appeal in the DRC appellate court, this uncertainty diminished, and the share price plummeted, as shown in **Figure 1** above. To quantify the full impact of events such as the Akam judgment, I understand from Counsel for OZ Africa that the case law uses the United States Sentencing Guidelines' modified rescissory method. In performing my analysis, Counsel for OZ Africa instructed me to follow the approach set forth by the MRM, which is also used in civil securities cases. As the Government also points out in its submission, according to the MRM:

> In a case involving the fraudulent inflation or deflation in the value of a publicly traded security or commodity, the court in determining loss may use any method that is appropriate and practicable under the circumstances. One such method the court may consider is a method under which the actual loss attributable to the change in value of the security or commodity is the amount determined by—
>
> (I) calculating the difference between the average price of the security or commodity during the period that the fraud occurred and the average price of the security or commodity during the 90-day period after the fraud was disclosed to the market, and
>
> (II) multiplying the difference in average price by the number of shares outstanding.[17]

19. In following the MRM, I calculate the 90-day average share price after the 13 August 2007 press release, US$ 1.92 per share.[18] The loss of value of one Africo share as a result of the Akam judgment is the difference between the share price as of 26 April 2007 and the 90-day average share price after the 13 August 2007 press release, that is, a loss of US$ 1.47 per share.[19]

---

[17] **ECF. 68**, Government's Submission dated 22 November 2019, p. 12.

[18] Specifically, I calculate Africo's average share price between 13 August 2007 and 10 November 2007 (that is, 90 calendar days following Africo's press release). **QE−2**, Share Price Analysis, Table 1.

[19] That is, US$ 1.92 per share (90-day average share price after the 13 August 2007 press release) − US$ 3.39 (share price as of 26 April 2007) = −US$ 1.47. My calculations are based on Africo historical share prices, without controlling for independent market forces.

20. Lastly, to calculate the aggregate loss of Claimants' interest in the Kalukundi mining rights, it is necessary to consider the number of Africo shares outstanding held by each Claimant. Claimants allege that they held approximately 65% of Africo's shares in spring 2008, when there were 27.2 million Africo shares outstanding.[20] On instruction from Counsel for OZ Africa, I have applied this 65% ownership percentage as of April 2007, when there were 25 million Africo shares outstanding.[21] Thus, Claimants allegedly held about 16.25 million Africo shares as of April 2007.[22] To estimate the aggregate loss of Claimants' interest in the Kalukundi mining rights, I multiply the US$ 1.47 loss of value of one Africo share by the 16.25 million shares allegedly held by Claimants, resulting in US$ 23.9 million.[23] This is a maximum aggregate number. The loss of each Claimant must be individually calculated, with appropriate adjustments.[24]

## IV. Amount of Restitution as of the Date of Sentencing

21. The amount of restitution in the previous section is calculated as of the date of loss. I understand from Counsel for OZ Africa that, according to the MVRA, the amount

---

[20] **QE–2**, Share Price Analysis, Table 1. Claimants have stated they represent "those individuals or entities that held ownership interests in Africo in spring 2008 … of which those representing approximately 65% of the equity ownership have already been identified" in their November 2019 brief. **ECF. 69**, Claimants' Submission dated 22 November 2019, pp. 4-5.

[21] **QE–2**, Share Price Analysis, Table 1.

[22] That is, 25 million shares outstanding in April 2007 × 65% held by Claimants = 16.25 million shares held by Claimants.

[23] That is, US$ 1.47 loss of value of one Africo share × 16.25 million shares held by Claimants in April 2007 = US$ 23.9 million.

[24] If any individual Claimant purchased shares in Africo after the 27 April 2007 press release regarding the Akam judgment but before the 13 August 2007 press release regarding the DRC appellate court decision, Africo's interest in the Kalukundi mining rights was already in question. Thus, it would be incorrect to award damages related to those shares considering the share price as of 26 April 2007. The loss for any individual Claimant who purchased any shares in Africo between 27 April 2007 and 13 August 2007 should be calculated still using the 90-day average share price after the 13 August 2007 press release, or US$ 1.92 per share, but subtracting it from the share price from the date at which those shares were purchased, not 26 April 2007. For example, if a Claimant purchased 1,000 shares of Africo on 14 June 2007 at its closing price of US$ 2.09, then the loss of that Claimant's interest for those shares is US$ 120 (that is, US$ 2.09 − US$ 1.97 × 1,000 shares = US$ 120). Any Claimants that purchased shares in Africo after the announcement that Africo had lost its appeal in the DRC appellate court were essentially gamblers engaging in a speculative bet that Africo's interest in the Kalukundi mining rights would be restored and, thus, did not suffer damages.

of restitution should also be assessed as of the date of sentencing.[25] Furthermore, I understand that the amount of restitution should be calculated based on the greater of the value of the property on the date of loss and the value of the property on the date of sentencing. The MVRA states:

> (1) in the case of an offense resulting in damage to or loss or destruction of property of a victim of the offense-
>
> (A) return the property to the owner of the property or someone designated by the owner; or
>
> (B) if return of the property under subparagraph (A) is impossible, impracticable, or inadequate, pay an amount equal to-
>
> (i) the greater of-
>
> (I) the value of the property on the date of the damage, loss, or destruction; or
>
> (II) the value of the property on the date of sentencing.
>
> less
>
> (ii) the value (as of the date the property is returned) of any part of the property that is returned.[26]

22. Given that the date of sentencing is not known, I adopt a valuation date of 28 February 2020 for the purposes of my analysis.

23. To determine the but-for share price as of this date, I adjust Africo's share price of US$ 3.39 per share as of 26 April 2007, untainted by any alleged wrongdoings, until the date of sentencing according to the evolution of the copper mining sector.

24. To evaluate the performance of other market participants in the copper mining sector, I rely on the Solactive Global Copper Miners Total Return Index ("Solactive Copper Miners Index").[27] Indices are commonly used to benchmark for specific industries. For example, the Standard & Poor's ("S&P") 500 is a popular and widely used

---

[25] **QE−13**, MVRA, 18 U.S.C. § 3663A, "Mandatory restitution to victims of certain crimes."

[26] **QE−13**, MVRA, 18 U.S.C. § 3663A, "Mandatory restitution to victims of certain crimes."

[27] **QE−14**, Solactive Global Copper Miners Index, Factsheet as of 28 February 2020.

benchmark for the U.S. stock market. A published index used by market participants is more reliable and objective than *ad hoc* indices built for the purpose of litigation. The Solactive Copper Miners Index is the best indicator available as a proxy for the copper mining sector. It is published by a reputable provider of financial indices and tracks price movements in shares of companies active in the copper mining industry. It is also the underlying index tracked by an exchange-traded fund ("ETF").[28] Thus, it is not only used to monitor the copper mining sector, but also by investors who seek returns that correspond to the actual performance of the index.[29]

25. The Solactive Copper Miners Index fell by 50% between 26 April 2007 and 28 February 2020.[30] Applying a 50% decrease to Africo's share price as of 26 April 2007 results in an estimated price of US$ 1.69 per share as of 28 February 2020, as shown in **Figure 2** below.[31]

---

[28] **QE−15**, Global X, Fund Summary of Global X Copper Miners ETC (COPX), pp. 1-2.

[29] The constituents of the Solactive Copper Miners Index are mining companies that operate in countries all over the world and are active in the mining of other types of metals besides copper.

[30] That is, 53.00 as of 28 February 2020 / 106.12 as of 26 April 2007 − 1 = −50.1%. **QE−2**, Share Price Analysis, Table 2.

[31] This 50% decrease may underestimate the decrease in Africo's share price because Africo would most likely have underperformed the Solactive Copper Miners Index for three reasons. First, the Solactive Copper Miners Index includes companies that operate producing mines, while Africo was a junior mining company, with rights to an undeveloped property. Second, Kalukundi is a copper and cobalt property. The Solactive index has some exposure to companies in the cobalt sector. The price of cobalt also decreased relative to copper since April 2007. Thus, the fact that Kalukundi is also a cobalt property would likely have a negative effect on performance relative to the index. Third, the index includes companies that operate in developing and developed countries. It is reasonable to assume that a company that only operated in the DRC, a developing country, would underperform relative to a more geographically diversified index. For example, the DRC enacted a new mining code in 2018, which affected the profitability of miners by increasing royalties and introducing additional profit taxes. *See* ¶¶ 75, 79-81 below; **QE−2**, Share Price Analysis, Table 3.

**Figure 2**
**Africo's But-for Share Price**
**According to the Evolution of the Solactive Copper Miners Index**[32]




26. Claimants have not yet provided information about the prices at which each Claimant's shares were actually sold, but I understand that this information will eventually be provided by the Government to the Court in order to calculate each Claimant's loss. Considering that Claimants have not provided information regarding their shareholdings, I have been instructed by Counsel for OZ Africa to assume the price at which Claimants sold their shares to be the US$ 0.77 per share offered in July 2016 when Africo went private and was delisted from the TSX.[33] Because the amount of restitution as of the date of loss of US$ 1.47 per share discussed above is greater than the amount of restitution as of the date of sentencing of US$ 0.92 per share (that is,

[32] **QE−2**, Share Price Analysis, Table 2.

[33] That is, C$ 1.00 / C$ 1.303 per US$ as of 6 July 2016 = US$ 0.77 per share. **QE−6**, Africo Resource Ltd., "Africo Completes Going Private Transaction," News Release, 6 July 2016, p. 1. Using the exchange rate as of 13 May 2016, when Africo announced the going private transaction, yields the same US$ 0.77 per share value. **QE−16**, Africo Resource Ltd., "Africo Resources Ltd. Enters into Definitive Agreement with Camrose Resources Limited for Going Private Transaction," News Release, 13 May 2016, p. 1.

Africo's but-for share price of US$ 1.69 per share as of 28 February 2020 minus US$ 0.77 per share),[34] according to the MVRA, the amount of restitution must be calculated as of the date of loss and the share price valuation as of the date of sentencing is irrelevant.

## V. Discounted Cash Flow Valuation as of the Date of Sentencing

27. A DCF valuation calculates a business's net present value ("NPV") by projecting its future cash flows and discounting them to the valuation date using a discount rate that reflects the risks of the business. At its core, the DCF method depends on projections. When the assumptions underlying those projections become highly speculative, as in the case of start-up companies or projects without a history of operations, the method becomes extremely sensitive to variations on the assumptions, rendering the approach unreliable.

28. Kalukundi did not have a history of operations. It had no customers, no infrastructure, and it was not generating any revenue, let alone profits. Consequently, there is no historical data on which to reliably project future cash flows. As I explained above, given that Claimants are former shareholders of Africo and Africo's shares were publicly traded on the TSX, looking at the share price, as opposed to a DCF, is the best approach to measure each Claimant's loss in this case.[35]

29. Notwithstanding the foregoing, I have been asked by Counsel for OZ Africa to (i) review and comment on both SRK's 2017 and 2019 and Stout's 2019 DCF analyses and (ii) evaluate the impact of any flaws – identified during the course of my review, and the review conducted by mining expert Roscoe Postle Associates Inc. ("RPA") – on SRK's 2019 DCF valuation and Stout's DCF valuation.[36] To do so, I have reviewed

[34] *See* ¶ 18 above.

[35] *See* ¶¶ 8-15 above.

[36] On 21 November 2017, SRK presented a valuation of the Project as of November 2017 of US$ 911.3 million. Valuation of the Kalukundi Copper/Cobalt Project, dated 21 November 2017 (the "2017 SRK Report"), p. 28, Figure 16. On 22 November 2019, SRK submitted an addendum to its 2017 report, with an updated valuation of the Project of US$ 387.2 million as of November 2019. November 2019 Addendum to the Valuation of the Kalukundi Copper/Cobalt Project, dated 22 November 2019 (the "2019 SRK Report"), p. 5. On 22 November 2019, Stout produced a DCF valuation of the Project on behalf of the Government, estimating the value of the Project at US$ 188.7 million as of 31 December 2019. **ECF. 68**, Government's Submission dated 22 November 2019, pp. 2, 11; **ECF. 68-10**, Exhibit 10 (Stout Sensitivities), n. 2. On 31 January 2020, the Government submitted an update of some of Stout's calculations. **ECF. 81**, Government's Submission dated

SRK's and Stout's projections of Kalukundi's production, operating costs, capital expenditures, and taxes, which result in projected annual net cash flow figures, as well as the discount rates used to bring those projected annual net cash flow figures back to the valuation date. **Figure 3** below summarizes the results of my analysis and the impact of correcting for SRK's flawed assumptions on its 2019 DCF valuation.[37]

**Figure 3**
**Effect of Changes on SRK's NPV of the Project[38]**

| | Value | Change in Value | Percentage Change |
|---|---|---|---|
| | (US$ Millions) | | (Percent) |
| | (1) | (2) | (3) |
| **1. SRK** | **387.2** | - | - |
| 2. Production | 165.7 | (221.5) | -57.2% |
| 3. Capital Expenditures | 206.6 | (180.5) | -46.6% |
| 4. Operating Expenses | 366.5 | (20.6) | -5.3% |
| 5. Fiscal Regime | 327.9 | (59.3) | -15.3% |
| 6. Discount Rate | 100.8 | (286.3) | -74.0% |
| **7. All Corrections to SRK** | **(191.6)** | (578.7) | -149.5% |

30. As the table above shows, correcting SRK's flawed assumptions one at a time (leaving all other aspects in SRK's DCF model unchanged) lowers SRK's 2019 DCF valuation by as much as 74.0%. The cumulative impact of correcting all of SRK's flawed assumptions shows that the Project was not economically viable as of November 2019.

31 January 2020; **ECF. 81-1**, Exhibit 10 Updated (Stout Sensitivities).

[37] Given that Stout's 2019 DCF valuation relied on the 2017 SRK Report for much of the required technical information (*see* ¶ 39 below), I present my sensitivity analyses only on SRK's November 2019 DCF valuation. However, the conclusion of my analysis – that the Project is not economically viable – does not change once the proper corrections (for instance, correcting production and capital expenditures) are applied to Stout's 2019 DCF model.

[38] **QE−3**, DCF and Calculations, Table 1. The sum of the individual effects identified in rows 2 through 6 of **Figure 3** above is greater than the combined effect of all of these changes (−US$ 578.7 million). This arises because the impact of certain individual corrections changes when applied in combination with other corrections. For instance, a higher discount rate has a smaller impact when it is applied to cash flows based on RPA's lower production levels than when applied to SRK's higher production levels.

This conclusion does not change after incorporating the most recent market data about commodity prices since November 2019, as I discuss below.[39] Even correcting for some of SRK's flawed assumptions shows that the Project is not economically viable: for instance, correcting only for production, capital expenditures and operating expenses; or correcting only for capital expenditures and discount rate.[40]

31. In the following sections, I discuss each element of SRK's and Stout's DCF valuation and the rationale behind each correction to their DCF analyses.[41]

### A. Production

32. Determining the annual production starts with estimating the mine's economically viable mineral resources. As explained by the Canadian Institute of Mining ("CIM") Definition Standards, mineral resources are classified into groups based on the degree of confidence:

> Mineral Resources are sub-divided, in order of increasing geological confidence, into inferred, indicated and measured categories. An Inferred Mineral Resource has a lower level of confidence than that applied to an Indicated Mineral Resource. An Indicated Mineral Resource has a higher level of confidence than an Inferred Mineral Resource but has a lower level of confidence than a Measured Mineral Resource. […]
>
> Inferred Mineral Resources must not be included in the economic analysis, production schedules, or estimated mine life in publicly disclosed pre- feasibility or feasibility studies, or in the life of mine plans and cash flow models of developed mines. […]
>
> An Indicated Mineral Resource has a lower level of confidence than that applying to a Measured Mineral Resource and may only be converted to a Probable Mineral Reserve. […]

---

[39] *See* **Section V.F.1** below.

[40] **QE–3**, DCF and Calculations, Tables 1H and 1I.

[41] As discussed in further detail below, the corrections to production, capital expenditures and operating expenses use inputs from mining expert RPA.

> A Measured Mineral Resource has a higher level of confidence than that applying to either an Indicated Mineral Resource or an Inferred Mineral Resource. It may be converted to a Proven Mineral Reserve or to a Probable Mineral Reserve. […]
>
> A Mineral Reserve is the economically mineable part of a measured and/or Indicated Mineral Resource. It includes diluting materials and allowances for losses, which may occur when the material is mined or extracted and is defined by studies at pre-feasibility or feasibility level as appropriate that include application of Modifying Factors. Such studies demonstrate that, at the time of reporting, extraction could reasonably be justified.
>
> Mineral Reserves are sub-divided in order of increasing confidence into Probable Mineral Reserves and Proven Mineral Reserves. A Probable Mineral Reserve has a lower level of confidence than a Proven Mineral Reserve.[42]

### *1. SRK Estimates*

33. In its 2017 report, SRK relies on the feasibility study published by RSG in July 2006 (the "2006 FS" or "2006 RSG Feasibility Study"), as well as a follow-up offsite estimate done by AMEC in May 2013 (the "2013 AMEC Report") to estimate resources and determine Kalukundi's production schedule.[43] SRK's 2017 production profile considers the following:

- Mineral reserves of 16.0 million MT;[44]
- Average grades of 2.86% (copper) and 0.76% (cobalt);[45]

---

[42] **QE–17**, CIM Definition Standards for Mineral Resources and Mineral Reserves, 10 May 2014.

[43] 2017 SRK Report, ¶ 34, Exhibit 1 (2006 RSG Technical Report); Exhibit 4 (2013 AMEC Report).

[44] 2017 SRK Report, Figure 5, Figure 9, Appendix F (DCF Undeveloped Project) row "Total Oxide/Transition Ore Mined." The 2013 AMEC Report's estimates 55.6 million MT of mineral resources, of which 45.3% are classified as inferred resources with little to no economic value. That is, 25,200 thousand MT / (25,200 thousand MT + 30,400 thousand MT) = 45.3%. 2017 SRK Report, Appendix D (CIM Tonnes Grade Comparison); Exhibit 4 (2013 AMEC Report), Table 1-1, p. 1-22.

[45] 2017 SRK Report, Figure 10.

- Two-year construction period followed by a life of mine of 13 years.[46]

34. Contrary to the mining standards discussed above, SRK does not distinguish between proven and probable reserves, and measured, indicated or inferred resources in its production forecast.[47] SRK states: "All mineralized material was used in the pit optimization with no account for measured, indicated or inferred resource classifications."[48]

35. In its updated 2019 DCF valuation, SRK amended its 2017 production profile in the following ways:[49]

- Mineral reserves decreased to 13.9 million MT;[50]
- Average grades increased to 3.05% (copper) and 0.81% (cobalt);[51]
- Life of mine decreased to 12 years.[52]

36. On one hand, SRK's reduction of the total amount of mineral reserves over the life of the mine by approximately 2 million MT lowers the NPV of the Project.[53] On the other hand, SRK also increases the grades of copper and cobalt, which increases the annual amount of copper and cobalt output. Because the latter effect outweighs the former, SRK's updated production profile results in an overall <u>increase</u> of the NPV of the Project, all else equal.[54]

---

[46] 2017 SRK Report, ¶ 47, Appendix F (DCF Undeveloped Project).

[47] *See* ¶ 32 above.

[48] 2017 SRK Report, Appendix E (Pit Optimization Inputs), ¶ 5. i).

[49] 2019 SRK Report, Figure 9, Appendix F (DCF Undeveloped Project).

[50] 2019 SRK Report, Figure 9, Appendix F (DCF Undeveloped Project), row "Total Oxide/Transition Ore Mined."

[51] 2019 SRK Report, Figure 10, Appendix F (DCF Undeveloped Project).

[52] *Compare* 2019 SRK Report, Appendix F (DCF Undeveloped Project) *with* 2017 SRK Report, ¶ 47, Appendix F (DCF Undeveloped Project).

[53] That is, 16.0 million MT − 13.9 million MT = 2.1 million MT.

[54] 2019 SRK Report, Appendix F (DCF Undeveloped Project), SRK Native DCF Model, tab "Control" (with the "Select Price Profile" switch set to "Previous," the NPV of the Project in cell F7 is higher when the "Select

37. SRK states that it increased the grades of copper and cobalt in its updated production profile "by combining the three [mining] areas into a single block model which allowed the algorithm to mine the higher-grade material upfront from the three different areas."[55] It is unclear why SRK did not implement this new approach of combining the mining areas in its original 2017 DCF valuation considering that the underlying technical data upon which SRK relies has not changed – there has been no additional evaluation of the mine's resources since the filing of the 2017 SRK Report.

38. In addition, SRK assigns value to the unmined resources that are not included in its mine plan (the "Terminal Value"). SRK estimates a Terminal Value of US$ 26.7 million in its 2017 valuation and of US$ 20.8 million in its 2019 valuation.[56]

### *2. Stout Estimates*

39. Stout acknowledges that the technical information available in the record is limited to the 2006 FS, "the only actual verified reserve estimate for the mine."[57] Stout states that it does not have the "expertise to opine on the reasonableness of Dr. Rigby's estimate of copper and cobalt resources or the reasonableness of the estimated processing volume."[58] As a result, Stout relies on the 2017 SRK Report production schedule for its valuation model.[59] Stout also estimates a Terminal Value of US$ 22.9 million as of 2019.[60]

### *3. Corrected Estimates*

40. In my DCF valuation, I make three adjustments to SRK's production profile, based on inputs from RPA.

---

Mining Profile" switch is set to "Updated Plan (Original Price)" than when it is set to "Original Plan").

[55] 2019 SRK Report, Exhibit 1 (Updated and Not Updated Figures), p. 4 of PDF.

[56] 2017 SRK Report, Figure 15; 2019 SRK Report, Figure 15.

[57] **ECF. 68**, Government's Submission dated 22 November 2019, ¶ 2.d, p. 9.

[58] **ECF. 68**, Government's Submission dated 22 November 2019, ¶ 2.d, p. 9.

[59] **ECF. 68**, Government's Submission dated 22 November 2019, ¶ 2.d, pp. 9-10.

[60] **ECF. 81**, Government's Submission dated 31 January 2020, Stout Native DCF Model, tab "Terminal Value_1.25M."

41. First, I reduce the average recovery rates of copper and cobalt to 69% and 56%, respectively, to be in line with the 2006 FS.[61] As RPA explains, SRK improperly assumes constant recovery rates of 90% and 70% for copper and cobalt, respectively.[62] This correction alone reduces SRK's 2019 DCF valuation by US$ 155.0 million or 40.0%, all else equal.[63]

42. Second, I increase the waste tonnage by 69% to match the 2006 FS. As RPA explains, the 2006 FS assumed 30-degree pit slopes, whereas SRK assumes 45-degree slopes, which improperly lowered the amount of waste tonnage.[64]

43. Third, I do not assign a Terminal Value to the unmined resources. As RPA explains, the resources that are not part of the mine plan would not have any economic value. These resources are generally found at greater depths and, thus, are associated with very low recovery rates.[65]

44. Applying these modifications to SRK's production profile reduces SRK's 2019 DCF valuation by US$ 221.5 million or 57.2%, all else equal.[66]

### B. Capital Expenditures

45. Capital expenditures ("Capex") for Kalukundi have three components: (i) the initial costs to develop the mine and build the processing plant ("Initial Capital"); (ii) the sustaining capital required to maintain the project in good operational condition over its mining life ("Sustaining Capital"); and (iii) the costs of closing the mine at the end of the project life ("Reclamation Capital").

---

[61] 2006 RSG Feasibility Study, Table 10.5.4_2.

[62] RPA Report, ¶ 159.

[63] That is, US$ 232.2 million − US$ 387.2 million = −US$ 155.0 million; −US$ 155.0 million / US$ 387.2 million = −40.0%. 2019 SRK Report, Appendix F (DCF Undeveloped Project), SRK Native DCF Model, tabs "cf" and "cf (Used for tax calc)" (sensitivity performed by changing SRK's recovery rates to RPA's).

[64] RPA Report, ¶ 159.

[65] RPA Report, ¶ 197.

[66] That is, US$ 165.7 million − US$ 387.2 million = −US$ 221.5 million; −US$ 221.5 million / US$ 387.2 million = −57.2%. **QE−3**, DCF and Calculations, Table 1B.

### 1. SRK Estimates

46. The 2017 SRK Report estimates total capital expenditures of US$ 448.3 million based on the assumption of a 13-year life of mine with a processing plant with a capacity of 1.25 million MT per year.[67] That amount includes: (i) Initial Capital of US$ 327.1 million; (ii) Sustaining Capital of US$ 98.2 million; and (iii) Reclamation Capital of US$ 23.1 million.[68]

47. For its Initial Capital estimate, SRK states that it used the 2006 capital costs set forth in the 2006 FS as its basis and then escalated it to arrive at a 2017 cost figure.[69] Specifically, SRK starts with a base cost of US$ 249.0 million, which it then escalates using inflation indices to arrive at US$ 327.1 million as of 2017.[70]

48. For its Sustaining Capital estimate, SRK assumes that 2.5% of the Initial Capital will be spent annually to maintain the Project over its mining life. SRK first derives a US$ 87.1 million estimate as of 2010,[71] and then escalates it to US$ 98.2 million as of 2017.[72]

49. For its Reclamation Capital estimate, SRK increases a 2006 FS figure of US$ 5.9 million three-fold "to account for a larger mine footprint," and then escalates it through 2017.[73]

50. In its 2019 report, SRK maintains its cost basis for all three components and then only updates its figures to November 2019 to account for two additional years of inflation.[74]

---

[67] 2017 SRK Report, ¶¶ 41, 47, 53, 54.

[68] 2017 SRK Report, Figure 14.

[69] 2017 SRK Report, ¶ 56.

[70] 2017 SRK Report, Figure 14, Appendix I (Capex-Opex Cost Escalation 2006-2010) and Appendix J (Capex-Opex Cost Escalation 2010-2017). In SRK's Appendix J, the "LoM Escalated Capital Expenditures (June 2010 - June 2017)" table reports an Initial Capital estimate as of June 2017 (US$ 290.4 million) whereas Figure 14 in the 2017 SRK Report shows an Initial Capital estimate as of November 2017 (US$ 327.1 million).

[71] 2017 SRK Report, Figure 14, Appendix I (Capex-Opex Cost Escalation 2006-2010). That is, US$ 87.1 million / 12 year = US$ 7.3 million per year / US$ 287.5 million = 2.5%.

[72] 2017 SRK Report, Figure 14, Appendix J (Capex-Opex Cost Escalation 2010-2017). I note that in the "LoM Escalated Capital Expenditures (June 2010 - June 2017)" table in Appendix J, SRK reports 2017 estimates for the Developed Project, not the Undeveloped Project.

[73] 2017 SRK Report, Appendix I (Capex-Opex Cost Escalation 2006-2010), p. 2 of PDF.

[74] 2019 SRK Report, Appendix J (Capex-Opex Cost Escalation 2010-2017).

As a result, SRK's estimate for the total Capex increases from US$ 448.3 million as of November 2017 to US$ 474.3 million as of November 2019.[75]

### 2. Stout Estimates

51. Stout's 2019 DCF valuation includes total capital expenditures of US$ 539 million for a 1.25 million MT per year plant and US$ 433.8 million for an 800,000 MT per year plant.[76]

52. For its assessment, Stout starts with the US$ 448.4 million Capex estimate of SRK in 2017 for the 1.25 million MT per year plant but interprets SRK's 2017 figure as an estimate for an 800,000 MT per year plant. As a result, Stout increases SRK's estimate by 16% in order to make it consistent with a 1.25 million MT per year plant, and then escalates its estimate from 2017 to 2019. Stout states the following:

> To adjust Dr. Rigby's Capital Costs to be consistent with processing 1.25 million metric tons per year, Stout relied on the 2008 MDM Engineering FEED CBE RECOST Kalukundi Copper Cobalt Project, which indicated that the capital estimation for a 1.25 million metric ton per year production would be 16% greater than the cost of a 800,000 metric ton per year production. [77]

53. Stout's interpretation stems from the fact that SRK suggests that the source of its capital expenditure estimate is the 2006 RSG Technical Study – which only covers an 800,000 MT per year plant.[78] As discussed below, there is a lack of clarity in SRK's assumptions.[79] It seems that SRK has already increased the 2006 Initial Capital by 50% compared to the figure included in the 2006 Feasibility Study.[80]

---

[75] 2017 SRK Report, Figure 14, Appendix F (DCF Undeveloped Project); 2019 SRK Report, Figure 14, Appendix F (DCF Undeveloped Project) and Appendix J (Capex-Opex Cost Escalation 2010-2019).

[76] **ECF. 68**, Government's Submission dated 22 November 2019, p. 10.

[77] **ECF. 68**, Government's Submission dated 22 November 2019, p. 10.

[78] **ECF. 68**, Government's Submission dated 22 November 2019, p. 10.

[79] *See* ¶¶ 55-60 below.

[80] *See* n. 88 below.

### 3. Corrected Estimates

54. SRK's estimates of capital expenditures are flawed and unsupported, as I explain next.

#### a. Initial Capital

55. First, SRK's assumption that the processing plant would have a capacity of 1.25 million MT per year is at odds with the 800,000 MT per year capacity considered in the:

- 2006 RSG Feasibility Study;[81]
- 2006 RSG Technical Report;[82]
- 2008 RSG Technical Report;[83]
- 2008 ARL Internal Valuation Model; and[84]
- 2008 SRK Report.[85]

56. The 2006 RSG Technical Report does not provide any estimate for a 1.25 million MT per year plant; instead, it provides an Initial Capital estimate of US$ 166.6 million as of 2006 for an 800,000 MT per year plant.[86]

57. Second, SRK's Initial Capital figure of US$ 249.0 million "as of 2006" does not correspond to anything produced in any of the prior reports or studies in the record.[87] The only reference to an amount close to SRK's US$ 249.0 million is included in the 2008 MDM Engineering Study, which estimates, as an alternative, the cost of a 1.25 million MT per year plant of US$ 249.2 million as of October 2008. However, that

---

[81] 2006 RSG Feasibility Study, Section 1 (Executive Summary), p. 1-8.

[82] 2017 SRK Report, Exhibit 1 (2006 RSG Technical Report), p. 93.

[83] **QE–18**, RSG Global, "Kalukundi Project, Technical Report (Revised)," July 2008, p. 96.

[84] **QE–19**, ARL Internal Valuation Models 2008-2009, p. 1.

[85] 2008 SRK Report, pp. 17, 42.

[86] 2017 SRK Report, Exhibit 1 (2006 RSG Technical Report), pp. 7, 107-108.

[87] 2017 SRK Report, Appendix I (Capex-Opex Cost Escalation 2006-2010).

amount is not as of 2006, and it is pre-duty and pre-contingency costs, which should be included.[88]

58. Notwithstanding the above, the 2008 MDM Engineering Study only suggested that there was a possibility, not a guarantee, that the capacity would increase to 1.25 million MT per year in the future. MDM states:

> The basis for the CBE was a plant to treat 800,000 tonnes ore per year. During the FEED process it was identified that Africo would in the future potentially increase the throughput to 1,25 Million tonnes per year.[89]

59. In contrast to the above statement from MDM, the 2017 SRK Report states:

> Based on the 2006 Bankable Feasibility Study commissioned by Africo and further engineering work undertaken by MDM Engineering Group Limited, the processing capacity at the Kalukundi Project would be 1.25 Mt per year, as approved by the Africo Board in 2007.[90]

60. In its 2017 and 2019 valuations, SRK only considers a 1.25 million MT per year plant – disregarding the 800,000 MT per year plant favored by RSG in 2006 and by RSG, ARL, and SRK in 2008.[91]

61. Third, SRK, who claims to derive its estimate from the 2006 RSG Feasibility Study, ignores a more recent assessment from its very own 2008 report that indicated that the

[88] 2017 SRK Report, Exhibit 2 (2008 MDM Engineering Study), Table 3.5-1. I note that US$ 249.0 million happens to be exactly equal to 150% of US$ 166 million (that is, US$ 249 million / US$ 166 million = 1.5) suggesting that SRK, without providing any explanation or support, may have increased the 2006 RSG Technical Report's Initial Capex estimate for an 800,000 MT per year plant by 50% to derive an estimate for a 1.25 million MT per year plant design as of 2006.

[89] 2017 SRK Report, Exhibit 2 (2008 MDM Engineering Study), p. 3. I note that SRK incorrectly dates the MDM report in 2007 instead of 2008. The MDM report states that in "September 2008 Africo asked MDME to update both the OPEX and CAPEX portions of the project costed in the CBE build to treat 800,000 tonnes following a further drilling programme on site that resulted in certain inferred resources being converted to Measured and Indicated resources." 2017 SRK Report, Exhibit 2 (2008 MDM Engineering Study), p. 3.

[90] 2017 SRK Report, ¶ 53. SRK does not provide any support for the alleged Africo's board approval of the 1.25 million MT per year plant in 2007.

[91] *See* ¶ 55 above.

2006 FS's capital expenditure estimate of US$ 166.6 million for an 800,000 MT per year plant was too low:[92]

> The capital cost in March 2006 money terms is more likely to be US$211.92m plus the sustaining capital of US$3.0m per annum and the owner's costs of US$15.0m. A contingency provision of 15% should also be included in the financial model.
>
> The capital cost in November 2008 terms for this processing plant and infrastructure will have escalated by approximately 2% per month since March 2006, or about 64%. It is estimated that the capital cost will be about US$348m, US$24.6[m] for owner's costs, US$5.0m per annum for sustaining capital and a 15% contingency provision.[93]

62. SRK's 2008 Initial Capital estimate for an 800,000 MT per year plant was US$ 260.9 million (in 2006 U.S. dollar terms), about 57% higher than the US$ 166.6 million estimate in the 2006 Feasibility Study.[94]

63. Around the same time the 2008 SRK Report was published, MDM estimated the Initial Capital for an 800,000 MT per year plant at US$ 238.4 million (as of 2008).[95] Accordingly, the 2008 SRK Report's US$ 428.5 million estimate (as of 2008) for an 800,000 MT per year plant is about 80% higher than MDM's estimate.[96] Additionally, Africo itself estimated the Initial Capital requirement for an 800,000 MT per year plant in 2008. Its figure was US$ 387 million, or 62% higher than MDM's estimate.[97]

---

[92] 2008 SRK Report, pp. 24-25, 51-52.

[93] 2008 SRK Report, pp. 25-26.

[94] That is US$ 260.9 million / US$ 166.6 million − 1 = 57%. The 2008 SRK Report's US$ 260.9 million figure as of 2006 includes initial capital costs of US$ 211.9 million, owner costs of US$ 15.0 million and a 15% contingency (that is, (US$ 211.9 million + US$ 15.0 million) × (1 + 15%) = US$ 260.9 million. 2008 SRK Report, pp. 25-26.

[95] 2017 SRK Report, Exhibit 2 (MDM Engineering Study 2008), Table 3.2-1.

[96] That is, US$ 428.5 million / US$ 238.4 million −1 = 80%. The 2008 SRK Report's US$ 428.5 million figure as of 2008 includes initial capital costs of US$ 348.0 million, owner costs of US$ 24.6 million and a 15% contingency (that is, (US$ 348.0 million + US$ 24.6 million) × (1 + 15%) = US$ 428.5 million. 2017 SRK Report, Exhibit 2 (2008 MDM Engineering Study), p. 7; 2008 SRK Report, pp. 25-26.

[97] **<u>QE−19</u>**, ARL Internal Valuation Models 2008-2009, p. 1. That is, US$ 387 million / US$ 238.4 million =

64. I understand that RPA estimates the Initial Capital for the Project by starting from the 2008 SRK Report's estimate of US$ 428.5 million (as of 2008). RPA then increases that estimate by 16%, based on the percentage estimate in the 2008 MDM Engineering Study, to take into account an increased plant capacity of 1.25 million MT per year. Finally, RPA escalates its estimate from 2008 through 2019 using higher escalating factors than the ones used by SRK to take into account the fact that the plant was to be built in the DRC, not the U.S. RPA's calculations result in an Initial Capital of US$ 633.0 million.[98]

### b. Sustaining Capital

65. In its 2008 valuation, SRK states that the 2006 FS understates the Sustaining Capital, indicating that an amount equivalent to approximately 2% of Initial Capital represents a more appropriate estimate of those costs:

> It is stated in the report that a mine sustaining capital provision of US$50,000 per annum has been made. This is regarded as totally inadequate and should be approximately 2% of the total capital cost of the project. Based on the above costs, the sustaining capital would more appropriately be US$3m per annum.[99]

66. In its 2017 valuation, and its 2019 update, SRK acknowledges that the annual Sustaining Capital should be increased to 2.5% of the Initial Capital.[100]

67. RPA maintains SRK's approach and estimates annual Sustaining Capital by applying 2.5% to RPA's corrected Initial Capital estimate discussed above.[101]

---

62.3%.

[98] RPA Report, ¶ 166.

[99] 2008 SRK Report, p. 25.

[100] 2019 SRK Report, Appendix I (Capex-Opex Cost Escalation 2006-2010).

[101] *See* ¶ 64 above; RPA Report, ¶ 167.

#### c. Post Closure / Reclamation Capital

68. According to the DRC mining code, the maximum annual allowance for post closure costs is 0.5% of revenues.[102]

69. SRK's Reclamation Capital is based on a 2006 RSG Technical Report figure of US$ 5.9 million, which SRK increases three-fold and then escalates from 2006, resulting in a Reclamation Capital estimate of US$ 24.5 million.[103]

70. I understand that RPA maintains SRK's estimate, thus I make no adjustment to SRK's US$ 24.5 million estimate for post closure costs.[104]

#### d. Conclusion on Capital Expenditures

71. Applying RPA's Capex estimates reduces SRK's 2019 DCF Valuation by US$ 180.5 million or 46.6%, all else equal.[105]

### C. Operating Expenses

72. The operating expenses of the Project fall into two major categories:

(i) Direct costs: the costs associated with extracting the ore, processing the ore at the plant, transporting the finished product, and other selling and administrative expenses.

(ii) Indirect costs: the costs associated with royalties, fees, export taxes, and other provisions.[106]

---

[102] **QE–20**, 2018 DRC Mining Code, 28 March 2018, Article 258; **QE–21**, 2002 DRC Mining Code, 11 July 2002, Article 258.

[103] 2019 SRK Report, Appendix F (DCF Undeveloped Project), SRK Native DCF Model, tab "cf," cell V67.

[104] RPA Report, ¶ 167.

[105] That is, US$ 206.6 million − US$ 387.2 million = −US$ 180.5 million; −US$ 180.5 million / US$ 387.2 million = −46.6%. **QE–3**, DCF and Calculations, Table 1C.

[106] 2019 SRK Report, Appendix F (DCF Undeveloped Project).

### 1. SRK Estimates

73. The 2017 SRK Report relied on the 2006 RSG Feasibility Study to project operating expenditures.[107] **Figure 4** below reproduces a table from the 2017 SRK Report summarizing the operating unit costs for each cost category.

**Figure 4**
**Operating Cost Summary**
**(2017 SRK Report)**

| Description | Unit | 2006 Unit Rate | Compound CostMine Escalation Factor | 2010 Unit Rate | Comments |
|---|---|---|---|---|---|
| OP Mining | US$/t mined | NA | NA | 2.50 | SRK estimate based on experience in 2010 timeframe |
| Processing | US$/t ore | 57.75 | 1.17 | 67.39 | CostMine mill factor |
| General and Administrative | US$/t ore | 9.46 | 1.17 | 11.05 | CostMine mill factor |
| Cu Cathode Transport | US$/t cathode | 390 | 1.15 | 449 | Apply CostMine OP mining factor |
| Co Cathode Transport | US$/t cathode | 490.1 | 1.15 | 564 | Apply CostMine OP mining factor |
| Marketing | % of Gross Revenue | 2% | NA | 2% | No change – based on gross revenue |
| Gecamines Royalty | % of Gross Revenue | 2.5% | NA | 2.5% | No change – based on gross revenue |
| DRC Gov't Royalty | % of Net Smelter Return (NSR) | 2.0% | NA | 2.0% | No change – based on NSR |
| DRC Gov't Export Tax | % of Gross Proceeds on Exports | 1.0% | NA | 1.0% | No change – based on gross revenue assuming 100% is exported. |
| RMR Private Royalty | % of Net Smelter Return (NSR) | 0.5% | NA | 0.5% | No change – based on NSR |
| Annual Concession Fees | Fixed US$/y | ~10k | NA | ~10k | Minor costs, assumed not to change over time |
| Corporate Cost | Fixed US$/LoM | 12.5k | NA | 12.5k | LoM cost incurred in first 6 years of project. Assume cost to get operation to steady state then absorbed by G&A cost. |

74. SRK first escalated the 2006 operating costs from the 2006 FS to a 2010 cost basis and then further escalated to 2017 using the "CostMine MCS Index."[108]

75. In its 2019 report, SRK largely maintains its cost basis from its 2017 report, and only updates the figures to include additional escalation from 2017 to 2019. However, as part of the new mining code enacted in the DRC in March 2018 (the "2018 DRC

[107] 2017 SRK Report, ¶¶ 56-57, Appendix I (Capex-Opex Cost Escalation 2006-2010) and Appendix J (Capex-Opex Cost Escalation 2010-2017).

[108] 2017 SRK Report, ¶¶ 56, 57.

Mining Code"), the DRC changed its royalty structure.[109] As a result, SRK increases royalty rates for copper and cobalt, from 2.0% to 3.5% and 10.0% of Net Smelter Return ("NSR"), respectively.[110]

### 2. Stout Estimates

76. Stout bases its operating expenditures on those included in the 2017 SRK Report, updating them to take into account the regulatory changes pertaining to the new mining code, which SRK concurrently updated in its 2019 report.[111]

### 3. Corrected Estimates

77. In my DCF valuation, I have relied on the operating cost estimates provided by RPA. I understand that RPA has made some small adjustments to SRK's operating costs to arrive at a mining, processing, and general and administrative ("G&A") unit cost of US$ 3.50 per MT mined, US$ 80.00 per MT processed, and US$ 14.00 per MT processed, respectively.[112] This compares with SRK's mining, processing, and G&A unit cost of US$ 2.91 per MT mined, US$ 78.32 per MT processed, and US$ 12.84 per MT processed, respectively.[113]

78. After applying RPA's adjustments to operating costs, SRK's DCF valuation decreases by US$ 20.6 million or 5.3%, all else equal.[114]

## D. Fiscal Regime

79. The 2018 DRC Mining Code includes a new tax provision, which applies to the profits generated by a mining project in excess of those anticipated in the bankable feasibility

---

109 **QE−20**, 2018 DRC Mining Code, 28 March 2018, Article 241.

110 2019 SRK Report, p. 5; **QE−20**, 2018 DRC Mining Code, 28 March 2018, Articles 240-241.

111 **ECF. 68**, Government's Submission dated 22 November 2019, p. 8.

112 RPA Report, ¶¶ 169-170.

113 *Compare* RPA Report, ¶¶ 169-170 *with* 2019 SRK Report, Appendix J (Capex-Opex Cost Escalation 2010-2019).

114 That is, US$ 366.5 million − US$ 387.2 million. = −US$ 20.6 million; −US$ 20.6 million / US$ 387.2 million = −5.3%. **QE−3**, DCF and Calculations, Table 1D.

study, due to increases in the commodity market prices (the "Super Profit Tax"). The regulation states:

> "Excess profits" or "superprofits" refer to the profits made whenever the prices of materials or commodities experience an exceptional increase of greater than 25% compared to those included in the bankable feasibility study for the project.
>
> Superprofit is determined from the EBITDA generated from the holder's accounts. For the determination of excess profits, the provisions of Article 252 do not apply.
>
> The special tax on excess profits is applied at the rate of 50%. Income subject to the special excess profit tax is not subject to tax on profits.[115]

80. For the Super Profit Tax to apply, the average market price for a commodity in a given fiscal year must be at least 25% higher than the estimated price for that same fiscal year in the original feasibility study.[116] If this condition is met, the law states that a 50% tax applies to the resulting excess profits.

81. The excess profit basis used to calculate the Super Profit Tax consists of the difference between the EBITDA calculated using current prices and the EBITDA calculated using the prices (scaled up by 25%) included in the original feasibility study.[117]

---

[115] **QE–20**, 2018 DRC Mining Code, 28 March 2018, Article 251 bis (translated from the French original: "Par profits excédentaires ou super profits, il faut entendre les bénéfices réalisés lorsque les cours des matières ou des commodités connaissent un accroissement exceptionnel, supérieur à 25% par rapport à ceux repris dans l'étude de faisabilité bancable du projet. Le super profit est déterminé à partir de l'excédent brut d'exploitation dégagé de la comptabilité du titulaire. Pour la détermination des profits excédentaires, les dispositions de l'article 252 ne s'appliquent pas. L'impôt spécial sur les profits excédentaires est imposable au taux de 50%. Le revenu soumis à l'impôt spécial sur le profit excédentaire n'est pas imposable à l'impôt sur les bénéfices et profits.").

[116] **QE–22**, 2018 DRC Mining Regulation, 12 June 2018, Article 530 bis (translated from the French original: "L'article 251 bis ne s'appliquera que si le prix de vente moyen effectif du produit pour l'exercice comptable excède de plus de 25% le prix de vente moyen du produit pour cette année tel que prévu dans l'étude de faisabilité").

[117] **QE–22**, 2018 DRC Mining Regulation, 12 June 2018, Article 530 bis (translated from the French original: "Pour l'application de l'article 251 bis du Code minier, l'excédent brut d'exploitation qui sert d'assiette de l'impôt spécial sur les profits excédentaires est constitué par la différence entre le montant de l'excédent brut d'exploitation de l'exercice comptable considéré diminué du montant de l'excédent brut d'exploitation dégagé par l'étude de faisabilité bancable du projet minier pour cette même année, ce dernier montant augmenté de

82. In testing whether the Super Profit Tax should apply, instead of using the commodity prices included in the 2006 FS, SRK uses the same commodity price projections that it includes in its DCF model.[118] As a result, the Super Profit Tax is not triggered and, thus, has no impact on SRK's DCF valuation.

83. On the contrary, Stout properly takes into account the Super Profit Tax in its DCF valuation by assuming that the relevant commodity prices for basing its tax calculations are those included in the 2006 FS.[119]

84. I also include the correct Super Profit Tax calculations in my DCF projections by relying on the commodity prices of the 2006 FS. This adjustment reduces SRK's 2019 DCF valuation by US$ 59.3 million or 15.3%, all else equal.[120]

## E. Discount Rate

85. SRK used a discount rate of 12% for its undeveloped Project DCF, with a 30% discount rate applied only in the first year.[121] The Government's expert, Stout, presented a discount rate analysis and calculated a nominal weighted average cost of capital ("WACC") of 20.5% and a cost of equity of 25.6%.[122] Stout's discount rate analysis is more appropriate than SRK's for a pre-operation mining project in the DRC.

---

25%").

[118] 2019 SRK Report, Appendix F (DCF Undeveloped Project), SRK Native DCF Model (in tab "cf (Used for tax calc)," the "FS Pricing" in cells A11 and A12 are set equal to the copper and cobalt prices included in the model projections, not to the original copper and cobalt prices in the 2006 FS).

[119] **ECF. 81**, Government's Submission dated 31 January 2020, Stout Native DCF Model, tab "SUPER PROFIT TAX," excel rows 11-12.

[120] That is, US$ 327.9 million − US$ 387.2 million = −US$ 59.3 million; −US$ 59.3 million / US$ 387.2 million = −15.3%. **QE−3**, DCF and Calculations, Table 1E. This sensitivity also includes the cost to be paid for rehabilitation of communities affected by mining operation introduced by the 2018 DRC Mining Code (equal to 0.3% of gross revenue), which SRK incorrectly omits, whereas Stout correctly includes in its valuation. **ECF. 81**, Government's Submission dated 31 January 2020, p. 8; **QE−20**, 2018 DRC Mining Code, 28 March 2018, Article 258 bis.

[121] 2017 SRK Report, ¶¶ 26, 62, Appendix F (DCF Undeveloped Project). SRK has used these discount rates upon instruction from counsel but has also opined that the 12% discount rate is "conservative."

[122] **ECF. 68**, Government's Submission dated 22 November 2019, p. 9; **ECF. 81**, Government's Submission dated 31 January 2020, "STOUT - OZ - Discount rate to Counsel.xls" ("Stout Discount Rate Calculation"), tab "IROR WACC."

86. Below, I explain what the discount rate represents to a potential investor and its purpose within a DCF calculation of FMV. I then perform a review of each of the inputs in Stout's discount rate calculation and present my own discount rate calculation, which results in a real discount rate for the Kalukundi Project of 24.0%.

### 1. The Discount Rate and Internal Rate of Return ("IRR")

87. The discount rate is a fundamental element in any DCF valuation. The valuation process starts by constructing an unbiased estimate of cash flows to be generated by an asset in the future, which I have discussed above. The question then arises as to how much a buyer would pay for those future cash flows today. The answer to that question crucially depends on the risk of those cash flows, which is assessed in the discount rate.

88. For example, assume that an asset can be bought today for US$ 100 and has a lifespan of one year. At the end of that year, it is expected to yield a cash flow of US$ 115. Should an investor buy that asset? The answer depends on the risks associated with that asset, keeping in mind that US$ 115 is just an expectation, not a guaranteed amount. The expected rate of return for this asset is only 15%.[123] Taking into account the risks of the asset, if the investor assesses that the minimum required rate of return for this asset is 25%, the investor should not invest, since the expected rate of return (15%) does not meet the minimum required rate of return, or "hurdle rate," for the asset.[124] It follows that the discount rate for a project necessarily has to be equal to its hurdle rate or minimum required rate of return.

---

[123] That is, US$ 115 expected cash flow / US$ 100 price of the asset − 1 = 15% return.

[124] The hurdle rate is commonly defined in economics and finance as:

- The minimum amount of return that a person requires before they will make an investment in something. **QE–23**, Investopedia, Definition of "Hurdle Rate."
- [A] particular amount of profit that someone expects to get before they will decide to INVEST in something. **QE–24**, Longman Dictionary of Contemporary English, Definition of "Hurdle Rate." (emphasis in original).
- In business, minimum rate of return required in order to make an investment. **QE–25**, The Free Dictionary by Farlex, Definition of "Hurdle Rate."
- In capital budgeting, the required return for a project. That is, when a company is planning its outlays in the medium and long-term, it requires a certain rate of return on projects, because they can be quite

89. In multi-year projects, the same concepts apply, but instead of applying the discount rate to a single future cash flow, it is applied to multiple future cash flows in following the NPV formula:

$$NPV = -C_0 + \frac{C_1}{1+r} + \frac{C_2}{(1+r)^2} + \ldots + \frac{C_t}{(1+r)^t}$$

90. The capital asset pricing model ("CAPM") and the weighted average cost of capital ("WACC") are quantitative methods that seek to estimate the discount rate ("r") for an asset. These methods are formulaic and relatively straightforward, but they cannot substitute for the need to arrive at a discount rate that truly reflects how investments in physical projects, like Kalukundi, are evaluated in the real world.

91. The CAPM and WACC generate estimates that should be considered with care, as they were developed to deal with capital allocation in a diversified liquid stock portfolio, not to evaluate investment in a single, physical project. Analysts have argued that this approach provides estimates that are at best the floor to the discount rate applicable to a going concern operating in developed economies.[125] In fact, several studies have shown that companies apply a higher discount rate in their investment decisions than the rate of return predicted by the CAPM.[126]

---

expensive and the outlays tie up capital that can be used elsewhere. This required return is called the hurdle rate. **QE−26**, Farlex Financial Dictionary, Definition of "Hurdle Rate."

Furthermore: "The terms 'minimum rate of return,' 'hurdle rate,' 'discount rate,' 'minimum discount rate,' and 'opportunity cost of capital' are all interchangeable with the term 'cost of capital' as used in this text and in common practice." **QE−27**, Franklin J. Stermole and John M. Stermole, Economic Evaluation and Investment Decision Methods (12th ed., Investment Evaluations Corporation 2009), pp. 12, 13.

[125] As Stermole and Stermole warn, the hurdle rate in actual business transactions "must not be confused with the 'financial cost of capital' which is the cost of raising money by borrowing or issuing new bond, debenture, common stock or related debt/equity offerings," which is what CAPM measures. **QE−27**, Franklin J. Stermole and John M. Stermole, Economic Evaluation and Investment Decision Methods (12th ed., Investment Evaluations Corporation 2009), p. 13. Professor Boyle, among many others, concludes that the cost of capital derived from CAPM should be considered only as a floor in calculating the correct discount rate for determining how much a buyer would pay for a project. He states that, in practice, firms have a hurdle rate several points above their cost of capital. **QE−28**, Glenn Boyle, "Corporate Investment Policy: What is the Cost of Capital?," 10 June 2002. **QE−29**, Pierre Vernimmen *et al.*, "Corporate Finance: Theory and Practice," 5th ed., Wiley, 2018, p. 272 ("Discounting is calculated with the required return of the investor. If the investment does not meet or exceed the investor's expectations, he will forego it and seek a better opportunity elsewhere").

[126] **QE−30**, James M. Poterba and Lawrence H. Summers, "A CEO Survey of US Companies' Time Horizons and Hurdle Rates," MIT Sloan Management Review, Vol. 37, No. 1: 43 (Fall 1995); **QE−31**, Iwan Meier and

### 2. Discount Rate Calculation

92. In this section, I review Stout's discount rate calculation using the CAPM and WACC methods to build up a discount rate that would be expected for a small, pre-operational mining project in the DRC.

93. The CAPM method uses an additive method to estimate risk. One begins by estimating the cost of equity of an established, operating mining project in a developed country (usually the United States). Then, a country risk premium is added to account for the differences between operating in a developing country, in this case the DRC, rather than operating in a developed country. When appropriate, additional risk premia may apply for idiosyncratic risks, which are risks that are specific to the target project. Stout included a size premium and a company-specific risk premium to account for idiosyncratic risks.[127]

94. In general, I agree with many of the discount rate inputs that Stout used, but two main adjustments ought to be made. First, the discount rate for the Kalukundi mine should exclude debt, as the Project never incurred debt and never planned to incur debt.[128] Accordingly, a cost of capital for an all-equity financed project should be used in this case, rather than the WACC calculated by Stout, which includes debt. Second, the discount rate must be converted into real terms (that is, excluding future inflation), as the cash flows projected by SRK and RPA, to which the discount rate is applied, are also expressed in real terms.[129] In addition to these two adjustments, I implement other changes to three of the discount rate inputs used by Stout (the equity risk premium,

---

Vefa Tarhan, "Corporate Investment Decision Practices and the Hurdle Rate Premium Puzzle," HEC Montreal and Loyola University, 28 January 2007; **QE–32**, Jagannathan, Ravi, David A. Matsa, Iwan Meier, and Vefa Tarhan, "Why do firms use high discount rates?," Journal of Financial Economics 120, no. 3 (2016), pp. 445, 451.

[127] Stout Discount Rate Calculation, tab "IROR WACC."

[128] In each of its Annual Information Form ("AIF"), Africo stated that its internal financial models all assumed 100% equity financing. **QE–33**, Africo 2007 AIF, p. 13; **QE–34**, Africo 2008 AIF, p. 16; **QE–35**, Africo 2009 AIF, p. 17; **QE–36**, Africo 2010 AIF, p. 17; **QE–37**, Africo 2011 AIF, p. 18; **QE–38**, Africo 2012 AIF, p. 17; **QE–39**, Africo 2013 AIF, p. 17; **QE–40**, Africo 2014 AIF, p. 15; **QE–41**, Africo 2015 AIF, p. 15. In 2008, SRK stated that if "gearing (debt finance) has to be used to demonstrate the economic viability of a project, one has to critically assess whether the project is really worth pursuing. SRK believes the use of gearing in the evaluation of the Kalukundi Project even at a feasibility study stage of development is not appropriate." 2008 SRK Report, p. 42.

[129] *See* ¶ 128 below.

the size premium, and the company-specific risk premium), which are more subjective to the valuation practitioner. The combined effect of my adjustments results in a 24.0% real discount rate for the Kalukundi Project.[130]

95. I review each component of Stout's discount rate calculation and provide comments where I have disagreement. There are six main components to Stout's cost of equity calculation: (i) the risk-free rate; (ii) the equity risk premium ("ERP"); (iii) the beta (iv) the country risk premium; (v) the size premium and (vi) the company-specific risk premium.[131] Stout's cost of equity is incorporated into its WACC with two more inputs: (vi) the debt to total capital ratio and (vii) the cost of debt.[132] These components are combined in the following equation to form the cost of equity and the WACC, respectively.

$$\boldsymbol{Cost\ of\ Equity} = Risk\ free\ rate + Beta \times ERP + CRP + Size\ Premium + Company\ Specific\ Risk\ Premium$$

$$\boldsymbol{WACC} = Cost\ of\ Equity \times \left(1 - \frac{Debt}{Total\ Capital}\right) + Cost\ of\ Debt \times \left(\frac{Debt}{Total\ Capital}\right)$$

96. In the following sections, I discuss each of these inputs as well as how to convert the resulting nominal discount rate into a real discount rate.

### a. Risk-Free Rate

97. The risk-free rate measures the return that investors can obtain by investing in a risk-free asset, such as U.S. government bonds.[133] Stout uses the spot rate of the

---

130 *See* **Figure 5** below.

131 Stout Discount Rate Calculation, tab "IROR WACC."

132 Stout Discount Rate Calculation, tab "IROR WACC."

133 Given that those bonds are perceived to be virtually free of risk, their yield only captures the time value of money (that is, the fact that investors generally prefer having one dollar today over having one dollar many years in the future) and the expected inflation (for nominal discount rate calculations).

20 year U.S. Treasury bond as of its Valuation Date, 2.1%.[134] I agree with Stout's assessment. The risk-free rate should be a long-term bond and U.S. Treasuries are commonly used as risk-free rates.

### b. Equity Risk Premium

98. The equity risk premium measures the additional return necessary to prompt investors to invest in a well-diversified portfolio of equities instead of safer U.S. government bonds.[135] Stout used the "Long-Term Market Equity Risk Premium" from Duff and Phelps' "Valuation Handbook: U.S. Guide to Cost of Capital," which is 6%.[136]

99. I agree that Duff and Phelps is a reliable source for the equity risk premium. However, the equity risk premium as set out in the Duff and Phelps' "International Guide to Cost of Capital" is more appropriate, as both Stout and I rely on that publication for the country risk premium for the DRC. The United States' "Long-Horizon Equity Risk Premia" in this publication is 6.9%.[137]

### c. Beta

100. The beta is a measure of the volatility, or systematic risk, of an individual stock or industry relative to the entire market. When calculating a discount rate, the beta is used to scale the equity risk premium from a measure of risk for the entire equity market to a measure of risk specific to a given industry, in this case copper mining. Stout presented a sample of 15 international copper mines using S&P Capital IQ and calculated five-year betas using weekly volatility measures.[138] Stout used the median levered equity beta of these fifteen companies, 1.52, as its estimate of the beta for the copper mining industry.[139] I agree with Stout's method for calculating the beta for the

---

[134] Stout Discount Rate Calculation, tab "IROR WACC," note [a].

[135] This is typically measured as the S&P 500 total returns minus long-term U.S. government bond income returns.

[136] Stout Discount Rate Calculation, tab "IROR WACC," note [b].

[137] Stout Discount Rate Calculation, tab "IROR WACC," note [d]. **QE-42**, Duff and Phelps, International guide to the Cost of Capital, March 2019.

[138] Stout Discount Rate Calculation, tab "IROR WACC," note [c], tab "Beta&Debt_Cap."

[139] Stout Discount Rate Calculation, tab "IROR WACC," note [c], tab "Beta&Debt_Cap." I agree with Stout's method of using the median, rather than the mean, as there is one significant outlier in its sample of companies

copper mining industry. However, the Kalukundi Project would not incur debt and, therefore, the unlevered beta should be used in this case.[140]

101. The unlevered beta measures the market risk of the project's underlying assets, assuming that the project incurs no debt. A levered beta will change to reflect the effect of the capital structure change on its risk. As the inclusion of debt increases risk, the levered beta will increase, all else equal.[141]

102. Stout assumed a capital structure with 30% debt and 70% equity, which results in its median 1.52 levered equity beta. Since I assume that the Kalukundi Project would not incur debt,[142] I use the median unlevered beta from Stout's sample of 15 companies, or 1.17.[143]

#### d. Country Risk Premium

103. The country risk premium measures the extra return required by an equity investor to invest in a project that is not located in a developed country, such as the U.S. Country risk is comprised of a number of factors such as: government stability, socioeconomic conditions, internal conflict, corruption, strength of institutions, local inflation and exchange rate expectations, and taxation regimes.[144]

104. Stout used the average of two widely accepted methodologies which estimate country risk premiums:

- The Country Credit Rating Model, which yields an equity country risk for the DRC of 10.3%.[145] This model uses regression analysis to estimate the cost of

---

(Imperial Metals Corporation).

140 *See* n. 128 above.

141 **QE–43**, Jonathan Berk and Peter DeMarzo, "Corporate Finance," Pearson Fourth Edition, 2016, p. 503.

142 *See* n. 128 above.

143 Stout Discount Rate Calculation, tab "Beta&Debt_Cap," cell P26. Stout has already calculated in its spreadsheet each of these two types of betas: levered and unlevered.

144 **QE–44**, Campbell R Harvey, Country Risk Components, the Cost of Capital, and Returns in Emerging Markets, 18 November 2004, Table 1.

145 Stout Discount Rate Calculation, tab "Foreign Risk Premium."

equity implied by a country's credit risk rating and is based on research by Erb, Harvey, and Viskanta. Duff and Phelps updates this model regularly.

- The Country Sovereign Debt Spread, scaled up using a 1.09 global average equity multiplier, which yields an equity country risk for the DRC of 7.6%. This approach is based on the difference between the yield of dollar-denominated government bonds of the target country and the yield of U.S. government bonds, scaled up by 1.09 to account for the higher risk of equity relative to debt.[146]

105. Stout averaged these methods to arrive at a country risk premium of 8.9%, which I also adopt in my discount rate calculation.[147]

### e. Size Premium

106. The CAPM seeks to determine the minimum required rate of return of an investment. This theoretical model makes a number of simplifying assumptions, most notably that the required rate of return depends on a single variable, the beta, which is derived from the share prices of large, publicly-traded companies.[148] Thus, the CAPM without any adjustments would understate the true cost of capital for the Kalukundi Project for several reasons. The first of those reasons is the size of the company. The parameters used in the CAPM refer to large companies, but betas tend to be higher for smaller firms.[149]

---

[146] Stout Discount Rate Calculation, tab "Foreign Risk Premium."

[147] Stout Discount Rate Calculation, tab "Foreign Risk Premium."

[148] Empirical studies have shown that the CAPM has serious shortcomings. For example, Nobel-prize winning authors Eugene Fama and Kenneth French explain that "in the late 1970s, research begins to uncover variables like size, various price ratios and momentum that add to the explanation of average returns provided by beta. The problems are serious enough to invalidate most applications of the CAPM." **QE−45**, Eugene F. Fama, Kenneth R. French, "The Capital Asset Pricing Model: Theory and Evidence," Journal of Economic Perspectives, Vol. 18, No. 3: 25-46 (Summer 2004), p. 43.

[149] The equity risk premium and the beta, the two primary components of the CAPM, are both typically calculated based on the returns of the S&P 500 Index, which is comprised of the 500 largest publicly traded companies in the U.S. As Ibbotson/Morningstar explains: "If small stocks have high returns because they have high betas, and if methods of measuring betas for smaller companies produce betas that are too low, then in the context of the CAPM some sort of adjustment is necessary in order to produce a discount rate of the right magnitude. A small stock premium is one such adjustment." **QE−46**, Ibbotson/Morningstar, "2012 Valuation

107. Stout included a small stock risk premium of 2.5%. This is based on the average risk premia for "Low-Cap," 1.6%, and "Micro-Cap," 3.4%, companies as published by Duff and Phelps.[150]

108. However, the "Micro-Cap" classification has a market cap for companies ranging from US$ 2.5 million to US$ 729 million.[151] Africo's market cap has never been above US$ 145.0 million throughout its history.[152] Moreover, SRK's inflated valuation of US$ 387.2 million as of November 2019 shows that even with SRK's aggressive valuation inputs, the Kalukundi Project is firmly in the "Micro-Cap" classification.[153] Therefore, I use the 3.4% "Micro-Cap" size premium in my discount rate calculation, without averaging that value with the premium for "Low-Cap."

### f. Company Specific Risk Premium

109. Stout also included a company specific risk premium for the Kalukundi Project of 3%.[154] Company specific, or idiosyncratic, risks are often included in discount rate calculations.[155] Stout included a company specific risk premium due to multiple factors:

> 1) the shareholder conflicts that have impeded the development of the mine; 2) the delay in developing the mine (SRK DCF model for a Developed Project indicated the mine was to begin development in 2010); and 3) the Exploitation or Mining License,

---

Yearbook, Market Results for Stocks, Bonds, Bills, and Inflation, 1926-2011" (Morningstar, 2012), p. 101.

150 Stout Discount Rate Calculation, tab "IROR WACC," note [e].

151 Stout Discount Rate Calculation, tab "IROR WACC." The "Low-Cap" classification has a market cap for companies ranging from US$ 730 million to US$ 3 billion.

152 **QE–2**, Share Price Analysis, Table 1, row 402.

153 2019 SRK Report, pp. 3, 5.

154 Stout Discount Rate Calculation, tab "IROR WACC."

155 **QE–32**, Jagannathan, Ravi, David A. Matsa, Iwan Meier, and Vefa Tarhan, "Why do firms use high discount rates?," Journal of Financial Economics 120, no. 3 (2016), pp. 445, 451.

PE591, for the Kalukundi mining rights is set to expire on October 10, 2021 with two potential 15-year renewal periods.[156]

110. These are legitimate concerns for any potential investor in the Kalukundi Project and potential investors would require higher rates of return, above what the CAPM predicts, for those reasons. Stout also stated that "a Company-Specific Risk Premium of 3% is generally accepted as reasonable and conservative <u>while 5% is a more likely applicable rate</u>."[157] I agree that 5% is more applicable, as there are factors beyond those outlined by Stout, which result in higher required rates of return for potential investors in the Kalukundi Project.

111. As stated above, the CAPM without any adjustments would understate the true cost of capital for the Kalukundi Project as it was designed for shares of large publicly traded companies.[158] Other reasons include illiquidity and pre-operational risk.

112. The CAPM measures the cost of capital for shares of publicly-traded companies, whereas the Kalukundi Project is an illiquid physical asset. As Shannon Pratt explains, owners of illiquid assets such as Kalukundi "cannot merely call a stockbroker, execute a transaction in seconds, and have cash in hand within three business days. It may take months to prepare a controlling interest for sale, with significant legal, accounting, investment banking, and management time costs incurred in the process."[159] Liquidity is attractive to shareholders because it provides clear price information and allows shareholders to quickly sell shares if they choose to.

113. Another factor which has been recognized by SRK and investors in the Project is that Kalukundi was pre-operational.[160] Pre-operational risk is the additional risk related to the beginning of commercial operation, such as construction risks, start-up risks, and

[156] Stout Discount Rate Calculation, tab "IROR WACC," note [f].

[157] Stout Discount Rate Calculation, tab "IROR WACC," note [f] (emphasis added).

[158] *See* ¶ 106 above.

[159] **<u>QE−47</u>**, Shannon Pratt and Roger Grabowski, "Cost of Capital: Applications and Examples," 4th ed. (John Wiley & Sons, Inc., 2010), pp. 587-588.

[160] In 2008, OZ applied a 30% discount rate for the first year of discounted cash flows and SRK has retained this approach to each of its DCFs. This approach of applying a higher discount rate in the first year is unorthodox. 2019 SRK Report, p. 2; Appendix R (2008 OZ Investment Memo), p. 9.

funding risks. To some extent, Stout outlined factors which are a component of pre-operational risk and has also partially accounted for it by using a slightly higher discount rate of 30% in the first year of operation.[161]

114. Given the additional risk factors beyond those stated by Stout, a company specific risk premium of at least 4% (that is, the mid-point of Stout's range) should be added to the discount rate in this case.

#### g. Inflation Expectations (Real vs. Nominal)

115. When calculating a discount rate, consideration must be given to whether that discount rate should be expressed in real or nominal terms. Cash flows which are projected in nominal terms, which include inflation expectations, should use a nominal discount rate, which also includes inflation expectations. Cash flows which projected in real terms, using constant price and cost projections as of a given year, should use a real discount rate which excludes inflation expectations. As the cash flows projected by SRK and RPA in this case are in real terms, a real discount rate should be used.

116. The discount rate calculated by Stout is a nominal discount rate, as it uses inputs which include inflation expectations – for example, the 20-year treasury bond rate as the risk-free rate. The Fisher equation is used to convert between real and nominal rates.[162] I convert the nominal discount rate calculated by Stout to a real discount rate using the widely accepted inflation expectation in the U.S. of 2%.[163]

### *3. Conclusion on Discount Rate*

117. Based on the evidence described in this section, applying a real discount rate of 24.0% is necessary to adequately capture the risk of the Kalukundi Project, which reduces SRK's 2019 DCF Valuation by US$ 286.3 million or 74.0%, all else equal.[164]

---

[161] Stout Discount Rate Calculation, tab "IROR WACC," note [f] ("The delay in developing the mine (SRK DCF model for a Developed Project indicated the mine was to begin development in 2010)."); **ECF. 81**, Government's Submission dated 31 January 2020, Stout Native DCF Model, tab "Assumptions," cell D8.

[162] That is, (1 + nominal discount rate) / (1 + expected inflation rate) − 1 = real discount rate.

[163] **QE−48**, Federal Reserve Bank of Philadelphia, Survey of Professional Forecasters: First Quarter 2020, Table 7.

[164] That is, US$ 100.8 million − US$ 387.2 million = −US$ 286.3 million; −US$ 286.3 million / US$ 387.2 million = −74.0%. **QE−3**, DCF and Calculations, Table 1F. The share of the US$ 100.8 million value for the

118. **Figure 5** below shows the comparison between Stout's discount rate calculation and my own.

**Figure 5**
**Comparison of Stout's and Quadrant Economics' Discount Rates**[165]

| | Calculations | Stout | Stout (No Debt) | Quadrant |
|---|---|---|---|---|
| | | | (Percent) | |
| | | (1) | (2) | (3) |
| 1. Risk-Free Rate of Return | | 2.1% | 2.1% | 2.1% |
| 2. Equity Risk Premium | | 6.0% | 6.0% | 6.9% |
| 3. Beta | | 1.52 | 1.17 | 1.17 |
| 4. CAPM | R1 + R2 x R3 | 11.2% | 9.1% | 10.1% |
| 5. Country Risk Premium for the DRC | | 8.9% | 8.9% | 8.9% |
| 6. ICAPM | R4 + R5 | 20.1% | 18.0% | 19.1% |
| 7. Small Stock Risk Premium | | 2.5% | 2.5% | 3.4% |
| 8. Company-Specific Risk Premium | | 3.0% | 3.0% | 4.0% |
| 9. Cost of Equity | R6 + R7 + R8 | 25.6% | 23.5% | 26.5% |
| 10. Cost of Debt | | 7.8% | - | - |
| 11. Equity Percent of Total Capital | | 70.0% | 100.0% | 100.0% |
| 12. Debt Percent of Total Capital | | 30.0% | - | - |
| **13. WACC (Rounded)** | R9 x R11 + R10 x R12 | **20.5%** | **23.5%** | **26.5%** |
| **14. Real Discount Rate (Rounded)** | (1 + R13) / (1 + 2%) - 1 | **18.0%** | **21.0%** | **24.0%** |

119. As discussed above, a major difference between Stout's and my calculation relates to the use of financial leverage.[166] Assuming that Kalukundi will not take on debt requires using an unlevered beta, which is lower than Stout's estimate of the levered beta, and it also requires excluding the cost of debt in the WACC.[167] As **Figure 5** above shows, using the same inputs as Stout but assuming no financial leverage results in an unlevered cost of capital of 23.5% in nominal terms and 21.0% in real terms.[168] Making

---

entire Project corresponding to Africo's 70% equity ownership is US$ 43.8 million. <u>**QE–3**</u>, DCF and Calculations, Table 2B. *See* **Section V.F.2** below.

[165] I have followed Stout's approach of rounding the WACC and Real Discount Rate (rows 13 and 14 of **Figure 5** above) to the nearest half of a percentage point.

[166] *See* n. 128 above.

[167] *See* **Figure 5** above, rows 3, 11, 12.

[168] *See* **Figure 5** above, column 2.

the additional adjustments I have proposed above to the ERP, the size premium, and the company-specific risk premium, the discount rate increases to 26.5% in nominal terms and 24.0% in real terms.[169]

120. An article by CRU, a leading provider of analysis, prices, and consulting in the mining and metal markets,[170] shows that my discount rate calculation is reasonable. CRU assessed that countries, like the DRC, with an OECD risk classification of seven, the highest rating given to the riskiest countries,[171] should have a risk-adjusted discount rate of approximately 31% in nominal terms or 26% in real terms.[172]

### F. Conclusion on DCF Valuation as of the Date of Sentencing

121. There are major flaws in SRK's and Stout's DCF valuation. Correcting for these flaws shows that the Project was not economically viable as of November 2019, as **Figure 3** above shows.

122. In addition to reviewing SRK's and Stout's November 2019 DCF analyses, I have been asked by Counsel for OZ Africa to perform an updated DCF valuation as of the date of this Report. As I explain next, taking into account the information that has become available since SRK and Stout filed their November 2019 reports, specifically the

---

[169] *See* **Figure 5** above, column 3, rows 2, 7, 8, 13, 14.

[170] **QE−49**, About CRU.

[171] The OECD produces country risk classifications for the purpose of assessing minimum premium fees for official export credits. **QE−50**, About OECD Country Risk Classifications, OECD, 2020, ("The country risk classifications are meant to reflect country risk. Under the Participants' system, country risk encompasses transfer and convertibility risk (i.e. the risk a government imposes capital or exchange controls that prevent an entity from converting local currency into foreign currency and/or transferring funds to creditors located outside the country) and cases of force majeure (e.g. war, expropriation, revolution, civil disturbance, floods, earthquakes)"). **QE−51**, OECD Country Risk Ratings, 31 January 2020.

[172] **QE−52**, Serafino Capoferri, "The financial evaluation of 25 major iron ore projects using risk-adjusted discount rates," CRU Insights, 12 February 2014, pp. 2-3. This article also confirms that discount rates are based on required IRRs, as stated above, by stating that "the lower-bound of the IRR range applicable to each country rank is the most appropriate measure of minimum, acceptable IRRs. This approach eliminates the variable element of the project risk premium and ensures that lower-risk projects are not unfairly penalised. Conversely, however, this approach is likely to show riskier projects in a better light than might otherwise be the case." *See also* **QE−53**, Svetlana Baurens, "Valuation of Metals and Mining Companies," Basinvest, 11 July 2010, p. 37 ("Most of the books and articles focus on the calculation of the corporate cost of capital. However, it is possible to determinate a discount rate that is appropriate for an individual project on the basis of industry expectations for project returns (Internal Rate of Return), the risk factors associated with mineral projects in general, and the risks related to the specific project.").

evolution of the spot prices and price forecasts for cobalt and copper, does not change my conclusion – Kalukundi is still not a viable project based on the DCF analysis as of the date of this Report.

### *1. Copper and Cobalt Prices*

123. As noted in the Government's submission, commodity prices are a key assumption underlying the DCF valuation.[173] For its 2017 valuation of the Kalukundi Project, SRK used spot prices for copper and cobalt as of November 2017 as its long-term price estimates.[174] For its updated 2019 valuation, SRK uses spot prices for copper and cobalt as of October 2019.[175]

124. The Government's position is that consensus long-term price forecasts for copper and cobalt should be used in a DCF analysis. Its expert, Stout, applies consensus price forecasts from Capital IQ, a market intelligence platform commonly used by financial professionals.[176]

125. I agree with the Government and its expert that it is preferable to use consensus price forecasts. As the Government explains in its submission, estimates of future cash flows should incorporate the best available information on future prices.[177] In this case, the sale of copper and cobalt mined from Kalukundi would not be expected to begin until year four of the projected period, only after completion of the construction of the mine.[178]

126. That said, commodity price forecasting is not an exact science. It depends on the interaction and timing of many factors relating to supply and demand, the outcome of which is uncertain. Therefore, it is advisable to consider as many forecasts as possible

---

[173] **ECF. 68**, Government's Submission dated 22 November 2019, p. 7. A study by Boston Consulting Group explains that commodity prices explained 9% of the increase in total shareholder returns for a sample of mines. **QE−54**, Philip Krinks et al., "Value Creation in Mining: More than Commodity Prices," February 2011, p. 5.

[174] 2017 SRK Report, p. 24.

[175] 2019 SRK Report, pp. 4-5.

[176] **ECF. 68**, Government's Submission dated 22 November 2019, p. 7.

[177] **ECF. 68**, Government's Submission dated 22 November 2019, p. 7.

[178] 2019 SRK Report, ¶ 47, Appendix F (DCF Undeveloped Project).

in order to gauge the consensus in the marketplace. Consensus forecasts consist of surveys of short- and long-term price outlooks developed by professional forecasters at a variety of institutions, including consultancies, government agencies, and investment banks. In my experience, the broader and more diverse the consensus forecast, the more accurate it tends to be. This view is supported by the academic literature.[179]

127. I have reviewed the consensus forecasts developed by both Consensus Economics, a global macroeconomic survey firm,[180] and Capital IQ.[181] Although I consider either to be an acceptable source of information for metal price forecasts, I believe Consensus Economics is a superior source due to its diversity of contributors. Consensus Economics includes forecasts developed by independent research firms and government agencies in addition to investment banks, whereas Capital IQ does not include government agencies or other non-sell-side analysts.[182] Consensus Economics also has many more contributors: for its long-term copper and cobalt price forecasts

[179] **QE−55**, James Surowiecki, "The Wisdom of Crowds" (Doubleday, 2004), pp. 10, 30−32, 36−37. The Wisdom of Crowds compiles and summarizes academic research on the subject of collective wisdom. *See also*, **QE−56**, Robert Clemen, "Combining Forecasts: A review and annotated bibliography," International Journal of Forecasting, Vol 5 (1989), pp. 559-583; **QE−57**, J. M. Bates and C. W. J. Granger, "The Combination of Forecasts," Operational Research Quarterly Vol. 20 No. 4, December 1969, pp. 451-468; **QE−58**, Naomi Bosler and Gerald Schneider, "The Oracle or the Crowd? Experts versus the Stock Market in Forecasting Ceasefire Success in the Levant," International Studies Association Convention Paper, 2011; **QE−59**, J. Scott Armstrong, "Combining Forecasts," University of Pennsylvania Wharton School Marketing Papers, 17 June 2001; **QE−60**, Paul Brest and Linda Hamilton, "Problem Solving, Decision Making, and Professional Judgment: A Guide for Lawyers and Policymakers," (Oxford University Press, 2010), pp. 597, 599; **QE−61**, Consensus Economics website, "How Accurate."

[180] 2019 SRK Report, p. 5 and n. 7; **QE−62**, Consensus Economics website, "About Consensus Economics." SRK posits that both spot prices and consensus forecasts are appropriate sources of pricing data for use in a valuation. 2019 SRK Report, n. 7.

[181] In its submission, the Government refers to my use of projections from the World Bank. **ECF. 68**, Government's Submission dated 22 November 2019, p. 7 and n. 8. Because the World Bank provides forecasts for copper but not for cobalt (which would need to be estimated based on copper forecasts), I relied on Consensus Economics and Capital IQ for this analysis.

[182] For example, Consensus Economics forecast contributors include investment banks such as JP Morgan and Citigroup, government entities such as the Australia Department of Industry and the Bank of China, consultancies such as Capital Economics and Pezco Economics, and research institutions such as Moody's Analytics and the Economic Intelligence Unit. **QE−63**, Consensus Economics, Energy and Metals Consensus Forecasts as of February 2020, pp. 14, 20. Capital IQ's consensus forecasts come from investment banks and research institutions only. **QE−64**, Email from Capital IQ.

as of February 2020, Consensus Economics had 10 and seven contributors, respectively, whereas Capital IQ had only two and one contributor, respectively.[183] In order to capture the best available information on future prices, I prefer to use the consensus forecast with the widest variety and the highest number of contributors.

128. It is also important to note that Consensus Economics and Capital IQ report price forecasts in nominal terms (i.e., current dollars),[184] whereas SRK's DCF model is expressed in real terms (i.e., constant dollars). Brealey, Myers, and Allen, authors of the textbook Principles of Corporate Finance, aptly explain the difference:

> Economists and financial managers refer to current, or *nominal*, dollars versus constant, or *real*, dollars. For example, the nominal cash flow from your one-year bond is $ 1,100. But if prices rise over the year by 6%, then each dollar will buy you 6% less next year than it does today. So at the end of the year $ 1,100 has the same purchasing power as $ 1,100/1.06 = $ 1,037.74 today. The nominal payoff on the bond is $ 1,100, but the real payoff is only $ 1,037.74.[185]

129. Economic and financial analyses can be conducted in either nominal or real terms, and figures from different years can be used, as long as care is taken to inflate or deflate the figures appropriately.

130. A nominal price forecast must be converted into real terms before it can be used in a real-term DCF analysis. Otherwise, the inconsistency will result in a model which shows revenue growth that incorporates the effects of inflation, but cost growth that does not, thus artificially increasing margins and overstating the valuation. Stout failed to convert Capital IQ's nominal price forecasts into real terms in its DCF analysis, which is based on SRK's DCF real-terms model. The Government noted in its submission that the consensus prices used by its expert from Capital IQ as of

---

183 **QE–4**, Other Calculations, Table 1.

184 Except for the long-term forecast, which Consensus Economics reports in both nominal and real terms. **QE–63**, Consensus Economics, Energy and Metals Consensus Forecasts as of February 2020, p. 5; **QE–64**, Email from Capital IQ.

185 **QE–65**, Richard A. Brealey, Stewart C. Myers, and Franklin Allen, "Principles of Corporate Finance," 10th ed. (McGraw-Hill/Irwin, 2011), p. 61 (emphasis in the original).

November 2019 were higher than those used by SRK from Consensus Economics as of September 2019.[186] However, as **Figure 6** below shows, once both projections are consistently expressed in real terms, Capital IQ's long-term copper price forecast is close to that from Consensus Economics, whereas Capital IQ's long-term cobalt price forecast is indeed lower.

**Figure 6**
**Consensus Economics (Sep-2019) vs Capital IQ (Nov-2019)**
**Long-Term Copper & Cobalt Forecasts[187]**




131. In sum, using consensus forecasts from either Capital IQ or Consensus Economics is an acceptable methodology. It is best to select a forecast with a larger, more diverse set of contributors to reflect a true market consensus, which is why I propose using

[186] **ECF. 68**, Government's Submission dated 22 November 2019, n. 8.

[187] Capital IQ's nominal forecasts are converted to real forecasts using a 2% annual inflation rate. **QE−4**, Other Calculations, Table 2; **QE−48**, Federal Reserve Bank of Philadelphia, Survey of Professional Forecasters: First Quarter 2020, Table 7; **QE−66**, Consensus Economics, Energy and Metals Consensus Forecasts as of September 2019, p. 3; **ECF. 68-11**, Government's Submission dated 22 November 2019, Exhibit 11 (Consensus Prices); .

Consensus Economics.[188] Whichever forecast source is used, it is imperative that the price forecasts be consistent with all other inputs of the DCF analysis with regards to inflation. In this case, commodity prices need to be expressed in real terms.

132. **Figure 7** below compares SRK's November 2019 DCF valuation, correcting for all of the flaws discussed above but still using SRK's spot prices for copper and cobalt as of October 2019 (US$ 2.54 and US$ 16.10 per pound, respectively),[189] with SRK's corrected DCF valuation using the following updated copper and cobalt prices: (i) spot prices as of 28 February 2020 (US$ 2.46 and US$ 14.97 per pound, respectively); (ii) consensus forecasts from Consensus Economics as of 17 February 2020 (US$ 2.85 and US$ 20.72 per pound, respectively);[190] and (iii) consensus forecasts from Capital IQ as of 28 February 2020 (US$ 2.94 and US$ 17.66 per pound, respectively).[191]

[188] *See* ¶ 127 above.

[189] *See* **Figure 3** above.

[190] Consensus Economics releases updated forecasts once each month. As of 28 February 2020, the most recent Consensus Economics forecast was the one released on 17 February 2020.

[191] Copper prices are net of quality discount of US$ 0.09 per pound, consistent with SRK. 2017 SRK Report, ¶ 55. Capital IQ price forecasts are long-term forecasts expressed in real terms. **QE−63**, Consensus Economics, Energy and Metals Consensus Forecasts as of February 2020, pp. 14, 20.

**Figure 7**
**NPV of Project Under Different Price Forecasts[192]**

| | Spot Prices (Oct 2019) | Spot Prices (Feb 2020) | Consensus Economics (Feb 2020) | Capital IQ (Feb 2020) |
|---|---|---|---|---|
| | (US$ Millions, Unless Otherwise Stated) | | | |
| | (1) | (2) | (3) | (4) |
| *Commodity Prices* | | | | |
| 1. Copper (US$ per lb) | 2.54 | 2.46 | 2.85 | 2.94 |
| 2. Cobalt (US$ per lb) | 16.10 | 14.97 | 20.72 | 17.66 |
| **3. NPV of Project** ***(All Corrections to SRK)*** | **(191.6)** | **(210.6)** | **(162.0)** | **(178.2)** |

133. Regardless of the price forecasting methodology applied, the Project is not economically viable based on the DCF analysis as of the date of this Report.

### 2. *Valuation of Africo's Interest in Kalukundi*

134. After valuing the Project using the DCF method, SRK attributes 75% of that value to Africo based on the revised equity ownership of Africo (75%) and Gécamines (25%) stated in the third amendment of the Organization Agreement of May 18, 2004.[193] SRK fails to consider two important factors that influence the economic value of Africo's share of the Project, as I explain next.

[192] **QE−3**, DCF and Calculations, Tables 1G, 1J, 1K, 1L.

[193] 2019 SRK Report, pp. 3, 5-7. Stout only calculates the value of 100% of the Project and does not provide any calculations of Africo's share nor Claimants' loss. **ECF. 68**, Government's Submission dated 22 November 2019, n. 2. The Fourth Amendment of the Organization Agreement states: "Whereas on May 18, 2004 GECAMINES and H&J Sprl signed Amendment No. 3 to the Organization Agreement in order to: alter the structure of the share capital, which became 75% for H&J Sprl (instead of 55% at the time of the signing of the Organization Agreement) and 25% for GECAMINES (instead of 45% at the time of the signing of the Organization Agreement); extend by twenty-four months the time period for the submission of the Feasibility Study; establish 2.5% of Gross Sales as royalties to be paid to GECAMINES for the consumption of its deposits; regulate the resolution of disputes and differences." **QE−67**, Jan 2009 Swanmines Contract (cert translated), Preamble D, p. 2.

a. Economic Value of Shareholding Interests

135. The first factor that SRK disregards is the funding arrangements outlined in the Organization Agreement and, as a result, it overstates the economic value of Africo's share of the Project.

136. The Organization Agreement specified that Africo was solely responsible for funding the development of the Project.[194] Gécamines, on the other hand, while it was not required to contribute anything, it was entitled to receive a 25% share of any equity distribution.[195] On this basis alone, Gécamines' economic interest would be worth more than 25% of the overall value of the Project and Africo's economic interest would be worth less than 75%.

137. The following hypothetical example illustrates this point. Consider a 10-year project that: (i) requires an initial capital investment of US$ 20 million; (ii) generates US$ 10 million each year in cash flows; and (iii) is owned by two shareholders, Investor A and Investor B. Investor A, like Africo, owns 75% of the project and is responsible for providing 100% of the initial capital. Investor B, like Gécamines, owns 25% of the project and has no obligation to contribute any capital for the initial development. **Figure 8** below shows the impact on the economic value of the investors' shares of the project, with Investor A contributing 100% of the initial capital.

---

[194] The Fourth Amendment of the Organization Agreement states: "The following paragraph shall be added to the third paragraph of Article 5.1 on Advances: AKAM Sprl must also raise the funds required to develop and exploit the Kalukundi deposits, in conformance to the Feasibility Study. AKAM Sprl shall make the Advances as loans to SWANMINES Sprl. Said Advances shall be partner loans of up to 30% of the total amount of the investments necessary for the Development of the mining project and its placement in Commercial Production. These partner loans shall be repaid by SWANMINES Sprl without interest. The additional loans to be obtained from AKAM Sprl and its Affiliated Companies or in the market, through AKAM Sprl or through the Affiliated Companies, shall be repaid with interest at the Benchmark Rate – at the maximum 400 basis points additional must be submitted for a decision by the Parties, specifically on the basis of the Equity Clause." **QE−67**, Jan 2009 Swanmines Contract (cert translated), Article 5.1, p. 4. Following the transfer of Swanmines shares from Akam to Africo in January 2009, Africo "assumed the rights and obligations of Akam pursuant to Amendment No. 4." **QE−34**, Africo 2008 AIF, pp. 5-7.

[195] On 1 October 2008, the shareholders of SWANMINES Sprl agreed to a share capital increase of US$ 2 million, whereas Akam funded Gécamines' due portion of the capital call (25% of the increase per the ownership structure), or US$ 0.5 million (that is US$ 2 million × 25% = US$ 0.5 million). This advance was to be repaid by Gécamine to Akam, without interest, from the future dividends paid by the mine to Gécamines. **QE−67**, Jan 2009 Swanmines Contract (cert translated), Article 2, p. 3.

**Figure 8**
**Impact of Funding Arrangements on the Economic Value of Investors' Share of a Project**[196]

| | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | … | Year 10 |
|---|---|---|---|---|---|---|---|
| | (US$ Millions) | | | | | | |
| 1. Project Cash Flows | (20.0) | 10.0 | 10.0 | 10.0 | 10.0 | … | 10.0 |
| 2. **NPV Project** | **21.9** | | | | | | |
| 3. *Investor A Cash Flows* | *(20.00)* | *7.5* | *7.5* | *7.5* | *7.5* | … | *7.5* |
| 4. *Investor B Cash Flows* | - | *2.5* | *2.5* | *2.5* | *2.5* | … | *2.5* |

**Economic Value of Investor Share**

| | | |
|---|---|---|
| NPV Investor A | 11.4 | 52% |
| NPV Investor B | 10.5 | 48% |
| **Total, NPV Project** | **21.9** | **100%** |

138. Even though Investor A has a 75% equity stake in the project, the economic value of its share, US$ 11.4 million, is less than 75% of the project's overall value, US$ 16.4 million.[197] Given that Investor A is responsible for contributing all of the initial capital of US$ 20 million, it effectively only retains 52% of the project's NPV.

139. Under SRK's incorrect interpretation, the value of Investor A's share would simply equal 75% of the NPV of project, or US$ 16.4 million. However, this disregards the actual funding arrangement and implicitly assumes that Investor A and Investor B share the financial burden of funding the project, with contributions equal to their respective equity stakes (that is, Investor A contributes 75% and Investor B contributes 25%). This method artificially increases the economic value of Investor A's share and artifically decreases the economic value of Investor B's share.

140. In addition, under the terms of the Organization Agreement and related amendments, Africo's funding of the Project was to be structured as a shareholder loan.[198] Those

---

[196] For the purposes of this illustrative example, I apply a discount rate of 20% to calculate the NPV of the Project and the Investors' shares.

[197] That is, US$ 21.9 million (NPV of Project) × 75% = US$ 16.4 million.

[198] <u>**QE–67**</u>, Jan 2009 Swanmines Contract (cert translated), Article 5.1., p. 4. The Fourth Amendment to the Organization Agreement requires for the financing of the Kalukundi mine: (i) a shareholder loan at zero interest

documents also specify that "[p]rovided there are sufficient funds to provide operating capital for the operations of [the Project], 70% of net profits after taxes shall be allocated to repayment of loan principal and interest and 30% shall be allocated to pay the Parties in proportion to their equity stakes."[199]

141. Continuing from the previous hypothetical example above, now assume that Investor A funds the project through a shareholder loan in the amount of the initial capital investment (US$ 20 million). **Figure 9** below shows the impact of adding the repayment of the shareholder loan on the economic value of Investor A's and Investor B's share of the project.

**Figure 9**
**Impact of Funding Arrangements on the Economic Value of Investors' Share of a Project – Shareholder Loan**[200]

| | Calculations | Year 0 | Year 1 | Year 2 | Year 3 | Year 4 | ... | Year 10 |
|---|---|---|---|---|---|---|---|---|
| | | (US$ Millions) | | | | | | |
| 1. Project Cash Flows | | (20.0) | 10.0 | 10.0 | 10.0 | 10.0 | ... | 10.0 |
| 2. **NPV Project** | | **21.9** | | | | | | |
| 3. Loan Repayment to Investor A | | | (7.0) | (7.0) | (6.0) | - | ... | - |
| 4. Cash Flow to Equity | R1 + R3 | | 3.0 | 3.0 | 4.0 | 10.0 | ... | 10.0 |
| 5. *Investor A Cash Flows* | - R3 + (75% x R4) | *(20.00)* | *9.3* | *9.3* | *9.0* | *7.5* | ... | *7.5* |
| 6. *Investor B Cash Flows* | R4 x 25% | - | *0.8* | *0.8* | *1.0* | *2.5* | ... | *2.5* |

**Economic Value of Investor Share**

| | | |
|---|---|---|
| NPV Investor A | 15.0 | 68% |
| NPV Investor B | 6.9 | 32% |
| **Total, NPV Project** | **21.9** | **100%** |

142. As the example shows, the repayment of the shareholder loan takes priority over disbursements to the equity holders, with up to 70% of the project's cash flow each year being used for repayment until the shareholder loan has been fully paid off. After

from Akam to fund up to 30% of the Initial Capital required to start mine operations, and (ii) an interest-bearing shareholder loan from Akam to fund the 70% remainder of the Initial Capital.

199 QE−67, Jan 2009 Swanmines Contract (cert translated), Article 10.2, p. 15.

200 For illustrative purposes, I assume a zero-interest loan in the above hypothetical example.

the loan has been satisfied, the remaining cash flows are distributed to the shareholders based on their respective ownership stake (that is, 75% to Investor A and 25% to Investor B). As a result, Investor A now captures 68% of the project's value, an improvement from the 52% non-loan scenario, but still below Investor A's 75% ownership stake.[201]

143. The above hypothetical example highlights the importance of taking into consideration the funding arrangements and the financing structure of a project when valuing shareholders' interests in a project. By disregarding these factors, SRK artificially inflates the economic value of Africo's share in the Project. Correcting SRK's calculation to reflect the actual funding arrangements of the Project reduces the economic value of Africo's share from 75% to 72% of the NPV of the Project, or from US$ 274.8 million to US$ 265.0 million, all else equal.[202]

144. While a reduction in Africo's share of about 3% may seem minor, it is important to note that if the Court decides that alternative assumptions should be applied to determine the Project's DCF value, and these alternative assumptions reduce the cash flows from the levels estimated by SRK, then the impact of these provisions become increasingly more significant. **Figure 10** below shows this dynamic by evaluating the impact of varying levels of reductions to SRK's cash flows on Africo's share of the Project's value.

---

[201] *Compare* **Figure 8** above with **Figure 9** above.

[202] I have excluded SRK's terminal value and assumed Africo's equity ownership at 75% of the Project for the purposes of this sensitivity. I understand that the applicable interest rate for the interest bearing shareholder loan is equal to the 1-year London Interbank Offered Rate ("LIBOR") plus a 4% spread. In my calculations, I apply the prevailing LIBOR rate as of February 2020, 1.77%. **QE-68**, Feb 2001 Swanmines Contract, Definition (42), p. 8; **QE-67**, Jan 2009 Swanmines Contract (cert translated), Article 5.1.

**Figure 10**
**Sensitivity Analysis – Effect of Reductions to SRK's Cash Flows on the Portion of the Project's NPV Retained by Africo**[203]

| | Value of Project | Value of Africo's Share: SRK Method | Value of Africo's Share: Correct Method | Portion of Project Value Retained by Africo: SRK Method | Portion of Project Value Retained by Africo: Correct Method |
|---|---|---|---|---|---|
| | (US$ Millions) | | | (Percent) | |
| | | | | (2) / (1) | (3) / (1) |
| | (1) | (2) | (3) | (4) | (5) |
| 1. SRK | 366.4 | 274.8 | 265.0 | 75% | **72%** |
| 2. Cash Flow Decrease of 30% | 182.8 | 137.1 | 124.5 | 75% | **68%** |
| 3. Cash Flow Decrease of 40% | 121.6 | 91.2 | 77.2 | 75% | **63%** |
| 4. Cash Flow Decrease of 50% | 60.5 | 45.3 | 29.2 | 75% | **48%** |

145. As the magnitude of the reduction in SRK's cash flows increases, the portion of the Project's value retained by Africo decreases. For example, reducing SRK's cash flow projection by 50%, leads to a decrease in the portion of the Project's value retained by Africo, from 72% to 48%.

146. This relationship is further confirmed by documents in the record. For instance, an internal DCF valuation performed by Africo's management in 2008, with a Project NPV of US$ 32 million, estimated Africo's share to be worth only US$ 1 million, or about 3% of the Project.[204]

### b. Impact of 2018 DRC Mining Code

147. The second factor that SRK disregards is the change in the 2018 DRC Mining Code and its impact on Africo's share of the Project going forward. Effective March 2018, a renewal of a mining license requires the transfer of an additional 5% equity stake to the DRC.[205] As the Kalukundi mining rights are set to expire in October 2021,[206] a

---

203 I have excluded SRK's terminal value and assumed Africo's equity ownership at 75% of the Project for the purposes of this sensitivity.

204 **QE–19**, ARL Internal Valuation Models 2008-2009, p. 2.

205 **QE–20**, 2018 DRC Mining Code, 28 March 2018, Article 80 h.

206 *See* ¶ 109 above.

DCF valuation as of today, which would project the distribution of the first dividend not earlier than 2023,[207] ought to reduce the ownership share of Africo from 75% to 70%.

148. Including both the actual funding and financing arrangements of the Project between its two investors (Africo and Gécamines) and the transfer of 5% of Africo's equity stake to the DRC reduces Africo's share to US$ 259.3 million, or 67.0% of the overall Project's DCF value, all else equal.[208]

### 3. Valuation of Claimants' Loss

149. Claimants allege that they held approximately 65% of Africo's shares outstanding in spring 2008.[209] Thus, one would need to multiply that percentage times the DCF value of Africo's 75% interest (or 70% interest, according to the 2018 DRC Mining Code) in the Kalukundi mining rights in order to calculate Claimants' overall share of that value.[210]

150. However, the calculation of the amount of restitution under the MVRA statute must also take into account the fact that the Kalukundi mining rights were returned to Africo in 2008 through the Camrose transactions.[211] The return of the mining rights must be considered in an analysis of Claimants' loss.[212]

---

[207] *See*, *e.g.*, 2019 SRK Report, Appendix F (DCF Undeveloped Project).

[208] **QE–3**, DCF and Calculations, Table 2A.

[209] *See* ¶ 20 above.

[210] *See* ¶ 147 above.

[211] On 21 April 2008, Africo announced in a press release that it entered into a subscription agreement for a private placement with Camrose whereby Camrose would hold a majority stake in Africo following the share issuance. The press release noted that Camrose simultaneously entered into an agreement to acquire the outstanding shares of Akam. Following the private placement, the press release stated that Africo would "unequivocally confirm ownership" of its 75% interest in the Kalukundi mining rights. **QE–69**, Africo Resource Ltd., "Africo Resources announces CAD$100 million private placement to develop the Kalukundi project, signs agreements to acquire property contiguous to the Kalukundi project and to re-establish its ownership of Swanmines," News Release, 21 April 2008, p. 1.

[212] *See* ¶ 21 above.

151. Before the Camrose transactions, Africo had 27.2 million shares outstanding, 65% of which were allegedly held by Claimants, or approximately 17.68 million shares.[213]

152. However, after the property was returned through the Camrose transactions in July 2008, Claimants still owned approximately 17.68 million shares but out of Africo's 72.6 million shares outstanding post-transaction, or 24% of the total.[214] Claimants' ownership share was thus diluted by 41% due to the Camrose transactions (that is, 65% of Africo's shares outstanding before the Camrose transactions minus 24% of Africo's shares outstanding following the Camrose transactions). This is the value of the mining rights that must be subtracted under the MVRA prong on returned property.

153. Claimants' aggregate loss should therefore be calculated based on the dilution, or 41% of the DCF value of Africo's 75% interest (or 70% interest) in the Kalukundi mining rights. That is effectively what Claimants, in the aggregate, lost due to the offense.[215]

154. Counsel for OZ Africa has asked me to calculate Claimants' aggregate loss starting from the DCF valuations for 100% of the Kalukundi mining rights proposed by the Government (Stout's US$ 188.7 million) and Claimants (SRK's US$ 387.2 million) in November 2019.[216] **Figure 11** below summarizes my calculations based on the steps discussed above.[217]

---

[213] That is, 27.2 million shares outstanding in April 2008 × 65% = 17.68 million shares held by Claimants. *See* ¶ 21 above.

[214] That is, 17.68 million shares held by Claimants / 72.6 million shares outstanding in July 2008 = 24%.

[215] In its Memorandum and Order, the Court states: "There is no way to know that Africo would have needed to dilute its shareholders, and, in any event, it lost the opportunity to do so fairly, which is a harm recompensable under the MVRA." **ECF. 51**, Court's Memorandum and Order dated 28 August 2019, p. 14. However, as discussed above, on 13 April 2007 Africo announced that it entered into a financing agreement with Paradigm and GMP, which was later withdrawn as a result of the Akam judgment. *See* ¶¶ 10-11 above. Under that financing agreement, Paradigm and GMP would have received about 35 million Africo shares. **QE−8**, Africo Resource Ltd., "Africo Announces C$100 million Financing," News Release, 13 April 2007, p. 1; **QE−70**, Africo Resource Ltd., "Africo Increases Financing," News Release, 13 April 2007, p. 1. Assuming Claimants held 65% of Africo's 25 million shares outstanding before that transaction, or about 16.25 million shares, their share of Africo would have been diluted to 27% after the transaction (that is, 25 million shares + 35 million shares = 60 million shares outstanding after the transaction; 16.25 million shares / 60 million shares = 27%). Therefore, Claimants' equity interest in Africo would have been diluted in any event by necessary equity financing. Separate calculations would have to be made to quantify the loss to each Claimant.

[216] **ECF. 68**, Government's Submission dated 22 November 2019, p. 17; 2019 SRK Report, p. 5.

[217] A DCF valuation as of the date the property was returned could also be used as an alternative value of the

**Figure 11**
**Claimants' Aggregate Loss Based on Government's and SRK's DCF Values**[218]

| | Calculations | Stout | SRK |
|---|---|---|---|
| | | (US$ Millions) | |
| | | (1) | (2) |
| 1. DCF Value of Kalukundi | | 188.7 | 387.2 |
| 2. Africo's Interest | | 109.0 | 259.3 |
| 3. Claimants' Share | R2 x 65% | 70.9 | 168.5 |
| 4. Property Returned | R2 x 24% | 26.2 | 62.2 |
| 5. **Claimants' Loss** | R3 - R4 | **44.7** | **106.3** |

155. The calculations shown in the above figure are unnecessary under my corrected DCF valuation, according to which the Kalukundi Project is not economically viable.[219]

---

mining rights that must be subtracted under the MVRA prong on returned property. As indicated by RPA, of the DCF valuations of the Kalukundi mining rights performed in 2006-2008, SRK's valuation from November 2008 seems to better incorporate corrections to the original feasibility study in terms of costs and key underlying technical assumptions (RPA Report, ¶ 127). The 2008 SRK Report's DCF valuation for 100% of the Kalukundi Project was US$ 96.0 million (SRK's DCF value ranged between US$ 50.8 million and US$ 139.5 million, with an average value of US$ 96.0 million, *see* 2008 SRK Report, pp. 52, 54, Table 6.5). I estimate that the share attributable to Africo's 75% interest was approximately 60% of that value, or US$ 57.5 million. Therefore, under this alternative calculation, US$ 57.5 million must be subtracted from the DCF valuation of Africo's interest in the Kalukundi mining rights before assigning any portion of that value to Claimants.

[218] **ECF. 68**, Government's Submission dated 22 November 2019, p. 17; 2019 SRK Report, p. 5; **QE−4**, Other Calculations, Table 3; **QE−3**, DCF and Calculations, Table 2A. Africo's interest (row 2 in the figure) is calculated using an equity ownership of 70%. *See* ¶ 147 above.

[219] *See* **Figure 3** and **Figure 7** above.

I solemnly declare upon my honor and conscience that the contents of this expert report are true and correct and that the opinions set forth herein are my considered and honestly held opinions on the issues I address.

Dr. Daniel Flores

Managing Director

Quadrant Economics LLC

**Quadrant Economics Expert Report - List of Exhibits**

| | Description |
|---|---|
| QE−1 | Biographical Information, Daniel Flores, Quadrant Economics |
| QE−2 | Share Price Analysis |
| QE−3 | DCF and Calculations |
| QE−4 | Other Calculations |
| QE−5 | Africo Resources Ltd., "Management's Discussion & Analysis for the year ended," 31 December 2007 |
| QE−6 | Africo Resource Ltd., "Africo Completes Going Private Transaction," News Release, 6 July 2016 |
| QE−7 | Toronto Stock Exchange and TSX Venture Exchange, "2019 Guide to Listing," 31 December 2018 |
| QE−8 | Africo Resource Ltd., "Africo Announces C$100 million Financing," News Release, 13 April 2007 |
| QE−9 | Africo Resource Ltd., "Press Release," News Release, 27 April 2007 |
| QE−10 | Africo Resource Ltd., "Financing Cancelled," News Release, 27 April 2007 |
| QE−11 | Africo Resource Ltd., "Update on legal proceedings in the DRC," News Release, 13 August 2007 |
| QE−12 | Dr. Tony Harwood, Africo Resources Ltd. Presentation at the Mines and Money Conference 2007 |
| QE−13 | MVRA, 18 U.S.C. § 3663A, "Mandatory restitution to victims of certain crimes" |
| QE−14 | Solactive Global Copper Miners Index, Factsheet as of 28 February 2020 |
| QE−15 | Global X, Fund Summary of Global X Copper Miners ETC (COPX) |

| | |
|---|---|
| **QE−16** | Africo Resource Ltd., "Africo Resources Ltd. Enters into Definitive Agreement with Camrose Resources Limited for Going Private Transaction," News Release, 13 May 2016 |
| **QE−17** | CIM Definition Standards for Mineral Resources and Mineral Reserves, 10 May 2014 |
| **QE−18** | RSG Global, "Kalukundi Project, Technical Report (Revised)," July 2008 |
| **QE−19** | ARL Internal Valuation Models 2008-2009 |
| **QE−20** | 2018 DRC Mining Code, 28 March 2018 |
| **QE−21** | 2002 DRC Mining Code, 11 July 2002 |
| **QE−22** | 2018 DRC Mining Regulation, 12 June 2018 |
| **QE−23** | Investopedia, Definition of "Hurdle Rate" |
| **QE−24** | Longman Dictionary of Contemporary English, Definition of "Hurdle Rate" |
| **QE−25** | The Free Dictionary by Farlex, Definition of "Hurdle Rate" |
| **QE−26** | Farlex Financial Dictionary, Definition of "Hurdle Rate" |
| **QE−27** | Franklin J. Stermole and John M. Stermole, Economic Evaluation and Investment Decision Methods (12th ed., Investment Evaluations Corporation 2009) |
| **QE−28** | Glenn Boyle, "Corporate Investment Policy: What is the Cost of Capital?," 10 June 2002 |
| **QE−29** | Pierre Vernimmen *et al.*, "Corporate Finance: Theory and Practice," 5th ed., Wiley, 2018 |
| **QE−30** | James M. Poterba and Lawrence H. Summers, "A CEO Survey of US Companies' Time Horizons and Hurdle Rates," MIT Sloan Management Review, Vol. 37, No. 1: 43 (Fall 1995) |
| **QE−31** | Iwan Meier and Vefa Tarhan, "Corporate Investment Decision Practices and the Hurdle Rate Premium Puzzle," HEC Montreal and Loyola University, 28 January 2007 |

| | |
|---|---|
| **QE−32** | Jagannathan, Ravi, David A. Matsa, Iwan Meier, and Vefa Tarhan, "Why do firms use high discount rates?," Journal of Financial Economics 120, no. 3 (2016) |
| **QE−33** | Africo 2007 AIF |
| **QE−34** | Africo 2008 AIF |
| **QE−35** | Africo 2009 AIF |
| **QE−36** | Africo 2010 AIF |
| **QE−37** | Africo 2011 AIF |
| **QE−38** | Africo 2012 AIF |
| **QE−39** | Africo 2013 AIF |
| **QE−40** | Africo 2014 AIF |
| **QE−41** | Africo 2015 AIF |
| **QE−42** | Duff and Phelps, International guide to the Cost of Capital, March 2019 |
| **QE−43** | Jonathan Berk and Peter DeMarzo, "Corporate Finance," Pearson Fourth Edition, 2016 |
| **QE−44** | Campbell R Harvey, Country Risk Components, the Cost of Capital, and Returns in Emerging Markets, 18 November 2004 |
| **QE−45** | Eugene F. Fama, Kenneth R. French, "The Capital Asset Pricing Model: Theory and Evidence," Journal of Economic Perspectives, Vol. 18, No. 3: 25-46 (Summer 2004) |
| **QE−46** | Ibbotson/Morningstar, "2012 Valuation Yearbook, Market Results for Stocks, Bonds, Bills, and Inflation, 1926-2011" (Morningstar, 2012) |
| **QE−47** | Shannon Pratt and Roger Grabowski, "Cost of Capital: Applications and Examples," 4th ed. (John Wiley & Sons, Inc., 2010) |
| **QE−48** | Federal Reserve Bank of Philadelphia, Survey of Professional Forecasters: First Quarter 2020 |

| | |
|---|---|
| **QE−49** | About CRU |
| **QE−50** | About OECD Country Risk Classifications, OECD, 2020 |
| **QE−51** | OECD Country Risk Ratings, 31 January 2020 |
| **QE−52** | Serafino Capoferri, "The financial evaluation of 25 major iron ore projects using risk-adjusted discount rates," CRU Insights, 12 February 2014 |
| **QE−53** | Svetlana Baurens, "Valuation of Metals and Mining Companies," Basinvest, 11 July 2010 |
| **QE−54** | Philip Krinks et al., "Value Creation in Mining: More than Commodity Prices," February 2011 |
| **QE−55** | James Surowiecki, "The Wisdom of Crowds" (Doubleday, 2004) |
| **QE−56** | Robert Clemen, "Combining Forecasts: A review and annotated bibliography," International Journal of Forecasting, Vol 5 (1989) |
| **QE−57** | J. M. Bates and C. W. J. Granger, "The Combination of Forecasts," Operational Research Quarterly Vol. 20 No. 4, December 1969 |
| **QE−58** | Naomi Bosler and Gerald Schneider, "The Oracle or the Crowd? Experts versus the Stock Market in Forecasting Ceasefire Success in the Levant," International Studies Association Convention Paper, 2011 |
| **QE−59** | J. Scott Armstrong, "Combining Forecasts," University of Pennsylvania Wharton School Marketing Papers, 17 June 2001 |
| **QE−60** | Paul Brest and Linda Hamilton, "Problem Solving, Decision Making, and Professional Judgment: A Guide for Lawyers and Policymakers," (Oxford University Press, 2010) |
| **QE−61** | Consensus Economics website, "How Accurate" |
| **QE−62** | Consensus Economics website, "About Consensus Economics" |
| **QE−63** | Consensus Economics, Energy and Metals Consensus Forecasts as of February 2020 |
| **QE−64** | Email from Capital IQ |
| **QE−65** | Richard A. Brealey, Stewart C. Myers, and Franklin Allen, "Principles of Corporate Finance," 10th ed. (McGraw-Hill/Irwin, 2011) |

| | |
|---|---|
| **QE−66** | Consensus Economics, Energy and Metals Consensus Forecasts as of September 2019 |
| **QE−67** | Jan 2009 Swanmines Contract (cert translated) |
| **QE−68** | Feb 2001 Swanmines Contract |
| **QE−69** | Africo Resource Ltd., "Africo Resources announces CAD$100 million private placement to develop the Kalukundi project, signs agreements to acquire property contiguous to the Kalukundi project and to re-establish its ownership of Swanmines," News Release, 21 April 2008 |
| **QE−70** | Africo Resource Ltd., "Africo Increases Financing," News Release, 13 April 2007 |

# Exhibit QE–1

# Daniel Flores, Ph.D.

## Managing Director

Daniel Flores is a Managing Director and co-founder of Quadrant Economics LLC. He has master's and doctoral degrees in economics from Boston University, and a bachelor's degree in economics from the University of Barcelona.

Dr. Flores has spent the past 25 years teaching, conducting research and consulting in the field of economics. He has taught courses in Principles of Economics, Advanced Microeconomics, International Economics, and Economics of the Public Sector at the University of Barcelona, Boston University and Skidmore College. His research and consulting activities have included analyses of the economic effects of regulation, anticompetitive conduct and contractual disputes in a variety of industries, including agriculture, chemicals, construction materials, electricity generation and distribution, finance and banking, minerals and mining, oil and gas, pharmaceuticals, real estate, semiconductors, telecommunications and transportation. He has testified as an expert economist in civil litigation in the United States as well as in arbitration proceedings under the rules of the International Chamber of Commerce (ICC), the International Centre for Settlement of Investment Disputes (ICSID), the Inter-American Commercial Arbitration Commission (IACAC), the London Court of International Arbitration (LCIA), the London Maritime Arbitrators Association (LMAA), the Singapore International Arbitration Centre (SIAC), the Stockholm Chamber of Commerce (SCC), the Society of Maritime Arbitrators (SMA) and the United Nations Commission on International Trade Law (UNCITRAL).

Dr. Flores is an active contributor to the economics profession. His economic research on regulatory issues has been published in refereed academic journals (*Review of Industrial Organization*, *Journal of Transport Economics and Policy*). He has presented his work and served as discussant and session chair at several professional meetings (Industrial Organization Society, Eastern Economic Association, Southern Economic Association, Symposium of Economic Analysis). He has been asked to referee journal submissions (*International Journal of Transport Economics*, *Journal of Economics and Business*, *Journal of Transport Economics and Policy, ICSID Review – Foreign Investment Law Journal*) and to review economic textbooks prior to publication (Waldman's *Intermediate Microeconomics*, Mankiw's *Principles of Economics*). He was invited to the OECD headquarters in Paris to participate in a roundtable organized by the OECD and the European Conference of Ministers of Transport regarding (de)regulation of the taxi industry. He has served as an expert witness with the National Institute for Trial Advocacy and the Trial Advocacy Group. He is a member of the American Economic Association and the National Association for Business Economics.

Every year since 2014, Dr. Flores has been recognized by independent research conducted by *Who's Who Legal* as being among the world's leading arbitration expert witnesses.

## Education

Ph.D. in Economics, Boston University

M.A. in Political Economy, Boston University

B.A. in Economics, University of Barcelona

Specialist in Tourism Businesses and Activities, Official School of Tourism of Catalonia

## Work Experience

Quadrant Economics LLC
Managing Director, 2018–Present

Econ One Research, Inc.
Managing Director, 2012–2018
Senior Economist, 2010–2012
Economist, 2004–2010

Skidmore College
Visiting Assistant Professor, 2001–2004

Boston University
Teaching Fellow, 1997–2000

University of Barcelona
Adjunct Professor, 1994–1995

## Other Academic Experience

American University Washington College of Law
Teaching Faculty, International Investment Arbitration Course, 2016

## Testimonial Experience

*Dominicana Renovables, S.L. v. Dominican Republic*
ICC, Case No. 23364/JPA
Expert reports: April 2019, December 2019
Power generation, electricity

*ATCO Pipelines, S.A. de C.V. v. Comisión Federal de Electricidad*
LCIA, Case No. 173641
Expert reports: September 2018, July 2019
Hearing testimony: November 2019
Construction, pipelines, gas, electricity

*América Móvil S.A.B. de C.V. v. Republic of Colombia*
ICSID Case No. ARB(AF)/16/5
Expert reports: July 2018, August 2019
Hearing testimony: November 2019
Telecommunications

*Ritika Mehta, Vinita Agarwal, Prenay Agarwal v. Oriental Republic of Uruguay*
UNCITRAL, Case No. PCA 2018-4
Expert reports: December 2018, November 2019
Mining

*State Concern Turkmengas v. National Iranian Gas Company*
ICC, Case No. 23312/MHM
Expert report: November 2019
Oil and gas

*Omega Engineering LLC and Mr. Oscar Rivera v. The Republic of Panama*
ICSID, Case No. ARB/16/42
Expert reports: January 2019, November 2019
Construction

*Landesbank Baden-Württemberg et al. v. Kingdom of Spain*
ICSID, Case No. ARB/15/45
Expert reports: December 2017, October 2019
Power generation, electricity

*DCM Energy GmbH & Co. Solar 1 KG et al. v. Kingdom of Spain*
ICSID, Case No. ARB/17/41
Expert reports: March 2019, October 2019
Power generation, electricity

# Testimonial Experience

*The Government of Kazakhstan v. AGIP Karachaganak BV, Eni SpA, et al.*
UNCITRAL, Case No. PCA 2017-11
Expert reports: September 2017, February 2019
Hearing testimony: October 2019
Oil and gas

*PT Otto Pharmaceutical Industries and PT Pertiwi Agung v. PT Abbott Indonesia*
SIAC, Case No. ARB106-18-CHB
Expert reports: May 2019, July 2019
Hearing testimony: August 2019
Pharmaceuticals

*FREIF Eurowind Holdings Ltd. v. Kingdom of Spain*
SCC, Case No. SCC V 2017/060
Expert reports: September 2018, July 2019
Power generation, electricity

*Gold Pool JV Limited v. the Republic of Kazakhstan*
UNCITRAL, Case No. PCA 2016-23
Expert reports: February 2018, February 2019, June 2019
Hearing testimony: June 2019
Mining

*XXX v. YYY (Confidential)*
ICC, Case No. #####/###/###
Expert reports: March 2019, May 2019
Hearing testimony: June 2019
Banking

*Deutsche Telekom AG v. Republic of India*
UNCITRAL, Case No. PCA 2014-10
Expert reports: September 2018, March 2019
Hearing testimony: May 2019
Telecommunications

*Sevilla Beheer B.V. et al. v. Kingdom of Spain*
ICSID, Case No. ARB/16/27
Expert reports: November 2017, September 2018
Hearing testimony: March 2019
Power generation, electricity

*Lidercon S.L v. Republic of Peru*
ICSID, Case No. ARB/17/9
Expert reports: February 2018, February 2019
Transportation services

## Testimonial Experience

*ConocoPhillips Gulf of Paria B.V. v. Corporación Venezolana del Petróleo, S.A. and Petróleos de Venezuela, S.A.*
ICC, Case No. 22527/ASM/JPA
Expert reports: January 2018, September 2018
Hearing testimony: October 2018
Oil and gas exploration and production

*JGC Corporation v. Kingdom of Spain*
ICSID, Case No. ARB/15/27
Expert reports: December 2016, April 2018
Hearing testimony: September 2018
Power generation, electricity

*Agroinsumos Ibero-Americanos, S.L. et al. v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB/16/23
Expert reports: December 2017, August 2018
Agriculture

*Air Canada v. Bolivarian Republic of Venezuela*
ICSID Case No. ARB(AF)/17/1
Expert report: August 2018
Transportation, airlines

*CC/Devas (Mauritius) Ltd. et al. v. Republic of India*
UNCITRAL, Case No. PCA 2013-09
Expert reports: May 2017, October 2017, November 2017, April 2018
Hearing testimony: July 2018
Telecommunications

*Green Power Partners K/S and SCE Solar Don Benito APS v. Kingdom of Spain*
SCC, Case No. SCC V 2016/135
Expert reports: September 2017, June 2018
Power generation, electricity

*Hydro Energy 1 S.à.r.l. and Hydroxana Sweden AB v. Kingdom of Spain*
ICSID, Case No. ARB 15/42
Expert reports: February 2017, February 2018
Hearing testimony: April 2018
Power generation, electricity

*Corcoesto, S.A. v. Kingdom of Spain*
UNCITRAL, Case No. PCA 2016-26
Expert reports: June 2017, February 2018
Hearing testimony: April 2018
Mining

## Testimonial Experience

*CME Commodities & Minerals Entreprise v. CVG Ferrominera Orinoco, C.A.*
3 arbitrations under ICC, LMAA and SMA rules
Expert reports: May 2017, June 2017, September 2017, October 2017, February 2018
Hearing testimony: March 2018
Minerals

*PT Ventures, SGPS, S.A. v. Vidatel, Ltd. al.*
ICC, Case No. 21404/ASM (C-21757/ASM)
Expert reports: February 2017, October 2017
Hearing testimony: February 2018
Telecommunications

*The PV Investors v. Kingdom of Spain*
UNCITRAL, Case No. PCA 2012-14
Expert reports: September 2017, December 2017
Hearing testimony: January 2018
Power generation, electricity

*Glencore Finance (Bermuda) Ltd. v. Plurinational State of Bolivia*
UNCITRAL, Case No. PCA 2016-39
Expert report: December 2017
Mining

*9REN Holding S.A.R.L. v. Kingdom of Spain*
ICSID, Case No. ARB/15/15
Expert reports: November 2016, July 2017
Hearing testimony: December 2017
Power generation, electricity

*Italba Corporation v. Oriental Republic of Uruguay*
ICSID, Case No. ARB/16/9
Expert reports: January 2017, August 2017
Hearing testimony: November 2017
Telecommunications

*BayWa r.e. renewable energy GmbH and BayWa r.e. Asset Holding GmbH v. Kingdom of Spain*
ICSID, Case No. ARB/15/16
Expert reports: June 2016, April 2017
Hearing testimony: November 2017
Power generation, electricity

*Cube Infrastructure Fund SICAV et al. v. Kingdom of Spain*
ICSID, Case No. ARB/15/20
Expert reports: July 2016, April 2017
Hearing testimony: October 2017
Power generation, electricity

## Testimonial Experience

*OI European Group B.V. v. Bolivarian Republic of Venezuela (annulment proceedings)*
ICSID, Case No. ARB/11/25
Expert reports: April 2016, September 2016
Hearing testimony: September 2017
Glass production

*Stadtwerke München GmbH et al. v. Kingdom of Spain*
ICSID, Case No. ARB/15/1
Expert reports: October 2016, May 2017
Hearing testimony: August 2017
Power generation, electricity

*ConocoPhillips Petrozuata B.V. et al. v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB/07/30
Expert reports: February 2010, April 2010, August 2014, January 2015, March 2016, April 2016, November 2016, May 2017
Hearing testimonies: June 2010, February 2017, March 2017
Oil and gas exploration and production

*Anglo American PLC v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB(AF)/14/1
Expert reports: November 2015, August 2016, November 2016
Hearing testimony: December 2016
Mining

*Phillips Petroleum Company Venezuela Limited and ConocoPhillips Petrozuata B.V. v. Petróleos de Venezuela, S.A. et al.*
ICC, Case No. 20549/ASM (C-20550/ASM)
Expert reports: February 2016, September 2016
Hearing testimony: December 2016
Oil and gas exploration and production

*Serafín García Armas and Karina García Gruber v. Bolivarian Republic of Venezuela*
UNCITRAL, Case PCA No. 2013-3
Expert reports: October 2015, May 2016
Hearing testimony: August 2016
Food imports and distribution

*Haina Investment Co. Limited. v. Fondo Patrimonial de las Empresas Reformadas*
ICC, Case No. 18984/CA/ASM
Expert report: April 2016
Hearing testimony: June 2016
Power generation, electricity

## Testimonial Experience

*Bryan Cockrell v. The Socialist Republic of Viet Nam*
UNCITRAL, Case PCA No. 2015-03
Expert report: February 2016
Commercial real estate

*Longreef Investment A.V.V. v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB/11/5
Expert reports: November 2014, June 2015
Hearing testimony: January 2016
Agriculture, coffee production

*Abertis Infrastructures S.A. v. Plurinational State of Bolivia*
UNCITRAL, Case PCA No. 2011-14
Expert reports: November 2012, April 2014, October 2014
Hearing testimony: December 2015
Transportation, airports

*Saint-Gobain Performance Plastics Europe v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB/12/13
Expert reports: March 2014, September 2014, October 2015
Hearing testimony: February 2015
Mineral products, oil and gas field services

*Vestey Group Limited v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB/06/4
Expert reports: August 2013, February 2014
Hearing testimony: February 2015
Agriculture, livestock

*Devas Multimedia Private Limited v. Antrix Corporation Limited*
ICC, Case No. 18051/CYK
Expert reports: November 2013, August 2014, December 2014
Hearing testimony: December 2014
Telecommunications

*Koch Minerals Sàrl and Koch Nitrogen International Sàrl v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB/11/19
Expert reports: February 2013, March 2014
Hearing testimony: November 2014
Chemicals, fertilizers

*Churchill Mining Plc and Planet Mining Pty Limited v. Republic of Indonesia*
ICSID, Case No. ARB/12/40 and ARB/12/14
Expert report: September 2014
Mining

## Testimonial Experience

*Dunkwa Continental Goldfields Limited et al. v. The Government of the Republic of Ghana*
ICC, Case No. 18294/ARP/MD/TO
Expert reports: November 2013, July 2014
Mining

*Compañía de Inversiones Mercantiles, S.A. v. Grupo Cementos de Chihuahua, S.A.B. de C.V. et al.*
IACAC, Case No. 50-180-T-00867-11
Expert reports: July 2012, January 2014, April 2014
Hearing testimony: July 2014
Construction materials, cement

*Tidewater Investment SRL and Tidewater Caribe, C.A. v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB/10/5
Expert reports: October 2013, April 2014
Hearing testimony: June 2014
Oil and gas services and equipment

*Gambrinus, Corp. v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB/11/31
Expert reports: May 2013, November 2013
Hearing testimony: March 2014
Chemicals, fertilizers

*Quiborax S.A. and Non Metallic Minerals S.A. v. Plurinational State of Bolivia*
ICSID, Case No. ARB/06/2
Expert reports: May 2013, October 2013
Hearing testimony: October 2013
Mining

*Guaracachi America, Inc. and Rurelec PLC v. Plurinational State of Bolivia*
UNCITRAL, Case CPA No. 2011-17
Expert reports: October 2012, March 2013
Hearing testimony: April 2013
Power generation, electricity

*OPIC Karimun Corporation v. Petróleos de Venezuela, S.A. et al.*
ICC, Case No. 17544/JRF
Expert reports: March 2012, December 2012, January 2013
Hearing testimony: January 2013
Oil and gas exploration and production

*Universal Compression International Holdings, S.L.U. v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB/10/9
Expert reports: December 2011, May 2012
Hearing testimony: July 2012
Oil and gas services and equipment

## Testimonial Experience

*OJSC Mobile TeleSystems et al. v. Ministry of Communication of Turkmenistan and Turkmenistan*
ICC, Case No. 17602/GZ
Expert report: June 2012
Telecommunications

*Mobil Cerro Negro, Ltd. et al. v. Bolivarian Republic of Venezuela*
ICSID, Case No. ARB/07/27
Expert reports: June 2011, December 2011
Hearing testimony: February 2012
Oil and gas exploration and production

*The State of Alaska v. BP Exploration (Alaska) Inc.*
Superior Court for the State of Alaska, Third Judicial District, Case No. 3AN-09-6181CI
Expert report: September 2011
Deposition: December 2011
Oil and gas exploration and production

*Matthew Minnis et al. v. Citrin Holding et al.*
Texas District Court, Harris County, Case No. 2006-78939
Deposition: July 2010
Hearing testimony: August 2010
Trial testimony: August 2010
Real estate

*Robert L. Hess, et al. v. Tyco International. Ltd., et al.*
Litigation in Superior Court of California, County of Los Angeles, Case No. BC 316539
Expert designation: October 2008
Securities

## Consulting Experience

*High Point Sarl v. Sprint Nextel, et al.*
Litigation in U.S. District Court, District of Kansas
Telecommunications

*Major U.S. mobile telecommunications service provider*
Confidential engagement
Telecommunications

*Mobil Cerro Negro, Ltd. v. Petróleos de Venezuela, S.A. and PDVSA Cerro Negro, S.A.*
Arbitration before the International Court of Arbitration of the International Chamber of Commerce
Oil and gas exploration and production

## Consulting Experience

*Cámara Nacional del Autotransporte de Carga v. the United States of America*
Arbitration under the Arbitration rules of the North American Free Trade Agreement
Transportation

*RoDa Drilling Co., et al. v. Richard Siegal, et al.*
Litigation in U.S. District Court, Northern District of Oklahoma
Oil and gas exploration and production

*American Express Travel Related Services Company, Inc. v. Visa USA, Inc. et al.*
Litigation in U.S. District Court, Southern District of New York
Financial services

*USI of Southern California Insurance Services, Inc. et al. v. Christopher Rodenfels et al.*
Litigation in Superior Court of California, County of Los Angeles
Insurance

*Utility Choice L.P. and Cirro Group, Inc. v. Suez Energy Marketing NA, Inc., et al.*
Litigation in U.S. District Court, Southern District of Texas
Electricity

*Tessera Inc. v. Micron Technology, et al.*
Litigation in U.S. District Court, Eastern District of Texas
Semiconductors

*Northwest Airlines, Inc. v. Sabre, Inc. et al.*
Litigation in U.S. District Court, Northern District of Texas
Transportation

## Writings and Contributions

"Non-technical Questions on Valuation Methods in International Arbitration," OGEMID Seminar on Damages in International Arbitration, November 2016

"LIRC vs. Cassin Construction – A Civil Action for Breach of Contract" (with Michael Schwartz), *Trial Advocacy Group Fact Pattern*, May 2010

"Joint Comments of the American Bar Association Section of Antitrust Law and Section of International Law to the European Commission Regarding Consultation Documents on Improved Transparency and Predictability in Competition Proceedings – Best Practices for the Submission of Economic Evidence" (participated in drafting group), March 2010

"Exclusive Dealing Intensifies Competition for Distribution: Comment," *Social Science Research Network,* January 2010

## Writings and Contributions

"Can Newspapers Be Saved?" *Economic Theories in Practice,* Econ One Research, Inc., November 2009

"Market Power: A Textbook Example," *Economic Theories in Practice*, Econ One Research, Inc., Winter 2008

"Local Exclusive Cruising Regulation and Efficiency in Taxicab Markets," *Journal of Transport Economics and Policy*, Volume 39, May 2005

"A Fresh Look at Regulation," *Economic Theories in Practice*, Econ One Research, Inc., Spring 2005

"An Economic Analysis of Regulated Taxicab Markets," *Review of Industrial Organization*, Volume 23, December 2003

## Presentations and Conference Participation

"Calculating Damages in International Arbitration"
Contraloría General de la República, Bogotá, Colombia, November 2019

"Damages Issues in Upstream Oil & Gas Disputes"
Sixth Annual Damages in International Arbitration Conference, Houston, TX, November 2017

"Valuing Natural Resource Projects in International Investment Arbitration"
Rocky Mountain Mineral Law Foundation, Special Institute on International Mining and Oil & Gas Law, Development, and Investment, Quito, Ecuador, April 2017

"The Great Expert"
Coimbra International Arbitration Meeting, Coimbra, Portugal, October 2016

"Calculation of Compensation in International Arbitration"
Chaffetz Lindsey LLP, New York, NY, January 2016

"Calculation of Compensation in International Arbitration"
Trade Law Bureau, Ottawa, Canada, January 2016

"Quantification of Damages in International Arbitration"
Bolivian Arbitration Society, La Paz, Bolivia, October 2015

"The Discounted Cash Flow Method"
ICC Young Arbitrators Forum, Madrid, Spain, April 2015

"Hot Issues on International Trade and Investor-State Arbitration"
American University Washington College of Law, Washington, D.C., November 2014

## Presentations and Conference Participation

"Damages in International Arbitration – Recent Trends"
Winston & Strawn LLP, Washington, D.C., May 2014

"Calculating Damages in International Arbitration"
Fourth Global ICC YAF Conference, New York, NY, June 2013

"Understanding Financial Statements"
Curtis, Mallet-Prevost, Colt & Mosle LLP, New York, NY, June 2013

"Measure by Measure? Calculating Damages in Energy Disputes"
Seventh Annual Investment Treaty Arbitration Conference, Washington, D.C., April 2013

"Calculation of Compensation and Damages in International Arbitration"
Winston & Strawn LLP, Paris, France, June 2012

"Calculation of Compensation and Damages in International Arbitration"
Dechert LLP, Paris, France, June 2012

"Calculation of Compensation and Damages in International Arbitration"
Curtis, Mallet-Prevost, Colt & Mosle LLP, Washington, D.C., June 2012

"Expert Witness Workshop"
Trial Advocacy Group, Los Angeles, CA, October 2010

"Deposing the Expert Witness"
National Institute for Trial Advocacy, San Francisco, CA, October 2009

"(De-)Regulation of the Taxi Industry"
OECD and European Conference of Ministers of Transport, Paris, France, April 2005

International Industrial Organization Conference, Chicago, IL, April 2004

Eastern Economic Association Meetings, Washington, D.C., February 2004

Agnes Scott College, Atlanta, GA, February 2004

Boise State University, Boise, ID, February 2004

International Industrial Organization Conference, Boston, MA, April 2003

Madison Area Technical College, Madison, WI, April 2003

Eastern Economic Association Meetings, New York, NY, February 2003

University of South Florida, Saint Petersburg, FL, February 2003

## Presentations and Conference Participation

Symposium of Economic Analysis, Salamanca, Spain, December 2002

Southern Economic Association Meetings, New Orleans, LA, November 2002

Public Policy and Economic Regulation Seminar, University of Barcelona, Spain, June 2002

Eastern Economic Association Meetings, Boston, MA, March 2002

Department of Economics Seminar, Skidmore College, Saratoga Springs, NY, November 2001

## Affiliations

American Economic Association

National Association for Business Economics

## Contact Information

Quadrant Economics LLC
1445 New York Ave NW, Floor 6
Washington DC, 20005
United States of America

Tel. +1 202 729 6150
dflores@quadranteconomics.com

# Exhibit QE-2

## QE-2 - Share Price Analysis, Table 1
## Africo's Share Price for the Period December 2006 to December 2008

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 1. 15-Dec-06 | 4.70 | 1.16 | 4.06 | 148,585 | |
| 2. 18-Dec-06 | 4.35 | 1.16 | 3.76 | 120,952 | |
| 3. 19-Dec-06 | 4.28 | 1.16 | 3.70 | 33,990 | |
| 4. 20-Dec-06 | 4.01 | 1.15 | 3.49 | 39,639 | |
| 5. 21-Dec-06 | 4.25 | 1.16 | 3.68 | 28,795 | |
| 6. 22-Dec-06 | 4.20 | 1.16 | 3.63 | 71,966 | |
| 7. 27-Dec-06 | 4.05 | 1.16 | 3.49 | 31,380 | |
| 8. 28-Dec-06 | 4.00 | 1.16 | 3.45 | 37,699 | |
| 9. 29-Dec-06 | 4.00 | 1.16 | 3.44 | 34,896 | |
| 10. 2-Jan-07 | 3.75 | 1.17 | 3.22 | 58,850 | 23,916,000 |
| 11. 3-Jan-07 | 3.45 | 1.17 | 2.95 | 116,781 | 23,916,000 |
| 12. 4-Jan-07 | 3.35 | 1.18 | 2.85 | 108,462 | 23,916,000 |
| 13. 5-Jan-07 | 3.45 | 1.18 | 2.93 | 89,812 | 23,916,000 |
| 14. 8-Jan-07 | 3.06 | 1.18 | 2.60 | 69,181 | 23,916,000 |
| 15. 9-Jan-07 | 3.20 | 1.18 | 2.71 | 148,096 | 23,916,000 |
| 16. 10-Jan-07 | 3.27 | 1.18 | 2.77 | 133,226 | 23,916,000 |
| 17. 11-Jan-07 | 3.26 | 1.18 | 2.77 | 159,744 | 23,916,000 |
| 18. 12-Jan-07 | 3.30 | 1.17 | 2.82 | 224,908 | 23,916,000 |
| 19. 15-Jan-07 | 3.26 | 1.17 | 2.79 | 53,930 | 23,916,000 |
| 20. 16-Jan-07 | 3.30 | 1.17 | 2.81 | 88,492 | 23,916,000 |
| 21. 17-Jan-07 | 3.25 | 1.17 | 2.77 | 86,291 | 23,916,000 |
| 22. 18-Jan-07 | 3.20 | 1.18 | 2.72 | 140,332 | 23,916,000 |
| 23. 19-Jan-07 | 3.03 | 1.17 | 2.58 | 47,521 | 23,916,000 |
| 24. 22-Jan-07 | 3.04 | 1.18 | 2.59 | 63,371 | 23,916,000 |
| 25. 23-Jan-07 | 3.05 | 1.18 | 2.58 | 108,834 | 23,916,000 |
| 26. 24-Jan-07 | 3.14 | 1.18 | 2.66 | 76,211 | 23,916,000 |
| 27. 25-Jan-07 | 3.25 | 1.18 | 2.76 | 60,862 | 23,916,000 |
| 28. 26-Jan-07 | 3.24 | 1.18 | 2.75 | 30,049 | 23,916,000 |
| 29. 29-Jan-07 | 3.19 | 1.18 | 2.70 | 19,459 | 23,916,000 |
| 30. 30-Jan-07 | 3.34 | 1.18 | 2.83 | 92,307 | 23,916,000 |
| 31. 31-Jan-07 | 3.42 | 1.18 | 2.90 | 54,995 | 23,916,000 |
| 32. 1-Feb-07 | 3.58 | 1.18 | 3.04 | 62,470 | 24,501,000 |
| 33. 2-Feb-07 | 3.60 | 1.18 | 3.04 | 51,094 | 24,501,000 |
| 34. 5-Feb-07 | 3.65 | 1.18 | 3.08 | 48,971 | 24,501,000 |
| 35. 6-Feb-07 | 4.00 | 1.18 | 3.38 | 53,363 | 24,501,000 |
| 36. 7-Feb-07 | 4.15 | 1.18 | 3.50 | 80,097 | 24,501,000 |
| 37. 8-Feb-07 | 4.25 | 1.19 | 3.58 | 287,178 | 24,501,000 |
| 38. 9-Feb-07 | 4.25 | 1.17 | 3.62 | 88,608 | 24,501,000 |
| 39. 12-Feb-07 | 4.23 | 1.18 | 3.60 | 26,387 | 24,501,000 |

**QE-2 - Share Price Analysis, Table 1**
**Africo's Share Price for the Period December 2006 to December 2008**

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 40. 13-Feb-07 | 4.15 | 1.17 | 3.55 | 88,019 | 24,501,000 |
| 41. 14-Feb-07 | 4.30 | 1.17 | 3.69 | 49,252 | 24,501,000 |
| 42. 15-Feb-07 | 4.05 | 1.16 | 3.48 | 117,472 | 24,501,000 |
| 43. 16-Feb-07 | 4.00 | 1.16 | 3.44 | 30,986 | 24,501,000 |
| 44. 19-Feb-07 | 4.00 | 1.16 | 3.44 | 34,513 | 24,501,000 |
| 45. 20-Feb-07 | 4.02 | 1.17 | 3.44 | 31,472 | 24,501,000 |
| 46. 21-Feb-07 | 4.02 | 1.16 | 3.46 | 26,282 | 24,501,000 |
| 47. 22-Feb-07 | 4.00 | 1.16 | 3.45 | 45,258 | 24,501,000 |
| 48. 23-Feb-07 | 4.02 | 1.16 | 3.47 | 80,480 | 24,501,000 |
| 49. 26-Feb-07 | 4.01 | 1.16 | 3.46 | 87,555 | 24,501,000 |
| 50. 27-Feb-07 | 3.75 | 1.16 | 3.22 | 87,912 | 24,501,000 |
| 51. 28-Feb-07 | 3.75 | 1.17 | 3.20 | 79,884 | 24,501,000 |
| 52. 1-Mar-07 | 3.90 | 1.17 | 3.32 | 62,966 | 24,871,000 |
| 53. 2-Mar-07 | 3.76 | 1.18 | 3.20 | 52,727 | 24,871,000 |
| 54. 5-Mar-07 | 3.45 | 1.18 | 2.92 | 26,054 | 24,871,000 |
| 55. 6-Mar-07 | 3.65 | 1.18 | 3.11 | 41,375 | 24,871,000 |
| 56. 7-Mar-07 | 3.62 | 1.18 | 3.07 | 38,772 | 24,871,000 |
| 57. 8-Mar-07 | 3.80 | 1.18 | 3.22 | 157,932 | 24,871,000 |
| 58. 9-Mar-07 | 3.92 | 1.17 | 3.35 | 43,920 | 24,871,000 |
| 59. 12-Mar-07 | 3.95 | 1.17 | 3.38 | 14,054 | 24,871,000 |
| 60. 13-Mar-07 | 3.90 | 1.17 | 3.33 | 51,021 | 24,871,000 |
| 61. 14-Mar-07 | 3.91 | 1.18 | 3.32 | 40,347 | 24,871,000 |
| 62. 15-Mar-07 | 3.90 | 1.18 | 3.32 | 24,421 | 24,871,000 |
| 63. 16-Mar-07 | 3.94 | 1.17 | 3.35 | 43,820 | 24,871,000 |
| 64. 19-Mar-07 | 3.89 | 1.18 | 3.31 | 110,351 | 24,871,000 |
| 65. 20-Mar-07 | 3.88 | 1.16 | 3.34 | 24,050 | 24,871,000 |
| 66. 21-Mar-07 | 3.85 | 1.16 | 3.32 | 364,053 | 24,871,000 |
| 67. 22-Mar-07 | 3.91 | 1.16 | 3.38 | 169,396 | 24,871,000 |
| 68. 23-Mar-07 | 3.85 | 1.16 | 3.32 | 44,671 | 24,871,000 |
| 69. 26-Mar-07 | 3.90 | 1.16 | 3.35 | 97,879 | 24,871,000 |
| 70. 27-Mar-07 | 3.80 | 1.16 | 3.28 | 53,959 | 24,871,000 |
| 71. 28-Mar-07 | 3.83 | 1.16 | 3.31 | 37,854 | 24,871,000 |
| 72. 29-Mar-07 | 3.74 | 1.16 | 3.23 | 26,034 | 24,871,000 |
| 73. 30-Mar-07 | 3.70 | 1.15 | 3.22 | 30,835 | 24,871,000 |
| 74. 2-Apr-07 | 3.55 | 1.16 | 3.07 | 109,997 | 24,937,000 |
| 75. 3-Apr-07 | 3.60 | 1.16 | 3.11 | 97,501 | 24,937,000 |
| 76. 4-Apr-07 | 3.52 | 1.16 | 3.04 | 162,578 | 24,937,000 |
| 77. 5-Apr-07 | 3.75 | 1.15 | 3.26 | 108,484 | 24,937,000 |
| 78. 9-Apr-07 | 3.80 | 1.15 | 3.30 | 34,180 | 24,937,000 |

**QE-2 - Share Price Analysis, Table 1**
**Africo's Share Price for the Period December 2006 to December 2008**

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 79. 10-Apr-07 | 3.72 | 1.15 | 3.24 | 479,878 | 24,937,000 |
| 80. 11-Apr-07 | 3.90 | 1.14 | 3.41 | 439,507 | 24,937,000 |
| 81. 12-Apr-07 | 3.90 | 1.14 | 3.43 | 58,834 | 24,937,000 |
| 82. 13-Apr-07 | 4.05 | 1.14 | 3.56 | 607,678 | 24,937,000 |
| 83. 16-Apr-07 | 4.02 | 1.13 | 3.55 | 422,004 | 24,937,000 |
| 84. 17-Apr-07 | 4.00 | 1.13 | 3.54 | 169,740 | 24,937,000 |
| 85. 18-Apr-07 | 3.91 | 1.13 | 3.46 | 258,629 | 24,937,000 |
| 86. 19-Apr-07 | 3.82 | 1.13 | 3.39 | 731,092 | 24,937,000 |
| 87. 20-Apr-07 | 3.86 | 1.12 | 3.44 | 90,528 | 24,937,000 |
| 88. 23-Apr-07 | 3.86 | 1.12 | 3.44 | 167,608 | 24,937,000 |
| 89. 24-Apr-07 | 3.86 | 1.12 | 3.44 | 37,830 | 24,937,000 |
| 90. 25-Apr-07 | 3.82 | 1.12 | 3.43 | 14,732 | 24,937,000 |
| 91. 26-Apr-07 | 3.80 | 1.12 | 3.39 | 47,861 | 24,937,000 |
| 92. 30-Apr-07 | 2.80 | 1.11 | 2.53 | 1,865,528 | 24,937,000 |
| 93. 1-May-07 | 2.48 | 1.11 | 2.24 | 129,263 | 24,987,000 |
| 94. 2-May-07 | 2.48 | 1.11 | 2.24 | 123,427 | 24,987,000 |
| 95. 3-May-07 | 2.40 | 1.11 | 2.17 | 116,158 | 24,987,000 |
| 96. 4-May-07 | 2.40 | 1.11 | 2.17 | 124,860 | 24,987,000 |
| 97. 7-May-07 | 2.29 | 1.10 | 2.08 | 88,863 | 24,987,000 |
| 98. 8-May-07 | 2.40 | 1.10 | 2.17 | 95,816 | 24,987,000 |
| 99. 9-May-07 | 2.35 | 1.11 | 2.12 | 25,039 | 24,987,000 |
| 100. 10-May-07 | 2.20 | 1.11 | 1.99 | 270,277 | 24,987,000 |
| 101. 11-May-07 | 2.55 | 1.11 | 2.29 | 131,158 | 24,987,000 |
| 102. 14-May-07 | 2.66 | 1.11 | 2.40 | 80,152 | 24,987,000 |
| 103. 15-May-07 | 2.65 | 1.10 | 2.41 | 426,827 | 24,987,000 |
| 104. 16-May-07 | 2.52 | 1.10 | 2.29 | 95,873 | 24,987,000 |
| 105. 17-May-07 | 2.60 | 1.10 | 2.37 | 257,315 | 24,987,000 |
| 106. 18-May-07 | 2.55 | 1.09 | 2.34 | 82,068 | 24,987,000 |
| 107. 22-May-07 | 2.45 | 1.09 | 2.26 | 31,332 | 24,987,000 |
| 108. 23-May-07 | 2.64 | 1.08 | 2.44 | 28,199 | 24,987,000 |
| 109. 24-May-07 | 2.47 | 1.08 | 2.28 | 9,015 | 24,987,000 |
| 110. 25-May-07 | 2.40 | 1.08 | 2.22 | 11,697 | 24,987,000 |
| 111. 28-May-07 | 2.32 | 1.08 | 2.15 | 32,902 | 24,987,000 |
| 112. 29-May-07 | 2.00 | 1.07 | 1.87 | 140,170 | 24,987,000 |
| 113. 30-May-07 | 2.00 | 1.08 | 1.86 | 50,889 | 24,987,000 |
| 114. 31-May-07 | 1.92 | 1.07 | 1.80 | 69,751 | 24,987,000 |
| 115. 1-Jun-07 | 1.78 | 1.06 | 1.68 | 74,553 | 24,993,000 |
| 116. 4-Jun-07 | 1.79 | 1.06 | 1.69 | 47,155 | 24,993,000 |
| 117. 5-Jun-07 | 1.90 | 1.06 | 1.79 | 270,323 | 24,993,000 |

## QE-2 - Share Price Analysis, Table 1
## Africo's Share Price for the Period December 2006 to December 2008

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 118. 6-Jun-07 | 2.20 | 1.06 | 2.08 | 101,579 | 24,993,000 |
| 119. 7-Jun-07 | 2.10 | 1.06 | 1.98 | 168,336 | 24,993,000 |
| 120. 8-Jun-07 | 2.00 | 1.06 | 1.88 | 117,662 | 24,993,000 |
| 121. 11-Jun-07 | 2.14 | 1.06 | 2.02 | 22,157 | 24,993,000 |
| 122. 12-Jun-07 | 2.11 | 1.06 | 1.98 | 26,589 | 24,993,000 |
| 123. 13-Jun-07 | 2.10 | 1.07 | 1.97 | 52,546 | 24,993,000 |
| 124. 14-Jun-07 | 2.23 | 1.07 | 2.09 | 46,464 | 24,993,000 |
| 125. 15-Jun-07 | 2.24 | 1.07 | 2.10 | 22,048 | 24,993,000 |
| 126. 18-Jun-07 | 2.25 | 1.07 | 2.10 | 5,630 | 24,993,000 |
| 127. 19-Jun-07 | 2.30 | 1.06 | 2.16 | 25,135 | 24,993,000 |
| 128. 20-Jun-07 | 2.26 | 1.06 | 2.12 | 37,568 | 24,993,000 |
| 129. 21-Jun-07 | 2.40 | 1.07 | 2.24 | 38,161 | 24,993,000 |
| 130. 22-Jun-07 | 2.50 | 1.07 | 2.34 | 27,200 | 24,993,000 |
| 131. 25-Jun-07 | 2.20 | 1.07 | 2.05 | 619,354 | 24,993,000 |
| 132. 26-Jun-07 | 2.12 | 1.07 | 1.98 | 1,598 | 24,993,000 |
| 133. 27-Jun-07 | 2.21 | 1.07 | 2.06 | 867 | 24,993,000 |
| 134. 28-Jun-07 | 2.31 | 1.06 | 2.17 | 38,052 | 24,993,000 |
| 135. 29-Jun-07 | 2.20 | 1.06 | 2.07 | 501,417 | 24,993,000 |
| 136. 3-Jul-07 | 2.30 | 1.06 | 2.17 | 189,911 | 25,000,000 |
| 137. 4-Jul-07 | 2.25 | 1.06 | 2.13 | 4,684 | 25,000,000 |
| 138. 5-Jul-07 | 2.48 | 1.06 | 2.35 | 72,690 | 25,000,000 |
| 139. 6-Jul-07 | 2.50 | 1.05 | 2.38 | 234,042 | 25,000,000 |
| 140. 9-Jul-07 | 2.55 | 1.05 | 2.43 | 31,607 | 25,000,000 |
| 141. 10-Jul-07 | 2.55 | 1.05 | 2.43 | 3,046 | 25,000,000 |
| 142. 11-Jul-07 | 2.90 | 1.06 | 2.74 | 37,136 | 25,000,000 |
| 143. 12-Jul-07 | 2.63 | 1.05 | 2.51 | 36,502 | 25,000,000 |
| 144. 13-Jul-07 | 2.88 | 1.05 | 2.75 | 23,858 | 25,000,000 |
| 145. 16-Jul-07 | 2.66 | 1.04 | 2.55 | 17,589 | 25,000,000 |
| 146. 17-Jul-07 | 2.65 | 1.04 | 2.54 | 10,886 | 25,000,000 |
| 147. 18-Jul-07 | 2.80 | 1.04 | 2.69 | 47,605 | 25,000,000 |
| 148. 19-Jul-07 | 2.75 | 1.04 | 2.64 | 74,346 | 25,000,000 |
| 149. 20-Jul-07 | 2.74 | 1.04 | 2.63 | 7,300 | 25,000,000 |
| 150. 23-Jul-07 | 2.65 | 1.04 | 2.54 | 42,566 | 25,000,000 |
| 151. 24-Jul-07 | 2.80 | 1.04 | 2.70 | 61,737 | 25,000,000 |
| 152. 25-Jul-07 | 2.80 | 1.04 | 2.68 | 13,792 | 25,000,000 |
| 153. 26-Jul-07 | 2.75 | 1.05 | 2.61 | 137,032 | 25,000,000 |
| 154. 27-Jul-07 | 2.75 | 1.06 | 2.60 | 142,896 | 25,000,000 |
| 155. 30-Jul-07 | 2.65 | 1.07 | 2.48 | 39,881 | 25,000,000 |
| 156. 31-Jul-07 | 2.82 | 1.07 | 2.65 | 48,303 | 25,000,000 |

## QE-2 - Share Price Analysis, Table 1
## Africo's Share Price for the Period December 2006 to December 2008

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 157. 1-Aug-07 | 2.90 | 1.06 | 2.73 | 46,748 | 25,113,000 |
| 158. 2-Aug-07 | 2.80 | 1.05 | 2.66 | 10,146 | 25,113,000 |
| 159. 3-Aug-07 | 2.85 | 1.05 | 2.71 | 16,593 | 25,113,000 |
| 160. 7-Aug-07 | 2.77 | 1.06 | 2.63 | 12,064 | 25,113,000 |
| 161. 8-Aug-07 | 2.90 | 1.05 | 2.76 | 20,672 | 25,113,000 |
| 162. 9-Aug-07 | 2.71 | 1.06 | 2.57 | 11,250 | 25,113,000 |
| 163. 10-Aug-07 | 2.65 | 1.06 | 2.51 | 14,951 | 25,113,000 |
| 164. 13-Aug-07 | 1.58 | 1.05 | 1.50 | 49,880 | 25,113,000 |
| 165. 14-Aug-07 | 1.81 | 1.06 | 1.70 | 80,475 | 25,113,000 |
| 166. 15-Aug-07 | 1.52 | 1.07 | 1.41 | 41,290 | 25,113,000 |
| 167. 16-Aug-07 | 1.09 | 1.07 | 1.01 | 57,943 | 25,113,000 |
| 168. 17-Aug-07 | 0.98 | 1.06 | 0.92 | 56,418 | 25,113,000 |
| 169. 20-Aug-07 | 0.90 | 1.06 | 0.85 | 67,131 | 25,113,000 |
| 170. 21-Aug-07 | 0.88 | 1.06 | 0.83 | 112,121 | 25,113,000 |
| 171. 23-Aug-07 | 0.82 | 1.05 | 0.78 | 18,716 | 25,113,000 |
| 172. 24-Aug-07 | 1.00 | 1.05 | 0.95 | 37,901 | 25,113,000 |
| 173. 27-Aug-07 | 1.21 | 1.05 | 1.15 | 31,996 | 25,113,000 |
| 174. 28-Aug-07 | 1.24 | 1.06 | 1.17 | 39,624 | 25,113,000 |
| 175. 29-Aug-07 | 1.03 | 1.06 | 0.97 | 6,862 | 25,113,000 |
| 176. 30-Aug-07 | 0.99 | 1.06 | 0.94 | 284,812 | 25,113,000 |
| 177. 4-Sep-07 | 0.89 | 1.05 | 0.85 | 4,679 | 25,149,000 |
| 178. 5-Sep-07 | 1.05 | 1.05 | 1.00 | 11,679 | 25,149,000 |
| 179. 6-Sep-07 | 1.00 | 1.05 | 0.95 | 4,044 | 25,149,000 |
| 180. 7-Sep-07 | 1.05 | 1.06 | 0.99 | 21,640 | 25,149,000 |
| 181. 10-Sep-07 | 1.00 | 1.05 | 0.95 | 10,368 | 25,149,000 |
| 182. 11-Sep-07 | 1.04 | 1.04 | 1.00 | 44,957 | 25,149,000 |
| 183. 12-Sep-07 | 1.18 | 1.04 | 1.14 | 26,785 | 25,149,000 |
| 184. 14-Sep-07 | 1.90 | 1.03 | 1.84 | 557,359 | 25,149,000 |
| 185. 17-Sep-07 | 1.70 | 1.03 | 1.65 | 38,698 | 25,149,000 |
| 186. 18-Sep-07 | 1.94 | 1.02 | 1.90 | 59,723 | 25,149,000 |
| 187. 19-Sep-07 | 1.65 | 1.01 | 1.63 | 1,325 | 25,149,000 |
| 188. 20-Sep-07 | 2.10 | 1.00 | 2.10 | 308,680 | 25,149,000 |
| 189. 21-Sep-07 | 2.15 | 1.00 | 2.15 | 417,054 | 25,149,000 |
| 190. 24-Sep-07 | 2.19 | 1.00 | 2.19 | 108,749 | 25,149,000 |
| 191. 25-Sep-07 | 2.05 | 1.00 | 2.05 | 91,626 | 25,149,000 |
| 192. 26-Sep-07 | 2.10 | 1.01 | 2.09 | 36,179 | 25,149,000 |
| 193. 27-Sep-07 | 2.19 | 1.00 | 2.18 | 283,181 | 25,149,000 |
| 194. 28-Sep-07 | 2.15 | 0.99 | 2.16 | 27,058 | 25,149,000 |
| 195. 1-Oct-07 | 1.95 | 0.99 | 1.96 | 34,192 | 25,181,000 |

**QE-2 - Share Price Analysis, Table 1**
**Africo's Share Price for the Period December 2006 to December 2008**

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 196. 2-Oct-07 | 2.00 | 1.00 | 2.00 | 268,706 | 25,181,000 |
| 197. 3-Oct-07 | 1.90 | 1.00 | 1.91 | 60,395 | 25,181,000 |
| 198. 4-Oct-07 | 1.89 | 1.00 | 1.89 | 17,598 | 25,181,000 |
| 199. 5-Oct-07 | 1.99 | 0.98 | 2.03 | 180,294 | 25,181,000 |
| 200. 9-Oct-07 | 2.00 | 0.98 | 2.03 | 43,948 | 25,181,000 |
| 201. 10-Oct-07 | 2.29 | 0.98 | 2.33 | 45,378 | 25,181,000 |
| 202. 11-Oct-07 | 2.40 | 0.97 | 2.47 | 47,869 | 25,181,000 |
| 203. 12-Oct-07 | 2.50 | 0.97 | 2.57 | 76,446 | 25,181,000 |
| 204. 15-Oct-07 | 2.80 | 0.97 | 2.87 | 86,634 | 25,181,000 |
| 205. 16-Oct-07 | 2.80 | 0.98 | 2.86 | 243,220 | 25,181,000 |
| 206. 17-Oct-07 | 2.72 | 0.97 | 2.79 | 174,376 | 25,181,000 |
| 207. 18-Oct-07 | 2.70 | 0.98 | 2.77 | 170,392 | 25,181,000 |
| 208. 19-Oct-07 | 2.56 | 0.96 | 2.66 | 11,559 | 25,181,000 |
| 209. 22-Oct-07 | 2.48 | 0.98 | 2.53 | 9,184 | 25,181,000 |
| 210. 23-Oct-07 | 2.49 | 0.97 | 2.57 | 29,199 | 25,181,000 |
| 211. 24-Oct-07 | 2.30 | 0.97 | 2.37 | 9,032 | 25,181,000 |
| 212. 25-Oct-07 | 2.55 | 0.97 | 2.64 | 276,494 | 25,181,000 |
| 213. 26-Oct-07 | 2.69 | 0.96 | 2.80 | 99,653 | 25,181,000 |
| 214. 29-Oct-07 | 2.76 | 0.95 | 2.89 | 87,339 | 25,181,000 |
| 215. 30-Oct-07 | 2.70 | 0.96 | 2.83 | 59,097 | 25,181,000 |
| 216. 31-Oct-07 | 2.73 | 0.95 | 2.87 | 27,074 | 25,181,000 |
| 217. 1-Nov-07 | 2.55 | 0.95 | 2.69 | 26,633 | 25,296,000 |
| 218. 2-Nov-07 | 2.32 | 0.93 | 2.48 | 96,328 | 25,296,000 |
| 219. 5-Nov-07 | 2.09 | 0.93 | 2.24 | 127,266 | 25,296,000 |
| 220. 6-Nov-07 | 2.14 | 0.93 | 2.31 | 18,729 | 25,296,000 |
| 221. 7-Nov-07 | 2.55 | 0.92 | 2.78 | 146,886 | 25,296,000 |
| 222. 8-Nov-07 | 2.36 | 0.93 | 2.54 | 31,245 | 25,296,000 |
| 223. 9-Nov-07 | 2.45 | 0.94 | 2.60 | 7,095 | 25,296,000 |
| 224. 12-Nov-07 | 2.18 | 0.97 | 2.26 | 18,492 | 25,296,000 |
| 225. 13-Nov-07 | 2.30 | 0.96 | 2.39 | 15,627 | 25,296,000 |
| 226. 14-Nov-07 | 2.35 | 0.96 | 2.46 | 21,742 | 25,296,000 |
| 227. 15-Nov-07 | 2.25 | 0.98 | 2.30 | 9,650 | 25,296,000 |
| 228. 16-Nov-07 | 2.39 | 0.98 | 2.45 | 41,040 | 25,296,000 |
| 229. 19-Nov-07 | 2.35 | 0.98 | 2.39 | 12,670 | 25,296,000 |
| 230. 20-Nov-07 | 2.22 | 0.98 | 2.26 | 302,841 | 25,296,000 |
| 231. 21-Nov-07 | 2.15 | 0.99 | 2.17 | 26,684 | 25,296,000 |
| 232. 22-Nov-07 | 2.50 | 0.99 | 2.54 | 28,391 | 25,296,000 |
| 233. 23-Nov-07 | 2.34 | 0.99 | 2.37 | 2,891 | 25,296,000 |
| 234. 26-Nov-07 | 2.25 | 0.99 | 2.28 | 50,414 | 25,296,000 |

**QE-2 - Share Price Analysis, Table 1**
**Africo's Share Price for the Period December 2006 to December 2008**

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 235. 27-Nov-07 | 2.10 | 1.00 | 2.11 | 6,736 | 25,296,000 |
| 236. 28-Nov-07 | 2.10 | 0.99 | 2.12 | 61,700 | 25,296,000 |
| 237. 29-Nov-07 | 2.19 | 0.99 | 2.21 | 45,329 | 25,296,000 |
| 238. 30-Nov-07 | 2.17 | 1.00 | 2.17 | 6,785 | 25,296,000 |
| 239. 3-Dec-07 | 2.05 | 1.00 | 2.05 | 15,091 | 25,296,000 |
| 240. 4-Dec-07 | 1.98 | 1.01 | 1.96 | 51,531 | 25,296,000 |
| 241. 5-Dec-07 | 1.97 | 1.01 | 1.94 | 54,130 | 25,296,000 |
| 242. 6-Dec-07 | 1.90 | 1.01 | 1.87 | 33,342 | 25,296,000 |
| 243. 7-Dec-07 | 1.90 | 1.01 | 1.89 | 49,251 | 25,296,000 |
| 244. 10-Dec-07 | 1.90 | 1.01 | 1.88 | 62,929 | 25,296,000 |
| 245. 11-Dec-07 | 1.82 | 1.01 | 1.80 | 5,160 | 25,296,000 |
| 246. 12-Dec-07 | 1.83 | 1.01 | 1.81 | 2,832 | 25,296,000 |
| 247. 13-Dec-07 | 1.83 | 1.02 | 1.79 | 1,077 | 25,296,000 |
| 248. 14-Dec-07 | 1.82 | 1.01 | 1.79 | 6,023 | 25,296,000 |
| 249. 17-Dec-07 | 1.85 | 1.01 | 1.84 | 47,133 | 25,296,000 |
| 250. 18-Dec-07 | 1.93 | 1.01 | 1.91 | 44,802 | 25,296,000 |
| 251. 19-Dec-07 | 1.85 | 1.00 | 1.85 | 14,201 | 25,296,000 |
| 252. 20-Dec-07 | 1.65 | 1.00 | 1.65 | 26,270 | 25,296,000 |
| 253. 21-Dec-07 | 1.65 | 0.99 | 1.66 | 19,017 | 25,296,000 |
| 254. 24-Dec-07 | 1.65 | 0.99 | 1.67 | 5,661 | 25,296,000 |
| 255. 27-Dec-07 | 1.85 | 0.98 | 1.89 | 17,102 | 25,296,000 |
| 256. 28-Dec-07 | 1.80 | 0.98 | 1.84 | 3,776 | 25,296,000 |
| 257. 31-Dec-07 | 1.80 | 0.99 | 1.82 | 24,425 | 25,296,000 |
| 258. 2-Jan-08 | 1.83 | 1.00 | 1.84 | 8,078 | 27,176,000 |
| 259. 3-Jan-08 | 1.77 | 0.99 | 1.78 | 788 | 27,176,000 |
| 260. 4-Jan-08 | 1.76 | 1.00 | 1.76 | 29,440 | 27,176,000 |
| 261. 7-Jan-08 | 1.71 | 1.01 | 1.70 | 3,177 | 27,176,000 |
| 262. 8-Jan-08 | 1.60 | 1.00 | 1.60 | 49,562 | 27,176,000 |
| 263. 9-Jan-08 | 1.60 | 1.01 | 1.59 | 4,366 | 27,176,000 |
| 264. 10-Jan-08 | 1.74 | 1.02 | 1.71 | 6,268 | 27,176,000 |
| 265. 11-Jan-08 | 1.80 | 1.02 | 1.77 | 12,684 | 27,176,000 |
| 266. 14-Jan-08 | 1.90 | 1.02 | 1.87 | 32,356 | 27,176,000 |
| 267. 15-Jan-08 | 1.80 | 1.02 | 1.77 | 24,200 | 27,176,000 |
| 268. 16-Jan-08 | 1.70 | 1.03 | 1.66 | 11,300 | 27,212,000 |
| 269. 17-Jan-08 | 1.60 | 1.03 | 1.56 | 18,584 | 27,212,000 |
| 270. 18-Jan-08 | 1.63 | 1.03 | 1.59 | 31,570 | 27,212,000 |
| 271. 21-Jan-08 | 1.42 | 1.03 | 1.38 | 6,001 | 27,212,000 |
| 272. 22-Jan-08 | 1.55 | 1.02 | 1.51 | 30,458 | 27,212,000 |
| 273. 23-Jan-08 | 1.50 | 1.03 | 1.46 | 10,004 | 27,212,000 |

**QE-2 - Share Price Analysis, Table 1**
**Africo's Share Price for the Period December 2006 to December 2008**

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 274. 24-Jan-08 | 1.75 | 1.01 | 1.74 | 3,488 | 27,212,000 |
| 275. 25-Jan-08 | 1.74 | 1.01 | 1.73 | 3,664 | 27,212,000 |
| 276. 28-Jan-08 | 1.75 | 1.00 | 1.74 | 50,688 | 27,212,000 |
| 277. 29-Jan-08 | 1.80 | 1.00 | 1.80 | 73,972 | 27,212,000 |
| 278. 30-Jan-08 | 1.75 | 1.00 | 1.76 | 68,077 | 27,212,000 |
| 279. 31-Jan-08 | 1.57 | 1.00 | 1.56 | 19,271 | 27,212,000 |
| 280. 1-Feb-08 | 1.57 | 0.99 | 1.58 | 1,606 | 27,212,000 |
| 281. 4-Feb-08 | 1.61 | 0.99 | 1.62 | 6,484 | 27,212,000 |
| 282. 5-Feb-08 | 1.69 | 1.01 | 1.68 | 339,285 | 27,212,000 |
| 283. 6-Feb-08 | 1.70 | 1.00 | 1.69 | 87,427 | 27,212,000 |
| 284. 7-Feb-08 | 1.61 | 1.01 | 1.59 | 22,655 | 27,212,000 |
| 285. 8-Feb-08 | 1.60 | 1.00 | 1.61 | 12,531 | 27,212,000 |
| 286. 11-Feb-08 | 1.65 | 1.00 | 1.65 | 7,044 | 27,212,000 |
| 287. 12-Feb-08 | 1.70 | 1.00 | 1.71 | 11,119 | 27,212,000 |
| 288. 14-Feb-08 | 1.40 | 1.00 | 1.41 | 11,175 | 27,212,000 |
| 289. 15-Feb-08 | 1.41 | 1.00 | 1.41 | 19,979 | 27,212,000 |
| 290. 19-Feb-08 | 1.81 | 1.02 | 1.78 | 51,291 | 27,212,000 |
| 291. 20-Feb-08 | 1.75 | 1.02 | 1.72 | 55,619 | 27,212,000 |
| 292. 21-Feb-08 | 1.80 | 1.01 | 1.78 | 226,377 | 27,212,000 |
| 293. 22-Feb-08 | 1.80 | 1.01 | 1.78 | 2,447 | 27,212,000 |
| 294. 25-Feb-08 | 1.75 | 1.00 | 1.75 | 31,593 | 27,212,000 |
| 295. 26-Feb-08 | 1.74 | 0.99 | 1.76 | 88,620 | 27,212,000 |
| 296. 27-Feb-08 | 1.63 | 0.98 | 1.66 | 50,177 | 27,212,000 |
| 297. 28-Feb-08 | 1.65 | 0.97 | 1.70 | 444,380 | 27,212,000 |
| 298. 29-Feb-08 | 1.65 | 0.98 | 1.69 | 112,685 | 27,212,000 |
| 299. 3-Mar-08 | 1.75 | 0.99 | 1.77 | 3,155 | 27,212,000 |
| 300. 4-Mar-08 | 1.78 | 0.99 | 1.79 | 51,501 | 27,212,000 |
| 301. 5-Mar-08 | 1.70 | 0.99 | 1.72 | 26,461 | 27,212,000 |
| 302. 6-Mar-08 | 1.74 | 0.98 | 1.77 | 10,500 | 27,212,000 |
| 303. 7-Mar-08 | 1.67 | 0.99 | 1.69 | 7,572 | 27,212,000 |
| 304. 10-Mar-08 | 1.67 | 1.00 | 1.67 | 1,123 | 27,212,000 |
| 305. 11-Mar-08 | 1.67 | 0.99 | 1.68 | 1,809 | 27,212,000 |
| 306. 12-Mar-08 | 1.67 | 0.99 | 1.69 | 9,648 | 27,212,000 |
| 307. 13-Mar-08 | 1.67 | 0.99 | 1.70 | 2,912 | 27,212,000 |
| 308. 14-Mar-08 | 1.79 | 0.99 | 1.82 | 10,375 | 27,212,000 |
| 309. 17-Mar-08 | 1.36 | 1.00 | 1.36 | 7,786 | 27,212,000 |
| 310. 18-Mar-08 | 1.58 | 0.99 | 1.59 | 51,079 | 27,212,000 |
| 311. 19-Mar-08 | 1.65 | 1.01 | 1.64 | 61,661 | 27,212,000 |
| 312. 20-Mar-08 | 1.62 | 1.03 | 1.58 | 5,392 | 27,212,000 |

**QE-2 - Share Price Analysis, Table 1**
**Africo's Share Price for the Period December 2006 to December 2008**

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 313. 24-Mar-08 | 1.70 | 1.02 | 1.67 | 21,318 | 27,212,000 |
| 314. 25-Mar-08 | 1.71 | 1.02 | 1.68 | 2,599 | 27,212,000 |
| 315. 26-Mar-08 | 1.61 | 1.02 | 1.58 | 14,183 | 27,212,000 |
| 316. 27-Mar-08 | 1.68 | 1.01 | 1.66 | 5,018 | 27,212,000 |
| 317. 28-Mar-08 | 1.61 | 1.02 | 1.58 | 1,377 | 27,212,000 |
| 318. 31-Mar-08 | 1.43 | 1.03 | 1.39 | 1,901 | 27,212,000 |
| 319. 1-Apr-08 | 1.60 | 1.03 | 1.56 | 8,319 | 27,212,000 |
| 320. 2-Apr-08 | 1.65 | 1.02 | 1.62 | 105,746 | 27,212,000 |
| 321. 3-Apr-08 | 1.60 | 1.01 | 1.59 | 10,011 | 27,212,000 |
| 322. 4-Apr-08 | 1.56 | 1.01 | 1.55 | 8,924 | 27,212,000 |
| 323. 7-Apr-08 | 1.68 | 1.01 | 1.66 | 54,060 | 27,212,000 |
| 324. 8-Apr-08 | 1.55 | 1.02 | 1.53 | 51,323 | 27,212,000 |
| 325. 9-Apr-08 | 1.53 | 1.02 | 1.50 | 5,373 | 27,212,000 |
| 326. 10-Apr-08 | 1.60 | 1.02 | 1.57 | 22,802 | 27,212,000 |
| 327. 11-Apr-08 | 1.60 | 1.02 | 1.57 | 1,100 | 27,212,000 |
| 328. 14-Apr-08 | 1.56 | 1.02 | 1.53 | 4,842 | 27,212,000 |
| 329. 15-Apr-08 | 1.68 | 1.02 | 1.65 | 12,600 | 27,212,000 |
| 330. 16-Apr-08 | 1.68 | 1.00 | 1.67 | 40,229 | 27,212,000 |
| 331. 17-Apr-08 | 1.75 | 1.01 | 1.73 | 7,748 | 27,212,000 |
| 332. 18-Apr-08 | 2.50 | 1.01 | 2.47 | 111,552 | 27,212,000 |
| 333. 21-Apr-08 | 2.25 | 1.01 | 2.24 | 124,883 | 27,212,000 |
| 334. 22-Apr-08 | 2.18 | 1.01 | 2.17 | 25,149 | 27,212,000 |
| 335. 23-Apr-08 | 2.03 | 1.02 | 1.99 | 42,300 | 27,212,000 |
| 336. 24-Apr-08 | 2.00 | 1.02 | 1.97 | 29,112 | 27,212,000 |
| 337. 25-Apr-08 | 2.18 | 1.01 | 2.15 | 48,776 | 27,212,000 |
| 338. 28-Apr-08 | 2.15 | 1.02 | 2.11 | 38,050 | 27,212,000 |
| 339. 29-Apr-08 | 2.10 | 1.01 | 2.07 | 5,000 | 27,212,000 |
| 340. 30-Apr-08 | 2.09 | 1.01 | 2.07 | 4,079 | 27,212,000 |
| 341. 1-May-08 | 2.00 | 1.02 | 1.96 | 2,497 | 27,213,000 |
| 342. 2-May-08 | 1.90 | 1.02 | 1.87 | 3,545 | 27,213,000 |
| 343. 5-May-08 | 2.00 | 1.01 | 1.97 | 10,008 | 27,213,000 |
| 344. 6-May-08 | 1.91 | 1.00 | 1.91 | 3,276 | 27,213,000 |
| 345. 8-May-08 | 1.99 | 1.01 | 1.96 | 4,563 | 27,213,000 |
| 346. 9-May-08 | 1.90 | 1.01 | 1.89 | 3,455 | 27,213,000 |
| 347. 12-May-08 | 1.90 | 1.01 | 1.89 | 292 | 27,213,000 |
| 348. 13-May-08 | 1.96 | 1.00 | 1.96 | 8,444 | 27,213,000 |
| 349. 14-May-08 | 1.80 | 1.00 | 1.80 | 13,169 | 27,213,000 |
| 350. 15-May-08 | 1.74 | 1.00 | 1.74 | 4,287 | 27,213,000 |
| 351. 16-May-08 | 1.75 | 1.00 | 1.76 | 7,147 | 27,213,000 |

**QE-2 - Share Price Analysis, Table 1**
**Africo's Share Price for the Period December 2006 to December 2008**

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 352. 20-May-08 | 1.60 | 0.99 | 1.61 | 7,211 | 27,213,000 |
| 353. 21-May-08 | 1.65 | 0.98 | 1.68 | 20,686 | 27,213,000 |
| 354. 22-May-08 | 1.61 | 0.99 | 1.63 | 3,189 | 27,213,000 |
| 355. 23-May-08 | 1.70 | 0.99 | 1.72 | 2,941 | 27,213,000 |
| 356. 26-May-08 | 1.80 | 0.99 | 1.82 | 110,611 | 27,213,000 |
| 357. 27-May-08 | 1.90 | 0.99 | 1.91 | 110,300 | 27,213,000 |
| 358. 28-May-08 | 1.90 | 0.99 | 1.92 | 73,634 | 27,213,000 |
| 359. 29-May-08 | 1.90 | 0.99 | 1.93 | 1,586 | 27,213,000 |
| 360. 30-May-08 | 2.00 | 0.99 | 2.01 | 13,000 | 27,213,000 |
| 361. 2-Jun-08 | 2.00 | 1.00 | 2.00 | 116,467 | 27,213,000 |
| 362. 3-Jun-08 | 1.90 | 1.01 | 1.89 | 581,262 | 27,213,000 |
| 363. 4-Jun-08 | 1.90 | 1.01 | 1.87 | 5,892 | 27,213,000 |
| 364. 5-Jun-08 | 1.95 | 1.02 | 1.91 | 47,885 | 27,213,000 |
| 365. 6-Jun-08 | 1.95 | 1.02 | 1.92 | 7,005 | 27,213,000 |
| 366. 9-Jun-08 | 1.95 | 1.02 | 1.90 | 11,770 | 27,213,000 |
| 367. 10-Jun-08 | 1.97 | 1.02 | 1.92 | 4,869 | 27,213,000 |
| 368. 11-Jun-08 | 2.01 | 1.02 | 1.98 | 8,650 | 27,213,000 |
| 369. 12-Jun-08 | 2.00 | 1.02 | 1.95 | 1,281,781 | 27,213,000 |
| 370. 13-Jun-08 | 2.00 | 1.03 | 1.95 | 130,621 | 27,213,000 |
| 371. 16-Jun-08 | 2.00 | 1.02 | 1.96 | 90,792 | 27,213,000 |
| 372. 17-Jun-08 | 1.93 | 1.02 | 1.89 | 196,187 | 27,213,000 |
| 373. 18-Jun-08 | 1.94 | 1.02 | 1.90 | 2,454 | 27,213,000 |
| 374. 19-Jun-08 | 1.75 | 1.01 | 1.73 | 900 | 27,213,000 |
| 375. 23-Jun-08 | 1.76 | 1.02 | 1.73 | 2,200 | 27,213,000 |
| 376. 24-Jun-08 | 1.76 | 1.01 | 1.74 | 3,000 | 27,213,000 |
| 377. 25-Jun-08 | 1.70 | 1.01 | 1.68 | 3,124 | 27,213,000 |
| 378. 26-Jun-08 | 1.71 | 1.01 | 1.69 | 1,900 | 27,213,000 |
| 379. 27-Jun-08 | 1.75 | 1.01 | 1.73 | 1,310 | 27,213,000 |
| 380. 30-Jun-08 | 1.61 | 1.02 | 1.58 | 7,500 | 27,213,000 |
| 381. 2-Jul-08 | 1.47 | 1.02 | 1.45 | 6,350 | 27,213,000 |
| 382. 3-Jul-08 | 1.48 | 1.02 | 1.45 | 185 | 27,213,000 |
| 383. 4-Jul-08 | 1.50 | 1.02 | 1.48 | 2,433 | 27,213,000 |
| 384. 8-Jul-08 | 1.55 | 1.02 | 1.52 | 2,739 | 27,213,000 |
| 385. 9-Jul-08 | 1.94 | 1.01 | 1.92 | 6,180 | 27,213,000 |
| 386. 10-Jul-08 | 1.99 | 1.01 | 1.97 | 83,258 | 27,213,000 |
| 387. 11-Jul-08 | 1.72 | 1.01 | 1.70 | 2,013 | 27,213,000 |
| 388. 14-Jul-08 | 1.89 | 1.01 | 1.88 | 6,207 | 27,213,000 |
| 389. 15-Jul-08 | 1.78 | 1.00 | 1.78 | 20,412 | 27,213,000 |
| 390. 16-Jul-08 | 1.70 | 1.00 | 1.69 | 3,457 | 27,213,000 |

**QE-2 - Share Price Analysis, Table 1**
**Africo's Share Price for the Period December 2006 to December 2008**

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 391. 17-Jul-08 | 1.75 | 1.00 | 1.75 | 16,228 | 27,213,000 |
| 392. 18-Jul-08 | 1.70 | 1.01 | 1.69 | 8,417 | 27,213,000 |
| 393. 21-Jul-08 | 1.82 | 1.00 | 1.81 | 11,400 | 27,213,000 |
| 394. 22-Jul-08 | 1.97 | 1.01 | 1.96 | 101,000 | 27,213,000 |
| 395. 23-Jul-08 | 1.82 | 1.01 | 1.80 | 924 | 27,213,000 |
| 396. 24-Jul-08 | 2.05 | 1.01 | 2.03 | 302,533 | 27,213,000 |
| 397. 25-Jul-08 | 2.03 | 1.02 | 2.00 | 149,662 | 27,213,000 |
| 398. 28-Jul-08 | 2.00 | 1.02 | 1.96 | 13,002 | 27,213,000 |
| 399. 29-Jul-08 | 1.87 | 1.03 | 1.82 | 4,276 | 27,213,000 |
| 400. 30-Jul-08 | 2.00 | 1.02 | 1.95 | 526,645 | 27,213,000 |
| 401. 31-Jul-08 | 1.92 | 1.02 | 1.87 | 192 | 27,213,000 |
| 402. 1-Aug-08 | 2.05 | 1.03 | 2.00 | 105,584 | 72,613,000 |
| 403. 5-Aug-08 | 1.93 | 1.04 | 1.85 | 6,319 | 72,613,000 |
| 404. 6-Aug-08 | 2.00 | 1.05 | 1.91 | 115,464 | 72,613,000 |
| 405. 7-Aug-08 | 1.90 | 1.05 | 1.81 | 21,419 | 72,613,000 |
| 406. 8-Aug-08 | 1.81 | 1.07 | 1.70 | 20,233 | 72,613,000 |
| 407. 11-Aug-08 | 1.93 | 1.07 | 1.81 | 2,262 | 72,613,000 |
| 408. 13-Aug-08 | 1.85 | 1.07 | 1.73 | 2,315 | 72,613,000 |
| 409. 15-Aug-08 | 1.61 | 1.06 | 1.51 | 1,609 | 72,613,000 |
| 410. 18-Aug-08 | 1.60 | 1.06 | 1.51 | 479 | 72,613,000 |
| 411. 19-Aug-08 | 1.83 | 1.06 | 1.72 | 47,527 | 72,613,000 |
| 412. 20-Aug-08 | 1.80 | 1.06 | 1.69 | 20,050 | 72,613,000 |
| 413. 21-Aug-08 | 1.79 | 1.05 | 1.71 | 3,800 | 72,613,000 |
| 414. 22-Aug-08 | 1.66 | 1.05 | 1.59 | 1,019 | 72,613,000 |
| 415. 26-Aug-08 | 1.90 | 1.05 | 1.82 | 64,522 | 72,613,000 |
| 416. 27-Aug-08 | 1.75 | 1.05 | 1.67 | 2,700 | 72,613,000 |
| 417. 28-Aug-08 | 1.75 | 1.05 | 1.66 | 40,089 | 72,613,000 |
| 418. 2-Sep-08 | 1.66 | 1.07 | 1.55 | 4,100 | 72,613,000 |
| 419. 4-Sep-08 | 1.66 | 1.07 | 1.56 | 2,539 | 72,613,000 |
| 420. 5-Sep-08 | 1.30 | 1.07 | 1.22 | 507,293 | 72,613,000 |
| 421. 8-Sep-08 | 1.46 | 1.07 | 1.37 | 12,201 | 72,613,000 |
| 422. 9-Sep-08 | 1.31 | 1.07 | 1.23 | 7,763 | 72,613,000 |
| 423. 10-Sep-08 | 1.31 | 1.07 | 1.22 | 3,138 | 72,613,000 |
| 424. 11-Sep-08 | 1.42 | 1.08 | 1.31 | 13,687 | 72,613,000 |
| 425. 12-Sep-08 | 1.30 | 1.06 | 1.23 | 232,067 | 72,613,000 |
| 426. 15-Sep-08 | 1.28 | 1.07 | 1.20 | 1,378 | 72,613,000 |
| 427. 16-Sep-08 | 1.00 | 1.07 | 0.93 | 13,055 | 72,613,000 |
| 428. 17-Sep-08 | 1.05 | 1.08 | 0.97 | 129,067 | 72,613,000 |
| 429. 18-Sep-08 | 1.20 | 1.07 | 1.12 | 231,707 | 72,613,000 |

**QE-2 - Share Price Analysis, Table 1**
**Africo's Share Price for the Period December 2006 to December 2008**

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 430. 19-Sep-08 | 1.20 | 1.05 | 1.14 | 300,092 | 72,613,000 |
| 431. 22-Sep-08 | 1.06 | 1.04 | 1.02 | 4,552 | 72,613,000 |
| 432. 23-Sep-08 | 1.05 | 1.04 | 1.01 | 1,547 | 72,613,000 |
| 433. 24-Sep-08 | 1.33 | 1.03 | 1.29 | 2,838 | 72,613,000 |
| 434. 25-Sep-08 | 1.33 | 1.03 | 1.29 | 2,021 | 72,613,000 |
| 435. 26-Sep-08 | 1.15 | 1.04 | 1.11 | 24,286 | 72,613,000 |
| 436. 29-Sep-08 | 1.05 | 1.04 | 1.01 | 800 | 72,613,000 |
| 437. 30-Sep-08 | 1.15 | 1.06 | 1.09 | 5,000 | 72,613,000 |
| 438. 2-Oct-08 | 1.00 | 1.08 | 0.93 | 6,292 | 72,613,000 |
| 439. 3-Oct-08 | 1.15 | 1.08 | 1.06 | 9,200 | 72,613,000 |
| 440. 6-Oct-08 | 1.10 | 1.10 | 1.00 | 6,000 | 72,613,000 |
| 441. 7-Oct-08 | 0.75 | 1.10 | 0.68 | 3,945 | 72,613,000 |
| 442. 9-Oct-08 | 1.00 | 1.15 | 0.87 | 10,897 | 72,613,000 |
| 443. 10-Oct-08 | 0.80 | 1.19 | 0.67 | 7,089 | 72,613,000 |
| 444. 14-Oct-08 | 0.98 | 1.15 | 0.85 | 11,221 | 72,613,000 |
| 445. 15-Oct-08 | 0.80 | 1.18 | 0.68 | 14,387 | 72,613,000 |
| 446. 16-Oct-08 | 0.80 | 1.19 | 0.67 | 10,184 | 72,613,000 |
| 447. 17-Oct-08 | 0.90 | 1.18 | 0.76 | 13,500 | 72,613,000 |
| 448. 20-Oct-08 | 0.90 | 1.19 | 0.75 | 51,746 | 72,613,000 |
| 449. 22-Oct-08 | 0.75 | 1.25 | 0.60 | 3,184 | 72,613,000 |
| 450. 23-Oct-08 | 0.75 | 1.26 | 0.60 | 6,934 | 72,613,000 |
| 451. 24-Oct-08 | 0.75 | 1.28 | 0.59 | 16,584 | 72,613,000 |
| 452. 29-Oct-08 | 0.85 | 1.22 | 0.70 | 44,962 | 72,613,000 |
| 453. 3-Nov-08 | 0.90 | 1.20 | 0.75 | 59,000 | 72,613,000 |
| 454. 4-Nov-08 | 0.87 | 1.15 | 0.75 | 8,185 | 72,613,000 |
| 455. 5-Nov-08 | 0.85 | 1.16 | 0.73 | 2,355 | 72,613,000 |
| 456. 10-Nov-08 | 0.85 | 1.19 | 0.72 | 4,521 | 72,613,000 |
| 457. 11-Nov-08 | 0.85 | 1.21 | 0.70 | 10,027 | 72,613,000 |
| 458. 12-Nov-08 | 0.84 | 1.23 | 0.68 | 184,072 | 72,613,000 |
| 459. 13-Nov-08 | 0.80 | 1.23 | 0.65 | 2,980 | 72,613,000 |
| 460. 14-Nov-08 | 0.60 | 1.22 | 0.49 | 1,646 | 72,613,000 |
| 461. 17-Nov-08 | 0.70 | 1.23 | 0.57 | 5,076 | 72,613,000 |
| 462. 18-Nov-08 | 0.64 | 1.23 | 0.52 | 3,767 | 72,613,000 |
| 463. 19-Nov-08 | 0.63 | 1.24 | 0.51 | 10,253 | 72,613,000 |
| 464. 20-Nov-08 | 0.62 | 1.29 | 0.48 | 29,276 | 72,613,000 |
| 465. 27-Nov-08 | 0.64 | 1.23 | 0.52 | 2,322,146 | 72,613,000 |
| 466. 28-Nov-08 | 0.69 | 1.25 | 0.55 | 32,858 | 72,613,000 |
| 467. 1-Dec-08 | 0.50 | 1.24 | 0.40 | 654 | 72,613,000 |
| 468. 3-Dec-08 | 0.50 | 1.26 | 0.40 | 17,479 | 72,613,000 |

**QE-2 - Share Price Analysis, Table 1**
**Africo's Share Price for the Period December 2006 to December 2008**

| | Africo's Share Price | Exchange Rate | Africo's Share Price | Africo's Share Volume | Africo's Shares Outstanding |
|---|---|---|---|---|---|
| | (C$) | (C$ per US$) | (US$) | (Number of Shares) | |
| | | | (1) / (2) | | |
| | (1) | (2) | (3) | (4) | (5) |
| 469. 4-Dec-08 | 0.50 | 1.26 | 0.40 | 35,234 | 72,613,000 |
| 470. 5-Dec-08 | 0.71 | 1.30 | 0.55 | 21,000 | 72,613,000 |
| 471. 11-Dec-08 | 0.64 | 1.22 | 0.52 | 5,247 | 72,613,000 |
| 472. 12-Dec-08 | 0.65 | 1.24 | 0.52 | 10,999 | 72,613,000 |
| 473. 15-Dec-08 | 0.63 | 1.24 | 0.51 | 5,138 | 72,613,000 |
| 474. 16-Dec-08 | 0.60 | 1.22 | 0.49 | 143,630 | 72,613,000 |
| 475. 18-Dec-08 | 0.60 | 1.19 | 0.50 | 201,399 | 72,613,000 |
| 476. 19-Dec-08 | 0.50 | 1.22 | 0.41 | 7,639 | 72,613,000 |
| 477. 22-Dec-08 | 0.42 | 1.22 | 0.34 | 6,110 | 72,613,000 |
| 478. 23-Dec-08 | 0.75 | 1.22 | 0.62 | 24,524 | 72,613,000 |
| 479. 24-Dec-08 | 0.51 | 1.21 | 0.42 | 10,996 | 72,613,000 |
| 480. 30-Dec-08 | 0.60 | 1.22 | 0.49 | 11,215 | 72,613,000 |
| 481. 31-Dec-08 | 0.67 | 1.23 | 0.55 | 7,277 | 72,613,000 |

Sources:

Cols. (1)-(2): Capital IQ
Cols. (4)-(5): Bloomberg

## QE-2 - Share Price Analysis, Table 2
## Amount of Restitution as of the Date of Sentencing

| | | Calculation | Solactive Copper Miners Index |
|---|---|---|---|
| | | | (1) |
| 1. | 26 April 2007 | | 106.12 |
| 2. | 28 February 2020 | | 53.00 |
| 3. | Change in Solactive Copper Miners Index | R2 / R1 - 1 | -50.1% |
| 4. | Africo's Share Price at 26 Apr 2007 | | 3.39 |
| 5. | Africo's But-for Share Price at 28 Feb 2020 | R4 x (1 + R3) | 1.69 |

Note:

[1] Index is expressed in US$ terms.

Sources:

Row 1: Thomson Reuters Eikon

Row 2: Solactive German Index Engineering website, "Solactive Global Copper Miners Total Return Index," available at https://www.solactive.com/indices/?index=DE000A1DKEA1

Row 4: Capital IQ

**QE-2 - Share Price Analysis, Table 3**
**Cobalt and Copper Prices**

| | Calculation | Cobalt Spot Price[1] | Copper Spot Price | Cobalt-Copper Ratio |
|---|---|---|---|---|
| | | (US$ per lb) | | |
| | | | | (1) / (2) |
| | | (1) | (2) | (3) |
| 1. 27 April 2007 | | 30.50 | 3.51 | 8.68 |
| 2. 28 February 2020 | | 14.97 | 2.55 | 5.88 |
| **3. Percent Change** | **R2 / R1 - 1** | **-51%** | **-28%** | **-32%** |

Note:
[1] Cobalt spot prices are not available in April 2007. I therefore rely on the Europe Cobalt Metal 99.8% In warehouse Rotterdam data series for the cobalt price as of 27 April 2007.

Sources:
Row 1, Col. (1): Bloomberg
Row 2, Col. (1): Capital IQ
Col. (2): Capital IQ

# Exhibit QE-3

# QE-3 - DCF and Calculations, Table 1A
# SRK's NPV of the Project

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Calendar Year | Construction Start | 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| **Discount Rate** | **2019 SRK Report** | | | | | | | | | | | | | | | | | | |
| **Market Prices** (US$ per lb) | | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 |
| Cobalt (Co) | | | | | | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 |
| Cu:Co Ratio | | | | | | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 |
| **Commodity Prices** | **SRK - Spot** | | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | | |
| **Production Plan** | **2019 SRK - 1.25M - Spot** | | | | | | | | | | | | | | | | | | |
| Total Ore Mined | | Tonnes ('000) | 13,943 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 193 | 0 | 0 |
| Total Waste Mined | | Tonnes ('000) | 59,826 | 0 | 0 | 4,576 | 4,576 | 4,576 | 4,576 | 4,576 | 6,798 | 6,798 | 6,798 | 6,798 | 6,798 | 2,365 | 591 | 0 | 0 |
| Total Material Mined | | Tonnes ('000) | 73,770 | 0 | 0 | 5,826 | 5,826 | 5,826 | 5,826 | 5,826 | 8,048 | 8,048 | 8,048 | 8,048 | 8,048 | 3,615 | 784 | 0 | 0 |
| Stripping Ratio | | waste : ore | 4.29 | n.m. | n.m. | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | 1.9 | 3.1 | n.m. | n.m. |
| Copper Grade | | Percent | 3.05% | | | 2.12% | 2.83% | 3.05% | 4.06% | 2.40% | 3.32% | 3.90% | 2.65% | 3.21% | 2.69% | 3.29% | 3.43% | 0.00% | 0.00% |
| Cobalt Grade | | Percent | 0.81% | | | 0.84% | 0.83% | 0.88% | 0.79% | 0.58% | 0.67% | 1.17% | 0.59% | 0.79% | 0.90% | 0.88% | 0.71% | 0.00% | 0.00% |
| Contained Copper | | Pounds ('000) | 938,270 | | | 58,348 | 77,997 | 84,036 | 111,766 | 66,178 | 91,609 | 107,524 | 73,085 | 88,489 | 74,039 | 90,623 | 14,576 | 0 | 0 |
| Contained Cobalt | | Pounds ('000) | 249,054 | | | 23,250 | 22,785 | 24,338 | 21,823 | 15,990 | 18,489 | 32,280 | 16,358 | 21,687 | 24,830 | 24,218 | 3,005 | 0 | 0 |
| Contained CuEq | | Pounds ('000) | 2,517,366 | | | 205,762 | 222,465 | 238,347 | 250,134 | 167,561 | 208,836 | 312,191 | 176,804 | 225,991 | 231,473 | 244,175 | 33,627 | 0 | 0 |
| Oxide Recovery, Copper | | Percent | 90% | | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 0.0% | 0.0% |
| Oxide Recovery, Cobalt | | Percent | 70% | | | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 0.0% | 0.0% |
| Recovered Copper | | Pounds ('000) | 844,443 | | | 52,513 | 70,197 | 75,632 | 100,590 | 59,560 | 82,448 | 96,771 | 65,777 | 79,640 | 66,635 | 81,560 | 13,119 | 0 | 0 |
| Recovered Cobalt | | Pounds ('000) | 174,338 | | | 16,275 | 15,950 | 17,036 | 15,276 | 11,193 | 12,942 | 22,596 | 11,451 | 15,181 | 17,381 | 16,953 | 2,103 | 0 | 0 |
| Total CuEq Sales | | Pounds ('000) | 1,949,810 | | | 155,703 | 171,325 | 183,650 | 197,447 | 130,528 | 164,507 | 240,038 | 138,380 | 175,891 | 176,839 | 189,047 | 26,454 | 0 | 0 |
| **Cash Flows** (US$ Thousands) | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Copper Revenue | 43% | | 2,144,881 | | | 133,383 | 178,300 | 192,106 | 255,497 | 151,282 | 209,417 | 245,799 | 167,073 | 202,286 | 169,253 | 207,163 | 33,322 | - | - |
| Cobalt Revenue | 57% | | 2,807,628 | | | 262,102 | 256,865 | 274,365 | 246,017 | 180,259 | 208,430 | 363,897 | 184,412 | 244,477 | 279,917 | 273,016 | 33,872 | - | - |
| **Gross Revenue** | **100%** | | **4,952,509** | | | **395,485** | **435,164** | **466,471** | **501,514** | **331,541** | **417,847** | **609,696** | **351,485** | **446,763** | **449,169** | **480,179** | **67,194** | **-** | **-** |
| Oxide Mining Cost | | | (214,322) | | | (16,927) | (16,927) | (16,927) | (16,927) | (16,927) | (23,382) | (23,382) | (23,382) | (23,382) | (23,382) | (10,501) | (2,278) | - | - |
| Oxide Processing Cost | | | (1,092,021) | | | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (15,119) | - | - |
| Oxide G&A Cost | | | (178,972) | | | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (2,478) | - | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | | (199,642) | | | (12,415) | (16,596) | (17,881) | (23,781) | (14,081) | (19,492) | (22,879) | (15,551) | (18,828) | (15,754) | (19,282) | (3,102) | - | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | | (51,796) | | | (4,835) | (4,739) | (5,062) | (4,539) | (3,325) | (3,845) | (6,713) | (3,402) | (4,510) | (5,164) | (5,037) | (625) | - | - |
| Marketing (% of gross revenue) | 2.0% | | (99,050) | | | (7,910) | (8,703) | (9,329) | (10,030) | (6,631) | (8,357) | (12,194) | (7,030) | (8,935) | (8,983) | (9,604) | (1,344) | - | - |
| **Direct Costs** | | | **(1,835,802)** | | | **(156,032)** | **(160,909)** | **(163,143)** | **(169,222)** | **(154,909)** | **(169,021)** | **(179,113)** | **(163,310)** | **(169,601)** | **(167,228)** | **(158,369)** | **(24,945)** | **-** | **-** |
| Gecamines Gross Revenue Royalty | 2.5% | | (123,813) | | | (9,887) | (10,879) | (11,662) | (12,538) | (8,289) | (10,446) | (15,242) | (8,787) | (11,169) | (11,229) | (12,004) | (1,680) | - | - |
| Government NSR Royalty - Copper | 3.5% | | (66,582) | | | (4,141) | (5,535) | (5,963) | (7,931) | (4,696) | (6,501) | (7,630) | (5,186) | (6,279) | (5,254) | (6,431) | (1,034) | - | - |
| Government NSR Royalty - Cobalt | 10.0% | | (269,968) | | | (25,202) | (24,699) | (26,382) | (23,656) | (17,333) | (20,042) | (34,991) | (17,732) | (23,508) | (26,915) | (26,252) | (3,257) | - | - |
| RMS NSR Royalty | 0.5% | | (14,964) | | | (1,148) | (1,317) | (1,458) | (1,599) | (842) | (1,192) | (2,077) | (897) | (1,330) | (1,354) | (1,549) | (203) | - | - |
| Export Taxes (% of gross revenue) | 1.0% | | (49,525) | | | (3,955) | (4,352) | (4,665) | (5,015) | (3,315) | (4,178) | (6,097) | (3,515) | (4,468) | (4,492) | (4,802) | (672) | - | - |
| Annual Concession Fees (US$/year) | 14.0 | | (168) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - | - |
| Corporate Cost (US$/year) | | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | **Exclude** | | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mine Rehabilitation Allowance | | | | | | (1,954) | (2,150) | (2,305) | (2,478) | (1,638) | (2,065) | (3,013) | (1,737) | (2,208) | (2,220) | (2,373) | (332) | 24,472 | - |
| Depreciation & Amortization | | | (449,836) | | | (35,468) | (36,333) | (37,198) | (38,063) | (38,928) | (39,793) | (40,658) | (41,523) | (42,388) | (43,253) | (8,651) | (47,579) | - | - |
| **Indirect Costs** | | | **(984,264)** | **(272)** | **(2,881)** | **(86,010)** | **(88,607)** | **(91,291)** | **(91,488)** | **(75,055)** | **(84,231)** | **(109,722)** | **(79,392)** | **(91,364)** | **(94,731)** | **(62,075)** | **(54,771)** | **24,472** | **-** |
| **Total Operating Expense** | | | **(2,820,066)** | **(272)** | **(2,881)** | **(242,042)** | **(249,517)** | **(254,435)** | **(260,709)** | **(229,964)** | **(253,252)** | **(288,835)** | **(242,701)** | **(260,965)** | **(261,959)** | **(220,444)** | **(79,716)** | **24,472** | **-** |
| **Operating Margin / Taxable Income** | | | **2,129,291** | **(272)** | **(2,881)** | **153,443** | **185,648** | **212,036** | **240,805** | **101,577** | **164,594** | **320,862** | **108,784** | **185,799** | **187,210** | **259,735** | **(12,522)** | **24,472** | **-** |
| **Super Profit Tax** | **Exclude** | | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | | (639,733) | - | - | (46,033) | (55,694) | (63,611) | (72,241) | (30,473) | (49,378) | (96,258) | (32,635) | (55,740) | (56,163) | (77,920) | 3,757 | (7,342) | - |
| Super Profit Tax | | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Change | 20.0% of mining costs | | (0) | | | (26,174) | - | - | - | - | (1,291) | - | - | - | - | 2,576 | 20,914 | 3,975 | - |
| Depreciation & Amortization - Add Back | | | 449,836 | - | - | 35,468 | 36,333 | 37,198 | 38,063 | 38,928 | 39,793 | 40,658 | 41,523 | 42,388 | 43,253 | 8,651 | 47,579 | - | - |
| **Operating Cash Flow** | | | **1,939,394** | **(272)** | **(2,881)** | **116,704** | **166,286** | **185,623** | **206,626** | **110,032** | **153,718** | **265,261** | **117,672** | **172,447** | **174,301** | **193,041** | **59,728** | **21,106** | **-** |
| **Capital Expenditures** | **2019 SRK - 1.25M** | | | | | | | | | | | | | | | | | | |
| Initial Capital | | | (346,027) | (242,024) | (104,003) | | | | | | | | | | | | | | |
| Sustaining Capital | | | (103,808) | | | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | - | - |
| Post Closure / Reclamation Capital | | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) | - |
| **Investment Cash Flow** | | | **(474,308)** | **(242,024)** | **(104,003)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(24,472)** | **-** |

| **Net Present Value** (US$ Thousands) | |
|---|---|
| NPV Cash Flows (after tax) | 366,380 |
| NPV Terminal Value | 20,778 |
| **NPV Project** | **387,157** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **-** |
| **Difference with SRK (Percent)** | **0.0%** |

# QE-3 - DCF and Calculations, Table 1B
# Effect of Changes to SRK's Production on NPV of the Project

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Calendar Year | Construction Start | 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| **Discount Rate** | 2019 SRK Report | | | | | | | | | | | | | | | | | | |
| **Market Prices (US$ per lb)** | | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 |
| Cobalt (Co) | | | | | | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 |
| Cu:Co Ratio | | | | | | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 |
| **Commodity Prices** | SRK - Spot | | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | | |
| **Production Plan** | 2020 RPA - Corrected SRK - Spot | | | | | | | | | | | | | | | | | | |
| Total Ore Mined | | Tonnes ('000) | 13,943 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 193 | 0 | 0 |
| Total Waste Mined | | Tonnes ('000) | 101,140 | 0 | 0 | 7,736 | 7,736 | 7,736 | 7,736 | 7,736 | 11,493 | 11,493 | 11,493 | 11,493 | 11,493 | 3,997 | 999 | 0 | 0 |
| Total Material Mined | | Tonnes ('000) | 115,083 | 0 | 0 | 8,986 | 8,986 | 8,986 | 8,986 | 8,986 | 12,743 | 12,743 | 12,743 | 12,743 | 12,743 | 5,247 | 1,192 | 0 | 0 |
| Stripping Ratio | | waste : ore | 7.25 | n.m. | n.m. | 6.2 | 6.2 | 6.2 | 6.2 | 6.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 3.2 | 5.2 | n.m. | n.m. |
| Copper Grade | | Percent | 2.99% | | | 2.07% | 2.77% | 2.99% | 3.97% | 2.35% | 3.26% | 3.82% | 2.60% | 3.15% | 2.63% | 3.22% | 3.36% | 0.00% | 0.00% |
| Cobalt Grade | | Percent | 0.79% | | | 0.83% | 0.81% | 0.87% | 0.78% | 0.57% | 0.66% | 1.15% | 0.58% | 0.77% | 0.88% | 0.86% | 0.69% | 0.00% | 0.00% |
| Contained Copper | | Pounds ('000) | 919,504 | | | 57,181 | 76,437 | 82,355 | 109,531 | 64,854 | 89,776 | 105,373 | 71,624 | 86,719 | 72,558 | 88,810 | 14,285 | 0 | 0 |
| Contained Cobalt | | Pounds ('000) | 244,073 | | | 22,785 | 22,330 | 23,851 | 21,387 | 15,670 | 18,119 | 31,634 | 16,031 | 21,253 | 24,334 | 23,734 | 2,945 | 0 | 0 |
| Contained CuEq | | Pounds ('000) | 2,467,019 | | | 201,647 | 218,016 | 233,580 | 245,131 | 164,210 | 204,659 | 305,947 | 173,268 | 221,471 | 226,843 | 239,292 | 32,955 | 0 | 0 |
| Oxide Recovery, Copper | | Percent | 69% | | | 92.3% | 91.0% | 83.7% | 70.6% | 68.8% | 68.0% | 68.0% | 68.0% | 65.6% | 52.4% | 38.2% | 26.3% | 0.0% | 0.0% |
| Oxide Recovery, Cobalt | | Percent | 56% | | | 76.7% | 74.0% | 68.5% | 62.7% | 59.0% | 55.8% | 52.5% | 52.5% | 51.3% | 43.1% | 23.2% | 13.8% | 0.0% | 0.0% |
| Recovered Copper | | Pounds ('000) | 627,091 | | | 52,803 | 69,557 | 68,904 | 77,311 | 44,587 | 61,048 | 71,654 | 48,704 | 56,874 | 38,012 | 33,886 | 3,750 | 0 | 0 |
| Recovered Cobalt | | Pounds ('000) | 135,417 | | | 17,474 | 16,524 | 16,341 | 13,402 | 9,245 | 10,117 | 16,608 | 8,416 | 10,892 | 10,477 | 5,516 | 405 | 0 | 0 |
| Total CuEq Sales | | Pounds ('000) | 1,485,685 | | | 163,593 | 174,326 | 172,510 | 162,287 | 103,207 | 125,191 | 176,955 | 102,068 | 125,934 | 104,441 | 68,859 | 6,317 | 0 | 0 |
| **Cash Flows (US$ Thousands)** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Copper Revenue | 42% | | 1,592,808 | | | 134,120 | 176,675 | 175,016 | 196,368 | 113,252 | 155,062 | 182,001 | 123,708 | 144,459 | 96,551 | 86,071 | 9,524 | - | - |
| Cobalt Revenue | 58% | | 2,180,827 | | | 281,405 | 266,112 | 263,158 | 215,839 | 148,894 | 162,922 | 267,464 | 135,543 | 175,412 | 168,727 | 88,829 | 6,520 | - | - |
| **Gross Revenue** | **100%** | | **3,773,634** | | | **415,525** | **442,787** | **438,174** | **412,207** | **262,146** | **317,984** | **449,465** | **259,251** | **319,871** | **265,279** | **174,901** | **16,045** | - | - |
| Oxide Mining Cost | | | (334,349) | | | (26,107) | (26,107) | (26,107) | (26,107) | (26,107) | (37,021) | (37,021) | (37,021) | (37,021) | (37,021) | (15,245) | (3,464) | - | - |
| Oxide Processing Cost | | | (1,092,021) | | | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (15,119) | - | - |
| Oxide G&A Cost | | | (178,972) | | | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (2,478) | - | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | | (148,256) | | | (12,484) | (16,445) | (16,290) | (18,278) | (10,541) | (14,433) | (16,940) | (11,515) | (13,446) | (8,987) | (8,011) | (887) | - | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | | (40,232) | | | (5,191) | (4,909) | (4,855) | (3,982) | (2,747) | (3,006) | (4,934) | (2,501) | (3,236) | (3,113) | (1,639) | (120) | - | - |
| Marketing (% of gross revenue) | 2.0% | | (75,473) | | | (8,310) | (8,856) | (8,763) | (8,244) | (5,243) | (6,360) | (8,989) | (5,185) | (6,397) | (5,306) | (3,498) | (321) | - | - |
| **Direct Costs** | | | **(1,869,303)** | | | **(166,038)** | **(170,262)** | **(169,961)** | **(170,556)** | **(158,584)** | **(174,764)** | **(181,830)** | **(170,166)** | **(174,045)** | **(168,371)** | **(142,338)** | **(22,388)** | - | - |
| Gecamines Gross Revenue Royalty | 2.5% | | (94,341) | | | (10,388) | (11,070) | (10,954) | (10,305) | (6,554) | (7,950) | (11,237) | (6,481) | (7,997) | (6,632) | (4,373) | (401) | - | - |
| Government NSR Royalty - Copper | 3.5% | | (49,444) | | | (4,163) | (5,484) | (5,433) | (6,096) | (3,516) | (4,813) | (5,650) | (3,840) | (4,484) | (2,997) | (2,672) | (296) | - | - |
| Government NSR Royalty - Cobalt | 10.0% | | (209,698) | | | (27,059) | (25,588) | (25,304) | (20,754) | (14,317) | (15,666) | (25,718) | (13,033) | (16,867) | (16,224) | (8,541) | (627) | - | - |
| RMS NSR Royalty | 0.5% | | (9,050) | | | (1,195) | (1,307) | (1,286) | (1,157) | (485) | (676) | (1,282) | (413) | (689) | (451) | (141) | 34 | - | - |
| Export Taxes (% of gross revenue) | 1.0% | | (37,736) | | | (4,155) | (4,428) | (4,382) | (4,122) | (2,621) | (3,180) | (4,495) | (2,593) | (3,199) | (2,653) | (1,749) | (160) | - | - |
| Annual Concession Fees (US$/year) | 14.0 | | (168) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - | - |
| Corporate Cost (US$/year) | | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | Exclude | | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mine Rehabilitation Allowance | | | | | | (2,695) | (2,872) | (2,842) | (2,673) | (1,700) | (2,062) | (2,915) | (1,681) | (2,074) | (1,720) | (1,134) | (104) | 24,472 | - |
| Depreciation & Amortization | | | (449,836) | | | (35,468) | (36,333) | (37,198) | (38,063) | (38,928) | (39,793) | (40,658) | (41,523) | (42,388) | (43,253) | (8,651) | (47,579) | - | - |
| **Indirect Costs** | | | **(859,681)** | **(272)** | **(2,881)** | **(89,378)** | **(90,424)** | **(89,057)** | **(83,378)** | **(68,135)** | **(74,154)** | **(91,968)** | **(69,579)** | **(77,713)** | **(73,945)** | **(27,275)** | **(49,147)** | **24,472** | - |
| **Total Operating Expense** | | | **(2,728,984)** | **(272)** | **(2,881)** | **(255,417)** | **(260,686)** | **(259,018)** | **(253,934)** | **(226,718)** | **(248,918)** | **(273,798)** | **(239,745)** | **(251,758)** | **(242,316)** | **(169,613)** | **(71,536)** | **24,472** | - |
| **Operating Margin / Taxable Income** | | | **1,041,498** | **(272)** | **(2,881)** | **160,108** | **182,101** | **179,156** | **158,274** | **35,427** | **69,066** | **175,667** | **19,507** | **68,113** | **22,963** | **5,288** | **(55,491)** | **24,472** | - |
| **Super Profit Tax** | Exclude | | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | | (313,395) | - | - | (48,033) | (54,630) | (53,747) | (47,482) | (10,628) | (20,720) | (52,700) | (5,852) | (20,434) | (6,889) | (1,586) | 16,647 | (7,342) | - |
| Super Profit Tax | | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Change | 20.0% of mining costs | | (0) | | | (28,011) | - | - | - | - | (2,183) | - | - | - | - | 4,355 | 21,626 | 4,212 | - |
| Depreciation & Amortization - Add Back | | | 449,836 | - | - | 35,468 | 36,333 | 37,198 | 38,063 | 38,928 | 39,793 | 40,658 | 41,523 | 42,388 | 43,253 | 8,651 | 47,579 | - | - |
| **Operating Cash Flow** | | | **1,177,939** | **(272)** | **(2,881)** | **119,533** | **163,803** | **162,607** | **148,855** | **63,727** | **85,957** | **163,625** | **55,178** | **90,068** | **59,327** | **16,707** | **30,361** | **21,343** | - |
| **Capital Expenditures** | 2019 SRK - 1.25M | | | | | | | | | | | | | | | | | | |
| Initial Capital | | | (346,027) | (242,024) | (104,003) | | | | | | | | | | | | | | |
| Sustaining Capital | | | (103,808) | | | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | - | - |
| Post Closure / Reclamation Capital | | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) | - |
| **Investment Cash Flow** | | | **(474,308)** | **(242,024)** | **(104,003)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(24,472)** | - |

| **Net Present Value (US$ Thousands)** | |
|---|---|
| NPV Cash Flows (after tax) | 165,670 |
| NPV Terminal Value | - |
| **NPV Project** | **165,670** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(221,488)** |
| **Difference with SRK (Percent)** | **-57.2%** |

# QE-3 - DCF and Calculations, Table 1C
# Effect of Changes to SRK's Capital Expenditures on NPV of the Project

| Item | Assumption | Unit | Total | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | **Construction Phase** | | **Production Phase** | | | | | | | | | | | | | |
| **Project Timeline** | | | | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** | **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** | **Year 16** |
| Calendar Year | Construction Start | 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| **Discount Rate** | **2019 SRK Report** | | | | | | | | | | | | | | | | | | |
| **Market Prices (US$ per lb)** | | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 |
| Cobalt (Co) | | | | | | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 |
| Cu:Co Ratio | | | | | | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 |
| **Commodity Prices** | **SRK - Spot** | | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | | |
| **Production Plan** | **2019 SRK - 1.25M - Spot** | | | | | | | | | | | | | | | | | | |
| Total Ore Mined | | Tonnes ('000) | 13,943 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 193 | 0 | 0 |
| Total Waste Mined | | Tonnes ('000) | 59,826 | 0 | 0 | 4,576 | 4,576 | 4,576 | 4,576 | 4,576 | 6,798 | 6,798 | 6,798 | 6,798 | 6,798 | 2,365 | 591 | 0 | 0 |
| Total Material Mined | | Tonnes ('000) | 73,770 | 0 | 0 | 5,826 | 5,826 | 5,826 | 5,826 | 5,826 | 8,048 | 8,048 | 8,048 | 8,048 | 8,048 | 3,615 | 784 | 0 | 0 |
| Stripping Ratio | | waste : ore | 4.29 | n.m. | n.m. | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | 1.9 | 3.1 | n.m. | n.m. |
| Copper Grade | | Percent | 3.05% | | | 2.12% | 2.83% | 3.05% | 4.06% | 2.40% | 3.32% | 3.90% | 2.65% | 3.21% | 2.69% | 3.29% | 3.43% | 0.00% | 0.00% |
| Cobalt Grade | | Percent | 0.81% | | | 0.84% | 0.83% | 0.88% | 0.79% | 0.58% | 0.67% | 1.17% | 0.59% | 0.79% | 0.90% | 0.88% | 0.71% | 0.00% | 0.00% |
| Contained Copper | | Pounds ('000) | 938,270 | | | 58,348 | 77,997 | 84,036 | 111,766 | 66,178 | 91,609 | 107,524 | 73,085 | 88,489 | 74,039 | 90,623 | 14,576 | 0 | 0 |
| Contained Cobalt | | Pounds ('000) | 249,054 | | | 23,250 | 22,785 | 24,338 | 21,823 | 15,990 | 18,489 | 32,280 | 16,358 | 21,687 | 24,830 | 24,218 | 3,005 | 0 | 0 |
| Contained CuEq | | Pounds ('000) | 2,517,366 | | | 205,762 | 222,465 | 238,347 | 250,134 | 167,561 | 208,836 | 312,191 | 176,804 | 225,991 | 231,473 | 244,175 | 33,627 | 0 | 0 |
| Oxide Recovery, Copper | | Percent | 90% | | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 0.0% | 0.0% |
| Oxide Recovery, Cobalt | | Percent | 70% | | | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 0.0% | 0.0% |
| Recovered Copper | | Pounds ('000) | 844,443 | | | 52,513 | 70,197 | 75,632 | 100,590 | 59,560 | 82,448 | 96,771 | 65,777 | 79,640 | 66,635 | 81,560 | 13,119 | 0 | 0 |
| Recovered Cobalt | | Pounds ('000) | 174,338 | | | 16,275 | 15,950 | 17,036 | 15,276 | 11,193 | 12,942 | 22,596 | 11,451 | 15,181 | 17,381 | 16,953 | 2,103 | 0 | 0 |
| Total CuEq Sales | | Pounds ('000) | 1,949,810 | | | 155,703 | 171,325 | 183,650 | 197,447 | 130,528 | 164,507 | 240,038 | 138,380 | 175,891 | 176,839 | 189,047 | 26,454 | 0 | 0 |
| **Cash Flows (US$ Thousands)** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | **Construction Phase** | | **Production Phase** | | | | | | | | | | | | | |
| **Project Timeline** | | | | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** | **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** | **Year 16** |
| Copper Revenue | 43% | | 2,144,881 | | | 133,383 | 178,300 | 192,106 | 255,497 | 151,282 | 209,417 | 245,799 | 167,073 | 202,286 | 169,253 | 207,163 | 33,322 | - | - |
| Cobalt Revenue | 57% | | 2,807,628 | | | 262,102 | 256,865 | 274,365 | 246,017 | 180,259 | 208,430 | 363,897 | 184,412 | 244,477 | 279,917 | 273,016 | 33,872 | - | - |
| **Gross Revenue** | **100%** | | **4,952,509** | | | **395,485** | **435,164** | **466,471** | **501,514** | **331,541** | **417,847** | **609,696** | **351,485** | **446,763** | **449,169** | **480,179** | **67,194** | **-** | **-** |
| Oxide Mining Cost | | | (214,322) | | | (16,927) | (16,927) | (16,927) | (16,927) | (16,927) | (23,382) | (23,382) | (23,382) | (23,382) | (23,382) | (10,501) | (2,278) | - | - |
| Oxide Processing Cost | | | (1,092,021) | | | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (15,119) | - | - |
| Oxide G&A Cost | | | (178,972) | | | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (2,478) | - | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | | (199,642) | | | (12,415) | (16,596) | (17,881) | (23,781) | (14,081) | (19,492) | (22,879) | (15,551) | (18,828) | (15,754) | (19,282) | (3,102) | - | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | | (51,796) | | | (4,835) | (4,739) | (5,062) | (4,539) | (3,325) | (3,845) | (6,713) | (3,402) | (4,510) | (5,164) | (5,037) | (625) | - | - |
| Marketing (% of gross revenue) | 2.0% | | (99,050) | | | (7,910) | (8,703) | (9,329) | (10,030) | (6,631) | (8,357) | (12,194) | (7,030) | (8,935) | (8,983) | (9,604) | (1,344) | - | - |
| **Direct Costs** | | | **(1,835,802)** | | | **(156,032)** | **(160,909)** | **(163,143)** | **(169,222)** | **(154,909)** | **(169,021)** | **(179,113)** | **(163,310)** | **(169,601)** | **(167,228)** | **(158,369)** | **(24,945)** | **-** | **-** |
| Gecamines Gross Revenue Royalty | 2.5% | | (123,813) | | | (9,887) | (10,879) | (11,662) | (12,538) | (8,289) | (10,446) | (15,242) | (8,787) | (11,169) | (11,229) | (12,004) | (1,680) | - | - |
| Government NSR Royalty - Copper | 3.5% | | (66,582) | | | (4,141) | (5,535) | (5,963) | (7,931) | (4,696) | (6,501) | (7,630) | (5,186) | (6,279) | (5,254) | (6,431) | (1,034) | - | - |
| Government NSR Royalty - Cobalt | 10.0% | | (269,968) | | | (25,202) | (24,699) | (26,382) | (23,656) | (17,333) | (20,042) | (34,991) | (17,732) | (23,508) | (26,915) | (26,252) | (3,257) | - | - |
| RMS NSR Royalty | 0.5% | | (14,964) | | | (1,148) | (1,317) | (1,458) | (1,599) | (842) | (1,192) | (2,077) | (897) | (1,330) | (1,354) | (1,549) | (203) | - | - |
| Export Taxes (% of gross revenue) | 1.0% | | (49,525) | | | (3,955) | (4,352) | (4,665) | (5,015) | (3,315) | (4,178) | (6,097) | (3,515) | (4,468) | (4,492) | (4,802) | (672) | - | - |
| Annual Concession Fees (US$/year) | 14.0 | | (168) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - | - |
| Corporate Cost (US$/year) | | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | **Exclude** | | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mine Rehabilitation Allowance | | | | | | (1,954) | (2,150) | (2,305) | (2,478) | (1,638) | (2,065) | (3,013) | (1,737) | (2,208) | (2,220) | (2,373) | (332) | 24,472 | - |
| Depreciation & Amortization | | | (800,286) | | | (64,885) | (66,468) | (68,051) | (69,633) | (71,216) | (72,798) | (74,381) | (75,963) | (77,546) | (79,129) | (15,043) | (65,173) | - | - |
| **Indirect Costs** | | | **(1,334,714)** | **(272)** | **(2,881)** | **(115,428)** | **(118,742)** | **(122,144)** | **(123,058)** | **(107,343)** | **(117,236)** | **(143,444)** | **(113,832)** | **(126,522)** | **(130,606)** | **(68,468)** | **(72,365)** | **24,472** | **-** |
| **Total Operating Expense** | | | **(3,170,516)** | **(272)** | **(2,881)** | **(271,459)** | **(279,652)** | **(285,287)** | **(292,279)** | **(262,252)** | **(286,257)** | **(322,557)** | **(277,141)** | **(296,122)** | **(297,834)** | **(226,837)** | **(97,310)** | **24,472** | **-** |
| **Operating Margin / Taxable Income** | | | **1,778,841** | **(272)** | **(2,881)** | **124,026** | **155,513** | **181,183** | **209,235** | **69,290** | **131,589** | **287,139** | **74,344** | **150,641** | **151,335** | **253,342** | **(30,116)** | **24,472** | **-** |
| **Super Profit Tax** | **Exclude** | | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | | (534,598) | - | - | (37,208) | (46,654) | (54,355) | (62,770) | (20,787) | (39,477) | (86,142) | (22,303) | (45,192) | (45,401) | (76,003) | 9,035 | (7,342) | - |
| Super Profit Tax | | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Change | 20.0% of mining costs | | (0) | | | (26,174) | - | - | - | - | (1,291) | - | - | - | - | 2,576 | 20,914 | 3,975 | - |
| Depreciation & Amortization - Add Back | | | 800,286 | - | - | 64,885 | 66,468 | 68,051 | 69,633 | 71,216 | 72,798 | 74,381 | 75,963 | 77,546 | 79,129 | 15,043 | 65,173 | - | - |
| **Operating Cash Flow** | | | **2,044,529** | **(272)** | **(2,881)** | **125,529** | **175,327** | **194,879** | **216,097** | **119,719** | **163,620** | **275,378** | **128,004** | **182,995** | **185,063** | **194,959** | **65,006** | **21,106** | **-** |
| **Capital Expenditures** | **2020 RPA - 1.25M** | | | | | | | | | | | | | | | | | | |
| Initial Capital | | | (633,029) | (316,514) | (316,514) | | | | | | | | | | | | | | |
| Sustaining Capital | | | (167,257) | | | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (8,000) | (1,000) | - | - |
| Post Closure / Reclamation Capital | | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) | - |
| **Investment Cash Flow** | | | **(824,759)** | **(316,514)** | **(316,514)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(8,000)** | **(1,000)** | **(24,472)** | **-** |

| Net Present Value (US$ Thousands) | |
|---|---|
| NPV Cash Flows (after tax) | 185,835 |
| NPV Terminal Value | 20,778 |
| **NPV Project** | **206,612** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(180,545)** |
| **Difference with SRK (Percent)** | **-46.6%** |

# QE-3 - DCF and Calculations, Table 1D

## Effect of Changes to SRK's Operating Expenses on NPV of the Project

**Timeline**

| Phase | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Calendar Year | Construction Start | 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| **Discount Rate** | 2019 SRK Report | | | | | | | | | | | | | | | | | | |
| **Market Prices (US$ per lb)** | | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 |
| Cobalt (Co) | | | | | | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 |
| Cu:Co Ratio | | | | | | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 |
| **Commodity Prices** | SRK - Spot | | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | | |
| **Production Plan** | 2019 SRK - 1.25M - Spot | | | | | | | | | | | | | | | | | | |
| Total Ore Mined | | Tonnes ('000) | 13,943 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 193 | 0 | 0 |
| Total Waste Mined | | Tonnes ('000) | 59,826 | 0 | 0 | 4,576 | 4,576 | 4,576 | 4,576 | 4,576 | 6,798 | 6,798 | 6,798 | 6,798 | 6,798 | 2,365 | 591 | 0 | 0 |
| Total Material Mined | | Tonnes ('000) | 73,770 | 0 | 0 | 5,826 | 5,826 | 5,826 | 5,826 | 5,826 | 8,048 | 8,048 | 8,048 | 8,048 | 8,048 | 3,615 | 784 | 0 | 0 |
| Stripping Ratio | | waste : ore | 4.29 | n.m. | n.m. | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | 1.9 | 3.1 | n.m. | n.m. |
| Copper Grade | | Percent | 3.05% | | | 2.12% | 2.83% | 3.05% | 4.06% | 2.40% | 3.32% | 3.90% | 2.65% | 3.21% | 2.69% | 3.29% | 3.43% | 0.00% | 0.00% |
| Cobalt Grade | | Percent | 0.81% | | | 0.84% | 0.83% | 0.88% | 0.79% | 0.58% | 0.67% | 1.17% | 0.59% | 0.79% | 0.90% | 0.88% | 0.71% | 0.00% | 0.00% |
| Contained Copper | | Pounds ('000) | 938,270 | | | 58,348 | 77,997 | 84,036 | 111,766 | 66,178 | 91,609 | 107,524 | 73,085 | 88,489 | 74,039 | 90,623 | 14,576 | 0 | 0 |
| Contained Cobalt | | Pounds ('000) | 249,054 | | | 23,250 | 22,785 | 24,338 | 21,823 | 15,990 | 18,489 | 32,280 | 16,358 | 21,687 | 24,830 | 24,218 | 3,005 | 0 | 0 |
| Contained CuEq | | Pounds ('000) | 2,517,366 | | | 205,762 | 222,465 | 238,347 | 250,134 | 167,561 | 208,836 | 312,191 | 176,804 | 225,991 | 231,473 | 244,175 | 33,627 | 0 | 0 |
| Oxide Recovery, Copper | | Percent | 90% | | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 0.0% | 0.0% |
| Oxide Recovery, Cobalt | | Percent | 70% | | | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 0.0% | 0.0% |
| Recovered Copper | | Pounds ('000) | 844,443 | | | 52,513 | 70,197 | 75,632 | 100,590 | 59,560 | 82,448 | 96,771 | 65,777 | 79,640 | 66,635 | 81,560 | 13,119 | 0 | 0 |
| Recovered Cobalt | | Pounds ('000) | 174,338 | | | 16,275 | 15,950 | 17,036 | 15,276 | 11,193 | 12,942 | 22,596 | 11,451 | 15,181 | 17,381 | 16,953 | 2,103 | 0 | 0 |
| Total CuEq Sales | | Pounds ('000) | 1,949,810 | | | 155,703 | 171,325 | 183,650 | 197,447 | 130,528 | 164,507 | 240,038 | 138,380 | 175,891 | 176,839 | 189,047 | 26,454 | 0 | 0 |

**Cash Flows (US$ Thousands)**

| Phase | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Project Timeline** | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Copper Revenue | 43% | 2,144,881 | | | 133,383 | 178,300 | 192,106 | 255,497 | 151,282 | 209,417 | 245,799 | 167,073 | 202,286 | 169,253 | 207,163 | 33,322 | - | - |
| Cobalt Revenue | 57% | 2,807,628 | | | 262,102 | 256,865 | 274,365 | 246,017 | 180,259 | 208,430 | 363,897 | 184,412 | 244,477 | 279,917 | 273,016 | 33,872 | - | - |
| **Gross Revenue** | **100%** | **4,952,509** | | | **395,485** | **435,164** | **466,471** | **501,514** | **331,541** | **417,847** | **609,696** | **351,485** | **446,763** | **449,169** | **480,179** | **67,194** | **-** | **-** |
| Oxide Mining Cost | | (258,193) | | | (20,391) | (20,391) | (20,391) | (20,391) | (20,391) | (28,168) | (28,168) | (28,168) | (28,168) | (28,168) | (12,651) | (2,745) | - | - |
| Oxide Processing Cost | | (1,115,443) | | | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (15,443) | - | - |
| Oxide G&A Cost | | (195,203) | | | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (2,703) | - | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | (199,642) | | | (12,415) | (16,596) | (17,881) | (23,781) | (14,081) | (19,492) | (22,879) | (15,551) | (18,828) | (15,754) | (19,282) | (3,102) | - | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | (51,796) | | | (4,835) | (4,739) | (5,062) | (4,539) | (3,325) | (3,845) | (6,713) | (3,402) | (4,510) | (5,164) | (5,037) | (625) | - | - |
| Marketing (% of gross revenue) | 2.0% | (99,050) | | | (7,910) | (8,703) | (9,329) | (10,030) | (6,631) | (8,357) | (12,194) | (7,030) | (8,935) | (8,983) | (9,604) | (1,344) | - | - |
| **Direct Costs** | | **(1,919,327)** | | | **(163,051)** | **(167,929)** | **(170,163)** | **(176,241)** | **(161,929)** | **(177,362)** | **(187,454)** | **(171,651)** | **(177,942)** | **(175,569)** | **(164,074)** | **(25,960)** | **-** | **-** |
| Gecamines Gross Revenue Royalty | 2.5% | (123,813) | | | (9,887) | (10,879) | (11,662) | (12,538) | (8,289) | (10,446) | (15,242) | (8,787) | (11,169) | (11,229) | (12,004) | (1,680) | - | - |
| Government NSR Royalty - Copper | 3.5% | (66,582) | | | (4,141) | (5,535) | (5,963) | (7,931) | (4,696) | (6,501) | (7,630) | (5,186) | (6,279) | (5,254) | (6,431) | (1,034) | - | - |
| Government NSR Royalty - Cobalt | 10.0% | (269,968) | | | (25,202) | (24,699) | (26,382) | (23,656) | (17,333) | (20,042) | (34,991) | (17,732) | (23,508) | (26,915) | (26,252) | (3,257) | - | - |
| RMS NSR Royalty | 0.5% | (14,547) | | | (1,113) | (1,282) | (1,423) | (1,564) | (807) | (1,150) | (2,035) | (855) | (1,288) | (1,312) | (1,521) | (198) | - | - |
| Export Taxes (% of gross revenue) | 1.0% | (49,525) | | | (3,955) | (4,352) | (4,665) | (5,015) | (3,315) | (4,178) | (6,097) | (3,515) | (4,468) | (4,492) | (4,802) | (672) | - | - |
| Annual Concession Fees (US$/year) | 14.0 | (168) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - | - |
| Corporate Cost (US$/year) | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | Exclude | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mine Rehabilitation Allowance | | | | | (1,954) | (2,150) | (2,305) | (2,478) | (1,638) | (2,065) | (3,013) | (1,737) | (2,208) | (2,220) | (2,373) | (332) | 24,472 | - |
| Depreciation & Amortization | | (449,836) | | | (35,468) | (36,333) | (37,198) | (38,063) | (38,928) | (39,793) | (40,658) | (41,523) | (42,388) | (43,253) | (8,651) | (47,579) | - | - |
| **Indirect Costs** | | **(983,846)** | **(272)** | **(2,881)** | **(85,975)** | **(88,572)** | **(91,256)** | **(91,452)** | **(75,020)** | **(84,189)** | **(109,680)** | **(79,350)** | **(91,322)** | **(94,689)** | **(62,047)** | **(54,766)** | **24,472** | **-** |
| **Total Operating Expense** | | **(2,903,173)** | **(272)** | **(2,881)** | **(249,026)** | **(256,501)** | **(261,419)** | **(267,694)** | **(236,949)** | **(261,552)** | **(297,134)** | **(251,001)** | **(269,264)** | **(270,258)** | **(226,120)** | **(80,726)** | **24,472** | **-** |
| **Operating Margin / Taxable Income** | | **2,046,184** | **(272)** | **(2,881)** | **146,459** | **178,663** | **205,051** | **233,820** | **94,593** | **156,295** | **312,562** | **100,484** | **177,499** | **178,911** | **254,059** | **(13,532)** | **24,472** | **-** |
| **Super Profit Tax** | Exclude | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | (614,801) | - | - | (43,938) | (53,599) | (61,515) | (70,146) | (28,378) | (46,888) | (93,769) | (30,145) | (53,250) | (53,673) | (76,218) | 4,060 | (7,342) | - |
| Super Profit Tax | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Change | 20.0% of mining costs | 0 | | | (27,578) | - | - | - | - | (1,555) | - | - | - | - | 3,103 | 21,852 | 4,178 | - |
| Depreciation & Amortization - Add Back | | 449,836 | - | - | 35,468 | 36,333 | 37,198 | 38,063 | 38,928 | 39,793 | 40,658 | 41,523 | 42,388 | 43,253 | 8,651 | 47,579 | - | - |
| **Operating Cash Flow** | | **1,881,219** | **(272)** | **(2,881)** | **110,411** | **161,397** | **180,734** | **201,737** | **105,143** | **147,644** | **259,452** | **111,862** | **166,638** | **168,491** | **189,595** | **59,958** | **21,309** | **-** |
| **Capital Expenditures** | 2019 SRK - 1.25M | | | | | | | | | | | | | | | | | |
| Initial Capital | | (346,027) | (242,024) | (104,003) | | | | | | | | | | | | | | |
| Sustaining Capital | | (103,808) | | | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | - | - |
| Post Closure / Reclamation Capital | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) | - |
| **Investment Cash Flow** | | **(474,308)** | **(242,024)** | **(104,003)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(24,472)** | **-** |

| Net Present Value (US$ Thousands) | |
|---|---|
| NPV Cash Flows (after tax) | 345,755 |
| NPV Terminal Value | 20,778 |
| **NPV Project** | **366,533** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(20,625)** |
| **Difference with SRK (Percent)** | **-5.3%** |

# QE-3 - DCF and Calculations, Table 1E
## Effect of Changes to SRK's Fiscal Regime on NPV of the Project

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | |
| **Phase** | | | **Construction Phase** | | **Production Phase** | | | | | | | | | | | | | |
| **Project Timeline** | | | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** | **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** | **Year 16** |
| Calendar Year | Construction Start | 1/1/21 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| **Discount Rate** | 2019 SRK Report | | | | | | | | | | | | | | | | | |
| **Market Prices (US$ per lb)** | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 |
| Cobalt (Co) | | | | | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 |
| Cu:Co Ratio | | | | | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 |
| **Commodity Prices** | SRK - Spot | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | |
| **Production Plan** | 2019 SRK - 1.25M - Spot | | | | | | | | | | | | | | | | | |
| Total Ore Mined | Tonnes ('000) | 13,943 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 193 | 0 | 0 |
| Total Waste Mined | Tonnes ('000) | 59,826 | 0 | 0 | 4,576 | 4,576 | 4,576 | 4,576 | 4,576 | 6,798 | 6,798 | 6,798 | 6,798 | 6,798 | 2,365 | 591 | 0 | 0 |
| Total Material Mined | Tonnes ('000) | 73,770 | 0 | 0 | 5,826 | 5,826 | 5,826 | 5,826 | 5,826 | 8,048 | 8,048 | 8,048 | 8,048 | 8,048 | 3,615 | 784 | 0 | 0 |
| Stripping Ratio | waste : ore | 4.29 | n.m. | n.m. | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | 1.9 | 3.1 | n.m. | n.m. |
| Copper Grade | Percent | 3.05% | | | 2.12% | 2.83% | 3.05% | 4.06% | 2.40% | 3.32% | 3.90% | 2.65% | 3.21% | 2.69% | 3.29% | 3.43% | 0.00% | 0.00% |
| Cobalt Grade | Percent | 0.81% | | | 0.84% | 0.83% | 0.88% | 0.79% | 0.58% | 0.67% | 1.17% | 0.59% | 0.79% | 0.90% | 0.88% | 0.71% | 0.00% | 0.00% |
| Contained Copper | Pounds ('000) | 938,270 | | | 58,348 | 77,997 | 84,036 | 111,766 | 66,178 | 91,609 | 107,524 | 73,085 | 88,489 | 74,039 | 90,623 | 14,576 | 0 | 0 |
| Contained Cobalt | Pounds ('000) | 249,054 | | | 23,250 | 22,785 | 24,338 | 21,823 | 15,990 | 18,489 | 32,280 | 16,358 | 21,687 | 24,830 | 24,218 | 3,005 | 0 | 0 |
| Contained CuEq | Pounds ('000) | 2,517,366 | | | 205,762 | 222,465 | 238,347 | 250,134 | 167,561 | 208,836 | 312,191 | 176,804 | 225,991 | 231,473 | 244,175 | 33,627 | 0 | 0 |
| Oxide Recovery, Copper | Percent | 90% | | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 0.0% | 0.0% |
| Oxide Recovery, Cobalt | Percent | 70% | | | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 0.0% | 0.0% |
| Recovered Copper | Pounds ('000) | 844,443 | | | 52,513 | 70,197 | 75,632 | 100,590 | 59,560 | 82,448 | 96,771 | 65,777 | 79,640 | 66,635 | 81,560 | 13,119 | 0 | 0 |
| Recovered Cobalt | Pounds ('000) | 174,338 | | | 16,275 | 15,950 | 17,036 | 15,276 | 11,193 | 12,942 | 22,596 | 11,451 | 15,181 | 17,381 | 16,953 | 2,103 | 0 | 0 |
| Total CuEq Sales | Pounds ('000) | 1,949,810 | | | 155,703 | 171,325 | 183,650 | 197,447 | 130,528 | 164,507 | 240,038 | 138,380 | 175,891 | 176,839 | 189,047 | 26,454 | 0 | 0 |
| **Cash Flows (US$ Thousands)** | | | | | | | | | | | | | | | | | | |
| **Phase** | | | **Construction Phase** | | **Production Phase** | | | | | | | | | | | | | |
| **Project Timeline** | | | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** | **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** | **Year 16** |
| Copper Revenue | 43% | 2,144,881 | | | 133,383 | 178,300 | 192,106 | 255,497 | 151,282 | 209,417 | 245,799 | 167,073 | 202,286 | 169,253 | 207,163 | 33,322 | - | - |
| Cobalt Revenue | 57% | 2,807,628 | | | 262,102 | 256,865 | 274,365 | 246,017 | 180,259 | 208,430 | 363,897 | 184,412 | 244,477 | 279,917 | 273,016 | 33,872 | - | - |
| **Gross Revenue** | **100%** | **4,952,509** | | | **395,485** | **435,164** | **466,471** | **501,514** | **331,541** | **417,847** | **609,696** | **351,485** | **446,763** | **449,169** | **480,179** | **67,194** | **-** | **-** |
| Oxide Mining Cost | | (214,322) | | | (16,927) | (16,927) | (16,927) | (16,927) | (16,927) | (23,382) | (23,382) | (23,382) | (23,382) | (23,382) | (10,501) | (2,278) | - | - |
| Oxide Processing Cost | | (1,092,021) | | | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (15,119) | - | - |
| Oxide G&A Cost | | (178,972) | | | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (2,478) | - | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | (199,642) | | | (12,415) | (16,596) | (17,881) | (23,781) | (14,081) | (19,492) | (22,879) | (15,551) | (18,828) | (15,754) | (19,282) | (3,102) | - | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | (51,796) | | | (4,835) | (4,739) | (5,062) | (4,539) | (3,325) | (3,845) | (6,713) | (3,402) | (4,510) | (5,164) | (5,037) | (625) | - | - |
| Marketing (% of gross revenue) | 2.0% | (99,050) | | | (7,910) | (8,703) | (9,329) | (10,030) | (6,631) | (8,357) | (12,194) | (7,030) | (8,935) | (8,983) | (9,604) | (1,344) | - | - |
| **Direct Costs** | | **(1,835,802)** | | | **(156,032)** | **(160,909)** | **(163,143)** | **(169,222)** | **(154,909)** | **(169,021)** | **(179,113)** | **(163,310)** | **(169,601)** | **(167,228)** | **(158,369)** | **(24,945)** | **-** | **-** |
| Gecamines Gross Revenue Royalty | 2.5% | (123,813) | | | (9,887) | (10,879) | (11,662) | (12,538) | (8,289) | (10,446) | (15,242) | (8,787) | (11,169) | (11,229) | (12,004) | (1,680) | - | - |
| Government NSR Royalty - Copper | 3.5% | (66,582) | | | (4,141) | (5,535) | (5,963) | (7,931) | (4,696) | (6,501) | (7,630) | (5,186) | (6,279) | (5,254) | (6,431) | (1,034) | - | - |
| Government NSR Royalty - Cobalt | 10.0% | (269,968) | | | (25,202) | (24,699) | (26,382) | (23,656) | (17,333) | (20,042) | (34,991) | (17,732) | (23,508) | (26,915) | (26,252) | (3,257) | - | - |
| RMS NSR Royalty | 0.5% | (14,964) | | | (1,148) | (1,317) | (1,458) | (1,599) | (842) | (1,192) | (2,077) | (897) | (1,330) | (1,354) | (1,549) | (203) | - | - |
| Export Taxes (% of gross revenue) | 1.0% | (49,525) | | | (3,955) | (4,352) | (4,665) | (5,015) | (3,315) | (4,178) | (6,097) | (3,515) | (4,468) | (4,492) | (4,802) | (672) | - | - |
| Annual Concession Fees (US$/year) | 14.0 | (168) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - | - |
| Corporate Cost (US$/year) | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | Include | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | (14,858) | | | (1,186) | (1,305) | (1,399) | (1,505) | (995) | (1,254) | (1,829) | (1,054) | (1,340) | (1,348) | (1,441) | (202) | - | - |
| Mine Rehabilitation Allowance | | | | | (1,954) | (2,150) | (2,305) | (2,478) | (1,638) | (2,065) | (3,013) | (1,737) | (2,208) | (2,220) | (2,373) | (332) | 24,472 | - |
| Depreciation & Amortization | | (449,836) | | | (35,468) | (36,333) | (37,198) | (38,063) | (38,928) | (39,793) | (40,658) | (41,523) | (42,388) | (43,253) | (8,651) | (47,579) | - | - |
| **Indirect Costs** | | **(999,121)** | **(272)** | **(2,881)** | **(87,196)** | **(89,913)** | **(92,691)** | **(92,992)** | **(76,050)** | **(85,484)** | **(111,551)** | **(80,446)** | **(92,704)** | **(96,078)** | **(63,516)** | **(54,972)** | **24,472** | **-** |
| **Total Operating Expense** | | **(2,834,923)** | **(272)** | **(2,881)** | **(243,228)** | **(250,822)** | **(255,834)** | **(262,214)** | **(230,959)** | **(254,506)** | **(290,664)** | **(243,756)** | **(262,305)** | **(263,306)** | **(221,885)** | **(79,917)** | **24,472** | **-** |
| **Operating Margin / Taxable Income** | | **2,114,434** | **(272)** | **(2,881)** | **152,257** | **184,342** | **210,637** | **239,300** | **100,583** | **163,341** | **319,033** | **107,729** | **184,458** | **185,863** | **258,294** | **(12,724)** | **24,472** | **-** |
| **Super Profit Tax** | Include | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | (635,276) | - | - | (45,677) | (55,303) | (63,191) | (71,790) | (30,175) | (49,002) | (95,710) | (32,319) | (55,338) | (55,759) | (77,488) | 3,817 | (7,342) | - |
| Super Profit Tax | | (163,094) | | | (10,596) | (13,679) | (14,726) | (18,969) | (11,411) | (15,583) | (18,909) | (12,526) | (15,276) | (13,172) | (15,762) | (2,483) | - | - |
| Working Capital Change | 20.0% of mining costs | (0) | | | (26,174) | - | - | - | - | (1,291) | - | - | - | - | 2,576 | 20,914 | 3,975 | - |
| Depreciation & Amortization - Add Back | | 449,836 | - | - | 35,468 | 36,333 | 37,198 | 38,063 | 38,928 | 39,793 | 40,658 | 41,523 | 42,388 | 43,253 | 8,651 | 47,579 | - | - |
| **Operating Cash Flow** | | **1,765,900** | **(272)** | **(2,881)** | **105,278** | **151,693** | **169,917** | **186,604** | **97,925** | **137,258** | **245,072** | **104,408** | **156,233** | **160,185** | **176,271** | **57,103** | **21,106** | **-** |
| **Capital Expenditures** | 2019 SRK - 1.25M | | | | | | | | | | | | | | | | | |
| Initial Capital | | (346,027) | (242,024) | (104,003) | | | | | | | | | | | | | | |
| Sustaining Capital | | (103,808) | | | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | - | - |
| Post Closure / Reclamation Capital | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) | - |
| **Investment Cash Flow** | | **(474,308)** | **(242,024)** | **(104,003)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(24,472)** | **-** |

| **Net Present Value (US$ Thousands)** | |
|---|---|
| NPV Cash Flows (after tax) | 307,112 |
| NPV Terminal Value | 20,778 |
| **NPV Project** | **327,889** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(59,268)** |
| **Difference with SRK (Percent)** | **-15.3%** |

# QE-3 - DCF and Calculations, Table 1F
# Effect of Changes to SRK's Discount Rate on NPV of the Project

| Item | Parameter | Total | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | |
| Phase | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| Project Timeline | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Calendar Year | Construction Start 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| Discount Rate | 2020 QE Report | | | | | | | | | | | | | | | | | |
| **Market Prices (US$ per lb)** | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 |
| Cobalt (Co) | | | | | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 |
| Cu:Co Ratio | | | | | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 |
| Commodity Prices | SRK - Spot | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | |
| Production Plan | 2019 SRK - 1.25M - Spot | | | | | | | | | | | | | | | | | |
| Total Ore Mined | Tonnes ('000) | 13,943 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 193 | 0 | 0 |
| Total Waste Mined | Tonnes ('000) | 59,826 | 0 | 0 | 4,576 | 4,576 | 4,576 | 4,576 | 4,576 | 6,798 | 6,798 | 6,798 | 6,798 | 6,798 | 2,365 | 591 | 0 | 0 |
| Total Material Mined | Tonnes ('000) | 73,770 | 0 | 0 | 5,826 | 5,826 | 5,826 | 5,826 | 5,826 | 8,048 | 8,048 | 8,048 | 8,048 | 8,048 | 3,615 | 784 | 0 | 0 |
| Stripping Ratio | waste : ore | 4.29 | n.m. | n.m. | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | 1.9 | 3.1 | n.m. | n.m. |
| Copper Grade | Percent | 3.05% | | | 2.12% | 2.83% | 3.05% | 4.06% | 2.40% | 3.32% | 3.90% | 2.65% | 3.21% | 2.69% | 3.29% | 3.43% | 0.00% | 0.00% |
| Cobalt Grade | Percent | 0.81% | | | 0.84% | 0.83% | 0.88% | 0.79% | 0.58% | 0.67% | 1.17% | 0.59% | 0.79% | 0.90% | 0.88% | 0.71% | 0.00% | 0.00% |
| Contained Copper | Pounds ('000) | 938,270 | | | 58,348 | 77,997 | 84,036 | 111,766 | 66,178 | 91,609 | 107,524 | 73,085 | 88,489 | 74,039 | 90,623 | 14,576 | 0 | 0 |
| Contained Cobalt | Pounds ('000) | 249,054 | | | 23,250 | 22,785 | 24,338 | 21,823 | 15,990 | 18,489 | 32,280 | 16,358 | 21,687 | 24,830 | 24,218 | 3,005 | 0 | 0 |
| Contained CuEq | Pounds ('000) | 2,517,366 | | | 205,762 | 222,465 | 238,347 | 250,134 | 167,561 | 208,836 | 312,191 | 176,804 | 225,991 | 231,473 | 244,175 | 33,627 | 0 | 0 |
| Oxide Recovery, Copper | Percent | 90% | | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 0.0% | 0.0% |
| Oxide Recovery, Cobalt | Percent | 70% | | | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 0.0% | 0.0% |
| Recovered Copper | Pounds ('000) | 844,443 | | | 52,513 | 70,197 | 75,632 | 100,590 | 59,560 | 82,448 | 96,771 | 65,777 | 79,640 | 66,635 | 81,560 | 13,119 | 0 | 0 |
| Recovered Cobalt | Pounds ('000) | 174,338 | | | 16,275 | 15,950 | 17,036 | 15,276 | 11,193 | 12,942 | 22,596 | 11,451 | 15,181 | 17,381 | 16,953 | 2,103 | 0 | 0 |
| Total CuEq Sales | Pounds ('000) | 1,949,810 | | | 155,703 | 171,325 | 183,650 | 197,447 | 130,528 | 164,507 | 240,038 | 138,380 | 175,891 | 176,839 | 189,047 | 26,454 | 0 | 0 |
| **Cash Flows (US$ Thousands)** | | | | | | | | | | | | | | | | | | |
| Phase | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| Project Timeline | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Copper Revenue | 43% | 2,144,881 | | | 133,383 | 178,300 | 192,106 | 255,497 | 151,282 | 209,417 | 245,799 | 167,073 | 202,286 | 169,253 | 207,163 | 33,322 | - | - |
| Cobalt Revenue | 57% | 2,807,628 | | | 262,102 | 256,865 | 274,365 | 246,017 | 180,259 | 208,430 | 363,897 | 184,412 | 244,477 | 279,917 | 273,016 | 33,872 | - | - |
| **Gross Revenue** | **100%** | **4,952,509** | | | **395,485** | **435,164** | **466,471** | **501,514** | **331,541** | **417,847** | **609,696** | **351,485** | **446,763** | **449,169** | **480,179** | **67,194** | - | - |
| Oxide Mining Cost | | (214,322) | | | (16,927) | (16,927) | (16,927) | (16,927) | (16,927) | (23,382) | (23,382) | (23,382) | (23,382) | (23,382) | (10,501) | (2,278) | - | - |
| Oxide Processing Cost | | (1,092,021) | | | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (15,119) | - | - |
| Oxide G&A Cost | | (178,972) | | | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (2,478) | - | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | (199,642) | | | (12,415) | (16,596) | (17,881) | (23,781) | (14,081) | (19,492) | (22,879) | (15,551) | (18,828) | (15,754) | (19,282) | (3,102) | - | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | (51,796) | | | (4,835) | (4,739) | (5,062) | (4,539) | (3,325) | (3,845) | (6,713) | (3,402) | (4,510) | (5,164) | (5,037) | (625) | - | - |
| Marketing (% of gross revenue) | 2.0% | (99,050) | | | (7,910) | (8,703) | (9,329) | (10,030) | (6,631) | (8,357) | (12,194) | (7,030) | (8,935) | (8,983) | (9,604) | (1,344) | - | - |
| **Direct Costs** | | **(1,835,802)** | | | **(156,032)** | **(160,909)** | **(163,143)** | **(169,222)** | **(154,909)** | **(169,021)** | **(179,113)** | **(163,310)** | **(169,601)** | **(167,228)** | **(158,369)** | **(24,945)** | - | - |
| Gecamines Gross Revenue Royalty | 2.5% | (123,813) | | | (9,887) | (10,879) | (11,662) | (12,538) | (8,289) | (10,446) | (15,242) | (8,787) | (11,169) | (11,229) | (12,004) | (1,680) | - | - |
| Government NSR Royalty - Copper | 3.5% | (66,582) | | | (4,141) | (5,535) | (5,963) | (7,931) | (4,696) | (6,501) | (7,630) | (5,186) | (6,279) | (5,254) | (6,431) | (1,034) | - | - |
| Government NSR Royalty - Cobalt | 10.0% | (269,968) | | | (25,202) | (24,699) | (26,382) | (23,656) | (17,333) | (20,042) | (34,991) | (17,732) | (23,508) | (26,915) | (26,252) | (3,257) | - | - |
| RMS NSR Royalty | 0.5% | (14,964) | | | (1,148) | (1,317) | (1,458) | (1,599) | (842) | (1,192) | (2,077) | (897) | (1,330) | (1,354) | (1,549) | (203) | - | - |
| Export Taxes (% of gross revenue) | 1.0% | (49,525) | | | (3,955) | (4,352) | (4,665) | (5,015) | (3,315) | (4,178) | (6,097) | (3,515) | (4,468) | (4,492) | (4,802) | (672) | - | - |
| Annual Concession Fees (US$/year) | 14.0 | (168) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - | - |
| Corporate Cost (US$/year) | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| Communities Rehabilitation | Exclude | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mine Rehabilitation Allowance | | | | | (1,954) | (2,150) | (2,305) | (2,478) | (1,638) | (2,065) | (3,013) | (1,737) | (2,208) | (2,220) | (2,373) | (332) | 24,472 | - |
| Depreciation & Amortization | | (449,836) | | | (35,468) | (36,333) | (37,198) | (38,063) | (38,928) | (39,793) | (40,658) | (41,523) | (42,388) | (43,253) | (8,651) | (47,579) | - | - |
| **Indirect Costs** | | **(984,264)** | **(272)** | **(2,881)** | **(86,010)** | **(88,607)** | **(91,291)** | **(91,488)** | **(75,055)** | **(84,231)** | **(109,722)** | **(79,392)** | **(91,364)** | **(94,731)** | **(62,075)** | **(54,771)** | **24,472** | - |
| **Total Operating Expense** | | **(2,820,066)** | **(272)** | **(2,881)** | **(242,042)** | **(249,517)** | **(254,435)** | **(260,709)** | **(229,964)** | **(253,252)** | **(288,835)** | **(242,701)** | **(260,965)** | **(261,959)** | **(220,444)** | **(79,716)** | **24,472** | - |
| **Operating Margin / Taxable Income** | | **2,129,291** | **(272)** | **(2,881)** | **153,443** | **185,648** | **212,036** | **240,805** | **101,577** | **164,594** | **320,862** | **108,784** | **185,799** | **187,210** | **259,735** | **(12,522)** | **24,472** | - |
| Super Profit Tax | Exclude | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | (639,733) | - | - | (46,033) | (55,694) | (63,611) | (72,241) | (30,473) | (49,378) | (96,258) | (32,635) | (55,740) | (56,163) | (77,920) | 3,757 | (7,342) | - |
| Super Profit Tax | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Change | 20.0% of mining costs | (0) | | | (26,174) | - | - | - | - | (1,291) | - | - | - | - | 2,576 | 20,914 | 3,975 | - |
| Depreciation & Amortization - Add Back | | 449,836 | - | - | 35,468 | 36,333 | 37,198 | 38,063 | 38,928 | 39,793 | 40,658 | 41,523 | 42,388 | 43,253 | 8,651 | 47,579 | - | - |
| **Operating Cash Flow** | | **1,939,394** | **(272)** | **(2,881)** | **116,704** | **166,286** | **185,623** | **206,626** | **110,032** | **153,718** | **265,261** | **117,672** | **172,447** | **174,301** | **193,041** | **59,728** | **21,106** | - |
| Capital Expenditures | 2019 SRK - 1.25M | | | | | | | | | | | | | | | | | |
| Initial Capital | | (346,027) | (242,024) | (104,003) | | | | | | | | | | | | | | |
| Sustaining Capital | | (103,808) | | | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | (8,651) | - | - |
| Post Closure / Reclamation Capital | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) | - |
| **Investment Cash Flow** | | **(474,308)** | **(242,024)** | **(104,003)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(8,651)** | **(24,472)** | - |

| Net Present Value (US$ Thousands) | |
|---|---|
| NPV Cash Flows (after tax) | 96,753 |
| NPV Terminal Value | 4,094 |
| **NPV Project** | **100,847** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(286,310)** |
| **Difference with SRK (Percent)** | **-74.0%** |

# QE-3 - DCF and Calculations, Table 1G
# Effect of All Corrections on SRK's NPV of the Project

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Calendar Year | Construction Start | 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| **Discount Rate** | 2020 QE Report | | | | | | | | | | | | | | | | | | |
| **Market Prices (US$ per lb)** | | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 |
| Cobalt (Co) | | | | | | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 |
| Cu:Co Ratio | | | | | | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 |
| **Commodity Prices** | SRK - Spot | | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | | |
| **Production Plan** | 2020 RPA - Corrected SRK - Spot | | | | | | | | | | | | | | | | | | |
| Total Ore Mined | | Tonnes ('000) | 13,943 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 193 | 0 | 0 |
| Total Waste Mined | | Tonnes ('000) | 101,140 | 0 | 0 | 7,736 | 7,736 | 7,736 | 7,736 | 7,736 | 11,493 | 11,493 | 11,493 | 11,493 | 11,493 | 3,997 | 999 | 0 | 0 |
| Total Material Mined | | Tonnes ('000) | 115,083 | 0 | 0 | 8,986 | 8,986 | 8,986 | 8,986 | 8,986 | 12,743 | 12,743 | 12,743 | 12,743 | 12,743 | 5,247 | 1,192 | 0 | 0 |
| Stripping Ratio | | waste : ore | 7.25 | n.m. | n.m. | 6.2 | 6.2 | 6.2 | 6.2 | 6.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 3.2 | 5.2 | n.m. | n.m. |
| Copper Grade | | Percent | 2.99% | | | 2.07% | 2.77% | 2.99% | 3.97% | 2.35% | 3.26% | 3.82% | 2.60% | 3.15% | 2.63% | 3.22% | 3.36% | 0.00% | 0.00% |
| Cobalt Grade | | Percent | 0.79% | | | 0.83% | 0.81% | 0.87% | 0.78% | 0.57% | 0.66% | 1.15% | 0.58% | 0.77% | 0.88% | 0.86% | 0.69% | 0.00% | 0.00% |
| Contained Copper | | Pounds ('000) | 919,514 | | | 57,181 | 76,437 | 82,356 | 109,532 | 64,855 | 89,777 | 105,375 | 71,624 | 86,720 | 72,559 | 88,811 | 14,285 | 0 | 0 |
| Contained Cobalt | | Pounds ('000) | 244,075 | | | 22,785 | 22,330 | 23,851 | 21,387 | 15,670 | 18,119 | 31,635 | 16,031 | 21,253 | 24,334 | 23,734 | 2,945 | 0 | 0 |
| Contained CuEq | | Pounds ('000) | 2,467,044 | | | 201,649 | 218,018 | 233,583 | 245,134 | 164,212 | 204,661 | 305,950 | 173,270 | 221,473 | 226,846 | 239,294 | 32,955 | 0 | 0 |
| Oxide Recovery, Copper | | Percent | 69% | | | 92.3% | 91.0% | 83.7% | 70.6% | 68.8% | 68.0% | 68.0% | 68.0% | 65.6% | 52.4% | 38.2% | 26.3% | 0.0% | 0.0% |
| Oxide Recovery, Cobalt | | Percent | 56% | | | 76.7% | 74.0% | 68.5% | 62.7% | 59.0% | 55.8% | 52.5% | 52.5% | 51.3% | 43.1% | 23.2% | 13.8% | 0.0% | 0.0% |
| Recovered Copper | | Pounds ('000) | 627,097 | | | 52,804 | 69,558 | 68,905 | 77,311 | 44,588 | 61,049 | 71,655 | 48,705 | 56,874 | 38,013 | 33,887 | 3,750 | 0 | 0 |
| Recovered Cobalt | | Pounds ('000) | 135,418 | | | 17,474 | 16,524 | 16,341 | 13,403 | 9,246 | 10,117 | 16,608 | 8,417 | 10,892 | 10,477 | 5,516 | 405 | 0 | 0 |
| Total CuEq Sales | | Pounds ('000) | 1,485,701 | | | 163,594 | 174,328 | 172,512 | 162,288 | 103,208 | 125,192 | 176,957 | 102,069 | 125,935 | 104,442 | 68,859 | 6,317 | 0 | 0 |
| **Cash Flows (US$ Thousands)** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Copper Revenue | 42% | | 1,592,376 | | | 134,084 | 176,628 | 174,968 | 196,315 | 113,221 | 155,020 | 181,951 | 123,675 | 144,419 | 96,525 | 86,048 | 9,522 | - | - |
| Cobalt Revenue | 58% | | 2,180,236 | | | 281,328 | 266,040 | 263,087 | 215,780 | 148,854 | 162,878 | 267,392 | 135,506 | 175,365 | 168,682 | 88,805 | 6,519 | - | - |
| **Gross Revenue** | **100%** | | **3,772,613** | | | **415,412** | **442,667** | **438,055** | **412,096** | **262,075** | **317,898** | **449,343** | **259,181** | **319,784** | **265,207** | **174,853** | **16,040** | - | - |
| Oxide Mining Cost | | | (402,791) | | | (31,452) | (31,452) | (31,452) | (31,452) | (31,452) | (44,599) | (44,599) | (44,599) | (44,599) | (44,599) | (18,366) | (4,173) | - | - |
| Oxide Processing Cost | | | (1,115,443) | | | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (15,443) | - | - |
| Oxide G&A Cost | | | (195,203) | | | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (2,703) | - | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | | (148,256) | | | (12,484) | (16,445) | (16,290) | (18,278) | (10,541) | (14,433) | (16,940) | (11,515) | (13,446) | (8,987) | (8,011) | (887) | - | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | | (40,232) | | | (5,191) | (4,909) | (4,855) | (3,982) | (2,747) | (3,006) | (4,934) | (2,501) | (3,236) | (3,113) | (1,639) | (120) | - | - |
| Marketing (% of gross revenue) | 2.0% | | (75,452) | | | (8,308) | (8,853) | (8,761) | (8,242) | (5,241) | (6,358) | (8,987) | (5,184) | (6,396) | (5,304) | (3,497) | (321) | - | - |
| **Direct Costs** | | | **(1,977,377)** | | | **(174,935)** | **(179,159)** | **(178,858)** | **(179,453)** | **(167,481)** | **(185,895)** | **(192,960)** | **(181,297)** | **(185,176)** | **(179,502)** | **(149,013)** | **(23,646)** | - | - |
| Gecamines Gross Revenue Royalty | 2.5% | | (94,315) | | | (10,385) | (11,067) | (10,951) | (10,302) | (6,552) | (7,947) | (11,234) | (6,480) | (7,995) | (6,630) | (4,371) | (401) | - | - |
| Government NSR Royalty - Copper | 3.5% | | (49,430) | | | (4,162) | (5,483) | (5,431) | (6,094) | (3,515) | (4,812) | (5,648) | (3,839) | (4,483) | (2,996) | (2,671) | (296) | - | - |
| Government NSR Royalty - Cobalt | 10.0% | | (209,640) | | | (27,051) | (25,581) | (25,297) | (20,748) | (14,313) | (15,662) | (25,711) | (13,030) | (16,862) | (16,220) | (8,539) | (627) | - | - |
| RMS NSR Royalty | 0.5% | | (8,505) | | | (1,150) | (1,262) | (1,241) | (1,112) | (440) | (620) | (1,226) | (357) | (633) | (395) | (107) | 40 | - | - |
| Export Taxes (% of gross revenue) | 1.0% | | (37,726) | | | (4,154) | (4,427) | (4,381) | (4,121) | (2,621) | (3,179) | (4,493) | (2,592) | (3,198) | (2,652) | (1,749) | (160) | - | - |
| Annual Concession Fees (US$/year) | 14.0 | | (168) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - | - |
| Corporate Cost (US$/year) | | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | Include | | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | | (11,318) | | | (1,246) | (1,328) | (1,314) | (1,236) | (786) | (954) | (1,348) | (778) | (959) | (796) | (525) | (48) | - | - |
| Mine Rehabilitation Allowance | | | | | | (2,695) | (2,872) | (2,842) | (2,673) | (1,700) | (2,062) | (2,915) | (1,681) | (2,074) | (1,720) | (1,134) | (104) | 24,472 | - |
| Depreciation & Amortization | | | (800,286) | | | (64,885) | (66,468) | (68,051) | (69,633) | (71,216) | (72,798) | (74,381) | (75,963) | (77,546) | (79,129) | (15,043) | (65,173) | - | - |
| **Indirect Costs** | | | **(1,220,795)** | **(272)** | **(2,881)** | **(119,985)** | **(121,829)** | **(121,166)** | **(116,128)** | **(101,156)** | **(108,048)** | **(126,970)** | **(104,733)** | **(113,764)** | **(110,552)** | **(34,153)** | **(66,783)** | **24,472** | - |
| **Total Operating Expense** | | | **(3,198,172)** | **(272)** | **(2,881)** | **(294,920)** | **(300,988)** | **(300,024)** | **(295,581)** | **(268,638)** | **(293,944)** | **(319,930)** | **(286,031)** | **(298,941)** | **(290,055)** | **(183,166)** | **(90,429)** | **24,472** | - |
| **Operating Margin / Taxable Income** | | | **571,288** | **(272)** | **(2,881)** | **120,493** | **141,679** | **138,031** | **116,515** | **(6,563)** | **23,954** | **129,414** | **(26,850)** | **20,843** | **(24,847)** | **(8,313)** | **(74,389)** | **24,472** | - |
| **Super Profit Tax** | Include | | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | | (172,332) | - | - | (36,148) | (42,504) | (41,409) | (34,955) | 1,969 | (7,186) | (38,824) | 8,055 | (6,253) | 7,454 | 2,494 | 22,317 | (7,342) | - |
| Super Profit Tax | | | (121,411) | | | (10,730) | (13,593) | (13,463) | (14,693) | (8,601) | (11,563) | (13,968) | (9,254) | (10,895) | (7,549) | (6,410) | (692) | - | - |
| Working Capital Change | 20.0% of mining costs | | (0) | | | (29,790) | - | - | - | - | (2,629) | - | - | - | - | 5,247 | 22,709 | 4,464 | - |
| Depreciation & Amortization - Add Back | | | 800,286 | - | - | 64,885 | 66,468 | 68,051 | 69,633 | 71,216 | 72,798 | 74,381 | 75,963 | 77,546 | 79,129 | 15,043 | 65,173 | - | - |
| **Operating Cash Flow** | | | **1,077,830** | **(272)** | **(2,881)** | **108,710** | **152,051** | **151,210** | **136,501** | **58,021** | **75,374** | **151,003** | **47,915** | **81,241** | **54,186** | **8,060** | **35,118** | **21,595** | - |
| **Capital Expenditures** | 2020 RPA - 1.25M | | | | | | | | | | | | | | | | | | |
| Initial Capital | | | (633,029) | (316,514) | (316,514) | | | | | | | | | | | | | | |
| Sustaining Capital | | | (167,257) | | | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (8,000) | (1,000) | - | - |
| Post Closure / Reclamation Capital | | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) | - |
| **Investment Cash Flow** | | | **(824,759)** | **(316,514)** | **(316,514)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(8,000)** | **(1,000)** | **(24,472)** | - |

| **Net Present Value (US$ Thousands)** | |
|---|---|
| NPV Cash Flows (after tax) | (191,550) |
| NPV Terminal Value | - |
| **NPV Project** | **(191,550)** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(578,708)** |
| **Difference with SRK (Percent)** | **-149.5%** |

# QE-3 - DCF and Calculations, Table 1H
## Effect of Changes to SRK's Discount Rate and Capital Expenditures on NPV of the Project

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | **Construction Phase** | | **Production Phase** | | | | | | | | | | | | | | |
| **Project Timeline** | | | | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** | **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** | **Year 16** |
| Calendar Year | Construction Start | 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| **Discount Rate** | **2020 QE Report** | | | | | | | | | | | | | | | | | | |
| **Market Prices (US$ per lb)** | | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 |
| Cobalt (Co) | | | | | | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 |
| Cu:Co Ratio | | | | | | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 |
| **Commodity Prices** | **SRK - Spot** | | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | | |
| **Production Plan** | **2019 SRK - 1.25M - Spot** | | | | | | | | | | | | | | | | | | |
| Total Ore Mined | | Tonnes ('000) | 13,943 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 193 | 0 | 0 |
| Total Waste Mined | | Tonnes ('000) | 59,826 | 0 | 0 | 4,576 | 4,576 | 4,576 | 4,576 | 4,576 | 6,798 | 6,798 | 6,798 | 6,798 | 6,798 | 2,365 | 591 | 0 | 0 |
| Total Material Mined | | Tonnes ('000) | 73,770 | 0 | 0 | 5,826 | 5,826 | 5,826 | 5,826 | 5,826 | 8,048 | 8,048 | 8,048 | 8,048 | 8,048 | 3,615 | 784 | 0 | 0 |
| Stripping Ratio | | waste : ore | 4.29 | n.m. | n.m. | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 | 1.9 | 3.1 | n.m. | n.m. |
| Copper Grade | | Percent | 3.05% | | | 2.12% | 2.83% | 3.05% | 4.06% | 2.40% | 3.32% | 3.90% | 2.65% | 3.21% | 2.69% | 3.29% | 3.43% | 0.00% | 0.00% |
| Cobalt Grade | | Percent | 0.81% | | | 0.84% | 0.83% | 0.88% | 0.79% | 0.58% | 0.67% | 1.17% | 0.59% | 0.79% | 0.90% | 0.88% | 0.71% | 0.00% | 0.00% |
| Contained Copper | | Pounds ('000) | 938,270 | | | 58,348 | 77,997 | 84,036 | 111,766 | 66,178 | 91,609 | 107,524 | 73,085 | 88,489 | 74,039 | 90,623 | 14,576 | 0 | 0 |
| Contained Cobalt | | Pounds ('000) | 249,054 | | | 23,250 | 22,785 | 24,338 | 21,823 | 15,990 | 18,489 | 32,280 | 16,358 | 21,687 | 24,830 | 24,218 | 3,005 | 0 | 0 |
| Contained CuEq | | Pounds ('000) | 2,517,366 | | | 205,762 | 222,465 | 238,347 | 250,134 | 167,561 | 208,836 | 312,191 | 176,804 | 225,991 | 231,473 | 244,175 | 33,627 | 0 | 0 |
| Oxide Recovery, Copper | | Percent | 90% | | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 0.0% | 0.0% |
| Oxide Recovery, Cobalt | | Percent | 70% | | | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 70.0% | 0.0% | 0.0% |
| Recovered Copper | | Pounds ('000) | 844,443 | | | 52,513 | 70,197 | 75,632 | 100,590 | 59,560 | 82,448 | 96,771 | 65,777 | 79,640 | 66,635 | 81,560 | 13,119 | 0 | 0 |
| Recovered Cobalt | | Pounds ('000) | 174,338 | | | 16,275 | 15,950 | 17,036 | 15,276 | 11,193 | 12,942 | 22,596 | 11,451 | 15,181 | 17,381 | 16,953 | 2,103 | 0 | 0 |
| Total CuEq Sales | | Pounds ('000) | 1,949,810 | | | 155,703 | 171,325 | 183,650 | 197,447 | 130,528 | 164,507 | 240,038 | 138,380 | 175,891 | 176,839 | 189,047 | 26,454 | 0 | 0 |
| **Cash Flows (US$ Thousands)** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | **Construction Phase** | | **Production Phase** | | | | | | | | | | | | | |
| **Project Timeline** | | | | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** | **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** | **Year 16** |
| Copper Revenue | 43% | | 2,144,881 | | | 133,383 | 178,300 | 192,106 | 255,497 | 151,282 | 209,417 | 245,799 | 167,073 | 202,286 | 169,253 | 207,163 | 33,322 | - | - |
| Cobalt Revenue | 57% | | 2,807,628 | | | 262,102 | 256,865 | 274,365 | 246,017 | 180,259 | 208,430 | 363,897 | 184,412 | 244,477 | 279,917 | 273,016 | 33,872 | - | - |
| **Gross Revenue** | **100%** | | **4,952,509** | | | **395,485** | **435,164** | **466,471** | **501,514** | **331,541** | **417,847** | **609,696** | **351,485** | **446,763** | **449,169** | **480,179** | **67,194** | **-** | **-** |
| Oxide Mining Cost | | | (214,322) | | | (16,927) | (16,927) | (16,927) | (16,927) | (16,927) | (23,382) | (23,382) | (23,382) | (23,382) | (23,382) | (10,501) | (2,278) | - | - |
| Oxide Processing Cost | | | (1,092,021) | | | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (97,900) | (15,119) | - | - |
| Oxide G&A Cost | | | (178,972) | | | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (16,045) | (2,478) | - | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | | (199,642) | | | (12,415) | (16,596) | (17,881) | (23,781) | (14,081) | (19,492) | (22,879) | (15,551) | (18,828) | (15,754) | (19,282) | (3,102) | - | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | | (51,796) | | | (4,835) | (4,739) | (5,062) | (4,539) | (3,325) | (3,845) | (6,713) | (3,402) | (4,510) | (5,164) | (5,037) | (625) | - | - |
| Marketing (% of gross revenue) | 2.0% | | (99,050) | | | (7,910) | (8,703) | (9,329) | (10,030) | (6,631) | (8,357) | (12,194) | (7,030) | (8,935) | (8,983) | (9,604) | (1,344) | - | - |
| **Direct Costs** | | | **(1,835,802)** | | | **(156,032)** | **(160,909)** | **(163,143)** | **(169,222)** | **(154,909)** | **(169,021)** | **(179,113)** | **(163,310)** | **(169,601)** | **(167,228)** | **(158,369)** | **(24,945)** | **-** | **-** |
| Gecamines Gross Revenue Royalty | 2.5% | | (123,813) | | | (9,887) | (10,879) | (11,662) | (12,538) | (8,289) | (10,446) | (15,242) | (8,787) | (11,169) | (11,229) | (12,004) | (1,680) | - | - |
| Government NSR Royalty - Copper | 3.5% | | (66,582) | | | (4,141) | (5,535) | (5,963) | (7,931) | (4,696) | (6,501) | (7,630) | (5,186) | (6,279) | (5,254) | (6,431) | (1,034) | - | - |
| Government NSR Royalty - Cobalt | 10.0% | | (269,968) | | | (25,202) | (24,699) | (26,382) | (23,656) | (17,333) | (20,042) | (34,991) | (17,732) | (23,508) | (26,915) | (26,252) | (3,257) | - | - |
| RMS NSR Royalty | 0.5% | | (14,964) | | | (1,148) | (1,317) | (1,458) | (1,599) | (842) | (1,192) | (2,077) | (897) | (1,330) | (1,354) | (1,549) | (203) | - | - |
| Export Taxes (% of gross revenue) | 1.0% | | (49,525) | | | (3,955) | (4,352) | (4,665) | (5,015) | (3,315) | (4,178) | (6,097) | (3,515) | (4,468) | (4,492) | (4,802) | (672) | - | - |
| Annual Concession Fees (US$/year) | 14.0 | | (168) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - | - |
| Corporate Cost (US$/year) | | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | **Exclude** | | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mine Rehabilitation Allowance | | | | | | (1,954) | (2,150) | (2,305) | (2,478) | (1,638) | (2,065) | (3,013) | (1,737) | (2,208) | (2,220) | (2,373) | (332) | 24,472 | - |
| Depreciation & Amortization | | | (800,286) | | | (64,885) | (66,468) | (68,051) | (69,633) | (71,216) | (72,798) | (74,381) | (75,963) | (77,546) | (79,129) | (15,043) | (65,173) | - | - |
| **Indirect Costs** | | | **(1,334,714)** | **(272)** | **(2,881)** | **(115,428)** | **(118,742)** | **(122,144)** | **(123,058)** | **(107,343)** | **(117,236)** | **(143,444)** | **(113,832)** | **(126,522)** | **(130,606)** | **(68,468)** | **(72,365)** | **24,472** | **-** |
| **Total Operating Expense** | | | **(3,170,516)** | **(272)** | **(2,881)** | **(271,459)** | **(279,652)** | **(285,287)** | **(292,279)** | **(262,252)** | **(286,257)** | **(322,557)** | **(277,141)** | **(296,122)** | **(297,834)** | **(226,837)** | **(97,310)** | **24,472** | **-** |
| **Operating Margin / Taxable Income** | | | **1,778,841** | **(272)** | **(2,881)** | **124,026** | **155,513** | **181,183** | **209,235** | **69,290** | **131,589** | **287,139** | **74,344** | **150,641** | **151,335** | **253,342** | **(30,116)** | **24,472** | **-** |
| **Super Profit Tax** | **Exclude** | | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | | (534,598) | - | - | (37,208) | (46,654) | (54,355) | (62,770) | (20,787) | (39,477) | (86,142) | (22,303) | (45,192) | (45,401) | (76,003) | 9,035 | (7,342) | - |
| Super Profit Tax | | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Change | 20.0% of mining costs | | (0) | | | (26,174) | - | - | - | - | (1,291) | - | - | - | - | 2,576 | 20,914 | 3,975 | - |
| Depreciation & Amortization - Add Back | | | 800,286 | - | - | 64,885 | 66,468 | 68,051 | 69,633 | 71,216 | 72,798 | 74,381 | 75,963 | 77,546 | 79,129 | 15,043 | 65,173 | - | - |
| **Operating Cash Flow** | | | **2,044,529** | **(272)** | **(2,881)** | **125,529** | **175,327** | **194,879** | **216,097** | **119,719** | **163,620** | **275,378** | **128,004** | **182,995** | **185,063** | **194,959** | **65,006** | **21,106** | **-** |
| **Capital Expenditures** | **2020 RPA - 1.25M** | | | | | | | | | | | | | | | | | | |
| Initial Capital | | | (633,029) | (316,514) | (316,514) | | | | | | | | | | | | | | |
| Sustaining Capital | | | (167,257) | | | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (8,000) | (1,000) | - | - |
| Post Closure / Reclamation Capital | | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) | - |
| **Investment Cash Flow** | | | **(824,759)** | **(316,514)** | **(316,514)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(8,000)** | **(1,000)** | **(24,472)** | **-** |

| **Net Present Value (US$ Thousands)** | |
|---|---|
| NPV Cash Flows (after tax) | (67,769) |
| NPV Terminal Value | 4,094 |
| **NPV Project** | **(63,675)** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(450,833)** |
| **Difference with SRK (Percent)** | **-116.4%** |

# QE-3 - DCF and Calculations, Table 1I

## Effect of Changes to SRK's Production, Capital Expenditures, and Operating Expenses on NPV of the Project

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Calendar Year | Construction Start | 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| **Discount Rate** | **2019 SRK Report** | | | | | | | | | | | | | | | | | | |
| **Market Prices (US$ per lb)** | | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 | 2.54 |
| Cobalt (Co) | | | | | | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 | 16.10 |
| Cu:Co Ratio | | | | | | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 | 6.34 |
| **Commodity Prices** | **SRK - Spot** | | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | | |
| **Production Plan** | **2020 RPA - Corrected SRK - Spot** | | | | | | | | | | | | | | | | | | |
| Total Ore Mined | | Tonnes ('000) | 13,943 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 193 | 0 | 0 |
| Total Waste Mined | | Tonnes ('000) | 101,140 | 0 | 0 | 7,736 | 7,736 | 7,736 | 7,736 | 7,736 | 11,493 | 11,493 | 11,493 | 11,493 | 11,493 | 3,997 | 999 | 0 | 0 |
| Total Material Mined | | Tonnes ('000) | 115,083 | 0 | 0 | 8,986 | 8,986 | 8,986 | 8,986 | 8,986 | 12,743 | 12,743 | 12,743 | 12,743 | 12,743 | 5,247 | 1,192 | 0 | 0 |
| Stripping Ratio | | waste : ore | 7.25 | n.m. | n.m. | 6.2 | 6.2 | 6.2 | 6.2 | 6.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 3.2 | 5.2 | n.m. | n.m. |
| Copper Grade | | Percent | 2.99% | | | 2.07% | 2.77% | 2.99% | 3.97% | 2.35% | 3.26% | 3.82% | 2.60% | 3.15% | 2.63% | 3.22% | 3.36% | 0.00% | 0.00% |
| Cobalt Grade | | Percent | 0.79% | | | 0.83% | 0.81% | 0.87% | 0.78% | 0.57% | 0.66% | 1.15% | 0.58% | 0.77% | 0.88% | 0.86% | 0.69% | 0.00% | 0.00% |
| Contained Copper | | Pounds ('000) | 919,504 | | | 57,181 | 76,437 | 82,355 | 109,531 | 64,854 | 89,776 | 105,373 | 71,624 | 86,719 | 72,558 | 88,810 | 14,285 | 0 | 0 |
| Contained Cobalt | | Pounds ('000) | 244,073 | | | 22,785 | 22,330 | 23,851 | 21,387 | 15,670 | 18,119 | 31,634 | 16,031 | 21,253 | 24,334 | 23,734 | 2,945 | 0 | 0 |
| Contained CuEq | | Pounds ('000) | 2,467,019 | | | 201,647 | 218,016 | 233,580 | 245,131 | 164,210 | 204,659 | 305,947 | 173,268 | 221,471 | 226,843 | 239,292 | 32,955 | 0 | 0 |
| Oxide Recovery, Copper | | Percent | 69% | | | 92.3% | 91.0% | 83.7% | 70.6% | 68.8% | 68.0% | 68.0% | 68.0% | 65.6% | 52.4% | 38.2% | 26.3% | 0.0% | 0.0% |
| Oxide Recovery, Cobalt | | Percent | 56% | | | 76.7% | 74.0% | 68.5% | 62.7% | 59.0% | 55.8% | 52.5% | 52.5% | 51.3% | 43.1% | 23.2% | 13.8% | 0.0% | 0.0% |
| Recovered Copper | | Pounds ('000) | 627,091 | | | 52,803 | 69,557 | 68,904 | 77,311 | 44,587 | 61,048 | 71,654 | 48,704 | 56,874 | 38,012 | 33,886 | 3,750 | 0 | 0 |
| Recovered Cobalt | | Pounds ('000) | 135,417 | | | 17,474 | 16,524 | 16,341 | 13,402 | 9,245 | 10,117 | 16,608 | 8,416 | 10,892 | 10,477 | 5,516 | 405 | 0 | 0 |
| Total CuEq Sales | | Pounds ('000) | 1,485,685 | | | 163,593 | 174,326 | 172,510 | 162,287 | 103,207 | 125,191 | 176,955 | 102,068 | 125,934 | 104,441 | 68,859 | 6,317 | 0 | 0 |
| **Cash Flows (US$ Thousands)** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Copper Revenue | 42% | | 1,592,808 | | | 134,120 | 176,675 | 175,016 | 196,368 | 113,252 | 155,062 | 182,001 | 123,708 | 144,459 | 96,551 | 86,071 | 9,524 | - | - |
| Cobalt Revenue | 58% | | 2,180,827 | | | 281,405 | 266,112 | 263,158 | 215,839 | 148,894 | 162,922 | 267,464 | 135,543 | 175,412 | 168,727 | 88,829 | 6,520 | - | - |
| **Gross Revenue** | **100%** | | **3,773,634** | | | **415,525** | **442,787** | **438,174** | **412,207** | **262,146** | **317,984** | **449,465** | **259,251** | **319,871** | **265,279** | **174,901** | **16,045** | - | - |
| Oxide Mining Cost | | | (402,791) | | | (31,452) | (31,452) | (31,452) | (31,452) | (31,452) | (44,599) | (44,599) | (44,599) | (44,599) | (44,599) | (18,366) | (4,173) | - | - |
| Oxide Processing Cost | | | (1,115,443) | | | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (15,443) | - | - |
| Oxide G&A Cost | | | (195,203) | | | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (2,703) | - | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | | (148,256) | | | (12,484) | (16,445) | (16,290) | (18,278) | (10,541) | (14,433) | (16,940) | (11,515) | (13,446) | (8,987) | (8,011) | (887) | - | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | | (40,232) | | | (5,191) | (4,909) | (4,855) | (3,982) | (2,747) | (3,006) | (4,934) | (2,501) | (3,236) | (3,113) | (1,639) | (120) | - | - |
| Marketing (% of gross revenue) | 2.0% | | (75,473) | | | (8,310) | (8,856) | (8,763) | (8,244) | (5,243) | (6,360) | (8,989) | (5,185) | (6,397) | (5,306) | (3,498) | (321) | - | - |
| **Direct Costs** | | | **(1,977,397)** | | | **(174,937)** | **(179,161)** | **(178,860)** | **(179,455)** | **(167,483)** | **(185,897)** | **(192,963)** | **(181,299)** | **(185,178)** | **(179,504)** | **(149,014)** | **(23,647)** | - | - |
| Gecamines Gross Revenue Royalty | 2.5% | | (94,341) | | | (10,388) | (11,070) | (10,954) | (10,305) | (6,554) | (7,950) | (11,237) | (6,481) | (7,997) | (6,632) | (4,373) | (401) | - | - |
| Government NSR Royalty - Copper | 3.5% | | (49,444) | | | (4,163) | (5,484) | (5,433) | (6,096) | (3,516) | (4,813) | (5,650) | (3,840) | (4,484) | (2,997) | (2,672) | (296) | - | - |
| Government NSR Royalty - Cobalt | 10.0% | | (209,698) | | | (27,059) | (25,588) | (25,304) | (20,754) | (14,317) | (15,666) | (25,718) | (13,033) | (16,867) | (16,224) | (8,541) | (627) | - | - |
| RMS NSR Royalty | 0.5% | | (8,509) | | | (1,151) | (1,263) | (1,242) | (1,112) | (441) | (621) | (1,226) | (357) | (633) | (396) | (108) | 40 | - | - |
| Export Taxes (% of gross revenue) | 1.0% | | (37,736) | | | (4,155) | (4,428) | (4,382) | (4,122) | (2,621) | (3,180) | (4,495) | (2,593) | (3,199) | (2,653) | (1,749) | (160) | - | - |
| Annual Concession Fees (US$/year) | 14.0 | | (168) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - | - |
| Corporate Cost (US$/year) | | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | **Exclude** | | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mine Rehabilitation Allowance | | | | | | (2,695) | (2,872) | (2,842) | (2,673) | (1,700) | (2,062) | (2,915) | (1,681) | (2,074) | (1,720) | (1,134) | (104) | 24,472 | - |
| Depreciation & Amortization | | | (800,286) | | | (64,885) | (66,468) | (68,051) | (69,633) | (71,216) | (72,798) | (74,381) | (75,963) | (77,546) | (79,129) | (15,043) | (65,173) | - | - |
| **Indirect Costs** | | | **(1,209,591)** | **(272)** | **(2,881)** | **(118,752)** | **(120,515)** | **(119,865)** | **(114,903)** | **(100,378)** | **(107,104)** | **(125,635)** | **(103,963)** | **(112,815)** | **(109,765)** | **(33,634)** | **(66,735)** | **24,472** | - |
| **Total Operating Expense** | | | **(3,186,988)** | **(272)** | **(2,881)** | **(293,689)** | **(299,676)** | **(298,726)** | **(294,358)** | **(267,861)** | **(293,001)** | **(318,598)** | **(285,262)** | **(297,993)** | **(289,269)** | **(182,648)** | **(90,381)** | **24,472** | - |
| **Operating Margin / Taxable Income** | | | **583,494** | **(272)** | **(2,881)** | **121,836** | **143,111** | **139,449** | **117,849** | **(5,715)** | **24,983** | **130,867** | **(26,011)** | **21,878** | **(23,990)** | **(7,747)** | **(74,337)** | **24,472** | - |
| **Super Profit Tax** | **Exclude** | | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | | (175,994) | - | - | (36,551) | (42,933) | (41,835) | (35,355) | 1,714 | (7,495) | (39,260) | 7,803 | (6,563) | 7,197 | 2,324 | 22,301 | (7,342) | - |
| Super Profit Tax | | | - | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Change | 20.0% of mining costs | | (0) | | | (29,790) | - | - | - | - | (2,629) | - | - | - | - | 5,247 | 22,709 | 4,464 | - |
| Depreciation & Amortization - Add Back | | | 800,286 | - | - | 64,885 | 66,468 | 68,051 | 69,633 | 71,216 | 72,798 | 74,381 | 75,963 | 77,546 | 79,129 | 15,043 | 65,173 | - | - |
| **Operating Cash Flow** | | | **1,207,786** | **(272)** | **(2,881)** | **120,380** | **166,646** | **165,665** | **152,127** | **67,215** | **87,657** | **165,988** | **57,756** | **92,861** | **62,336** | **14,867** | **35,846** | **21,595** | - |
| **Capital Expenditures** | **2020 RPA - 1.25M** | | | | | | | | | | | | | | | | | | |
| Initial Capital | | | (633,029) | (316,514) | (316,514) | | | | | | | | | | | | | | |
| Sustaining Capital | | | (167,257) | | | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (8,000) | (1,000) | - | - |
| Post Closure / Reclamation Capital | | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) | - |
| **Investment Cash Flow** | | | **(824,759)** | **(316,514)** | **(316,514)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(8,000)** | **(1,000)** | **(24,472)** | - |

| **Net Present Value (US$ Thousands)** | |
|---|---|
| NPV Cash Flows (after tax) | (41,477) |
| NPV Terminal Value | - |
| **NPV Project** | **(41,477)** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(428,634)** |
| **Difference with SRK (Percent)** | **-110.7%** |

# QE-3 - DCF and Calculations, Table 1J

## Effect of All Corrections on SRK's NPV of the Project with February 2020 Spot Prices

| Item | Assumption | Unit | Total | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | **Construction Phase** | | **Production Phase** | | | | | | | | | | | | | |
| **Project Timeline** | | | | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** | **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** | **Year 16** |
| Calendar Year | Construction Start | 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | | |
| **Discount Rate** | **2020 QE Report** | | | | | | | | | | | | | | | | | | |
| **Market Prices (US$ per lb)** | | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 | 2.46 |
| Cobalt (Co) | | | | | | 14.97 | 14.97 | 14.97 | 14.97 | 14.97 | 14.97 | 14.97 | 14.97 | 14.97 | 14.97 | 14.97 | 14.97 | 14.97 | 14.97 |
| Cu:Co Ratio | | | | | | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 | 6.10 |
| **Commodity Prices** | **QE - Current Spot** | | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | | |
| **Production Plan** | **2020 RPA - Corrected SRK - Spot** | | | | | | | | | | | | | | | | | | |
| Total Ore Mined | | Tonnes ('000) | 13,943 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 193 | 0 | 0 |
| Total Waste Mined | | Tonnes ('000) | 101,140 | 0 | 0 | 7,736 | 7,736 | 7,736 | 7,736 | 7,736 | 11,493 | 11,493 | 11,493 | 11,493 | 11,493 | 3,997 | 999 | 0 | 0 |
| Total Material Mined | | Tonnes ('000) | 115,083 | 0 | 0 | 8,986 | 8,986 | 8,986 | 8,986 | 8,986 | 12,743 | 12,743 | 12,743 | 12,743 | 12,743 | 5,247 | 1,192 | 0 | 0 |
| Stripping Ratio | | waste : ore | 7.25 | n.m. | n.m. | 6.2 | 6.2 | 6.2 | 6.2 | 6.2 | 9.2 | 9.2 | 9.2 | 9.2 | 9.2 | 3.2 | 5.2 | n.m. | n.m. |
| Copper Grade | | Percent | 2.99% | | | 2.07% | 2.77% | 2.99% | 3.97% | 2.35% | 3.26% | 3.82% | 2.60% | 3.15% | 2.63% | 3.22% | 3.36% | 0.00% | 0.00% |
| Cobalt Grade | | Percent | 0.79% | | | 0.83% | 0.81% | 0.87% | 0.78% | 0.57% | 0.66% | 1.15% | 0.58% | 0.77% | 0.88% | 0.86% | 0.69% | 0.00% | 0.00% |
| Contained Copper | | Pounds ('000) | 919,514 | | | 57,181 | 76,437 | 82,356 | 109,532 | 64,855 | 89,777 | 105,375 | 71,624 | 86,720 | 72,559 | 88,811 | 14,285 | 0 | 0 |
| Contained Cobalt | | Pounds ('000) | 244,075 | | | 22,785 | 22,330 | 23,851 | 21,387 | 15,670 | 18,119 | 31,635 | 16,031 | 21,253 | 24,334 | 23,734 | 2,945 | 0 | 0 |
| Contained CuEq | | Pounds ('000) | 2,407,512 | | | 196,091 | 212,572 | 227,765 | 239,917 | 160,389 | 200,242 | 298,234 | 169,360 | 216,289 | 220,910 | 233,505 | 32,237 | 0 | 0 |
| Oxide Recovery, Copper | | Percent | 69% | | | 92.3% | 91.0% | 83.7% | 70.6% | 68.8% | 68.0% | 68.0% | 68.0% | 65.6% | 52.4% | 38.2% | 26.3% | 0.0% | 0.0% |
| Oxide Recovery, Cobalt | | Percent | 56% | | | 76.7% | 74.0% | 68.5% | 62.7% | 59.0% | 55.8% | 52.5% | 52.5% | 51.3% | 43.1% | 23.2% | 13.8% | 0.0% | 0.0% |
| Recovered Copper | | Pounds ('000) | 627,097 | | | 52,804 | 69,558 | 68,905 | 77,311 | 44,588 | 61,049 | 71,655 | 48,705 | 56,874 | 38,013 | 33,887 | 3,750 | 0 | 0 |
| Recovered Cobalt | | Pounds ('000) | 135,418 | | | 17,474 | 16,524 | 16,341 | 13,403 | 9,246 | 10,117 | 16,608 | 8,417 | 10,892 | 10,477 | 5,516 | 405 | 0 | 0 |
| Total CuEq Sales | | Pounds ('000) | 1,452,671 | | | 159,332 | 170,297 | 168,526 | 159,019 | 100,953 | 122,725 | 172,906 | 100,016 | 123,278 | 101,886 | 67,514 | 6,218 | 0 | 0 |
| **Cash Flows (US$ Thousands)** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | **Construction Phase** | | **Production Phase** | | | | | | | | | | | | | |
| **Project Timeline** | | | | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** | **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** | **Year 16** |
| Copper Revenue | 43% | | 1,539,700 | | | 129,648 | 170,785 | 169,180 | 189,821 | 109,476 | 149,892 | 175,932 | 119,584 | 139,642 | 93,332 | 83,201 | 9,207 | - | - |
| Cobalt Revenue | 57% | | 2,027,017 | | | 261,558 | 247,343 | 244,598 | 200,616 | 138,393 | 151,432 | 248,600 | 125,983 | 163,041 | 156,827 | 82,564 | 6,061 | - | - |
| **Gross Revenue** | **100%** | | **3,566,717** | | | **391,206** | **418,128** | **413,779** | **390,437** | **247,868** | **301,323** | **424,533** | **245,567** | **302,683** | **250,160** | **165,766** | **15,267** | **-** | **-** |
| Oxide Mining Cost | | | (402,791) | | | (31,452) | (31,452) | (31,452) | (31,452) | (31,452) | (44,599) | (44,599) | (44,599) | (44,599) | (44,599) | (18,366) | (4,173) | - | - |
| Oxide Processing Cost | | | (1,115,443) | | | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (15,443) | - | - |
| Oxide G&A Cost | | | (195,203) | | | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (2,703) | - | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | | (148,256) | | | (12,484) | (16,445) | (16,290) | (18,278) | (10,541) | (14,433) | (16,940) | (11,515) | (13,446) | (8,987) | (8,011) | (887) | - | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | | (40,232) | | | (5,191) | (4,909) | (4,855) | (3,982) | (2,747) | (3,006) | (4,934) | (2,501) | (3,236) | (3,113) | (1,639) | (120) | - | - |
| Marketing (% of gross revenue) | 2.0% | | (71,334) | | | (7,824) | (8,363) | (8,276) | (7,809) | (4,957) | (6,026) | (8,491) | (4,911) | (6,054) | (5,003) | (3,315) | (305) | - | - |
| **Direct Costs** | | | **(1,973,259)** | | | **(174,451)** | **(178,668)** | **(178,372)** | **(179,020)** | **(167,197)** | **(185,564)** | **(192,464)** | **(181,025)** | **(184,834)** | **(179,202)** | **(148,831)** | **(23,631)** | **-** | **-** |
| Gecamines Gross Revenue Royalty | 2.5% | | (89,168) | | | (9,780) | (10,453) | (10,344) | (9,761) | (6,197) | (7,533) | (10,613) | (6,139) | (7,567) | (6,254) | (4,144) | (382) | - | - |
| Government NSR Royalty - Copper | 3.5% | | (47,623) | | | (4,010) | (5,282) | (5,233) | (5,871) | (3,386) | (4,636) | (5,442) | (3,699) | (4,319) | (2,887) | (2,573) | (285) | - | - |
| Government NSR Royalty - Cobalt | 10.0% | | (194,624) | | | (25,114) | (23,749) | (23,485) | (19,262) | (13,288) | (14,540) | (23,869) | (12,096) | (15,654) | (15,058) | (7,927) | (582) | - | - |
| RMS NSR Royalty | 0.5% | | (7,521) | | | (1,035) | (1,145) | (1,125) | (1,008) | (372) | (541) | (1,107) | (292) | (551) | (324) | (64) | 44 | - | - |
| Export Taxes (% of gross revenue) | 1.0% | | (35,667) | | | (3,912) | (4,181) | (4,138) | (3,904) | (2,479) | (3,013) | (4,245) | (2,456) | (3,027) | (2,502) | (1,658) | (153) | - | - |
| Annual Concession Fees (US$/year) | 14.0 | | (168) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - | - |
| Corporate Cost (US$/year) | | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | **Include** | | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | | (10,700) | | | (1,174) | (1,254) | (1,241) | (1,171) | (744) | (904) | (1,274) | (737) | (908) | (750) | (497) | (46) | - | - |
| Mine Rehabilitation Allowance | | | | | | (2,684) | (2,869) | (2,839) | (2,679) | (1,701) | (2,067) | (2,913) | (1,685) | (2,077) | (1,716) | (1,137) | (105) | 24,472 | - |
| Depreciation & Amortization | | | (800,286) | | | (64,885) | (66,468) | (68,051) | (69,633) | (71,216) | (72,798) | (74,381) | (75,963) | (77,546) | (79,129) | (15,043) | (65,173) | - | - |
| **Indirect Costs** | | | **(1,195,166)** | **(272)** | **(2,881)** | **(116,849)** | **(118,745)** | **(118,115)** | **(113,498)** | **(99,396)** | **(106,047)** | **(123,858)** | **(103,081)** | **(111,664)** | **(108,633)** | **(33,058)** | **(66,694)** | **24,472** | **-** |
| **Total Operating Expense** | | | **(3,168,425)** | **(272)** | **(2,881)** | **(291,300)** | **(297,413)** | **(296,487)** | **(292,518)** | **(266,593)** | **(291,611)** | **(316,322)** | **(284,106)** | **(296,498)** | **(287,835)** | **(181,890)** | **(90,325)** | **24,472** | **-** |
| **Operating Margin / Taxable Income** | | | **395,139** | **(272)** | **(2,881)** | **99,906** | **120,715** | **117,292** | **97,919** | **(18,724)** | **9,712** | **108,211** | **(38,539)** | **6,185** | **(37,675)** | **(16,124)** | **(75,058)** | **24,472** | **-** |
| **Super Profit Tax** | **Include** | | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | | (119,488) | - | - | (29,972) | (36,215) | (35,187) | (29,376) | 5,617 | (2,914) | (32,463) | 11,562 | (1,855) | 11,303 | 4,837 | 22,517 | (7,342) | - |
| Super Profit Tax | | | (86,182) | | | (6,613) | (9,400) | (9,315) | (10,974) | (6,168) | (8,715) | (9,727) | (6,916) | (7,963) | (4,984) | (4,848) | (558) | - | - |
| Working Capital Change | 20.0% of mining costs | | (0) | | | (29,790) | - | - | - | - | (2,629) | - | - | - | - | 5,247 | 22,709 | 4,464 | - |
| Depreciation & Amortization - Add Back | | | 800,286 | - | - | 64,885 | 66,468 | 68,051 | 69,633 | 71,216 | 72,798 | 74,381 | 75,963 | 77,546 | 79,129 | 15,043 | 65,173 | - | - |
| **Operating Cash Flow** | | | **989,756** | **(272)** | **(2,881)** | **98,416** | **141,569** | **140,840** | **127,203** | **51,940** | **68,253** | **140,401** | **42,070** | **73,912** | **47,772** | **4,155** | **34,783** | **21,595** | **-** |
| **Capital Expenditures** | **2020 RPA - 1.25M** | | | | | | | | | | | | | | | | | | |
| Initial Capital | | | (633,029) | (316,514) | (316,514) | | | | | | | | | | | | | | |
| Sustaining Capital | | | (167,257) | | | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (8,000) | (1,000) | - | - |
| Post Closure / Reclamation Capital | | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) | - |
| **Investment Cash Flow** | | | **(824,759)** | **(316,514)** | **(316,514)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(8,000)** | **(1,000)** | **(24,472)** | **-** |

| Net Present Value (US$ Thousands) | |
|---|---|
| NPV Cash Flows (after tax) | (210,556) |
| NPV Terminal Value | - |
| **NPV Project** | **(210,556)** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(597,713)** |
| **Difference with SRK (Percent)** | **-154.4%** |

# QE-3 - DCF and Calculations, Table 1K
## Effect of All Corrections on SRK's NPV of the Project with February 2020 Consensus Economics Prices

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | **Construction Phase** | | **Production Phase** | | | | | | | | | | | | | |
| **Project Timeline** | | | | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** | **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** | **Year 16** |
| Calendar Year | Construction Start | 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| **Discount Rate** | **2020 QE Report** | | | | | | | | | | | | | | | | | | |
| **Market Prices** (US$ per lb) | | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 |
| Cobalt (Co) | | | | | | 20.72 | 20.72 | 20.72 | 20.72 | 20.72 | 20.72 | 20.72 | 20.72 | 20.72 | 20.72 | 20.72 | 20.72 | 20.72 | 20.72 |
| Cu:Co Ratio | | | | | | 7.27 | 7.27 | 7.27 | 7.27 | 7.27 | 7.27 | 7.27 | 7.27 | 7.27 | 7.27 | 7.27 | 7.27 | 7.27 | 7.27 |
| **Commodity Prices** | **QE - Current CE** | | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | | |
| **Production Plan** | **2020 RPA - Corrected SRK - CE** | | | | | | | | | | | | | | | | | | |
| Total Ore Mined | | Tonnes ('000) | 16,250 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 0 |
| Total Waste Mined | | Tonnes ('000) | 122,450 | 0 | 0 | 7,243 | 7,243 | 7,243 | 7,243 | 7,243 | 8,962 | 8,962 | 8,962 | 8,962 | 8,962 | 13,809 | 13,809 | 13,809 | 0 |
| Total Material Mined | | Tonnes ('000) | 138,700 | 0 | 0 | 8,493 | 8,493 | 8,493 | 8,493 | 8,493 | 10,212 | 10,212 | 10,212 | 10,212 | 10,212 | 15,059 | 15,059 | 15,059 | 0 |
| Stripping Ratio | | waste : ore | 7.54 | n.m. | n.m. | 5.8 | 5.8 | 5.8 | 5.8 | 5.8 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 11.0 | 11.0 | 11.0 | n.m. |
| Copper Grade | | Percent | 2.73% | | | 1.56% | 2.55% | 2.43% | 3.36% | 2.78% | 2.44% | 3.03% | 3.35% | 2.72% | 2.56% | 2.81% | 2.90% | 3.04% | 0.00% |
| Cobalt Grade | | Percent | 0.73% | | | 0.74% | 0.92% | 0.68% | 0.76% | 0.70% | 0.42% | 0.65% | 0.94% | 0.72% | 0.69% | 0.95% | 0.75% | 0.62% | 0.00% |
| Contained Copper | | Pounds ('000) | 979,071 | | | 42,860 | 70,217 | 67,003 | 92,579 | 76,726 | 67,138 | 83,559 | 92,444 | 74,943 | 70,595 | 77,401 | 79,886 | 83,721 | 0 |
| Contained Cobalt | | Pounds ('000) | 263,234 | | | 20,417 | 25,359 | 18,689 | 20,957 | 19,418 | 11,694 | 17,878 | 25,953 | 19,877 | 19,148 | 26,196 | 20,552 | 17,095 | 0 |
| Contained CuEq | | Pounds ('000) | 2,893,871 | | | 191,376 | 254,684 | 202,947 | 245,024 | 217,974 | 152,201 | 213,609 | 281,232 | 219,531 | 209,879 | 267,958 | 229,384 | 208,074 | 0 |
| Oxide Recovery, Copper | | Percent | 62% | | | 92.3% | 91.0% | 83.7% | 70.6% | 68.8% | 68.0% | 68.0% | 68.0% | 65.6% | 52.4% | 38.2% | 21.1% | 16.3% | 0.0% |
| Oxide Recovery, Cobalt | | Percent | 49% | | | 76.7% | 74.0% | 68.5% | 62.7% | 59.0% | 55.8% | 52.5% | 52.5% | 51.3% | 43.1% | 23.2% | 9.3% | 5.0% | 0.0% |
| Recovered Copper | | Pounds ('000) | 589,112 | | | 39,578 | 63,898 | 56,060 | 65,345 | 52,749 | 45,654 | 56,820 | 62,862 | 49,150 | 36,984 | 29,533 | 16,874 | 13,605 | 0 |
| Recovered Cobalt | | Pounds ('000) | 128,635 | | | 15,658 | 18,766 | 12,804 | 13,133 | 11,456 | 6,529 | 9,386 | 13,626 | 10,187 | 8,244 | 6,088 | 1,904 | 855 | 0 |
| Total CuEq Sales | | Pounds ('000) | 1,524,824 | | | 153,474 | 200,403 | 149,196 | 160,878 | 136,085 | 93,148 | 125,096 | 161,976 | 123,251 | 96,953 | 73,819 | 30,723 | 19,822 | 0 |
| **Cash Flows** (US$ Thousands) | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | **Construction Phase** | | **Production Phase** | | | | | | | | | | | | | |
| **Project Timeline** | | | | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Year 7** | **Year 8** | **Year 9** | **Year 10** | **Year 11** | **Year 12** | **Year 13** | **Year 14** | **Year 15** | **Year 16** |
| Copper Revenue | 39% | | 1,678,399 | | | 112,760 | 182,047 | 159,716 | 186,171 | 150,284 | 130,070 | 161,882 | 179,095 | 140,031 | 105,369 | 84,141 | 48,074 | 38,760 | - |
| Cobalt Revenue | 61% | | 2,665,875 | | | 324,492 | 388,908 | 265,349 | 272,175 | 237,427 | 135,310 | 194,521 | 282,379 | 211,116 | 170,854 | 126,172 | 39,456 | 17,714 | - |
| **Gross Revenue** | **100%** | | **4,344,274** | | | **437,252** | **570,955** | **425,064** | **458,346** | **387,711** | **265,381** | **356,403** | **461,474** | **351,147** | **276,223** | **210,312** | **87,530** | **56,474** | - |
| Oxide Mining Cost | | | (485,450) | | | (29,725) | (29,725) | (29,725) | (29,725) | (29,725) | (35,741) | (35,741) | (35,741) | (35,741) | (35,741) | (52,707) | (52,707) | (52,707) | - |
| Oxide Processing Cost | | | (1,300,000) | | | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | - |
| Oxide G&A Cost | | | (227,500) | | | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | | (139,275) | | | (9,357) | (15,106) | (13,253) | (15,449) | (12,471) | (10,793) | (13,433) | (14,862) | (11,620) | (8,744) | (6,982) | (3,989) | (3,216) | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | | (38,217) | | | (4,652) | (5,575) | (3,804) | (3,902) | (3,404) | (1,940) | (2,789) | (4,048) | (3,026) | (2,449) | (1,809) | (566) | (254) | - |
| Marketing (% of gross revenue) | 2.0% | | (86,885) | | | (8,745) | (11,419) | (8,501) | (9,167) | (7,754) | (5,308) | (7,128) | (9,229) | (7,023) | (5,524) | (4,206) | (1,751) | (1,129) | - |
| **Direct Costs** | | | **(2,277,328)** | | | **(169,978)** | **(179,325)** | **(172,783)** | **(175,742)** | **(170,853)** | **(171,282)** | **(176,591)** | **(181,380)** | **(174,911)** | **(169,959)** | **(183,204)** | **(176,513)** | **(174,807)** | - |
| Gecamines Gross Revenue Royalty | 2.5% | | (108,607) | | | (10,931) | (14,274) | (10,627) | (11,459) | (9,693) | (6,635) | (8,910) | (11,537) | (8,779) | (6,906) | (5,258) | (2,188) | (1,412) | - |
| Government NSR Royalty - Copper | 3.5% | | (52,694) | | | (3,540) | (5,715) | (5,014) | (5,845) | (4,718) | (4,084) | (5,082) | (5,623) | (4,396) | (3,308) | (2,642) | (1,509) | (1,217) | - |
| Government NSR Royalty - Cobalt | 10.0% | | (257,434) | | | (31,335) | (37,555) | (25,624) | (26,283) | (22,928) | (13,066) | (18,784) | (27,268) | (20,387) | (16,499) | (12,184) | (3,810) | (1,711) | - |
| RMS NSR Royalty | 0.5% | | (9,792) | | | (1,282) | (1,887) | (1,208) | (1,356) | (1,036) | (437) | (855) | (1,343) | (837) | (497) | (109) | 456 | 599 | - |
| Export Taxes (% of gross revenue) | 1.0% | | (43,443) | | | (4,373) | (5,710) | (4,251) | (4,583) | (3,877) | (2,654) | (3,564) | (4,615) | (3,511) | (2,762) | (2,103) | (875) | (565) | - |
| Annual Concession Fees (US$/year) | 14.0 | | (182) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - |
| Corporate Cost (US$/year) | | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | **Include** | | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | | (13,033) | | | (1,312) | (1,713) | (1,275) | (1,375) | (1,163) | (796) | (1,069) | (1,384) | (1,053) | (829) | (631) | (263) | (169) | - |
| Mine Rehabilitation Allowance | | | | | | (2,463) | (3,216) | (2,395) | (2,582) | (2,184) | (1,495) | (2,008) | (2,600) | (1,978) | (1,556) | (1,185) | (493) | (318) | 24,472 |
| Depreciation & Amortization | | | (816,112) | | | (64,885) | (66,468) | (68,051) | (69,633) | (71,216) | (72,798) | (74,381) | (75,963) | (77,546) | (79,129) | (15,826) | (15,043) | (65,173) | - |
| **Indirect Costs** | | | **(1,310,704)** | **(272)** | **(2,881)** | **(124,376)** | **(139,881)** | **(120,102)** | **(123,324)** | **(116,828)** | **(101,979)** | **(114,667)** | **(130,347)** | **(118,502)** | **(111,499)** | **(39,951)** | **(23,740)** | **(69,980)** | **24,472** |
| **Total Operating Expense** | | | **(3,588,033)** | **(272)** | **(2,881)** | **(294,355)** | **(319,206)** | **(292,886)** | **(299,066)** | **(287,682)** | **(273,261)** | **(291,258)** | **(311,727)** | **(293,413)** | **(281,457)** | **(223,155)** | **(200,253)** | **(244,786)** | **24,472** |
| **Operating Margin / Taxable Income** | | | **753,089** | **(272)** | **(2,881)** | **142,898** | **251,749** | **132,179** | **159,280** | **100,029** | **(7,880)** | **65,145** | **149,747** | **57,735** | **(5,234)** | **(12,843)** | **(112,722)** | **(188,312)** | **24,472** |
| **Super Profit Tax** | **Include** | | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | | (226,872) | - | - | (42,869) | (75,525) | (39,654) | (47,784) | (30,009) | 2,364 | (19,543) | (44,924) | (17,320) | 1,570 | 3,853 | 33,817 | 56,494 | (7,342) |
| Super Profit Tax | | | (247,074) | | | (22,616) | (30,920) | (23,984) | (26,419) | (22,060) | (16,185) | (21,226) | (26,266) | (20,136) | (15,649) | (12,071) | (5,545) | (3,996) | - |
| Working Capital Change | 20.0% of mining costs | | - | | | (29,445) | - | - | - | - | (1,203) | - | - | - | - | (3,393) | - | - | 34,041 |
| Depreciation & Amortization - Add Back | | | 816,112 | - | - | 64,885 | 66,468 | 68,051 | 69,633 | 71,216 | 72,798 | 74,381 | 75,963 | 77,546 | 79,129 | 15,826 | 15,043 | 65,173 | - |
| **Operating Cash Flow** | | | **1,095,254** | **(272)** | **(2,881)** | **112,853** | **211,772** | **136,591** | **154,710** | **119,176** | **49,893** | **98,756** | **154,520** | **97,824** | **59,816** | **(8,629)** | **(69,407)** | **(70,642)** | **51,172** |
| **Capital Expenditures** | **2020 RPA - 1.25M** | | | | | | | | | | | | | | | | | | |
| Initial Capital | | | (633,029) | (316,514) | (316,514) | | | | | | | | | | | | | | |
| Sustaining Capital | | | (183,083) | | | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (8,000) | (1,000) | - |
| Post Closure / Reclamation Capital | | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) |
| **Investment Cash Flow** | | | **(840,584)** | **(316,514)** | **(316,514)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(8,000)** | **(1,000)** | **(24,472)** |

| **Net Present Value** (US$ Thousands) | |
|---|---|
| NPV Cash Flows (after tax) | (162,038) |
| NPV Terminal Value | - |
| **NPV Project** | **(162,038)** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(549,196)** |
| **Difference with SRK (Percent)** | **-141.9%** |

# QE-3 - DCF and Calculations, Table 1L
## Effect of All Corrections on SRK's NPV of the Project with February 2020 Capital IQ Prices

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Timeline** | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Calendar Year | Construction Start | 1/1/21 | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
| Production Timeline | Valuation Date | 1/1/20 | | -2 | -1 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| **Discount Rate** | 2020 QE Report | | | | | | | | | | | | | | | | | | |
| **Market Prices** (US$ per lb) | | | | | | | | | | | | | | | | | | | |
| Copper (Cu) | | | | | | 2.75 | 2.84 | 2.84 | 2.80 | 2.93 | 2.94 | 2.94 | 2.94 | 2.94 | 2.94 | 2.94 | 2.94 | 2.94 | 2.94 |
| Cobalt (Co) | | | | | | 21.46 | 21.11 | 17.55 | 17.48 | 17.57 | 17.66 | 17.66 | 17.66 | 17.66 | 17.66 | 17.66 | 17.66 | 17.66 | 17.66 |
| Cu:Co Ratio | | | | | | 7.80 | 7.43 | 6.18 | 6.25 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |
| **Commodity Prices** | QE - Current CapIQ Real | | | | | | | | | | | | | | | | | | |
| **Physicals** | | | | | | | | | | | | | | | | | | | |
| **Production Plan** | 2020 RPA - Corrected SRK - CE | | | | | | | | | | | | | | | | | | |
| Total Ore Mined | | Tonnes ('000) | 16,250 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 0 |
| Total Waste Mined | | Tonnes ('000) | 122,450 | 0 | 0 | 7,243 | 7,243 | 7,243 | 7,243 | 7,243 | 8,962 | 8,962 | 8,962 | 8,962 | 8,962 | 13,809 | 13,809 | 13,809 | 0 |
| Total Material Mined | | Tonnes ('000) | 138,700 | 0 | 0 | 8,493 | 8,493 | 8,493 | 8,493 | 8,493 | 10,212 | 10,212 | 10,212 | 10,212 | 10,212 | 15,059 | 15,059 | 15,059 | 0 |
| Stripping Ratio | | waste : ore | 7.54 | n.m. | n.m. | 5.8 | 5.8 | 5.8 | 5.8 | 5.8 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 11.0 | 11.0 | 11.0 | n.m. |
| Copper Grade | | Percent | 2.73% | | | 1.56% | 2.55% | 2.43% | 3.36% | 2.78% | 2.44% | 3.03% | 3.35% | 2.72% | 2.56% | 2.81% | 2.90% | 3.04% | 0.00% |
| Cobalt Grade | | Percent | 0.73% | | | 0.74% | 0.92% | 0.68% | 0.76% | 0.70% | 0.42% | 0.65% | 0.94% | 0.72% | 0.69% | 0.95% | 0.75% | 0.62% | 0.00% |
| Contained Copper | | Pounds ('000) | 979,071 | | | 42,860 | 70,217 | 67,003 | 92,579 | 76,726 | 67,138 | 83,559 | 92,444 | 74,943 | 70,595 | 77,401 | 79,886 | 83,721 | 0 |
| Contained Cobalt | | Pounds ('000) | 263,234 | | | 20,417 | 25,359 | 18,689 | 20,957 | 19,418 | 11,694 | 17,878 | 25,953 | 19,877 | 19,148 | 26,196 | 20,552 | 17,095 | 0 |
| Contained CuEq | | Pounds ('000) | 2,639,936 | | | 202,115 | 258,538 | 182,408 | 223,651 | 193,194 | 137,300 | 190,827 | 248,161 | 194,202 | 185,479 | 234,576 | 203,195 | 186,290 | 0 |
| Oxide Recovery, Copper | | Percent | 62% | | | 92.3% | 91.0% | 83.7% | 70.6% | 68.8% | 68.0% | 68.0% | 68.0% | 65.6% | 52.4% | 38.2% | 21.1% | 16.3% | 0.0% |
| Oxide Recovery, Cobalt | | Percent | 49% | | | 76.7% | 74.0% | 68.5% | 62.7% | 59.0% | 55.8% | 52.5% | 52.5% | 51.3% | 43.1% | 23.2% | 9.3% | 5.0% | 0.0% |
| Recovered Copper | | Pounds ('000) | 589,112 | | | 39,578 | 63,898 | 56,060 | 65,345 | 52,749 | 45,654 | 56,820 | 62,862 | 49,150 | 36,984 | 29,533 | 16,874 | 13,605 | 0 |
| Recovered Cobalt | | Pounds ('000) | 128,635 | | | 15,658 | 18,766 | 12,804 | 13,133 | 11,456 | 6,529 | 9,386 | 13,626 | 10,187 | 8,244 | 6,088 | 1,904 | 855 | 0 |
| Total CuEq Sales | | Pounds ('000) | 1,421,424 | | | 161,709 | 203,255 | 135,124 | 147,484 | 121,465 | 84,828 | 113,136 | 144,613 | 110,271 | 86,448 | 66,061 | 28,297 | 18,733 | 0 |
| **Cash Flows** (US$ Thousands) | | | | | | | | | | | | | | | | | | | |
| **Phase** | | | | Construction Phase | | Production Phase | | | | | | | | | | | | | |
| **Project Timeline** | | | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 |
| Copper Revenue | 42% | | 1,703,726 | | | 108,900 | 181,598 | 159,339 | 182,641 | 154,522 | 134,365 | 167,227 | 185,009 | 144,655 | 108,848 | 86,919 | 49,662 | 40,040 | - |
| Cobalt Revenue | 58% | | 2,391,021 | | | 336,042 | 396,056 | 224,727 | 229,579 | 201,296 | 115,293 | 165,744 | 240,604 | 179,884 | 145,578 | 107,506 | 33,619 | 15,094 | - |
| **Gross Revenue** | **100%** | | **4,094,747** | | | **444,942** | **577,654** | **384,066** | **412,220** | **355,818** | **249,658** | **332,971** | **425,613** | **324,539** | **254,426** | **194,425** | **83,281** | **55,133** | - |
| Oxide Mining Cost | | | (485,450) | | | (29,725) | (29,725) | (29,725) | (29,725) | (29,725) | (35,741) | (35,741) | (35,741) | (35,741) | (35,741) | (52,707) | (52,707) | (52,707) | - |
| Oxide Processing Cost | | | (1,300,000) | | | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | - |
| Oxide G&A Cost | | | (227,500) | | | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | (17,500) | - |
| Cu Transport to Durban (US$/tonne cathode) | 521 | | (139,275) | | | (9,357) | (15,106) | (13,253) | (15,449) | (12,471) | (10,793) | (13,433) | (14,862) | (11,620) | (8,744) | (6,982) | (3,989) | (3,216) | - |
| Co Transport to Durban (US$/tonne cathode) | 655 | | (38,217) | | | (4,652) | (5,575) | (3,804) | (3,902) | (3,404) | (1,940) | (2,789) | (4,048) | (3,026) | (2,449) | (1,809) | (566) | (254) | - |
| Marketing (% of gross revenue) | 2.0% | | (81,895) | | | (8,899) | (11,553) | (7,681) | (8,244) | (7,116) | (4,993) | (6,659) | (8,512) | (6,491) | (5,089) | (3,888) | (1,666) | (1,103) | - |
| **Direct Costs** | | | **(2,272,338)** | | | **(170,132)** | **(179,459)** | **(171,963)** | **(174,819)** | **(170,215)** | **(170,967)** | **(176,122)** | **(180,663)** | **(174,378)** | **(169,523)** | **(182,886)** | **(176,428)** | **(174,780)** | - |
| Gecamines Gross Revenue Royalty | 2.5% | | (102,369) | | | (11,124) | (14,441) | (9,602) | (10,306) | (8,895) | (6,241) | (8,324) | (10,640) | (8,113) | (6,361) | (4,861) | (2,082) | (1,378) | - |
| Government NSR Royalty - Copper | 3.5% | | (53,563) | | | (3,408) | (5,700) | (5,001) | (5,724) | (4,864) | (4,231) | (5,266) | (5,826) | (4,555) | (3,427) | (2,737) | (1,564) | (1,261) | - |
| Government NSR Royalty - Cobalt | 10.0% | | (230,498) | | | (32,467) | (38,256) | (21,643) | (22,109) | (19,387) | (11,105) | (15,964) | (23,174) | (17,326) | (14,022) | (10,355) | (3,238) | (1,454) | - |
| RMS NSR Royalty | 0.5% | | (8,600) | | | (1,318) | (1,919) | (1,013) | (1,135) | (884) | (362) | (743) | (1,172) | (710) | (393) | (33) | 476 | 605 | - |
| Export Taxes (% of gross revenue) | 1.0% | | (40,947) | | | (4,449) | (5,777) | (3,841) | (4,122) | (3,558) | (2,497) | (3,330) | (4,256) | (3,245) | (2,544) | (1,944) | (833) | (551) | - |
| Annual Concession Fees (US$/year) | 14.0 | | (182) | | | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | (14) | - |
| Corporate Cost (US$/year) | | | (12,560) | (272) | (2,881) | (4,241) | (3,329) | (1,644) | (194) | | | | | | | | | | |
| **Communities Rehabilitation** | Include | | | | | | | | | | | | | | | | | | |
| Rehabilitation Provision for Communities | 0.3% | | (12,284) | | | (1,335) | (1,733) | (1,152) | (1,237) | (1,067) | (749) | (999) | (1,277) | (974) | (763) | (583) | (250) | (165) | - |
| Mine Rehabilitation Allowance | | | | | | (2,784) | (3,499) | (2,326) | (2,539) | (2,091) | (1,460) | (1,948) | (2,490) | (1,899) | (1,488) | (1,137) | (487) | (323) | 24,472 |
| Depreciation & Amortization | | | (816,112) | | | (64,885) | (66,468) | (68,051) | (69,633) | (71,216) | (72,798) | (74,381) | (75,963) | (77,546) | (79,129) | (15,826) | (15,043) | (65,173) | - |
| **Indirect Costs** | | | **(1,273,964)** | **(272)** | **(2,881)** | **(126,026)** | **(141,136)** | **(114,287)** | **(117,012)** | **(111,976)** | **(99,458)** | **(110,968)** | **(124,812)** | **(114,382)** | **(108,141)** | **(37,490)** | **(23,035)** | **(69,714)** | **24,472** |
| **Total Operating Expense** | | | **(3,546,301)** | **(272)** | **(2,881)** | **(296,158)** | **(320,595)** | **(286,250)** | **(291,832)** | **(282,191)** | **(270,425)** | **(287,090)** | **(305,475)** | **(288,761)** | **(277,664)** | **(220,377)** | **(199,462)** | **(244,494)** | **24,472** |
| **Operating Margin / Taxable Income** | | | **545,293** | **(272)** | **(2,881)** | **148,784** | **257,059** | **97,816** | **120,388** | **73,627** | **(20,767)** | **45,881** | **120,138** | **35,778** | **(23,237)** | **(25,952)** | **(116,182)** | **(189,360)** | **24,472** |
| **Super Profit Tax** | Include | | | | | | | | | | | | | | | | | | |
| Income Taxes | 30.0% | | (164,534) | - | - | (44,635) | (77,118) | (29,345) | (36,117) | (22,088) | 6,230 | (13,764) | (36,041) | (10,733) | 6,971 | 7,786 | 34,855 | 56,808 | (7,342) |
| Super Profit Tax | | | (205,509) | | | (23,793) | (31,982) | (17,112) | (18,641) | (16,780) | (13,608) | (17,373) | (20,344) | (15,745) | (12,048) | (9,449) | (4,853) | (3,779) | - |
| Working Capital Change | 20.0% of mining costs | | - | | | (29,445) | - | - | - | - | (1,203) | - | - | - | - | (3,393) | - | - | 34,041 |
| Depreciation & Amortization - Add Back | | | 816,112 | - | - | 64,885 | 66,468 | 68,051 | 69,633 | 71,216 | 72,798 | 74,381 | 75,963 | 77,546 | 79,129 | 15,826 | 15,043 | 65,173 | - |
| **Operating Cash Flow** | | | **991,362** | **(272)** | **(2,881)** | **115,796** | **214,427** | **119,410** | **135,264** | **105,975** | **43,450** | **89,124** | **139,716** | **86,846** | **50,814** | **(15,183)** | **(71,137)** | **(71,159)** | **51,172** |
| **Capital Expenditures** | 2020 RPA - 1.25M | | | | | | | | | | | | | | | | | | |
| Initial Capital | | | (633,029) | (316,514) | (316,514) | | | | | | | | | | | | | | |
| Sustaining Capital | | | (183,083) | | | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (15,826) | (8,000) | (1,000) | - |
| Post Closure / Reclamation Capital | | | (24,472) | | | - | - | - | - | - | - | - | - | - | - | - | - | - | (24,472) |
| **Investment Cash Flow** | | | **(840,584)** | **(316,514)** | **(316,514)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(15,826)** | **(8,000)** | **(1,000)** | **(24,472)** |

| **Net Present Value** (US$ Thousands) | |
|---|---|
| NPV Cash Flows (after tax) | (177,417) |
| NPV Terminal Value | - |
| **NPV Project** | **(177,417)** |
| SRK's NPV Project | 387,157 |
| **Difference with SRK** | **(564,575)** |
| **Difference with SRK (Percent)** | **-145.8%** |

# QE-3 - DCF and Calculations, Table 2A
## Africo Share of NPV - Based on SRK's US$ 387.2 Million Valuation

### Assumptions

| | | | |
|---|---|---|---|
| Interest rate on loan | 5.8% | **Project Financing** | |
| Max cash flow avail. for loan repayment | 70.0% | Zero interest loan | 30.0% |
| Gecamines' share of the project | 30.0% | Interest bearing loan | 70.0% |
| Discount rate | 12.0% | | |

### Cash Flow NPV to Africo (US$ Thousands)

| | Construction Phase | | Production Phase | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year 1 2021 | Year 2 2022 | Year 3 2023 | Year 4 2024 | Year 5 2025 | Year 6 2026 | Year 7 2027 | Year 8 2028 | Year 9 2029 | Year 10 2030 | Year 11 2031 | Year 12 2032 | Year 13 2033 | Year 14 2034 | Year 15 2035 | Year 16 2036 | Year 17 2037 | Year 18 2038 |
| **Net Cash Flow** | **(242,296)** | **(106,884)** | **108,053** | **157,636** | **176,972** | **197,976** | **101,382** | **145,068** | **256,611** | **109,021** | **163,797** | **165,650** | **184,390** | **51,077** | **(3,367)** | **-** | **-** | **-** |
| **Cash Flow available for loan payment** | **-** | **-** | **75,637** | **110,345** | **123,881** | **138,583** | **70,967** | **101,547** | **179,627** | **76,315** | **114,658** | **115,955** | **129,073** | **35,754** | **-** | **-** | **-** | **-** |
| *o/w for zero interest loan* | - | - | 22,691 | 33,103 | 37,164 | 41,575 | 21,290 | 30,464 | 53,888 | 22,894 | 34,397 | 34,787 | 38,722 | 10,726 | - | - | - | - |
| *o/w for interest bearing loan* | - | - | 52,946 | 77,241 | 86,717 | 97,008 | 49,677 | 71,083 | 125,739 | 53,420 | 80,260 | 81,169 | 90,351 | 25,028 | - | - | - | - |
| **Zero interest loan** | | | | | | | | | | | | | | | | | | |
| Beginning Period | 72,689 | 104,754 | 104,754 | 82,063 | 48,959 | 11,795 | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan repayment | - | - | (22,691) | (33,103) | (37,164) | (11,795) | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Period | 72,689 | 104,754 | 82,063 | 48,959 | 11,795 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Interest bearing loan** | | | | | | | | | | | | | | | | | | |
| Beginning Period | 169,607 | 254,212 | 268,880 | 232,976 | 171,406 | 97,081 | 8,474 | - | - | - | - | - | - | - | - | - | - | - |
| Capitalized interests | 9,786 | 14,668 | 17,042 | 15,671 | 12,392 | 8,400 | 755 | - | - | - | - | - | - | - | - | - | - | - |
| Loan repayment | - | - | (52,946) | (77,241) | (86,717) | (97,008) | (9,229) | - | - | - | - | - | - | - | - | - | - | - |
| Ending Period | 179,394 | 268,880 | 232,976 | 171,406 | 97,081 | 8,474 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow to Equity** | **-** | **-** | **32,416** | **47,291** | **53,092** | **89,172** | **92,153** | **145,068** | **256,611** | **109,021** | **163,797** | **165,650** | **184,390** | **51,077** | **(3,367)** | **-** | **-** | **-** |
| Distributions to Africo | - | - | 22,691 | 33,103 | 37,164 | 62,421 | 64,507 | 101,547 | 179,627 | 76,315 | 114,658 | 115,955 | 129,073 | 35,754 | (2,357) | - | - | - |
| Loan repayment to Africo | - | - | 75,637 | 110,345 | 123,881 | 108,803 | 9,229 | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow to Africo** | **(242,296)** | **(106,884)** | **98,328** | **143,448** | **161,045** | **171,224** | **73,736** | **101,547** | **179,627** | **76,315** | **114,658** | **115,955** | **129,073** | **35,754** | **(2,357)** | **-** | **-** | **-** |
| *% of Net Cash Flow* | 100% | 100% | 91% | 91% | 91% | 86% | 73% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | n.m. | n.m. | n.m. |
| NPV of Net Cash Flow to Africo | (176,114) | (69,365) | 56,976 | 74,215 | 74,391 | 70,619 | 27,153 | 33,388 | 52,732 | 20,003 | 26,833 | 24,229 | 24,081 | 5,956 | (351) | - | - | - |

| | |
|---|---|
| **NPV of Net Cash Flow to Africo** | **244,746** |
| Terminal Value (TV) | 20,778 |
| **Africo Share of TV** | **14,544** |
| **Total NPV to Africo** | **259,290** |
| *NPV Project* | *387,157* |
| *% NPV to Africo* | *67.0%* |

# QE-3 - DCF and Calculations, Table 2B
## Africo Share of NPV - Correcting for SRK's Discount Rate

**Assumptions**

| | | | |
|---|---|---|---|
| Interest rate on loan | 5.8% | **Project Financing** | |
| Max cash flow avail. for loan repayment | 70.0% | Zero interest loan | 30.0% |
| Gecamines' share of the project | 30.0% | Interest bearing loan | 70.0% |
| Discount rate | 24.0% | | |

**Cash Flow NPV to Africo (US$ Thousands)**

| | Construction Phase | | Production Phase | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 | Year 17 | Year 18 |
| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
| **Net Cash Flow** | **(242,296)** | **(106,884)** | **108,053** | **157,636** | **176,972** | **197,976** | **101,382** | **145,068** | **256,611** | **109,021** | **163,797** | **165,650** | **184,390** | **51,077** | **(3,367)** | **-** | **-** | **-** |
| **Cash Flow available for loan payment** | **-** | **-** | **75,637** | **110,345** | **123,881** | **138,583** | **70,967** | **101,547** | **179,627** | **76,315** | **114,658** | **115,955** | **129,073** | **35,754** | **-** | **-** | **-** | **-** |
| *o/w for zero interest loan* | - | - | 22,691 | 33,103 | 37,164 | 41,575 | 21,290 | 30,464 | 53,888 | 22,894 | 34,397 | 34,787 | 38,722 | 10,726 | - | - | - | - |
| *o/w for interest bearing loan* | - | - | 52,946 | 77,241 | 86,717 | 97,008 | 49,677 | 71,083 | 125,739 | 53,420 | 80,260 | 81,169 | 90,351 | 25,028 | - | - | - | - |
| **Zero interest loan** | | | | | | | | | | | | | | | | | | |
| Beginning Period | 72,689 | 104,754 | 104,754 | 82,063 | 48,959 | 11,795 | - | - | - | - | - | - | - | - | - | - | - | - |
| Loan repayment | - | - | (22,691) | (33,103) | (37,164) | (11,795) | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Period | 72,689 | 104,754 | 82,063 | 48,959 | 11,795 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Interest bearing loan** | | | | | | | | | | | | | | | | | | |
| Beginning Period | 169,607 | 254,212 | 268,880 | 232,976 | 171,406 | 97,081 | 8,474 | - | - | - | - | - | - | - | - | - | - | - |
| Capitalized interests | 9,786 | 14,668 | 17,042 | 15,671 | 12,392 | 8,400 | 755 | - | - | - | - | - | - | - | - | - | - | - |
| Loan repayment | - | - | (52,946) | (77,241) | (86,717) | (97,008) | (9,229) | - | - | - | - | - | - | - | - | - | - | - |
| Ending Period | 179,394 | 268,880 | 232,976 | 171,406 | 97,081 | 8,474 | - | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow to Equity** | **-** | **-** | **32,416** | **47,291** | **53,092** | **89,172** | **92,153** | **145,068** | **256,611** | **109,021** | **163,797** | **165,650** | **184,390** | **51,077** | **(3,367)** | **-** | **-** | **-** |
| Distributions to Africo | - | - | 22,691 | 33,103 | 37,164 | 62,421 | 64,507 | 101,547 | 179,627 | 76,315 | 114,658 | 115,955 | 129,073 | 35,754 | (2,357) | - | - | - |
| Loan repayment to Africo | - | - | 75,637 | 110,345 | 123,881 | 108,803 | 9,229 | - | - | - | - | - | - | - | - | - | - | - |
| **Net Cash Flow to Africo** | **(242,296)** | **(106,884)** | **98,328** | **143,448** | **161,045** | **171,224** | **73,736** | **101,547** | **179,627** | **76,315** | **114,658** | **115,955** | **129,073** | **35,754** | **(2,357)** | **-** | **-** | **-** |
| *% of Net Cash Flow* | 100% | 100% | 91% | 91% | 91% | 86% | 73% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | n.m. | n.m. | n.m. |
| NPV of Net Cash Flow to Africo | (167,376) | (59,544) | 44,175 | 51,973 | 47,055 | 40,346 | 14,012 | 15,562 | 22,200 | 7,606 | 9,216 | 7,516 | 6,747 | 1,507 | (80) | - | - | - |

| | |
|---|---|
| **NPV of Net Cash Flow to Africo** | **40,916** |
| Terminal Value (TV) | 4,094 |
| **Africo Share of TV** | **2,866** |
| **Total NPV to Africo** | **43,781** |
| *NPV Project* | *100,847* |
| *% NPV to Africo* | *43.4%* |

# Exhibit QE–4

# QE-4 - Other Calculations, Table 1
## Consensus Economics and Capital IQ Copper and Cobalt Forecast Contributors

| | Copper | | | Cobalt | | |
|---|---|---|---|---|---|---|
| | FY 2023 | FY 2024 | Long-term | FY 2023 | FY 2024 | Long-term |
| | (1) | (2) | (3) | (4) | (5) | (6) |
| 1. Number of Estimates Contributed to Capital IQ | 18 | 15 | 2 | 9 | 4 | 1 |
| 2. Number of Estimates Contributed to Consensus Economics | 18 | 18 | 10 | 10 | 10 | 7 |

Notes:
[1] Capital IQ long-term forecast set as the last available forecast period, 2028.

Sources:
Row 1: Capital IQ consensus forecasts as of February 17, 2020
Row 2: Consensus Economics Consensus Forecast for February 2020

# QE-4 - Other Calculations, Table 2
## Calculation of Real Copper and Cobalt Price Forecasts Using Capital IQ's Nominal Price Forecast

| | Calculations | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (US$ per pound) | | | | | | | | | |
| | | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) |
| **Nominal Price Forecast** | | | | | | | | | | | |
| 1. Copper (Cu) | | | | | | 3.09 | 3.22 | 3.39 | 3.41 | 3.49 | 3.58 |
| 2. Cobalt (Co) | | | | | | 25.33 | 25.17 | 21.50 | 21.66 | 20.83 | 21.35 |
| **Inflation Calculations** | | | | | | | | | | | |
| 3. Inflation Rate | 2.0% | | | | | | | | | | |
| 4. Inflation Period[1] | See note | 0.06 | 0.62 | 1.62 | 2.62 | 3.62 | 4.62 | 5.62 | 6.62 | 7.62 | 8.62 |
| 5. Inflation Factor | (1 + R3) ^ R4 | | | | | 1.07 | 1.10 | 1.12 | 1.14 | 1.16 | 1.19 |
| **Real Price Forecast** | | | | | | | | | | | |
| 6. Copper (Cu) | R1 / R5 | | | | | 2.88 | 2.94 | 3.03 | 2.99 | 3.00 | 3.02 |
| 7. Cobalt (Co) | R2 / R5 | | | | | 23.58 | 22.97 | 19.24 | 19.00 | 17.91 | 18.00 |

R# in Calculations refers to Row #

Note:
[1] The inflation period is calcualted using mid-period convention to the date of Capital IQ's projections, 18 November 2019.

Sources:
Rows 1-2: Government Exhibit 11; Capital IQ
Row 3: FED Philadelphia, Survey of Professional Forecaster, First Quarter 2020, p. 4

# QE-4 - Other Calculations, Table 3
## Africo Share of NPV - Based on 2019 Stout's US$ 188.7 Million Valuation

**Assumptions**

| | | | |
|---|---|---|---|
| Interest rate on loan | 5.8% | **Project Financing** | |
| Max cash flow avail. for loan repayment | 70.0% | Zero interest loan | 30.0% |
| Gecamines' share of the project | 30.0% | Interest bearing loan | 70.0% |

**Cash Flow NPV to Africo**

| | Construction Phase | | Production Phase | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Year 11 | Year 12 | Year 13 | Year 14 | Year 15 | Year 16 | Year 17 |
| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
| **Net Cash Flow** | **($270,997)** | **($119,217)** | **$98,276** | **$180,914** | **$153,218** | **$158,091** | **$202,127** | **$184,196** | **$256,030** | **$244,333** | **$304,973** | **$140,887** | **$206,461** | **$217,092** | **$318,615** | **$7,002** | **$0** |
| **Cash Flow available for debt payment** | **$0** | **$0** | **$68,793** | **$126,640** | **$107,253** | **$110,664** | **$141,489** | **$128,937** | **$179,221** | **$171,033** | **$213,481** | **$98,621** | **$144,523** | **$151,964** | **$223,030** | **$4,901** | **$0** |
| *o/w for zero interest loan* | *$0* | *$0* | *$20,638* | *$37,992* | *$32,176* | *$33,199* | *$42,447* | *$38,681* | *$53,766* | *$51,310* | *$64,044* | *$29,586* | *$43,357* | *$45,589* | *$66,909* | *$1,470* | *$0* |
| *o/w for interest bearing loan* | *$0* | *$0* | *$48,155* | *$88,648* | *$75,077* | *$77,465* | *$99,042* | *$90,256* | *$125,455* | *$119,723* | *$149,437* | *$69,035* | *$101,166* | *$106,375* | *$156,121* | *$3,431* | *$0* |
| **Zero interest loan** | | | | | | | | | | | | | | | | | |
| Beginning Period | $81,299 | $117,064 | $117,064 | $96,426 | $58,434 | $26,259 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Loan repayment | $0 | $0 | ($20,638) | ($37,992) | ($32,176) | ($26,259) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Ending Period | $81,299 | $117,064 | $96,426 | $58,434 | $26,259 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Interest bearing loan** | | | | | | | | | | | | | | | | | |
| Beginning Period | $189,698 | $284,096 | $300,488 | $271,060 | $200,610 | $139,274 | $72,080 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Capitalized interests | $10,946 | $16,392 | $18,727 | $18,198 | $13,741 | $10,271 | $6,424 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Loan repayment | $0 | $0 | ($48,155) | ($88,648) | ($75,077) | ($77,465) | ($78,504) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Ending Period | $200,644 | $300,488 | $271,060 | $200,610 | $139,274 | $72,080 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Cash Flow to Equity** | **$0** | **$0** | **$29,483** | **$54,274** | **$45,966** | **$54,368** | **$123,623** | **$184,196** | **$256,030** | **$244,333** | **$304,973** | **$140,887** | **$206,461** | **$217,092** | **$318,615** | **$7,002** | **$0** |
| Distributions to Africo | $0 | $0 | $20,638 | $37,992 | $32,176 | $38,058 | $86,536 | $128,937 | $179,221 | $171,033 | $213,481 | $98,621 | $144,523 | $151,964 | $223,030 | $4,901 | $0 |
| Loan repayment to Africo | $0 | $0 | $68,793 | $126,640 | $107,253 | $103,723 | $78,504 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net Cash Flow to Africo** | **($270,997)** | **($119,217)** | **$89,431** | **$164,632** | **$139,429** | **$141,781** | **$165,040** | **$128,937** | **$179,221** | **$171,033** | **$213,481** | **$98,621** | **$144,523** | **$151,964** | **$223,030** | **$4,901** | **$0** |
| *% of Net Cash Flow* | 100% | 100% | 91% | 91% | 91% | 90% | 82% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | n.m |
| NPV of Net Cash Flow to Africo | ($157,255) | ($57,411) | $35,740 | $54,600 | $38,375 | $32,383 | $31,283 | $20,282 | $23,395 | $18,528 | $19,192 | $7,358 | $8,948 | $7,808 | $9,510 | $173 | $0 |

| | |
|---|---|
| **NPV of Net Cash Flow to Africo** | **$92,911** |
| Terminal Value (TV) | $22,924 |
| **Africo Share of TV** | **$16,047** |
| **Total NPV to Africo** | **$108,958** |
| *NPV Project* | *188,690* |
| *% NPV to Africo* | *57.7%* |

# Exhibit QE-5

# AFRICO RESOURCES LTD.

## Management's Discussion & Analysis for the year ended

## December 31, 2007

# AFRICO RESOURCES LTD.

## MANAGEMENT'S DISCUSSION AND ANALYSIS

*Set out below is a review of the activities, results of operations and financial condition of Africo Resources Ltd. and its subsidiaries (referred to herein together as "the Company" or "Africo") for the year ended December 31, 2007 compared with the year ended December 31, 2006. The following information should be read in conjunction with its audited financial statements for the year ended December 31, 2007. The financial statements have been prepared in accordance with Canadian generally accepted accounting principles. The accounting policies have been consistently followed in preparation of these financial statements except that the Company has adopted the guidelines governed by Sections 1530 and 3855 of the CICA Handbook, "Comprehensive Income" and "Financial Instruments – Recognition and Measurement", respectively, effective January 1, 2007. This review is prepared as at March 28, 2008. All dollar amounts, unless otherwise indicated, are in US Dollars.*

*The Company is a reporting issuer in the Provinces of British Columbia, Alberta, Ontario, and Quebec in Canada and is listed on the TSX in Canada under the symbol ARL.*

*Additional information related to the Company, including the Company's most recent annual information form (once filed) is available on SEDAR at www.sedar.com.*

## OVERVIEW

Africo Resources Ltd. is a development stage company with an operational base in the Democratic Republic of the Congo (DRC) and with corporate offices in Vancouver, Canada. Africo is developing the high-grade Kalukundi copper cobalt deposit near Kolwezi in the DRC.

Effective March 31, 2007, the Company, through its wholly owned subsidiary, Kisankala Mining Corp., purchased the remaining 52% interest in the shares of H&J Swanepoel Family Trust s.p.r.l. ("H&J"), bringing its interest in H&J to 100%. Subsequent to this acquisition, ownership of the 52% interest held by Kisankala was transferred to the Chief Executive, Dr Tony Harwood, who holds it in trust for Africo. Subject to the comments outlined below under the heading "RECENT DEVELOPMENTS REGARDING OWNERSHIP OF THE KALUKUNDI PROJECT", H&J holds a 75% interest in Swanmines s.p.r.l. ("Swanmines"), the entity that owns the Kalukundi copper/cobalt deposit in the DRC. The effective date of the transaction was March 31, 2007 and the investment in H&J was accounted for using the equity method up until March 31, 2007, after which time it has been consolidated.

## RECENT DEVELOPMENTS REGARDING THE OWNERSHIP OF THE KALUKUNDI PROJECT, THE REVIEW OF MINING LICENCES, AND MEASUREMENT UNCERTAINTY

Kalukundi ownership

As initially reported in a news release dated February 23, 2007, one of Africo's former employees in the DRC, Mr. Alessandro Berardone, initiated legal proceedings against the Company before the Court of Grande Instance of Lubumbashi in the DRC on the grounds that he had an employment contract with the Company which provided for a performance based bonus, among other things, which contract was terminated by the Company without payment of such bonus. He also claimed that he was responsible for the Company's acquisition of its

interest in the Kalukundi Property as well as certain mining concessions acquired by the Company, for which he was not properly compensated. He claimed the amount of US$30,000,000. Mr. Berardone, without proper notice to the Company, obtained a default judgment against the Company (the “Berardone Judgment”) in the amount of US$3,000,400.

We reported that, based on legal advice received from senior counsel in the DRC, the Company believed that the judgement obtained is frivolous, illegal and unenforceable and should be set aside. Accordingly, the Company has initiated the appropriate legal steps to have the Berardone Judgment set aside and did not make provision for any expense in this regard.

In December, 2006, pursuant to the default judgement there was a purported share sale of Africo’s shares in Swanmines by Mr. Berardone for $600,000 to Akam Mining s.p.r.l. (“Akam”). Africo was again not notified of this purported sale. Africo has never been the registered owner of the shares in Swanmines as these shares have always been held and owned by its subsidiary, H & J. At the time of these judgements Africo was the holder of 48% of H&J and the remainder was acquired in March 2007

Subsequent to March 31, 2007 Africo was made aware of a decision (the "Decision") rendered by a court in Lubumbashi, DRC in a matter between Akam Mining s.p.r.l. ("Akam") and La Générale des Carrières et des Mines ("Gécamines"). The latter holds a 25% interest in Swanmines. The Decision contained a declaration by the court to the effect that it accepted the assertion by Akam that Akam (and thus not Africo through its subsidiaries) is the owner of the remaining 75% of Swanmines. The Decision accepted Akam's claim that it acquired 75% of Swanmines at a sale in execution pursuant to the Berardone Judgment for the sum of US$600,000.

On April 13, 2007, the Company announced an underwriting for 35,150,000 common shares at CDN$3.70 per common share that would have resulted in gross proceeds of CDN$130,055,000. Due to the developments described above, the Company and its underwriters withdrew the offering on April 27, 2007.

Acting pursuant to the Decision, a meeting of Akam and Gecamines was held on April 20, 2007 at which the purported interest of Akam was recognized in the constating documents of Swanmines and other corporate acts were undertaken without the knowledge of Africo.

Africo has been advised by DRC counsel that the purported sale is illegal and not only subject to rescission in conjunction with the Berardone Judgment, but is also null and void because the Swanmines shares in question are owned by H&J, which was not a party to any of these proceedings.

Africo was not made aware of any threatened or impending legal proceedings involving Akam and Gécamines nor was it given notice of the meeting on April 20, 2007. An appeal lodged by Swanmines to have the Decision set aside in the proceedings between Akam and Gecamines was withdrawn when the court recognised Akam as the representative of Swanmines during the course of the appeal.

H&J, the entity that owns 75% of the shares of Swanmines, has filed a separate application for a court order declaring the sale of the Swanmines shares to Akam Mining null and void.

In respect of a complaint for judicial misconduct by certain of the judges in the Lubumbashi court filed by the Company in the Supreme Court of Justice of the DRC in Kinshasa, Africo is advised that the Supreme Court determined that the actions of the judges in certain of the matters could not be examined by the Court.

Africo has obtained an ordinance from the Kinshasa/Gombe District Court that states that H&J is still a 75% holder of the shares of Swanmines. It also states that the shares held by H&J are not those shares which Akam claims to have purchased at a public sale, and states that the founding partners of Swanmines namely Gecamines

and H&J, are the only partners in Swanmines and are authorized to carry on the business of Swanmines and in particular, to ensure the exploitation of the mineral rights contributed by Gecamines and authorized and approved by the Ministry of Mines. However, the ordinance is not a judgement and does not have the effect of a judgement.

As the Ordinance does not negate the effect of the Beradone Judgement or the Akam Declaration, Africo has commenced proceedings to set aside the Berardone Judgment and the Akam Decision, and challenging the purported sale of H&J's interest in Swanmines to Akam Mining

Africo has received expressions of support from senior Governmental officials in the DRC. Mr. Georges Minsay Booka, the former Minister of Justice for the Democratic Republic of the Congo (DRC) has sent a letter to the Chairman of Gecamines, copied to Akam and senior members of Government, wherein it advises Gecamines to take note that Akam, has bought non-existent shares in Swanmines. The letter reinforces that the rightful owners of Swanmines are, as they always have been stated by Africo, H&J and Gecamines. Akam responded to this letter and were again answered by the Minister who, in his response, stated that Akam's letter failed to bring any new element to light.

In addition, the Governor of Katanga, His Excellency Moise Katumbi Chapwe, has sent a letter to Akam that makes reference to the non-existence of the shares that Akam allegedly bought and indicates that Gecamines and H&J are the sole shareholders in Swanmines and that Akam has no interest in Swanmines. The letter directed that Akam cease any disturbance to Swanmines' activities.

On March 19, 2008 the Company obtained a ruling in the Supreme court in Kinshasa whereby all cases currently pending in Lubumbashi are to be transferred to the equivalent courts in Kinshasa where they will be heard once appropriate notice has been delivered to the relevant parties.

Management believes that the Company will ultimately prevail and its title to the Kalukundi asset will be reasserted through its ownership of H&J, and continues to prepare its financial statements in a manner consistent with that assertion. There can, however, be no assurance that the Company will be successful, and should the Company not be successful in asserting its ownership of 75% of Swanmines, then the appropriateness of consolidating Swanmines and the valuation of the Kalukundi Property will have to be reconsidered, and amounts potentially restated or written down completely.

The Company is continuing to vigorously pursue all available options to assert H&J's interest in Swanmines. However, in light of the current uncertainty, Management has evaluated all of its activities to determine those that can successfully be suspended or delayed with respect to the Kalukundi property pending resolution of the above and is engaged only in the minimum necessary activities required.

Mining Review

On February 11, 2008, the Government of the DRC issued a letter to Swanmines detailing certain findings of its recently completed mining review and recommending actions, some of which could have the effect of reducing Africo's equity interest in the Kalukundi project. It is anticipated that Africo will have to negotiate an additional payment to Gecamines.

H&J has responded to the letter, for and on behalf of Swanmines, indicating that it has met its contractual obligations and that the equity interest was obtained in fair and balanced negotiations that yielded an outcome in line with similar deals being concluded at the time. Africo expects to enter into negotiations with Gecamines in the second quarter of 2008, the outcome of which cannot be foreseen at this time.

## EXPLORATION AND DEVELOPMENT ACTIVITIES

Prior to the developments described above, the Company had entered into a number of contracts for exploration and development activity, commitments in respect of which are being monitored closely in light of continuing legal issues. Progress in the year in respect of these activities was as follows:

### Exploration

Complementary to the drilling activities described below, a programme of mapping, trenching and pitting was undertaken during the year. The objective of this work was to increase the knowledge of the mineral potential of the other and if successful define new ore resources for more detailed evaluation. This work has steadily enabled the on-site geologists to build up a more detailed understanding of the geology and mineral potential of 7 fragments on the Kalukundi Property which are relatively unexplored.

These exploration activities have been focused on the Kinshasa Fragment and to a lesser degree on the West, Nzilo, 2 fragments south of Nzilo, the SE Anticline and the NW Principal Fragments. Significant mineralization has been identified on the NW Principal Fragment in the past and the objective was to quantify that mineralisation and prove good continuity, whereupon, it could be included into a measured and indicated ore category. Good progress has been made in evaluating the surface outcrops and geology and securing surface assay data. However, additional core drilling planned for this target was postponed. Detailed mapping, pitting and trenching on the Kinshasa Fragment has been successful in the discovery of significant cobalt mineralization in association with minor copper within the SDS shales just beneath the CMN contact zone. Minor extensions to this mineralization were discovered in the south of the fragment, but more work is required to establish continuity of these zones.

### Exploration Drilling

During the year, Africo secured a number of exploration drill rigs to undertake resource drilling to further delineate resources on the Kalukundi property which led to the Company announcing positive exploration results. This evaluation work has been focused on the new Kesho fragment and on the Kii and Kalukundi fragments:

<u>The Kesho Fragment</u>

The previously disclosed ore resources and reserves defined for the Kalukundi Project are derived from the evaluation of four fragments of mineralization; Principal, Anticline, Kii and Kalukundi, within the Kalukundi Concession (please refer to the Kalukundi Technical report (“Technical Report”) dated June 2006 which is available on Sedar). A fifth fragment, the new Kesho fragment, located close to the Anticline fragment and adjacent to the proposed plant site has indicated additional mineralization, as detailed below.

The Kesho fragment is 400 metres long and dips to the NE at about 35º. Downdip continuity has been established by Reverse Circulation (RC) drilling (12 holes, 1150 metres) over a minimum distance of 200 metres down-dip to about 100 metres vertical depth. The average drilled width of the mineralized zone is 44m and the average true width is 38 metres. The current drilling down to approximately 100m vertical depth is all in oxide copper and cobalt mineralization. Hence the potential to prove up additional oxide mineralization to depths greater than 100m is excellent. Below this the sulphide mineralization potential remains untested.

A follow up core drilling program is planned to substantiate the continuity established to date and to drill deeper to define the full extent of the oxide mineralization. Once this drilling has been finalised, there will be sufficient data to undertake a mineral resource and reserve estimate. From this, the depth of opencast mining to extract exclusively oxide ore can be defined. Deeper drilling will also define the extent of sulphide resources that could potentially be exploited at a later stage.

<u>The Kii Fragment.</u>

During 2007 a total of 1,105 metres of core drilling, mainly HQ3 (61mm) size was completed from nine boreholes, K95 – K103 all inclined at 45º. This work was focused on two fragments, namely the Kii (seven boreholes) and Kalukundi fragments in the NE sector of the Kalukundi Concession.

The Kii fragment forms a "key" part of the ore reserves on the Kalukundi Project and, together with the Principal fragment, will be the source of initial ore for the plant in the early years of mine life.

This fragment was selected for infill drilling first, as it was considered that the most progress could be achieved with the least amount of drilling.

The drilling program confirmed the continuity of the mineralization to the NE by 50 metres and established that the depth continuity of this oxide mineralization extends to below 140 metres vertically.

Only one near surface borehole could be drilled due to difficult access on the hill slope. This borehole intersected 52.8 metres true width of high grade copper and cobalt mineralization.

Two boreholes, one on section 5 and one on section 3 confirmed that the oxide mineralization extends in depth to at least 140 metres vertically below surface. They also established that the mineralized zone has increased significantly to 60 metres in true width. This may enhance the potential viability of opencast mining economically down to these deeper levels.

The above drilling programme has added critical geological and assay data to the current knowledge of this fragment.

<u>The Kalukundi Fragment.</u>

The objective of the drilling program for this fragment was to determine potential for continuity of mineralization along strike to the NE. This is the only fragment with near surface sulphide ore, where the depth of oxides is around 40 metres except near the edges of the fragment, where oxides extend deeper to around 70 metres in depth.

Only two boreholes were drilled on the Kalukundi fragment in 2007. That on section 7 successfully substantiated continuity of the mineralization to the NE by an additional 50 metres. The main mineralized zone is narrower due to faulting, measuring, but is still enhanced by additional mineralization in the SDS formation. The mineralized zone measures 37 metres true width overall.

Assays

All of the samples from this drilling programme were assayed by SGS Lakefield Laboratories in Johannesburg, South Africa. The assay method was by XRF using a pellet prepared by pyrosulfate fusion. Internal Africo standard samples were inserted at regular intervals of every 10 or every 20 samples for verification purposes. The correlation of assay values from SGS with Africo's standards compared well in most cases and where differences were identified these were slightly lower than the expected values for the standards indicating that a slight undervaluation of the assays was being reported.

The Company has retained Coffey Mining/RSG Global to review the ore resources for the Kii and Kalukundi fragments and to provide a new mining study and technical report based on this new data.

**Hydrogeolocial drilling**

A Superrock percussion drill has been active on site at Kalukundi since early February to determine both water distribution and volumes in close proximity to the proposed open pits. The drilling programme was successfully completed in early September. The programme involved drilling of 1915m from 18 boreholes

One borehole has intersected sufficient water to supply the proposed new site for the relocation of the Kisankala village (18m$^3$/hour).

The Company has also identified abundant underground water resources from wide diameter hydrogeological borehole drilling and this is likely to result in capital cost savings on the project. Seven large-diameter (254mm) water bores have intersected major aquifers delivering between 10l/sec and +35l/sec; cumulatively, this amounts to 198 litres/sec or 712m$^3$/hour, more than three times what is needed to meet Kalukundi's planned plant and mining operation needs, currently estimated at 160m$^3$/hour. The Company will thus not have to construct a pipeline to access water from the Lualaba Lake as envisaged in the Kalukundi feasibility study resulting in a potential cost saving of approximately $1 million.

The last two boreholes were drilled on the edge of the proposed Tailings Storage Facility (TSF). Both intersected minor water and will act as monitoring wells for this TSF.

**Geotechnical studies**

Geotechnical studies were undertaken during May and June in order to provide data to allow for the pit slope angles to be redefined and steepened. On the Principal fragment, five shallow geotechnical boreholes were drilled for this purpose. This data has been re-assessed by Knight Piesold geotechnical engineers and the relevant pit slope angles have been steepened on the basis of the new data.

Numerous pits were excavated and sampled to define the foundation conditions in the vicinity of the Plant site, the tailings dam site and the Kasankala village relocation site.

Upon completion of the hydrological drilling programme at Kalukundi, all of the data secured by the contractor, Knight Piesold, was processed and incorporated into a hydrological model for the proposed mining areas. This model is now nearing completion and once finalized will define the requirements for dewatering drilling for the Kalukundi Mine.

.

**Environmental Adjustment Plan**

As noted in the Company's news release dated April 27, 2007, the Environmental Adjustment Plan submitted by Swanmines was approved by the Permanent Evaluation Committee of the Ministry of Mines in the DRC on 25

April 2007. This, together with the exploitation permit currently held by Swanmines, will enable it to begin development and mining at the Kalukundi project.

**Community Development**

The Company continues to invest in the social programs serving the community most impacted by its operations and has:

- Established The Kisankala Village Development Committee, "KVDC" consisting of Africo personnel and Kisankala Village residents, to co ordinate and communicate the relocation process and future development activities.

- Held public meetings disclosing all possible impacts and mitigations surrounding the development of the concession and relocation of the Kisankala village.

- Ensured procedures are in place including logistics for the relocation process, future development projects, and grievance mechanisms.

- Ensured policies are in place that have been communicated to the Kisankala community advising, wherever possible, employees will be recruited and trained from the local area.

- Subsidized 6 primary school teachers and supplied the school with basic educational material.

- Inaugurated a new water project that provides the village with access to some 18,000 liters of clean water per day.

- Secured a signed agreement from the local Chief and KVDC, with added support from the group chief for the location of the new proposed Kisankala Village.

- Provided logistical support for the national measles vaccination campaign ensuring that over 300 children in Kisankala village received the vaccine.

- Embarked on an extensive wheel chair distribution programme; beneficiaries of 150 wheelchairs came from the Katanga and Kinshasa provinces. The programme received widespread media coverage and very positive feedback from the public local authorities.

In addition, Africo has been the first mining company in the Katanga province to sign a memorandum of understanding with the Ministry of Social Affairs to align with the National Strategy for Regional Development.

**Engineering and other development activity**

Front End Engineering and Design commenced in April 2007 with practical completion achieved on October 12, 2007. Completion of the Front End Engineering and Design has confirmed plant design and throughput, established a budget based on current market conditions, and has served to place Africo, subject to successful completion of the raising of adequate capital, in a position to quickly proceed with the remaining development work starting in early 2008.

Work on the compilation of tender documents and the identification and short listing of suitable suppliers continued. In addition, inquiries have recommenced with SNEL, the DRC state electrical commission, for a power off-take agreement.

**Mporokoso Project in Zambia**

The Company acquired the rights to the Mporokoso gold project in Zambia as part of a basket of properties acquired along with the Kalukundi project. Geological research work is currently underway to define past work and current geology in order to delineate a future possible exploration program for the property

Work on the Mporokoso Gold Project has involved the compilation of a comprehensive GIS database. This has been achieved through extensive research through the archives of the Geological Survey of Zambia, incorporation of recent exploration activities and a detailed re-assessment of the drilling activities of the past three years. Based on the contents of this GIS it has been possible to develop a minerals map of the project area and to define the target areas within which future exploration activities will be undertaken.

## SELECTED ANNUAL FINANCIAL INFORMATION

| | 2007 | 2006 | 2005 |
|---|---|---|---|
| Interest and other income | $352,422 | $107,751 | $3,034 |
| Net loss for the year | $5,891,915 | $2,703,974 | $1,535,625 |
| Loss per share | $0.23 | $0.14 | $0.09 |
| Current assets | $5,764,342 | $13,285,279 | $2,686,242 |
| Mineral interests and other assets | $28,927,566 | $17,285,390 | $11,995,134 |
| Total assets | $34,691,908 | $30,570,669 | $14,681,376 |
| Current liabilities | $885,241 | $574,200 | $437,810 |
| Long-term liabilities and Asset Retirement obligation | $202,560 | Nil | nil |
| Future income tax liability | $3,856,292 | $1,868,892 | $1,758,949 |
| Total liabilities | $4,944,093 | $2,443,092 | $2,196,759 |
| Cash dividends declared | Nil | Nil | nil |

## RESULTS OF OPERATIONS

The Company continued to fund operating costs in the DRC as operations transitioned into the development phase. Early in the year the Company appointed a team of expatriate managers in the DRC to support the transition in activity in the DRC and incurred additional expenditure in support of their activities . Activity during the year consisted of infrastructure work, a significant exploration and hydrological drilling and assay program, preparation of the environmental management plan, community development work with a particular emphasis on uplifting the local village that will be moved prior to construction, and completion of the front end engineering design. In addition, the Company completed its first full year as TSX listed company, completed a private placement for CDN$4,000,000 of gross proceeds, and continued to pursue legal remedies to restore its ownership of Kalukundi. The consolidation of 100% of Swanmines' results and the incorporation of its operating results on a line item basis for the first time this year combined with the increase in activity is largely responsible for the increase in the net loss for the year to $5,891,915 from $2,703,974 in the prior year. Individual items contributing to this increase are as follows:

- General and administrative costs amounted to $3,798,330 (2006 - $1,284,459). The increase results mainly from the consolidation of 100% of Swanmines' results and the incorporation of its operating results on a line

item basis for the first time this year. Additional items contributing to the increase include increased consulting costs related to dealing with legal issues in the DRC and from a general increase in activity during the year reflected in the increased cost of conference attendance, telephones, website expenditures and personnel costs.

- Professional fees of $1,375,022 (2006 – $411,329) were incurred consisting of legal fees which accounted for the bulk of the increase as a result of current legal issues being dealt with in the DRC and the overall increase in the Company's activities, and the TSX listing of the Company.

- Stock based compensation cost amounted to $1,604,096 (2006 - $563,370). The Company granted 2,195,000 options to officers, employees the fair value of which amounted to $2,568,045 of which $963,949 has been charged to mineral properties and the remaining $1,604,096 to income.

- Stock exchange, filing and transfer agent fees totaled $125,695 (2005 - $153,998). Once-off listing costs in the prior year resulted in a higher expense in the prior year than in the current year where the expense relates to the ongoing costs result from being listed on the TSX.

- Travel costs amounted to $373,390 (2006 – $194,082) The increase results from the increased travel demands of both raising capital and transitioning the group into a development phase in the DRC as well as the added travel requirements resulting from the legal issues currently being dealt with in the DRC.

- The net foreign exchange gain for the period amounted to $1,199,685 (2005 – loss, $29,668) and results mainly from translation differences arising due to the fact that some of the Company's transactions are conducted in Canadian Dollars and most cash is held in Canadian Dollars whereas the Company's functional currency is US Dollars.

- Interest and other income for 2007 was $352,422 (2006 – $107,751) and is attributable to the increase in cash balances arising from the private placements at the end of the prior year.

- The loss on equity accounted investments was $167,489 for the year (2005 - $174, 819) is in respect of the period to March 31, 2007 and can be attributed to the increase in activities in the DRC following the completion of the feasibility study and the appointment of a Country Manager and other personnel in the DRC.

**ASSETS AND LIABILITIES**

The decrease in cash to $5,516,295 from $13,231,302 in the prior year is due to operating costs and exploration and development related expenditure on Kalukundi, as well as the cost of acquiring the remaining 52% of H&J, offset by a private placement of $4,000,000 by the IFC as well as other funds received by a smaller private placement, and the exercise of employee options.

The mineral properties balance increase to $28,900,007 from $4,672,223 in the previous year mainly as a result of the inclusion of the Swanmines balances as a result of its consolidation for the first time this year, and also as a result of cash expenditures of $8,165,859 and the related future tax effect.

The future income tax liability results from the non deductibility in Canada for tax purposes of mineral property costs incurred directly by the Canadian Parent Company in respect of the Kalukundi project.

## FOURTH QUARTER REVIEW

**3 months ended December 31, 2007 compared to the 3 months ended December 31, 2006**

The net loss for the quarter increased to $3,001,696 from $1,207,717 in the prior year. Individual items contributing to this increase are as follows:

- General and administrative costs amounted to $1,078,620 (2006 - $694,314). The increase results mainly from the consolidation of Swanmines and the incorporation of its operating results on a line item basis since April 1, 2007. Additional items contributing to the increase include, additional consulting fees paid and from the general increase in activity during the quarter compared with the same quarter in the prior year as reflected in the increased cost of conference attendance, telephones, website expenditures and personnel costs.

- Professional fees of $714,574 (2006 – $100,501) were incurred consisting of legal fees which accounted for the bulk of the increase as a result of current legal issues being dealt with in the DRC and the overall increase in the Company's activities, the TSX listing of the Company, and accounting costs which increased as a result of the increased scope of operations.

- Stock based compensation costs amounted to $1,363,358 (2006 - $70,646) reflecting options granted in November 2007.

- Stock exchange, filing and transfer agent fees totaled $25,892 (2006 - $153,998) due to the listing of the Company's shares on the TSX in December 2006.

- Travel costs amounted to $191,645 (2006 – $88,075). The increase results from the increased travel demands of both raising capital and transitioning the group into a development phase in the DRC as well as the added travel requirements resulting from the legal issues currently being dealt with in the DRC.

- The net foreign exchange gain for the period amounted to $318,820 (2006 – gain of $4,391) and results mainly from translation differences arising due to the fact that some of the Company's transactions are conducted in Canadian Dollars and its investments are held in Canadian Dollars, whereas the Company's functional currency is US Dollars.

- Interest and other income amounted to $53,572 (2006 – income of $69,278) and is attributable to the decrease in average cash balances over the same period in the prior year.

- The loss on equity accounted investment was $ nil in the period (2006 - $103,840) which reflects the fact that the operating results of Swanmines are now consolidated and incorporated on a line by line basis rather than as equity earnings.

## SUMMARY OF QUARTERLY RESULTS

| | **2007 Fourth Quarter** | **2007 Third Quarter** | **2007 Second Quarter** | **2007 First Quarter** | **2006 Fourth Quarter** |
|---|---|---|---|---|---|
| Interest income | 53,572 | 67,351 | 108,608 | 122,891 | 69,278 |
| Net loss for the quarter | (3,001,696) | (763,129) | (1,169,281) | (957,809) | (1,207,717) |
| Loss per share | $ 0.11 | $0.03 | $0.05 | $0.04 | $0.05 |

Quarterly expenses in the fourth quarter of 2007 reflects the effect of stock options granted and includes bonuses paid to consultants for successful completion of the private placement and plan of arrangement. Interest revenue in the fourth quarter of 2006 results from increased cash balances arising from the private placement. Quarterly results above are included from the period in which the Company first became listed on the Toronto Stock Exchange.

## LIQUIDITY AND CAPITAL RESOURCES

The Company had net working capital of $4,879,101 at December 31, 2007 (December 31, 2006 - $12,711,079). The decrease in working capital is mainly attributable to the acquisition of the remaining interest in H&J at a cost of $1,250,000, and the funding of operating costs and preliminary development expenditures which were partially offset by a $4,000,000 private placement to the IFC, and amounts received from a smaller private placement and on the exercise of employee stock options.

The current working capital will need to be augmented in order to fund the Company's general and administrative expenses as currently budgeted for the remainder of the financial year, assuming limited further development costs. The company is in discussion with potential investors and is confident that additional capital can be raised to fund its operations.

The feasibility study for the Kalukundi project which was completed in May 2006 estimates capital costs totaling $166.6 million. Taking into account the lead time to build the mine and potential working capital requirements at the start of production, the Company will need to raise approximately $200 million for capital costs, working capital, and additional mining and exploration activities to enable the Company to meet its development plans. Discussions with bankers and advisers are currently underway in this regard, however, there can be no assurance that the Company will be able to raise the capital required to meet its capital costs and working capital requirements.

The ability of the Company to obtain financing for the project is dependent on economic fundamentals including commodity prices and interest rates remaining at levels that support the project economics contained in the feasibility study described previously as well as the Company being successful in its efforts to secure title to the ownership by H&J of 75% of Swanmines in light of the developments described above under the heading "Recent Developments Regarding the Ownership of the Kalukundi Project".

### IFC Financing

On November 27, 2007 the Company completed a private placement from the International Finance Corporation (IFC), the private sector arm of the World Bank Group, to support the development of the Company's Kalukundi project and related infrastructure. The IFC subscribed for 1,731,602 units of the Company at a price per unit of C$2.31. Each unit was comprised of one share and one warrant which entitles the holder to acquire an additional share at a price of 125% of the subscription price for a period of 6 years, subject to accelerated exercise or expiry under certain circumstances.

## GOING CONCERN

The consolidated financial statements have been prepared using Canadian generally accepted accounting principles applicable to a going concern which assume that the Company will be able to realize its assets and discharge its liabilities in the normal course of business for the foreseeable future. At December 31, 2007 the Company had a positive working capital balance totaling $4,879,101, a deficit totaling $10,396,921, and had

incurred a net loss of $5,891,915 for the year then ended. In conjunction with the Company's Kalukundi property, the Company has expenditure commitments to fulfill. These circumstances lend substantial doubt as to the ability of the Company to meet its obligations as they come due and, accordingly, the appropriateness of the use of accounting principles applicable to a going concern.

The continuing operations of the Company are dependent upon its ability to continue to raise adequate financing and to ultimately achieve profitable operations in the future.

The Company is engaged in discussions with equity providers and hopes to raise sufficient capital in the near term to fund its operations. Nevertheless, there is no assurance that these initiatives will be successful.

The financial statements do not include any adjustments relating to the recoverability and classification of recorded amounts of assets and classification of liabilities that might be necessary should the Company be unable to continue in existence as a going concern. These adjustments could be material and have adverse consequences for the Company and its shareholders.

## OFF BALANCE SHEET ARRANGEMENTS

The Company has no off-balance sheet arrangements.

## TRANSACTIONS WITH RELATED PARTIES

Consulting fees relating to legal, financial, investor relations and other corporate matters, and salaries paid to Directors, former Directors, and organizations having common Directors totalled $1,139,400 (2006 - $881,698).

These transactions are in the normal course of operations and are measured at the exchange amount which is the amount of consideration agreed to by the related parties.

A shareholder, Rubicon Minerals Corporation ("Rubicon") received management fees amounting to $nil (2006 - $89,712). The balance owing to Rubicon and included in accounts payable at the year-end amounted to $ nil (2006 - $nil).

## OUTSTANDING SHARE DATA

As at March 28, 2008 the Company had the following securities issued and outstanding:

- 27,211,705 common shares;
- 4,275,000 common share purchase options
- 4,569,073 share purchase warrants

The Company also has the obligation under a plan of arrangement with Rubicon Minerals Corporation, among others, which completed on December 8, 2006, to issue shares to pre-existing Rubicon option and warrant holders, all consideration in respect of which is payable to Rubicon. A total of 222,423 shares remain to be issued to these option and warrant holders or to Rubicon.

## CRITICAL ACCOUNTING ESTIMATES

The preparation of financial statements in conformity with generally accepted accounting policies requires management of the Company to make estimates and assumptions that affect the reported amounts of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. These estimates are based on past experience, industry trends and known commitments and events. By their nature, these estimates are subject to measurement uncertainty and the effects on the financial statements of changes in such estimates in future periods could be significant. Actual results will likely differ from those estimates.

### Carrying value of deferred property interests

The Company has capitalized the cost of acquiring mineral property interests and on-going exploration and maintenance costs. Capitalized property costs are expensed in the period in which the Company determines that the mineral property interests have no future economic value. Capitalized property costs may also be written down if future cash flow, including potential sales proceeds and option payments, related to the property are estimated to be less than the carrying value of the property. The Company reviews the carrying value of its mineral properties periodically, and whenever events or changes in circumstances indicate the carrying value may not be recoverable, reductions in the carrying value of each property would be recorded to the extent that the carrying value of the investment exceeds the property's estimated fair value. Such events or changes in circumstances involve changes in political risk, economic risk, commodity prices, exchange rates, and interest rates among others.

The Company has determined that there is no impairment in the carrying value of the Kalukundi property other that which could result from an unfavorable resolution of the matters described under the heading "RECENT DEVELOPMENT REGARDING THE OWNERSHIP OF THE KALUKUNDI PROJECT AND MEASUREMENT UNCERTAINTY". A feasibility study completed in May 2006 had a projected NPV of $162.9 million for the mine, and copper and cobalt prices have appreciated substantially from that time.

### Stock-based compensation

The Company uses the Black-Scholes option pricing model to calculate the fair value of stock options and compensatory warrants granted. This model is subject to various assumptions. The assumptions the Company makes will likely change from time to time. At the time the fair value is determined, the methodology the Company uses is based on historical information, as well as anticipated future events. The assumptions with the greatest impact on fair value are those for estimated stock volatility and for the expected life of the instrument.

### Future income taxes

The Company accounts for tax consequences of the differences in the carrying amounts of assets and liabilities and their tax bases using tax rates expected to apply when these temporary differences are expected to be settled. When the future realization of income tax assets does not meet the test of being more likely than not to occur, a valuation allowance in the amount of the potential future benefit is taken and no future income tax asset is recognized. The Company has taken a valuation allowance against all such potential tax assets.

## CHANGES IN ACCOUNTING POLICIES

The Company has adopted the following CICA guidelines effective January 1, 2007:

a) Section 3855 - Financial Instruments - Recognition and Measurement. Section 3855 requires that all financial assets, except those classified as held to maturity, and derivative financial instruments, must be measured at fair value. All financial liabilities must be measured at fair value when they are classified as held for trading; otherwise, they are measured at amortised cost. Investments classified as available for sale are reported at fair market value based on quoted market prices with unrealized gains or losses excluded from earnings and reported as other comprehensive income or loss.

   In accordance with this new standard, the Company has classified its cash and equivalents and short-term investments as available for sale. Amounts receivable are classified as loans and receivables. Accounts payable and accrued liabilities are classified as other liabilities. Derivatives embedded in other financial instruments must be separated and measured at fair value. The Company has not identified any embedded derivatives in any of its instruments

b) Section 1530 - Comprehensive Income. Comprehensive income is the change in the Company's net assets that results from transactions, events and circumstances from sources other than the Company's shareholders and includes items that would not normally be included in net earnings such as unrealized gains or losses on available-for-sale investments.

c) Transition adjustment to opening balance: The adoption of Sections 1530 and 3855 has not impacted the opening equity and losses of the Company.

### Future accounting pronouncements

In December 2006, the CICA issued three new accounting standards: Section 1535, Capital Disclosures; Section 3862, Financial Instruments – Disclosures; and Section 3863, Financial Instruments – Presentation. These new standards will be effective for the Company for the quarter beginning January 1, 2008.

Section 1535 establishes disclosure requirements regarding an entity's capital and how it is managed. The purpose will be to enable users of the financial statements to evaluate the entity's objectives, policies and processes for managing capital.

Section 3862 and 3863 will replace Section 3861, Financial Instruments – Disclosure and Presentation, revising and enhancing its disclosure requirements and carrying forward unchanged its presentation requirements. These new sections will place increased emphasis on disclosure about the nature and extent of risks arising from financial instruments and how the entity manages those risks.

### International Financial Reporting Standards

In 2006, the Canadian Accounting Standards Board ("AcSB") published a new strategic plan that will significantly affect financial reporting requirements for Canadian companies. The AcSB strategic plan outlines the convergence of Canadian GAAP with International Financial Reporting Standards (IFRS) over an expected five year transitional period. In February 2008 the AcSB announced that 2011 is the changeover date for publicly-listed companies to use IFRS, replacing Canada's own GAAP. The date is for interim and annual financial statements relating to fiscal years beginning on or after January 1, 2011. The transition date of January 1, 2011 will require the restatement for comparative purposes of amounts reported by the Company for the year ended December 31, 2010.

The Company is currently assessing the impact of these new accounting standards on its financial statements.

## CONTROLS AND PROCEDURES

### Disclosure Controls and Procedures

Disclosure controls and procedure as designed to provide reasonable assurance that material information is gathered and reported to senior management, including the Chief Executive Officer and Chief Financial Officer, as appropriate to permit timely decisions regarding public disclosure.

Management, including the Chief Executive Officer and Chief Financial Officer, has evaluated the effectiveness of the design and operation of our disclosure controls and procedures. Based on this evaluation, the Chief Executive Officer and Chief Financial Officer have concluded that the Company's disclosure controls and procedures, as defined in Multilateral Instrument 52-109 – Certification of Disclosure in Issuer's Annual and Interim Filings, are effective to ensure that information required to be disclosed in reports that are filed or submitted under Canadian securities legislation are recorded, processed, summarized and reported within the time period specified in those rules.

### Internal Control over Financial Reporting

The CEO and CFO acknowledge responsibility for the design of internal control over financial reporting ("ICFR"), and confirm that there were no changes in these controls that occurred during the year ended December 31, 2007 which materially affected, or are reasonably likely to materially affect, the Company's ICFR.

A material weakness was noted in the internal controls over financial reporting as at December 31, 2007. During the course of the year-end audit the Company became aware that a portion of its investment in its subsidiary, H&J, had been transferred into the name of the Chief Executive as a result of a miscommunication between the Company and its counsel in the DRC. There was no system of formal review of the minutes of General Meetings of H&J, which resulted in this error being uncorrected at year-end. The Company will in future maintain both French and English language copies of the minute books of the DRC based entities at its Lubumbashi office and at its head office, and have instructed its counsel to forward copies of all minutes to its Lubumbashi office and to its head office. With respect to the 52% of H&J currently being held by the Chief Executive, the Company has obtained his irrevocable agreement that he is holding these shares in trust for the Company, and at the date of this report, was in the process of arranging a General Meeting to effect a transfer of these shares back to the Kisankala Mining Corp., a wholly owned subsidiary of the Company.

The Company is transitioning from an exploration company to the mine construction and operations phase of its life. Consequently, the system of internal controls over financial reporting is also changing and growing in keeping with each stage of evolution of the Company.

## CORPORATE GOVERNANCE

### Composition of the Board of Directors

The Board of Directors of Africo is at present comprised of five directors, one of whom, Mr. John Dixon, is considered to be independent. In determining whether a director is independent, the Board considers, for example, whether the director has a relationship which could, or could be perceived to interfere with the director's ability to objectively assess the performance of management. On this basis, Mr. Chris

Theodoropoulos, as Chairperson receiving remuneration for his services, and Mr. Antony Harwood, the current President and Chief Executive Officer are not considered independent. Although Mr. Tinus Maree and Mr. David Adamson do not currently receive compensation other than directors fees, since they received remuneration from Africo or its predecessors for consulting services during the past three years, they are not considered to be independent directors. Accordingly, the Board anticipates that once the uncertainty surrounding the ownership of 75% of Swanmines is concluded, it will identify additional qualified candidates that have experience relevant to its needs, are independent of Africo's management and its subsidiaries, and are considered independent under applicable corporate governance legislation and guidelines.

**SUBSEQUENT EVENTS**

Subsequent to the year-end, on February 11, 2008, the Government of the DRC issued a letter to Africo detailing certain findings of its recently completed mining review and recommending actions, some of which could have the effect of reducing Africo's equity interest in the Kalukundi project. In addition, Africo may have to negotiate and pay an additional "key payment" to Gecamines.

Africo has responded to the letter indicating that it has met its contractual obligations and that the equity interest was obtained in fair and balanced negotiations that yielded an outcome in line with similar deals being concluded at the time. Africo's expects to enter into negotiations with Gecamines in the second quarter of 2008, the outcome of which cannot be foreseen at this time.

**RISKS AND UNCERTAINTIES**

The success of the Company depends upon a number of factors, many of which are beyond our control. In addition to the uncertainty facing the Company outlined under the heading "RECENT DEVELOPMENTS REGARDING THE OWNERSHIP OF THE KALUKUNDI PROJECT, THE REVIEW OF MINING LICENCES, AND MEASUREMENT UNCERTAINTY" typical risk factors and uncertainties, among others, include political risks, financing risks, title risks, commodity prices, exchange rate risks, operating and environmental hazards encountered in the exploration, development and mining business and changing laws and public policies. Risk factors are more fully described in our Annual Information Form for the year ended December 31, 2007 and dated March 28, 2008, available electronically through the Internet on the Canadian System for Electronic Document Analysis and Retrieval (SEDAR) under the Company's name, which can be accessed at www.sedar.com.

In order for the Company to be able to raise the required equity and debt capital to fund the advancement and development of the Kalukundi project, the issues regarding the ownership of the 75% interest by H&J in Swanmines will have to be resolved. There can be no assurance that this will be able to be completed or achieved in a timely manner. Investment in the Company's shares is highly speculative and Investors risk losing their entire investment.

**QUALIFIED PERSON**

Disclosures under the heading "EXPLORATION AND DEVELOPMENT ACTIVITIEs" were prepared under the supervision of Michael J. Evans, Africo's Consulting Geologist, who is a Qualified Person under National Instrument 43-101 (NI 43-101).

**FORWARD LOOKING STATEMENTS**

The Company's annual financial statements for the years ended December 31, 2006 and December 31, 2005 and this accompanying MD&A contain certain statements that may be deemed "forward-looking statements". All statements in this document, other than statements of historical fact, that address events or developments that the Company expects to occur, are forward looking statements. Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential", "interprets" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Forward-looking statements in this document include statements regarding future exploration programs and joint venture partner participation, liquidity and effects of accounting policy changes. Although the Company believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward-looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing, inability to obtain required regulatory or governmental approvals and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of the Company's management on the date the statements are made. The Company undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change except as required by law.

These statements are based on a number of assumptions, including, among others, assumptions regarding general business and economic conditions, the timing of the receipt of regulatory and governmental approvals for the transactions described herein, the ability of Africo and other relevant parties to satisfy stock exchange and other regulatory requirements in a timely manner, the availability of financing for Africo's proposed transactions and exploration and development programs on reasonable terms and the ability of third-party service providers to deliver services in a timely manner. The foregoing list of assumptions is not exhaustive. Events or circumstances could cause results to differ materially.

AFRICO RESOURCES LTD.

By:

*"Antony Harwood"*

PRESIDENT, CEO AND DIRECTOR

March 28, 2008

# Exhibit QE–6

AFRICO RESOURCES LTD

Our People, Our Principles, Our Platform for Success

**News Release**

**For immediate release** **July 6, 2016**

## Africo Completes Going Private Transaction

Vancouver, British Columbia, July 6, 2016 – Africo Resources Ltd. (“Africo”) (TSX:ARL) announces the closing of its previously announced going private transaction, pursuant to which Camrose Resources Limited (“Camrose”) has acquired all of the issued and outstanding common shares of Africo that Camrose did not already own by way of a plan of arrangement (the “Plan of Arrangement”).

Pursuant to the Plan of Arrangement holders of Africo common shares will receive cash consideration of $1.00 per common share. Holders of Africo’s common shares and options may also receive an additional aggregate amount of USD $7.5 million if certain transactions, in respect of the Africo’s main Kalukundi project, a development stage copper-cobalt deposit located in the Katanga Copperbelt in the Democratic Republic of Congo (DRC), are completed within 14 months following the closing of the Plan of Arrangement. The terms and conditions of this contingent payment are set out in Africo’s management proxy circular dated May 31, 2016. The additional amount, if paid, would be equal to approximately USD $0.27 per common share. However, there can be no assurance that the additional payment will be made because this is contingent.

Africo shareholders who hold their common shares through a broker or other intermediary may contact that broker or other intermediary for instructions and assistance in receiving the consideration for their common shares. Shareholders who hold their common shares in certificated form are required to complete and sign a letter of transmittal and deliver it, together with their share certificates and the other required documents to the depositary. Further information concerning these processes is outlined in Africo’s management proxy circular dated May 31, 2016, a copy of which is available, along with the letter of transmittal, under Africo’s profile on SEDAR at www.sedar.com.

Any questions regarding the cash consideration, including any request for another letter of transmittal should be directed to the depositary, TSX Trust Company toll free at 1-866-393-4891 ext: 205.

With the completion of the plan of arrangement, it is expected that Africo’s shares will be de-listed from the Toronto Stock Exchange at the close of business on July 8, 2016.

**For further information contact:**

**Chris Theodoropoulos**
Chairman
on Tel: +1 (604) 646-3225

**Larry Okada**
Chief Financial Officer
on Tel: +1 (604) 646-3225

*Forward-looking statements:*

*This press release contains “forward-looking statements” within the meaning of applicable securities laws that are intended to be covered by the safe harbours created by those laws, including statements that use forward-looking terminology such as “anticipated”, “may”, “will”, “expect”, “could”, “should”, “anticipate”, “believe”, “continue”, “potential”, or the negative thereof or other variations thereof or*

*comparable terminology. Such forward-looking statements may include, without limitation, statements regarding the completion of the proposed transaction and other statements that are not historical facts. While such forward-looking statements are expressed by Africo, as stated in this release, in good faith and believed by Africo to have a reasonable basis, they are subject to important risks and uncertainties including, without limitation, approval of applicable governmental authorities, required Africo security holder approval and necessary Court approvals, the satisfaction or waiver of certain other conditions contemplated by the Arrangement Agreement, and changes in applicable laws or regulations, which could cause actual results to differ materially from future results expressed, projected or implied by the forward-looking statements. As a result of these risks and uncertainties, the proposed transaction could be modified, restructured or not be completed, and the results or events predicted in these forward-looking statements may differ materially from actual results or events. These forward-looking statements are not guarantees of future performance, given that they involve risks and uncertainties. Africo is not affirming or adopting any statements made by any other person in respect of the proposed transaction and expressly disclaims any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except in accordance with applicable securities laws, or to comment on expectations of, or statements made by any other person in respect of the proposed transaction. Investors should not assume that any lack of update to a previously issued forward-looking statement constitutes a reaffirmation of that statement. Reliance on forward-looking statements is at investors' own risk.*

The TSX has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.

# Exhibit QE-7




# TORONTO STOCK EXCHANGE AND TSX VENTURE EXCHANGE

# 2019 GUIDE TO LISTING
















TMX THE FUTURE IS YOURS TO SEE.



Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 142 of 759 PageID #: 1930

# STEPS TO LISTING

## STEP 1
### Determine The Market For Your Business

## LISTING ON TSX

Listing on Toronto Stock Exchange is the right choice for growth-oriented companies with strong performance track records. TSX is globally recognized as a leading international stock exchange, known for its standards of fairness and innovative approach to trading. TSX provides companies with a dynamic market in which to raise capital, while offering a range of benefits that include enhanced liquidity, specialized indices, visibility and analyst coverage.

### Why List On TSX?

Market for established businesses and management teams with experience in public markets.

Access to international institutional investors.

Globally visible indices utilized by investors.

Corporate governance appropriate for established issuers.

160+ year history.

Respected, leading global exchange.

## LISTING ON TSXV

Listing on TSX Venture Exchange is the right choice for small and early-stage companies looking to access public venture capital to facilitate their growth. Companies listed on TSXV are provided with the opportunity to gain a solid foothold in the public market, with the potential to work towards graduation to TSX and access to larger pools of capital. TSXV has listing requirements that are tailored to a company's industry sector, stage of development, financial performance and operational resources.

### Why List On TSXV?

Access to capital for early-stage companies and smaller financings (typical financing range: $500,000 to $20 million).

Extensive mentorship program for newly public companies.

Streamlined graduation to TSX.

Tailored listing and corporate governance requirements for small-cap companies.

Multiple financing rounds mean more ground-floor investing opportunities.

# MINING

**49%** of all global mining financings were completed by companies listed on TSX and TSXV

**34%** of all global mining equity capital was raised by companies listed on TSX and TSXV

TSX and TSXV are home to more Mining companies than any other market in the world, and have a diversified roster of public Mining companies by commodity and stage of development. These companies benefit by having greater access to capital, visibility of transactions, analyst coverage, specialized indices and tailored listing requirements for all sizes of companies.



## #1 In Global Mining Equity Financings In 2018

($ Billions)




Source: TSX and TSXV Market Intelligence Group and S&P Capital IQ, December 31, 2018.

**~50% of the world's public Mining companies are listed on TSX and TSXV**

## Benefits

### Access To Capital

Mining companies on TSX and TSXV raised $6.5 billion in 2018 through 1,255 transactions. This represents 49% of the number of public mining financings completed and 34% of the mining equity capital raised, globally.

### Liquidity & Trading

Almost 45 billion Mining company shares were traded on our Exchanges in 2018.

### Global Visibility

More than 200 global analysts cover TSX and TSXV listed Mining companies and it is estimated that approximately 40% of all trading originates outside of Canada.

### Growth Support

TSXV-listed companies have the potential to graduate to TSX as they grow and mature. From 2000 to 2018, 289 Mining companies have graduated from TSXV to TSX.

### Tailored Listing Criteria

Listing requirements are tailored to companies at varying levels and accommodate a range of companies from exploration stage to production.

### Experienced Exchange Staff

Relevant mining business experience and in-house geologists.

## Global Mining Companies — Global Reach

Number of companies with mining assets located around the world




**Nearly 45% of the 5,300+ mineral exploration projects held by TSX and TSXV companies are outside of Canada**

Note: A single company may have projects in multiple countries. Source: S&P Global Market Intelligence, January 2019.

As at December 31, 2018, unless otherwise noted.

# Exhibit QE-8

*AFRICO RESOURCES LTD.*
*Suite 1540 - 800 West Pender St.*
*Vancouver, B C. V6C 2V6*

NOT FOR DISTRIBUTION IN THE UNITED STATES OR FOR DISSEMINATION TO U.S. NEWS WIRE SERVICES.
**April 13, 2007**

# Africo Announces C$100 million Financing

**Africo Resources Ltd.** (TSX: ARL) is pleased to announce that it has entered into a financing agreement (the "Agreement") with an underwriting syndicate led by Paradigm Capital Inc. and including GMP Securities LP (together, the "Underwriters"), pursuant to which the Underwriters have agreed to purchase 27,030,000 common shares (the "Common Shares") of Africo at a price of C$3.70 per Common Share for total gross proceeds of C$100,011,000 (the "Offering"). Africo has granted the Underwriters an over-allotment option which will allow the Underwriters to purchase an additional number of Common Shares equal to up to 15% of the Offering at a price equal to the issue price, for a period of 30 days following closing.

The Common Shares will be offered in the provinces of Canada, other than Quebec, by way of a short-form prospectus and in such other jurisdictions outside of Canada as the Underwriters and Africo may agree upon. The Offering is expected to close on or about May 8, 2007 and is subject to certain conditions, including but not limited to the receipt of all necessary approvals including the approval of the TSX and the securities regulatory authorities.

The net proceeds from the Offering will be primarily used to fund the equity requirements for the development of Africo's Kalukundi project and for general corporate purposes including working capital.

This News Release does not constitute an offer to sell or the solicitation of an offer to buy any common shares within the United States. The common shares have not been offered and will not be registered under the United States Securities Act of 1933, as amended (the "1933 Act"), or any state securities laws. Accordingly, the common shares may not be offered or sold in the United States or to U.S. persons (as such terms are defined in Regulation S under the 1933 Act) unless registered under the 1933 Act and applicable state securities laws or exempt therefrom.

Africo is an exploration company, which is focusing on the further exploration and development of the Kalukundi Property which is located in the Democratic Republic of the Congo (the "DRC"). Africo's common shares are listed on the TSX under the symbol "ARL". Africo's principal activities include mineral exploration, development and mining, with a focus on the copper and cobalt sectors in the DRC.

FOR FURTHER INFORMATION PLEASE CONTACT:

Africo Resources Ltd.
Dr. Tony Harwood, President and CEO or
Chris Theodoropoulos, Chairman
(604) 646-3225

Africo Resources Ltd.
Bill Cavalluzzo
Investor Relations
1-866-365-4706 or 416 265 8049; E-mail: bcavalluzzo@rogers.com

*AFRICO RESOURCES LTD.*
*Suite 1540 - 800 West Pender St.*
*Vancouver, B C. V6C 2V6*

NOT FOR DISTRIBUTION IN THE UNITED STATES OR FOR DISSEMINATION TO U.S. NEWS WIRE SERVICES.
Website: www.africoresources.com

*This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.*

*Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.*

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.

# Exhibit QE–9

News release via Canada NewsWire, Toronto 416-863-9350

Attention Business Editors:
Africo Resources Ltd. - Press Release

TORONTO, April 27 /CNW/ - Africo Resources Ltd. (TSX: ARL) Africo has been made aware of a decision (the "Decision") rendered by a court in Lubumbashi, Democratic Republic of the Congo ("DRC") in a matter between Akam Mining s.p.r.l. ("Akam") and La Générale des Carrières et des Mines ("Gécamines"). The latter holds a 25% interest in Swanmines s.p.r.l. ("Swanmines"), the entity that owns the Kalukundi copper/cobalt deposit in the DRC.

The Decision is related to the ex parte default judgment obtained by Alejandro Berardone (the "Berardone Judgment") described in Africo's news release of February 23, 2007. Africo has an appeal application to oppose the Berardone Judgment.

A preliminary translation of the Decision indicates that it contains a declaration by the court to the effect that it accepts the assertion by Akam that Akam (and thus not Africo through its subsidiaries) is the owner of the remaining 75% of Swanmines. The Decision appears to accept Akam's claim that it acquired 75% of Swanmines at a sale in execution pursuant to the Berardone Judgment for the sum of US$600,000. Acting pursuant to the Decision, a meeting of Akam and Gecamines was held on April 20, 2007 at which the purported interest of Akam was recognized in the constating documents of Swanmines and other corporate acts were undertaken without the knowledge of Africo.

Africo has been advised by DRC counsel that the purported sale is illegal and not only subject to rescission in conjunction with the Berardone Judgment, but is also null and void because the Swanmines shares in question are owned by H&J Swanepoel Famille Trust s.p.r.l., which is not a party to any of these proceedings.

Africo was not made aware of any threatened or impending legal proceedings involving Akam and Gécamines nor was it given notice of the meeting on April 20. Africo has been advised by DRC counsel that an appeal has been lodged in the proceedings between Akam and Gecamines to have the Decision set aside.

In addition to the pending application for rescission of the Berardone Judgment and further possible legal action against Akam, Africo's DRC counsel has advised that a complaint for judicial misconduct by the Lubumbashi court is also being filed in the Supreme Court of the DRC in Kinshasa. Africo is advised that if this proceeding is successful, all previous judgments and orders pertaining to this subject matter will be null and void. In addition, Africo is pursuing all other available avenues to have the Decision set aside forthwith and the amendments to the constating documents rescinded.

Africo believes that these actions taken by third parties in the DRC are wholly without merit. Africo will vigorously pursue its interests in the courts and is optimistic that it will prevail, although there can be no assurance of this.

This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.

Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are

not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.

%SEDAR: 00024685E

/For further information: Africo Resources Ltd., Dr. Tony Harwood, President and CEO or Chris Theodoropoulos, Chairman, (604) 646-3225; Michael O'Brien, Chief Financial Officer, (604) 646-3225; Bill Cavalluzzo, Investor Relations, 1-866-365-4706; E-mail: bcavalluzzo(at)rogers.com; Website: www.africoresources.com/
(ARL.)

CO: Africo Resources Ltd.

CNW 16:45e 27-APR-07

# Exhibit QE–10

News release via Canada NewsWire, Toronto 416-863-9350

Attention Business Editors:
Africo Resources Ltd. - Financing Cancelled

TORONTO, April 27 /CNW/ - Africo Resources Ltd. (TSX: ARL) Africo announces that due to the developments announced in its news release of earlier today, Africo and its underwriters have mutually agreed to withdraw the offering announced on April 13, 2007.

This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.

Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.

%SEDAR: 00024685E

/For further information: Africo Resources Ltd., Dr. Tony Harwood, President and CEO or Chris Theodoropoulos, Chairman, (604) 646-3225; Michael O'Brien, Chief Financial Officer, (604) 646-3225; Bill Cavalluzzo, Investor Relations, 1-866-365-4706; E-mail: bcavalluzzo(at)rogers.com, Website: www.africoresources.com/
(ARL.)

CO: Africo Resources Ltd.

CNW 18:54e 27-APR-07

# Exhibit QE–11

News release via Canada NewsWire, Toronto 416-863-9350

Attention Business Editors:
Africo Resources - update on legal proceedings in the DRC

TORONTO, Aug. 13 /CNW/ - Further to the news release dated August 2, 2007, Africo Resources Ltd ("Africo") has been advised of the outcome of the public hearing that took place on Friday August 10, 2007 at the Supreme Court of Justice in Kinshasa, at which the judgement in the action against the three judges of the Tribunal de Grande Instance de Lubumbashi for judicial misconduct was considered.

A preliminary analysis by our DRC legal counsel indicates that the Supreme Court of Justice determined that the actions of the judges in certain of the matters could not be examined by the Supreme Court as they took the form of orders and not judgements. In addition, the motions brought by Swanmines sprl ("Swanmines") and H&J Swanepoel Famille Trust sprl ("H&J") were also not considered as these entities were not parties to any of the decisions or orders being contested.

The judgement left intact all the other appropriate recourses against the instruments ordering and carrying out the public sale of the shares of Swanmines, which can thus be initiated before the Lubumbashi courts. In this regard, Africo had initiated a number of actions in addition to the judicial misconduct application and will continue to vigorously pursue these. Africo will proceed forthwith to have the hearing in the original action appealing the judgement that awarded the $3 million to Mr Beradone, which had been postponed pending the outcome in the judicial misconduct application, as well as the application by H&J for a court order declaring the sale of the Swanmines shares to Akam Mining, declared null and void.

Note for editors:

Africo Resources Limited is a Canadian mineral company, committed to developing, acquiring and exploring for base metal assets in Africa. The company's main project is Kalukundi, a development stage copper-cobalt deposit located on the Katangan Copperbelt in the Democratic Republic of Congo (DRC). The development team has an operational base in the DRC, with the company corporate offices located in Vancouver, Canada. The company listed on the Toronto Stock Exchange in December 2006.

Forward-looking statements:

This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.

Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

**The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.**

**%SEDAR: 00024685E**

**/For further information: please visit our website at www.africoresources.com, or contact: Dr Tony Harwood, President and CEO, on tel: +27(11) 463-0081; Chris Theodoropoulos, Chairman, on tel: (604) 646-3225; Bill Cavalluzzo (Investor Relations) on tel: (866) 365-4706; Charmane Russell on (tel) +27(11) 880-3924/**
**(ARL.)**

**CO: Africo Resources Ltd.**

**CNW 09:56e 13-AUG-07**

# Exhibit QE-12

# AFRICO RESOURCES LTD

Dr Tony Harwood
President and CEO






# MINES AND MONEY CONFERENCE 2007

AFRICO RESOURCES LTD



# Disclaimer

This presentation contains certain statements that may be deemed “forward-looking statements”. All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward-looking statements.

Forward-looking statements are statements that are not historical facts and are generally, but not always, identified by the words “expects”, “plans”, “anticipates”, “believes”, “intends”, “estimates”, “projects”, “potential” and similar expressions, or that events or conditions “will”, “would”, “may”, “could” or “should” occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward-looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward- looking statements. Forward-looking statements are based on the beliefs, estimates and opinions of Africo’s management on the date the statements are made. Africo undertakes no obligation to update these forward looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this presentation.

AFRICO RESOURCES LTD



# Overview

- Founded in 2004
- TSX-listed in December 2006 (TSX:ARL)
- Raised C$20 million with a private placement in December 2006
- Common shares in issue: 25 million
- Developing, acquiring and exploring for copper-cobalt assets in Africa
- Corporate office in Vancouver
- Operational base in Lubumbashi, DRC and on site at Kalukundi

AFRICO RESOURCES LTD



# Our assets

- **Primary asset – Kalukundi Deposit , DRC**
  - A development stage high-grade copper-cobalt project
  - Bankable feasibility study completed in 2006 with robust economics
  - 75% interest through Swanmines ownership vehicle in partnership with Gécamines
  - Mining License and Government-approved Environmental Adjustment Plan (EAP)
- **Mporokoso Basin, Zambia**
  - Extensive gold exploration land package in NE Zambia, Tarkwa and Wits analogy

AFRICO RESOURCES LTD

# Our philosophy

Act like a major…,

**…think like a junior**

AFRICO RESOURCES LTD

# Act like a major…,

**Mission:**

- To provide long-term value through discovery, development and responsible exploitation of natural resources

- Consistently manage, grow portfolio and leverage relationships
- Practice first-class environmental, health and safety standards
- Consider and contribute to local communities
- Attract and retain the ‘right’ people
- Ethical and responsible

AFRICO RESOURCES LTD



# Act like a major…,

**Strong Board**

- Top mining industry professionals
- Directors based in Canada and Africa

**Experienced in–country project team**

- Managed and built mines in Africa
- Expat and Congolese employees

**In-country base**

- Main office in Lubumbashi
- Project office on site at Kalukundi

AFRICO RESOURCES LTD

# …think like a junior



- Fast-track Kalukundi into production
- Convert existing resources into reserves
- Explore for new resources on drill-ready targets
- Minimize overhead with DRC-based team
- Proactively seek opportunities
- Access to the right markets at the right time

AFRICO RESOURCES LTD

# In good company



AFRICO RESOURCES LTD

# Kalukundi fly-by



AFRICO RESOURCES LTD



# Fast track into production

- Subject to resolution of legal issues: -
- First production aimed for 2009
- Conventional open-pit selective mining method
- Good access to water, power, roads and rail
- Excellent partnership with Gécamines
- Initial reserves of 7.8Mt; resources of 27Mt
- Initial production 16,400t Cu, 3,800t Co per year
  - high-grade – 8.9%* CuEq, as oxide from surface

** Derived from reserves using $1.25/lb Cu and $12/lb Co*
*Project data refers to 100% holding*

AFRICO RESOURCES LTD



# Fast track into production

- Contained metal value in excess of $200 per tonne
- Total operating costs of $68 per tonne **
- Profit margin of 54% **
- After-tax NPV at 10% – $162.9 million **
- After-tax IRR of 28.5% **
- Near-term cash flow – 1.5 years **
  - payback within four years

*** Derived using $1.25/lb Cu and $12/lb Co based on current reserves*

*Project data refers to 100% holding and based on feasibility study*

13




AFRICO RESOURCES LTD

AFRICO RESOURCES LTD

# Positive surface assay results

Excellent cobalt values from trenches at Kesho *

| Trench | Cobalt % | Width m** |
|---|---|---|
| Trench 1 | 0.57 | 25.0 |
| Trench 2 | 0.47 | 36.0 |
| Trench 4 | 1.16 | 10.0 |
| Trench 6 | 0.54 | 23.0 |

* See press release dated 30th January 2007

** True width metres



AFRICO RESOURCES LTD



# Building the mine

- Conventional open-pit selective mining method (contract mining)
- Multiple-pit, multiple-cutback method
- Pre-stripping and blending ore to maintain feed continuity
- Cu-Co SX-EW process: proven technology, widely used locally
- Commissioned MDM Engineering to complete Front End Engineering and Design (FEED)

AFRICO RESOURCES LTD



# Building the mine

- FEED deliverables
  - Finalisation of process design and equipment selection
  - Plant layout
  - Control budget estimation
  - Selection of suitable sub-contractors
- EPCM contract award to follow FEED
  - Incorporate permitting, engineering, procurement, construction, training, cost control and mine commissioning

AFRICO RESOURCES LTD



# Opportunities for growth

- Convert resources into reserves
- Increase production in phases
- Additional 1.4Mt of reserves currently sterilized by power line
- Pit optimization using reduced operating costs
- Surface exploration of eight additional fragments
- Highly prospective region for other opportunities
- Developed excellent relationships in DRC

AFRICO RESOURCES LTD



# Operating in the DRC

- Strong local team in place who have developed excellent relationships with Government - Ministry of Mines, Governor of Katanga and local communities
- Environmental and social specialists in place and on site at Kalukundi
- MOU with Ministry of Social Affairs – vaccination program, wheel chair distribution, clean water etc.
- Operating within IFC partnership

AFRICO RESOURCES LTD



# Update: DRC legal proceedings

- Ex-employee of Africo awarded Africo's "shares" in Swanmines by Lubumbashi court.
- Local company Akam Mining purchased these "shares" and claimed ownership of Swanmines.
- Africo's interest in Swanmines is held though its subsidiary H&J Famille Trust in JV with Gécamines
- Current legal application to dismiss Akam's claim and award of non-existent shares. Reassert H&J's ownership of Swanmines
- Support received from DRC Government
- Confident of  positive favorable outcome

AFRICO RESOURCES LTD



# Positive impact in region

- Over 500 jobs to be created
  - more than 80% Congolese recruits
- $1.6 million for infrastructural development
  - including village relocation
- Investment in housing, services, health, education
  - $0.8 million in 2007-08

AFRICO RESOURCES LTD

# Poised to 'push the button'



- Resolution of legal dispute
- Total capital cost estimate of $210 million
- Equity – require $100 million
- IFC participate in private equity placement – C$4 million announced in November
- IFC assisting to arrange $140 million debt funding - $40 million participation announced in November
- Off-take agreements being explored

AFRICO RESOURCES LTD



# Conclusion

- High-grade copper-cobalt asset
- Bankable feasibility study with robust economics
- Experienced development and mining team
- Mining License and approved EAP
- Strong market prospects for cobalt and copper
- Aggressive plan to convert resources to reserves
- Government support in resolution of legal dispute
- On track to deliver production in 2009

AFRICO RESOURCES LTD

Dr Tony Harwood
President and CEO






# MINES AND MONEY CONFERENCE 2007

# Exhibit QE–13

**18 USC 3663A: Mandatory restitution to victims of certain crimes**
Text contains those laws in effect on January 29, 2020

**From Title 18-CRIMES AND CRIMINAL PROCEDURE**
PART II-CRIMINAL PROCEDURE
CHAPTER 232-MISCELLANEOUS SENTENCING PROVISIONS
**Jump To:**
**Source Credit**
**Amendments**
**Effective Date**

## §3663A. Mandatory restitution to victims of certain crimes

(a)(1) Notwithstanding any other provision of law, when sentencing a defendant convicted of an offense described in subsection (c), the court shall order, in addition to, or in the case of a misdemeanor, in addition to or in lieu of, any other penalty authorized by law, that the defendant make restitution to the victim of the offense or, if the victim is deceased, to the victim's estate.

(2) For the purposes of this section, the term "victim" means a person directly and proximately harmed as a result of the commission of an offense for which restitution may be ordered including, in the case of an offense that involves as an element a scheme, conspiracy, or pattern of criminal activity, any person directly harmed by the defendant's criminal conduct in the course of the scheme, conspiracy, or pattern. In the case of a victim who is under 18 years of age, incompetent, incapacitated, or deceased, the legal guardian of the victim or representative of the victim's estate, another family member, or any other person appointed as suitable by the court, may assume the victim's rights under this section, but in no event shall the defendant be named as such representative or guardian.

(3) The court shall also order, if agreed to by the parties in a plea agreement, restitution to persons other than the victim of the offense.

(b) The order of restitution shall require that such defendant-

(1) in the case of an offense resulting in damage to or loss or destruction of property of a victim of the offense-

(A) return the property to the owner of the property or someone designated by the owner; or

(B) if return of the property under subparagraph (A) is impossible, impracticable, or inadequate, pay an amount equal to-

(i) the greater of-

(I) the value of the property on the date of the damage, loss, or destruction; or

(II) the value of the property on the date of sentencing, less

(ii) the value (as of the date the property is returned) of any part of the property that is returned;

(2) in the case of an offense resulting in bodily injury to a victim-

(A) pay an amount equal to the cost of necessary medical and related professional services and devices relating to physical, psychiatric, and psychological care, including nonmedical care and treatment rendered in accordance with a method of healing recognized by the law of the place of treatment;

(B) pay an amount equal to the cost of necessary physical and occupational therapy and rehabilitation; and

(C) reimburse the victim for income lost by such victim as a result of such offense;

(3) in the case of an offense resulting in bodily injury that results in the death of the victim, pay an amount equal to the cost of necessary funeral and related services; and

(4) in any case, reimburse the victim for lost income and necessary child care, transportation, and other expenses incurred during participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense.

(c)(1) This section shall apply in all sentencing proceedings for convictions of, or plea agreements relating to charges for, any offense-

(A) that is-

(i) a crime of violence, as defined in section 16;

(ii) an offense against property under this title, or under section 416(a) of the Controlled Substances Act (21 U.S.C. 856(a)), including any offense committed by fraud or deceit;

(iii) an offense described in section 1365 (relating to tampering with consumer products); or

(iv) an offense under section 670 (relating to theft of medical products); and

(B) in which an identifiable victim or victims has suffered a physical injury or pecuniary loss.

(2) In the case of a plea agreement that does not result in a conviction for an offense described in paragraph (1), this section shall apply only if the plea specifically states that an offense listed under such paragraph gave rise to the plea agreement.

(3) This section shall not apply in the case of an offense described in paragraph (1)(A)(ii) if the court finds, from facts on the record, that-

(A) the number of identifiable victims is so large as to make restitution impracticable; or

(B) determining complex issues of fact related to the cause or amount of the victim's losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

(d) An order of restitution under this section shall be issued and enforced in accordance with section 3664.

(Added Pub. L. 104–132, title II, §204(a), Apr. 24, 1996, 110 Stat. 1227 ; amended Pub. L. 106–310, div. B, title XXXVI, §3613(d), Oct. 17, 2000, 114 Stat. 1230 ; Pub. L. 112–186, §6, Oct. 5, 2012, 126 Stat. 1430 .)

## Amendments

**2012**-Subsec. (c)(1)(A)(iv). Pub. L. 112–186 added cl. (iv).

**2000**-Subsec. (c)(1)(A)(ii). Pub. L. 106–310 inserted "or under section 416(a) of the Controlled Substances Act (21 U.S.C. 856(a))," after "under this title,".

## Effective Date

Section to be effective, to extent constitutionally permissible, for sentencing proceedings in cases in which defendant is convicted on or after Apr. 24, 1996, see section 211 of Pub. L. 104–132, set out as an Effective Date of 1996 Amendment note under section 2248 of this title.

# Exhibit QE-14

SOLACTIVE
German Index Engineering

# FACTSHEET - AS OF 28-Feb-2020
# Solactive Global Copper Miners Index

## DESCRIPTION

The Solactive Global Copper Miners Index includes international companies active in exploration, mining and/or refining of copper. The index includes a minimum of 20 and a maximum of 40 members. The calculation is done in USD as a total return index. Index adjustments are carried out semi-annually.

## HISTORICAL PERFORMANCE*




## CHARACTERISTICS

| | | | |
|---|---|---|---|
| ISIN / WKN | DE000A1DKEA1 / A1DKEA | Base Value / Base Date | 100 Points / 26.02.2010 |
| Bloomberg / Reuters | SOLGLOCO Index / .SOLGLOCO | Last Price | 53.00 |
| Index Calculator | Solactive AG | Dividends | Reinvested (Total Return Index) |
| Index Type | Commodity-Equity | Calculation | 09:00am to 10:30pm (CET), every 60 seconds |
| Index Currency | USD | History | Available daily back to 26.02.2010 |
| Index Members | 27 | | |

SOLACTIVE
German Index Engineering

FACTSHEET - AS OF 28-Feb-2020
Solactive Global Copper Miners Index

## STATISTICS

| | 30D | 90D | 180D | 360D | YTD | Since Inception |
|---|---|---|---|---|---|---|
| Performance | -13.9% | -13.0% | -4.8% | -26.9% | -23.1% | -47.0% |
| Performance (p.a.) | - | - | - | - | - | -6.1% |
| Volatility (p.a.) | 31.8% | 26.5% | 24.4% | 23.3% | 28.2% | 30.5% |
| High | 63.64 | 69.91 | 69.91 | 78.31 | 69.91 | 166.91 |
| Low | 53.00 | 53.00 | 53.00 | 53.00 | 53.00 | 28.05 |
| Sharpe Ratio | -2.68 | -1.69 | -0.45 | -1.24 | -2.90 | -0.25 |
| Max. Drawdown | -16.7% | -24.2% | -24.2% | -32.3% | -24.2% | -83.2% |
| VaR 95 \ 99 | | | | -44.3% \ -62.9% | | -50.0% \ -84.1% |
| CVaR 95 \ 99 | | | | -53.1% \ -69.7% | | -70.2% \ -105.8% |

## Composition by Currencies




## Composition by Countries




## TOP COMPONENTS AS OF 28-Feb-2020

| Company | Ticker | Country | Currency | Index Weight (%) |
|---|---|---|---|---|
| ZIJIN MINING GROUP CO LTD | 2899 HK Equity | CN | HKD | 6.81% |
| FREEPORT-MCMORAN INC | FCX UN Equity | US | USD | 5.46% |
| JIANGXI COPPER CO LTD-H | 358 HK Equity | CN | HKD | 5.35% |
| SOUTHERN COPPER CORP | SCCO UN Equity | US | USD | 5.21% |
| LUNDIN MINING CORP | LUN CT Equity | CA | CAD | 5.10% |
| GRUPO MEXICO SAB DE CV | GMEXICOB MF Equity | MX | MXN | 4.97% |
| KAZ MINERALS PLC | KAZ LN Equity | GB | GBP | 4.87% |
| IVANHOE MINES LTD | IVN CT Equity | CA | CAD | 4.82% |
| OZ MINERALS LTD | OZL AT Equity | AU | AUD | 4.66% |
| KGHM POLSKA MIEDZ SA | KGH PW Equity | PL | PLN | 4.55% |
| JINCHUAN GROUP INTERNATIONAL RESOURCES CO LTD | 2362 HK Equity | KY | HKD | 4.53% |
| FIRST QUANTUM MINERALS LTD | FM CT Equity | CA | CAD | 4.51% |
| ANTOFAGASTA PLC | ANTO LN Equity | GB | GBP | 4.46% |
| GLENCORE PLC | GLEN LN Equity | JE | GBP | 4.34% |
| BOLIDEN AB | BOL SS Equity | SE | SEK | 4.15% |

SOLACTIVE
German Index Engineering

FACTSHEET - AS OF 28-Feb-2020
Solactive Global Copper Miners Index

DISCLAIMER

© Solactive AG, 2020. All rights reserved.

The information contained in this factsheet is impersonal, not tailored to the needs of any person, entity or group of persons and for informational purposes only. The information contained herein has been obtained from public sources believed to be reliable, but no representation or warranty, express or implied, is made that such information is accurate or complete and it should not be relied upon as such. The content is provided on an "as is" basis. Solactive AG accepts no responsibility or liability for any errors or for any loss from use of this factsheet or any of the information or data contained herein. In no event shall Solactive AG be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs) in connection with any use of the factsheets and its content even if advised of the possibility of such damages.

It is not possible to invest directly in an index. Exposure to assets represented by an index is available through investable financial instruments that seek to provide an investment return based on the performance of an index. A decision to invest in any such financial instrument should not be made in reliance on any of the statements set forth in this document. Prospective investors are advised to make an investment in any such financial instrument only after carefully considering the risks associated with investing in such financial instruments, as detailed in an offering memorandum or similar document that is prepared by or on behalf of the issuer of the financial instrument or vehicle.

The financial instruments are not sponsored, promoted, sold or supported in any other manner by Solactive AG nor does Solactive AG offer any express or implicit guarantee or assurance either with regard to the results of using the Index and/or Index trade mark or the Index level at any time or in any other respect. Solactive AG makes no assurance that financial instruments based on the index will accurately track index performance or provide positive investment returns. Solactive AG is not an investment adviser and nothing in this factsheet constitutes a recommendation by Solactive AG to invest capital in financial instruments nor does it in any way represent an assurance or opinion of Solactive AG with regard to any investment in a financial instrument. Inclusion of a security within an index is not a recommendation by Solactive AG to buy, sell, or hold such security, nor is it considered to be investment advice.

The index is launched on 26-Feb-2010. All information, including index levels, provided for any date or time period prior to the launch date is back-tested. Back-tested performance is not actual performance, but is hypothetical. The back-test calculations are based on the same or fundamentally the same methodology that was in effect when the index was launched. A back-test calculation means that no actual investment which allowed a tracking of the performance of the Index was possible at any time during the period of the back-test calculation and that as a result any comparison is purely hypothetical. The methodology and the model used for the calculation and back-test calculation of the Index were developed with the advantage of hindsight. In reality, it is not possible to invest with the advantage of hindsight and therefore this performance comparison is purely theoretical.

Past performance should not be considered as indication or guarantee of any future results. Charts and graphs are provided for illustrative purposes.

This info service is offered exclusively by Solactive AG, Platz der Einheit 1, D-60327 Frankfurt am Main|E-Mail: indexing@solactive.com

"Solactive", "Solactive GBS", "German Index Engineering" and the logo are registered trademarks of Solactive AG.

The information in this document does not constitute tax, legal or investment advice. The factsheet is proprietary to Solactive AG. Its content may not be modified, reproduced, redistributed or stored in a retrieval system in whole or in part without the prior written consent of Solactive AG.

# Exhibit QE–15

GLOBAL X

# COPX

## Copper Miners ETF

## FUND SUMMARY

The Global X Copper Miners ETF (COPX) provides investors access to a broad range of copper mining companies.

## FUND OBJECTIVE

The Global X Copper Miners ETF (COPX) seeks to provide investment results that correspond generally to the price and yield performance, before fees and expenses, of the Solactive Global Copper Miners Total Return Index.

## WHY COPX?

**Targeted Exposure**

COPX is a targeted play on copper mining.

**ETF Efficiency**

In a single trade, COPX delivers efficient access to a basket of companies involved in the mining of copper.

## FUND DETAILS

As of 2/10/20

### Key Facts

| | |
|---|---|
| Ticker | COPX |
| Inception Date | 4/19/10 |
| CUSIP | 37954Y830 |
| ISIN | US37954Y8306 |
| Bloomberg Index Ticker | SOLGLOCO |
| Primary Exchange | NYSE Arca |

### Stats & Fees

| | |
|---|---|
| Net Assets | $75,790,780 |
| NAV | $17.84 |
| Shares Outstanding | 4,249,374 |

| | |
|---|---|
| Total Expense Ratio | 0.65% |

## Distributions

| | |
|---|---|
| 30-Day SEC Yield | 1.76% |
| Distribution Frequency | Semi-Annually |

Distribution Calendar

## FUND DOCUMENTS

Prospectus & Regulatory Information

Supplemental Tax Information

Fact Sheet

## FUND RESEARCH

Why Copper is an Infrastructure Play

Video Explores Commodity ETFs

## FUND PRICES

As of 2/10/20

| NAV | | | PRICE | | |
|---|---|---|---|---|---|
| Net Asset Value | $17.84 | | Closing Price | $17.87 | |
| Daily Change | -$0.07 | -0.41% | Daily Change | $0.05 | 0.28% |

## PERFORMANCE HISTORY

PREMIUM DISCOUNT CHART

| Cumulative %<br>Data as of month end (1/31/20) | FUND NAV | CLOSING PRICE | INDEX |
|---|---|---|---|
| 1 Month | -13.58% | -13.79% | -13.57% |
| 3 Months | 0.84% | 0.55% | 0.97% |
| 6 Months | -8.29% | -7.74% | -8.04% |

| **Cumulative %** Data as of month end (1/31/20) | FUND NAV | CLOSING PRICE | INDEX |
|---|---|---|---|
| Since Inception | -49.85% | -50.00% | -47.79% |

| **Avg Annualized %** Data as of month end (1/31/20) | FUND NAV | CLOSING PRICE | INDEX |
|---|---|---|---|
| 1 Year | -13.09% | -13.35% | -12.71% |
| 3 Years | -8.81% | -9.14% | -8.29% |
| 5 Years | 0.70% | 0.59% | 1.36% |
| Since Inception | -6.81% | -6.84% | -6.42% |

| **Avg Annualized %** Data as of quarter end (12/31/19) | FUND NAV | CLOSING PRICE | INDEX |
|---|---|---|---|
| 1 Year | 11.68% | 12.12% | 12.23% |
| 3 Years | 1.94% | 2.26% | 2.52% |
| 5 Years | -0.50% | -0.23% | 0.16% |
| Since Inception | -5.46% | -5.46% | -5.06% |

Cumulative return is the aggregate amount that an investment has gained or lost over time. Annualized Return is the average return gained or lost by an investment each year over a given time period.

*The performance data quoted represents past performance. Past performance does not guarantee future results. The investment return and principal value of an investment will fluctuate so that an investor's shares, when sold or redeemed, may be worth more or less than their original cost and current performance may be lower or higher than the performance quoted.*

## FUND CHARACTERISTICS

As of 2/10/20

| | | |
|---|---|---|
| **Return on Equity** ? | 6.70% | |
| **Average Market Cap** ? | $7,491.00 M | |
| | **2019** | **2020** |
| **Price-to-earnings** ? | 13.39 | 12.80 |
| **Price-to-book value** ? | 0.88 | 0.84 |

Source: AltaVista Research, LLC

# FUND RISK STATS

As of 2/10/20

| VERSUS | BETA |
|---|---|
| S&P 500 | 1.25 |
| MSCI EAFE | 1.69 |
| MSCI Emg. Mkts | 1.53 |
| Standard Deviation | 28.80% |

Source: AltaVista Research, LLC

# TOP 10 HOLDINGS

As of 2/10/20

FULL HOLDINGS (.CSV)

| NET ASSETS % | NAME | MARKET PRICE ($) | SHARES HELD | MARKET VALUE ($) |
|---|---|---|---|---|
| 6.03 | ZIJIN MINING-H | 0.45 | 10,052,160 | 4,569,398.99 |
| 5.82 | FREEPORT-MCMORAN INC | 12.17 | 362,378 | 4,410,140.26 |
| 5.25 | KGHM POLSKA MIEDZ SA | 23.58 | 168,662 | 3,977,046.85 |
| 5.19 | SOUTHERN COPPER CORP | 38.34 | 102,666 | 3,936,214.44 |
| 5.16 | GRUPO MEXICO-B | 2.77 | 1,412,322 | 3,912,933.27 |
| 4.93 | KAZ MINERALS PLC | 6.06 | 616,329 | 3,735,665.19 |
| 4.78 | JIANGXI COPPER CO LTD-H | 1.20 | 3,021,129 | 3,621,962.37 |
| 4.76 | IVANHOE MINES LTD-CL A | 2.64 | 1,369,983 | 3,610,361.39 |
| 4.74 | LUNDIN MINING CORP | 5.41 | 664,235 | 3,590,729.03 |
| 4.63 | OZ MINERALS LTD | 6.59 | 532,357 | 3,506,091.71 |

Holdings are subject to change. Cash, where shown, includes other assets and liabilities, such as payables and receivables.

Investing involves risk, including the possible loss of principal. International investments may involve risk of capital loss from unfavorable fluctuation in currency values, from differences in generally accepted accounting principles, or from economic or political instability in other nations. Emerging markets involve heightened risks related to the same factors as well as increased volatility and

lower trading volume. Narrowly focused investments may be subject to higher volatility. There are additional risks associated with investing in copper and the copper mining industry. COPX is non-diversified.

Shares of ETFs are bought and sold at market price (not NAV) and are not individually redeemed from the Fund. Brokerage commissions will reduce returns. Global X NAVs are calculated using prices as of 4:00 PM Eastern Time. The closing price is the Mid-Point between the Bid and Ask price as of the close of exchange. Closing price returns do not represent the returns you would receive if you traded shares at other times. Indices are unmanaged and do not include the effect of fees, expenses or sales charges. One cannot invest directly in an index.

High short-term performance of the fund is unusual and investors should not expect such performance to be repeated.

***Carefully consider the Fund's investment objectives, risks, and charges and expenses before investing. This and other information can be found in the Fund's summary or full prospectuses. Please read the prospectus carefully before investing.***

Global X Management Company LLC serves as an advisor to Global X Funds. The Funds are distributed by SEI Investments Distribution Co. (SIDCO), which is not affiliated with Global X Management Company LLC or Mirae Asset Global Investments. Global X Funds are not sponsored, endorsed, issued, sold or promoted by Solactive AG, nor does Solactive AG make any representations regarding the advisability of investing in the Global X Funds. Neither SIDCO, Global X nor Mirae Asset Global Investments are affiliated with Solactive AG.

# Exhibit QE–16

AFRICO RESOURCES LTD

News Release




**For immediate release** **May 13, 2016**

**Africo Resources Ltd. Enters into Definitive Agreement with Camrose Resources Limited for Going Private Transaction**

Vancouver, May 13, 2016 - Africo Resources Ltd. ("Africo" or the "Company") (TSX:ARL) today announced that it has entered into a definitive agreement (the "Arrangement Agreement") with Camrose Resources Limited ("Camrose") under which the Company would be taken private pursuant to a plan of arrangement (the "Plan of Arrangement"). Camrose currently owns 63.66% of the Africo common shares ("Common Shares").

Under the Plan of Arrangement, Camrose would acquire all of the Common Shares that Camrose does not already own for cash consideration of $1.00 per share. The cash consideration represents an approximate 115% premium to the last closing price of $0.465 of the Common Shares on the Toronto Stock Exchange.

Holders of the Company's Common Shares and Options may also receive an additional aggregate amount of USD $7.5 million if certain transactions, in respect of the Company's main Kalukundi project, a development stage copper-cobalt deposit located in the Katanga Copperbelt in the Democratic Republic of Congo (DRC), are completed within 14 months following the closing of the Plan of Arrangement with Camrose. The terms and conditions of this contingent payment will be set out in an information circular of the Company, as described below. The additional amount, if paid, would be equal to approximately USD $0.27 per share. However, there can be no assurance that the additional payment will be made because this is contingent.

Both the Special Committee of the Board of Directors of Africo, comprising of James Cook and George Ireland, and the Board of Directors of Africo unanimously (with Messrs. Cordero and Lauer abstaining) determined that the Plan of Arrangement is in the best interests of Africo and is fair to its shareholders.

The Special Committee of the Board of Directors of Africo has received a verbal opinion from Paradigm Capital Inc. to the effect that, as of the date of the opinion and based upon and subject to the limitations and qualifications therein, the consideration to be received for the Common Shares is fair, from a financial point of view, to the holders of the Common Shares (other than Camrose). Africo expects to receive a written opinion from Paradigm Capital Inc. prior to mailing the Management Information Circular to Africo shareholders.

The implementation of the Plan of Arrangement will be subject to approval by the holders of the affected securities at a special meeting (the "Special Meeting") expected to be held on June 29, 2016. As the transaction will constitute a "business combination" for the purposes of Multilateral Instrument 61-101, the implementation of the Plan of Arrangement will be subject to approval by a majority of the votes cast by shareholders other than Camrose, in addition to approval by 66⅔% of the votes cast by holders of Common Shares. The transaction also will be subject to applicable Court approvals and certain closing conditions customary in transactions of this nature. The transaction is also subject to Camrose obtaining a waiver from the lenders of its parent company Eurasian Resources Group BV.

Certain shareholders, holding as a group approximately 28% of the issued and outstanding common shares of Africo and 77% of the outstanding Common Shares held by the minority shareholders, have entered into voting agreements

pursuant to which, among other things, they have agreed to vote their Common Shares in favour of the Plan of Arrangement.

The terms and conditions of the proposed transaction will be disclosed in an information circular that will be mailed in late May 2016 to the shareholders of Africo that will be entitled to vote at the Special Meeting. It is anticipated that the transaction, if approved by Africo shareholders and the Court and if the requisite waiver and conditions are obtained and satisfied, will be completed in July of 2016.

Stikeman Elliott LLP acted as legal counsel to the Special Committee of Africo and Goodmans LLP acted as legal counsel to Camrose.

Copies of the Arrangement Agreement, the information circular for the Special Meeting and certain related documents will be filed with Canadian securities regulators and will be available at www.sedar.com.

This press release is neither an offer to purchase nor a solicitation of an offer to sell securities. No stock exchange, securities commission or other regulatory authority has approved or disapproved the information contained herein.

*Forward-looking statements:*
*This press release contains "forward-looking statements" within the meaning of applicable securities laws that are intended to be covered by the safe harbours created by those laws, including statements that use forward-looking terminology such as "anticipated", "may", "will", "expect", "could", "should", "anticipate", "believe", "continue", "potential", or the negative thereof or other variations thereof or comparable terminology. Such forward-looking statements may include, without limitation, statements regarding the completion of the proposed transaction and other statements that are not historical facts. While such forward-looking statements are expressed by Africo, as stated in this release, in good faith and believed by Africo to have a reasonable basis, they are subject to important risks and uncertainties including, without limitation, approval of applicable governmental authorities, required Africo security holder approval and necessary Court approvals, the satisfaction or waiver of certain other conditions contemplated by the Arrangement Agreement, and changes in applicable laws or regulations, which could cause actual results to differ materially from future results expressed, projected or implied by the forward-looking statements. As a result of these risks and uncertainties, the proposed transaction could be modified, restructured or not be completed, and the results or events predicted in these forward-looking statements may differ materially from actual results or events. These forward-looking statements are not guarantees of future performance, given that they involve risks and uncertainties. Africo is not affirming or adopting any statements made by any other person in respect of the proposed transaction and expressly disclaims any intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except in accordance with applicable securities or to comment on expectations of, or statements made by any other person in respect of the proposed transaction. Investors should not assume that any lack of update to a previously issued forward-looking statement constitutes a reaffirmation of that statement. Reliance on forward-looking statements is at investors' own risk.*

For further information contact:
Chris Theodoropoulos
Chairman
On Tel: +1(604) 646-3225

Larry Okada
Chief Financial Officer
On Tel: +1(604) 646-3225

Note for editors:
Africo Resources Ltd. is a Canadian mineral company engaged in developing, acquiring and exploring for base metal assets in Africa. The company's main project is Kalukundi, a development stage copper-cobalt deposit located in the Katanga Copperbelt in the Democratic Republic of Congo (DRC). The development team has an operational base in the DRC, with the company corporate offices located in Vancouver, Canada.

# Exhibit QE–17

# **CIM DEFINITION STANDARDS** - For Mineral Resources and Mineral Reserves

**Prepared by the *CIM Standing Committee on Reserve Definitions***
**Adopted by CIM Council on May 10, 2014**

## FOREWORD

The CIM Definition Standards on Mineral Resources and Reserves (CIM Definition Standards) establish definitions and guidance on the definitions for mineral resources, mineral reserves, and mining studies used in Canada. The Mineral Resource, Mineral Reserve, and Mining Study definitions are incorporated, by reference, into National Instrument 43-101 – *Standards of Disclosure for Mineral Projects* (NI 43-101). The CIM Definition Standards can be viewed on the CIM website at www.cim.org.

Readers should be aware that reports written by persons issuing technical reports that disclose information about exploration or other mining properties to the public in Canada are governed by a number of securities regulations.

## CIM DEFINITION STANDARDS

The CIM Definition Standards presented herein provide definitions and guidance on those definitions for Mineral Resource and Mineral Reserve and their confidence categories. The category to which a mineral resource or mineral reserve estimate is assigned depends on the level of confidence in the geological information available on the mineral deposit; the quality and quantity of data available on the deposit; the level of detail of the technical and economic information which has been generated about the deposit, and the interpretation of the data and information. In the document the definitions are in bold type and the guidance is in italics. Defined terms referenced to other CIM Definitions are underlined and defined terms referenced to NI 43-101 are double underlined.

Throughout the CIM Definition Standards, where appropriate, “quality” may be substituted for “grade” and “volume” may be substituted for “tonnage”. Technical Reports dealing with estimates of Mineral Resources and Mineral Reserves, or summarizing the results of Mining Studies (Preliminary Feasibility or Feasibility Studies), must use only the terms and definitions contained herein.

## DEFINITIONS

### Qualified Person

Mineral Resource and Mineral Reserve estimates and any supporting Technical Reports must be prepared by or under the direction of a Qualified Person, as that term is defined in NI 43-101.

*The Qualified Person(s) should be clearly satisfied that they could face their peers and demonstrate competence and relevant experience in the commodity, type of deposit and situation under consideration. If doubt*

*exists, the person must either seek or obtain opinions from other colleagues or demonstrate that he or she has obtained assistance from experts in areas where he or she lacked the necessary expertise.*

*Determination of what constitutes relevant experience can be a difficult area and common sense has to be exercised. For example, in estimating Mineral Resources for vein gold mineralization, experience in a high-nugget, vein-type mineralization such as tin, uranium etc. should be relevant whereas experience in massive base metal deposits may not be. As a second example, for a person to qualify as a Qualified Person in the estimation of Mineral Reserves for alluvial gold deposits, he or she would need to have relevant experience in the evaluation and extraction of such deposits. Experience with placer deposits containing minerals other than gold, may not necessarily provide appropriate relevant experience for gold.*

*In addition to experience in the style of mineralization, a Qualified Person preparing or taking responsibility for Mineral Resource estimates must have sufficient experience in the sampling, assaying, or other property testing techniques that are relevant to the deposit under consideration in order to be aware of problems that could affect the reliability of the data. Some appreciation of extraction and processing techniques applicable to that deposit type might also be important.*

*Estimation of Mineral Resources is often a team effort, for example, involving one person or team collecting the data and another person or team preparing the Mineral Resource estimate. Within this team, geologists usually occupy the pivotal role. Estimation of Mineral Reserves is almost always a team effort involving a number of technical disciplines, and within this team mining engineers have an important role. Documentation for a Mineral Resource and Mineral Reserve estimate must be compiled by, or under the supervision of, a Qualified Person(s), whether a geologist, mining engineer or member of another discipline. It is recommended that, where there is a clear division of responsibilities within a team, each Qualified Person should accept responsibility for his or her particular contribution. For example, one Qualified Person could accept responsibility for the collection of Mineral Resource data, another for the Mineral Reserve estimation process, another for the mining study, and the project leader could accept responsibility for the overall document. It is important that the Qualified Person accepting overall responsibility for a Mineral Resource and/or Mineral Reserve estimate and supporting documentation, which has been prepared in whole or in part by others, is satisfied that the other contributors are Qualified Persons with respect to the work for which they are taking responsibility and that such persons are provided adequate documentation.*

## Pre-Feasibility Study (Preliminary Feasibility Study)

*The CIM Definition Standards requires the completion of a Pre-Feasibility Study as the minimum prerequisite for the conversion of Mineral Resources to Mineral Reserves.*

**A Pre-Feasibility Study is a comprehensive study of a range of options for the technical and economic viability of a mineral project that has advanced to a stage where a preferred mining method, in the case of underground mining, or the pit configuration, in the case of an open pit, is established and an effective method of mineral processing is determined. It includes a financial analysis based on reasonable assumptions on the Modifying Factors and the evaluation of any other relevant factors which are sufficient for a Qualified Person, acting reasonably, to determine if all or part of the Mineral Resource may be converted to a Mineral Reserve at the time of reporting. A Pre-Feasibility Study is at a lower confidence level than a Feasibility Study.**

## Feasibility Study

**A Feasibility Study is a comprehensive technical and economic study of the selected development option for a mineral project that includes appropriately detailed assessments of applicable Modifying Factors together with any other relevant operational factors and detailed financial analysis that are necessary to demonstrate, at the time of reporting, that extraction is reasonably justified (economically mineable). The results of the study may reasonably serve as the basis for a final decision by a proponent or financial institution to proceed with, or finance, the development of the project. The confidence level of the study will be higher than that of a Pre-Feasibility Study.**

*The term proponent captures issuers who may finance a project without using traditional financial institutions. In these cases, the technical and economic confidence of the Feasibility Study is equivalent to that required by a financial institution.*

## Mineral Resource

*Mineral Resources are sub-divided, in order of increasing geological confidence, into Inferred, Indicated and Measured categories. An Inferred Mineral Resource has a lower level of confidence than that applied to an Indicated Mineral Resource. An Indicated Mineral Resource has a higher level of confidence than an Inferred Mineral Resource but has a lower level of confidence than a Measured Mineral Resource.*

**A Mineral Resource is a concentration or occurrence of solid material of economic interest in or on the Earth's crust in such form, grade or quality and quantity that there are reasonable prospects for eventual economic extraction.**

**The location, quantity, grade or quality, continuity and other geological characteristics of a Mineral Resource are known, estimated or interpreted from specific geological evidence and knowledge, including sampling.**

*Material of economic interest refers to diamonds, natural solid inorganic material, or natural solid fossilized organic material including base and precious metals, coal, and industrial minerals.*

*The term Mineral Resource covers mineralization and natural material of intrinsic economic interest which has been identified and estimated through exploration and sampling and within which Mineral Reserves may subsequently be defined by the consideration and application of Modifying Factors. The phrase 'reasonable prospects for eventual economic extraction' implies a judgment by the Qualified Person in respect of the technical and economic factors likely to influence the prospect of economic extraction. The Qualified Person should consider and clearly state the basis for determining that the material has reasonable prospects for eventual economic extraction. Assumptions should include estimates of cutoff grade and geological continuity at the selected cut-off, metallurgical recovery, smelter payments, commodity price or product value, mining and processing method and mining, processing and general and administrative costs. The Qualified Person should state if the assessment is based on any direct evidence and testing.*

*Interpretation of the word 'eventual' in this context may vary depending on the commodity or mineral involved. For example, for some coal, iron, potash deposits and other bulk minerals or commodities, it may be reasonable to envisage 'eventual economic extraction' as covering time periods in excess of 50 years. However, for many gold deposits, application of the concept would normally be restricted to perhaps 10 to 15 years, and frequently to much shorter periods of time.*

## Inferred Mineral Resource

**An Inferred Mineral Resource is that part of a Mineral Resource for which quantity and grade or quality are estimated on the basis of limited geological evidence and sampling. Geological evidence is sufficient to imply but not verify geological and grade or quality continuity.**

**An Inferred Mineral Resource has a lower level of confidence than that applying to an Indicated Mineral Resource and must not be converted to a Mineral Reserve. It is reasonably expected that the majority of Inferred Mineral Resources could be upgraded to Indicated Mineral Resources with continued exploration.**

*An Inferred Mineral Resource is based on limited information and sampling gathered through appropriate sampling techniques from locations such as outcrops, trenches, pits, workings and drill holes. Inferred Mineral Resources must not be included in the economic analysis, production schedules, or estimated mine life in publicly disclosed Pre-Feasibility or Feasibility Studies, or in the Life of Mine plans and cash flow models of developed mines. Inferred Mineral Resources can only be used in economic studies as provided under NI 43-101.*

*There may be circumstances, where appropriate sampling, testing, and other measurements are sufficient to demonstrate data integrity, geological and grade/quality continuity of a Measured or Indicated Mineral Resource, however, quality assurance and quality control, or other information may not meet all industry norms for the disclosure of an Indicated or Measured Mineral Resource. Under these circumstances, it may be reasonable for the Qualified Person to report an Inferred Mineral Resource if the Qualified Person has taken steps to verify the information meets the requirements of an Inferred Mineral Resource.*

## Indicated Mineral Resource

**An Indicated Mineral Resource is that part of a Mineral Resource for which quantity, grade or quality, densities, shape and physical characteristics are estimated with sufficient confidence to allow the application of Modifying Factors in sufficient detail to support mine planning and evaluation of the economic viability of the deposit.**

**Geological evidence is derived from adequately detailed and reliable exploration, sampling and testing and is sufficient to assume geological and grade or quality continuity between points of observation.**

**An Indicated Mineral Resource has a lower level of confidence than that applying to a Measured Mineral Resource and may only be converted to a Probable Mineral Reserve.**

*Mineralization may be classified as an Indicated Mineral Resource by the Qualified Person when the nature, quality, quantity and distribution of data are such as to allow confident interpretation of the geological framework and to reasonably assume the continuity of mineralization. The Qualified Person must recognize the importance of the Indicated Mineral Resource category to the advancement of the feasibility of the project. An Indicated Mineral Resource estimate is of sufficient quality to support a Pre-Feasibility Study which can serve as the basis for major development decisions.*

## Measured Mineral Resource

**A Measured Mineral Resource is that part of a Mineral Resource for which quantity, grade or quality, densities, shape, and physical characteristics are estimated with confidence sufficient to allow the application of Modifying Factors to support detailed mine planning and final evaluation of the economic viability of the deposit.**

**Geological evidence is derived from detailed and reliable exploration, sampling and testing and is sufficient to confirm geological and grade or quality continuity between points of observation.**

**A Measured Mineral Resource has a higher level of confidence than that applying to either an Indicated Mineral Resource or an Inferred Mineral Resource. It may be converted to a Proven Mineral Reserve or to a Probable Mineral Reserve.**

*Mineralization or other natural material of economic interest may be classified as a Measured Mineral Resource by the Qualified Person when the nature, quality, quantity and distribution of data are such that the tonnage and grade or quality of the mineralization can be estimated to within close limits and that variation from the estimate would not significantly affect potential economic viability of the deposit. This category requires a high level of confidence in, and understanding of, the geology and controls of the mineral deposit.*

## Modifying Factors

**Modifying Factors are considerations used to convert Mineral Resources to Mineral Reserves. These include, but are not restricted to, mining, processing, metallurgical, infrastructure, economic, marketing, legal, environmental, social and governmental factors.**

## Mineral Reserve

*Mineral Reserves are sub-divided in order of increasing confidence into Probable Mineral Reserves and Proven Mineral Reserves. A Probable Mineral Reserve has a lower level of confidence than a Proven Mineral Reserve.*

**A Mineral Reserve is the economically mineable part of a Measured and/or Indicated Mineral Resource. It includes diluting materials and allowances for losses, which may occur when the material is mined or extracted and is defined by studies at Pre-Feasibility or Feasibility level as appropriate that include application of Modifying Factors. Such studies demonstrate that, at the time of reporting, extraction could reasonably be justified.**

**The reference point at which Mineral Reserves are defined, usually the point where the ore is delivered to the processing plant, must be stated. It is important that, in all situations where the reference point is different, such as for a saleable product, a clarifying statement is included to ensure that the reader is fully informed as to what is being reported.**

**The public disclosure of a Mineral Reserve must be demonstrated by a Pre-Feasibility Study or Feasibility Study.**

*Mineral Reserves are those parts of Mineral Resources which, after the application of all mining factors, result in an estimated tonnage and grade which, in the opinion of the Qualified Person(s) making the estimates, is the basis of an economically viable project after taking account of all relevant Modifying Factors. Mineral Reserves are inclusive of diluting material that will be mined in conjunction with the Mineral Reserves and delivered to the treatment plant or equivalent facility. The term 'Mineral Reserve' need not necessarily signify that extraction facilities are in place or operative or that all governmental approvals have been received. It does signify that there are reasonable expectations of such approvals.*

*'Reference point' refers to the mining or process point at which the Qualified Person prepares a Mineral Reserve. For example, most metal deposits disclose mineral reserves with a "mill feed" reference point. In these cases, reserves are reported as mined ore delivered to the plant and do not include reductions attributed to anticipated plant losses. In contrast, coal reserves have traditionally been reported as tonnes of "clean coal". In this coal example, reserves are reported as a "saleable product" reference point and include reductions for plant yield (recovery). The Qualified Person must clearly state the 'reference point' used in the Mineral Reserve estimate.*

## Probable Mineral Reserve

**A Probable Mineral Reserve is the economically mineable part of an Indicated, and in some circumstances, a Measured Mineral Resource. The confidence in the Modifying Factors applying to a Probable Mineral Reserve is lower than that applying to a Proven Mineral Reserve.**

*The Qualified Person(s) may elect, to convert Measured Mineral Resources to Probable Mineral Reserves if the confidence in the Modifying Factors is lower than that applied to a Proven Mineral Reserve. Probable Mineral Reserve estimates must be demonstrated to be economic, at the time of reporting, by at least a Pre-Feasibility Study.*

## Proven Mineral Reserve (Proved Mineral Reserve)

**A Proven Mineral Reserve is the economically mineable part of a Measured Mineral Resource. A Proven Mineral Reserve implies a high degree of confidence in the Modifying Factors.**

*Application of the Proven Mineral Reserve category implies that the Qualified Person has the highest degree of confidence in the estimate with the consequent expectation in the minds of the readers of the report. The term should be restricted to that part of the deposit where production planning is taking place and for which any variation in the estimate would not significantly affect the potential economic viability of the deposit. Proven Mineral Reserve estimates must be demonstrated to be economic, at the time of reporting, by at least a Pre-Feasibility Study. Within the CIM Definition standards the term Proved Mineral Reserve is an equivalent term to a Proven Mineral Reserve.*

## MINERAL RESOURCE AND MINERAL RESERVE CLASSIFICATION

The CIM Definition Standards provide for a direct relationship between Indicated Mineral Resources and Probable Mineral Reserves and between Measured Mineral Resources and Proven Mineral Reserves. In other words, the level of geoscientific confidence for Probable Mineral Reserves is the same as that required for the in situ determination of Indicated Mineral Resources and for Proven Mineral Reserves is the same as that required for the in situ determination of Measured Mineral Resources. Figure 1, displays the relationship between the Mineral Resource and Mineral Reserve categories.




s

*Figure 1, Relationship between Mineral Reserves and Mineral Resources*

*Figure 1 sets out the framework for classifying tonnage and grade/quality estimates so as to reflect different levels of geological confidence and different degrees of technical and economic evaluation. Mineral Resources can be estimated by a Qualified Person, with input from persons in other disciplines, as necessary, on the basis of geoscientific information and reasonable assumptions of technical and economic factors likely to influence the eventual prospect of economic extraction. Mineral Reserves, which are a modified sub-set of the Indicated and Measured Mineral Resources (shown within the dashed outline in Figure 1), require consideration of modifying factors affecting profitable extraction, including mining, processing, metallurgical, economic, marketing, legal, environmental, infrastructure, social and governmental factors, and should be estimated with input from a range of disciplines. Additional test work, e.g. metallurgy, mining, environmental is required to reclassify a resource as a reserve.*

*In certain situations, Measured Mineral Resources could convert to Probable Mineral Reserves because of uncertainties associated with the modifying factors that are taken into account in the conversion from Mineral Resources to Mineral Reserves. This relationship is shown by the dashed arrow in Figure 1 (although the trend of the dashed arrow includes a vertical component, it does not, in this instance, imply a reduction in the level of geological knowledge or confidence). In such a situation these modifying factors should be fully explained. Under no circumstances can Indicated Resources convert directly to Proven Reserves.*

*In certain situations previously reported Mineral Reserves could revert to Mineral Resources. It is not intended that re-classification from Mineral Reserves to Mineral Resources should be applied as a result of changes expected to be of a short term or temporary nature, or where company management has made a deliberate decision to operate in the short term on a non-economic basis. Examples of such situations might be a commodity price drop expected to be of short duration, mine emergency of a non-permanent nature, transport strike etc.*

## GUIDANCE FOR REPORTING MINERAL RESOURCE AND MINERAL RESERVE INFORMATION

Qualified Persons preparing public Mineral Resource and Mineral Reserve reports in Canada must follow the requirements in Form 43-101F1 of National Instrument 43-101, available on the following websites: www.osc.gov.ca; www.bcsc.bc.ca; www.albertasecurities.com and www.cvmq.com.

The following discussion is included for additional guidance when preparing a Technical Report.

*Qualified Persons are encouraged to provide information that is as comprehensive as possible in their Technical Reports on Exploration Information, Mineral Resources and Mineral Reserves. The Mineral Exploration Best Practices Guidelines, the Estimation of Mineral Resource and Mineral Reserve Best Practice Guidelines provide, in a summary form, a list of the main criteria which should be considered when reporting Mineral Resources and Mineral Reserve estimates. These guidelines are available on the CIM website, www.cim.org.*

*These Guidelines are not prescriptive and it may not be necessary to comment on each item in the guidelines, however, the need for comment on each item should be considered. It is essential to discuss any matters that might materially affect the reader's understanding of the estimates being reported. Problems encountered in the collection of data or with the sufficiency of data must be clearly disclosed at all times, particularly when they affect directly the reliability of, or confidence in, an estimate of Mineral Resources and Mineral Reserves; for example, poor sample recovery, poor reproducibility of assay or laboratory results, limited information on tonnage factors, etc. Mineral Resources and Mineral Reserves must be reported on a site by site basis.*

*When reporting both Mineral Resources and Mineral Reserves, a clarifying statement must be included that clearly indicates whether Mineral Reserves are part of the Mineral Resource or that they have been removed from the Mineral Resource. A single form of reporting should be used in a report. Appropriate forms of clarifying statements may be:*

- *"The Measured and Indicated Mineral Resources are inclusive of those Mineral Resources modified to produce the Mineral Reserves", or*
- *"The Measured and Indicated Mineral Resources are additional to the Mineral Reserves".*

*Inferred Mineral Resources are, by definition, always additional to Mineral Reserves.*

## REPORTING OF COAL RESERVES

*For consistency in public reporting of Mineral Resources and Mineral Reserves for coal, it is recommended that all issuers use the Mineral Resource and Mineral Reserve categories set out in the CIM Definition Standards. Qualified Person(s) should be guided by the Estimation of Mineral Resources and Mineral Reserve Best Practices Guidelines for Coal and by GSC Paper 88-21: A Standardized coal Resource/Reserve Reporting System for Canada. It is acceptable to use the GSC Paper 88-21 as a framework for the development and categorization of coal estimates, but the GSC 88-21 categories should be converted to the equivalent CIM Definition Standard categories for public reporting.*

## REPORTING OF INDUSTRIAL MINERALS

*When reporting Mineral Resource and Mineral Reserve estimates relating to an industrial mineral site, the Qualified Person(s) should be guided by the Estimation of Mineral Resources and Mineral Reserves Best Practice Guidelines for Industrial Minerals.*

## REPORTING OF DIAMONDS AND GEMSTONES

*When reporting diamond Exploration Information and Mineral Resources and Mineral Reserves the Qualified Person is expected to comply with the CIM Guidelines for the Reporting of Diamond Exploration Results and the Estimation of Mineral Resources and Mineral Reserves Best Practice Guidelines for Rock Hosted Diamonds.*

# Exhibit QE–18

*Getz Prince Wells LLP*

*Suite 1810, 1111 West Georgia Street*
*Vancouver, British Columbia, Canada V6E 4M3*
*Tel: (604) 685-6367 Fax: (604) 685-9798*

September 17, 2008

**VIA SEDAR**

British Columbia Securities Commission
P.O. Box 10142, Pacific Centre
701 West Georgia Street
Vancouver, British Columbia V7Y 1L2

Alberta Securities Commission
4th Floor, Alberta Stock Exchange Tower
300-5th Avenue S.W.
Calgary, Alberta T2P 3O4

Ontario Securities Commission
20 Queen Street West, Suite 1903
Toronto, Ontario M5H 3S8

Autorité des marchés financiers
800, Square Victoria, 22e étage
C.P. 246, tour de la Bourse
Montréal, Québec H4Z 1G3

Dear Sirs/Mesdames:

***Re: Africo Resources Ltd. (the "Issuer") – Technical Report (Revised)***

The Technical Report on the Issuer's Kalukundi Project, as previously filed, has been revised by the authors, as attached, in response to comments received from regulators.

Yours truly,

*"Zahra H. Ramji"*

Zahra H. Ramji

Email: zahra@getzpw.com
Direct Line: (604) 605-4295

Enclosure









RSG GLOBAL

Integrated Mining Solutions







# KALUKUNDI PROJECT

## TECHNICAL REPORT (REVISED)

PREPARED BY RSG GLOBAL ON BEHALF OF:

## AFRICO RESOURCES LIMITED







GEOLOGY • EXPLORATION • RESOURCES • MINING ENGINEERING • METALLURGY

# KALUKUNDI PROJECT
## Democratic Republic of the Congo

# Technical Report (Revised)

**Prepared by RSG Global on behalf of:**

## Africo Resources Limited


| | | | |
|---|---|---|---|
| **Author(s):** | John Hearne | Principal Consultant - Mining Engineering | BEng, MBA, MAusIMM |
| | Julian Verbeek | Principal Consultant - Resources | BSc.(Hon), PhD. (Geol.), MAusIMM |

Additional Qualified Persons, not affiliated with RSG Global:

| | | |
|---|---|---|
| **MDM Engineering Ltd** | David Dodd | BSc Hons (Chem), FSAIMM |
| **Africo Resources Ltd** | Michael Evans | BSc (Geo/Chem), MSc (Geo), MGSSA, MSEG |
| **Golder Associates Africa (Pty) Ltd** | Guillaume Louw de Swardt | BSc (Eng), MSc(Eng), MECSA |
| **Knight Piésold (Pty) Limited** | Douglas Dorren | BSc (Eng), MSc(Eng), MAICE |
| **African Mining Consultants Limited** | Martin Broome | BSc Hons (Geo), MSc(Eng), FUKIMMM |


**Date:** July 2008

**Job Number:** JSWA01

**Copies:**

| | |
|---|---|
| Africo Resources Limited | (2) |
| RSG Global – Perth | (1) |

Primary Author
John Hearne

Supervising Principal
Linton Kirk

**The Reader is advised to read the Disclaimer (Section 3 of this document)**

# Table of Contents


**1 SUMMARY ... 1**
- 1.1 Introduction ... 1
- 1.2 Location ... 1
- 1.3 Ownership ... 1
- 1.4 Project Geology ... 1
- 1.5 Resource Drilling ... 2
- 1.6 Data Quality ... 3
- 1.7 Mineral Resources ... 3
- 1.8 Reserves ... 4
- 1.9 Development and Operations ... 6
- 1.10 Project Implementation ... 7
- 1.11 Financial Summary ... 7
- 1.12 Conclusions ... 7
- 1.13 Recommendations ... 8

**2 Introduction and Terms of Reference ... 9**
- 2.1 Terms of Reference ... 9
- 2.2 Principal Sources of Information ... 9
- 2.3 Qualifications and Experience ... 9
- 2.4 Independence ... 10

**3 Disclaimer ... 11**

**4 Property Description and Location ... 12**
- 4.1 Project Location ... 12
- 4.2 Tenements ... 12
- 4.3 Ownership ... 13
- 4.4 Tenement Status ... 13
- 4.5 Royalties and Agreements ... 14
- 4.6 Environmental Liabilities ... 14

**5 Accessibility, Climate, Local Resources, Infrastructure and Physiography ... 15**
- 5.1 Project Access ... 15
- 5.2 Physiography ... 15
- 5.3 Climate ... 16
- 5.4 Local Infrastructure and Services ... 17

**6 History ... 19**
- 6.1 General ... 19
- 6.2 Exploration by Previous Owners ... 20
- 6.3 Historical Resources ... 21
- 6.4 Historical Production ... 24

**7 Geological Setting ... 25**
- 7.1 Regional Setting ... 25
- 7.2 Local Geology ... 26
- 7.3 Structural Geology ... 29

**8 Deposit Types ... 30**

**9 Mineralisation ... 31**
9.1 General ... 31
9.2 Oxide and Sulphide Mineralogy ... 32
**10 Exploration ... 33**
10.1 Topographical Survey ... 33
10.2 Geological Mapping ... 33
10.3 Trenches ... 33
10.4 Exploration Data Collection ... 34
10.5 Interpretation and Discussion ... 34
**11 Drilling ... 36**
11.1 Drilling by Previous Owners ... 36
11.2 Drilling by Current Owners ... 36
**12 Sampling Method and Approach ... 38**
12.1 Trenches ... 38
12.2 Diamond Drilling ... 38
**13 Sample Preparation, Analysis and Security ... 39**
13.1 Sample Preparation and Analysis ... 39
13.1.1 Gécamines ... 39
13.1.2 JCI/GeoConsult ... 39
13.1.3 Africo ... 39
13.2 Quality Control Procedures ... 39
13.2.1 Gécamines ... 39
13.2.2 JCI/GeoConsult ... 40
13.2.3 Africo Resources ... 40
13.3 RSG Global Statistical Analysis of Africo QA/QC Data ... 41
13.3.1 Assay Accuracy – Standards and Blanks ... 42
13.3.2 Company Standards and Blanks ... 42
13.3.3 Laboratory Blanks ... 44
13.3.4 Assay Precision ... 44
13.3.5 Duplicate Core Data ... 45
13.3.6 Umpire Laboratory ... 45
13.3.7 Discussion and Conclusion ... 46
**14 Data Validation ... 47**
14.1 Borehole Validation and Logging Procedures ... 47
14.2 Assessment of Project Database ... 48
**15 Adjacent Properties ... 49**
**16 Mineral Processing and Metallurgical Testing ... 50**
16.1 Metallurgical Testwork ... 50
16.2 Representative Samples of Mineralisation ... 50
16.2.1 Bulk Sample Selection ... 50
16.2.2 Hydrometallurgical Testwork on the Bulk Sample Material. ... 51
16.3 Comminution ... 51
16.4 Pilot Leach Testwork Campaign ... 52
16.4.1 Primary Copper Solvent Extraction ... 53
16.4.2 Copper Electrowinning ... 53
16.4.3 Iron Removal ... 53
16.4.4 Secondary Copper solvent extraction ... 53

16.4.5 Aluminium Removal ....53
16.4.6 Zinc/Manganese Solvent Extraction ....54
16.4.7 Copper Ion Exchange ....54
16.4.8 Cobalt Solvent Extraction ....54
16.4.9 Co Electrowinning ....54
16.4.10 Acid consumption ....54
16.5 Performance and Recovery Predictions ....55

**17 Mineral Resource and Mineral Reserve Estimates .... 57**
17.1 Geological Interpretation and Modelling ....57
17.2 Mining Depletion ....58
17.3 Statistical Analysis ....58
17.3.1 Compositing ....58
17.3.2 Recovery vs Grade ....58
17.3.3 Distributions ....59
17.4 Block Modelling ....59
17.5 Grade Estimation ....60
17.5.1 Variograms ....60
17.5.2 Search Parameters ....60
17.5.3 Estimation Strategy ....62
17.6 Classification ....62
17.7 Resource Reporting ....65
17.8 Reserve Estimates ....69

**18 Other Relevant Data and Information .... 71**

**19 Interpretations and Conclusions .... 73**

**20 Recommendations .... 74**
20.1 Geology ....74
20.2 Mining ....74

**21 References .... 75**

**22 Certificates .... 76**

**23 Date .... 83**

**24 Additional Requirements for Technical Reports on Development Properties and Production Properties .... 84**
24.1 Mining ....84
24.1.1 Mining Approach ....84
24.1.2 Recommended Slope Design Parameters ....84
24.1.3 Contract Mining ....85
24.1.4 Pit Optimisation ....85
24.1.5 Pit Optimisation Results ....88
24.1.6 Mine Design ....88
24.1.7 Waste Dumps ....90
24.1.8 Mine Production Schedule ....90
24.2 Recoverability ....91
24.3 Process Flowsheet ....95
24.4 Plant Design ....96
24.5 Tailings Management ....98
24.6 Infrastructure ....99
24.7 Markets ....100

24.7.1 Copper ....100
24.7.2 Cobalt ....101
24.8 Contracts ....102
24.9 Environmental ....102
24.9.1 Objectives ....102
24.9.2 Environmental Assessment ....103
24.9.3 Environmental Impacts and Mitigates ....103
24.9.4 Environmental Plans ....104
24.10 Taxes ....105
24.10.1 Government ....105
24.10.2 Royalties and Agreements ....106
24.11 Overall Operating Cost Estimate ....106
24.12 Mine Operating Costs ....107
24.13 Process Plant Operating Costs Estimate ....107
24.14 Capital Cost ....110
24.14.1 Summary ....110
24.14.2 Process Plant Capital Cost Estimate ....110
24.15 Economic Analysis ....111
24.15.1 Introduction ....111
24.15.2 Assumptions ....111
24.15.3 Financial Outcomes ....111
24.15.4 Sensitivity Analysis ....113
24.16 Mine Life ....113
24.17 Project Implementation Plan ....114
24.18 Background information on the Democratic Republic of Congo ....115
24.18.1 Demographics and Geographic Setting ....115
24.18.2 Political and Financial Status ....115
24.18.3 Mining Industry ....116
24.18.4 Mining Tenure ....117
**25 Illustrations ....119**

# List of Tables

Table 1.7_1 – Resources Between Surface and 200 Metres Below Surface 3
Table 1.8_1 – Summary of Input Parameters used for Reserve Estimation 4
Table 1.8_2 – Reserve Summary by Fragment 5
Table 1.11_1 – Overall Operating Costs 7
Table 4.2_1 – Plan of Concession Carrés, Area No. 591 12
Table 6.3_1 – Mineral 'Reserve' (Gécamines 1998) 22
Table 6.3_2 – Estimated Resource Amenable to Open Cut Mining (JCI 2001) 22
Table 6.3_3 – Resources after Geo-Consult/JCI 2002 22
Table 6.3_4 – Inferred Resources 23
Table 13.3.2_1 – Statistical Summary of Company Standard (A) at SGS Lakefield Johannesburg 43
Table 13.3.2_2 – Statistical Summary of Company Blanks (B and IW) 43
Table 13.3.3_1 – Statistical Summary of SGS Lakefield Johannesburg Blanks (SGSWASTE) 44
Table 13.3.5_1 – Summary of Laboratory Precision Data – Kalukundi 45
Table 13.3.6_1 – Summary of Laboratory Precision Data – Kalukundi 46
Table 16.5_1 – Leach Recoveries from Bench Scale Testwork 55
Table 17.3.2_1 – Database Adjustments for Core Loss 59
Table 17.5.1_1 – Variogram Parameters 61
Table 17.5.2_1 – Search and Sample Selection Parameters 63
Table 17.7_1 – Resource Statement for Kalukundi at 1.5% Cu Equivalent Cutoff : Measured 65
Table 17.7_2 – Resource Statement for Kalukundi at 1.5% Cu Equivalent Cutoff : Indicated 66
Table 17.7_3 – Resource Statement for Kalukundi at 1.5% Cu Equivalent Cutoff : Inferred 67
Table 17.7_4 – Resource Statement for Kalukundi at 1.5% Cu Equivalent Cutoff : Meas+Ind 68
Table 17.8_1 – Summary of Input Parameters used for Reserve Estimation 69
Table 17.8_2 – Reserve Summary by Fragment 70
Table 18_1 – Reserve Classification Comparison 71
Table 18_2 – List of Abbreviations 72
Table 23.1.4_1 – Summary Source of Main Input Parameters 86
Table 23.1.4_2 – Revenue Calculations 86
Table 23.1.4_3 – Summary Mining Operating Costs 86
Table 23.1.4_4 – Process Operating Costs 87
Table 23.1.6_1 – Summary Material Breakdown by Pit Design 89
Table 23.1.8_1 – Summary Mining Schedule 92
Table 23.2_1 – Acid and $SO_2$ Consumption 93
Table 23.2_2 – Leach Recoveries and Operating Costs with Depth 94
Table 23.2_3 – Evaluation of Gangue Acid Consumption 95
Table 23.2_4 – Sulphur Consumption and Total Process Costs 95
Table 23.11_1 – Overall Operating Costs – Average Over Life of Mine 106
Table 23.12_1 – Annual Mining Cost Summary 108
Table 23.12_2 – Unit Mining Cost Summary 108
Table 23.13_1 – Overall Operating Costs – Average Over Life of Mine 109
Table 23.14.1_1 – Summary Capital Expenditure Schedule 110
Table 23.14.2_1 – Concentrator Plant and Infrastructure Capital Cost Summary 110
Table 23.15.3_1 – Summary of Base Case Cashflow Model 112

# List of Figures


| | |
|---|---|
| Figure 4.3_1 – Ownership of the Kalukundi Project | 13 |
| Figure 4.1_1 – Locality Map showing the DRC and its Neighbours | 119 |
| Figure 4.1_2 – Locality Map of part of Katanga Province | 119 |
| Figure 7.1_1 – Stratigraphic Column for the Katanga Supergroup | 120 |
| Figure 7.2_1 – Plan of the Kalukundi Concession | 121 |
| Figure 17.3.2_1 – Recovery vs Cu grade for RATG in the Kalukundi Fragment | 121 |
| Figure 23.1.5_1 – Kalukundi Pit Optimisation Results | 122 |
| Figure 23.1.6_1 – Kalukundi and Kii Pit and Waste Dump Designs | 123 |
| Figure 23.1.6_2 – Principal and Anticline Pit and Waste Dump Designs | 123 |
| Figure 23.1.8_1 – Total Material Movement Schedule by Pit | 124 |
| Figure 23.15.4_1 – Project IRR Sensitivity to Metal Price Changes | 124 |
| Figure 23.15.4_2 – Project NPV Sensitivity to Cost Variations | 125 |
| Figure 23.15.4_3 – Project IRR Sensitivity to Cost Variations | 125 |


# List of Appendices


Appendix 1 – Company Standards and Blanks Plots

Appendix 2 – Repeats and Umpire Plots

Appendix 3 – Confirmation of Title

The ore requires leaching for twelve hours at 25ºC and 30% solids, using 150g/l sulphuric acid and sulphur dioxide as leaching agents. Co and Cu leaching efficiencies of greater than 94% and 97% respectively were consistently achieved. Overall recovery after losses in processing was between 93% and 89% for Cu and between 78 and 70% for Co.

The leach product is then washed in a 6 stage counter current decantation plant to ensure a clarified liquor is sent to the copper recovery circuit whilst keeping losses due to entrainment below 1%. The copper recovery circuit consists of copper solvent extraction step where the copper is moved to an organic phase before being stripped to produce an advance liquor that is treated in the copper tank house. The copper tank house produces cathode plate that will be sold. A bleed stream from the copper circuit is sent to the cobalt recovery circuit.

The cobalt circuit consists of several purifying steps where impurities like iron, aluminium, manganese, zinc and finally copper are removed before the purified cobalt liquor is sent to solvent extraction circuit where cobalt is loaded onto an organic phase before being stripped to produce the advance solution that is treated in the cobalt tank house. The cobalt tank house produces cobalt cathode that will be binned and sold.

## 24.4 Plant Design

The Kalukundi plant is designed to recover Cu and Co from a copper/cobalt ore body consisting of four fragments, namely Principle, Anticline, Kalukundi and Kii, at a total treatment rate of 800,000tpa, at an average feed grade of 2.37% Cu and 0.69% Co over the life of mine. The proposed Kalukundi plant design is based on conventional, well understood, tested and proven technology.

Ore from the pits is delivered to the ROM pad where blending will take place to ensure equalised feed to the plant. Ore from the ROM pad is sent to a single stage crushing circuit to generate a crushed product that passes 160mm. The crushed product is stockpiled before being fed to milling plant. The crushing plant is designed to have 85% operating utilisation out of an eight hour shift basis. The remaining time each day will be available for maintenance, offering up to 16 hours/day for scheduled maintenance purposes.

The stockpiled ore is reclaimed using apron feeders and fed to the milling plant at a steady rate of 95tph. MDM examined a number of alternative milling and leach size scenarios to determine an optimum power consumption solution for the plant. The optimum power consumption was achieved utilising an open circuit SAG mill followed by a closed circuit ball mill to grind ore down to 75% passing 75µm. Testwork conducted by MINTEK has confirmed the ore to be amenable to SAG milling and the circuit has been designed accordingly. The milling plant is designed to operate at 95tph and have 91% operating utilisation, which includes eight hours per week for scheduled maintenance purposes.

The milled ore feeds the thickener where excess water is removed before thickener underflow is fed to a belt filter. The dewatering steps are used to reduce the water consumption in the plant and also to prepare the leach feed with raffinate used in the leach circuit. The leach circuit consists of four leach tanks per stage for a total residence time of twelve hours. Most of the copper is leached during the time in the first two tanks where Sulphuric Acid ($H_2SO_4$) is added, while the cobalt is leached in the latter tanks. Sulphur Dioxide ($SO_2$) is added to the last two tanks to help the cobalt leach process. The leach product flows to the first of six counter current decantation (CCD) thickeners.

Raffinate from the Cobalt Solvent Extraction area is added to the last CCD thickener as a washing liquor. The overall wash ratio in the CCD area is approximately 1.3. This ratio minimises the entrained losses during washing while still achieving the required pregnant liquor solution (PLS) grades for Copper and Cobalt. In the CCD thickener circuit the slurry is pumped downstream from CCD1 whilst the liquor is pumped upstream from CCD6. The PLS from CCD1 is pumped to the Pinned Bed Clarifier whilst the Underflow is pumped from CCD6 to the tailings treatment tank. The pinned bed clarifier is utilised to ensure no solids enter the solvent extraction (SX) phase of the process.

The pinned bed clarifier overflow is pumped to the primary copper SX where copper is extracted from the PLS and loaded onto an organic LIX984N before being stripped of the organic by a 200g/l $H_2SO_4$ strip solution. The stripped organic is re-used whilst the loaded aqueous stream or advance electrolyte is pumped to the copper electrowinning plant. The cobalt rich, copper stripped, raffinate is pumped to the raffinate storage tank from where it is pumped to the filtration and leach areas as make-up solution whilst a bleed stream is sent to the cobalt recovery section of the plant.

In the cobalt recovery section, it is imperative that the electrolyte sent to cobalt electrowinning is cleaned of all metals that could co-deposit and reduce the grade of cobalt metal. The first metal removed is iron, which is oxidised to the ferric form and precipitated out using lime.

The clarified Iron removal thickener overflow PLS flows to the secondary copper SX where the PLS is scavenged to remove any remaining copper using the stripped organic from the primary copper SX area. The clarified PLS is sent to the aluminium removal section whilst the copper loaded organic is returned to the primary copper SX area.

The secondary copper SX PLS is further purified by precipitating out aluminium using lime. The first stage thickener underflow is pumped to the tailings treatment tank whilst the overflow flows to second stage where some more lime is added to purify the PLS further. The second stage product is sent to the second stage thickener from where the purified PLS overflow flows to the manganese and zinc (Mn/Zn) SX plant. The underflow from the second stage thickener is returned to the iron precipitation section.

In the Mn/Zn SX plant, the manganese and zinc is extracted from the PLS using di-2-ethyl hexylphosphoric acid (DEHPA). The manganese and zinc is then stripped from the DEPHA using a 150g/l H2SO4 strip solution. The manganese and zinc rich aqueous phase is then pumped to tailings and effluent treatment. The clarified PLS is pumped to the copper ion exchange (IX) plant.

The PLS is pumped to the IX columns where the remaining copper is loaded onto the resin. The copper barren solution is pumped to the cobalt SX plant. A two molar H2SO4 eluant is used to strip the copper from the resin before returning the eluate solution to the copper leach circuit to recover the eluted copper. The resin is regenerated using sodium hydroxide.

In the cobalt SX plant, cobalt is extracted in five extraction stages using Cyanex 272 as the organic phase. The raffinate from the cobalt SX extraction phase is returned to the CCD area. The loaded organic is pumped to the cobalt SX scrubbing and stripping where the cobalt is stripped from the organic. The stripped organic is returned to the extraction phase whilst the cobalt rich advance solution is pumped to the cobalt electrowinning section.

In both the copper and cobalt electrowinning areas, the advance liquor is heated through heat exchangers. Guar is added to the pregnant electrolyte as a smoothing agent for the cathodes. Copper electrolyte is pumped to the copper tank house which consists of 100 cells each with 43 anodes and 42 cathodes of 1.1m by 1.0m in size. Copper is plated on the cathode and the cathodes are periodically removed for stripping before the cathodes are baled for transport. Cobalt electrolyte is pumped to 36 cells consisting of 43 anodes and 42 cathodes of 0.75m by 1.0m in size. Cobalt is plated on the cathodes and the cathodes are periodically removed for stripping. The cobalt metal plate is brittle and will be shipped in drums.

All the discard streams in the plant are pumped to the tailings and effluent treatment tank where lime is added to neutralise the slurry before it is pumped to the tailings dam some 3.5 km from the metallurgical site. Return water from the tailings dam is pumped back to the plant and is used as part of the plant water requirements. In order to best utilise the limited water available in the area, water is re-circulated and retained in process where possible. The only water leaving the process will be in the tailings stream.

To ensure the quality of the copper cathode and cobalt final product, the final product bin and storage area will be housed in a roofed area. In addition the design provides for all the required offices, warehouses, service buildings etc.

### 24.5 Tailings Management

Golder Associates Africa Pty Ltd (Golders) established that the Project requires a tailings disposal facility that can accommodate 12Mt of tailings at a deposition rate of 60,000tpm over the life of the Project. The life of the current Project is currently 10 years. Allowance (in concept only) has been made for future expansion of the facility to 17 years capacity at present rates.

A spigot deposition method has been adopted for optimised water return and creating a safe and stable tailings dam. Storm water diversion trenches, upstream of the facility, will prevent clean storm water from the external catchment flowing onto the tailings disposal facility. Catchment paddocks will contain eroded solids and surface runoff from the side slopes during the operational stage of the facility.

# Exhibit QE–19

**Africo Simplified Kalukundi Model** Base Case per feas updated to mid 2008, no terminal value, 100% equity, capex updated, Cu price updated

| | | Units | Totals | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Present Value** | | US$m | | $1 Discount Rate | | 10% | | | | | | | | | | | |
| **IRR** | | | 10.1% | | | | | | | | | | | | | | |
| **Assumptions** | | | | | | | | | | | | | | | | | |
| **Reserves** | | Kt | 7,845 | | Cu | 2.25% | | | | | | | | | | | |
| **Annual Production** | | Kt | 800 | | Co | 0.66% | | | | | | | | | | | |
| **Capex** | | US$m | 387.00 | | | | | | | | | | | | | | |
| **Copper Price** | | $ | 2.00 | | | | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 |
| **Cobalt Price** | | $ | 12.00 | | | | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 |
| | | Units | Totals | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
| | | | Years | -1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| **PRODUCTION** | | | | | | | | | | | | | | | | | |
| **Mining** | | | | | | | | | | | | | | | | | |
| Ore Mined | | Kt | 7,845 | | | | 200 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 445 |
| Remaining Reserves | | Kt | | | | 7,845 | 7,645 | 6,845 | 6,045 | 5,245 | 4,445 | 3,645 | 2,845 | 2,045 | 1,245 | 445 | - |
| Stripping Ratio | | Times | 4.02 | | | | 13.41 | 8.12 | 6.86 | 4.74 | 4.09 | 2.98 | 2.76 | 2.49 | 1.76 | 1.45 | 1.42 |
| Waste Mined | | Kt | 31,517 | | | | 2,682 | 6,496 | 5,488 | 3,796 | 3,273 | 2,385 | 2,206 | 1,989 | 1,407 | 1,164 | 632 |
| Total Material Mined | | Kt | 39,362 | | | | 2,882 | 7,296 | 6,288 | 4,596 | 4,073 | 3,185 | 3,006 | 2,789 | 2,207 | 1,964 | 1,077 |
| **Mining Cost $/t** | **4.86** | US$m | 191.3 | | | | 14.01 | 35.46 | 30.56 | 22.34 | 19.80 | 15.48 | 14.61 | 13.55 | 10.72 | 9.54 | 5.23 |
| **Processing** | | | | | | | | | | | | | | | | | |
| Plant Feed | | Kt | 7,845 | | | | 200 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 445 |
| Cu - Head Grade | 2.25% | | | | | | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% |
| Co - Head Grade | 0.66% | | | | | | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% |
| Cu Recovery | **0.91** | | | | | | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% |
| Co Recovery | **0.74** | | | | | | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% |
| Cu Cathode | | Kt | 160.63 | | | | 4.10 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 9.11 |
| Co Cathode | | Kt | 38.31 | | | | 0.98 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 2.17 |
| **Processing Cost $/t milled** | **53.244** | US$m | 417.7 | | | | 10.65 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 23.69 |
| **CASH FLOW** | | | | | | | | | | | | | | | | | |
| **Sales** | Copper | US$m | 708.2 | - | - | - | 18.1 | 72.2 | 72.2 | 72.2 | 72.2 | 72.2 | 72.2 | 72.2 | 72.2 | 72.2 | 40.2 |
| | Cobalt | US$m | 1,013.6 | - | - | - | 25.8 | 103.4 | 103.4 | 103.4 | 103.4 | 103.4 | 103.4 | 103.4 | 103.4 | 103.4 | 57.5 |
| **Total Revenue** | | | **1,721.9** | **-** | **-** | **-** | **43.9** | **175.6** | **175.6** | **175.6** | **175.6** | **175.6** | **175.6** | **175.6** | **175.6** | **175.6** | **97.7** |
| Mining Costs | | US$m | 191.3 | - | - | - | 14.0 | 35.5 | 30.6 | 22.3 | 19.8 | 15.5 | 14.6 | 13.6 | 10.7 | 9.5 | 5.2 |
| Processing Costs | | US$m | 417.7 | - | - | - | 10.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 23.7 |
| **Total Revenue after Direct Costs** | | | **1,112.9** | **-** | **-** | **-** | **19.2** | **97.5** | **102.4** | **110.7** | **113.2** | **117.5** | **118.4** | **119.4** | **122.3** | **123.5** | **68.7** |
| **Realisation Costs** | | | | | | | | | | | | | | | | | |
| Marketing (% Sales) | **2.0%** | US$m | 34.4 | - | - | - | 0.9 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 2.0 |
| Cu Transport (US$ / t Cu) | **360** | US$m | 57.8 | - | - | - | 1.5 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 3.3 |
| Co Transport (US$ / t Co) | **444** | US$m | 17.0 | - | - | - | 0.4 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.0 |
| Royalties to DRC Gov (% Sales) | **2.0%** | US$m | 34.4 | - | - | - | 0.9 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 2.0 |
| Royalties to Gecamines (% Sales) | **2.5%** | US$m | 43.0 | - | - | - | 1.1 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 2.4 |
| General/Admin Costs (balancing) | **2.8** | US$m | 30.8 | - | - | - | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Environmental Costs | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Terminal Benefits | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Movement | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Realisation Costs** | | US$m | **217.6** | **-** | **-** | **-** | **7.6** | **21.8** | **21.8** | **21.8** | **21.8** | **21.8** | **21.8** | **21.8** | **21.8** | **21.8** | **13.4** |
| **Capex** | | | | | | | | | | | | | | | | | |
| Project Capex | 387.00 | US$m | 387.0 | - | 38.7 | 232.2 | 116.1 | - | - | - | - | - | - | - | - | - | - |
| Ongoing Capex | 0.05 | US$m | 0.5 | - | - | - | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Working Capital movement | 25.4 | US$m | (0.0) | - | - | - | - | 25.4 | - | - | - | - | - | (6.4) | (6.4) | (6.4) | (6.4) |
| **Total Investment** | | US$m | **387.5** | **-** | **38.7** | **232.2** | **116.1** | **25.5** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **(6.3)** | **(6.3)** | **(6.3)** | **(6.3)** |
| **Cash Flow Before Tax** | | | 507.8 | - | (38.7) | (232.2) | (104.4) | 50.2 | 80.5 | 88.8 | 91.3 | 95.6 | 96.5 | 103.9 | 106.7 | 107.9 | 61.6 |
| **Taxation** | | | | | | | | | | | | | | | | | |
| Tax Rate | 30.0% | | | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Beginning Tax Losses | | | | - | - | 38.70 | 270.90 | 375.32 | 325.08 | 244.54 | 155.77 | 64.47 | - | - | - | - | - |
| Tax Losses Accrued | | | | - | 38.70 | 232.20 | 104.42 | - | - | - | - | - | - | - | - | - | - |
| Tax Losses Used | | | | | - | - | - | (50.24) | (80.54) | (88.76) | (91.30) | (64.47) | - | - | - | - | - |
| Ending Tax Losses | | | | - | 38.70 | 270.90 | 375.32 | 325.08 | 244.54 | 155.77 | 64.47 | - | - | - | - | - | - |
| **Taxation Liability** | | US$m | **152.35** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **9.35** | **28.95** | **31.17** | **32.02** | **32.37** | **18.49** |
| **Net Free Cash Flow** | | | 355.48 | - | (38.70) | (232.20) | (104.42) | 50.24 | 80.54 | 88.76 | 91.30 | 86.27 | 67.54 | 72.73 | 74.71 | 75.53 | 43.15 |

| | | |
|---|---|---|
| **Swanmines NPV (10%)** | | **$32** |
| **IRR** | | **12.2%** |
| | NPV @ 10.0% | **$32** |
| | NPV @ 11.0% | **$17** |
| | NPV @ 12.0% | **$3** |
| | NPV @ 12.5% | **-$3** |
| | NPV @ 15.0% | **-$29** |

**CASH FLOW TO AFRICO**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan from Africo | | | 0.00 | 38.70 | 272.84 | 390.90 | 410.44 | 400.06 | 370.53 | 334.47 | 295.04 | 256.74 | 228.03 | 194.71 | 158.50 | 119.97 |
| Interest | 5.0% | | 0.00 | 1.94 | 13.64 | 19.54 | 19.77 | 18.80 | 17.20 | 15.35 | 13.46 | 11.82 | 10.31 | 8.61 | 6.79 | 5.35 |
| Max Cash Flow to Repay Loan | 60.0% | 438.48 | 0.00 | 0.00 | 0.00 | 0.00 | 30.14 | 48.33 | 53.26 | 54.78 | 51.76 | 40.53 | 43.64 | 44.82 | 45.32 | 25.89 |
| Cash Flow Used to Repay Loan | | 438.48 | 0.00 | 0.00 | 0.00 | 0.00 | 30.14 | 48.33 | 53.26 | 54.78 | 51.76 | 40.53 | 43.64 | 44.82 | 45.32 | 25.89 |
| Outstanding Loan | | | 0.00 | 40.64 | 286.48 | 410.44 | 400.06 | 370.53 | 334.47 | 295.04 | 256.74 | 228.03 | 194.71 | 158.50 | 119.97 | 99.43 |
| Cash Flow to Gecamines | 25.0% | 73.08 | 0.00 | 0.00 | 0.00 | 0.00 | 5.02 | 8.05 | 8.88 | 9.13 | 8.63 | 6.75 | 7.27 | 7.47 | 7.55 | 4.32 |
| **Post Tax Cash Flow to Africo** | | **282.40** | **0.00** | **-38.70** | **-232.20** | **-104.42** | **45.22** | **72.49** | **79.89** | **82.17** | **77.65** | **60.79** | **65.46** | **67.24** | **67.98** | **38.84** |
| | | 0.79 | 0.00 | 1.00 | 1.00 | 1.00 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 |

| | | | *Per Share* |
|---|---|---|---|
| **Africo NPV (10%)** | | **$1** | **C$0.02** |
| **IRR** | | **10.1%** | |
| | NPV @ 10.0% | **$1** | C$0.02 |
| | NPV @ 11.0% | **-$12** | -C$0.17 |
| | NPV @ 12.0% | **-$24** | -C$0.34 |

| | | | |
|---|---|---|---|
| | NPV @ 12.5% | **-$29** | -C$0.42 |
| | NPV @ 15.0% | **-$51** | -C$0.73 |
| | | | |
| Shares in Issue | | **72.613** | |
| C$ / US$ | | **1.05** | |

**Africo Simplified Kalukundi Model** Base Case per feas updated early 2009, no terminal value, 100% equity, capex updated, Cu price updated

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Present Value** | | US$m | -$82 | Discount Rate | | 10% | | | | | | | | | | | |
| **IRR** | | | 3.9% | | | | | | | | | | | | | | |
| **Assumptions** | | | | | | | | | | | | | | | | | |
| **Reserves** | | Kt | 7,845 | Cu | | 2.25% | | | | | | | | | | | |
| **Annual Production** | | Kt | 800 | Co | | 0.66% | | | | | | | | | | | |
| **Capex** | | US$m | 387.00 | | | | | | | | | | | | | | |
| **Copper Price** | | $ | 1.75 | | | | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 | 1.75 |
| **Cobalt Price** | | $ | 9.50 | | | | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 | 9.50 |
| | | **Units** | **Totals** | **2007** | **2008** | **2009** | **2010** | **2011** | **2012** | **2013** | **2014** | **2015** | **2016** | **2017** | **2018** | **2019** | **2020** |
| | | | **Years** | **-1** | **0** | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** |
| **PRODUCTION** | | | | | | | | | | | | | | | | | |
| **Mining** | | | | | | | | | | | | | | | | | |
| Ore Mined | | Kt | 7,845 | | | | 200 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 445 |
| Remaining Reserves | | Kt | | | | 7,845 | 7,645 | 6,845 | 6,045 | 5,245 | 4,445 | 3,645 | 2,845 | 2,045 | 1,245 | 445 | - |
| Stripping Ratio | | Times | 4.02 | | | | 13.41 | 8.12 | 6.86 | 4.74 | 4.09 | 2.98 | 2.76 | 2.49 | 1.76 | 1.45 | 1.42 |
| Waste Mined | | Kt | 31,517 | | | | 2,682 | 6,496 | 5,488 | 3,796 | 3,273 | 2,385 | 2,206 | 1,989 | 1,407 | 1,164 | 632 |
| Total Material Mined | | Kt | 39,362 | | | | 2,882 | 7,296 | 6,288 | 4,596 | 4,073 | 3,185 | 3,006 | 2,789 | 2,207 | 1,964 | 1,077 |
| **Mining Cost $/t** | 4.86 | US$m | 191.3 | | | | 14.01 | 35.46 | 30.56 | 22.34 | 19.80 | 15.48 | 14.61 | 13.55 | 10.72 | 9.54 | 5.23 |
| **Processing** | | | | | | | | | | | | | | | | | |
| Plant Feed | | Kt | 7,845 | | | | 200 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 445 |
| Cu - Head Grade | 2.25% | | | | | | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% | 2.25% |
| Co - Head Grade | 0.66% | | | | | | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% | 0.66% |
| Cu Recovery | 0.91 | | | | | | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% | 91.00% |
| Co Recovery | 0.74 | | | | | | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% | 74.00% |
| Cu Cathode | | Kt | 160.63 | | | | 4.10 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 16.38 | 9.11 |
| Co Cathode | | Kt | 38.31 | | | | 0.98 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 3.91 | 2.17 |
| **Processing Cost $/t milled** | 53.244 | US$m | 417.7 | | | | 10.65 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 42.60 | 23.69 |
| **CASH FLOW** | | | | | | | | | | | | | | | | | |
| **Sales** | Copper | US$m | 619.7 | - | - | - | 15.8 | 63.2 | 63.2 | 63.2 | 63.2 | 63.2 | 63.2 | 63.2 | 63.2 | 63.2 | 35.2 |
| | Cobalt | US$m | 802.5 | - | - | - | 20.5 | 81.8 | 81.8 | 81.8 | 81.8 | 81.8 | 81.8 | 81.8 | 81.8 | 81.8 | 45.5 |
| **Total Revenue** | | | **1,422.2** | - | - | - | **36.3** | **145.0** | **145.0** | **145.0** | **145.0** | **145.0** | **145.0** | **145.0** | **145.0** | **145.0** | **80.7** |
| Mining Costs | | US$m | 191.3 | - | - | - | 14.0 | 35.5 | 30.6 | 22.3 | 19.8 | 15.5 | 14.6 | 13.6 | 10.7 | 9.5 | 5.2 |
| Processing Costs | | US$m | 417.7 | - | - | - | 10.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 42.6 | 23.7 |
| **Total Revenue after Direct Costs** | | | **813.2** | - | - | - | **11.6** | **67.0** | **71.9** | **80.1** | **82.6** | **87.0** | **87.8** | **88.9** | **91.7** | **92.9** | **51.7** |
| **Realisation Costs** | | | | | | | | | | | | | | | | | |
| Marketing (% Sales) | 2.0% | US$m | 28.4 | - | - | - | 0.7 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 1.6 |
| Cu Transport (US$ / t Cu) | 360 | US$m | 57.8 | - | - | - | 1.5 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 5.9 | 3.3 |
| Co Transport (US$ / t Co) | 444 | US$m | 17.0 | - | - | - | 0.4 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.0 |
| Royalties to DRC Gov (% Sales) | 2.0% | US$m | 28.4 | - | - | - | 0.7 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 1.6 |
| Royalties to Gecamines (% Sales) | 2.5% | US$m | 35.6 | - | - | - | 0.9 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 | 2.0 |
| General/Admin Costs (balancing) | 2.8 | US$m | 30.8 | - | - | - | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Environmental Costs | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Terminal Benefits | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Working Capital Movement | | US$m | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Realisation Costs** | | US$m | **198.1** | **-** | **-** | **-** | **7.1** | **19.9** | **19.9** | **19.9** | **19.9** | **19.9** | **19.9** | **19.9** | **19.9** | **19.9** | **12.3** |
| **Capex** | | | | | | | | | | | | | | | | | |
| Project Capex | 387.00 | US$m | 387.0 | - | 38.7 | 232.2 | 116.1 | - | - | - | - | - | - | - | - | - | - |
| Ongoing Capex | 0.05 | US$m | 0.5 | - | - | - | - | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Working Capital movement | 25.4 | US$m | (0.0) | - | - | - | - | 25.4 | - | - | - | - | - | (6.4) | (6.4) | (6.4) | (6.4) |
| **Total Investment** | | US$m | **387.5** | **-** | **38.7** | **232.2** | **116.1** | **25.5** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **(6.3)** | **(6.3)** | **(6.3)** | **(6.3)** |
| **Cash Flow Before Tax** | | | 227.6 | - | (38.7) | (232.2) | (111.6) | 21.7 | 52.0 | 60.2 | 62.7 | 67.0 | 67.9 | 75.3 | 78.1 | 79.3 | 45.8 |
| **Taxation** | | | | | | | | | | | | | | | | | |
| Tax Rate | 30.0% | | | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% | 30.0% |
| Beginning Tax Losses | | | | - | - | 38.70 | 270.90 | 382.46 | 360.80 | 308.83 | 248.64 | 185.92 | 118.87 | 50.96 | - | - | - |
| Tax Losses Accrued | | | | - | 38.70 | 232.20 | 111.56 | - | - | - | - | - | - | - | - | - | - |
| Tax Losses Used | | | | | - | - | - | (21.66) | (51.97) | (60.19) | (62.73) | (67.04) | (67.91) | (50.96) | - | - | - |
| Ending Tax Losses | | | | - | 38.70 | 270.90 | 382.46 | 360.80 | 308.83 | 248.64 | 185.92 | 118.87 | 50.96 | - | - | - | - |
| **Taxation Liability** | | US$m | **68.28** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **7.31** | **23.44** | **23.80** | **13.73** |
| **Net Free Cash Flow** | | | 159.32 | - | (38.70) | (232.20) | (111.56) | 21.66 | 51.97 | 60.19 | 62.73 | 67.04 | 67.91 | 68.01 | 54.70 | 55.53 | 32.03 |

| | | |
|---|---|---|
| **Swanmines NPV (10%)** | | **-$59** |
| **IRR** | | **5.7%** |
| | NPV @ 10.0% | **-$59** |
| | NPV @ 11.0% | **-$69** |
| | NPV @ 12.0% | **-$77** |
| | NPV @ 12.5% | **-$81** |
| | NPV @ 15.0% | **-$95** |

**CASH FLOW TO AFRICO**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan from Africo | | | 0.00 | 38.70 | 272.84 | 398.04 | 417.94 | 425.52 | 414.83 | 398.56 | 379.91 | 357.67 | 333.79 | 308.65 | 290.44 | 270.81 |
| Interest | 5.0% | | 0.00 | 1.94 | 13.64 | 19.90 | 20.57 | 20.50 | 19.84 | 18.99 | 17.99 | 16.86 | 15.67 | 14.61 | 13.69 | 13.06 |
| Max Cash Flow to Repay Loan | 60.0% | 325.07 | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 | 31.18 | 36.11 | 37.64 | 40.23 | 40.75 | 40.81 | 32.82 | 33.32 | 19.22 |
| Cash Flow Used to Repay Loan | | 325.07 | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 | 31.18 | 36.11 | 37.64 | 40.23 | 40.75 | 40.81 | 32.82 | 33.32 | 19.22 |
| Outstanding Loan | | | 0.00 | 40.64 | 286.48 | 417.94 | 425.52 | 414.83 | 398.56 | 379.91 | 357.67 | 333.79 | 308.65 | 290.44 | 270.81 | 264.65 |
| Cash Flow to Gecamines | 25.0% | 54.18 | 0.00 | 0.00 | 0.00 | 0.00 | 2.17 | 5.20 | 6.02 | 6.27 | 6.70 | 6.79 | 6.80 | 5.47 | 5.55 | 3.20 |
| **Post Tax Cash Flow to Africo** | | **105.14** | **0.00** | **-38.70** | **-232.20** | **-111.56** | **19.50** | **46.77** | **54.17** | **56.46** | **60.34** | **61.12** | **61.21** | **49.23** | **49.98** | **28.83** |
| | | 0.66 | 0.00 | 1.00 | 1.00 | 1.00 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 | 0.90 |

| | | | *Per Share* |
|---|---|---|---|
| **Africo NPV (4%)** | | **-$82** | **-C$1.18** |
| **IRR** | | **3.9%** | |
| | NPV @ 10.0% | **-$82** | -C$1.18 |
| | NPV @ 11.0% | **-$89** | -C$1.29 |
| | NPV @ 12.0% | **-$96** | -C$1.39 |

| | | |
|---|---|---|
| NPV @ 12.5% | **-$99** | -C$1.43 |
| NPV @ 15.0% | **-$110** | -C$1.59 |
| Shares in Issue | **72.613** | |
| C$ / US$ | **1.05** | |

# Exhibit QE–20

Première partie

59e année n° spécial

# JOURNAL OFFICIEL de la République Démocratique du Congo

Cabinet du Président de la République

Kinshasa – 28 mars 2018

## SOMMAIRE

### PRESIDENCE DE LA REPUBLIQUE

09 mars 2018 - Loi n°18/001 modifiant et complétant la Loi n° 007/2002 du 11 juillet 2002 portant Code minier, col. 1.

*Exposé des motifs, col. 1.*

*Loi, col. 6.*

---

### PRESIDENCE DE LA REPUBLIQUE

**Loi n°18/001 du 09 mars 2018 modifiant et complétant la Loi n° 007/2002 du 11 juillet 2002 portant Code minier**

***Exposé des motifs***

*L'ordonnance-loi n° 81-013 du 02 avril 1981 portant législation générale sur les Mines et Hydrocarbures, telle que modifiée et complétée par l'ordonnance-loi n°82-039 du 05 novembre 1982 a été abrogée et remplacée par la loi n°007/2002 du 11 juillet 2002 portant Code minier.*

*La nouvelle législation se voulait plus compétitive, avec des procédures d'octroi des droits miniers et/ou des carrières objectives, rapides et transparentes, ainsi qu'un régime fiscal, douanier et de change incitatif pour l'investisseur.*

*Son application de juillet 2002 au 31 décembre 2016 a été à la base de l'augmentation sensible du nombre des sociétés minières et des droits miniers et des carrières ainsi que de l'accroissement de la production minière en République Démocratique du Congo.*



*Néanmoins, l'essor du secteur minier, censé rapporter à l'Etat des recettes substantielles pour son développement économique et social, n'a pas su rencontrer ces attentes.*

*Cette situation insatisfaisante a conduit à reconsidérer ce Code minier et son application. Cette reconsidération a été justifiée par un certain nombre des lacunes et faiblesses dans son chef.*

*Il s'agit notamment de :*

1. *la survivance du régime conventionnel et de celui du droit commun, ainsi que la clause de stabilité des droits acquis sur une période des dix ans, impactant régulièrement le rendement de régime fiscal et douanier ;*
2. *l'insuffisance des dispositions relatives au gel des substances minérales dans les périmètres couverts par les droits miniers et de carrières ;*
3. *la modicité de la quotité de la participation de l'Etat dans le capital social des sociétés minières ;*
4. *le faible taux des droits fixes pour l'enregistrement des hypothèques et des contrats de cession ;*
5. *l'extension, sans conditions préalables, des régimes privilégiés du Code aux sous-traitants et sociétés affiliées ainsi qu'aux titulaires des droits miniers en production depuis plusieurs années ;*
6. *l'éligibilité aux droits miniers et de carrières des personnes physiques, peu susceptibles de disposer des capacités financières et techniques exigées des droits miniers et de carrières ;*
7. *la question des profits excédentaires engendrés par des prix du marché en très forte hausse et leur répartition ;*

***Article 67 : De la durée du Permis d'exploitation***

*La durée de validité du Permis d'exploitation ne peut excéder vingt-cinq ans.*

*Il est renouvelable sur demande de son titulaire pour des périodes n'excédant pas quinze ans chacune.*

***Article 69 littera f***

*Il est joint à la demande les documents ci-après :*

***f.*** *le rapport sur les consultations avec les communautés locales et leurs représentants en application notamment des dispositions de la loi portant principes fondamentaux relatifs à la protection de l'environnement ;*

***Article 71 litteras b, c, d, e, f, g et h***

***b.*** *démontrer l'existence des ressources financières nécessaires pour mener à bien son projet selon un plan de financement des travaux de développement, de construction et d'exploitation de la mine ainsi que le plan de réhabilitation du site à sa fermeture. Ce plan précise chaque type de financement, les sources de financement visées et les justifications de leur disponibilité probable. Dans tous les cas, le capital social apporté par le requérant ne peut être inférieur à* ***40%*** *desdites ressources ;*

***c.*** *obtenir au préalable l'approbation de l'EIES et du PGES du projet ;*

***d.*** *céder à l'Etat 10% des parts ou actions constitutives du capital social de la société requérante. Ces parts sont libres de toutes charges et non diluables ;*

***e****. créer, à chaque transformation, dans le cadre d'une mine distincte ou d'un projet minier d'exploitation distinct, une société affiliée dans laquelle la société requérante détient au moins 51% des parts ou actions sociales;*

***f.*** *déposer un acte d'engagement de se conformer au cahier des charges définissant la responsabilité sociétale vis-à-vis des communautés locales affectées par les activités du projet ;*

***g.*** *avoir respecté les obligations de maintien de la validité du permis prévues aux articles 196, 197, 198 et 199 du présent Code, en présentant :*



- *la preuve de la certification de commencement des travaux dûment délivrée par le Cadastre minier ;*
- *la preuve de paiement des droits superficiaires annuels par carré et de l'impôt sur la superficie des concessions minières ;*

***h.*** *donner la preuve de la capacité de traiter et de transformer les substances minérales en République Démocratique du Congo et déposer un acte d'engagement de traiter et de transformer ces substances sur le territoire congolais.*

***Article 75 : Du délai de l'instruction environnementale et sociale de la demande du Permis d'exploitation***

*L'instruction environnementale et sociale de l'EIES et du PGES afférente à une demande de Permis d'exploitation déclarée recevable est réalisée dans les six mois à compter de la date de transmission du dossier de demande par le Cadastre minier à l'Agence Congolaise de l'Environnement et le Fonds national de promotion et de service social, en collaboration avec la Direction chargée de la protection de l'environnement minier, conformément à la réglementation en matière de protection de l'environnement.*

***Article 76 : De la décision du ministre***

*Si les avis cadastral, technique, environnemental et social à la suite de l'instruction de la demande du Permis d'exploitation sont favorables, le ministre prend sa décision d'octroi dans un délai de trente jours ouvrables à compter de la date de la réception du dossier de demande lui transmis par le Cadastre minier.*

*Si l'avis cadastral sur une demande de Permis d'exploitation est défavorable, le ministre prend sa décision de rejet de la demande dans le délai de trente jours ouvrables à compter de la date de réception du dossier de demande lui transmis par le Cadastre minier.*

*Si l'avis technique sur une demande de Permis d'exploitation est défavorable mais l'avis cadastral favorable, le ministre prend sa décision de rejet dans un délai de trente jours ouvrables à compter de la date de réception du dossier de demande lui transmis par le Cadastre minier.*

*Si les avis cadastral et technique à la suite de l'instruction de la demande du Permis d'exploitation sont favorables mais le certificat environnemental est défavorable, le ministre prend sa décision de refus dans un délai de trente jours ouvrables à compter de la date de la réception du dossier de demande lui transmis par le Cadastre minier.*

*Si les avis cadastral et technique à la suite de l'instruction de la demande du Permis d'exploitation sont favorables mais le certificat environnemental n'est pas encore émis, le ministre prend une décision d'approbation préliminaire et conditionnelle dans un délai de vingt jours ouvrables à compter de la date de la réception du dossier de demande lui transmis par le Cadastre minier et diffère sa décision finale d'octroi ou de rejet du Permis d'exploitation jusqu'à la réception du certificat environnemental.*

*La décision d'approbation préliminaire et conditionnelle du ministre a pour effet d'entériner de façon définitive les avis cadastral et technique. Elle conditionne sa décision finale d'octroi à la réception d'un certificat environnemental favorable.*

*Le ministre prend et transmet la décision d'octroi ou de rejet motivé du Permis d'exploitation au Cadastre minier pour exécution dans un délai de trente jours à compter de la date de réception du certificat environnemental lui transmis par le Cadastre minier.*

**Article 77 : De l'extension aux substances minérales associées**

*Avant de procéder aux activités de recherches ou d'exploitation visant des substances minérales autres que celles pour lesquelles son Permis d'exploitation a été établi, le titulaire est tenu d'obtenir l'extension de son permis à ces autres substances associées.*

*Dans le cas où le titulaire du Permis d'exploitation ne sollicite pas une telle extension, la Direction des mines le met en demeure de la solliciter dans un délai de soixante jours.*

*A l'expiration de ce délai, les dispositions de l'article 299 du présent Code s'appliquent au titulaire s'il continue à exploiter ces substances.*

*Toute substance minérale associée découverte et renoncée par le titulaire du Permis d'exploitation dans le cadre de l'extension, devient d'office propriété de l'Etat.*



**Article 80 : Des conditions du renouvellement du Permis d'exploitation**

*Le Permis d'exploitation est renouvelable à condition que le titulaire :*

**a.** *n'ait pas failli à ses obligations de maintien de la validité du permis prévues aux articles 196 à 199 du présent Code.*

**b.** *présente une nouvelle étude de faisabilité qui démontre l'existence de réserves exploitables ;*

**c.** *démontre l'existence des ressources financières nécessaires pour continuer à mener à bien son projet selon le plan de financement et de travaux d'exploitation de la mine ainsi que le plan de réhabilitation du site à sa fermeture. Ce plan précise chaque type de financement visé et les justifications de leur disponibilité probable ;*

**d.** *obtienne l'approbation de la mise à jour de l'EIES et du PGES ;*

**e.** *souscrive un engagement de continuer activement son exploitation ;*

**f.** *démontre l'entrée en phase de rentabilité du projet ;*

**g.** *démontre la mise en valeur régulière et ininterrompue du gisement ;*

**h.** *cède à l'Etat à chaque renouvellement 5% des parts ou actions du capital social de la société en sus de celles cédées précédemment ;*

**i.** *n'ait pas failli à ses obligations fiscales, parafiscales et douanières ;*

**j.** *dépose un acte d'engagement de se conformer au cahier des charges définissant la responsabilité sociétale vis-à-vis des communautés locales affectées par les activités du projet.*

*La demande de renouvellement du Permis d'exploitation est adressée par le titulaire du Permis d'exploitation au Cadastre minier au moins un an et pas plus que cinq ans avant la date d'expiration du Permis d'exploitation. Cette demande comprend les renseignements ci-après :*

**a.** *les mentions prévues aux litteras a, b et c de l'article 35 du présent Code ;*

**b.** *l'identité des sociétés affiliées ;*

**c.** *la nature, le nombre et la superficie du périmètre détenu par le titulaire et ses sociétés affiliées.*

*Le Règlement minier fixe les modalités de l'établissement, du dépôt, de la recevabilité ou de l'irrecevabilité, de l'instruction cadastrale, technique, environnementale et sociale de la demande de renouvellement du Permis d'exploitation ainsi que de la décision de renouvellement, de son inscription, notification et affichage.*

**Article 85 : De la commercialisation des produits d'exploitation minière**

*La commercialisation des produits miniers qui proviennent des Périmètres d'exploitation est libre. Le titulaire d'un Permis d'exploitation peut vendre ses produits aux clients de son choix à des prix librement négociés.*

## CHAPITRE III : DE L'EXPLOITATION DES REJETS DES MINES

**Article 88 : De la portée du Permis d'exploitation des rejets**

*Le Permis d'exploitation des rejets porte sur les substances minérales pour lesquelles il est spécifiquement établi. Le Permis d'exploitation des rejets peut s'étendre à d'autres substances minérales conformément aux dispositions de l'article 77 du présent Code.*

**Article 91 al. 2**

*Sans préjudice des dispositions de l'alinéa précédent, le requérant cessionnaire partiel d'un Permis d'exploitation présente l'acte de cession partielle au Cadastre minier pour enregistrement auquel est jointe sa demande de Permis d'exploitation des rejets.*

**Article 95 : Du renouvellement du Permis d'exploitation des rejets**

*Les dispositions de l'article 80 du présent Code s'appliquent au dépôt, à l'instruction de la demande ainsi qu'à l'octroi ou au refus du renouvellement du Permis d'exploitation des rejets.*



## CHAPITRE IV : DE L'EXPLOITATION MINIERE A PETITE ECHELLE

**Article 97 : De l'accès à l'exploitation minière à petite échelle**

*Sans préjudice des dispositions de l'article 23 littera a du présent Code, les personnes morales qui se proposent d'exploiter à petite échelle une mine peuvent solliciter et obtenir un Permis d'exploitation de petite mine.*

**Article 99 : De la portée du Permis d'exploitation de petite mine**

*Les dispositions de l'article 64 du présent Code s'appliquent au Permis d'exploitation de petite mine.*

**Article 101 : De la durée du Permis d'exploitation de petite mine**

*La durée de validité du Permis d'exploitation de petite mine est de cinq ans renouvelable une fois pour la même durée.*

*Toutefois, à la demande du titulaire et après avis favorable de la Direction des mines, le ministre peut proroger la durée d'un Permis d'exploitation de petite mine au-delà de dix ans, suivant le cas et pour les substances dont l'exploitation dépasse dix ans.*

**Article 104 al. 1er**

*En sus des conditions prévues aux litteras b à g de l'article 71 du présent Code, nul ne peut obtenir un Permis d'exploitation de petite mine s'il ne démontre pas l'existence d'un gisement dont les facteurs techniques ne permettent pas une exploitation industrielle rentable en présentant une étude de faisabilité accompagnée d'un plan d'encadrement technique de développement, de construction et d'exploitation de la mine.*

**Article 107 : Des conditions du renouvellement du Permis d'exploitation de petite mine.**

*La demande de renouvellement du Permis d'exploitation de petite mine adressée au ministre est déposée au Cadastre minier au plus tôt un an et au plus tard six mois avant la date d'expiration dudit Permis. Cette demande comprend les renseignements énumérés à l'article 80 alinéa 2 in fine du présent Code.*

*registres, d'élaborer et de déposer les rapports de leurs activités conformément au Règlement minier.*

*En outre, les titulaires des droits miniers ou de carrières d'exploitation est tenu de publier à la fin de chaque mois sur un formulaire ad hoc, les quantités produites, vendues ou exportées des substances minérales, leurs qualités, leurs valeurs, les montants de divers impôts, droits, taxes et redevances dus et payés au profit du Trésor public, aux entités territoriales décentralisées et aux organismes de l'Etat.*

***Article 218 : De l'ouverture et de la fermeture d'un centre de recherches ou d'exploitation***

*Toute ouverture ou fermeture d'un centre de recherches ou d'exploitation minière ou de carrières permanente est effectuée dans le délai prévu à l'article 197 du présent Code et déclarée à l'Administration des mines selon les modalités fixées par le Règlement minier. »*

**Article 8.**

L'intitulé du Chapitre II du Titre VIII est modifié comme suit : ***Des obligations relatives aux opérations en vertu du titre minier ou de carrières ou d'agrément au titre d'entité de traitement ou de transformation*.**

**Article 9.**

Les intitulés du Titre IX, des Sections I[ère], III, IV, V[e] et VII du Chapitre III du même Titre ainsi que les articles 219, 220 et 224 du Chapitre I[er], 225, 226, 229, 232, 233 et 234 du Chapitre II, 236, 237, 238,240, 241, 242, 244, 245, 246, 247, 248, 249, 251, 253, 254, 255, 256, 257, 258 et 259 du Chapitre III et 262 du Chapitre IV sont modifiés comme suit :

***« TITRE IX : DU REGIME FISCAL DOUANIER ET DES RECETTES NON FISCALES APPLICABLE AUX ACTIVITES MINIERES***

***CHAPITRE I[er] : DES DISPOSITIONS GENERALES***

***Article 219 : Des contribuables visés***

*Le titulaire est soumis au régime fiscal, douanier et de recettes non fiscales défini dans le présent titre pour toutes ses activités minières réalisées sur le territoire national.*

*Jouissent également du bénéfice de l'ensemble du régime fiscal, douanier et de recettes non fiscales, prévu par le présent Code :*

**a.** *les sous-traitants conformément à la loi n° 17/001 du 08 février 2017 fixant les règles applicables à la sous-traitance dans le secteur privé ;*

**b.** *le titulaire d'une autorisation d'exploitation de carrières permanente, autre que celle des matériaux de construction d'usage courant ;*

**c.** *les détenteurs des agréments au titre des entités de traitement agréés.*

*Les titulaires des autorisations de recherches des produits de carrières et d'exploitation de carrières temporaire, celles d'exploitation de carrières permanente non visées au littera b ci-dessus sont assujetties au régime fiscal, douanier et de recettes non fiscales de droit commun.*

***Article 220 : Du régime fiscal, douanier et des taxes exclusif et exhaustif***

*Sans préjudice des dispositions de l'article 221 du présent Code, le régime fiscal, douanier et des taxes applicable aux activités minières du titulaire sur le territoire national est celui défini exclusivement et exhaustivement au titre IX du présent Code.*

*Ce régime concerne les impôts, taxes, droits, redevances et autres prélèvements parafiscaux perçus tant au profit du Gouvernement qu'à celui des provinces et des entités territoriales décentralisées.*

*Toutefois, le Premier ministre peut, par décret délibéré en Conseil des ministres, accorder un certain nombre des mesures incitatives à l'endroit de provinces souffrant de déficit d'infrastructures pour booster leur essor économique à partir des ressources minières.*

***Article 224 : De la procédure fiscale et douanière***

*Sans préjudice des dispositions du présent Code, la procédure fiscale et douanière applicable est celle du droit commun.*

## *CHAPITRE II : DU REGIME DOUANIER*

### *Article 225 al. 1er*

*Avant de commencer les travaux, le titulaire d'un droit minier de recherche ou d'exploitation, le titulaire d'une autorisation d'exploitation de carrières permanente, autre que celle des matériaux de construction d'usage courant, le détenteur d'un agrément au titre de l'entité de traitement et/ou de transformation agréée, présentent la liste comprenant le nombre et la valeur des biens mobiliers, des équipements, des engins directement liés aux techniques minières et opérations extractives minérales et intrants qui rentrent dans le champ d'application du régime privilégié prévu dans la présente loi. La liste est préalablement approuvée par arrêté conjoint des ministres ayant les Mines et les Finances dans leurs attributions dans les soixante jours ouvrables suivant la réception de la lettre de demande d'approbation au ministère en charge des Mines.*

### *Article 226 ajout d'un 5e alinéa*

*Sans préjudice des dispositions du présent article, les exportations des échantillons visées aux alinéas 2, 3 et 4 du présent article sont soumises au paiement d'une taxe sur exportation des échantillons.*

### *Article 229 al. 2*

*La déclaration de l'arrêt des travaux est immédiatement faite aux Administrations des douanes, des recettes non fiscales, des impôts et des mines.*

### *Article 232 : Des droits d'entrée aux taux préférentiels*

*Avant la date de commencement de l' exploitation effective de la mine constatée conformément aux dispositions du présent Code et du Règlement minier, tous les biens d'équipements à vocation strictement minière importés par le titulaire d'un droit minier, le titulaire d'une Autorisation d'exploitation de carrière permanente, autre que celle des matériaux de construction d'usage courant, le détenteur d'un agrément au titre d'entité de traitement et/ou de transformation agréée et le sous-traitant sont soumis à un droit d'entrée au taux de* ***2%,*** *pour autant que ces biens figurent sur la liste prévue à l'alinéa premier de l'article 225 du présent Code.*



*A partir de la date de commencement de l'exploitation effective, constatée conformément aux dispositions du présent Code et du Règlement minier, pendant une période se terminant à la fin de la troisième année à compter de la date de la première production, tous les biens à vocation strictement minière, importés par le titulaire d'un droit minier, le titulaire d'une Autorisation d'exploitation de carrière permanente, autre que celle des matériaux de construction d'usage courant, le détenteur d'un agrément au titre d'entité de traitement et/ou de transformation agréée et le sous-traitant sont soumis au taux unique de* ***5%****, à condition que ces biens figurent sur la liste prévue à l'alinéa premier de l'article 225 du présent Code.*

*Tous les biens intermédiaires et autres consommables sont taxés au taux de* ***10%*** *de droits de douane.*

*Dans tous les cas, les carburants et lubrifiants destinés aux activités minières sont soumis au taux de* ***5%****.*

*Les droits d'accises sont perçus conformément au droit commun.*

*Sans préjudice des dispositions de l'article 233 du présent Code, le titulaire d'un Permis d'exploitation, d'une Autorisation d'exploitation de carrières permanente, autre que celle des matériaux de construction d'usage courant qui entrent en phase de production, cessent de bénéficier du régime douanier préférentiel à partir de la sixième année à compter de la date de l'octroi du titre. Les entités de traitement agréées, les détenteurs des agréments au titre des entités de traitement agréés et les sous-traitants cessent de bénéficier du régime douanier préférentiel à partir de la sixième année à compter de la date de l'agrément.*

### *Article 233 : Des importations dans le cadre des travaux d'extension sur un même périmètre*

*Le titulaire d'un titre minier qui réalise un investissement d'extension après la mise en exploitation de la mine, le titulaire d'une Autorisation d'exploitation de carrières permanente, autre que celle des matériaux de construction d'usage courant et l'entité de traitement et/ou de transformation*

*agréée peuvent pour le matériel, les équipements et les intrants à importer dans ce cadre, bénéficier du régime douanier préférentiel prévu aux alinéas 2, 3 et 4 de l'article 232 du présent Code pour autant qu'il introduise une demande auprès du Cadastre minier et démontre que les travaux à réaliser ont pour objet l'augmentation de la capacité de production de la mine ou de l'entité de traitement et/ou de transformation agréée en question d'au moins 30%.*

*La demande indique la date à laquelle seront achevés les travaux d'extension.*

*Dans l'hypothèse où les travaux d'extension ne sont pas achevés de la manière ou dans le délai indiqué au moment de la demande visée à l'alinéa 1er ci-dessus et/ou dans l'hypothèse où la capacité de production n'augmente pas effectivement de 30% et ce, conformément aux modalités fixées par le Règlement minier, le titulaire est rétroactivement redevable, sur les importations réalisées, des droits d'entrée au taux applicable en phase d'exploitation.*

*Toutefois, en cas de fraude sur la déclaration lors de l'importation en rapport avec la présente disposition, le titulaire est passible des droits d'entrée et de la Taxe sur la Valeur Ajoutée à l'importation au taux du droit commun.*

**Article 234 al. 3**

*Les redevances et frais en rémunération des services rendus à l'exportation des produits marchands ou des biens à l'exportation temporaire pour perfectionnement ne peuvent excéder 1% de leur valeur commerciale brute.*

## CHAPITRE III : DU REGIME FISCAL

### Section Ière : Des impôts réels

**Article 236 : De l'impôt foncier**

*Le titulaire est redevable de l'impôt foncier conformément au droit commun uniquement sur les immeubles pour lesquels l'impôt sur la superficie des concessions minières n'est pas dû.*

**Article 237 : De l'impôt sur les véhicules**

*Le titulaire est redevable de l'impôt sur les véhicules conformément au droit commun. Toutefois, l'impôt sur les véhicules n'est pas dû sur les véhicules de transport de personnes ou de matériaux, de manutention ou de traction, utilisés exclusivement dans l'enceinte du périmètre minier.*

**Article 238 : De la taxe de superficie sur les concessions minières**

*Le titulaire d'un Permis de Recherches est redevable de la taxe de superficie sur les concessions minières aux taux en francs congolais équivalant à* ***0,2 USD*** *par hectare pour la première année, en francs congolais équivalent à* ***0,3 USD*** *par hectare pour la deuxième année, en francs congolais équivalant à* ***0,35 USD*** *par hectare pour la troisième année et en francs congolais équivalant à* ***0,4 USD*** *par hectare pour les autres années suivantes.*

*Le titulaire d'un droit minier d'exploitation est redevable de la taxe de superficie sur les concessions minières aux taux en francs congolais équivalant à* ***0,4 USD*** *par hectare pour la première année, en francs congolais équivalant à* ***0,6 USD*** *par hectare pour la deuxième année, en francs congolais équivalant à* ***0,7 USD*** *par hectare pour la troisième année et en francs congolais équivalant à* ***0,8 USD*** *par hectare pour les autres années suivantes.*

**Article 240 : De l'assiette de la redevance minière**

*Le titulaire du Permis d'exploitation, du Permis d'exploitation des rejets, du Permis d'exploitation de petite mine, de l'Autorisation d'exploitation de carrières permanente, autres que celles des matériaux de construction d'usage courant, et l'entité de traitement et/ou de transformation agréée sont assujettis à une redevance minière dont l'assiette est calculée sur la base de la valeur commerciale brute.*

*Les titulaires visés à l'alinéa précédent du présent article sont redevables de cette redevance sur tout produit marchand, à compter de la date de commencement de l'exploitation effective.*

*La redevance minière est calculée et due au moment de la sortie du produit marchand du site de l'extraction ou des installations de traitement pour expédition.*

**Article 241 : Des taux de la redevance minière**

*Les taux de la redevance minière sont de :*

**a.** ***0%*** *pour les matériaux de construction d'usage courant ;*

*b.* ***1%*** *pour les minéraux industriels, les hydrocarbures solides et autres substances non citées ;*

*c.* ***1%*** *pour le fer et les métaux ferreux;*

*d.* ***3,5%*** *pour les métaux non ferreux et/ou de base;*

*e.* ***3,5%*** *pour les métaux précieux ;*

*f.* ***6%*** *pour les pierres précieuses et de couleur ;*

*g.* ***10%*** *pour les substances stratégiques.*

*Le Règlement minier précise les éléments concernés par la classification ci–dessus.*

***Article 242 : De la répartition de la redevance minière***

*La redevance minière est versée par le titulaire du titre minier d'exploitation à raison de :*

- ***50*** *% acquis au Pouvoir central ;*
- ***25 %*** *versés sur un compte désigné par l'Administration de la province où se trouve le projet ;*
- ***15 %*** *sur un compte désigné par l'entité territoriale décentralisée dans le ressort de laquelle s'opère l'exploitation ;*
- ***10 %*** *au Fonds minier pour les générations futures.*

***Article 244 : De l'Impôt professionnel sur les rémunérations***

*Le titulaire est le redevable légal de l'Impôt professionnel sur les rémunérations à charge des employés au taux de droit commun.*

***Article 245 : De l'Impôt sur les revenus locatifs***

*Le titulaire est redevable de l'Impôt sur les revenus locatifs conformément au droit commun.*

***Section III : Des Impôts sur les Revenus***

***Article 246 : De l'Impôt mobilier***

*Le titulaire est redevable de l'impôt sur les revenus mobiliers conformément au droit commun, à l'exception des revenus suivants :*

*a.* *les intérêts payés par le titulaire en vertu des emprunts contractés en devises à l'étranger qui sont exonérés de l'impôt mobilier ;*

*Les intérêts payés par le titulaire à des affiliés en vertu des emprunts contractés à l'étranger ne sont exonérés de l'impôt mobilier que si les taux d'intérêts et les autres conditions d'emprunt destinées à la réalisation des projets sont établis conformément au principe de pleine concurrence.*

*b.* *les dividendes et autres distributions versés par le titulaire à ses actionnaires qui sont assujettis à l'impôt mobilier au taux de* ***10%.***

***Article 247 : De l'Impôt sur les bénéfices et profits***

*Le titulaire est redevable de l'impôt sur les bénéfices et profits au taux de* ***30%.***

***Article 248 : Du bénéfice imposable***

*Les bénéfices nets de l'exploitation imposables à l'Impôt sur les Bénéfices et Profits sont déterminés conformément au plan comptable, à la législation fiscale en vigueur et aux dispositions des articles 249, 250, 251, 252, 253, 254, 255, 256, 257 et 258 du présent Code.*

*Dans tous les cas, les états de synthèses ainsi que les livres sont tenus en français.*

***Article 249 : De l'amortissement***

*Les règles applicables en matière d'amortissement sont celles de l'amortissement linéaire.*

***Article 251 : Du report déficitaire***

*Les pertes professionnelles d'un exercice comptable peuvent être déduites des bénéfices réalisés au cours des exercices suivants jusqu'au cinquième qui suit l'exercice déficitaire, conformément aux modalités d'imputation définies par le droit commun.*

***Article 253 al. 1er : Des plus-values et moins-values sur cession des titres miniers***

*Le titulaire intègre la plus-value ou la moins-value réalisée à l'occasion de la cession d'un titre minier dans l'assiette de l'impôt sur les bénéfices et profits.*

*Si la cession se fait entre entités affiliées, le prix et les conditions de la cession doivent être au moins égaux à ceux qui se seraient appliquées à une cession en pleine concurrence.*

*Si le cédant a acquis le titre d'une personne autre que celle ayant engagé les dépenses de recherches et de développement, la plus–value ou la moins-value professionnelle est égale à la différence entre le prix total de cession et le coût d'acquisition.*

***Article 254 : De la déduction des intérêts payés à l'étranger***

*Les intérêts payés par le titulaire à l'étranger en vertu des emprunts extérieurs ne sont déductibles de l'impôt sur les bénéfices et profits que si :*

- *ces emprunts ont été effectivement destinés à la réalisation du projet minier ;*
- *le taux d'intérêt ne dépasse pas la moyenne annuelle des taux effectifs pratiqués par les établissements de crédit du pays où est établie l'entreprise prêteuse selon les données fournies par la Banque Centrale du Congo.*

***Article 255 : De la déduction de la redevance minière***

*La redevance minière versée par le titulaire d'un droit minier d'exploitation, l'entité de traitement ainsi que le titulaire d'une Autorisation d'exploitation de carrières permanente qui procède à la transformation des produits de carrières est déductible de la base imposable à l'impôt sur les bénéfices et profits.*

***Article 256 al.1er litteras a, c, e et i ; al. 2 litteras a, b, c et d et al.3 : Des charges professionnelles déductibles***

*Sans préjudice des dispositions du présent Code, sont notamment considérées comme dépenses professionnelles déductibles des revenus imposables:*

***a.*** *le loyer réellement échu et les charges locatives afférents aux immeubles ou parties d'immeubles affectés à l'exercice de la profession et tous frais généraux résultant notamment de leur entretien et éclairage. Toutefois, la valeur locative des immeubles ou parties d'immeubles dont le redevable est propriétaire n'est pas considérée comme un loyer ou comme une charge locative ;*

***c.*** *les traitements, les salaires, les gratifications et les indemnités des employés et des ouvriers au service de l'exploitation, les avantages en nature pour autant qu'ils aient été ajoutés aux rémunérations ;*

***e.*** *les frais de transport, d'assurance, de courtage, de commissions. Toutefois, les dépenses consistant en commissions, courtages, ristournes commerciales ou autres, vacations, honoraires occasionnels ou non, gratifications et autres rétributions quelconques ne sont admises en déduction que s'il en est justifié par l'indication exacte du nom et du domicile des bénéficiaires ainsi que de la date des paiements et des sommes allouées à chacun d'eux. Toutefois, les frais de transport sur vente des substances minérales ne sont pas admis comme dépenses déductibles ;*

***i.*** *l'impôt réel ayant le caractère d'une charge d'exploitation acquittée dans le délai, pour autant qu'elle n'ait pas été établie d'office.*

*Les sommes versées par le titulaire à une personne physique ou morale de droit étranger avec laquelle elle est liée, soit par la voie d'une participation directe dans son capital, soit par l'intermédiaire de participations détenues par une ou plusieurs autres entreprises du même groupe, en rémunération d'un service rendu, ne sont susceptibles d'être admises dans les charges professionnelles de l'entreprise qu'à la quadruple condition que :*

**a.** *la qualité du service rendu soit clairement démontrée;*

**b.** *le service en cause ne puisse être rendu sur le territoire national ;*

**c.** *le montant de la rémunération corresponde à la valeur réelle du service rendu ;*

**d.** *le bénéficiaire ne soit établi dans un territoire à fiscalité privilégiée.*

*Par territoire à fiscalité privilégiée, il faut entendre, le territoire où le taux de prélèvement sur les bénéfices et profits ou de l'impôt sur les revenus des personnes physiques est inférieur de **30%** par rapport à celui pratiqué en République Démocratique du Congo.*

***Article 257 : De la provision pour reconstitution de gisement***

*Le titulaire est autorisé à constituer, en franchise de l'impôt sur les bénéfices et profits, une provision pour reconstitution de gisement dont le montant maximal est égal à **0,5%** du chiffre d'affaires de l'exercice au cours duquel elle est constituée.*

*Cette provision est utilisée dans ses activités de recherches sur le territoire national avant l'expiration d'un délai de trois ans à compter de la clôture de l'exercice au cours duquel la provision a été constituée.*

*Faute d'avoir été utilisée dans les conditions définies à l'alinéa précédent, la provision pour reconstitution de gisement est réintégrée dans le bénéfice imposable au titre du quatrième exercice suivant celui au cours duquel elle a été constituée.*

***Article 258 al.1er et ajout de l'alinéa 3 : De la provision pour réhabilitation du site***

*Le titulaire est tenu de constituer, en franchise de l'impôt sur les bénéfices et profits, une provision pour réhabilitation du site sur lequel sont conduites les opérations minières.*

*Il est tenu au respect de la directive sur l'EIES telle que prévue dans le Règlement minier.*

***Section V : De l'application de la Taxe sur la Valeur Ajoutée***

***Article 259 : De la Taxe sur la Valeur Ajoutée***

*Les titulaires des droits miniers et/ou des carrières sont assujettis à la Taxe sur la Valeur Ajoutée conformément au droit commun.*

***CHAPITRE IV : DU REGIME FISCAL ET DOUANIER APPLICABLE A L'EXPLOITATION ARTISANALE ET A L'EXPLOITATION MINIERE A PETITE ECHELLE***

***Article 262 al. 4***

*Le paiement de l'imposition forfaitaire prévue à l'alinéa précédent exempte le titulaire du paiement de la redevance minière, de l'impôt mobilier, de l'impôt sur les bénéfices et profits, de l'impôt exceptionnel sur les rémunérations des expatriés. »*



**Article 10.**

Les intitulés du Titre X et du Chapitre Ier, ainsi que les articles 264 et 265 du Chapitre Ier, 266, 268, 269, 270, 271 et 272 du Chapitre II, 273, 274 et 276 du Chapitre III du même Titre sont modifiés comme suit :

***« TITRE X : DE LA REGLEMENTATION DE CHANGE ET DES GARANTIES DE L'ETAT***

***CHAPITRE Ier : DE LA REGLEMENTATION DE CHANGE***

***Article 264 al. 1er : Des règlements des biens et services, des transferts des revenus primaires et secondaires ainsi que les transferts en capital et opérations financières***

*Sans préjudice des dispositions des alinéas 2, 3 et 4 du présent article, le titulaire des droits miniers est autorisé à réaliser au profit des non-résidents et vice versa, après paiement des taxes et contributions dues, des règlements des biens et services, des transferts des revenus primaires et secondaires ainsi que les transferts en capital et les transferts en raison des opérations financières ci-après en relation directe avec les opérations autorisées en vertu de son droit minier :*

***Article 265 al. 2***

*Toute opération commerciale entre sociétés affiliées se déroule selon le principe de pleine concurrence.*

***CHAPITRE II : DE LA GESTION DES RECETTES DES VENTES A L'EXPORTATION***

***Article 266 al. 1er et 3***

*Le titulaire est autorisé à exporter et à commercialiser sa production au prix du marché, sous réserve du droit pour l'Etat de déterminer la quotité de production à exporter en fonction des besoins de l'industrie locale. Les recettes en devises y relatives sont encaissées dans les quarante-cinq jours calendrier à dater de la sortie des biens du territoire national pour un pays africain et de l'embarquement à partir du territoire national ou d'un pays africain, sauf si le contrat de vente comporte des dispositions particulières concernant le délai de paiement.*

*Le Règlement minier fixe la quotité ainsi que les modalités d'application de la réserve émise à l'alinéa 1er du présent article.*

***Article 268 al. 2 et 3***

*S'il a ouvert plusieurs comptes auprès du système bancaire national, le titulaire d'un droit minier a l'obligation de rapatrier les recettes d'exportation dans le compte ouvert dans une banque agréée auprès de laquelle l'exportation a été domiciliée.*

***Article 269 al. 1er, 2 et 3***

*Le titulaire qui, en phase d'amortissement de son investissement, exporte les produits marchands des mines est :*

***a.*** *autorisé à garder et à gérer dans son compte principal et ses comptes de service de la dette étrangère les recettes de ses ventes à l'exportation à concurrence de **40%**. Les modalités de l'approvisionnement des comptes destinés au service de la dette étrangère, ainsi que les modalités de paiement du service de la dette étrangère du titulaire, sont établies dans les conventions d'emprunt conclues par l'emprunteur avec ses bailleurs de fonds étrangers ;*

***b****. tenu de rapatrier obligatoirement dans son compte tenu en République Démocratique du Congo, **60%** des recettes d'exportation dans les quinze jours à dater de l'encaissement au compte principal prévu à l'article 267 du présent Code.*

*En cas d'amortissement de son investissement, il est tenu de rapatrier **100%** des recettes de ses ventes à l'exportation dans son compte national principal en République Démocratique du Congo dans le délai prescrit au littera b de l'alinéa précèdent.*

*Ne peut garder une quotité des recettes d'exportation ou des préfinancements à l'étranger que le titulaire des droits miniers qui a communiqué les coordonnées bancaires et qui transmet trimestriellement à la Banque Centrale du Congo le rapport de ses activités enregistrées dans le compte principal, tel que disposé à l'article 271 du présent Code.*

*La quotité rapatriée est destinée à couvrir les dépenses domestiques en faveur des résidents et ne peut servir à financer les transactions reprises à l'article 264 du présent Code.*

***Article 270 : Du paiement de la redevance de suivi de change***

*Le titulaire est tenu de payer à la Banque Centrale du Congo la redevance de suivi de change de 2/1000 sur les opérations suivantes :*

***a.*** *tout paiement vis-à-vis de l'étranger effectué par les banques agréées sur les comptes en banque du titulaire en République Démocratique du Congo, aussi bien en recette qu'en dépense, à l'exception des rapatriements des recettes qui proviennent du compte principal ;*

***b.*** *toute opération de débit ou de crédit effectuée sur son compte principal à l'exception des transferts en faveur de comptes de service de la dette étrangère, les paiements effectués de ces comptes de service de la dette étrangère sont également exonérés de la redevance de suivi de change.*

*Le titulaire des droits miniers est tenu de payer à la Banque Centrale du Congo ou à toute personne mandatée par cette dernière une redevance de suivi de Change de **2‰** sur la totalité de **100 %** du montant de toute exportation réalisée. Cette redevance est calculée sur la totalité des recettes d'exportation et est prélevée sur la quotité rapatriée.*

***Article 271 al. 3, 4 et 5***

*Pour ce faire, le titulaire des droits miniers a l'obligation, dans les trente jours dès réception de cette correspondance, d'accuser réception et de transmettre à la Banque Centrale du Congo la copie légalisée de la lettre adressée à son banquier autorisant la vérification des opérations effectuées sur son compte principal.*

*La Direction des mines est chargée de surveiller et d'exercer le contrôle sur les titulaires des droits miniers d'exploitation et des droits de carrières d'exploitation, en rapport avec les opérations de rapatriement obligatoire des recettes d'exportation.*

*Ce pouvoir de vérification s'exerce aussi sur toutes les Institutions bancaires qui interviennent dans ces opérations de rapatriement des recettes*

**2.** *la taxe de superficie sur les concessions minières.*

*Les impôts, droits, taxes et redevances prévus dans le présent article, sont perçus conformément à la législation sur les recettes des provinces et des entités territoriales décentralisées.*

***Article 220 quater : Du régime des taxes, droits et redevances applicables aux activités autres qu'activités minières du titulaire***

*Sans préjudice des dispositions de l'article 234 alinéa 3 du présent Code, le titulaire est soumis, dans le cadre de l'exercice des activités autres que ses activités minières, aux autres droits, taxes et redevances de la compétence du Pouvoir central et de celui des provinces et des entités territoriales décentralisées prévus par les lois fixant nomenclature ainsi qu'aux redevances et taxes rémunératoires qui contribuent aux frais de fonctionnement des services publics personnalisés.*

## *CHAPITRE III : DU REGIME FISCAL*

***Article 238 bis : Des taxes et redevances du secteur forestier et protection de l'environnement***

*Le titulaire des droits miniers et des carrières est assujetti, sans préjudice des dispositions des articles 257 et 258 du présent Code, au paiement des taxes et redevances ci-après :*

- *taxe de déboisement ;*
- *taxe d'implantation sur les installations classées de la catégorie 1A ;*
- *taxe rémunératoire annuelle sur les installations classées de la catégorie 1A ;*
- *taxe de pollution sur les installations classées de la catégorie 1A.*

***Article 239 bis : De l'impôt sur les revenus locatifs***

*Le titulaire est redevable de l'impôt sur les revenus locatifs conformément au droit commun.*

***Article 241 bis : Des modalités de recouvrement de la redevance minière***

*Les modalités de recouvrement de la redevance minière sont déterminées par les textes légaux fixant la nomenclature des droits, taxes et redevances du Pouvoir central, et portant réforme des procédures relatives à l'assiette, au contrôle et aux modalités de recouvrement de recettes non fiscales.*

***Article 244 bis : De l'Impôt exceptionnel sur les rémunérations versées au personnel expatrié***

*Le titulaire est redevable de l'impôt exceptionnel sur les rémunérations versées au personnel expatrié à la moitié du taux fixé par le droit commun pour les dix premières années du projet et au taux du droit commun pour les années suivantes. Il est déductible de l'impôt sur les bénéfices et profits.*

***Article 246 bis : De l'impôt professionnel sur les prestations de services***

*Le titulaire est redevable de l'impôt professionnel sur les prestations de services pour les sommes payées en rémunérations des services de toute nature lui rendus par des personnes physiques ou morales, non établies en République Démocratique du Congo, au taux de* ***14%.***

***Article 247 bis***

*Les dispositions relatives au droit commun en matière d'impôt sur les bénéfices et profits non visées sont de pleine application suivant leurs libellés à la date de la promulgation du présent Code.*

***Article 251 bis : De l'impôt spécial sur les profits excédentaires***

*Par profits excédentaires ou super profits, il faut entendre les bénéfices réalisés lorsque les cours des matières ou des commodités connaissent un accroissement exceptionnel, supérieur à* ***25%*** *par rapport à ceux repris dans l'étude de faisabilité bancable du projet.*

*Le super profit est déterminé à partir de l'excédent brut d'exploitation dégagé de la comptabilité du titulaire. Pour la détermination des profits excédentaires, les dispositions de l'article 252 ne s'appliquent pas.*

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 240 of 759 PageID #: 2028


*L'impôt spécial sur les profits excédentaires est imposable au taux de **50%**. Le revenu soumis à l'impôt spécial sur le profit excédentaire n'est pas imposable à l'impôt sur les bénéfices et profits.*

*Le Règlement minier fixe les modalités pratiques de détermination des profits excédentaires.*

***Article 253 bis : De l'impôt spécial sur les plus-values de cession d'actions ou de parts sociales***

*Toute cession d'actions ou de parts sociales d'une personne morale titulaire d'un titre minier ou de carrières est taxée selon le régime des plus-values.*

*La plus-value sur la cession d'une action ou part sociale est constituée par la différence entre le prix de cession de l'action ou de la part sociale et la valeur nette comptable de cette action ou part sociale.*

*Cette plus-value constatée au niveau de la personne morale ayant cédé les actions ou parts sociales est réputée être de source congolaise dans la mesure où les actifs de la personne morale dont les actions ou parts sociales cédées sont situées en République Démocratique du Congo. Lorsque les actifs sont situés dans plusieurs juridictions, la plus-value n'est calculée que sur la valeur des actifs appartenant à la filiale de droit congolais.*

*L'impôt est retenu à la source par la personne morale cessionnaire qui le reverse suivant les modalités de paiement des impôts dus au Trésor public. Cette retenue à la source est exigible au moment de l'encaissement ou de la mise à disposition du revenu de la cession d'actions ou de parts sociales. Toute opération de conversion ou d'échange d'actions ou de parts sociales est assimilée à un encaissement de revenu de cession d'actions ou de parts sociales initiales.*

*Aux fins de l'application du présent article, tout projet de cession des parts sociales ou d'actions est préalablement notifié à la société détentrice des titres et aux associés ou actionnaires.*

*Les règles concernant les modalités de calcul, de déclaration et de règlement de cet impôt sont précisées par voie réglementaire.*



***Article 258 bis : De la dotation pour contribution aux projets de développement communautaire***

*Le titulaire de droit minier d'exploitation ou d'autorisation d'exploitation des carrières permanente est tenu de constituer, en franchise de l'impôt sur les bénéfices et profits, une dotation pour contribution aux projets de développement communautaire dont le montant minimal est égal à **0,3 %** du chiffre d'affaires de l'exercice au cours duquel elle est constituée.*

*La dotation doit être entièrement mise à disposition des communautés locales avant l'expiration de l'exercice suivant celui au cours duquel elle a été constituée.*

***Section VII : Des modalités de recouvrement des recettes non fiscales***

***Article 260 bis : Des droits, taxes et redevances***

*Les modalités de recouvrement des droits, taxes et redevances prévus dans le présent Code, sont fixées par les textes qui régissent les procédures relatives à l'assiette, au contrôle et au recouvrement des recettes non fiscales.»*

**Article 24**

Il est inséré au Chapitre II un article 272 bis du Titre X libellé comme suit :

***« TITRE X : DE LA REGLEMENTATION DE CHANGE ET DES GARANTIES DE L'ETAT***

***CHAPITRE II : DE LA GESTION DES RECETTES DES VENTES A L'EXPORTATION***

***Article 272 bis :***

*Toute matière relative au change qui n'aurait pas été traitée par le présent Code sera régie par des dispositions de la Banque Centrale.**»***

**Article 25**

Il est inséré au Chapitre III les articles 276 bis, 276 ter, 276 quater et 276 quinquies du Titre X libellés comme suit :

# Exhibit QE-21

# LOI N° 007/2002 DU 11 JUILLET 2002 PORTANT CODE MINIER

**Source : Journal Officiel n°spécial du 15 juillet 2002**

**Avis important aux usagers**
Le présent document est mis en ligne afin de permettre une première approche rapide de l'information juridique au Congo. Sa consultation ne doit en aucun cas être destinée à se substituer à celle publiée au Journal Officiel de la République Démocratique du Congo.

## EXPOSE DES MOTIFS

## INTRODUCTION

Depuis l'Etat Indépendant du Congo, les ressources naturelles, particulièrement les substances minérales précieuses, n'ont cessé d'attirer des chercheurs et des investisseurs miniers venant de différents horizons. Ce qui avait amené le Congo Belge à légiférer sur la recherche et l'exploitation des substances minérales dans le Territoire National.

En effet, par Décret du 16 décembre 1910 modifié et complété par le Décret du 16 avril 1919, le Gouvernement du Congo Belge avait réglementé la recherche et l'exploitation minières uniquement dans le Katanga. Cette législation a été plus tard abrogée et remplacée par le Décret du 24 septembre 1937 pour l'ensemble du Territoire National. Ce Décret est resté en vigueur jusqu'en 1967 année de la promulgation de la première législation minière du Congo Indépendant par l'ordonnance-loi n° 67/231 du 3/05/1967 portant législation générale sur les mines et les hydrocarbures. Cette dernière a été à son tour abrogée par l'ordonnance-loi n°81-013 du 2 avril 1981 portant législation générale sur les Mines et les Hydrocarbures. L'abrogation n'avait pas apporté de grandes innovations de sorte que la dernière loi minière de 1981 ne s'était point écarté de celle de 1967 dans ses grandes lignes.

Il ressort de l'analyse objective des toutes les données bilantaires des activités minières disponibles à ce jour, que les législations promulguées après l'indépendance de la République Démocratique du Congo, c'est-à-dire depuis 1967, n'avaient pas attiré les investissements, mais qu'elles avaient plutôt eu un impact négatif sur la production minière du pays et sur les finances publiques. Et que les régimes minier, fiscal, douanier et de change qu'elles avaient organisés n'étaient pas incitatifs.

A quelques exceptions près, les études statistiques ont démontré que les volumes d'investissements et de la production minière ont été plus importants dans la période allant de 1937 à 1966 comparativement à celle allant de 1967 à 1996, période régie par la loi minière de 1981. Il se dégage de ces données que 48 sociétés minières ont été opérationnelles pendant la période de 1937 à 1966 contre 38 seulement entre 1967 et 1996 et 7 dans la période d'après 1997.

conformément au droit commun, excepté les huiles minérales désignées à l'article 7 de l'O.L. n°68/010 du 6 janvier 1968 destinées et exclusivement liées à l'activité minière.

## *Chapitre III :* DU REGIME FISCAL

### Section I : Des Contributions Réelles

***Article 236 :*** **De la contribution foncière**

Le titulaire est redevable de la contribution foncière conformément au droit commun uniquement sur les immeubles pour lesquels la contribution sur la superficie des concessions minières et d'hydrocarbures n'est pas due.

***Article 237 :*** **De la contribution sur les véhicules**

Le titulaire est redevable de la contribution sur les véhicules conformément au droit commun. Toutefois, la contribution sur les véhicules n'est pas due sur les véhicules de transport de personnes ou de matériaux, de manutention ou de traction, utilisés exclusivement dans l'enceinte du projet minier.

***Article 238 :*** **De la contribution sur la superficie des concessions minières et d'hydrocarbures**

Le titulaire d'un Permis de Recherches est redevable de la contribution sur la superficie des concessions minières et d'hydrocarbures aux taux en francs congolais équivalent à 0,02 USD par hectare pour la première année, en francs congolais équivalent à 0,03 USD par hectare pour la deuxième année, en francs congolais équivalent à 0,035 USD par hectare pour la troisième année et en francs congolais équivalent à 0,04 USD par hectare pour les autres années suivantes.

Le titulaire d'un droit minier d'exploitation est redevable de la contribution sur la superficie des concessions minières et d'hydrocarbures aux taux en francs congolais équivalent à 0,04 USD par hectare pour la première année, en francs congolais équivalent à 0,06 USD par hectare pour la deuxième année, en francs congolais équivalent à 0,07 USD par hectare pour la troisième année et en francs congolais équivalent à 0,08 USD par hectare pour les autres années suivantes.

***Article 239 :*** **De la taxe spéciale de circulation routière**

Le titulaire est redevable de la taxe spéciale de circulation routière conformément au droit commun.

### Section II : De la Redevance Minière

***Article 240 :*** **De l'assiette de la redevance minière**

Le titulaire du titre minier d'exploitation est assujetti à une redevance minière dont l'assiette est calculée sur la base de la valeur des ventes réalisées diminuées des frais de transport, des frais d'analyse se rapportant au contrôle de qualité du produit marchand à la vente, des frais d'assurance et des frais de commercialisation. Le prix de vente doit être supérieur ou égal au prix qui pourrait être obtenu pour toute vente du produit à une entité non affiliée.

Le titulaire est redevable de cette redevance sur tout produit marchand à compter de la date du commencement de l'exploitation effective.

La redevance minière est due au moment de la vente du produit.

***Article 241 :* Du taux de la redevance minière**

Le taux de la redevance minière est de 0,5% pour le fer ou les métaux ferreux, 2% pour les métaux non ferreux, 2, 5% pour les métaux précieux, 4% pour les pierres précieuses, 1% pour les minéraux industriels, les hydrocarbures solides et autres substances non citées, et 0% pour les matériaux de construction d'usages courants.

***Article 242 :* De la répartition de la redevance minière**

La redevance minière est versée par le titulaire du titre minier d'exploitation au Trésor public. Celui-ci se charge de distribuer la recette de la redevance minière selon la clé de répartition suivante: 60% resteront acquis au Gouvernement Central, 25 % sont versés sur un compte désigné par l'Administration de la Province où se trouve le projet et 15 % sur un compte désigné par la Ville ou le Territoire dans le ressort duquel s'opère l'exploitation.

Les fonds résultant de la répartition dont il est question à l'alinéa précédent du présent article, en faveur des Entités Administratives Décentralisées ci-dessus, sont affectés exclusivement à la réalisation des infrastructures de base d'intérêt communautaire.

Le Règlement Minier détermine les modalités de la perception et de la répartition de la redevance minière suivant la clef ci-haut Arrêtée ainsi que l'Organisme qui en est chargé.

***Article 243 :* Du crédit d'impôt**

Le titulaire bénéficie d'un crédit d'impôt égal à un tiers de la redevance minière payée sur les produits vendus à une entité de transformation établie sur le Territoire National.

**Section III : Des Contributions sur les Revenus**

***Article 244 :* De la contribution professionnelle sur les rémunérations**

Le titulaire est le redevable légal de la contribution professionnelle sur les rémunérations à charge des employés au taux de droit commun.

***Article 245 :* De la contribution cédulaire sur les revenus locatifs**

Le titulaire est redevable de la contribution cédulaire sur les revenus locatifs conformément au droit commun.

***Article 246 :* De la contribution mobilière**

Le titulaire est redevable de la contribution sur les revenus mobiliers conformément au droit commun, à l'exception des revenus suivants :

a) les intérêts payés par le titulaire en vertu des emprunts contractés en devises à l'étranger qui sont exonérés de la contribution mobilière ;

   Si le titulaire est une personne physique, le bénéfice des avantages accordés au litera a du présent article n'est possible que lorsqu'il est prouvé que les emprunts ont été exclusivement affectés au projet minier.

Les intérêts payés par le titulaire à des affiliés en vertu des emprunts contractés à l'étranger ne sont exonérés de la contribution mobilière que si les taux d'intérêts et les autres conditions d'emprunt sont aussi favorables ou meilleures que les taux et les conditions que le titulaire d'un titre minier, selon le cas, pourrait obtenir des bailleurs de fonds qui ne sont pas des affiliés.

b) les dividendes et autres distributions versés par le titulaire à ses actionnaires qui sont assujettis à la contribution mobilière au taux de 10%.

***Article 247 :* De la contribution professionnelle sur les bénéfices**

Le titulaire est redevable de la contribution professionnelle sur les bénéfices au taux de 30%.

Sous réserves des dispositions sur les acomptes provisionnels et par dérogation au Décret-loi n°058 du 18 février 1998 instituant le précompte dénommé, Bénéfice Industriel et Commercial, en sigle BIC, le régime fiscal de paiement anticipé de la contribution professionnelle sur les BIC n'est pas applicable au titulaire d'un titre minier. Néanmoins, ce dernier a l'obligation de collecter le précompte BIC.

**Section IV : De la détermination du bénéfice imposable**

***Article 248 :* Du bénéfice imposable**

Les bénéfices nets de l'exploitation imposables à la contribution professionnelle sur les bénéfices sont déterminés conformément au droit comptable, à la législation fiscale en vigueur et aux dispositions des articles 249 à 258 du présent Code.

Par dérogation à la législation congolaise sur la comptabilité, le titulaire peut tenir sa comptabilité en monnaie étrangère cotée par la Banque Centrale du Congo.

***Article 249 :* De l'amortissement**

Le montant de la première annuité d'un amortissement exceptionnel est égal à 60% du prix de revient de l'élément d'actif considéré.

L'amortissement dégressif s'applique pour chacune des périodes imposables suivantes.

Sont exclus du système d'amortissement dégressif :

a) les éléments amortissables dont la durée normale d'utilisation est inférieure à quatre ans ou supérieure à vingt ans ;
b) les brevets, les marques de fabrique, les fonds de commerce, la clientèle, le nom et toute autre immobilisation incorporelle.

Sous réserve des dispositions des alinéas précédents du présent article et de l'article 250 du présent Code, il fait application des dispositions du droit commun quant aux amortissements.

***Article 250 :* De l'amortissement différé**

Les amortissements effectués en période déficitaire sont réputés différés. Ils peuvent être cumulés et reportés sans limitation dans le temps sur les exercices subséquents jusqu'à concurrence du revenu imposable.

***Article 251 :* Du report déficitaire**

Les pertes professionnelles d'un exercice comptable peuvent, sur demande expresse du redevable adressée à l'administration fiscale, être déduites des bénéfices réalisés au cours des exercices suivants jusqu'au cinquième qui suit l'exercice déficitaire, conformément à la législation fiscale.

L'absence de déclaration ou la remise tardive d'une déclaration pour un exercice fiscal déterminé exclut toute possibilité de faire admettre postérieurement la déduction de la perte éprouvée pendant l'année se rapportant à cet exercice fiscal.

***Article 252 :*** **Des dépenses de recherches et de développement**

Le montant des dépenses de recherches et de développement réalisées par le titulaire, autres que celles liées à l'acquisition d'immobilisations, est actualisé au jour de l'octroi d'un Permis d'Exploitation et amorti par la société d'exploitation pendant les deux exercices suivants en raison de 50% l'an.

La perte professionnelle d'un exercice comptable résultant de l'application des dispositions de l'alinéa précédent est reportée sans limitation dans le temps sur les exercices subséquents.

***Article 253 :*** **Des plus-values et moins-values sur cession des titres miniers**

Le titulaire intègre la plus-value ou la moins-value réalisée à l'occasion de la cession d'un titre minier dans l'assiette de la contribution professionnelle sur les bénéfices.

La plus-value ou la moins-value professionnelle ainsi réalisée est égale à la différence entre le prix total de cession et le montant non amorti des dépenses de recherches et de développement.

Le cessionnaire d'un titre minier amortit le prix d'acquisition du titre minier acquis comme charge à étaler.

***Article 254 :*** **De la déduction des intérêts payés à l'étranger**

Les intérêts payés par le titulaire à des affiliés en vertu des emprunts extérieurs ne sont déductibles de la base imposable à la contribution professionnelle sur les bénéfices que si les taux d'intérêts et les autres conditions d'emprunt sont aussi favorables ou meilleurs que les taux et les conditions que le titulaire peut obtenir des bailleurs de fonds qui ne sont pas des affiliés.

***Article 255 :*** **De la déduction de la redevance minière**

La redevance minière versée par le titulaire est déductible de la base imposable à la contribution professionnelle sur les bénéfices.

***Article 256 :*** **Des charges professionnelles déductibles**

Sans préjudice des dispositions du présent Code, sont notamment considérées comme dépenses professionnelles déductibles des revenus imposables :

a) le loyer réellement payé et les charges locatives afférents aux immeubles ou parties d'immeubles affectés à l'exercice de la profession et tous frais généraux résultant notamment de leur entretien et éclairage. Toutefois, la valeur locative des immeubles ou parties d'immeubles dont le redevable est propriétaire n'est pas considérée comme un loyer ou comme une charge locative ;

b) les frais généraux résultant de l'entretien du matériel et des objets mobiliers affectés à l'exploitation ;

c) les traitements, les salaires, les gratifications et les indemnités des employés et des ouvriers au service de l'exploitation, les avantages en nature pour autant qu'ils aient été ajoutés aux rémunérations. Toutefois la rémunération des membres de famille de l'exploitant, autres que son conjoint travaillant avec lui, ne peut être déduite que pour autant qu'elle n'excède pas un traitement ou salaire normal qui serait payé à un tiers non apparenté au titulaire et qu'elle ait subi comme telle la contribution professionnelle ;

d) les intérêts des capitaux empruntés à des tiers et engagés dans l'exploitation et toutes charges, rentes ou redevances analogues relatives à celle-ci ;

Ne sont pas considérés comme tiers les associés dans les sociétés autres que par actions.

En aucun cas, les intérêts des créances hypothécaires sur des immeubles donnés en location, en tout ou en partie, ne peuvent être considérés comme dépenses professionnelles déductibles ;

e) les frais de transport, d'assurance, de courtage, de commissions. Toutefois, les dépenses consistant en commissions, courtages, ristournes commerciales ou autres, vacations, honoraires occasionnels ou non, gratifications et autres rétributions quelconques ne sont admises en déduction que s'il en est justifié par l'indication exacte du nom et du domicile des bénéficiaires ainsi que de la date des paiements et des sommes allouées à chacun d'eux. De même, en ce qui concerne les commissions et courtages, la déduction ne sera admise qu'après justification de la mise en règle au regard de la contribution sur le chiffre d'affaires. A défaut de déclaration exacte des sommes précitées et/ou de leurs bénéficiaires ou d'apporter la preuve du paiement de la contribution sur le chiffre d'affaires, lesdites sommes sont ajoutées aux bénéfices de celui qui les a payées, sans préjudice des sanctions prévues en cas de fraude ;

f) le montant du bénéfice réparti entre les membres du personnel de l'entreprise ;

g) les traitements alloués dans les sociétés par actions aux membres du Conseil d'Administration lorsqu'il est justifié qu'ils correspondent à des appointements normaux en rapport avec la nature des fonctions réelles et permanentes exercées dans la société sur le Territoire National ;

h) les amortissements des immobilisations servant à l'exercice de la profession ;

i) la contribution réelle ayant le caractère d'une charge d'exploitation acquittée dans le délai, pour autant qu'elle n'ait pas été établie d'office.

Les sommes versées par le titulaire à une personne physique ou morale de droit étranger avec laquelle elle est liée, soit par la voie d'une participation directe dans son capital, soit par l'intermédiaire de participations détenues par une ou plusieurs autres entreprises du même groupe, en rémunération d'un service rendu, ne sont susceptibles d'être admises dans les charges professionnelles de l'entreprise qu'à la triple condition que :

a) la qualité du service rendu soit clairement démontrée ;
b) le service en cause ne puisse être rendu sur le Territoire National ;
c) le montant de la rémunération corresponde à la valeur réelle du service rendu.

***Article 257 :* De la provision pour reconstitution de gisement**

Le titulaire est autorisé à constituer, en franchise de la contribution professionnelle sur les bénéfices, une provision pour reconstitution de gisement dont le montant maximal est égal à 5% du bénéfice imposable au titre de l'exercice au cours duquel elle est constituée.

Cette provision doit être utilisée avant l'expiration d'un délai de trois ans à compter de la clôture de l'exercice au cours duquel la provision a été constituée, soit dans des activités de recherches sur le Territoire National soit dans des participations au capital de sociétés qui détiennent exclusivement un ou plusieurs permis de recherches sur le Territoire National.

Faute d'avoir été employée dans les conditions définies à l'alinéa précédent, la provision pour reconstitution de gisement est réintégrée dans le bénéfice imposable au titre du quatrième exercice suivant celui au cours duquel elle a été constituée.

***Article 258 :* De la provision pour réhabilitation du site**

Le titulaire est tenu à constituer, en franchise de la contribution professionnelle sur les bénéfices, une provision pour réhabilitation du site sur lequel sont conduites les opérations minières.

Le montant maximal de la dotation au titre de cette provision est égal à 0,5 % du chiffre d'affaires au titre de l'exercice au cours duquel elle est effectuée.

Dans l'hypothèse où le titulaire est tenu de constituer une provision ou de remplir d'autres obligations financières en application de la réglementation sur la protection de l'environnement, le montant de cette seconde provision ou de ces obligations, est déduit du montant maximal autorisé pour la dotation au titre de provision pour la réhabilitation du site.

Cette provision doit être utilisée avant l'expiration d'un délai de dix ans à compter de la clôture de l'exercice au cours duquel elle a été constituée. Le solde de cette provision non utilisée est réintégré dans le bénéfice imposable au titre du onzième exercice suivant celui au cours duquel ladite provision a été constituée.

Le solde de cette provision non utilisé à la clôture du dernier exercice du projet est réintégré dans le bénéfice imposable au titre de cet exercice

**Section V : Des Contributions sur le Chiffre d'Affaires**

***Article 259 :* De la contribution sur le chiffre d'affaires à l'intérieur**

Le titulaire est redevable de la contribution sur le chiffre d'affaires à l'intérieur sur les ventes réalisées et les services rendus sur le Territoire National.

# Exhibit QE–22

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 250 of 759 PageID #: 2038


# JOURNAL OFFICIEL

de la

République Démocratique du Congo

CABINET DU PRESIDENT DE LA REPUBLIQUE


## DECRET N° 038/2003 DU 26 MARS 2003 PORTANT

# REGLEMENT MINIER

**TEL QUE MODIFIE ET COMPLETE PAR LE DECRET N° 18/024 DU 08 JUIN 2018**

***(Textes coordonnés)***

59e Année Numéro spécial 12 juin 2018

**Article 177 : De la notification et de l'affichage de la décision prenant acte de la déclaration de renonciation du Permis d'Exploitation**

Dès réception de l'arrêté prenant acte de la déclaration de renonciation du Permis d'Exploitation et au cas où la déclaration de renonciation est réputée acceptée faute d'arrêté pris dans le délai prescrit, le Cadastre Minier central ou provincial notifie au titulaire cette décision sans frais par le moyen le plus rapide et le plus fiable, et procède à son affichage dans la salle de consultation publique.

**Article 178 : De la modification des inscriptions et du Certificat d'Exploitation**

En cas de renonciation partielle, le Cadastre Minier central ou provincial modifie l'inscription du Permis d'Exploitation au registre des droits octroyés ainsi que le report du périmètre d'Exploitation sur la carte de retombes minières. Il procède à la modification du Certificat d'Exploitation en y inscrivant la renonciation partielle et le retourne dans un délai de cinq jours à compter de l'inscription.

**Article 179 : Des effets de la renonciation du Permis d'Exploitation**

Les effets de la renonciation sont ceux prévus à l'article 79 alinéas 5 et 6 du Code minier.

## *Chapitre IV :*
## *DU RENOUVELLEMENT DU PERMIS D'EXPLOITATION*

**Article 180 : De l'établissement de la demande de Permis d'Exploitation**

Pour obtenir le renouvellement de son Permis d'Exploitation, le titulaire dépose au plus tôt dans les cinq ans et au plus tard un an avant la date de l'expiration du Permis d'Exploitation, sa demande auprès du Cadastre Minier central ou provincial, suivant le formulaire de Renouvellement à retirer auprès du Bureau du Cadastre Minier.

Le formulaire de Renouvellement du Permis d'Exploitation est rempli et signé par le titulaire du Permis d'Exploitation ou son mandataire.

Au formulaire de Renouvellement sont joints les documents suivants :

- une copie de la décision d'octroi du Permis d'Exploitation ;
- le Certificat d'Exploitation;
- une carte à l'échelle 1/200.000 sur laquelle est indiquée la situation géographique du périmètre dont le renouvellement est demandé ;

- les coordonnées géographiques des sommets du périmètre dont le renouvellement est demandé ainsi que le nombre des carrés y compris;
- le rapport et le programme des travaux d'exploitation ;
- une étude de faisabilité mise à jour ;
- l'EIES et le PGES mis à jour ;
- un acte d'engagement de poursuivre activement l'exploitation et la preuve de mise en valeur régulière du gisement ;
- le plan de financement des travaux d'exploitation ;
- la preuve de l'existence des ressources financières nécessaires à la poursuite d'exploitation du projet ;
- la déclaration notariée de cession des 5% des parts ou actions à l'Etat, conformément à l'article 144 alinéas 2 à 4 du présent Décret ;
- un acte d'engagement de se conformer au cahier de charge prévu dans le présent Décret ;
- une attestation fiscale ;
- une copie de la quittance ou du récépissé du paiement des frais de dépôt ;
- la preuve de l'entrée en phase de rentabilité du projet.

**Article 181 : Du dépôt de la demande de renouvellement du Permis d'Exploitation**

Le formulaire contient :

- la dénomination sociale, l'adresse et les autres coordonnées du titulaire du Permis d'Exploitation et, le cas échéant, de son mandataire en mines et carrières;
- le numéro du Permis d'Exploitation et le nombre de carrés y compris ;
- le numéro de la décision d'octroi ;
- la date d'octroi ;
- la localisation administrative : territoire, district, province ;
- la superficie du Permis d'Exploitation ;
- dénomination des sociétés affiliées du titulaire ;
- le nombre de Permis d'Exploitation détenus par le titulaire et ses sociétés affiliées ;

Avant le dépôt de la demande de renouvellement du Permis d'Exploitation, le titulaire paie les frais de dépôt afférant à l'instruction cadastrale au Cadastre Minier central ou provincial qui lui délivre un récépissé.

**Article 182 : De la recevabilité ou de l'irrecevabilité de la demande de renouvellement du Permis d'Exploitation**

Dès la réception de la demande de renouvellement, le Cadastre Minier central ou provincial vérifie si elle est recevable. La demande est recevable si :

- elle contient tous les éléments repris à l'article 181 ci-dessus ;
- elle a été déposée au Cadastre Minier central ou provincial qui a délivré le Certificat d'Exploitation au plus tôt dans les cinq ans et au plus tard un an avant la date d'expiration du Permis d'Exploitation comme prévu à l'article 80 alinéa 2 du Code minier ;
- elle contient tous les renseignements requis dans le formulaire de renouvellement du Permis d'Exploitation conformément à l'article 181 ci-dessus et dans le rapport des résultats des travaux d'exploitation.

En cas de recevabilité de la demande, le Cadastre Minier central ou provincial inscrit la demande de renouvellement au cahier d'enregistrement général et délivre au titulaire un récépissé du dépôt de la demande conformément aux dispositions de l'article 70 du présent Décret.

En cas d'irrecevabilité, le Cadastre Minier central ou provincial restitue ou renvoie le dossier de demande au titulaire en lui indiquant le motif.

**Article 183 : De l'instruction de la demande de renouvellement du Permis d'Exploitation**

Les instructions cadastrale, technique et environnementale de la demande de renouvellement du Permis d'Exploitation s'opèrent conformément aux dispositions des articles 149 à 153 du présent Décret.

Lors de l'instruction cadastrale le Cadastre Minier central ou provincial vérifie :

- l'éligibilité du titulaire du Permis d'Exploitation aux droits miniers ou de carrières conformément à l'article 23 du Code minier ;
- la validité du Permis d'Exploitation ;
- la déclaration notariée de la cession de 5% à l'Etat conformément à l'article 144 alinéas 2 à 4 du présent Décret;

- le respect par le titulaire du Permis d'Exploitation de ses obligations du maintien de la validité du permis ;
- l'existence de tous les carrés renouvelés ou retenus dans le périmètre du Permis d'Exploitation ;
- le respect des limitations du Permis d'Exploitation défini à l'article 142 du présent Décret ;
- le paiement par le titulaire du montant des droits superficiaires annuels par carré pour son Périmètre d'Exploitation pendant la période de validité de son Permis d'Exploitation ;
- le commencement des travaux d'exploitation dans les trois ans à compter de l'octroi de son Permis d'Exploitation sauf cas de force majeure prévu à l'article 297 du Code minier.

Si le Cadastre Minier constate au cours de l'instruction cadastrale un défaut dans la demande qui est susceptible d'être corrigée par le titulaire, il notifie à ce dernier par le moyen le plus rapide et le plus fiable et l'invite à corriger sa demande.

Aux éléments de l'instruction technique effectuée par la Direction des Mines précisés à l'article 152 du présent Décret, s'ajoute la vérification de l'engagement souscrit par le titulaire de bonne foi de continuer activement l'exploitation et la mise en œuvre des normes nationales, régionales et internationales de transparence dans les industries extractives ainsi que de celles souscrites pour un approvisionnement responsable en minerais.

L'instruction environnementale et sociale effectuée par l'Agence Congolaise de l'Environnement, le Fonds National de Promotion et de Service Social en collaboration avec la Direction chargée de la Protection de l'Environnement Minier est réalisée selon les modalités précisées à l'article 153 du présent Décret et doit être achevée dans un délai de nonante jours ouvrables à compter de la date de son déclenchement.

Le Cadastre Minier central, la Direction des Mines, l'Agence Congolaise de l'Environnement, le Fonds National de Promotion et de Service Social en collaboration avec la Direction chargée de la Protection de l'Environnement Minier émettent, chacun en ce qui le concerne, un avis favorable ou défavorable.

Une fois les avis cadastral, technique et le certificat environnemental reçus, le Cadastre Minier central notifie au titulaire du Permis d'Exploitation les avis cadastral, technique et environnemental favorables ou défavorables émis sans frais par le

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 255 of 759 PageID #: 2043



moyen le plus rapide et le plus fiable et procède à son affichage dans la salle de consultation publique.

Dans un délai de cinq jours ouvrables à compter de la date de demande de renouvellement recevable, le Cadastre Minier central transmet au Ministre le projet d'arrêté portant renouvellement ou refus de renouvellement du Permis d'Exploitation, selon le cas, les avis cadastral, technique ou environnemental favorables ou défavorables et les motifs du refus.

**Article 184 : De la décision de renouvellement ou de refus de renouvellement du Permis d'Exploitation**

Dans un délai de trente jours ouvrables à partir de la réception du dossier de demande de renouvellement du Permis d'Exploitation transmis par le Cadastre Minier central avec les avis cadastral, technique, environnemental favorables ou défavorables et sauf cas d'erreur manifeste dans ces avis ou entre ceux-ci et le projet d'arrêté, le Ministre prend et transmet audit Cadastre l'arrêté portant renouvellement ou refus de renouvellement du Permis d'Exploitation.

Tout refus de renouvellement doit être motivé et donne droit aux recours selon les prescrits des articles 313 à 314 et 317 à 320 du Code minier.

Le délai de trente jours ouvrables de la décision du Ministre visée à l'alinéa 1er du présent article court conformément aux dispositions de l'article 45 alinéa 1erdu Code minier.

A défaut de décision du Ministre dans le délai de trente jours ouvrables requis, le renouvellement du Permis d'Exploitation est, selon que les avis cadastral, technique et environnemental sont favorables ou défavorables, réputée accordé ou refusé.

**Article 185 : De l'inscription de la décision de renouvellement ou de refus de renouvellement du Permis d'Exploitation**

Dans les cinq jours ouvrables à compter soit de la date de décision du Ministre, soit de la date à laquelle la décision est réputée prise conformément aux avis cadastral, technique et au certificat environnemental favorables ou défavorables, le Cadastre Minier l'inscrit selon le cas :

- sur la fiche technique de la demande de renouvellement du Permis d'Exploitation;
- dans le cahier d'enregistrement général en cas de décision de refus ;
- dans le registre des droits octroyés en cas de décision de renouvellement du Permis d'Exploitation.

A défaut d'inscription d'office du renouvellement du Permis d'Exploitation réputé accordé par le Cadastre Minier dans le délai requis, le titulaire du Permis d'Exploitation ou son mandataire adresse à ce dernier une demande d'inscription de son droit conformément à l'article 43 alinéa 4 du Code minier. Dans les cinq jours ouvrables à compter de la réception de la demande d'inscription, le Cadastre Minier est tenu de procéder à l'inscription du Permis d'Exploitation renouvelé.

A défaut d'inscription par le Cadastre Minier, du Permis d'Exploitation renouvelé dans le délai visé à l'alinéa précédent, le titulaire du Permis d'Exploitation ou son mandataire peut recourir à la procédure d'inscription par voie judiciaire conformément à l'article 46 du Code minier.

**Article 186 : De la notification et de l'affichage de la décision de renouvellement ou de refus de renouvellement du Permis d'Exploitation**

Dans les cinq jours à compter de la date de la décision du Ministre ou de la date à laquelle la décision est réputée prise, le Cadastre Minier central la notifie au titulaire du Permis d'Exploitation sans frais par le moyen le plus rapide et le plus fiable et procède à son affichage dans la salle de consultation publique et dans celle du Cadastre Minier provincial.

Si le titulaire obtient le renouvellement de son Permis d'Exploitation dans la dernière année de sa validité, la notification de la décision de renouvellement indique que le montant à payer au titre des droits superficiaires *prorata temporis* par carré pour la première année de la période du renouvellement du Permis d'Exploitation dont le mode de calcul est précisé à l'article 394 du présent Décret. La notification précise également la date limite pour le paiement de cette somme qui sera le trentième jour ouvrable suivant la date de la décision de renouvellement.

**Article 187 : De la modification et de la délivrance du Certificat d'Exploitation renouvelé**

Endéans les cinq jours ouvrables suivant l'inscription de la décision de renouvellement du Permis d'Exploitation et sous réserve des dispositions de l'alinéa 2 du présent article, le Cadastre Minier procède à la modification du Certificat d'Exploitation initial en y inscrivant le renouvellement du Certificat d'Exploitation accordé et restitue au titulaire son Certificat d'Exploitation modifié conformément aux termes du renouvellement.

Le titulaire qui obtient le renouvellement de son Permis d'Exploitation dans la dernière année de validité de son Permis d'Exploitation paie les droits superficiaires *prorata temporis* par carré pour la première année de la période de renouvellement,

conformément aux dispositions de l'article 385 du présent Décret comme condition de la délivrance de son Certificat d'Exploitation modifié.

Lors du paiement des droits superficiaires, le Cadastre Minier délivre un récépissé ou une quittance au titulaire, indiquant son nom, le montant et la date du paiement ainsi que les références du Permis d'Exploitation y afférent.

La mention du paiement par le titulaire des droits superficiaires par carré pour la première année du renouvellement est inscrite par le Cadastre Minier dans le registre des droits superficiaires annuels par carré.

Si, à l'expiration de la date limite indiquée sur la notification, le titulaire du Permis d'Exploitation n'a pas payé les droits superficiaires *prorata temporis* par carré pour la première année de la période du renouvellement du Permis d'Exploitation, le renouvellement du Permis d'Exploitation est caduc conformément à l'article 47 alinéa 3 du Code minier. Dans ce cas, les dispositions de l'article 188 ci-dessous lui sont applicables.

**Article 188 : De la radiation du Permis d'Exploitation non-renouvelé ou du Permis d'Exploitation renouvelé non suivi du paiement des droits superficiaires dus pour la première année de renouvellement**

En cas de décision de refus de renouvellement du Permis d'Exploitation ou de non-paiement dans le délai imparti, des droits superficiaires par carré pour la première année de renouvellement de Permis d'Exploitation, le Cadastre Minier central radie l'inscription du périmètre sur le registre des droits octroyés et le report du périmètre sur la carte de retombes minières, lorsque le Permis d'Exploitation arrive à son terme. Dans ce cas, la superficie en cause est immédiatement libérée et devient disponible, sous réserve du maintien de la priorité en faveur du titulaire qui obtient gain de cause à la suite d'une procédure de recours administratif ou arbitral dûment initiée par lui dans les trente jours suivant la date de la décision de refus.

# TITRE VI :
# DU PERMIS D'EXPLOITATION DES REJETS

## *Chapitre Ier :*
## *DE L'OCTROI DU PERMIS D'EXPLOITATION DES REJETS*

**Article 189 : Des limitations**

Les limitations suivantes quant à la superficie s'appliquent au Permis d'Exploitation des Rejets :

commencement des travaux de recherches. L'attestation de commencement des travaux est dûment certifiée par le Cadastre Minier central ou provincial.

En cas d'objection écrite de la part de l'un ou l'autre de ces services dans le délai imparti, le service concerné demande les informations complémentaires au titulaire par lettre envoyée au Cadastre Minier provincial qui la notifie au titulaire par le moyen le plus rapide et le plus fiable. Dans ce cas, le titulaire est tenu, dans les douze jours ouvrables à compter de la date de la réception de cette lettre, de fournir le complément d'information demandé.

Dans les douze jours ouvrables à dater du dépôt de la réponse du titulaire, le service concerné doit indiquer et communiquer au Cadastre Minier central ou provincial par écrit soit l'établissement de la preuve requise soit l'insuffisance de celle-ci.

En cas d'insuffisance de preuve attestant le commencement des travaux pour l'une ou l'autre opération prévue à l'article 386 du présent Décret, le chef du service concerné prépare et transmet un avis écrit au Cadastre Minier central avec copie à chaque Cadastre Minier provincial concerné. Le Cadastre Minier central ne certifie pas le commencement des travaux. Il notifie cet avis au titulaire sans frais par le moyen le plus rapide et le plus fiable et procède à son affichage dans la salle de consultation publique et dans celle du Cadastre Minier provincial concerné.

En cas de refus de certification ou d'absence de preuve du commencement des travaux de recherches conformément à l'article 387 du présent Décret, le Cadastre Minier informe la Direction des Mines aux fins de l'établissement du constat prévu à l'article 288 du Code minier dans un délai de cinq jours.

### Section II : Du commencement des travaux de développement et de construction

### Article 390 : Des opérations attestant le commencement des travaux de développement et de construction en vertu d'un Droit Minier d'Exploitation ou d'une Autorisation d'Exploitation de Carrières Permanente

En application des dispositions de l'article 197 du Code minier, le titulaire d'un Droit Minier d'Exploitation ou d'une Autorisation d'Exploitation de Carrières Permanente doit, selon le cas, dans un délai d'un an ou trois ans à partir de la délivrance de son titre minier ou de carrières, réaliser les opérations suivantes :

- le dépôt de deux copies de son Plan de Gestion Environnementale et Sociale du Projet approuvé dont une au Cadastre Minier provincial et l'autre à la Division provinciale des mines où le périmètre d'exploitation est situé ;

- la transmission d'un sommaire du Plan de Gestion Environnementale et Sociale du Projet aux autorités locales et l'explication des mesures d'atténuation et de réhabilitation prévues ;
- la constitution d'une sûreté financière pour la réhabilitation du périmètre ;
- l'engagement des travaux de développement et de construction pour un montant supérieur à cinq fois le montant des droits superficiaires exigibles pour la première année entière de la durée du Permis d'Exploitation, du Permis d'Exploitation de Petite Mine ou du Permis d'Exploitation des Rejets, selon le cas.

Un Arrêté du Ministre précise les travaux qui sont considérés comme des travaux de développement et de construction.

**Article 391 : De la preuve du commencement des travaux de développement et de construction**

Dans le délai prévu à l'article 390 ci-dessus, le titulaire d'un Droit Minier d'Exploitation ou d'une Autorisation d'Exploitation Permanente est tenu de fournir au Cadastre Minier la preuve du commencement des travaux de développement et de construction suivant une attestation contenant la déclaration écrite sur l'honneur par le titulaire sur l'exactitude des renseignements portant sur la réalisation des opérations susmentionnées.

L'attestation de commencement des travaux de développement et construction comporte notamment les mentions suivantes :

- la dénomination sociale, l'adresse et tous autres éléments d'identification du titulaire ;
- les références de l'acte d'octroi du Droit Minier d'Exploitation ou de l'Autorisation d'Exploitation de Carrières Permanente et des certificats y afférents ;
- l'indication du Cadastre Minier provincial et de la Division provinciale des Mines où le Plan de Gestion Environnementale du Projet a été déposé et la date du dépôt ;
- les noms et adresses des autorités locales auxquelles un sommaire du plan de gestion environnementale du projet a été transmis et expliqué, ainsi que les dates des entretiens au sujet du Plan de Gestion Environnementale du Projet ;
- la forme, le montant et la date du dépôt ou d'ouverture de la sûreté de réhabilitation ;

# TITRE XVIII : DES OBLIGATIONS ENVIRONNEMENTALES ET SOCIETALES

## *Chapitre I : DES OBLIGATIONS ENVIRONNEMENTALES ET SOCIETALES DES TITULAIRES DE DROITS MINIERS ET DE CARRIERES*

### Section I : Des exigences environnementales et sociales

**Article 404 : Des opérations subordonnées à la présentation et à l'approbation préalables d'un Plan Environnemental et Social**

Hormis l'exploitation artisanale, toutes les opérations de recherches et d'exploitation minières et de carrières doivent faire l'objet d'un Plan Environnemental et social préalablement établi et approuvé conformément aux dispositions prévues par le présent titre.

**Article 404 bis : Des mesures préventives d'exposition et de contamination**

L'opérateur minier est responsable de la radioprotection pour toutes ses activités conformément à la loi portant dispositions relatives à la protection contre les dangers des rayonnements ionisants et à la protection physique des matières et des installations nucléaires et le Décret portant réglementation de la protection contre les dangers des rayonnements ionisants.

Il doit assurer la protection radiologique de ses travailleurs et prendre toutes les dispositions nécessaires pour éviter que ses activités minières ne soient sources de contamination radiologique de l'environnement afin de prévenir l'exposition et la contamination du public aux rayonnements ionisants.

Un contrôle réglementaire de la radioactivité est effectué pendant la recherche, l'exploitation, le traitement et le transport des minerais par l'autorité de régulation des rayonnements ionisants. En cas d'obstruction à ce contrôle, l'autorité de régulation des rayonnements ionisants saisit la Direction de Protection de l'Environnement Minier pour mettre en demeure le titulaire défaillant de s'y soumettre.

Si la mise en demeure n'est pas suivie d'effets le titulaire concerné est sanctionné conformément à la loi.

L'opérateur minier s'assure de la surveillance radiologique de l'environnement, de la gestion du radon dans les locaux, dans les mines à ciel ouvert, les mines

souterraines ainsi que dans les sites sur l'ensemble du périmètre minier et ses environs.

Cette surveillance est effectuée par les sociétés congolaises habilitées par l'Autorité de régulation des rayonnements ionisants, conformément à la législation et à la réglementation spécifique en la matière.

La surveillance radiologique de l'environnement comprend entre autres :

a) le prélèvement et l'analyse des échantillons;

b) le contrôle des eaux naturelles ou industrielles;

c) le contrôle de la radioactivité dans l'air, dans la poussière;

d) le contrôle de la radioactivité dans le sol, les végétaux, les sédiments, la faune et la chaine alimentaire.

La gestion du radon dans les locaux comprend notamment :

a) une campagne de dépistage ;

b) la fourniture et analyse des dosimètres passifs ;

c) des analyses complémentaires ;

d) l'Etude des sites avant les opérations minières.

L'étude radiologique des postes dans les sites miniers comprend entre autres :

a) l'étude dosimétrique de la radioactivité naturelle;

b) le suivi dosimétrique des travailleurs ;

c) la gestion des déchets (rejets radioactifs);

d) le calibrage des sources radioactives;

e) la formation en radioprotection.

En cas de non-respect des prescrits du présent article, la Direction de Protection de l'Environnement Minier recourt à l'Autorité de régulation des rayonnements ionisants pour constater les manquements aux obligations reprises ci-dessus et sanctionne conformément à l'article 290 du Code minier.

**Article 405 : De la responsabilité environnementale du titulaire**

Le titulaire n'est responsable des dommages causés sur l'environnement par ses activités que dans la mesure où il n'a pas respecté les termes de son Plan

Environnemental approuvé, y compris les modifications au cours du projet, ou a violé l'une des obligations environnementales prévues au présent Titre.

En cas de cession, le Cessionnaire et le Cédant d'un droit minier font procéder, conformément aux dispositions de l'article 186 du Code minier, à un audit environnemental du site d'exploitation concerné par la cession. Cet audit détermine les responsabilités et obligations environnementales du cédant pendant la période où il était titulaire du droit minier en cause. Les frais et charges y afférents incombent au cédant.

Sans préjudice des dispositions de l'alinéa précédent et conformément à l'article 182 du Code minier, le titulaire qui acquiert son droit minier ou de carrières par cession assume, pour compte et à charge du cédant, les obligations environnementales vis-à-vis de l'Etat, à moins que le cédant ait obtenu l'attestation de libération de ses obligations environnementales prévue au Chapitre VII du présent Titre.

Le titulaire qui acquiert son droit minier ou de carrières par octroi n'est pas responsable des dommages et dégâts causés par les personnes qui ont occupé son périmètre avant lui ou travaillé à l'intérieur de celui-ci. Toutefois, il est obligé de tenir compte de ces dommages et dégâts dans son Plan Environnemental et de démontrer que les mesures d'atténuation et de réhabilitation qu'il propose de mettre en œuvre seront conformes aux dispositions du présent titre et efficaces pour éviter que ses propres opérations aient l'effet d'aggraver les dommages et dégâts existants qui pourraient porter atteinte à la santé et à la sécurité des travailleurs ou des populations ou encore aux milieux sensibles.

**Article 405 bis : De la responsabilité industrielle du titulaire**

Le titulaire est responsable des dommages causés aux personnes, aux biens et à l'environnement du fait de ses activités minières, même en l'absence de toute faute ou négligence.

Cette responsabilité objective vise à protéger l'être humain, les biens et l'environnement du fait du caractère potentiellement dangereux des activités minières industrielles.

**Article 405 ter : De la réparation des dommages causés aux personnes, aux biens et à l'environnement par les activités minières.**

Le titulaire d'un droit minier et/ou de carrières est responsable de dommages causés aux personnes, aux biens et à l'environnement par ses activités minières.

Si l'enquête conclut à la confirmation du dommage allégué, la Direction de Protection de l'Environnement Minier détermine l'étendue dudit dommage et les mesures de réparation appropriées qu'elle soumet au titulaire du droit minier ainsi qu'aux victimes.

En cas de refus de réparer ou de désaccord entre le titulaire et les victimes, le Tribunal compétent sera saisi par la partie diligente suivant la procédure de droit commun.

**Article 405 quater : Des maladies imputables à l'activité minière.**

La liste des maladies causées par l'activité minière est déterminée par un arrêté interministériel des Ministres ayant les Mines et la Santé dans leurs attributions.

**Article 405 quinquies : De l'emploi**

Le titulaire des droits miniers ou de carrières, l'amodiataire et les détenteurs d'agrément au titre d'entité de traitement ou de transformation doivent se conformer à la législation du travail en matière d'emploi, plus particulièrement la réglementation du travail des étrangers en ce qui concerne les pourcentages autorisés, celle fixant la liste des emplois interdits aux étrangers ainsi que la réglementation déterminant les conditions d'engagement des étrangers.

A compétences égales, le titulaire des droits miniers ou de carrières, l'amodiataire et les détenteurs d'agrément au titre d'entité de traitement ou de transformation recrutent en priorité des nationaux.

Le tableau ci-après reprend le quota minimal d'employés congolais par catégorie aux différentes phases d'un projet minier :

| CATEGORIE D'EMPLOIS | PHASES DU PROJET | | | | |
|---|---|---|---|---|---|
| | Recherche Minière | Développement et construction | Production commerciale | | |
| | | | 1è-5è | 6è-10è | 11è et au-delà |
| Cadres de direction | 20% | 25% | 60% | 65% | 70% |
| Cadres de maitrise | 30% | 35% | 70% | 75% | 80% |
| Ouvriers qualifiés | 60% | 40% | 80% | 85% | 90% |
| Manœuvres | 80% | 85% | 90% | 95% | 100% |

**Article 405 sexies : De la formation**

Le titulaire des droits miniers ou de carrières, l'amodiataire et les détenteurs d'agrément au titre d'entité de traitement ou de transformation établissent et mettent en œuvre un programme de formation du personnel congolais identifié pour ses besoins, couvrant toutes les qualifications, pour permettre à celui-ci d'acquérir des compétences exigées par le management de l'entreprise en vue d'occuper des postes de direction et de maitrise dans les dix années qui suivent la date du démarrage de la production commerciale, conformément au quota repris à l'article 405 quinquies ci-dessus.

Les personnes susvisées établissent et transmettent à la CTCPM, pour information et suivi, leur plan de formation et de perfectionnement du personnel.

Ce plan comporte un volet de stages de formation en faveur des élèves et étudiants des Universités, d'Etablissements d'enseignement Supérieur technique dont le cursus scolaire et académique selon le cas, porte sur les sciences et techniques minières ainsi que sur les corps des métiers des mines.

**Article 406 : Des opérations subordonnées à la présentation et à l'approbation préalable d'un Plan d'Atténuation et de Réhabilitation**

Les opérations de recherches des mines ou des carrières ainsi que les opérations d'exploitation en vertu d'une Autorisation d'Exploitation de Carrières Temporaire doivent faire l'objet d'un Plan d'Atténuation et de Réhabilitation préalablement établi et approuvé conformément aux dispositions du Chapitre IV du présent Titre.

Pour les opérations de recherches minières ou de carrières, le Plan d'Atténuation et de Réhabilitation est déposé après l'octroi du Permis de Recherches ou de l'Autorisation de Recherches des Produits de Carrières. Son approbation par l'Agence Congolaise de l'Environnement en collaboration avec la Direction chargée de la Protection de l'Environnement Minier est une condition préalable du commencement des opérations de recherches.

Pour les opérations d'exploitation de carrières temporaire, le Plan d'Atténuation et de Réhabilitation est déposé en même temps que la demande de l'Autorisation d'Exploitation de Carrières Temporaire et son approbation par l'autorité compétente est une condition d'octroi de l'autorisation.

**Article 407 : Des opérations subordonnées à la présentation et à l'approbation préalables de l'Etude d'Impact Environnemental et Social, en sigle EIES et du Plan de Gestion Environnementale et Sociale, en sigle PGES.**

A l'exception de l'exploitation de carrières temporaire, toute opération d'exploitation doit faire l'objet d'une Étude d'Impact Environnemental et Social du Projet et d'un Plan de Gestion Environnementale et Sociale préalablement établis et approuvés, conformément aux dispositions du Chapitre V du présent titre.

L'Etude d'Impact Environnemental et Social ainsi que le Plan de Gestion Environnementale et Sociale doivent être déposés en même temps que la demande du droit d'exploitation. Leur approbation par l'autorité compétente est une condition d'octroi du droit d'exploitation.

Pour ce qui concerne l'Etude d'Impact Environnemental et Social, l'autorité compétente est l'Agence Congolaise de l'Environnement, le Fonds National de Promotion et de Service Social en collaboration avec la Direction chargée de la Protection de l'Environnement Minier, conformément aux dispositions de l'article 42 du Code minier.

**Article 408 : abrogé**

**Article 409 : abrogé**

**Section II : De l'obligation de sûreté financière**

**Article 410 : De la sûreté financière de réhabilitation de l'environnement**

En application de l'article 204, alinéa 4 du Code minier, toute personne effectuant des opérations de recherches ou d'exploitation minière ou de carrières est tenue de constituer une sûreté financière de réhabilitation de l'environnement en vue d'assurer ou de couvrir le coût des mesures de réhabilitation de l'environnement.

La sûreté financière de réhabilitation de l'environnement est constituée conformément à la Directive sur la Sûreté Financière de Réhabilitation de l'Environnement reprise à l'annexe II du présent Décret après l'approbation du Plan Environnemental et Social du titulaire.

Les fonds de la sûreté financière de réhabilitation de l'environnement sont mis à la disposition de l'Etat et gérés aux fins de la réhabilitation du site des opérations minières ou de carrières dans les conditions précisées ci-dessous.

Au sens de l'article 294 du Code minier, on entend par « la provision correspondante constituée par le titulaire pour la réhabilitation du site, » la sûreté financière de réhabilitation de l'environnement.

**Article 411 : De la confiscation de la sûreté financière de réhabilitation de l'environnement**

En cas d'inexécution ou d'exécution fautive par le titulaire de ses obligations d'atténuation et de réhabilitation prévues au Plan Environnemental et Social en cours ou à la cessation de ses activités de recherches ou d'exploitation, le tribunal territorialement compétent peut prononcer, à la requête du Ministre ou de son délégué accompagnée de la preuve de la réalisation des procédures préalables exposées aux articles 412 et 413 ci-dessous, la confiscation de la sûreté financière de réhabilitation de l'environnement en faveur de l'Etat, représenté par le Ministre.

Outre la confiscation des fonds de sûreté financière de réhabilitation de l'environnement, le titulaire défaillant peut être astreint à d'autres mesures financières ou restrictives conformément aux dispositions de l'article 294 alinéas 2 et 3 du Code minier.

Dans l'intérêt public, le jugement prononcé par le tribunal saisi en cas de la confiscation de la sûreté financière de réhabilitation de l'environnement est soumis au recours judiciaire prévu aux articles 315 et 316 du Code minier.

En cas de confiscation, les fonds de la sûreté financière de réhabilitation sont gérés conformément aux dispositions de l'article 414 ci-dessous.

Si le coût d'exécution des travaux d'atténuation et de réhabilitation est inférieur à la sûreté financière, le titulaire a droit à la restitution du trop-perçu.

Si la sûreté financière de réhabilitation de l'environnement confisquée ne couvre pas les coûts réels du site endommagé, le Ministre ou son délégué peut confier l'exécution des travaux correspondants à un tiers. Le surplus des frais est à la charge du titulaire défaillant.

**Article 412 : De la procédure préalable à la confiscation de la sûreté financière de réhabilitation de l'environnement en cas de défaillance du titulaire au cours des activités minières ou de carrières**

Si, au terme de la deuxième prolongation de la période de suspension temporaire prononcée conformément à l'article 570 du présent Décret, le titulaire n'a pas réalisé les travaux d'atténuation et de réhabilitation de l'environnement et envoyé une Attestation de libération d'obligations environnementales et sociales au Ministre, ce

**Article 456 : De la notification et de la transmission du certificat Environnemental**

Conformément à l'article 42 du Code minier, dans un délai de cinq jours ouvrables à compter de la réception du certificat Environnemental, le Cadastre Minier central :

- notifie le Certificat Environnemental au requérant par le moyen le plus rapide et le plus fiable ;
- procède à l'affichage du Certificat Environnemental dans sa salle de consultation publique et le cas échéant dans celle du Cadastre Minier provincial où la demande a été déposée ;
- inscrit le Certificat Environnemental sur la fiche technique de la demande.

Dans le même délai, le Cadastre Minier transmet le dossier de l'Etude d'Impact Environnemental et Social et le Certificat Environnemental au Ministre ou au Chef de Division provinciale des Mines, lorsqu'il s'agit d'une demande d'Autorisation d'Exploitation de Carrières Permanente des matériaux de construction à usage courant, pour décision d'octroi ou de refus d'octroi du droit d'exploitation, y compris l'approbation ou le refus d'approbation de l'Etude d'Impact Environnemental et Social et du Plan de Gestion Environnementale et Sociale.

**Article 457 : Du recours du requérant**

Dans les quinze jours de la notification du certificat environnemental défavorable, le requérant peut exercer un recours administratif contre ce certificat. Cette procédure suspend la décision définitive du Ministre ou du Chef de Division provinciale jusqu'au jugement définitif.

**Section II : De la mise en œuvre du Plan de Gestion Environnementale et Social**

**Article 458 : Du rapport annuel de réalisation des travaux d'exploitation, d'atténuation et de réhabilitation**

Dans les cent jours qui suivent la date anniversaire de l'approbation de l'Étude d'Impact Environnemental et Social et du Plan de Gestion Environnementale et Sociale, le titulaire est tenu de déposer chaque année, un rapport auprès de l'Agence Congolaise de l'Environnement, du Fonds National de Promotion et de Service Social et de la Direction chargée de la Protection de l'Environnement Minier.

Ce rapport doit décrire sommairement :

- les travaux d'exploitation réalisés et leur impact sur l'environnement ;

- les travaux d'atténuation et de réhabilitation qui ont été réalisés ;
- l'état d'avancement des mesures d'atténuation et de réhabilitation par rapport à celles prévues dans le Plan de Gestion Environnementale et Sociale approuvé ;
- les frais engagés en relation avec la mise en œuvre de ces travaux d'atténuation et de réhabilitation ;
- l'état d'avancement et les résultats de la mise en œuvre du plan de développement durable et du cahier des charges.

**Article 459 : De l'audit environnemental et social**

Tous les deux ans à partir de la date d'approbation de l'Etude d'Impact Environnemental et Social initiale, le titulaire d'un droit minier ou de carrières est tenu de faire réaliser, à ses propres frais, un audit par un Bureau d'études environnementales agréé autre que celui qui a élaboré l'Etude d'Impact Environnemental et Social ou le Plan de Gestion Environnementale et Sociale.

L'audit constatera l'avancement des travaux d'atténuation et de réhabilitation par rapport au calendrier prévu, la conformité des impacts sur l'environnement avec les normes techniques de la directive sur l'Etude d'Impact Environnemental et Social et toutes autres observations sur les impacts des activités minières ou de carrières sur l'environnement ainsi que le niveau d'exécution du cahier des charges.

**Article 460 : Du rapport de l'audit environnemental et social**

Le Bureau d'études environnementales agréé chargé de l'audit environnemental et social rédige un rapport et en transmet les copies à l'Agence Congolaise de l'Environnement, au Fonds National de Promotion et de Service Social et à la Direction chargée de la Protection de l'Environnement Minier et une autre au titulaire dans un délai de nonante jours ouvrables à compter de la date du commencement des travaux d'audit.

**Article 461 : Du contrôle des travaux d'atténuation et de réhabilitation**

Les travaux d'atténuation et de réhabilitation réalisés par le titulaire sont soumis aux inspections effectuées par l'Agence Congolaise de l'Environnement en collaboration avec la Direction chargée de la Protection de l'Environnement Minier et le Fonds National de Promotion et de Service Social, pour vérifier leur état d'avancement par rapport au calendrier prévu et leur conformité par rapport aux mesures prévues dans le Plan de Gestion Environnementale et Sociale ainsi que le cahier des charges approuvés.

A l'issue de chaque contrôle, un rapport est dressé en deux copies, dont une est transmise au titulaire et une autre à la Direction des Mines, dans un délai de trente jours ouvrables à compter de la clôture de l'opération du contrôle.

L'Etat se réserve le droit de diligenter un audit chaque fois que les circonstances l'exigent.

**Article 462 : Du suivi de l'efficacité des mesures d'atténuation et de réhabilitation**

L'Agence Congolaise de l'Environnement en collaboration avec la Direction chargée de la Protection de l'Environnement Minier, les autorités provinciales ou tout autre organisme autorisé par la Direction susvisée sont chargés d'étudier l'état de l'environnement et l'évolution des caractéristiques du milieu ambiant de la situation du périmètre et sont autorisés à effectuer des études, des prélèvements et des analyses ponctuels ou réguliers sur l'environnement.

Nonobstant les rapports, l'Agence Congolaise de l'Environnement en collaboration avec la Direction chargée de la Protection de l'Environnement Minier, l'autorité ou l'Organisme chargé des opérations de suivi de l'environnement affecté par les opérations de recherches minières ou de carrières et d'exploitation rédige son rapport de suivi et en transmet les copies à l'Agence Congolaise de l'Environnement, à la Direction chargée de la Protection de l'Environnement Minier, à la Direction de Géologie et au titulaire dans les vingt jours à compter de la fin des opérations de suivi.

**Article 463 : De la révision de l'Etude d'Impact Environnemental et Social et du Plan de Gestion Environnementale et Sociale**

Le titulaire d'un droit minier ou de carrières soumis à l'Etude d'Impact Environnemental et Social est tenu de réviser son Etude d'Impact Environnemental et Social et Plan de Gestion Environnementale et Sociale initialement approuvés et de les signer :

- tous les cinq ans ;
- lors du renouvellement de son droit ;
- lorsque des changements dans les activités minières ou de carrières justifient une modification de l'Etude d'Impact Environnemental et Social ;
- lorsqu'un rapport de contrôle et/ou de suivi démontre que les mesures d'atténuation et de réhabilitation prévues dans son Plan de Gestion

Environnementale et Sociale ne sont plus adaptées et qu'il y a un risque important d'impact négatif sur l'environnement.

Les procédures de dépôt, de l'instruction et d'approbation de l'Etude d'Impact Environnemental et Social révisée suivent celles relatives à l'Etude d'Impact Environnemental et Social initiale.

**Article 464 : De la révision de la sûreté financière de réhabilitation**

La Direction chargée de la Protection de l'Environnement Minier est habilitée à décider, après avis du Comité Permanent d'Evaluation, de réviser le montant de la sûreté financière de réhabilitation afférant à l'Etude d'Impact Environnemental et le Plan de Gestion Environnementale du Projet si elle n'est plus suffisante ou si elle doit être réduite en raison des coûts prévisibles de la réalisation des mesures d'atténuation et de réhabilitation. La révision est décidée à l'initiative de la Direction chargée de la Protection de l'Environnement Minier ou sur proposition du titulaire, après avoir entendu l'autre partie intéressée.

**Article 465 : Du rapport d'évaluation des mesures d'atténuation et de réhabilitation**

Dans les six mois à compter de la fermeture du site et ensuite dans les douze mois et dans les trois ans de celle-ci, le titulaire envoie un rapport sur l'évaluation des mesures d'atténuation et de réhabilitation de son Plan de Gestion Environnementale et Sociale à l'Agence Congolaise de l'Environnement et à la Direction de Protection de l'Environnement Minier.

## *Chapitre VI :*
## *DE LA MISE EN CONFORMITE ENVIRONNEMENTALE DES OPERATIONS EN VERTU DES DROITS EXISTANTS VALIDES ET TRANSFORMES*

**Article 466 : abrogé**

**Article 467 : abrogé**

**Article 468 : abrogé**

**Article 469 : abrogé**

**Article 470 : abrogé**

**Article 471 : abrogé**

## Section II : Des Impôts sur les revenus

### Paragraphe 1 : Des impôts sur les revenus mobiliers

#### Article 528 : Des revenus exonérés de l'impôt mobilier

En application des dispositions de l'article 246 du Code minier, les intérêts payés par le titulaire au titre des emprunts contractés en devise à l'étranger sont exonérés de l'impôt mobilier, sous réserve du respect des conditions requises ci-après :

- les emprunts concernés doivent être exclusivement affectés à la réalisation du projet minier ;
- les taux d'intérêt et les autres conditions d'emprunts contractés par le titulaire auprès des entreprises situées à l'étranger et sous la dépendance, directe ou indirecte, desquelles il se trouve, sont fixés selon le principe de pleine concurrence.

### Paragraphe 2 : De l'Impôt Professionnel sur les Bénéfices et Profits

#### Article 529 : Des plus-values et moins-values sur cession des titres miniers

Pour l'application de l'article 253 du Code minier, les dépenses de développement comprennent toutes dépenses pour la construction des immeubles par incorporation situés dans le périmètre minier ainsi que pour l'achat des immeubles par destination affectés à l'exploitation minière, réalisées avant ou après la mise en exploitation de la mine.

#### Article 529 bis : De l'impôt spécial sur les plus-values de cession d'actions ou de parts sociales

Toute cession d'actions ou de parts sociales par des personnes morales établies en République Démocratique du Congo et celles domiciliées à l'étranger, ayant abouti à la constatation d'une plus-value, est soumise au régime de plus-value prévu à l'article 253 bis du Code minier.

Les plus-values réalisées par les personnes morales étrangères lors de la cession d'actions ou de parts sociales détenues, directement ou indirectement, sur une entreprise titulaire des droits miniers ou de carrières située en République Démocratique du Congo est réputée être de source congolaise dans la mesure où la cession desdites actions ou parts sociales équivaut à la cession d'une fraction ou de la totalité des actifs corporels et incorporels et des réserves minières relevant du patrimoine de la personne morale établie en République Démocratique du Congo.

Le montant de la plus-value visée par le paragraphe premier ci-dessus est constitué par la différence entre le prix de cession de l'action ou de la part sociale et de la valeur nette comptable de cette action ou part sociale.

Lorsque les actifs sont situés dans plusieurs juridictions, l'impôt spécial sur les plus-values de cession d'actions ou de parts sociales est calculé sur une quotité de la plus-value constatée déterminée suivant une fraction ayant au numérateur la valeur des actifs de la filiale de droit congolais et au dénominateur la valeur totale des actifs de la société étrangère dont les actions ou parts sociales ont été cédées.

Le prix de cession à retenir ne peut être inférieur à celui correspondant à la valeur réelle des actifs cédés représentatifs desdites actions ou parts sociales au moment de l'opération. En cas moins-values prouvées celles-ci ne sont déductibles ni de l'assiette de l'impôt spécial sur les plus-values des autres actions ou parts sociales ni de celle de l'impôt sur les bénéfices et profits.

**Article 530 : Du report déficitaire**

Pour l'application de l'article 251 du Code minier, le déficit doit obligatoirement être reporté sur les résultats du premier exercice bénéficiaire, puis sur les résultats du ou des exercices suivants dans la mesure où le bénéfice du premier exercice non déficitaire n'a pas atteint un montant suffisant. Les échelonnements ne sont pas autorisés.

Le principe de la limitation de la déduction des résultats déficitaires des cinq exercices antérieurs n'est pas applicable aux amortissements comptabilisés en période déficitaire.

Pour l'application des dispositions de l'alinéa précèdent, les déductions s'opèrent dans l'ordre suivant :

- amortissement de l'exercice ;
- déficit ordinaires des exercices antérieurs en commençant par le plus ancien dans la limite de cinq exercices ;
- déficits d'exercices antérieurs provenant d'amortissements réputés différés sans limitation de durée.

Le report illimité des amortissements réputés différés en période déficitaire cesse de s'appliquer si l'entreprise reprend tout ou partie des activités d'une autre entreprise ou lui transfère tout ou partie de ses propres activités.

Les autres modalités d'imputation de report déficitaire sont celles de droit commun.

Toutefois, le titulaire est autorisé à appliquer intégralement les dispositions du droit commun en vigueur.

**Article 530 bis : De l'Impôt spécial sur les profits excédentaires**

Pour l'application de l'article 251 bis du Code minier, l'excédent brut d'exploitation qui sert d'assiette de l'impôt spécial sur les profits excédentaires est constitué par la différence entre le montant de l'excédent brut d'exploitation de l'exercice comptable considéré diminué du montant de l'excédent brut d'exploitation dégagé par l'étude de faisabilité bancable du projet minier pour cette même année, ce dernier montant augmenté de 25%.

Dans ces conditions, le titulaire est tenu de déposer une copie de l'étude de faisabilité du projet minier auprès de l'Administration des impôts avant l'entrée effective en production dudit projet.

Pour les projets déjà en phase d'exploitation, cette obligation doit être accomplie dans les nonante (90) jours de la publication du présent Règlement.

Pour le cas où l'étude de faisabilité est mise à jour lors de l'extension des travaux d'exploitation au titre de l'Article 77 ter du Code minier ou transmise dans le cadre du renouvellement d'un permis d'exploitation au titre de l'Article 80 littera b du Code minier, les données relatives au prix des matières premières ou des matériaux et à l'excédent brut d'exploitation devront être mises à jour. Cette étude de faisabilité modifiée devra inclure les prévisions d'excédent brut d'exploitation du projet pour chaque exercice comptable pour chaque produit. Une copie de cette étude de faisabilité devra être fournie à l'Administration Fiscale dans les soixante (60) jours de l'approbation de cette étude de faisabilité et sera utilisée pour calculer l'assiette de l'impôt spécial sur les profits excédentaires.

Les profits excédentaires ou super profits sont calculés sur la base de l'excédent brut d'exploitation analytique par produit.

L'article 251 bis ne s'appliquera que si le prix de vente moyen effectif du produit pour l'exercice comptable excède de plus de 25% le prix de vente moyen du produit pour cette année tel que prévu dans l'étude de faisabilité.

Pour la détermination des profits excédentaires, les dépenses de recherche et de développement ne sont pas déductibles. De même, l'imputation des déficits antérieurs est interdite.

Le titulaire est tenu de souscrire une déclaration de l'impôt spécial sur les profits excédentaires, selon le modèle fourni par l'Administration des Impôts, au plus tard à

la date de l'échéance prévue pour le dépôt de la déclaration de l'Impôt sur les bénéfices et profits.

**Article 531 : De la justification de paiement des biens et services en faveur des sociétés affiliées**

Les sommes versées par le titulaire à ses sociétés affiliées pour des biens ou prestations de services ne sont admises comme charges professionnelles déductibles que dans les conditions du droit commun.

**Article 532 : abrogé**

**Article 532 bis : De la déduction des intérêts payés à l'étranger**

Pour l'application de l'article 254 du Code minier, les intérêts visés sont ceux payés à l'étranger aux associés ou à toute autre personne qui se trouve directement ou indirectement dans des liens quelconques d'interdépendance avec le titulaire.

La période de calcul de la moyenne annuelle des taux effectifs pratiqués par les établissements de crédit du pays où est établie l'entreprise prêteuse est celle correspondant à l'année de conclusion du contrat de prêt.

Dans tous les cas, les conditions afférentes audit contrat doivent être au moins égales à celles de pleine concurrence pratiquées dans ce pays sans considération des circonstances qui prévalent sur le lieu où le projet minier est réalisé.

Seule la quotité des intérêts excédant le taux moyen défini à l'article 254 du Code minier est exclue du droit à déduction.

**Article 533 : Des charges professionnelles déductibles**

Outre les dépenses prévues aux articles 532 ci-dessus, sont également considérées comme dépenses professionnelles déductibles des revenus imposables, les charges professionnelles prévues à l'article 256 du Code minier.

**Article 533 bis : Du taux de l'impôt minimum**

En application de l'article 247 bis, le taux de l'impôt minimum applicable au titulaire est celui du droit commun en vigueur à la date de la promulgation du présent Code minier.

**Section III : De la contribution sur le chiffre d'affaires à l'intérieur**

**Article 534 : abrogé**

A la demande du titulaire, le montant de la sûreté financière de réhabilitation de l'environnement est révisé par la Direction chargée de la Protection de l'Environnement Minier :

a) soit en fonction de l'état d'avancement des travaux d'atténuation et de réhabilitation progressifs ;

b) soit quand le titulaire démontre qu'il va utiliser notamment des méthodes de réhabilitation plus économiques sans perte d'efficacité.

**Article 4 : De la durée de la sûreté financière de réhabilitation de l'environnement**

Sous réserve des dispositions de l'article 412 du Règlement minier, la sûreté financière de réhabilitation de l'environnement reste maintenue jusqu'à la délivrance de l'attestation de libération des obligations environnementales au titulaire du droit minier ou de carrières pour le projet en cause.

**Article 5 : De l'insaisissabilité de la sûreté financière de réhabilitation de l'environnement**

La sûreté financière de réhabilitation de l'environnement est insaisissable par les tiers, sauf le cas de confiscation par le Ministre ou son délégué conformément aux dispositions du Code minier et du Règlement minier lorsque le titulaire n'a pas accompli les travaux d'atténuation et de réhabilitation prévus dans son Plan Environnemental approuvé.

## *Chapitre II :*
## *DES MODALITES DE LA SURETÉ FINANCIÈRE DE RÉHABILITATION DE L'ENVIRONNEMENT*

**Article 6 : De l'option des modalités de la sûreté financière de réhabilitation de l'environnement**

En fonction de ses objectifs de réhabilitation à court ou à long terme et de sa capacité financière, le titulaire d'un droit minier ou de carrières a le choix entre plusieurs modalités de sûreté financière de réhabilitation de l'environnement.

Le titulaire peut associer plusieurs modalités de sûretés financières énumérées à l'article 7 ci-dessous pour couvrir le coût des mesures d'atténuation et de réhabilitation, à condition d'utiliser une seule modalité pour chaque versement.

Le titulaire notifie la Direction chargée de la Protection de l'Environnement Minier de son choix de modalité pour le premier versement de la sûreté financière au moins dix

jours ouvrables avant la date prévue pour la réalisation du versement. Il notifie le même service de son choix de modalité pour chaque versement subséquent de la sûreté financière au moins dix jours ouvrables avant la date de la réalisation du versement.

**Article 7 : Des modalités de la sûreté financière de réhabilitation de l'environnement acceptées**

Les modalités de la sûreté financière de réhabilitation de l'environnement acceptées sont les suivantes :

a) des espèces versées au compte de sûreté financière de réhabilitation de l'environnement du titulaire ouvert auprès d'une banque commerciale, d'une Caisse d'Epargne et de Crédit ou toutes autres institutions financières dûment agréées par la Banque Centrale du Congo ;

b) un chèque tiré à l'ordre d'une des institutions financières visées au littera a ci-dessus pour le compte de sûreté financière de réhabilitation de l'environnement du titulaire ;

c) un certificat de dépôt garanti ou à terme, en francs congolais ou en devises, émis en faveur du titulaire par une banque commerciale, une institution financière ou une Caisse d'Epargne et de Crédit ou toutes autres institutions financières agréées par la Banque Centrale du Congo. Ce certificat de dépôt doit avoir une durée d'au moins 12 mois et être automatiquement renouvelable jusqu'à la délivrance de l'attestation de libération des obligations environnementales au titulaire et ne pas comporter de restrictions quant à l'encaissement en cours de terme, sous réserve du prononcé de la confiscation par le tribunal compétent ;

d) une lettre irrévocable et inconditionnelle du crédit payable en francs congolais ou en devises émise en faveur du titulaire, par une banque commerciale, une institution financière, ou une caisse d'épargne et de crédit agréée par la Banque Centrale du Congo ;

e) une caution ou une police de sûreté financière de réhabilitation de l'environnement payable en francs congolais ou en devises émis en faveur du titulaire, par une compagnie ou une institution financière légalement habilitée pour agir en cette qualité ;

f) une caution fournie par un tiers payable en francs congolais ou en devises, en faveur du titulaire, sous réserve du prononcé de la confiscation par le tribunal compétent, conformément aux dispositions de la loi n° 73-021 du 20 juillet 1973

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 277 of 759 PageID #: 2065



portant régime général des biens, régime foncier et immobilier et régime des sûretés telle que modifiée et complétée par la loi n° 80-008 du 18 juillet 1980.

Lorsque le titulaire utilise l'une des modalités de sûreté financière précisées aux litteras c, d, e ou f du présent article pour plusieurs versements, le montant du dernier versement cumulé avec la valeur actuelle des versements antérieurs doit être égal au montant de l'obligation cumulative du titulaire en matière de versements de la sûreté financière de réhabilitation de l'environnement conformément à la présente directive.

**Article 8 : Des banques, institutions financières et caisses d'épargne et de crédit agréées par la Banque Centrale du Congo**

Les banques commerciales, les institutions financières multilatérales ou bilatérales, et les caisses d'épargne et de crédit sont agréées par la Banque Centrale du Congo si, au moment du versement de la sûreté financière de réhabilitation de l'environnement, leur réputation de solvabilité est très bonne et s'il n'y a aucun obstacle juridique ou diplomatique à leur paiement éventuel en vertu du certificat de dépôt, de la lettre de crédit ou de la caution en question.

Les banques commerciales et les caisses d'épargne et de crédit peuvent être des banques établies légalement en République Démocratique du Congo ou des banques étrangères légalement établies dans un pays avec lequel la République Démocratique du Congo maintient des relations diplomatiques et commerciales cordiales.

**Article 9 : Du compte de sûreté financière de réhabilitation de l'environnement ouvert par la Banque Centrale du Congo**

Si le titulaire notifie au Service chargé de la Protection de l'Environnement Minier son choix de verser la sûreté financière de réhabilitation de l'environnement en espèces ou en chèque conformément aux dispositions des articles 6 et 7 ci-dessus, dans un délai de trois jours ouvrables à compter de la date de la réception de la notification du titulaire, le service demande à la Banque Centrale du Congo d'ouvrir dans son propre nom un compte intitulé « le compte de sûreté financière de réhabilitation de l'environnement afférent au titre minier ou de carrières».

Les fonds versés au compte de sûreté financière de réhabilitation de l'environnement ainsi ouvert ne peuvent être retirés que selon les modalités suivantes :

a) par le titulaire sur présentation de l'attestation de libération des obligations environnementales, en réservant 5% du montant total de la sûreté financière ainsi constituée auprès de la Banque Centrale du Congo au profit du Trésor Public ;

b) par le Ministre ou son délégué sur présentation du prononcé de la confiscation de la sûreté financière afférente au titre minier ou de carrières en cause.

Dans un délai de cinq jours ouvrables à compter de la date de la réception de la notification de la Direction chargé de la Protection de l'Environnement Minier, la Banque Centrale du Congo ouvre un compte produisant un intérêt pour le dépôt du versement de la sûreté financière par le itulaire.

La Banque Centrale du Congo communique le nom et le numéro du compte au Service sus-visé immédiatement. Ce dernier, à son tour, notifie cette information au titulaire dans un délai de deux jours ouvrables.

Le titulaire effectue le versement de la sûreté financière de réhabilitation de l'environnement au compte indiqué dans un délai de trente jours à compter du dernier à survenir entre la date de l'approbation de son Plan Environnemental et la date de la délivrance de son titre minier ou de carrières. La Banque Centrale du Congo fournit un récépissé au titulaire promptement.

A compter du premier versement de la sûreté financière de réhabilitation de l'environnement à ce compte, la Banque Centrale du Congo envoie des relevés du compte trimestriels au Service chargé de la Protection de l'Environnement Minier et au titulaire.

Les intérêts produits par le compte bancaire appartiennent au titulaire et sont rétrocédés à un compte bancaire dont le titulaire aura indiqué le numéro et l'adresse bancaire à la Banque Centrale du Congo.

Le bureau du contrôle de la Division de l'inspection, de l'évaluation et du suivi, et celui du contrôle de la Direction chargé de la Protection de l'Environnement Minier vérifie la ponctualité des versements de la sûreté financière de réhabilitation de l'environnement ainsi que l'exactitude de chaque montant à verser.

## *Chapitre III :*
## *DES MODALITES DES VERSEMENTS DE LA SURETE FINANCIERE DE REHABILITATION DE L'ENVIRONNEMENT*

### Article 10 : Des modalités du versement de la sûreté financière de réhabilitation de l'environnement pour les projets de recherches d'un an au maximum et pour l'exploitation de carrières temporaire

Pour les travaux de réhabilitation soit des projets de recherches minières ou des produits de carrières d'un an au maximum, soit des activités d'exploitation de carrières temporaire, le montant total de la sûreté financière de réhabilitation de

l'environnement est versé dans les 15 jours de la réception de l'approbation du Plan d'Atténuation et de Réhabilitation de l'environnement par le titulaire.

**Article 11 : Des modalités du versement de la sûreté financière de réhabilitation de l'environnement pour les travaux de recherches de plus d'un an**

Pour les projets de recherches de plus d'un an, le montant du premier versement de la sûreté financière de réhabilitation de l'environnement correspond aux coûts évalués pour les travaux de réhabilitation du milieu ambiant affecté par les activités de recherches planifiées pour la première année. Chaque année suivante et ce jusqu'à l'expiration du Permis de recherches, lors de la date d'anniversaire de l'approbation du Plan Environnemental, le titulaire du Permis de recherches verse une nouvelle somme qui correspond aux coûts évalués des travaux de réhabilitation du milieu ambiant affecté par les activités de recherches planifiées pour l'année considérée.

**Article 12 : Des modalités du versement de la sûreté financière de réhabilitation de l'environnement pour les travaux d'exploitation**

Pour les travaux d'exploitation, le montant total de la sûreté financière de réhabilitation de l'environnement est versé conformément à un échéancier établi en fonction de la durée de vie des activités d'exploitation prévue dans l'étude de faisabilité du titulaire, jusqu'à un maximum de quinze ans, comme il est présenté au Tableau IIA de la présente directive. La Direction chargée de la Protection de l'Environnement Minier notifie le titulaire du calendrier et du montant des versements sur demande après l'approbation de son Plan Environnemental.

Le cas échéant, le premier versement est effectué dans les 30 jours qui suivent la délivrance du titre d'exploitation.

Chaque versement annuel subséquent a lieu au plus tard à la date d'anniversaire de l'approbation du Plan Environnemental.

Lorsque la durée de vie de l'activité d'exploitation est inférieure à cinq ans, un seul versement peut être exceptionnellement reporté et celui-ci s'ajoute alors au versement suivant. Cette modalité ne peut s'appliquer dans les deux dernières années de versements exigibles.

Pour les activités d'exploitation de plus de dix ans, deux versements consécutifs peuvent être exceptionnellement reportés. Aucun report n'est possible pour les trois dernières années exigibles.

**Article 13 : Du dépôt de la preuve du versement de la sûreté financière de réhabilitation de l'environnement**

Dans un délai de trente jours à compter de la date de l'approbation de son Plan Environnemental, le titulaire dépose auprès de la Direction chargée de la Protection de l'Environnement Minier la preuve de versement de la sûreté financière de réhabilitation de l'environnement par l'un des moyens suivants :

a) la copie du récépissé du versement délivré par la Banque Centrale du Congo ;

b) la copie du certificat de dépôt établi conformément aux dispositions de l'article 7 de la présente directive ;

c) la copie de la lettre de crédit établie conformément aux dispositions de l'article 7 de la présente directive ;

d) la preuve de la caution établie conformément aux dispositions de l'article 7 de la présente directive.

## *Chapitre IV :*
## *DE LA CONSTITUTION D'UN FONDS DE RÉHABILITATION POUR LES ZONES D'EXPLOITATION ARTISANALE*

**Article 14 : Des modalités de constitution des fonds de réhabilitation des zones d'exploitation artisanale**

Un fonds de réhabilitation destiné à financer les mesures d'atténuation et de réhabilitation est constitué dans chaque zone d'exploitation artisanale selon des modalités qui sont déterminées par arrêté du Ministre des Mines après consultation de l'association des exploitants artisanaux.

L'arrêté du Ministre portant constitution du fonds de réhabilitation de la zone d'exploitation artisanale détermine les modalités de constitution de ce fonds, l'autorité locale compétente pour gérer ce fonds et les procédures de comptabilité et de déboursement des sommes nécessaires pour la réalisation des mesures d'atténuation et de réhabilitation.

**Article 15 : De la gestion des fonds de recherche d'une exploitation artisanale**

Le fonds de réhabilitation pour une zone d'exploitation artisanale est géré de façon autonome. Il est indépendant de la comptabilité des finances publiques et ne transite pas par le compte du Trésor.

# Exhibit QE–23





Home | Dictionary | Articles | Tutorials | Exam Prep | Markets | Simulator | FXtrader | Financial Edge | Free Tools

INVESTOPEDIA®

Sign In | Free Investing Newsletter | Free Annual Reports

enter keywords Search | enter symbol Get Quote

Top Searches
1. Stock Picking
2. Forex
3. Options Trading
4. Credit Crisis

The best penny stocks sent to your inbox!

Topics

Dictionary
- Acronyms
- Bonds
- Buzzwords
- FOREX
- Mutual Funds
- Options & Futures
- Retirement
- Stocks
- Tech Analysis
- Trading

Articles

Exam Prep

Exam Quizzer

Tutorials

Ask Us

FXtrader

Simulator

Financial Edge

Stock Ideas

Free Tools

Calculators

Free Newsletters

Home > Dictionary

# Hurdle Rate

Like 2

**What Does *Hurdle Rate* Mean?**
The minimum amount of return that a person requires before they will make an investment in something.

**Investopedia explains *Hurdle Rate***
This is the rate of return that will get someone "over the hurdle" and invest their money.

***Filed Under:*** Buzz Words Personal Finance

**Related Terms**

Rate Of Return

Required Return

Return

*More Related Terms*

**Related Links**

Use ROA To Gauge A Company's Profits - Do you rely too heavily on ROE? Consider using return on assets for a more complete picture.

Five Things To Know About Asset Allocation - Overwhelmed by investment options? Learn how to create an asset allocation strategy that works for you.

Spotting Cash Cows - We show you why some of these companies stand apart from the herd.

What is the difference between stated annual return and effective annual return? -

Stock-Picking Strategies: Introduction - There are many ways to make money, knowing how to choose the best stocks is one of them.

World's Greatest Investors - Historically, the market has returned a solid 12% per year on average. The icons we'll present here represent the pinnacle of the financial world. Each one has dramatically exceeded market performance.

Retire A Millionaire In 10 Steps - Having a million-dollar portfolio is a retirement dream for many people but making that dream come true requires some serious effort.

Get Free Trend Analysis - Let our Trade Triangle technology instantly analyze any stock, futures or forex market for you. It's free, it's informative, it's on the money.

The Rise Of The Hedged Mutual Fund - Discover these growing funds, which were previously unavailable to the average investor.

Learn The Lingo Of Private Equity Investing - Because of the non-public nature of private equity, it can be difficult to the learn the lingo. We break it down here.

Rate this Term: Your Rating: ☆☆☆☆☆ Overall Rating:

**Get the Term of the Day by Email**

Enter Your Email Here Submit


MARKETPLACE

- Buy Gold Stocks Now
- American Express—Savings
- Advancing the Commodities

AdChoices

**Oil and Gas Royalties**
Immediate Cash Flow Properties Small Investment. 1,462 Wells.
www.breitlingroyalties.com

**1031 Exchange Planning**
Get Your Free 1031 Exchange Roadmap Sell and Buy Real Estate Tax Free
www.1031exchangeadvantage

**Invest in Stock**
Spend Your Money on Stock, Not Fees Open an OptionsHouse Account Today!
OptionsHouse.com

**TSP Market Timing Service**
We made +61% in 2010! Take a 30-day free trial
www.TopStockPortfolios.com/

**2 Stocks to Hold Forever**
Buy them, forget about them, and never sell them.
www.StreetAuthority.com

NEW ON INVESTOPEDIA

TRADING CENTER

Sponsored Links

# Exhibit QE–24

Longman Dictionary of Contemporary English

Widgets How to use About LDOCE

## hurdle rate *noun*

**hurdle rate** [countable]
a particular amount of profit that someone expects to get before they will decide to INVEST in something

Definition from the Longman Dictionary of Contemporary English Advanced Learner's Dictionary.

Widgets - Share the LDOCE

Link to this entry:

Ads by Google Dictionary Oil Companies Oil and Jobs Oil Company

**Dictionary pictures of the day**

Do you know what each of these is called?






Click on any of the pictures above to find out what it is called.

Explore our topic dictionary

- ADVERTISING AND MARKETING
- ANIMALS
- BANKING
- BIOLOGY
- BUSINESS BASICS
- COMPUTERS
- CLOTHES
- DAILY LIFE
- EDUCATION
- FINANCE
- FOOD
- GRAMMAR
- HAIR AND BEAUTY
- HUMAN
- LAW
- MUSIC
- NATURE
- SPORT
- STOCKS AND SHARES
- TECHNOLOGY
- TRADE

Ads by Google

**Marcellus Shale Resources**
Marcellus Shale News. Leases, Pipelines & More. Learn More Today.
AskChesapeake.com/Marcell...

**Top 2011 Online Grants**
Grant Funding May Be Available Go Back To School!
www.ClassesUSA.com

**Oil and Gas Investments**
Large Ownership. Small Investment Direct Partnership. Now Funding
oilandgasinvestment.com

**Invest In Oil In 2011**
Smart investors will invest in oil in 2011 as the dollar loses value.
www.FossilOil.com

**Dictionary Free Download**
Word Definitions, Translate & More. Download Dictionary Boss Today!
www.DictionaryBoss.com

# Exhibit QE–25

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 286 of 759 PageID #: 2074

THE FREE DICTIONARY BY FARLEX
2,947,125,698 visitors served.
TheFreeDictionary Google Bing
hurdle rate Search
Word / Article Starts with Ends with Text
TEXT
New: Language forums
Like 14K +1 0
Dictionary/ thesaurus | Medical dictionary | Legal dictionary | Financial dictionary | Acronyms | Idioms | Encyclopedia | Wikipedia encyclopedia

# hurdle rate

Also found in: Dictionary/thesaurus, Financial, Wikipedia

**Forensic Reference Aids**
Get access to AICPA white papers and reports. Join the FVS Section.
aicpa.org/fvs

**Finance Analyst Bootcamp**
NYC Investment Banking & Valuation Training by Sr Bankers $217 Billion
www.ibtraining.com

**RiskSpan:OnDemand Service**
Valuation, Data, Risk, Analytics ABS, RMBS, CDO, Trups, Loans
www.RiskSpan.com

Page tools
Printer friendly Email
Cite / link Feedback

Sign in
You are logged in.
Manage account,
Sign out.

## hurdle rate

In business, minimum rate of return required in order to make an investment. Hurdle rates vary from organization to organization and from project to project. Risk, costs of capital, and projected investment returns are all factors to be considered in setting a hurdle rate.

This article is © Research Machines plc 2009. All rights reserved. Helicon Publishing is a division of Research Machines plc.

How to thank TFD for its existence? Tell a friend about us, add a link to this page, add the site to iGoogle, or visit webmaster's page for free fun content.

Link to this page:
<a href="http://encyclopedia.farlex.com/hurdle rate?x">hurdle rate</a>

Please bookmark with social media, your votes are noticed and appreciated:
Like Sign Up to see what your friends like. +1 0

Related Ads
- Calculating IRR
- Corporate Finance
- Debt
- NPV Calculations
- Working Capital
- Beta Capital
- Risk Firm
- NPV Software
- Equity
- Capital Budgeting

**Cash Flow Forecasting**
Business Forecasting and Planning Software. Free Demo!
Prophix.com/Forecasting
Ads by Google

**It Pays To Network:**
Syncada from Visa provides freight payment automation and financing.
www.syncada.com

**Tax Help Debt**
Guaranteed, Trusted, Quick Results. Tax Debt Specialists, 866-785-0402.
CTRTaxRelief.com/irs-taxes

My Word List
Add current page to the list

### Mentioned in

No references found

### References in periodicals archive

Email listing **hurdle rate** is the new metric to be though of, along with the alternative old ones, in order to keep the listing growing.
*Understanding Listing Fatigue Plus List Churn* by

# Exhibit QE–26

TEXT

TheFreeDictionary Google Bing

Hurdle Rate Search ?

New: Language forums

Like 13K

2,910,974,930 visitors served.

Word / Article Starts with Ends with Text

Dictionary/ thesaurus | Medical dictionary | Legal dictionary | Financial dictionary | Acronyms | Idioms | Encyclopedia | Wikipedia encyclopedia ?

# Hurdle Rate

Also found in: Dictionary/thesaurus, Wikipedia, Hutchinson

0.01 sec.

**Buy Track & Field Hurdles**
Sports & Recreation Superstore. 20% Off Sitewide. Shop Now!
eSportsonline.com

**Today's US Rates**
Compare quotes from 1,000s of lenders. Plus news, tips, more.
www.Bankrate.com

**Ambit Energy**
Lower your energy costs! Save money! Make money!
HopperLogistics.com

Page tools ?

Printer friendly
Cite / link
Email
Feedback
Add definition

## Hurdle rate

The required return in capital budgeting. For example, if a project has an expected rate of return higher than the hurdle rate, the project may be accepted. Also, the rate of current return an income trust must earn consistently in order for it to be able to maintain distributions at their current level.

Copyright © 2011, Campbell R. Harvey. All Rights Reserved.

## Hurdle Rate

In capital budgeting, the required return for a project. That is, when a company is planning its outlays in the medium and long-term, it requires a certain rate of return on projects, because they can be quite expensive and the outlays tie up capital that can be used elsewhere. This required return is called the hurdle rate.

Farlex Financial Dictionary. © 2009 Farlex, Inc. All Rights Reserved

## Hurdle Rate

In capital budgeting, the required return for a project. That is, when a company is planning its outlays in the medium and long-term, it requires a certain rate of return on projects, because they can be quite expensive and the outlays tie up capital that can be used elsewhere. This required return is called the hurdle rate.

Farlex Financial Dictionary. © 2009 Farlex, Inc. All Rights Reserved

Related Ads

- Preferred Equity
- Equity Capital
- Cash Flow
- Debt
- Financial Risk
- Debt to Equity
- Financial Ratios
- Equity Financing
- Value Risk
- Equity Analysis

My Word List ?

Add current page to the list

How to thank TFD for its existence? Tell a friend about us, add a link to this page, add the site to iGoogle, or visit webmaster's page for free fun content.

Link to this page:

```
<a href="http://financial-dictionary.thefreedictionary.com/Hurdle+Rate">Hurdle Rate</a>
```

# Exhibit QE-27

# Economic Evaluation and Investment Decision Methods

Twelfth Edition

*Franklin J. Stermole*

*and*

*John M. Stermole*

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that neither the authors nor the publisher is engaged in rendering legal, accounting, tax, futures/securities trading, or other professional services. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

*From a Declaration of Principles jointly adopted by a Committee of the American Bar Association and a Committee of Publishers.*

Trademarks:

*Microsoft Excel is a registered trademark of Microsoft Corporation.*
*HP10B, HP12C, HP17BII are registered trademarks of Hewlett Packard Company.*
*EVA is a registered trademark of G. Bennett Stewart III.*

Copyright © 2009 Investment Evaluations Corporation
3070 South Newcombe Way, Lakewood, CO 80227 USA
Ph: 303-984-9954 Fx: 303-984-9895
Web site: www.stermole.com

Earlier Editions Copyright © 2006, 2000, 1996, 1993, 1990, 1987, 1984, 1982, 1980, 1977 and 1974
By Investment Evaluations Corporation

All rights reserved. No Part of This Text May be Reproduced in Any Form Without Permission in Writing from Investment Evaluations Corporation

ISBN 978-1-878740-18-2
Library of Congress Control Number

Printed in the United States of America

The discount rate selected can also have a very significant effect on economic evaluation results. To illustrate this concept we will analyze the NPV of the six year life analysis for discount rates of 10 and 20 percent, as well as 15 percent. The results are presented below:

| Discount Rate | NPV |
|---|---|
| 10% | +$116.1 |
| 15% | +$ 54.8 |
| 20% | +$ 6.8 |

NPV results vary by a factor of 17 from +$116.1 to +$6.8 thousand as the discount rate is increased by a factor of two from 10 to 20 percent. DCFROR may also be defined as the compound interest rate that causes project NPV to equal zero. Note that for a larger discount rate of 20%, the 6-year project NPV is approaching zero. In fact, at 20.8% the project NPV is exactly equal to zero which satisfies our definition. The smaller 10% discount rate would suggest that for an investor with other opportunities at that level, the value of this project is greater than his or her other perceived opportunities for investing money. Therefore, value is being added to the investor's portfolio. On the other hand, if an investor has other opportunities at 20%, this project is nearly an economic breakeven with those other investments. In the following section, discussion is related to determining the appropriate discount rate.

## 1.6 Minimum Rate of Return/Opportunity Cost of Capital/Discount Rate

It is widely accepted *in industry and government practice for private companies, government organizations, and regulated utilities alike that the desired or allowed investment rate of return should equal the "cost of capital"*. Proper application of this concept is based on *defining the "cost of capital" as the accepted rate of return that could be realized on similar alternative investments of equivalent risk.* Many investors refer to this rate more explicitly as the "opportunity cost of capital" since it reflects the rate of return that the investor feels represents other opportunities in which to invest available capital with a similar level of risk. If these other investment opportunities are passed up, then the investor forgoes realizing the potential rate of return and thereby incurs an "opportunity cost of capital" equal to the foregone rate of return. *The terms "minimum rate of return," "hurdle*

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 293 of 759 PageID #: 2081



*rate," "discount rate," "minimum discount rate," and "opportunity cost of capital" are all interchangeable with the term "cost of capital" as used in this text and in common practice. These interchangeable terms which represent "opportunity cost of capital" must not be confused with the "financial cost of capital" which is the cost of raising money by borrowing or issuing new bond, debenture, common stock or related debt/equity offerings.* Regardless of the source of investment dollars, the objective of discounted cash flow analysis is to evaluate the economic potential of alternative income-producing and service-producing investments to select the optimum investments that will maximize the future value that can be generated from available investment capital. To achieve this objective, "opportunity cost of capital" rather than "financial cost of capital" must be used in discounted cash flow calculations and economic decision-making. Many people are confused by the differences in "opportunity cost of capital" and "financial cost of capital". It is not uncommon for people to mistakenly either physically use or think of a company "hurdle rate" or "minimum discount rate" as a "financial cost of capital" rate rather than an "opportunity cost of capital" rate. It is shown in Chapters 3 and 4 that when the usual situation of capital rationing exists, the "opportunity cost of capital" generally is larger than the "financial cost of capital" and you will not achieve optimum economic investment decisions if you use "financial cost of capital" rather than "opportunity cost of capital" in your analyses. If borrowed money is unlimited so capital is not rationed, then and only then will the "opportunity cost of capital" equal the "financial cost of capital." These "cost of capital" discount rate considerations are extremely important and fundamental to all discounted cash flow analyses calculations and decisions. Therefore, these "cost of capital" concepts and applications are explained and illustrated in greater detail in section 3.7 of Chapter 3 and in several sections and examples in Chapter 4.

## 1.7 Investment Analysis

Before proceeding to the development of the compound interest formulas in the next chapter, it should be pointed out that this text is concerned primarily with decision methods for "economic analysis" of alternative investment opportunities. An overall investment analysis should, and usually does, involve three analyses:

1. Economic Analysis
2. Financial Analysis
3. Intangible Analysis

# Exhibit QE-28

# Corporate Investment Policy: What is the Cost of Capital?

**Glenn Boyle**

**Consulting Principal, LECG Asia Pacific**

**Professor of Finance, University of Otago**

## 1. Overview

The standard textbook approach (see, for example, Gitman, 1994, chs 9-10, or Peterson, 1994, chs 9 and 14) to capital investment decisions is straightforward: the firm should undertake an investment if and only if the expected return on that investment exceeds the opportunity cost of the funds used to pay for the investment. What is this opportunity cost? Again, textbooks have a ready answer: it is the expected return available on securities that (i) are traded in financial markets and (ii) have the same risk as the firm's investment. Thus, a firm should commit funds to an investment if and only if the expected return on that usage of the funds exceeds the expected return obtainable from investing the funds in financial market securities bearing the same risk. The rationale for this rule follows from the fact that suppliers of capital to the firm could just as easily invest this capital in financial markets, so they will not willingly accept an expected return from the firm that is less than what they could obtain themselves in those markets. If the firm were to make investments that did in fact offer a lower expected return, then shareholders would attempt to withdraw their funds invested in the firm, thereby causing a fall in the share price and a reduction in firm value.

The expected return obtainable from investing the funds in equivalent financial market securities is commonly known as the investment's weighted-average cost of capital (WACC), or, more simply, its cost of capital. In the textbook world, therefore, the minimum-acceptable expected rate of return on capital investment is simply the WACC. More precisely, the stream

of expected future profits earned by the investment must be such that the investment yields at least its WACC; otherwise it should not proceed.

Unfortunately, this simple approach ignores most recent (and some not so recent) developments in corporate finance research; in particular, it overlooks the important roles of market dynamics and frictions. Put very briefly, we now know that, in many cases, the costs of investment consist not only of direct "cash costs", but also of indirect costs that arise out of departures from the static and frictionless world of textbooks.[1] Although these indirect costs may involve no direct cash outlay, they are nevertheless real economic costs that add to the total quantum of capital employed by the investment, and therefore on which it must earn its cost of capital. But if the investment is to earn WACC on its *total* investment cost, then clearly it must earn more than WACC on its direct (cash) investment cost.

A concrete example may assist in illustrating this idea.

**Example 1**

Suppose a proposed new investment costs $1 million and its WACC is estimated to be 10% per annum. Then, according to the textbook world, the investment must have annual expected profits of at least $1.1 million if it lasts for one year, or at least $100,000 if it is a perpetuity. But now suppose that the launching of the investment creates additional indirect costs of $500,000. Then the total cost of investment is not $1 million, but $1.5 million. Consequently, the investment must have annual expected profits of at least $1.65 million if it lasts for one year, or at least $150,000 if it is a perpetuity. In the latter case, the expected return on the direct investment cost *only* (i.e., the $1 million) is not 10%, but 15%; in the former case it is 65%! Clearly, requiring an investment to have an expected return of only 10% (its WACC) may not come even close to returning the cost of the capital employed in that investment.

1 Note that this has nothing to do with synergies, whereby the launching of a new investment affects the expected profits of existing lines of business. Synergies are easily incorporated within the textbook framework; the indirect costs of investment due to market dynamics or frictions are not.

In Example 1, the minimum-acceptable expected rate of return on capital investment is 15% if the investment is a perpetuity, or 65% if it lasts one year. In either case, the minimum-acceptable expected rate of return is not the WACC (10%), but rather what is sometimes known as the *user cost of capital* (UCC). The UCC measures the expected return that is required on capital investment *if that investment is to adequately cover all its capital costs, both direct and indirect*. In a static and frictionless market environment, the UCC and WACC are equivalent. But, when investment decisions have dynamic implications, or when markets have embedded frictions, then the UCC generally exceeds the WACC. Consequently, it is the former, not the latter, that firms must seek to recover from their investments.

I explore this idea in greater detail throughout the rest of this paper. In section 2, I provide a review of the textbook approach to determining investment decisions and its underlying assumptions. In sections 3 through 5, I demonstrate how departures from these assumptions can lead to different investment criteria. Finally, in section 6, I argue that the nature of the regulated firm requires a different investment criterion from that specified in textbooks, even when the underlying assumptions of the textbook approach are otherwise satisfied.

## 2. Review of the textbook approach

The conventional textbook approach to capital investment decisions states that an investment project is acceptable (i.e., increases shareholder wealth) if and only if its net present value (NPV) is positive - the so-called NPV rule. To calculate the NPV, the project manager has to, first, forecast the project's cashflows and, second, discount these at a rate that reflects the price charged by capital markets for the risk of the cashflows, otherwise known as the project's weighted-average cost of capital (WACC).[2] Clearly, the project's NPV is positive if and only if its expected return exceeds its WACC. In this case, the project's minimum-acceptable expected rate of return on investment is exactly equal to its WACC.

---

2 I henceforth use the term "cashflows" rather than "profits" as the former has a precise meaning that describes the variable of interest more accurately than does "profits". However, nothing essential is lost if the reader intuitively thinks "profits" wherever he/she sees "cashflows".

Now take a step back and recall the underlying rationale for this approach. Because suppliers of capital to the firm are (or potentially could be) financial market participants, the cost of supplying capital to the firm is the foregone opportunity to invest the funds in financial market securities of similar risk. Thus, to decide whether or not a firm's new project is a good investment, it is necessary to determine what value the project would have *if it were currently available in financial markets*. Financial markets care only about the size, timing, and risk of the cashflows generated by an investment, so if the project manager can "purchase" these cashflows (by investing in the new project) more cheaply than investors could purchase them in financial markets (so that the project's NPV is positive, or, equivalently, its expected return exceeds its WACC), then the new project makes existing shareholders wealthier. Note the consequent implication: a new project makes shareholders wealthier not by offering some fundamentally new set of future cashflows, but rather by enabling them to obtain an existing set of future cashflows more cheaply.

According to this view, a project is just a collection of cashflows; the business and source of the project is immaterial. All that matters is whether the project's expected return is commensurate with its financial market risk. Thus, in the absence of synergies between the project and the firm's existing investments, the impact on shareholder wealth is simply equal to the project's NPV, irrespective of the firm that undertakes it.

Often overlooked, however, are the assumptions underlying this approach. These include:

*A*. Either financial markets are complete or, if they are not complete, the project is spanned (i.e., can be replicated) by existing market securities.

*B*. Financial markets are frictionless.

*C*. The firm's investment environment is static.

Assumption *A* states that financial markets offer a complete set of risk-bearing claims. What this means is that any future risky cashflow stream can be constructed using some combination

of existing securities. As a result, the project's future cashflow stream can be perfectly replicated by a suitable combination of existing assets.[3] This seems innocuous, but it is in fact crucial. To see why, suppose the project could *not* be replicated by existing securities. Then its introduction adds to the set of investment opportunities. This changes the relative prices of all securities that are currently available and, consequently, the value of the firm's existing assets.[4] In this case, the change in shareholder wealth is equal to the project's NPV *plus or minus* the change in the value of the firm's existing assets. That is, the firm requires the project to cover not just the WACC, but also the change in the firm's existing capital value.

Although this observation is important for understanding the quicksandish foundation of modern capital budgeting methods, it provides little guidance as to what might constitute a better method. Indeed, without spanning, the whole capital budgeting edifice collapses: the introduction of a new project changes the underlying market pricing structure, so the value of the project at the time of introduction depends on how it changes investment opportunities *after* it has been introduced. But its effect on investment opportunities depends partly on its value at the time of introduction, and so the whole process becomes locked in an infinite loop. In the remainder of this paper, I therefore assume that the spanning assumption is satisfied and concentrate on the effects of relaxing the other assumptions.

Assumption *B* requires that there be no fees, transactions charges, or other impediments to the raising of the funds needed to finance investment. If such costs exist, then the firm requires the project to cover not just the WACC, but also the costs of the financing friction. An obvious example of such a friction is the administrative costs of issuing new securities, but these are relatively minor. As I shall explain in subsequent sections, other less obvious costs are potentially more significant.

Assumption *C* ensures that investment today has no effect on the present value of future investment opportunities. If this is not the case, then the firm requires the project to cover not just the WACC, but also the costs of any fall in the value of the future opportunities.

---

3 For practical purposes, this usually means finding a single "comparable" firm or asset. Note also that this explains why a positive NPV comes entirely from cost savings.

4 In the popular mean-variance model, this corresponds to an expansion of the efficient frontier, which leads to a change in the market portfolio and hence in the systematic risk of all assets.

To summarise, any failure of assumptions *B* and *C* creates additional costs of investment. To justify investment, the project must therefore offer an expected return that covers not only its direct investment costs (the WACC), but also these indirect costs. In short, the user cost of capital (UCC) exceeds the WACC. In the remaining sections, I provide specific examples of the failure of assumptions *B* and *C* and the effect of these on the UCC.

## 3. Dynamic Investment Opportunities in Frictionless Markets

As Myers (1977) and others point out, the value of any firm can be thought of as having two components: the value of its existing assets-in-place *and* the value of its real growth options. Real growth options are projects that the firm has not yet undertaken, but may do so at some time in the future. For example, an airport may own land that allows it to build an additional runway if future air traffic demand warrants. Similarly, an online bookseller builds up a client list that it can then use in the marketing of other products in the future. Although these are not yet assets-in-place, and are thus intangible, they nevertheless offer a positive probability of positive future cashflows and thus are incorporated in today's stock price (see Brealey et al., 2000, p75).

This simple categorisation has profound implications for optimal investment policy, as first noted by McDonald and Siegel (1986) and subsequently popularised by Dixit and Pindyck (1995). As they point out, if the firm has growth options that can be exercised today *or in the future*, then investment today not only incurs the usual direct cost, but also the indirect cost of sacrificing, or "using up", a valuable growth option. That is, when the firm invests, it gives up the opportunity to invest at a later date, i.e., it can't subsequently make exactly the same investment again in the future, so the growth option disappears. Because this opportunity is valuable, its sacrifice represents an additional cost of investment. In effect, firm value increases by the amount of the project's NPV, but falls by the amount of the growth option value since this no longer exists. Consequently, to justify investment, the UCC exceeds the WACC by an amount sufficient to cover the capital cost of the growth option.[5]

---

5 This analysis applies to an unregulated firm. Guthrie (2002) shows that the differential is even greater for a regulated firm considering the introduction of a new technology.

The standard textbook approach implicitly assumes that either growth options do not exist or, if they do exist, they never evaporate. In other words, investment projects are either "now-or-never" or, if they are not, then they are fully reversible. If the project has to be started today, then there is no opportunity to wait and therefore no opportunity cost to investing today. In this case, the only cost of investment is the WACC and the textbook rule applies. If the project can be delayed, but is fully reversible, then (i) it can be launched again tomorrow if economic conditions are better then (i.e., launching today doesn't preclude launching again in the future) and (ii) its cost can be fully recovered tomorrow if economic conditions turn out to be worse then (i.e., launching today does not entail an irretrievable loss). Thus, there is no possibility of the decision to invest today turning out to be "wrong", so there is again no opportunity cost to investing today and again the textbook rule applies. However, most projects will have neither timing inflexibility nor perfect reversibility.

The point being made here is that the WACC applies to a static world; it does not generally capture the full costs of investment when investment decisions have a dynamic element. In a static world, the opportunity cost of investment in the project is simply the foregone opportunity to invest *today* in an equivalent asset in the financial markets. In a dynamic world, the opportunity cost of investment in the project is the foregone *opportunity* (but not obligation) to invest today *or in the future* in the equivalent asset. In other words, the static cost is a financial market security; the dynamic cost is a call option on that security. Since a call option is equivalent to a leveraged position in the underlying security, the expected return on the option is greater than that on the asset. Ergo, the user cost of capital in a dynamic environment exceeds the WACC.

What determines the UCC in the presence of growth options? There are three principal factors. First, because delay of investment means that all cashflows are received later, and thus have lower present value, the opportunity cost of investment today is higher when current interest rates are low. Second, investment delay is more valuable when the project is expected to become more valuable over time. Third, and most importantly, greater uncertainty about the project's prospects provides an incentive to wait in order to obtain more information. Thus, low interest

rates, high expected growth, and high uncertainty all increase the gap between the UCC and the WACC.

> **Example 2**
>
> Dixit and Pindyck (1994, p153) estimate the dynamic costs of investment for the "typical" firm (based on historical US data) and find that these are, on average, about equal to the direct cash costs. Thus, returning to Example 1, the total cost of investment is not $1 million, but $2 million. Consequently, given the WACC of 10%, the investment must have annual expected profits of at least $2.2 million if it lasts for one year, or at least $200,000 if it is a perpetuity. In the latter case, the UCC is 20%; in the former case it is 120%![6]

The discussion to this point has emphasized the fact that investment *destroys* growth options and this destruction must be included as part of the costs of investment. However, investment can also create options. For example, investment today may provide an option to expand the project if things go well; or it may provide an option to abandon the project in exchange for a salvage value if things go badly. In these sorts of cases, investment dynamics *reduce* the costs of investment and thus drive a *negative* wedge between the UCC and the WACC. This raises an obvious question. Might not these dynamic costs and benefits basically offset each other, thereby resurrecting the standard textbook rule?

Ross (1995) and Dixit and Pindyck (1994) argue that actual firm behaviour suggests the additional costs significantly outweigh the additional benefits. As Dixit and Pindyck put it (p7): "Observers of business practice find that hurdle rates are typically three or four times the (WACC)." Since the hurdle rate is the UCC plus any internal premium controlling for overly optimistic cashflow projections, the latter premium would have to be large indeed to account for the entire difference between the hurdle rate and the WACC.

---

6 The perpetuity case corresponds to $\theta = 2$ in the terminology of Evans and Quigley (2002).

Dixit and Pindyck's (1994) conclusion is based on the work of Summers (1987) and Poterba and Summers (1995). Summers surveyed the investment practices of the 200 largest firms in the FORTUNE 500 and found UCCs ranging from 8 to 30%, with a median of 15% and a mean of 17%. Given that the riskless rate of interest at this time was around 4%, these estimates seem far above any reasonable WACC. Poterba and Summers surveyed FORTUNE 1000 firms and found a mean UCC of 17.5%. They noted that, by contrast, the long-run mean equity return was 11% and the long-run mean debt return was 5.5%, so the mean UCC significantly exceeded any plausible WACC.

Partly because of empirical facts such as these, and partly because of their compelling theoretical foundations, the importance of real growth options for the optimal investment policy is now widely recognised. Although their significance continues to be ignored by some introductory textbooks, more advanced texts routinely offer in-depth analysis and conclude that real growth options drive a wedge between the UCC and the WACC. For example, Brealey et al (2000, p649) note that growth options can "explain why managers are sometimes reluctant to commit to positive NPV projects." Amram and Kulatilaka (1999, p3) make the same point more forcefully:

> "The current set of valuation and decision-making tools just doesn't work for the new business realities... Real options is an important way of thinking about valuation and strategic decision-making, and the power of this approach is starting to change the economic 'equation' of many industries."

Or Copeland and Antikarov (2001, pvi):

> "In ten years, real options will replace NPV as the central paradigm for investment decisions."

Finally, one common objection to the recognition of real growth options in investment analysis is that it is just too complicated and requires unrealistic assumptions. This is simply not true. As Arnold and Shockley (2002) and Copeland and Antikarov (2001) point out, the valuation of real growth options requires nothing more than the complete markets assumption

that is also required of the textbook NPV rule. In other words, if you reject the inclusion of real options in investment analysis, then you must also reject the standard textbook approach!

## 4. Market Frictions I: Total Risk and Dynamic Investment Opportunities

In the previous section, investment in a project today extinguished the opportunity to invest in (or abandon) that project in the future. Since such flexibility is valuable, its elimination adds to the cost of investment, thereby driving a wedge between the UCC and the WACC. In this section, I argue that market frictions can have a similar effect: investment in a project today restricts the opportunity to invest in *other* projects in the future, thereby raising the total cost of investment in today's project.

Recall that in the standard textbook framework, the project's value to shareholders is the same irrespective of the firm that undertakes it. This occurs because capital markets charge a price only for bearing *systematic* risk; unsystematic risk is diversifiable and therefore cannot command a premium. Consequently, the WACC reflects systematic risk, but not unsystematic risk. As the systematic risk of a project is, by definition, independent of the firm taking the project, so is the WACC and, therefore, the present value of the expected cashflows. The unsystematic, or firm-specific, risk of the project could obviously vary from firm to firm, but this has no effect on the project's value.

This conclusion is critically dependent on the assumption of frictionless markets. When frictions are present, significant changes in total risk (systematic *plus* unsystematic) can have an adverse effect on the firm's ability to finance future investment. There are several reasons for this:

1. First, as discussed by Stulz (1999), when a firm's total risk becomes significant, employees, suppliers, and customers become less certain that their contracts with the firm will ultimately be honoured. For such stakeholders, this risk cannot easily be diversified, so they become more reluctant to enter into these contracts in the first place. Consequently, firms with significant total risk have to pay more for services from suppliers and employees, or offer lower prices to customers. This reduces the future funding available to the firm from internal sources.

2. Second, firms with a significant probability of financial distress have, as Jensen and Meckling (1976) show, an incentive to "bet the house". Because of limited liability, shareholders cannot lose more than 100% of their investment. Thus, if the bet forces the firm into default, the losses are shared with debtholders. On the other hand, if the "bet" pays off, most of the gains accrue to shareholders. Because of this moral hazard incentive, banks and other suppliers of debt capital become reluctant to lend to firms with high total risk. This reduces the future funding available to the firm from external sources.
3. Third, when a leveraged firm has significant total risk, the principal effect of issuing new equity is to make the debt safer. Thus, if the new shareholders require a fair return on their investment, then the cost of this must be borne by the old shareholders. Consequently, the old shareholders are reluctant to issue new equity. This further reduces the future funding available to the firm from external sources.

By reducing the future funding available to the firm, a significant increase in total risk makes it unable to take advantage of valuable investment opportunities that it could have exploited if its financial position were stronger. The greater probability of this occurring in the future reduces the value of those opportunities now, i.e., the value of its growth options fall. Therefore, investment in a project that materially raises the total risk of the firm changes firm value not only by the NPV, but also by the fall in value of the future investment opportunities. As a result, investment in the project is justified if and only if the NPV exceeds the fall in value of the future investment opportunities. Equivalently, the UCC exceeds the WACC.

Of course, in frictionless markets, good projects can always obtain funding, so there is no possibility of a future funding shortfall. But, as Stulz (1999, p9) points out, "In the real world, such costless recapatilization is a dream."

**Example 3**

Froot (1999) argues that a good example of the effects of total risk on firm decisions is provided by the catastrophe reinsurance industry. The volatility of returns on catastrophe reinsurance are very high, but these risks are diversifiable and thus, according to the standard view, firms offering such policies should not command a risk premium, i.e., their

UCC should be the riskless rate of interest. In fact, they require huge risk premia. For example, in 1996, Berkshire Hathaway agreed to sell $1.05 billion of reinsurance to the California Earthquake Authority. The probability of Berkshire Hathaway having to pay anything was estimated at 1.7%, but the premium was $113 million - 633% of the expected loss! According to the standard capital budgeting model, the premium should have been less than $17.85 million. This is a stark illustration that firms will not take gambles that textbooks say they should.

To reiterate, increases in total risk make it more likely that a firm will be unable to undertake future valuable investment opportunities and hence such increases are part of the cost of the project that gives rise to them. Therefore, for investment in the risk-increasing project to proceed, the firm's current shareholders require that the project cover this additional cost. This drives a wedge between the UCC and the WACC.

## 5. Market Frictions II: Information Asymmetries

Up until now, a positive difference between the UCC and the WACC has required the existence of real growth options. However, the Nobel Prize winning insights of Akerlof (1970), applied to capital investment decisions by Myers and Majluf (1984) and Greenwald et al (1984), show that the UCC can exceed the WACC even when there are no growth options. The fundamental principle can be phrased as "bad investment projects drive out good", or, more precisely, projects have to earn more than their WACC because the market cannot distinguish good projects from bad projects and thus require compensation for this risk.

Suppose the firm has a "one-off, now-or-never" investment opportunity. If not started today, this project completely evaporates. Suppose also that firm insiders know more about the project than investors, and that the latter are aware of this. In this case, there is a "lemons" problem. Investors know that the firm has an incentive to issue new securities when the information possessed by firm insiders reveals the firm's existing securities to be over-valued. Thus, investors fear the worst whenever the firm actually attempts to issue new securities in order to pay for the project, and so require a higher expected return as compensation. The true

(i.e., full-information) cost of capital is the WACC, but the cost charged to the firm by the market (the UCC) is greater than the WACC. As a result, the project will not proceed unless its expected return covers not just its WACC, but also the additional cost of having to issue under-priced securities.

In frictionless markets, there are no information asymmetries, so this problem does not arise. This raises the question of why such a friction might occur. Why, for example, does the firm simply not reveal the missing information to the market so that it doesn't have to issue under-priced securities? Two possibilities exist. First, the cost of doing so may exceed the cost of under-pricing. Second, doing so may reveal commercially-sensitive information to competitor firms.

To reiterate, informational asymmetries cause the market to under-price new security issuances, thereby adding to the cost of the project if the firm has insufficient internal funds to finance the necessary investment. Therefore, for investment in the project to proceed, the firm's current shareholders require that the project cover this additional cost. This drives a wedge between the UCC and the WACC.

## 6. Market Frictions III: The Regulated Firm

Kolbe, Tye and Myers (1993) point out that, even in the absence of dynamic investment opportunities and the usual market frictions, regulated firms incur an additional investment cost not encountered by unregulated firms and thus face a UCC that exceeds the WACC. This occurs because regulated firms are typically constrained to earn no more than the WACC on their investment rate base. That is, once the project is under way, the regulated firm is allowed to charge prices that allow it to earn the WACC on allowed investment expenditure. However, at the time of investment, the regulated firm faces the additional risk that the regulator may subsequently disallow inclusion of some of the investment in the rate base. Subsequently, the firm earns exactly the WACC if the entire investment is allowed, but it earns less than the WACC if some of the investment is disallowed. For *any* positive probability of disallowance, the firm must therefore have an *expected* rate of return that is less than the WACC. Investment will not, therefore, proceed because providers of capital expect to receive a return less than what

they require. Only if the firm is allowed to earn more than the WACC on its rate base is investment worthwhile.

Note that this result has nothing to do with whether or not the regulatory risk is diversifiable. Even if the regulator decision is a coin toss (and so completely diversifiable in large portfolios), the result remains unaltered. This is because the regulatory risk lowers the actual expected return on the investment, regardless of whether or not the required rate of return (the WACC) changes.

Suppose, for example, that the demand for the project's output is guaranteed, so the project is riskless and its cost of capital is the riskfree rate of interest. Now suppose also that the firm taking the project is regulated. The regulatory decision is a coin toss, so the WACC is still the riskless rate. If all of the investment is allowed in the rate base, the firm earns the riskless rate of return. If some of it is disallowed, however, the firm earns the riskless return only on the allowed portion, so the *total* return is less than the riskless rate. Ex ante, the *expected* return on the investment is less than the riskless rate, so investment will not proceed.

**Example 4**

Suppose that the project has guaranteed demand of Q = 100 units for one year. The investment cost is $100 and the regulator sets the price P so that the firm earns the riskless interest rate of 10% on the allowed level of investment. There is a 50% probability that the regulator will disallow 50% of the $100.

If the entire investment is allowed, P = $1.1 and the firm earns 10% on the investment of $100. If 50% is disallowed, the rate base is $50 and P = $0.55. In this case, the firm *loses* 45% on the investment of $100. The expected return is therefore (1/2)(10) + (1/2)(-45) = -17.5%. Clearly, investment will not proceed if the firm is allowed to only earn its WACC (10%) on allowed investment. In fact, investment is justifiable (i.e., the firm's expected return on investment equals its WACC of 10%) if and only if the allowed return $r$ satisfies

$$0.5\{\$100(1+r)\} + 0.5\{\$50(1+r)\} = \$110$$

which yields

$$r = 46\frac{2}{3}\%$$

which is significantly greater than the WACC. The effect of regulatory risk is to drive a wedge between the project's UCC ($r$) and its WACC.

An alternative way of thinking about this situation is to draw an analogy with the real growth options story. When it invests, the regulated firm effectively *gives* the regulator an "option" (to appropriate some of the firm's profits). This "gift" increases the cost of investment so, ex-ante, investment in the project increases shareholder wealth if and only if NPV is not only positive, but also sufficiently positive to cover the cost of the "gift". Equivalently, the project's UCC must exceed its cost of capital by an amount sufficient to cover the cost of the option that is given away.

To reiterate, when a regulated firm invests, it gives away an option-like claim on the project's profits. Consequently, the value of this claim must be included in the cost of investment. This drives a wedge between the UCC and the WACC.

## 7. Conclusion

The standard textbook approach to capital investment is fundamentally flawed. Even if one is prepared to accept the spanning assumption, the existence of market frictions and/or dynamic investment opportunities cause the total costs of investment to exceed the direct costs. This, in turn, lowers the expected return (on the direct costs) below the investment's cost of capital. Consequently, the value-maximising firm requires an expected return that exceeds the cost of capital by an amount sufficient to cover the indirect costs of investment. Only in the restricted number of very special cases where these indirect costs are zero does the textbook model apply. As Stulz (1999) points out, to blithely assume that such cases are the norm is to ignore everything we have learned in corporate finance in the last 30 years.

In general, the indirect costs of investment will be positive if:

(a) the timing of investment is flexible, or

(b) the investment carries significant risk, or

(c) little is known about the quality of the investment, or

(d) the investment is subject to regulatory review.

In any of these cases, the total, or user, cost of capital exceeds the conventional cost of capital.

**References**

G Akerlof, 1970. The market for lemons: Quality uncertainty and the market mechanism. Quarterly Journal of Economics 54, 345-364.

M Amram and N Kulatilaka, 1999. Real Options. Harvard Business School Press.

T Arnold and R Shockley, 2002. Real options analysis and the assumptions of the NPV rule. Working Paper.

R Brealey, S Myers, G Partington and D Robinson, 2000. Principles of Corporate Finance. McGraw-Hill.

T Copeland and V Antikarov, 2001. Real Options. Texere.

A Dixit and R Pindyck, 1994, Investment Under Uncertainty, Princeton University Press.

__________________, 1995, The options approach to capital investment, Harvard Business Review, 105-115.

L Evans and N Quigley, 2002. A reasonable return on the capital invested to provide the TSO. Charles River Associates.

K Froot, Ed., 1999. The Financing of Catastrophe Risk. University of Chicago Press.

G Guthrie, 2002. Regulating networks and the effect on investment. Victoria University of Wellington working paper.

L Gitman, 1994. Principles of Managerial Finance (7th ed.). Harper Collins.

B. Greenwald, J Stiglitz and A Weiss, 1984. Informational imperfections in the capital market and macroeconomic fluctuations. American Economic Review 74, 194-199.

M Jensen and W Meckling, 1976. Theory of the firm: managerial behaviour, agency costs and ownership structure. Journal of Financial Economics 3, 305-60.

A Kolbe, W Tye and S Myers, 1993. Regulatory Risk: Economic Principles and Applications to Natural Gas Pipelines and Other Industries. Kluwer Academic.

R McDonald and D Siegel, 1986, The value of waiting to invest, Quarterly Journal of Economics 101, 707-727.

S Myers, 1977. Determinants of corporate borrowing. Journal of Financial Economics 5, 147-75.

S Myers and N Majluf, 1984. Corporate financing and investment decisions when firms have information that investors do not have. Journal of Financial Economics 13, 187-221.

P Peterson, 1994. Financial Management and Analysis (Int. ed.). McGraw-Hill.

J Poterba and L Summers, 1995, A CEO survey of US companies' time horizons and hurdle rates, Sloan Management Review, 43-53.

S Ross,1995, Uses, abuses, and alternatives to the net-present-value rule. Financial Management 24, 96-102.

R Stulz, 1999, What's wrong with modern capital budgeting? Financial Practice and Education 9, 7-11.

L Summers, 1987, Investment incentives and the discounting of depreciation allowances, in The Effects of Taxation on Capital Accumulation, ed. Martin Feldstein, Chicago: University of Chicago Press.

# Exhibit QE-29

FIFTH EDITION

# Corporate FINANCE

THEORY AND PRACTICE



PIERRE VERNIMMEN / PASCAL QUIRY
MAURIZIO DALLOCCHIO
YANN LE FUR / ANTONIO SALVI

WILEY

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 315 of 759 PageID #: 2103

Pierre Vernimmen

# CORPORATE FINANCE

## THEORY AND PRACTICE

**Fifth Edition**

**Pascal Quiry**
**Maurizio Dallocchio**
**Yann Le Fur**
**Antonio Salvi**

WILEY

This edition first published 2018
© 2018 John Wiley & Sons, Ltd

First edition published 2007, second edition published 2009, third edition published 2011, fourth edition published 2014, all by John Wiley & Sons, Ltd

*Registered office*
John Wiley & Sons Ltd, The Atrium, Southern Gate, Chichester, West Sussex, PO19 8SQ, United Kingdom

For details of our global editorial offices, for customer services and for information about how to apply for permission to reuse the copyright material in this book please see our website at www.wiley.com.

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise, except as permitted by the UK Copyright, Designs and Patents Act 1988, without the prior permission of the publisher.

Wiley publishes in a variety of print and electronic formats and by print-on-demand. Some material included with standard print versions of this book may not be included in e-books or in print-on-demand. If this book refers to media such as a CD or DVD that is not included in the version you purchased, you may download this material at http://booksupport.wiley.com. For more information about Wiley products, visit www.wiley.com.

Designations used by companies to distinguish their products are often claimed as trademarks. All brand names and product names used in this book are trade names, service marks, trademarks or registered trademarks of their respective owners. The publisher is not associated with any product or vendor mentioned in this book.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. It is sold on the understanding that the publisher is not engaged in rendering professional services and neither the publisher nor the author shall be liable for damages arising herefrom. If professional advice or other expert assistance is required, the services of a competent professional should be sought.

***Library of Congress Cataloging-in-Publication Data***
Names: Vernimmen, Pierre, author.
Title: Corporate finance: theory and practice/Pierre Vernimmen, Pascal Quiry, Maurizio Dallocchio, Yann Le Fur, Antonio Salvi.
Description: Fifth edition. | Hoboken: Wiley, 2017. | Revised edition of Corporate finance, 2014. | Includes index. |
Identifiers: LCCN 2017030393 (print) | LCCN 2017033170 (ebook) | ISBN 9781119451808 (pdf) | ISBN 9781119424529 (epub) | ISBN 9781119424482 (paperback)
Subjects: LCSH: Corporations–Finance. | Business enterprises–Finance. |
BISAC: BUSINESS & ECONOMICS/Corporate Finance.
Classification: LCC HG4026 (ebook) | LCC HG4026 .V467 2017 (print) | DDC 658.15–dc23
LC record available at https://lccn.loc.gov/2017030393

A catalogue record for this book is available from the British Library.

ISBN 978-1-119-42448-2 (paperback) ISBN 978-1-119-45180-8 (ebk)
ISBN 978-1-119-42452-9 (ebk) ISBN 978-1-119-42444-4 (ebk)

10 9 8 7 6 5 4 3 2 1

Cover design: Wiley
Cover Image: © liravega/Shutterstock

Set in 10/12pt Times by Aptara, New Delhi, India
Printed in Great Britain by TJ International Ltd, Padstow, Cornwall, UK

Tripling one's capital in 16 years, doubling it in 10 years or simply asking for a 7.177% annual return all amount to the same thing, since the rate of return is the same.

No distinction has been made in this chapter between income, reimbursement and actual cash flow. Regardless of whether income is paid out or reinvested, it has been shown that the slightest change in the timing of income modifies the rate of return.

To simplify, consider an investment of 100, which must be paid off at the end of year 1, with an interest accrued of 10. Suppose, however, that the borrower is negligent and the lender absent-minded, and the borrower repays the principal and the interest one year later than he should. The return on a well-managed investment that is equivalent to the so-called 10% on our absent-minded investor's loan can be expressed as:

$$V = V_0 \times (1+r)^2$$

$$\text{or } 110 = 100 \times (1+r)^2$$

$$\text{hence } r = 4.88\%$$

This return is less than half of the initially expected return!

It is not accounting and legal appearances that matter, but rather actual cash flows.

Any precise financial calculation must account for cash flow exactly at the moment when it is received and not just when it is due.



## Section 16.2
## DISCOUNTING

### 1/ WHAT DOES IT MEAN TO DISCOUNT A SUM?

To discount means to calculate the present value of a future cash flow.

Discounting into today's euros helps us compare a sum that will not be produced until later. Technically speaking, what is discounting?

**To discount is to "depreciate" the future. It is to be more rigorous with future cash flows than present cash flows, because future cash flows cannot be spent or invested immediately.** First, take tomorrow's cash flow and then apply to it a multiplier coefficient below 1, which is called a discounting factor. The discounting factor is used to express a future value as a present value, thus reflecting the depreciation brought on by time.

Consider an offer whereby someone will give you €1000 in five years. As you will not receive this sum for another five years, you can apply a discounting factor to it, for example, 0.6. The present, or today's, value of this future sum is then 600. Having discounted the future value to a present value, we can then compare it to other values. For

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 318 of 759 PageID #: 2106





example, it is preferable to receive 650 today rather than 1000 in five years, as the present value of 1000 five years out is 600, and that is below 650.

Discounting makes it possible to compare sums received or paid out at different dates.

Discounting is based on the time value of money. After all, "time is money". Any sum received later is worth less than the same sum received today.

Remember that investors discount because **they demand a certain rate of return**. If a security pays you 110 in one year and you wish to see a return of 10% on your investment, the most you would pay today for the security (i.e. its present value) is 100. At this price (100) and for the amount you know you will receive in one year (110), you will get a return of 10% on your investment of 100. However, if a return of 11% is required on the investment, then the price you are willing to pay changes. In this case, you would be willing to pay no more than 99.1 for the security because the gain would have been 10.9 (or 11% of 99.1), which will still give you a final payment of 110.

Discounting is calculated with the required return of the investor. If the investment does not meet or exceed the investor's expectations, he will forego it and seek a better opportunity elsewhere.

Discounting converts a future value into a present value. This is the opposite result of capitalisation.

Discounting converts future values into present values, while capitalisation converts present values into future ones. Hence, to return to the example above, €1 800 000 in 10 years discounted at 33.5% is today worth €100 000. €100 000 today will be worth €1 800 000 when capitalised at 33.5% over 10 years.

Discounting and capitalisation are thus two ways of expressing the same phenomenon: the time value of money.

**Discounting and capitalisation**




## 2/ DISCOUNTING AND CAPITALISATION FACTORS

To discount a sum, the same mathematical formulas are used as those for capitalising a sum. Discounting calculates the sum in the opposite direction to capitalising.

# Chapter 18

## RISK AND RETURN



*The spice of finance*

Investors who buy financial securities face risks because they do not know with certainty the future selling price of their securities, nor the cash flows they will receive in the meantime. This chapter will try to explain and measure this risk, and also examine its repercussions.

## Section 18.1

### SOURCES OF RISK

There are various risks involved in financial securities, including:

- **Industrial, commercial and labour risks, etc.**
  There are so many types of risk in this category that we cannot list them all here. They include lack of competitiveness, emergence of new competitors, technological breakthroughs, an inadequate sales network, strikes and so on. These risks tend to lower cash flow expectations and thus have an immediate impact on the value of the stock.

- **Liquidity risk**
  This is the risk of not being able to sell an asset at its fair value as a result of either a liquidity discount or the complete absence of a market or buyers.

- **Solvency risk**
  This is the risk that a creditor will lose his entire investment if a debtor cannot repay him in full, even if the debtor's assets are liquidated. Traders call this **counterparty risk**.

- **Foreign exchange (Fx) risk**
  Fluctuations in exchange rates can lead to a loss of value of assets denominated in foreign currencies. Similarly, higher exchange rates can increase the value of debt denominated in foreign currencies when translated into the company's reporting currency base.

- **Interest rate risk**
  The holder of financial securities is exposed to the risk of interest rate fluctuations. Even if the issuer fulfils his commitments entirely, there is still the risk of a capital loss or, at the very least, an opportunity loss.

- **Systemic risk**
  This is the risk of collapse of the overall financial system through the bankruptcy chain and the domino effect linked to the interdependency of market players.

- **Political risk**
  This includes risks created by a particular political situation or decisions by political authorities, such as nationalisation without sufficient compensation, revolution, exclusion from certain markets, discriminatory tax policies, inability to repatriate capital, etc.

- **Regulatory risk**
  A change in the law or in regulations can directly affect the return expected in a particular sector. Pharmaceuticals, banks and insurance companies, among others, tend to be on the front lines here.

- **Inflation risk**
  This is the risk that the investor will recover his investment with a depreciated currency, i.e. that he will receive a return below the inflation rate. A flagrant historical example is the hyperinflation in Germany in the 1920s.

- **The risk of a fraud**
  This is the risk that some parties (internal or external) will lie or cheat. The most common example is insider trading.

- **Natural disaster risks**
  These include storms, earthquakes, volcanic eruptions, cyclones, tidal waves, etc., which destroy assets.

- **Economic risk**
  This type of risk is characterised by bull or bear markets, anticipation of an acceleration or a slowdown in business activity or changes in labour productivity.

The list is nearly endless; however, at this point it is important to highlight two points:

- most financial analysis mentioned and developed in this book tends to generalise the concept of risk rather than analysing it in depth. So, given the extent to which markets are efficient and evaluate risk correctly, it is not necessary to redo what others have already done; and
- risk is always present. The so-called risk-free rate, to be discussed later, is simply a manner of speaking. **Risk is always present, and to say that risk can be eliminated is either to be excessively confident or to be unable to think about the future – both very serious faults for an investor.**

Obviously, any serious investment study should begin with a precise analysis of the risks involved.

The knowledge gleaned from analysts with extensive experience in the business, mixed with common sense, allows us to classify risks into two categories:

- economic risks (political, natural, inflation, fraud and other risks), which threaten cash flows from investments and which come from the "real economy"; and
- financial risks (liquidity, currency, interest rate and other risks), which do not directly affect cash flow, but nonetheless do come into the financial sphere. These risks are due to external financial events, and not to the nature of the issuer.

# Exhibit QE–30

# Sloan Management Review


11
REBUILDING BEHAVIORAL CONTEXT: TURN PROCESS REENGINEERING INTO PEOPLE REJUVENATION
*Christopher A. Bartlett & Sumantra Ghoshal*

25
AN EMPIRICAL STUDY OF FLEXIBILITY IN MANUFACTURING
*Fernando F. Suarez, Michael A. Cusumano & Charles H. Fine*

33
STRATEGIC WORK-SPACE PLANNING
*Jacqueline C. Vischer*

43
A CEO SURVEY OF U.S. COMPANIES' TIME HORIZONS AND HURDLE RATES
*James M. Poterba & Lawrence H. Summers*

55
IMPROVE SOFTWARE QUALITY BY REUSING KNOWLEDGE AND EXPERIENCE
*Victor R. Basili & Gianluigi Caldiera*

65
RETURNS POLICIES: MAKE MONEY BY MAKING GOOD
*V. Padmanabhan & I.P.L. Png*

73
THE NONMARKET STRATEGY SYSTEM
*David P. Baron*


FALL 1995 • MASSACHUSETTS INSTITUTE OF TECHNOLOGY

Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management

# SLOAN MANAGEMENT REVIEW


11
CHRISTOPHER A. BARTLETT & SUMANTRA GHOSHAL
**REBUILDING BEHAVIORAL CONTEXT: TURN PROCESS REENGINEERING INTO PEOPLE REJUVENATION**
How some companies are able to revitalize themselves after restructuring.

25
FERNANDO F. SUAREZ, MICHAEL A. CUSUMANO & CHARLES H. FINE
**AN EMPIRICAL STUDY OF FLEXIBILITY IN MANUFACTURING**
A framework for incorporating flexibility into strategic planning.

33
JACQUELINE C. VISCHER
**STRATEGIC WORK-SPACE PLANNING**
Designing an office to accommodate employees can transform their work.

43
JAMES M. POTERBA & LAWRENCE H. SUMMERS
**A CEO SURVEY OF U.S. COMPANIES' TIME HORIZONS AND HURDLE RATES**
How do American firms' hurdle rates and time horizons relate to competitors', particularly in Europe and Asia?

55
VICTOR R. BASILI & GIANLUIGI CALDIERA
**IMPROVE SOFTWARE QUALITY BY REUSING KNOWLEDGE AND EXPERIENCE**
A practical model helps software development companies capitalize on success and learn from failures.

65
V. PADMANABHAN & I.P.L. PNG
**RETURNS POLICIES: MAKE MONEY BY MAKING GOOD**
When should a manufacturer establish a full or partial returns policy?

73
DAVID P. BARON
**THE NONMARKET STRATEGY SYSTEM**
Dealing effectively with governments, interest groups, activists, and the public.

3
**FROM THE EDITOR**

5
**LETTERS**
Richard J. Resch, Ivan L. Preston, M. Joseph Sirgy, J. Gregory Dees, Howard Bailit, Olena Berg, Caroline Dorsa, and others.

87
**BOOK REVIEW**
Gad Ariav on *The Trouble with Computers* by Thomas K. Landauer.

91
**RECENT MANAGEMENT PUBLICATIONS**

94
**INDEX: VOLUME 36**


FALL 1995 • VOLUME 37 • NUMBER 1

Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management.

POTERBA, JAMES M, A CEO SURVEY OF U.S. COMPANIES' TIME HORIZONS AND HURDLE RATES, Sloan Management Review, 37:1 (1995:Fall) p.43

# A CEO Survey of U.S. Companies' Time Horizons and Hurdle Rates

James M. Poterba • Lawrence H. Summers

A SURVEY OF CEOs AT *FORTUNE* 1,000 FIRMS ASKED ABOUT THEIR FIRMS' HURDLE RATES AND TIME HORIZONS. SURVEY RESULTS SUGGEST THAT MOST U.S. FIRMS use hurdle rates that are higher than standard cost-of-capital analyses would suggest. The average discount rate applied to constant-dollar cash flows was 12.2 percent, distinctly higher than equity holders' average rates of return and much higher than the return on debt during the past half-century. At the time of the survey, the fall of 1990, U.S. CEOs believed that their firms had systematically shorter time horizons than their major competitors in Europe and (especially) Asia. U.S. CEOs also thought that government policy is a powerful agent affecting corporate planning horizons. They saw several policy reforms, including a cut in corporate tax rates, a permanent R&D tax credit, a corporate tax deduction for dividend payments, and a credible commitment to a stable tax policy for the next decade, as policies that could lengthen planning horizons.

*James M. Poterba is professor of economics, Massachusetts Institute of Technology, and director of the Public Economics Research Program, National Bureau of Economic Research. Lawrence H. Summers is Undersecretary for International Affairs, U.S. Department of the Treasury.*

The competitiveness of U.S. corporations, particularly manufacturing firms, declined during the 1980s. The decade witnessed serious inroads by foreign firms into traditional domestic markets. In capital goods, for example, the import penetration ratio rose from less than 15 percent to nearly 40 percent. Some indicators of U.S. competitiveness have stabilized or shown some improvement in the first half of the 1990s, largely as a result of exchange rate movements and a strong U.S. macroeconomy. However, the productivity of foreign manufacturers, notably those in Japan, has grown faster than that of U.S. firms for more than two decades.[1] This trend suggests that foreign corporations will continue to present stiff challenges to U.S. firms in the years ahead.

Many explanations have been advanced for the decline in U.S. industrial competitiveness during the 1980s. They frequently assign a central role to differences in the willingness of U.S. and foreign firms to forgo short-term returns in favor of long-term rewards. These differences in "time horizons" can manifest themselves in differences in R&D, plant, and equipment investment; training for workers with firm-specific skills; and willingness to undertake long-term market development programs. The interest in corporate time horizons has generated a lively academic and policy debate about the cost of capital facing firms in different nations. The cost of capital is an important component of the discount rate used in evaluating long-term projects and is increasingly viewed as a source of competitive advantage or disadvantage in world markets.[2]

Although the time horizons of U.S. firms have been implicitly at issue throughout the debates on competitiveness policy, there is little direct evidence on corporate planning horizons or on their changes during the 1980s.[3] In this study, we attempt to bridge the gap between analytical studies of corporate capital budgeting and the policy debate on corporate competitiveness.

To investigate corporate time horizons and hurdle rates, we surveyed the CEOs of all firms in the *Fortune* 1,000. We asked them to describe their capital budgeting practices, provide information about hurdle rates



Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management.

and other determinants of their firms' time horizons, and evaluate the effects of a number of different policies on their firms' investment planning horizons. Here we report our survey findings, which focus on hurdle rates, the capital budgeting process, and the effects of various factors on investment in R&D and physical assets.

First, we describe the survey and summarize information on the firms whose CEOs responded. Next we analyze the responses on current discount rates and other indicators of corporate time horizons and compare the situation at the end of the 1980s with previous years. In the third section, we investigate the relative time horizons of U.S. and foreign firms, providing clear evidence that U.S. CEOs view their companies as more shortsighted than their foreign competitors. The small sample of foreign CEOs we surveyed shares this opinion. Finally, we evaluate the CEOs' responses to the effects of hypothetical changes in the economic and policy environment, including taxes, corporate control regulations, interest rates, and stock prices, on their firms' time horizons.

## The Survey Design

In the fall of 1990, we mailed a four-page questionnaire to *Fortune* 1,000 firms with a cover letter from John Young, chairman of Hewlett-Packard and the Council on Competitiveness, and Dean John MacArthur of the Harvard Business School.[4] Four months after the initial mailing, we sent a follow-up questionnaire and cover letter to firms that had not responded.[5] The questionnaire consisted primarily of multiple choice and fill-in-the-blank questions but also allowed CEOs to write essays. Few chose to do so, so our analysis focuses on the structured questions.

Most CEOs indicated that hurdle rates play an important part in their firm's capital budgeting process.

Of 263 responses, thirty-five indicated that the firm does not answer surveys. Four surveys were returned as undeliverable. We received 228 surveys with responses to some questions, and most were quite complete. Unfortunately, sixty-eight CEOs who returned surveys did not identify their firms, so we could only match data on operating and financial characteristics to respondents for 160 surveys. We nevertheless include the unidentified responses in our overall tabulations of survey responses. Difficulty in finding some characteristics of certain firms that we could identify limited our data yield even further.

**Table 1 Industry Composition of Identifiable Sample Firms**

| Industry | Number of Responses |
|---|---|
| Manufacturing | 97 |
| Transportation, communication, and utilities | 20 |
| Finance, insurance, and real estate | 20 |
| Wholesale and retail trade | 11 |
| Services | 5 |
| Construction | 4 |
| Mining | 3 |
| Total | 160 |

The *Fortune* 1,000 includes industrial and other companies. Because most international trade involves manufactured goods, many discussions of competitiveness focus on manufacturing firms. Table 1 shows the industry mix of responding firms. We received ninety-seven identifiable responses from manufacturing companies. In our analysis, we present results for three sets of firms: all respondents, all nonfinancial firms, and all manufacturing firms.

The low response rate calls for caution in interpreting the findings. One dangerous type of bias, which we have no way to evaluate, is the possibility that CEOs who are particularly concerned about shortsightedness in U.S. companies were more likely to return the questionnaires. This bias could mean that our sample does not represent the corporate population at large. There is no way to judge this possible bias without further information on nonresponding firms.

## Time Horizons and Discount Rates

Most CEOs indicated that hurdle rates play an important part in their firm's capital budgeting process. The average response placed hurdle rates between "very" and "somewhat" important. Only 10.3 percent of manufacturers and 8.8 percent of all sample firms rated hurdle rates as unimportant. We found no strong correlations between firm characteristics, including financial structure as well as CEO background, and the importance of hurdle rates.

We asked CEOs what fractions of their firms' R&D



Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management.

budgets were devoted to projects with no expected payoffs in the next five years. We allowed respondents to select from a range of intervals, such as 0 percent to 10 percent or 10 percent to 30 percent. To summarize these interval responses with means and similar measures, we assigned each interval's midpoint to each response and calculated standard summary statistics. Table 2 shows the results of these calculations.

The mean share of R&D devoted to long-term projects was 21.1 percent. For manufacturers, the average fraction was 22.6 percent. (Figure 1 shows the distribution of responses to this question and displays considerable heterogeneity.) Less than half of respondents indicated a long-term R&D share between 10 percent and 30 percent, the interval that includes our estimate of the sample average value.

**Table 2 Summary Measures of Corporate Time Horizons**

| Indicator of Time Horizon | All | Nonfinancial | Manufacturing |
|---|---|---|---|
| Fraction of R&D in long-term projects | 21.1% | 21.7% | 22.6% |
| Importance of hurdle rates in capital budgeting process | 1.6 | 1.6 | 1.6 |
| Real hurdle rate | 12.2% | 12.2% | 11.6% |
| Percent that would increase investment if stock market correctly valued long-term investments | 20.7% | 19.3% | 19.0% |
| Time horizon relative to: | | | |
| U.S. competitors | 2.5 | 2.4 | 2.4 |
| European competitors | 3.2 | 3.1 | 3.1 |
| Asian competitors | 3.8 | 3.7 | 3.8 |

Note: For time horizon, 1 = longer; 5 = shorter. Responses to the "importance of hurdle rates" question were coded 0 if the respondent indicated hurdle rates were "unimportant," 1 if "somewhat important," and 2 if "very important."

When we asked CEOs about the proportion of the R&D budget devoted to long-term projects ten years earlier, their average response was 18.6 percent (22 percent for manufacturing companies). These results do not suggest that corporate time horizons became shorter during the 1980s.

We asked CEOs to report their firms' hurdle rates and whether the particular rate applied to nominal or constant-dollar cash flows. The question asked for the hurdle rate that the firm would use to discount after-tax earnings from a typical investment project in the firm's largest division. Two-thirds, 66.2 percent, reported nominal values. We converted nominal to real rates by assuming a long-term expected inflation rate of 5 percent per year, which seems approximately consistent with prevailing wisdom at the time of the survey. This calculation yields an average real hurdle rate of 12.2 percent for the full sample and 11.6 percent for manufacturers.[6]

The real discount rate implied by the responses is well above the historical real return on either debt or equity in U.S. financial markets. Since the mid-1920s, the average annual real return on corporate bonds has been less than 2 percent, and that on corporate equities has been approximately 7 percent.[7] The average real discount rate in our sample also exceeds most estimates of the pretax profit rate of U.S. nonfinancial firms.[8] These disparities raise an important question about the link between the variables that financial economists focus on when measuring the cost of capital and actual corporate practices.

It is important to recognize that, while changes in the cost of capital and related factors that affect the attractiveness of long-term versus short-term investment will affect hurdle rates, these factors are not the only determinants of hurdle rates. Risk considerations also affect the cost of capital, and one factor that could contribute to international differences in hurdle rates is differential investment risk.

**Figure 1 Fraction of R&D Devoted to Long-Term Projects**






Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management

**Figure 2 Distribution of Differences between High and Low Hurdle Rates**




Some managers may set hurdle rates above their required returns as a way to correct for overly optimistic cash flow projections in the projects they are asked to consider. This practice will inadvertently shorten corporate investment horizons. For example, consider a firm that has two projects, one lasting five years, the other ten years, with equal net present values when their cash flows are truthfully reported and they are discounted at the firm's cost of capital. Assume that each project involves an up-front cost and then generates a stream of positive cash flows. If project proponents overstate the cash flows for each project by 10 percent in each year, and if senior management responds by raising the hurdle rate instead of scaling back cash flow projections, then the five-year project will appear to dominate the ten-year project when the managers compute their present values.

Most firms have more than one hurdle rate and vary it as a function of the type of project being considered. We asked the CEOs for the range of hurdle rates they use for sundry projects. The average difference between the highest and lowest hurdle rate is 11.2 percent (12.4 percent in manufacturing). (Figure 2 shows the distribution of the differences between the high and low rates.) Almost half the firms reported differences of more than 10 percentage points. To explore the source of such differences, we asked an open-ended question about the types of projects that are evaluated with high and low hurdle rates. The relatively few responses to this question suggested that strategic projects, such as entering new markets or defending market share, have low hurdle rates.

While about two-fifths of all firms and nearly half of the manufacturers use real hurdle rates between 10 and 15 percent, there are many with values substantially outside this range (see Figure 3). One-third use hurdle rates below 10 percent, while more than 10 percent have real hurdle rates in excess of 15 percent. The most common rate, reported by one-fifth of the respondents, is 10 percent. This could reflect either a response of a real hurdle rate of 10 percent, or a nominal hurdle rate of 15 percent.

Obviously, there is no reason to expect all firms to have the same hurdle rate; differences in the risk of typical projects or in access to capital markets could explain the variances. Do interindustry differences account for most of them? We estimated average hurdle rates for each of the two-digit SIC code manufacturing industries in our sample but found no statistically significant differences. In part, this conformity reflects the small number of firms in our data set for many two-digit industries. Industry affiliation explains only 12 percent of the variation in hurdle rates within manufacturing.

Even if industry affiliation does not predict a firm's hurdle rate, other observable variables may. By merging our survey responses on hurdle rates with data from Standard and Poor's Compustat database, we were able to explore the association between hurdle rates and a number of financial and related variables. The variables we tested for effects on hurdle rates included the P/E ratio, beta, the dividend-price ratio, the current ratio as a measure of leverage, the market-to-book ratio, and Tobin's q ratio (the market value of the firm's outstanding financial claims divided by the replacement cost of its assets). We also studied the link between time horizons and the fraction of institutional holdings or the annual turnover rate of the company's stock. Including these variables allowed us to test the proposition that institutional investors, which trade more frequently than other investors, tend to shorten a firm's time horizon. Finally, we broadened our search for correlates of firm



Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management.

**Figure 3 Real Hurdle Rates**




horizons by collecting several characteristics of the CEOs, including tenure and MBA or finance background, and tested whether they could explain corporate hurdle rates.

Table 3 shows bivariate regression coefficients from simple linear regressions of the real hurdle rate on various firms' financial or management characteristics. The results suggest that the set of variables can explain remarkably little of the interfirm variation in hurdle rates. The only variable for which we can reject the null hypothesis of zero correlation at standard statistical confidence levels is the current ratio, which has a high positive correlation. Firms with more current assets relative to liabilities tend to exhibit higher real hurdle rates, and an increase in the current ratio from one to two is associated with a change of nearly 300 basis points in the real hurdle rate.

We also found some evidence suggesting that firms whose CEOs have a finance background exhibit hurdle rates between 150 and 200 basis points higher than those with CEOs from other backgrounds. Not surprisingly, it is difficult to draw strong inferences from this finding. It could reflect a tendency for finance-based CEOs to adopt high discount rates. On the other hand, individuals with finance backgrounds may be attracted to industries with shorter-term projects. The evidence for a link between CEO background and firm horizons is weakened by studying the correlations with the share of long-term R&D, where there is a very weak negative relationship, particularly among manufacturing firms.

A striking conclusion is that none of the traditional financial variables that might proxy for risk, like the firm's stock market beta, correlates with hurdle rates (see Table 3). That the price-earnings ratio, a standard input to most cost-of-capital calculations, does not seem to affect the firm's discount rate is particularly surprising, although it is well understood that the P/E ratio depends not just on the discount rate applied to corporate earnings, but on the expected growth rate of those earnings as well. It is also surprising that Tobin's q does not appear correlated with corporate hurdle rates, since a firm that consistently applied too low a discount rate in project evaluation would likely experience a decline in the q ratio.

Many allegations that U.S. firms have short planning horizons identify certain aspects of financial markets, such as some analysts' short-term earnings focus, as key contributing factors. This view implies that the stock market may incorrectly value firms that are engaged in long-term R&D or other projects. To assess this possibility, we asked CEOs whether they regard their firms as undervalued. Nearly three-quarters of them think so. (One CEO told us that any respondent who answered that the firm is overvalued should be fired.) When asked to compare the undervaluation today and five years ago, 42 percent indicated that their firms are more undervalued today, 29 percent responded that the undervaluation was roughly equal then and now, and the remainder think they are more properly valued today.

We also investigated whether these perceptions were related to the characteristics of the CEOs or their firms. The results, which we briefly summarize but do not report in detail, suggested that the market-to-book ratio and Tobin's q ratio are negatively associated with the probability that the manager views the firm as undervalued. However, none of the other variables we explored and, in particular, none of the variables about CEO background was associated with the probability of the CEO's views of undervaluation.

One manifestation of the managers' concern with market valuation is their close attention to investors.



Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management.

**Table 3 Hurdle Rates and Financial Characteristics**

| Independent Variable | Real Hurdle Rate | | Long-Term R&D Fraction | |
|---|---|---|---|---|
| | All Firms | Manufacturing | All Firms | Manufacturing |
| P/E ratio | -0.008<br>(0.031) | -0.018<br>(0.036) | -0.022<br>(0.157) | -0.096<br>(0.181) |
| Dividend payout ratio | -0.002<br>(0.002) | -0.002<br>(0.002) | 0.010<br>(0.010) | 0.007<br>(0.009) |
| Current ratio | 1.889<br>(0.633) | 1.891<br>(0.746) | -2.275<br>(3.155) | 0.089<br>(0.363) |
| Percentage change in EPS, 1979-1989 | 0.062<br>(0.051) | 0.072<br>(0.055) | -0.222<br>(0.274) | -0.018<br>(0.271) |
| Total equity return, 1979-1989 | -0.052<br>(0.052) | -0.039<br>(0.057) | 0.025<br>(0.259) | 0.040<br>(0.259) |
| Beta | -0.102<br>(1.411) | -0.067<br>(2.038) | 3.905<br>(6.765) | -2.706<br>(8.962) |
| Market-to-book ratio | -0.187<br>(0.170) | -0.287<br>(0.307) | -1.098<br>(0.845) | 0.300<br>(1.444) |
| Tobin's q ratio | -0.043<br>(0.622) | -0.336<br>(0.777) | 3.022<br>(3.072) | 2.254<br>(3.684) |
| Stock turnover rate | 0.003<br>(0.007) | 0.008<br>(0.008) | 0.048<br>(0.041) | 0.074<br>(0.039) |
| Fraction of institutional holding | -0.027<br>(0.024) | -0.055<br>(0.036) | -0.083<br>(0.122) | 0.052<br>(0.168) |
| CEO tenure | 0.081<br>(0.068) | 0.118<br>(0.084) | 0.305<br>(0.299) | 0.120<br>(0.333) |
| CEO finance background | 1.471<br>(0.841) | 1.904<br>(1.099) | -5.074<br>(4.071) | -0.085<br>(5.077) |
| CEO MBA | 0.291<br>(0.838) | 0.790<br>(0.997) | 3.600<br>(3.991) | 5.288<br>(4.408) |

Note: Each coefficient is estimated from a bivariate regression, and standard errors are shown in parentheses. To improve readability, we do not report the intercept terms from the various regression equations. The first two columns show the estimates of beta for the whole sample, as well as for manufacturing companies. We also estimate regression equations with the share of R&D devoted to long-term projects as the dependent variable. The estimation results for all firms and for the manufacturing subsample are shown in the third and fourth columns.

The average CEO reported 1.4 meetings per week with money managers and market analysts, and estimated that the firm's CFO averaged 3.2 meetings with these groups.

Undervaluation may or may not be of interest per se, but it is of central concern with respect to investment decisions. We therefore asked how much the firm would increase its long-term investments if the stock market properly valued those investments. The average response, a 20.7 percent increase, suggests a nontrivial effect from perceived misvaluation. There was substantial dispersion in the answers to this question. While 7.3 percent of the responding CEOs indicated that they would bolster long-term investment by more than 50 percent if the market valued their stock accurately, 45 percent responded that they would raise long-term investment by less than 10 percent.

When asked whether their firms had ever decided *not* to undertake profitable investment opportunities because the stock market might penalize the decision, more than three-quarters (81 percent) of the respondents said that they had never passed up such opportunities, and



Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management

fewer than 1 percent replied that they passed them up frequently. The apparent inconsistency of these two results suggests some caution in making inferences about the effect of perceived misvaluation on corporate investment.

## International and Intertemporal Differences in Time Horizons

Most of the past decade's policy debate about corporate time horizons has been stimulated by concern that U.S. firms have horizons systematically shorter than firms in other countries. This is a difficult issue to resolve with a survey of U.S. managers because they may have limited information about foreign competitors' planning practices. The alternative, surveying both U.S. and foreign managers, also has drawbacks, since the same question might be interpreted differently. Nevertheless, we adopted both approaches.

We asked U.S. CEOs how their firms' time horizons compare with those of their principal European and Asian competitors. Not all respondents answered both questions, which presumably reflected the absence of competition. (Table 2 shows the average responses; Figure 4 displays their distribution.)

**Figure 4 Comparison of Planning Horizons**




Note: A response of "5" indicates the U.S. firm's horizon is much shorter than that of competitors, while a "1" indicates a much longer horizon at the U.S. firm.

Most U.S. CEOs think their Asian competitors have longer time horizons than they do. The average response was 3.77 (3.80 in manufacturing), and all but 6 percent of the respondents indicated that Asian competitors have horizons at least as long as their firms. The results for European competitors are less striking: the average response of 3.2 suggests slightly longer horizons at the European firms, but 21 percent of the respondents believe their firm has a longer horizon than the European competition.[9] Figure 4 shows that the intensity of CEO opinion was much stronger with respect to Asian than European competitors.

We also investigated the differences between U.S. and foreign firms by sending our survey to fifty of the largest firms in Japan, Germany, and the United Kingdom. Our response rate, even after sending follow-up faxes, was very low from Germany (4 percent) and low from the United Kingdom (16 percent). From Japan, however, the response rate of 22 percent was comparable to that of the U.S. survey. But we must emphasize that, even for Japan, our sample size is very small and the results must be viewed as only suggestive (see Table 4 for these responses).

The foreign firms devote much larger shares of their R&D budgets to long-term projects than their U.S. competitors do. The differences are marked — a factor of two relative to U.S. firms and a factor of three for European firms. Some apparent differences prevail in the importance of hurdle rates in capital budgeting: U.S. firms report an average value midway between "very important" and "somewhat important," while European respondents are closer to "very important" and Japanese respondents are closer to "somewhat important."

Comparing the real hurdle rates of U.S. and foreign firms is difficult, because most firms report nominal hurdle rates and inflation rates differ among countries. It is



Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management.

nevertheless possible to learn something about relative hurdle rates from the reported nominal values. In Japan, two-thirds of the firms that reported hurdle rates use nominal discount rates of less than 10 percent. Even if inflationary expectations were zero, these firms would be discounting future projects at real hurdle rates below the average for the U.S. firms in our sample.

The pattern differs in Europe, where the only firms indicating hurdle rates below 10 percent were reporting in real terms. The average real hurdle rate for the European firms, assuming an expected inflation rate of 5 percent, is 12.9 percent, slightly higher than the average value for U.S. firms.

We asked the European and Japanese CEOs to compare their firms' time horizons with those of their principal U.S. competitors. The responses confirmed the answers on the U.S. surveys. The average response from Japanese firms was 1.9, compared with an average response of 3.8 in the survey of Americans about Asian competitors. The Japanese CEOs also think their firms have longer horizons than their European competitors, but the disparities are smaller (2.4). The average responses from European CEOs, 2.6, confirms the U.S. survey evidence of slightly shorter time horizons at U.S. than at European firms.

**Table 4 Comparison of U.S. and Foreign Firms' Time Horizons**

| Indicator of Time Horizon | Japan | Europe | United States |
|---|---|---|---|
| Fraction of R&D in long-term projects | 46.8% | 60.5% | 22.6% |
| Importance of hurdle rates in capital budgeting process | 1.8 | 1.2 | 1.5 |
| Increase in investment if stock market correctly valued long-term investments | 56% | 55% | 17% |
| Time horizon relative to: | | | |
| U.S. competitors | 1.9 | 2.6 | 2.4 |
| European competitors | 2.4 | 2.8 | 3.1 |
| Asian competitors | 2.2 | 3.4 | 3.7 |
| Sample size | 11 | 10 | 139 |

Note: Shows average response. For time horizon, 1 = longer; 5 = shorter. Responses to the "importance of hurdle rates" question were coded 0 if the respondent indicated hurdle rates were "unimportant," 1 if "somewhat important," and 2 if "very important."

While the survey results discussed so far suggest that U.S. corporations have shorter time horizons than their German or Japanese competitors, they do not provide any evidence on whether shortened time horizons are related to shifting U.S. competitiveness in the 1980s. To learn more about this issue, we asked CEOs to compare their firms' time horizons at the time of the survey with those five and ten years ago. Unfortunately, these responses are likely to be among the least reliable in our survey because they require comparisons of corporate behavior over relatively long time periods. Most of the CEOs in our sample were probably not in their current jobs ten years before the survey.

Most respondents indicated that their firms' horizons had, if anything, lengthened during the 1980s. Only 24 percent of the respondents (22 percent of those at manufacturing firms) viewed their firms as having shorter horizons on the survey date than ten years earlier. The results from the question about the past five years are similar, and they cast doubt on the common claim that changes in financial markets during the 1980s shortened corporate horizons.

We tested the robustness of our questions by asking CEOs to compare their firms' horizons with those of their principal domestic competitors. Most CEOs think their firms take a longer view than their rivals. The average response, 2.4 on a scale between 1 (their firm takes a much longer view) and 5 (their firm is much more shortsighted than competitors) may suggest a tendency to underestimate competitors' horizons.[10]

## How Public Policies Affect Time Horizons

To explore how various public policies affect corporate hurdle rates and time horizons, we asked our survey respondents to describe the effect of seventeen changes in the economic, financial, or policy environment on their firm's planning horizons. The responses are coded between 1 (would significantly shorten horizons) and 5 (would significantly lengthen horizons).[11] (Table 5 shows the average responses for each hypothetical situation and the complete distribution for each change.) One immediate conclusion that emerges is that CEOs think that relatively few changes would have serious effects on planning horizons.

Tax policies received the highest marks as policies that could lengthen time horizons. A cut in the corporate tax rate from 34 percent to 25 percent, a permanent R&D tax credit, and allowing half of corporate dividend payments to be deductible from corporate tax were the three policies with the greatest effect in lengthening corporate time horizons. The next two horizon-lengthening policies were a 20 percent increase in corporate earnings and a



Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management.

**Table 5 Public Policy Shocks and Corporate Time Horizons**

| | Average Response | Distribution of Responses 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **Financial and Economic Environment** | | | | | | |
| A 20% increase in your earnings due to a strong economy. | 3.56 | 1.9% | 5.2% | 40.6% | 38.7% | 13.5% |
| A 100 basis point inflation-induced rise in interest rates. | 2.66 | 7.7 | 35.3 | 43.6 | 9.6 | 3.8 |
| A 100 basis point rise in interest rates due to Federal Reserve tightening. | 2.65 | 7.7 | 35.3 | 50.6 | 6.4 | 0.0 |
| A 20% rise in your share price because several major investors decide that you are undervalued relative to the market. | 3.13 | 4.0 | 8.6 | 55.6 | 28.5 | 3.3 |
| A 20% rise in your stock price due to a general share price rise. | 3.15 | 0.7 | 4.7 | 71.3 | 20.7 | 2.7 |
| **Tax Policy** | | | | | | |
| A reduction in the corporate tax rate from 34% to 25%. | 3.76 | 3.2 | 5.2 | 27.7 | 51.0 | 12.9 |
| Allowing 50% of dividends to be deductible from corporate tax. | 3.64 | 3.2 | 5.8 | 33.1 | 44.8 | 13.0 |
| Allowing 50% of dividends to be shareholder tax-exempt. | 3.44 | 2.6 | 6.5 | 52.6 | 28.6 | 9.7 |
| An investment tax credit of 5% on new equipment. | 3.32 | 1.3 | 7.1 | 50.0 | 39.0 | 2.6 |
| A capital gains tax cut from 28% to 20% for all gains. | 3.28 | 1.3 | 7.1 | 62.6 | 26.5 | 2.6 |
| A capital gains tax cut from 28% to 20% for gains only on common stock. | 3.14 | 2.0 | 8.6 | 70.4 | 15.8 | 3.3 |
| A permanent R&D tax credit. | 3.63 | 2.0 | 7.9 | 39.5 | 38.8 | 11.8 |
| A tax on short-term trading by institutional shareholders that reduced turnover in your stock by 20%. | 3.14 | 2.7 | 12.1 | 63.8 | 17.4 | 4.0 |
| A credible commitment to no changes in the tax system for the next decade. | 3.50 | 0.6 | 5.8 | 46.8 | 31.2 | 15.6 |
| **Corporate Control** | | | | | | |
| Requiring shareholders to hold stock for six months before they become eligible to vote for directors. | 3.18 | 1.3 | 4.6 | 77.0 | 18.4 | 3.9 |
| A national antitakeover statute like Pennsylvania's new law. | 3.28 | 2.0 | 4.7 | 69.8 | 16.1 | 7.4 |
| A large friendly shareholder buys 10% of your stock and commits to hold it for three years. | 3.14 | 2.0 | 7.2 | 71.7 | 15.8 | 3.3 |

Note: 1 = "would significantly shorten horizons"; 5 = "would significantly lengthen horizons."

credible commitment to no changes in the tax system for a decade.

While interpreting the *level* of the responses to the policy questions in Table 5 is difficult, comparing *relative* responses to different hypotheses is less problematic. The five policies noted above are therefore of interest because they are viewed as having sharper effects than an investment tax credit of 5 percent on equipment or a reduction in the capital gains tax from 28 percent to 20 percent. With respect to capital gains, the responses suggest that a targeted policy of reducing the tax rate for gains on common stock would have a smaller effect on time horizons than an across-the-board capital gains rate cut.[12]

Corporate respondents view an increase in their companies' share prices as one shock that would lengthen time horizons but see little difference between the effect of a marketwide increase in prices and a firm-specific price increase. A 100 basis-point decline in interest rates, however, had a much larger perceived effect on corporate horizons than a 20 percent rise in share prices. Respondents see little difference between the effect of a change in interest rates caused by rising inflationary expectations and one caused by the Federal Reserve's monetary tightening, even though the former could shift nominal interest rates with no effect on real interest rates, while the latter would presumably shift real rates.

We asked how several changes in corporate control rules would affect time horizons. The CEOs indicated that a national antitakeover statute like the one Pennsylvania adopted in 1990, which made it much more diffi-



Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management

cult for a raider to take control of a firm and change its operating characteristics or sell existing assets, would lengthen horizons. The two other changes in control structure we asked about — a block purchase of common stock by a friendly shareholder and the institution of minimum holding periods before common stock could be voted — had slight effects in lengthening corporate horizons.

The correlation between a given CEO's view on one policy and his or her view on a different matter was quite low. Some patterns do emerge, however. There is a strong positive correlation between horizon-lengthening responses to cutting the corporate tax rate, restoring the investment tax credit, and introducing a permanent R&D tax credit. Replies to pairs of suggested hypothetical change — for example, the pair on allowing shareholders (firms) to receive a tax credit for dividends received (paid) — correlated well.

## Conclusion

Our analysis suggests several conclusions about the time horizons and hurdle rates of U.S. corporations and their international competitors. First, the hurdle rates most U.S. firms use in their capital budgeting procedures are higher than standard cost-of-capital analyses would suggest. The average discount rate applied to constant-dollar cash flows was 12.2 percent, distinctly higher than equity holders' average rates of return and much higher than the return on debt during the last half-century. If firms are actually using the hurdle rates they reported to make decisions, they may be turning down projects that would be profitable from the shareholders' perspective.

Second, U.S. CEOs believe that their firms had systematically shorter time horizons than their major competitors in Europe and, especially, Asia. This result does not seem to reflect some form of "managerial paranoia," since the same CEOs think that their firms have longer horizons than their typical domestic competitors. Moreover, the beliefs of U.S. CEOs appear to be shared by their foreign counterparts. Our limited survey of managers in Japan, Germany, and the United Kingdom shows that foreign CEOs agree that their firms take a longer view than their U.S. competitors.

Third, CEOs believe that government policy is a powerful agent affecting corporate planning horizons. Several policy reforms, including a cut in corporate tax rates, a permanent R&D tax credit, a corporate tax deduction for dividend payments, and a credible commitment to a stable tax policy for the next decade, could lengthen planning horizons. CEOs see these policies as more attractive than restoration of the investment tax credit for equipment, a capital gains tax cut, various antitakeover changes in corporate control regulations, or a tax on short-term trading. ◆

## References

*This project was carried out with the support of the Time Horizons Project of the Harvard Business School and the Council on Competitiveness. We are grateful to George Hatsopoulos, Jay Lorsch, Michael Porter, and two anonymous referees for helpful comments and suggestions, and to Doug Hendrickson, Elizabeth MacIver, and especially Jim Saylor for assistance in carrying out and analyzing the survey. The research was conducted when Summers was a professor of economics at Harvard University. Views expressed here do not represent the position of the U.S. Treasury Department or any other organization.*

1. For recent data on manufacturing productivity in the United States, Japan, and other G-7 nations, see:
E.R. Dean and M.K. Sherwood, "Manufacturing Costs, Productivity, and Competitiveness, 1979-1993," *Monthly Labor Review* 117 (1994): 3-16.
2. For a summary of the policy debate about the role of time horizons in exacerbating the competitiveness problems of U.S. firms, see:
M. Jacobs, *Short-Term America* (Boston: Harvard Business School Press, 1991).
For a survey of studies on the cost of capital in U.S. and Japanese firms, see:
J.M. Poterba, "Comparing the Cost of Capital in the United States and Japan: A Survey of Methods," *Federal Reserve Bank of New York Quarterly Bulletin*, Winter 1991, pp. 20-32.
For a discussion of various policy measures that might lengthen corporate time horizons, see:
National Research Council Board on Science, Technology, and Economic Policy, *Investing for Productivity and Prosperity* (Washington, D.C.: National Academy Press, 1994).
3. There are dozens of studies of corporate capital budgeting practices. See, for example:
L. Schall, G. Sundem, and W. Geijsbeek, Jr., "Survey and Analysis of Capital Budgeting Methods," *Journal of Finance* 33 (1978): 281-287; and
J. Binder and J.S. Chaput, "A Positive Analysis of Corporate Capital Budgeting Practices" (Chicago: University of Illinois-Chicago, mimeo, 1991).
However, the competitiveness policy debate has largely ignored them.
4. A copy of the survey is available from the authors on request.
5. In April 1991, we also sent the questionnaire by fax to the fifty largest firms in Germany, Japan, and the United Kingdom. We discuss these responses later.
6. We view both the long-term R&D share and the hurdle rate as measures of corporate time horizons. We therefore examined their correlation in our sample and found that the share of long-term R&D is (weakly) negatively correlated with the real hurdle rate.
7. Ibbotson Associates reports a geometric average return of 10.3 percent (nominal) on common stocks of large firms, 12.4 percent on common stocks of small firms, 5.6 percent on long-term corporate bonds, and an inflation rate of 3.1 percent for the 1926-1993 period. See:
Ibbotson Associates, *Stocks, Bonds, Bills, and Inflation: 1994 Yearbook* (Chicago: Ibbotson Associates, 1994).
8. M.S. Feldstein, J.M. Poterba, and L. Dicks-Mireaux, "The Effective



Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management.

Tax Rate and the Pretax Rate of Return," *Journal of Public Economics* 21 (1983): 129-158.

9. Competitors of the firms we analyzed may not be representative of Asian or European firms; they may be more export oriented and potentially longer horizon firms than companies engaged only in domestic sales.

10. Another explanation for this finding is that the CEOs who responded were more attuned to problems of time horizons than a purely random sample. Their firms could typically have longer time horizons than their domestic competitors.

11. We present detailed information on the responses to each question because two questions may have identical mean responses but quite different distributions in the intensity of views. Two questions may have equal average responses (say, 3), but one might have an equal number of 2, 3, and 4 responses, suggesting no very strong views on this policy, while another could have the same mean but half of the respondents indicating 1 and the other half 5. Table 5 provides this information.

12. This is a surprising finding since a "rifle-shot" capital gains tax cut for equities would make them more attractive than other gain-producing assets, reducing the cost of equity more than a capital gains tax cut for all assets.

Reprint 3714





Copyright © 2009 ProQuest LLC. All rights reserved.
Copyright © Massachusetts Institute of Technology, Sloan School of Management.

# Exhibit QE-31

# Corporate Investment Decision Practices And the Hurdle Rate Premium Puzzle

Iwan Meier and Vefa Tarhan[1]

January 28, 2007

**ABSTRACT**

We survey a cross-section of 127 companies to gain insight on various dimensions of firms' investment decisions. The questions posed by our survey address the hurdle rates firms use, calculations of project-related cashflows, and the interaction of cashflows and hurdle rates. Unlike previous studies which examine investment decisions by either using survey data or data obtained from financial tapes, we use both sets of data. This approach produced one of our primary findings that there is a hurdle rate premium puzzle, in that hurdle rates used by our sample of firms exceed their cost of capital, that we calculate using Compustat data, by a substantial magnitude. We investigate the determinants of this puzzle and find that it is related to factors that reflect financial flexibility considerations, managers' confidence in the estimates of beta, financial health of firms, and the past performance of the industry they are in. Finally, our findings show that survey firms do not always appear to handle the cashflow dimension of their investment decisions in a consistent manner.

[1] HEC Montréal, and Loyola University, Chicago, respectively. Corresponding author: Iwan Meier, HEC Montréal, 3000 chemin de la Côte-Sainte-Catherine, Montréal (Québec) H3T 2A7, Canada. Tel. +1-514-340-3198; e-mail address: iwan.meier@hec.ca. We thank Michael Fishman, Deborah Lucas, Robert McDonald, Mitchell Petersen, Artur Raviv, Ernst Schaumburg, Paul Spindt, and Timothy Thompson. We especially thank Ravi Jagannathan for his insightful comments, his continuous encouragement, and for providing resources through the Financial Institutions and Market Research Center. We also thank the focus group participants William A. Colaianni, James J. Cowhey, Pavel A. Dorosevich, Gaea Gomez, Art Mollenhauer, and Don Porth for their input to improve the design of the survey. This research is sponsored by the Zell Center for Risk Research and we are indebted to its Director and Dean Emeritus of the Kellogg School of Management Donald Jacobs for his support and advice.

**Introduction**

This paper discusses the findings we obtain from a survey that covers a comprehensive list of discount rate and cashflow related issues firms face in making their investment decisions. The survey was completed by the CFOs of 127 companies in October 2003. Most respondents reveal their identity which enables us to match their answers with CRSP and Compustat data.

Some studies examine corporate decisions by testing models that use data available in financial data bases such as CRSP and Compustat. The advantage of such data is that it contains a substantial number of observations, which increases the level of confidence regarding the accuracy of the results. Additionally, the data in question is determined objectively. However, this objectivity may come at a cost. Financial models of investment decisions posit how managers *should* behave based on model specifications. Ideally, the predictions contained in these models need to be tested with data that captures the *behavior* of the managers. However, the data obtained from financial tapes does not fully reflect how managers behave since these data points represent the realizations of financial variables. These realizations are determined not only by the behavior of managers, but also by the behavior of other economic agents as well as by the parameters of the exogenous environment. For example, the realized level of sales of a firm does not only reflect how successful managers were in their past investment decisions, but it also reflects factors such as the current state of the economy, consumer demand, investments of competitors, etc. Thus, while the theories of corporate investment decisions specify how managers *should* make their investment decisions, the predictions of the models are tested with data that is produced only *partially* by managers' behavior. Tests that use data contained in financial data bases may reveal whether a particular investment decision was a success or a failure *ex-post*, but they do not necessarily fully reflect whether the success or failure of the project is the result of the procedures managers followed *ex-ante,* since exogenous factors also play a role in the outcome.



Electronic copy of this paper is available at: http://ssrn.com/abstract=960161

The strength of the survey data based testing methodology is that the predicted *behavior* of agents can be captured directly. While data generated by surveys is subjective, this subjectivity is not necessarily undesirable, provided that the survey questions are well-designed. On the other hand, tests based on survey data also have some weaknesses. First, surveys typically do not produce anywhere as many data points as the financial data bases. Additionally, if survey questions are not phrased carefully, tests based on survey responses could be misleading.

Using both, survey data and data available from financial data bases, enables us to compare how managers *do* behave with how they *should* behave in making their investment decisions. Such comparisons could prove to be very revealing. In fact, it is on the basis of such a comparison that we are able to document one of the important findings of this study: There appears to be a hurdle rate premium puzzle. We find that hurdle rates we obtain from our survey data exceed, on average, the rate that managers *should* use (their actual WACC that we compute from financial data bases) by a substantial magnitude.

Previous surveys on how firms make their investment decisions, such as Graham and Harvey (2001), Bruner, Eades, Harris, and Higgins (1998), Poterba and Summers (1995), Trahan and Gitman (1995), and Bierman (1993), primarily focus on documenting the popularity of the different capital budgeting techniques used by firms. Some of these studies also examine the discount rates firms use in evaluating their investment projects. The primary findings of the earlier surveys are as follows: First, over time, firms have shown an increasing tendency to rely on discounted cash flow (DCF) methods to evaluate projects. Second, most firms apparently use their weighted average cost of capital (WACC) as the discount rate in evaluating their projects. Third, it seems to be the case that in computing their discount rates, firms typically infer the cost of equity from the capital asset pricing model (CAPM). Figure 1 displays the increased usage of these models and techniques over time.

While our survey respondents by and large confirm these findings, we supplement the traditional investment decision issues addressed by past surveys by examining additional topics that are important to the investment decisions of firms. As a result, this study makes two major contributions to the literature on investment decisions. First, as mentioned above, we document the existence of the WACC-based hurdle rate premium puzzle. Furthermore, we explain this puzzle with reasonable success. Second, we examine the practices in calculating cashflows, as well as the interaction between cashflow and discount rates, topics typically not addressed by earlier studies. For example, we examine whether or not firms compute their cashflows correctly, and whether they are consistent in matching project cashflows with the appropriate discount rates (i.e., we examine what discount rates are used when cashflows are levered versus when they are unlevered). Our survey also contains questions to determine whether or not firms are consistent in accounting for inflation in the cashflow and the hurdle rate components of the projects they consider. Additionally, we probe survey participants about other cashflow specific topics such as how they account for sunk costs, and cannibalization of the sales of their existing products when making decisions about the introduction of new products. Finally, we examine whether firms correctly analyze their cross-border projects by using consistent foreign currency/domestic currency denominated cashflow/hurdle rate combinations.

Our important findings on hurdle rates are as follows: First, the hurdle rates used by firms in our survey appear to exceed their WACC that we calculate using CRSP and Compustat data by 5.3% to 7.5%, depending on the equity premium assumption we use. Second, when we examine the determinants of this puzzle, we find that desire for financial flexibility in high growth environments, firms' financial health, the past performance of the industry that the firm is in, and managers' confidence regarding their estimated betas go a long way towards explaining this puzzle. Based on our interpretation of the statistically significant variables that contribute towards explaining the puzzle, a case can be made that it is understandable, perhaps even reasonable, that managers use hurdle rates in excess of their WACC. However, since the (upwards) adjustment managers make to the textbook definition of WACC is

subjective in nature, it is not possible to judge whether or not the magnitude of the hurdle rate premium is appropriate. Third, our findings show that self-reported hurdle rates are related to firms' systematic risk, implying that they use CAPM. However, our tests indicate that apparently unsystematic risk also plays some (albeit lesser) role in the determination of their discount rates. We also find that there is a significant overlap between the variables that explain self-reported hurdle rates and the hurdle rate premium puzzle. Finally, the results also show that some firms appear not to adjust their hurdle rates with sufficient frequency, and that some firms use firm-wide hurdle rates even when they have multiple divisions. Both of these hurdle rate missteps have the potential to harm shareholders by creating underinvestment or overinvestment problems.

Our important findings on the cashflow component of investment decisions are as follows: First, it appears that survey firms correctly incorporate inflation in evaluating projects. Second, it seems that they also handle the complex problem of domestic/foreign currency denominated cashflow/hurdle rate combinations associated with cross-border projects correctly. Third, on the negative side, firms in our survey have somewhat of a mixed record on the computation and use of cashflows, and the cashflow-discount rate interaction. While in general they calculate both levered and unlevered cashflows correctly, they do not always use the correct cashflow-discount rate combinations. Moreover, not all firms appear to correctly account for sunk costs and erosion in sales of existing products related to new product introductions.

We also briefly discuss capital budgeting methods and confirm the findings of earlier studies in that our survey firms rely on discounted cashflow (DCF) methods by a wide margin.

The plan for the remainder of the paper is as follows: We discuss survey design and sample characteristics in Section I. We present our findings on self-reported hurdle rates in Section II. Section III presents our calculations of WACC for our survey firms. Section IV documents the hurdle rate

premium puzzle. To gain insight about this puzzle, in Section V we estimate bivariate regressions on self-reported hurdle rates, and also on the hurdle rate premium where we use two equity premium scenarios. We follow this analysis by examining the determinants of the hurdle rate premium in a multivariate regression framework where the explanatory variables are the statistically significant coefficients obtained from the estimation of the bivariate hurdle rate premium models. In Section VI, we present and discuss our findings about the cashflow dimension of the investment decisions and also about the interaction between cashflows and hurdle rates. In Section VII, we resume our discussion of self-reported hurdle rates. In particular, we examine whether or not firms in our survey adjust their hurdle rates over time as market conditions change, and to what extent multi-segment firms use company-wide versus divisional hurdle rates. A brief discussion of capital budgeting methods used by our survey participants follows in Section VIII. Finally, we present our conclusions in Section IX.

Due to space constraints we are unable to present the full list of our findings. At times we discuss some of our results briefly and refer to “results not displayed here” or “unreported results.” Additionally, for the same reason we were not able to include some of the analysis that we conducted. The details of results we briefly discuss in the paper but do not display in tables, and additional analysis we conduct but not report in the paper can be accessed at www.hec.ca/pages/iwan.meier.

## I. Survey Design and Sample Characteristics

### *A. Questionnaire*

In designing the survey we carefully followed the advice of experts in the fields of psychology and marketing. We designed the questions in such a way that we minimize the use of buzz words and names of models that are taught in a typical MBA course. For example, as we conjecture that there might be a wedge between cost of capital and the discount rate, we avoid the term “cost of capital” in our questionnaire. Instead, the survey participants were asked questions on their hurdle rates. Similarly, we

# Exhibit QE-32

Journal of Financial Economics 120 (2016) 445–463

Contents lists available at ScienceDirect

Journal of Financial Economics

journal homepage: www.elsevier.com/locate/finec

# Why do firms use high discount rates?☆

Ravi Jagannathan[a,b,c,d,*], David A. Matsa[a,b], Iwan Meier[e], Vefa Tarhan[f]

[a] Kellogg School of Management, Northwestern University, 2001 Sheridan Road, Evanston, IL 60208, USA
[b] NBER, USA
[c] ISB, India
[d] SAIF, China
[e] HEC Montréal, 3000, Chemin de la Côte-Sainte-Catherine, Montréal (Québec) H3T 2A7, Canada
[f] Quinlan School of Business, Loyola University Chicago, 820 N. Michigan Avenue, Chicago, IL 60611, USA

ARTICLE INFO

*Article history:*
Received 11 June 2014
Revised 4 August 2015
Accepted 5 August 2015
Available online 22 January 2016

*JEL classification:*
G31
G32

*Keywords:*
Capital budgeting
Discount rates
Cost of capital

ABSTRACT

We present evidence consistent with operational constraints leading firms to use high discount rates that average twice the firms' cost of financial capital. Based on a survey of Chief Financial Officers matched to archival data, we find that firms with abundant access to capital but limited qualified management or manpower appear to forgo profitable projects in preparation for more profitable future investment opportunities. Consistent with this explanation, firms that use high discount rates have strong balance sheets, low leverage, and large cash holdings. In addition, firms appear to increase discount rates to account for idiosyncratic risk.

© 2016 Elsevier B.V. All rights reserved.

## 1. Introduction

Capital allocation, a crucial business function, is not well understood. While most large U.S. firms have long used discounted cash flow (DCF) methods to evaluate investment opportunities, little is known about what factors determine the discount rates that firms use.[1] In surveys conducted over the past 25 years, firms increasingly respond that their discount rates take into account their weighted average cost of capital (WACC) computed using the capital asset pricing model (CAPM) to estimate their cost of equity. Although WACC and CAPM are the focus of capital budgeting instruction in textbooks and business school classrooms (Womack and Zhang, 2005), firms typically evaluate projects using discount rates above their WACC to account for additional risks or other factors (see Jacobs and Shivdasani, 2012). Firms responding to our survey use, on average, a discount rate of 15% while their WACC is 8%—numbers that are similar to the survey results of Graham and Harvey (2011a, 2012).

☆ We thank Arjun R. Kannan for valuable research assistance and John R. Graham and Alexander Ljungqvist for sharing their estimates of marginal tax rates and earnings response coefficients, respectively. This project would not have been possible without the guidance and support of Donald Jacobs. We are grateful to Vikas Agarwal, Douglas R. Emery, Jose Liberti, Deborah Lucas, Bob McDonald, Hariom Manchiraju, Kevin Andrew Mullally, Tim Thompson, Baozhong Yang, an anonymous referee, and seminar participants at Georgia State University, Shanghai Advanced Institute of Finance, University of Iowa, University of Miami, University of New South Wales, and University of Pennsylvania for helpful comments. We gratefully acknowledge support from both the Financial Institutions and Markets Research Center and the Zell Center for Risk Research at the Kellogg School of Management, Northwestern University.
* Corresponding author. Tel.: +1 847 491 8338; fax: +1 847 491 5719.
*E-mail address:* rjaganna@kellogg.northwestern.edu (R. Jagannathan).

[1] In this article, we use the term "discount rate" to refer to both the discount rate used in net present value (NPV) analysis and the hurdle rate used in internal rate of return (IRR) analysis. For a given project, the two are the same.

http://dx.doi.org/10.1016/j.jfineco.2016.01.012
S0304-405X(16)00017-9/© 2016 Elsevier B.V. All rights reserved.

Using higher discount rates may be justified as a form of capital rationing when there are limitations on the investment program that prevent a company from undertaking all projects that have a positive net present value (NPV). Emery, Finnerty, and Stowe (2011, Chapter 11) provide an excellent discussion of possible rationales for capital rationing. Firms' investment may be rationed by their financial capital or by other scarce resources such as skilled workforce, managerial time, or organizational bandwidth. Otherwise, the discount rate should equal the firm's cost of financial capital and a firm should invest in every positive NPV project. We examine various explanations for why firms use discount rates that exceed their cost of financial capital, i.e., why firms forgo some *apparently* profitable investment opportunities. The traditional view is that financially constrained firms have to ration their available capital and forgo some profitable opportunities. In contrast, we find that financially constrained firms—identified in various ways—use discount rates closer to their cost of financial capital, while firms with ample financial flexibility in the form of low debt ratios and high cash balances use higher discount rates.

Rather, we find that nonfinancial (i.e., operational) constraints, such as managerial or organizational requirements, prevent firms from undertaking all opportunities as they arise and lead them to be more selective in making investments. Theory suggests that firms facing such constraints tend to hoard cash while waiting for better investment opportunities to emerge (Asvanunt, Broadie, and Sundaresan, 2011). Consistent with this view, we find that firms with (self-identified) operational constraints and significant cash balances use higher discount rates to screen their investment opportunities.

We find that firms also use higher discount rates to account for idiosyncratic risk. Adding this premium might reflect a truly higher cost of financial capital if the firm's investors are not well-diversified, but it could also reflect an undiversified manager's private interest in safer projects. Using a greater safety margin to select projects can protect the manager from poor corporate performance that could endanger his or her reputation and job security (Holmström, 1999). We find no evidence, however, that the high discount rates result from managerial optimism or myopia (i.e., short-termism).

Academic studies of capital budgeting have long recognized the empirical existence of capital rationing as a market phenomenon (Dean, 1951), a phenomenon that persists even today. For decades, the literature debated optimal decision rules under capital rationing, but never explained why firms were rationing capital in the first place (Weingartner, 1977). Over time, this debate moved from optimal decision rules for capital allocation to examining whether financial constraints were binding on firms, but financial constraints is only one of the reasons firms might ration capital. Our analysis confirms that financial constraints are not the predominant cause for capital rationing among public corporations, but rather that operational considerations, such as managerial and organizational constraints, lead firms to systematically evaluate projects using discount rates that exceed their costs of financial capital.

A distinguishing feature of our study is the analysis of survey responses in combination with accounting and archival data. This combination helps to resolve the long-standing puzzle from Chief Financial Officer (CFO) surveys as to why firms appear to require excessive rates of return when screening investment opportunities (Poterba and Summers, 1995; Arnold and Hatzopoulos, 2000). Our analysis takes a different approach than surveys that have asked CFOs directly why they do not take all projects that have a higher expected return than their cost of financial capital (e.g., Graham and Harvey, 2011b). Whereas the stated preference approach employed in those studies is more direct, our study instead examines firms' actual behavior using a revealed preference methodology. The two approaches are complementary and both point to the importance of operational constraints. Using the identities of our survey respondents to combine their survey responses with archival data, we show (i) that firms with strong balance sheets, low leverage, or large cash holdings tend to use higher discount rates[2] and (ii) that WACC and CAPM explain the cross-section of discount rates after we control for limited managerial bandwidth.

The remainder of the article is organized as follows. In Section 2, we describe the survey design, auxiliary data sources, and self-reported discount rates. We model firms' discount rates as a function of their costs of financial capital in Section 3 and evaluate potential explanations of why firms use high discount rates in Section 4. We conclude in Section 5.

## 2. Survey design and data description

### 2.1. Survey design

Because discount rates cannot be observed in archival databases, we surveyed firms directly. To relate firms' discount rates to their cost of financial capital, we then combined their survey answers with data from Compustat, Center for Research in Security Prices (CRSP), and Barra. To our knowledge, aside from Poterba and Summers (1995) and Ben-David, Graham, and Harvey (2013), ours is the only survey on discount rates for capital budgeting that includes the identity of the respondents. This enables us to combine survey responses with information from financial databases to examine the determinants of firms' discount rates.

In designing the questionnaire, we followed standard practices in the fields of psychology and marketing to avoid potential biases (Gillham, 2000; Morgan, 1988). For example, because survey respondents might try to please the conductor of the survey by providing the answers they think the survey's author expects (Singer and Presser, 1989), we tried to avoid using terms, such as "cost of capital" and "CAPM," that could trigger

[2] Although some firms might hoard cash because they have trouble accessing financial markets, the firms that use high discount rates neither describe themselves to be financially constrained in survey responses nor appear to be financially constrained based on typical proxies, including Altman's (1968) *Z*-score, current ratio, leverage, and Kaplan-Zingales index.

respondents to answer what they recall from their MBA courses on corporate finance.[3] The full survey is reproduced in Fig. OA.4 in the Online Appendix. The survey was sent out in October 2003 with a cover letter from the Dean Emeritus of the Kellogg School of Management, Donald Jacobs, along with a postage-paid return envelope to a total of 4,600 CFOs of U.S. companies listed in the Compustat name file.[4] We asked the participants to return the questionnaire within ten days. A week after the initial mailing we sent a follow-up mailing.

The survey was completed by the CFOs of 127 companies—113 public and 14 private. Almost all surveys returned were filled out completely and there was no decline in the number of responses towards the end of the four-page questionnaire. We also do not observe a change in the average self-reported discount rate, the percentage of firms using WACC, or mean and median firm characteristics between early and late responses (see Table OA.1 in Online Appendix OA.1). We believe that most respondents were the CFOs themselves,[5] and the survey responses appear to be accurate. For example, the self-reported sales figures (Question 30) agree with numbers retrieved from Compustat for 96.9% of the responses. Of the 127 surveys returned, 106 include the firm's identity, and five of these firms are private firms. Among the remaining 101 firms, five did not report a discount rate,[6] and nine do not have matching data in Compustat, CRSP, or Barra because they were traded over the counter at the time of the survey. Finally, we exclude one outlier to obtain our sample of 86 firms, but the results are similar when including this observation (see Table OA.9 in Online Appendix OA.4.1). Compared to the 2,572 firms in the sampling frame with valid data in CRSP, this is a response rate of 3.4%.

### 2.2. Firm characteristics

Table 1 reports characteristics of the sample firms. Similar to previous surveys on corporate finance (e.g., Graham and Harvey, 2001; Poterba and Summers, 1995), manufacturing firms are the largest industry group in our sample. To assess the sample's representativeness, we compare these firms to the remainder of firms in Compustat and compute *p*-values for differences in means and medians of each characteristic.

In comparison to other firms in Compustat, the average survey firm is larger in size, measured by book value of assets, market value of assets, or total sales.[7] Although the difference in mean book value of assets is not significant, the medians for all three size measures are significantly different. The market-to-book ratios are comparable, with survey firms exhibiting a smaller mean but similar median value.[8] Survey firms have, on average, a somewhat lower ratio of cash to book assets and more capital expenditures. The book assets of survey firms also generate higher operating profits, whereas the median returns on equity are similar. Other important financial variables, including the leverage ratio (total debt divided by book value of assets), the current ratio, and the ratio of sales to book assets, are also comparable.

### 2.3. Discount rates for capital budgeting

Among our analytic sample, 97% of firms use a discounted cash flow (DCF) method as one of their top two capital budgeting methods.[9] These findings reflect the increased use of DCF-based capital budgeting methods over time (see Fig. OA.1 in Online Appendix OA.2). To obtain the firm's capital budgeting discount rate, the survey asks "In nominal terms (i.e., incorporating future inflation), what is the hurdle rate your company has used for a typical project during the last two years?" The mean discount rate reported is 15.1% (median 15.0%) in nominal terms and 12.7% (median 12.6%) in real terms.[10] This average hurdle rate is remarkably similar to those reported in other surveys. Graham and Harvey (2011a) report an average nominal (real) hurdle rate of 14.8% (12.8%) for the 205 firms responding to their survey in the first quarter of 2011, and Poterba and Summers (1995) report an average nominal (real) hurdle rate of 17.8% (12.2%) for the 228 firms responding to their survey in the fall of 1990.[11] There is also little variation in average discount rates across industry sectors (Panel A of Table A.1 in Appendix A.1).

[3] We also solicited and received input from numerous finance academics in designing the questions and invited six CFOs from the Chicago area to a focus group meeting to test the survey with practitioners.

[4] We excluded financial firms (Standard Industrial Classification codes 6000–6999), regulated utilities (4900–4999), and services firms and those in industries with sizable not-for-profit or governmental institutional participation (7200+), but the sampling frame included private, over-the-counter, and closed firms that had data in Compustat. Of the 4,600 firms, 2,572 firms have valid data in CRSP.

[5] We received emails from the CFOs of most responding companies requesting an advance copy of the survey results and many respondents provided elaborate comments to open questions.

[6] Four of these firms do not use discounted cash flow (DCF) as their primary capital budgeting technique (two use payback and two return on investment as their primary method).

[7] Jagannathan, Meier, and Tarhan (2011) computed the market value of assets as the book value of debt plus the market value of equity, and reported summary statistics for the 93 firms for which we can merge Compustat data. The figures reported here exclude the six firms for which we cannot match CRSP data to compute beta and the outlier, which reduces the sample we report here to 86. Also, whereas Jagannathan, Meier, and Tarhan (2011) restricted the Compustat sample to firms for which all of the variables in that paper's main model were available, we do not apply that restriction and report the number of observations in Table 1 separately for each variable.

[8] The mean market-to-book ratio in the Compustat universe is sensitive to the choice of percentile for winsorizing. Winsorizing at 5% tails instead of 1% tails decreases the mean value for the Compustat sample from 4.55 to 2.90. Similarly, the ratio operating income-to-book assets changes from −0.20 to −0.05.

[9] In case a firm uses multiple methods, we asked the respondents to identify the two most important ones and rank them. The respondents chose from both discounted cash flow (DCF) methods (net present value, adjusted present value, internal rate of return, and profitability index) and non-DCF methods (payback, discounted payback, return on invested capital, and average rate of return).

[10] To convert to real terms, we subtract the ten-year expected inflation rate from the Cleveland Fed, which is available at http://www.clevelandfed.org/research.

[11] In their second quarter 2012 survey, Graham and Harvey (2012) report an average nominal (real) hurdle rate of 13.5% (12.0%) for 362 responding firms.

**Table 1**
Sample firm characteristics, 2003.

Mean and median firm characteristics are tabulated for the 86 survey respondents for which we can match data from Barra and Compustat, the subsample of 64 survey respondents that use WACC to assess their discount rate, and comparison firms from Compustat. The Compustat sample excludes the 86 survey firms and firms in SIC industries not included in our sampling frame: Financial firms (SIC codes 6000–6999), regulated utilities (4900–4999), and services firms and those in industries with sizable non-for-profit or governmental institutional participation (7200+). Book assets and sales are Compustat items *at* and *sale* (in millions of dollars), respectively; market value of assets is $at - ceq + csho \times prcc_f$ (in millions of dollars); current ratio is current assets divided by current liabilities, $act/lct$; total debt is the sum of debt in current liabilities plus long-term debt, $dlc + dltt$; operating income is before depreciation, *oibd*; return on book equity is the ratio of net income to book common equity, $ni/ceq$; and number of employees is *emp*. All ratios are winsorized at the 1st and 99th percentiles. $N$ is the number of observations. The last two columns show tests for differences in the firm characteristics between the survey firms and the non-responding firms in Compustat. We report the $p$-values for difference in means $t$-tests and Fisher's exact tests for difference in medians under the null hypothesis that the difference is zero.

| Variable | Survey firms ($N = 86$) | | WACC firms ($N = 64$) | | Compustat | | | Difference tests: Compustat - Survey | |
|---|---|---|---|---|---|---|---|---|---|
| | Mean | Median | Mean | Median | $N$ | Mean | Median | Mean | Median |
| Book assets | 4,781 | 546 | 5,490 | 564 | 5,256 | 2,789 | 151 | 0.186 | 0.000 |
| Market assets | 9,653 | 881 | 11,146 | 961 | 4,635 | 4,615 | 259 | 0.021 | 0.000 |
| Sales | 4,484 | 414 | 5,164 | 477 | 5,228 | 2,322 | 130 | 0.067 | 0.001 |
| Market-to-book assets | 1.92 | 1.62 | 1.96 | 1.67 | 4,622 | 4.55 | 1.65 | 0.051 | 1.000 |
| Sales-to-book assets | 0.94 | 0.91 | 0.98 | 0.93 | 5,213 | 1.05 | 0.84 | 0.284 | 0.747 |
| Cash-to-book assets | 0.10 | 0.06 | 0.10 | 0.06 | 5,199 | 0.16 | 0.08 | 0.013 | 0.030 |
| Current ratio | 2.80 | 1.79 | 2.64 | 1.78 | 5,130 | 3.03 | 1.83 | 0.723 | 0.913 |
| Total debt-to-book assets | 0.25 | 0.21 | 0.25 | 0.24 | 5,230 | 0.38 | 0.21 | 0.116 | 1.000 |
| Capital exp.-to-book assets | 0.07 | 0.04 | 0.06 | 0.04 | 5,196 | 0.05 | 0.03 | 0.048 | 0.022 |
| Operating inc.-to-book asset | 0.10 | 0.12 | 0.11 | 0.12 | 5,193 | −0.20 | 0.08 | 0.020 | 0.005 |
| Return on book equity | 0.02 | 0.07 | 0.04 | 0.07 | 5,209 | −0.01 | 0.06 | 0.860 | 0.591 |
| Book assets per employee | 0.70 | 0.29 | 0.51 | 0.26 | 4,607 | 0.61 | 0.23 | 0.702 | 0.279 |

Our survey asks firms what their discount rate represents. Three out of four firms (74.4%) in our analytic sample respond that their discount rate represents their weighted average cost of capital (WACC); i.e., they use WACC to determine their cost of financial capital. Seven percent report using the levered cost of equity, three percent report the unlevered cost of equity, and the remaining firms report "other." Although we include all of these firms in our main analytic sample, we also verify that our conclusions are robust to examining only firms that use WACC (see Table OA.10 in Online Appendix OA.4.2).[12]

## 3. Discount rates and cost of financial capital

Using the identity of the survey respondents, we can compare the firms' discount rates to their cost of financial capital. We begin by examining whether firms use their cost of financial capital to discount cash flows as prescribed by the standard approach in capital budgeting in the absence of constraints. For firms responding in our survey that their discount rate represents their WACC, we model the discount rate, $d_i$, for firm $i$ as WACC, $w_i$, plus a constant, $\pi_0$, and an idiosyncratic error, $\varepsilon_i$:

$$d_i = \pi_0 + w_i + \varepsilon_i. \tag{1}$$

Firms' use of the CAPM in capital budgeting has grown dramatically over the last 40 years, and most firms now use the CAPM to estimate their cost of equity capital. Graham and Harvey's (2001) survey finds that three out of four CFOs use the CAPM, and Jacobs and Shivdasani (2012) report that 90% do. Furthermore, the average respondent to our survey is larger than in Graham and Harvey's sample, and Graham and Harvey (2001) show that the use of the CAPM is even more widespread among large firms. We therefore follow common practice and compute the cost of equity, $r_{E,i}$, using the CAPM.

To analyze the relation between discount rates and costs of financial capital in a linear regression framework, we subtract all components of WACC that are not related to the systematic risk of the firm from both sides of Eq. (1).[13] If firms use WACC as their discount rate, then the self-reported discount rate minus the terms unrelated to the firm's systematic risk is a function of the firm's equity beta scaled by the weight of equity:

$$d_i - \frac{D_i}{D_i + E_i} r_{D,i}(1 - \tau_i) - \frac{E_i}{D_i + E_i} r_{F,i} = \pi_0 + \frac{E_i}{D_i + E_i} \beta_{MKT,i} \pi_{EP} + \varepsilon_i, \tag{2}$$

where $D_i$ is the book value of debt, $E_i$ is the market value of equity, $\tau_i$ is the before financing marginal tax rate from Graham (1996a, 1996b), $r_{D,i}$ is the cost of debt imputed from the firm's estimated credit rating using the model of Jorion, Shi, and Zhang (2009), $r_{F,i}$ is the Treasury bond rate that matches firm $i$'s average project life, $\beta_{MKT,i}$ is the Barra fundamental beta, and $\pi_{EP}$ denotes the equity risk premium that firms use when implementing the CAPM. Our estimation of the risk-free rates and firms' cost of debt

[12] Panel B of Table A.1 in Appendix A.1 reports statistics characterizing the distribution of nominal discount rates conditional on what firms say that the discount rate represents. In all cases, the median discount rate is about 15%.

[13] As explained below, this approach allows us to estimate the equity risk premium that firms use. We find similar results if we instead assume that firms use an equity risk premium of either 3.83% (Graham and Harvey, 2005) or 7.50% (Fama and French, 2002), and subtract the entire cost of financial capital from both sides of Eq. (1). See Table OA.12 in Online Appendix OA.4.4.

is described in Online Appendix OA.3.1. As shown in Table OA.3 in Online Appendix OA.3.2, using other estimates of the CAPM beta yields similar results. We refer to the expression to the left of the equals sign in Eq. (2) as firm $i$'s adjusted discount rate, $\tilde{d}_i$, where

$$\tilde{d}_i = d_i - \frac{D_i}{D_i + E_i} r_{D,i}(1 - \tau_i) - \frac{E_i}{D_i + E_i} r_{F,i}. \quad (3)$$

To simplify the notation further, we denote the scaled CAPM beta as $\tilde{\beta}_{MKT,i}$, where

$$\tilde{\beta}_{MKT,i} = \frac{E_i}{D_i + E_i} \beta_{MKT,i}. \quad (4)$$

For firms reporting that they use WACC to compute their cost of financial capital, we then regress the firms' adjusted discount rates on a constant and $\tilde{\beta}_{MKT,i}$ using ordinary least squares (OLS):

$$\tilde{d}_i = \pi_0 + \pi_{EP} \tilde{\beta}_{MKT,i} + \varepsilon_i, \quad (5)$$

where $\varepsilon_i$ is an idiosyncratic error term. This regression provides an estimate of $\pi_{EP}$, the equity risk premium that managers use when applying CAPM.

There is not yet a consensus about what is the appropriate equity risk premium for capital budgeting. Fama and French (2002) argue that the historical average realized equity premium of about 7% overestimates the average expected equity premium, because discount rates have decreased over time. Fama and French (2002) estimate the expected equity premium to be 2.6–4.3% (see also Blanchard, 1993; Jagannathan, McGrattan, and Scherbina, 2001), and Graham and Harvey (2005) find that the average CFO reports using an equity risk premium in that range as well. Nevertheless, Fernández (2011, Fig. 2) finds that corporate finance textbooks, even after 2002, recommend an equity risk premium that averages around 6%. Given these differences, instead of assuming a particular value, we infer from the data what equity risk premium firms use.

Using equations similar to Eqs. (3) and (4), we transform the discount rates of the nine survey firms that indicate that they use their unlevered cost of equity or their levered cost of equity as their discount rate analogously. Appendix B describes these transformations. Thirteen firms indicate that their discount rate represents something else. Of these firms, those that describe their discount rate in free responses are vague, with about half mentioning perceived opportunities and the other half mentioning some form of risk. We introduce an indicator variable $OTHER_i$ that takes the value one for these firms (and zero otherwise) and set $\tilde{d}_i = d_i$ and $\tilde{\beta}_{MKT,i} = 0$. If we instead exclude firms that do not use WACC or treat all firms as if they use WACC, our conclusions do not change (see Tables OA.10 and OA.11 in Online Appendices OA.4.2 and OA.4.3). Including all firms, we estimate the following linear regression:

$$\tilde{d}_i = \pi_0 + \pi_{EP} \tilde{\beta}_{MKT,i} + \pi_{OTHER} OTHER_i + \varepsilon_i. \quad (6)$$

If our model is correctly specified, we expect the estimated intercept, $\hat{\pi}_0$, to be zero.

**Table 2**
Relating discount rates to cost of financial capital.

This table summarizes results from linear regressions. Column 1 reports results from regressions of firms' adjusted discount rate, $\tilde{d}_i$, on the firms' scaled CAPM beta, $\tilde{\beta}_{MKT,i}$, and an indicator, *OTHER*, for firms using a cost of financial capital other than WACC or unlevered or levered cost of equity. For the 64 firms using their WACC as their discount rate, the adjusted discount rate and scaled CAPM beta are defined as in Eq. (3) and Eq. (4); for the six firms using their unlevered cost of equity, they are defined as in Eq. (B.1) and Eq. (4); for the three firms using their levered cost of equity, they are defined as in Eq. (B.2) and Eq. (B.3); and for the 13 firms that use other methods to compute their cost of financial capital, $\tilde{d}_i = d_i$ and $\tilde{\beta}_{MKT,i} = 0$. If the model is correctly specified, the coefficient on $\tilde{\beta}_{MKT,i}$ is an estimate of the value that firms use for the equity risk premium. Column 2 reports results from regressions of firms' unadjusted discount rate, $d_i$, on the firms' unscaled CAPM beta, $\beta_{MKT,\,i}$. Robust standard errors are reported in parentheses. *, **, and *** indicate significance at the 10%, 5%, and 1% levels, respectively.

| Independent variable | (1) Adjusted discount rate and scaled beta | (2) Unadjusted discount rate and unscaled beta |
|---|---|---|
| $\tilde{\beta}_{MKT}$ | 0.0587*** | |
| | (0.0129) | |
| $\beta_{MKT}$ | | 0.0199 |
| | | (0.0123) |
| *OTHER* | 0.1340*** | 0.0489*** |
| | (0.0199) | (0.0167) |
| *Constant* | 0.0550*** | 0.1242*** |
| | (0.0105) | (0.0118) |
| $N$ | 86 | 86 |
| $R^2$ | 0.424 | 0.163 |
| Adjusted $R^2$ | 0.411 | 0.143 |

This specification test casts doubt on this benchmark model, whose estimates are reported in column 1 of Table 2. The estimated intercept, $\hat{\pi}_0$, is 5.50% and statistically different than zero at the 1% level. Although this difference suggests that the model suffers from an omitted variables bias (an issue that we return to address below), the estimates suggest that discount rates used in practice are indeed related to a firm's systematic risk, as the coefficient on scaled beta is statistically significant at the 1% level.

If we regress self-reported discount rates on CAPM beta without any adjustments, the coefficient on the CAPM beta is not significantly different from zero (see column 2 of Table 2).[14] Thus, the relation between $d_i$ and $\beta_{MKT,\,i}$ is not statistically significant, whereas the relation between $\tilde{d}_i$ and $\tilde{\beta}_{MKT,i}$ is significant. This pattern is consistent with most firms indeed using WACC in determining their discount rates, as reported in their survey responses. By regressing discount rates on scaled CAPM betas, our specification takes into account the nonlinearity of the cost of financial capital's dependence on leverage and systematic risk, $\beta_{MKT,\,i}$. This nonlinearity may explain why Poterba and Summers (1995), who regress firms' discount rates on their unscaled CAPM betas, came to the conclusion that the discount rates that firms use are unrelated to beta

[14] As reported in Table OA.6 in Online Appendix OA.3.5, we find similar results if we restrict the sample to the 64 firms that use WACC to compute their cost of financial capital (column 1). In fact, if we include all of the other WACC components in the regression in addition to the CAPM beta, the adjusted $R$-squared is negative (column 2).




**Fig. 1.** Self-reported discount rate vs. cost of financial capital. The figure plots each survey firm's self-reported discount rate against its cost of financial capital. Cost of financial capital corresponds to either weighted average cost of capital (WACC), levered cost of equity, or unlevered cost of equity, depending on what method the firm says it uses (Question 15). For firms that use other methods, we compare their self-reported discount rate with the levered cost of equity. We use the capital asset pricing model (CAPM) to compute cost of equity together with the firm's fundamental beta from Barra, an equity risk premium of 3.83% (Graham and Harvey, 2005), a risk-free rate maturity-matched to the typical life of a project (Question 3), and a debt rate predicted using the model of Jorion, Shi, and Zhang (2009).

and, at the same time, three out of four CFOs tell Graham and Harvey (2001) that they account for systematic risk in determining their cost of equity. For the remainder of the analysis, we therefore assume that firms use WACC (or other method they specify) and thus analyze adjusted discount rates and scale betas accordingly.

The results in Table 2 are robust to different estimations of beta coefficients and marginal tax rates.[15] Furthermore, we explore the implications of using the Fama and French (1992) three-factor model, the Chen, Roll, and Ross (1986) macroeconomic factor model, and other multifactor models. The results are reported in Table OA.7 in Online Appendix OA.3.6. Estimating the cost of equity capital using such multifactor models instead of the CAPM does not change our conclusions. This result is consistent with Graham and Harvey (2001), who also find that few firms implement more complex, multifactor models.

Another way to examine the relation between discount rates and the cost of financial capital is to assume an equity risk premium and then compare the rates directly. Fig. 1 plots the discount rates that firms self-report against their cost of financial capital, assuming the equity risk premium that CFOs report in Graham and Harvey (2005). Depending on what each firm says that its discount rate represents, the horizontal axis measures its WACC, levered cost of equity, or unlevered cost of equity. Firms that report using another method to determine their discount rate (i.e., those responding “other”) are compared against their levered cost of equity capital, which represents a plausible upper bound for their cost of financial capital.

[15] To compute WACC, we use the Barra fundamental beta. Using historical betas or Bloomberg shrinkage betas, which puts a weight of two-thirds on the historical beta and one-third on the CAPM market beta, yield similar estimates. Assuming a 0% or 34% tax rate, or using the firm's average tax rate, also yield similar estimates. For details, see Tables OA.3 and OA.4 in Online Appendices OA.3.2 and OA.3.3.

**Table 3**
Ratio of discount rate to cost of financial capital for survey firms.

The table reports summary statistics for the discount rate, the cost of financial capital, and the ratio of a firm's discount rate to its cost of financial capital. Discount rate is the self-reported discount rate from the survey (Question 6). Cost of financial capital is the firm's WACC, unlevered cost of equity, or levered cost of equity, depending on what the firm responds that its discount rate represents (Question 15). We compute the cost of financial capital using Compustat data, Barra fundamental beta, and the CAPM cost of equity. For firms using "other" methods, we use the levered cost of equity as their cost of financial capital. We show the statistics under two different assumptions for the equity risk premium: 3.83% (from Graham and Harvey, 2005) and 7.50% (a plausible upper bound as per Fama and French, 2002).

Panel A: Equity risk premium = 3.83%

| | Discount rate (%) | Cost of financial capital (%) | Ratio |
|---|---|---|---|
| Mean | 15.08 | 7.05 | 2.37 |
| Median | 15.00 | 6.62 | 2.11 |
| 25th percentile | 12.00 | 5.68 | 1.60 |
| 75th percentile | 16.50 | 8.70 | 2.71 |

Panel B: Equity risk premium = 7.50%

| | Discount rate (%) | Cost of financial capital (%) | Ratio |
|---|---|---|---|
| Mean | 15.08 | 9.85 | 1.70 |
| Median | 15.00 | 9.26 | 1.51 |
| 25th percentile | 12.00 | 7.69 | 1.17 |
| 75th percentile | 16.50 | 11.56 | 1.89 |

As illustrated in Fig. 1, there is much greater dispersion in firms' discount rates than in their costs of financial capital. Almost all firms' discount rates are greater than their cost of financial capital, many by a substantial margin, and consistent with the regression results, there is no apparent relation between the two variables. The two firms below the 45-degree line have high leverage ratios (64.1% and 84.8%, respectively). Due to their weak balance sheets, we estimate debt rates of 14.2% and 17.0% using the model of Jorion, Shi, and Zhang (2009), which coupled with the high leverage ratios lead to relatively high estimates of their cost of financial capital; these firms' self-reported discount rate may reflect plans to reduce their leverage.

To illustrate what fraction of the discount rate remains unexplained, we divide the discount rate that firms use by their cost of financial capital. This ratio is shown in Table 3 for two scenarios: one where we assume an equity risk premium of 3.83% as in Fig. 1, and another using an equity risk premium of 7.5%, which provides a plausible upper bound (Fama and French, 2002). The mean and median discount rates are more than twice as large as the cost of financial capital in the first scenario: although the firms' average cost of financial capital is about 8%, they use a mean (median) discount rate of 15.08% (15.00%). Even when assuming an expected excess return on equity over a risk-free rate of 7.5%, the ratios in Table 3 indicate that the mean and median discount rates are more than one and a half times the cost of financial capital.

Firms using discount rates exceeding their cost of financial capital is not unique to our sample or setting. Academic studies of capital budgeting have long recognized this practice as a market phenomenon (Dean, 1951). More recent surveys confirm this practice as well. In analysis of their first quarter 2011 Duke/CFO Magazine survey, Graham and Harvey (2011a) report an average discount rate of 14.8% and an average WACC of 10.0%. In the second quarter of 2012, firms report an average discount rate of 13.5% and average WACC of 9.3% (Graham and Harvey, 2012). The goal of our article is to shed light on why firms use such high discount rates.

## 4. Why do firms use discount rates above their cost of financial capital?

Given the above analysis, firms' discount rates appear to be greater than their cost of financial capital. This pattern implies that the average firm engages in capital rationing, whereby it passes over projects that appear to earn a positive financial return. We evaluate various hypotheses—including project portfolio constraints, managerial biases, and aversion to idiosyncratic risk—to explain why firms ration their capital by evaluating projects using discount rates that are substantially higher than their cost of financial capital.

### *4.1. Project portfolio constraints*

The classic explanation for forgoing positive NPV projects is that the projects are mutually exclusive: taking these projects prevents taking other more valuable projects—either today or in the future—due to constraints that may be financial or operational in nature. We examine the extent to which such constraints explain firms' high discount rates.

#### *4.1.1. Financial constraints*

We first evaluate whether the firms are rationing capital because of financial constraints. Debt overhang from risky debt in the capital structure can prevent firms from taking all positive NPV projects (Myers, 1977).[16] To what extent do such financial constraints explain the high discount rates firms use in capital budgeting?

We begin by relating firms' discount rates to a self-reported measure of financial constraints. Our survey asks respondents whether they agree, on a scale from −2 (strongly disagree) to +2 (strongly agree), with the statement "There are some good projects we cannot take due to limited access to capital markets" (Question 20). The mean response to this question is −0.21 with a standard deviation of 1.44. Although firms, on average, do not consider themselves to be financially constrained, there is considerable dispersion. Fig. 2 reports the proportion of respondents giving each answer. About 14.1% strongly agree that they forgo positive NPV projects because of financial constraints and another 24.7% somewhat agree. We define an indicator variable, *FINC*, for these firms and test whether they use higher discount rates in capital budgeting. This measure is more direct than proxies that can be constructed from Compustat, such as leverage, Altman's *Z*-score, or the Kaplan-Zingales index.

[16] Mello and Parsons (1992), Parrino and Weisbach (1999), Hennessy (2004), and Moyen (2007) estimate the magnitude of these costs.




**Fig. 2.** Survey answers on reasons for using discount rates that exceed cost of financial capital. The figure summarizes the responses to Question 20: "To what extent do these statements agree with your company's views?" For each question, respondents answer on a scale from −2 (strongly disagree) to 2 (strongly agree).

**Table 4**
Variation in discount rates across survey responses and firm characteristics.

The table reports average discount rates, associated standard errors (in parentheses), and number of observations for various subsamples of firms. In each row, the variable in the first column is used to define the subsamples whose statistics are reported in the second and third columns. The last column reports *p*-values for difference in means *t*-tests between the two subsamples. The first three variables are derived from answers to Question 20 of the survey. For these variables, we divide firms based on whether the firms agree (+2 or +1 on a scale from –2 to +2) or disagree (–2 or –1) with the statement listed. The last four variables are derived from archival sources. *ALTZ* is an indicator variable for firms with an Altman *Z*-score greater than 2.99, *CASH* is the ratio of cash to total capital, *EVOLIND* is a measure of earnings volatility relative to other firms in the industry, and *IDIO* is a measure of the firm's idiosyncratic risk. For the last three variables, we divide firms based on whether they are above or below the sample median. The variables are defined in Table C.1.

| Variable used to form subsamples | Agree (+2, +1) | Disagree (–2, –1) | *p*-Value of difference |
|---|---|---|---|
| Financial constraints ("There are some good projects that we cannot take due to limited access to capital markets.") | 0.152<br>(0.009)<br>33 | 0.147<br>(0.007)<br>40 | 0.612 |
| Operational constraints ("We cannot take all profitable projects due to limited resources in the form of limited qualified management and manpower.") | 0.159<br>(0.007)<br>47 | 0.133<br>(0.006)<br>22 | 0.021 |
| Optimism ("We need a higher hurdle rate to account for optimism in cash flow forecasts.") | 0.145<br>(0.005)<br>33 | 0.148<br>(0.011)<br>25 | 0.799 |
| | Financially healthy | Financially weak | |
| *ALTZ* | 0.158<br>(0.007)<br>41 | 0.145<br>(0.007)<br>43 | 0.210 |
| | Above median | Below median | |
| *CASH* | 0.166<br>(0.008)<br>43 | 0.136<br>(0.005)<br>43 | 0.002 |
| *EVOLIND* | 0.154<br>(0.008)<br>40 | 0.149<br>(0.006)<br>40 | 0.644 |
| *IDIO* | 0.157<br>(0.008)<br>43 | 0.144<br>(0.006)<br>43 | 0.193 |

Table 4 reports the average discount rates used by firms who describe their project selection as being limited by financial constraints (answering +2 or +1) and that of those who do not (answering –2 or −1). The difference in average discount rates used by the two sets of firms is small and not statistically significant (*p*-value = 0.61). This simple difference in means, however, does not account for possible differences in systematic risk, leverage, or other factors between financially constrained and unconstrained firms.

To account for these factors, we estimate the following specification:

$$\tilde{d_i} = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{FINC}FINC_i + \pi_{OTHER}OTHER_i + \varepsilon_i. \quad (7)$$

The results, reported in column 1 of Table 5, also show no evidence of financially constrained firms using higher discount rates. Indeed, the point estimate is negative—opposite to what the hypothesis would predict—and not statistically significant.

We reach a similar conclusion when analyzing commonly used measures of financial constraints constructed from balance sheet data: Altman's *Z*-score, the current ratio, the market leverage ratio, and the Kaplan-Zingales index (from Lamont, Polk, and Saá-Requejo, 2001). Financial constraints are typically associated with low *Z*-scores, low current ratios, high leverage ratios, and high Kaplan-Zingales index values. Thus, if financial constraints lead firms to use higher discount rates, we would expect

**Table 5**
Financial constraints.

This table summarizes the results of linear regressions that include different measures of financial constraints in our baseline model. Column 1 repeats the results of the baseline model, where firms' discount rates are modeled as their cost of financial capital alone. The following specification is used in the remaining columns:

$$\tilde{d}_i = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{Financial\ constraints} Financial\ constraints_i + \pi_{OTHER} OTHER_i + \varepsilon_i.$$

The measures of financial constraints are: *FINC*, an indicator variable constructed from survey responses (column 2); *ALTZ*, an indicator variable for financially healthy firms with an Altman *Z*-score greater than 2.99 (column 3); *CR*, the current ratio (column 4); $D/(D+E)$, financial leverage (column 5); and *KZ*, the Kaplan-Zingales index (column 6). The variables are defined in Table C.1. Robust standard errors are reported in parentheses. *, **, *** indicate significance at the 10%, 5%, and 1% levels, respectively.

| Independent variable | (1) Baseline model | (2) Survey answer | (3) Altman *Z*-score | (4) Current ratio | (5) Leverage ratio | (6) Kaplan-Zingales index |
|---|---|---|---|---|---|---|
| $\tilde{\beta}_{MKT}$ | 0.0587*** | 0.0596*** | 0.0527*** | 0.0463*** | 0.0361** | 0.0535*** |
| | (0.0129) | (0.0123) | (0.0146) | (0.0126) | (0.0145) | (0.0128) |
| *FINC* | | −0.0129 | | | | |
| | | (0.0108) | | | | |
| *ALTZ* | | | 0.0284*** | | | |
| | | | (0.0101) | | | |
| *CR* | | | | 0.0048*** | | |
| | | | | (0.0015) | | |
| $D/(D+E)$ | | | | | −0.0756*** | |
| | | | | | (0.0244) | |
| *KZ* | | | | | | −0.0114* |
| | | | | | | (0.0061) |
| *OTHER* | 0.1342*** | 0.1359*** | 0.1359*** | 0.1321*** | 0.1167*** | 0.1285*** |
| | (0.0199) | (0.0202) | (0.0210) | (0.0199) | (0.0203) | (0.0209) |
| *Constant* | 0.0550*** | 0.0593*** | 0.0456*** | 0.0506*** | 0.0884*** | 0.0661*** |
| | (0.0105) | (0.0107) | (0.0108) | (0.0103) | (0.0147) | (0.0121) |
| *N* | 86 | 85 | 84 | 85 | 86 | 85 |
| $R^2$ | 0.424 | 0.432 | 0.479 | 0.498 | 0.483 | 0.432 |
| Adjusted $R^2$ | 0.411 | 0.411 | 0.459 | 0.480 | 0.464 | 0.411 |

the coefficient from regressing adjusted discount rates on these variables to be negative for *Z*-score and the current ratio and to be positive for the leverage ratio and the Kaplan-Zingales index.

Table 5 reports the associations between discount rates and these proxies for financial constraints within a regression framework. All four Compustat-based measures are statistically significant but have the opposite sign. We find that firms that are subject to financial constraints inflate their discount rates by *less* than other firms, in contrast to what we would expect if capital constraints were the primary reason why firms inflate their cost of capital when evaluating projects.[17] Of course, financial constraints themselves would not lead a firm to lower its discount rate; but for some reason, financially unconstrained firms appear to add more of a premium to their cost of financial capital. Adding these proxies for financial constraints also does not reduce the estimated intercept, further suggesting that financial constraints do not explain what is missing in the baseline model.

Why would financially unconstrained firms add more of a premium to their cost of financial capital? We conjecture that firms with better investment opportunities are less likely to end up financially constrained. If these firms also face nonfinancial constraints (a possibility we investigate directly below), then they will choose to retain financial flexibility (DeAngelo, DeAngelo, and Whited, 2011) and be more selective in the projects they take so as not to crowd out better opportunities in the future. Indeed, Marchica and Mura (2010) and de Jong, Verbeek, and Verwijmeren (2012) show that conservative financial policy enhances firms' ability to invest. Thus, the negative coefficient that we estimate for the various proxies for financial constraints may reflect financially unconstrained firms' better investment opportunities and their need to inflate their discount rate to limit the number of projects they take due to *nonfinancial* constraints.

### 4.1.2. *Operational constraints*

If not financial, the constraints leading firms to ration capital could be operational in nature. Undertaking a project requires not only the financial capacity but also other inputs, including available physical capital, human capital, and managerial bandwidth. Taking on a large number of positive NPV projects can be limited by these factors as well. McDonald (1999) and Jagannathan and Meier (2002) argue that firms with limited managerial or organizational capital will not take every positive NPV project if their managers expect to find even better investment opportunities in the future. These models predict that such firms would screen their investment opportunities using discount rates that exceed their cost of financial capital.

[17] We find similar results when we compare the average discount rates of firms classified as financially healthy and financially weak based on their Altman *Z*-score (see Table 4) and firms with above and below median current ratio, leverage ratio, and Kaplan-Zingales index (see Table OA.8 in Online Appendix OA.3.7). For all four measures, financially healthy firms use higher average discount rates than financially weak firms, although the difference is only statistically significant for the current ratio ($p < 0.05$).

In their third quarter 2011 survey of CFOs, Graham and Harvey (2011b) ask participants whether they forgo positive NPV projects and, if yes, why.[18] More than half of the 420 responding CFOs (52.6%) affirm that they do not invest in all positive NPV projects even during normal economic times.[19] Of the reasons given for forgoing positive NPV projects, more than twice as many relate to operational constraints (shortage of management time and expertise, shortage of employees, shortage of production capacities, or supply chain cannot accommodate the project) than relate to financial constraints (shortage of funding). Human capital, in particular, appears to be an important operational factor. Of CFOs forgoing positive NPV projects, 58.4% cite a shortage of management time and expertise and 24.9% cite a shortage of employees. In contrast, only 7.2% cite a shortage of production capacity and only 3.2% cite supply chain issues.

Results from our survey also support the view that operational constraints are more relevant than financial constraints for most firms. More than half of our survey respondents agree somewhat (40.0%) or strongly (15.3%) with the statement "We cannot take all profitable projects due to limited resources in the form of limited qualified management and manpower" (Question 20). Fig. 2 reports the proportion of respondents giving each answer. The mean response on the −2 to +2 scale is 0.35 with a standard deviation of 1.20. Firms are more likely to self-identify as operationally constrained than as financially constrained, as the mean of 0.35 is significantly different than the mean of −0.21 for the question on financial constraints ($p < 0.01$).

Firms that report their project selection to be limited by operational constraints use higher discount rates than other firms. As reported in Table 4, firms that agree (+2 or +1) to being constrained by "limited qualified management and manpower" use an average discount rate of 15.9%, whereas firms that disagree (−2 or −1) use an average discount rate of 13.3%. The difference between the two is economically sizeable and statistically significant ($p = 0.02$).

To explore the relation between operational constraints and discount rates in the regression framework, we construct an indicator variable, *OPC*, that takes the value of one when the firm agrees that their projects are constrained by limited qualified management or manpower, and zero otherwise. We add this variable to our baseline specification (from column 1 of Table 2), which models discount rates as a function of WACC (and other costs of financial capital), and estimate the following specification:

$$\tilde{d_i} = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{OPC}OPC_i + \pi_{OTHER}OTHER_i + \varepsilon_i. \quad (8)$$

As reported in column 1 of Table 6, the coefficient on operational constraints is positive, but noisy and not statistically significant. The point estimate is consistent with organizationally constrained firms using higher discount rates to preserve organizational capacity for future projects, but the results are hardly dispositive.

The concern that operational constraints might bind in the future is most relevant for companies that expect to face better investment opportunities. Such firms also tend to hoard cash to avoid the cost and time of raising external funds. Because firms with many valuable growth options often suffer from asymmetric information between investors and the firm, holding cash assures that they have the financial flexibility to exploit their growth options at short notice without incurring excessive costs. Indeed, Simutin (2010) shows that firms with large cash balances invest more in the future and interprets excess cash holdings to be a proxy for risky growth options. Asvanunt, Broadie, and Sundaresan (2011) show that future investment and growth options provide a strong incentive for accumulating cash balances, and Opler, Pinkowitz, Stulz, and Williamson (1999) document that firms holding high levels of cash indeed subsequently engage in more acquisition activity. Furthermore, Ferreira and Vilela (2004) observe that firms with richer investment opportunities, and firms with high cash flows, exhibit larger cash holdings. Thus, we analyze the ratio of cash to total assets as a measure of investment opportunities. If operational constraints

**Table 6**
Financial flexibility, financial constraints, and operational constraints.

This table contains the results of linear regressions that include measures of operational constraints, financial flexibility, and financial constraints in our baseline model:

$$\tilde{d_i} = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{OPC}OPC_i + \pi_{CASH}CASH_i + \pi_{FINC}FINC_i + \pi_{OTHER}OTHER_i + \varepsilon_i,$$

where *OPC* and *FINC* are indicator variables of operational constraints and financial constraints, respectively, constructed from survey responses, and *CASH* is the ratio of cash to total capital. The specification reported in column 1 inserts only *OPC* into the baseline model; the specification reported in column 2 inserts only *CASH*; and the specification reported in column 3 inserts all three variables. The variables are defined in Table C.1. Robust standard errors are reported in parentheses. *, **, *** indicate significance at the 10%, 5%, and 1% levels, respectively.

| Independent variable | (1) Operational constraint survey answer | (2) Financial flexibility | (3) Operational and financial constraints survey answers |
|---|---|---|---|
| $\tilde{\beta}_{MKT}$ | 0.0575*** | 0.0422*** | 0.0384*** |
| | (0.0127) | (0.0135) | (0.0121) |
| *OPC* | 0.0127 | | 0.0227*** |
| | (0.0100) | | (0.0084) |
| *CASH* | | 0.1698*** | 0.2130*** |
| | | (0.0483) | (0.0503) |
| *FINC* | | | -0.0348*** |
| | | | (0.0092) |
| *OTHER* | 0.1322*** | 0.1243*** | 0.1231*** |
| | (0.0207) | (0.0185) | (0.0182) |
| *Constant* | 0.0492*** | 0.0516*** | 0.0514*** |
| | (0.0114) | (0.0113) | (0.0107) |
| *N* | 85 | 86 | 85 |
| $R^2$ | 0.432 | 0.512 | 0.583 |
| Adjusted $R^2$ | 0.411 | 0.494 | 0.557 |

[18] The exact formulation of the question is: "During normal economic times, does your company pursue all investment projects that you estimate will have positive net present value (do you pursue all projects that you expect to earn a return that exceeds the project's hurdle rate)?"

[19] Graham and Harvey (2011a, 2012) report an even higher percentage of firms responding that they forwent a positive NPV project during the recent financial crisis (66.8% and 70.5%).

bind, then we would expect firms with large cash holdings to use high discount rates.

Firms with large cash holdings indeed use high discount rates in capital budgeting. In Table 4, we compare the average discount rates of firms with above and below median cash holdings. The average discount rate of firms with above median cash-to-total capital is 16.6%, and the average discount rate of firms with below median cash-to-total capital is 13.6%. The difference is economically sizeable and statistically significant ($p < 0.01$). Regression analysis that includes cash holdings in our baseline model confirms this finding. As reported in column 2 of Table 6, the coefficient on cash holdings is positive, sizeable, and statistically significant at the 1% level. A one-standard deviation increase in cash holdings (0.109) is associated with firms using a 1.9 percentage point higher discount rate. Including cash holdings also increases the adjusted *R*-squared of the model from 0.411 to 0.494.[20]

Although firms hoard cash when they expect to have many investment opportunities in the future, they might also hoard cash when they expect to be financially constrained (Almeida, Campello, and Weisbach, 2004; Faulkender and Wang, 2006; Pinkowitz, Stulz, and Williamson, 2006; and Denis and Sibilkov, 2010). Although, based on this result alone, one might wonder whether the importance of cash is actually due to financial constraints, the large set of evidence in Table 5 casts doubt on this interpretation.

Furthermore, in analysis reported in column 3 of Table 6, we examine both financial and operational constraints simultaneously. Controlling for financial flexibility as measured by the cash-to-total capital ratio, the coefficient on the operational constraints indicator variable is positive and statistically significant at the 1% level. Firms with limited qualified management or manpower use higher discount rates by 2.3 percentage points. With these controls, the survey indicator for financial constraints is negatively related to discount rates, similar to the analysis of the other proxies reported in Table 5. The positive coefficient for cash holdings is larger than before and consistent with the view that operationally constrained firms hoard cash in preparation for future investment opportunities. Taken together, these results suggest that investment opportunities and operational constraints lead firms to increase their discount rates.

### 4.2. Managerial biases

Managerial biases might also affect capital allocation. In this section, we examine whether two biases that have received wide attention in the literature—managers' optimism and myopia—might explain why firms screen projects using discount rates that are higher than their cost of financial capital.

#### 4.2.1. Optimism

One possibility is that firms use high discount rates to guard against overly optimistic cash flow forecasts. Managers may overstate their cash flow forecasts due to a psychological bias or as a strategic response to organizational incentives. Heaton (2002) models optimistic managers who overstate their cash flow forecasts even though they aim to act in the interest of shareholders. Harris, Kriebel, and Raviv (1982), Antle and Eppen (1985), and Harris and Raviv (1996) model information asymmetries and agency conflicts between headquarters and division managers. In these models, division managers' desires either to shirk or to empire build lead to moral hazard. In Harris and Raviv (1996), for example, headquarters has the incentive to ration capital strategically to counter division managers' overstatement of projected cash flows.

We find that this hypothesis does not resonate with most managers. In our survey, only 9.5% of the respondents strongly agree that they adjust their discount rate upward "to account for optimism in cash flow forecasts" (another 29.8% somewhat agree; Question 20).[21] Indeed, on a scale from −2 (strongly disagree) to +2 (strongly agree), the mean is 0.05 with a standard deviation of 1.17. Fig. 2 reports the full distribution of responses. As reported in Table 4, firms that agree (+2 or +1) and firms that disagree (−2 or −1) use similar discount rates (14.5% and 14.8%, respectively; $p = 0.80$). To further examine if managerial optimism can explain discount rates, we add an indicator variable, *OPTI*, which takes the value of one when firms agree and zero otherwise, to our baseline regression model. Specifically, we estimate the following specification:

$$\tilde{d}_i = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{OPTI}OPTI_i + \pi_{OTHER}OTHER_i + \varepsilon_i. \quad (9)$$

As reported in column 1 of Table 7, we do not find that the firms expressing some concern about managerial optimism in the survey actually use higher discount rates to evaluate projects. The estimated coefficient $\hat{\pi}_{OPTI}$ is negative and statistically insignificant. Relative to the baseline specification, which is reported in column 1 of Table 2 and models discount rates as a function of the cost of financial capital alone, the adjusted *R*-squared decreases slightly from 0.411 to 0.403.

To corroborate this survey finding, we also examine the relation between discount rates and the number of business segments. Within a firm with more business segments, there is greater competition among divisional managers to attract funding for their projects and it is often more difficult for headquarters to directly evaluate these projects. Together, these features of multisegment firms can create an incentive to report optimistic cash flow forecasts (Rajan, Servaes, and Zingales, 2000; Stein, 2002; McNeil and Smythe, 2009; and Xuan, 2009). Thus, one might expect CFOs of firms with more business segments to use higher discount rates to guard against inflated cash flow

[20] Financial flexibility can be in the form of unused debt capacity and low debt ratios and/or high cash balances. In further analysis, we find that adding the debt-to-assets ratio to the specification reported in column 2 indeed further increases the adjusted *R*-squared to 0.544. In this specification, the coefficient for $\tilde{\beta}_{MKT,i}$ decreases to 0.0209; because $\tilde{\beta}_{MKT,i}$ is scaled by one minus the debt-to-asset ratio, $\tilde{\beta}_{MKT,i}$ and the debt-to-asset ratio are highly correlated (−0.397).

[21] This is comparable with the 12.4% of the responses in Graham and Harvey (2011b) that refer to optimistic projections as the reason why their firm does not pursue all available positive NPV projects.

**Table 7**
Managerial optimism.
This table summarizes the result of linear regressions that include different measures of optimistic cash flow forecasts in our baseline model:

$$\tilde{d}_i = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{Optimism} Optimism_i + \pi_{OTHER} OTHER_i + \varepsilon_i.$$

The measures of optimism are: *OPTI*, an indicator variable constructed from survey responses (column 1); *SEGM*, the firm's number of business segments (column 2); indicator variables, *SEG*4−10 and *SEG*>10, for whether the firm has between four and ten or greater than ten business segments (column 3); *HERF*, the firm's concentration of business segments (column 4); and *SIZE*, the market value of the firm's assets (column 5). The variables are defined in Table C.1. Robust standard errors are reported in parentheses. *, **, *** indicate significance at the 10%, 5%, and 1% levels, respectively.

| Independent variable | (1) Survey answer | (2) # Business segments | (3) Categorical business segments | (4) Concentration of business segments | (5) Firm size |
|---|---|---|---|---|---|
| $\tilde{\beta}_{MKT}$ | 0.0567*** | 0.0585*** | 0.0588*** | 0.0589*** | 0.0570*** |
| | (0.0130) | (0.0128) | (0.0127) | (0.0130) | (0.0128) |
| *OPTI* | −0.0136 | | | | |
| | (0.0096) | | | | |
| *SEGM* | | −0.0008 | | | |
| | | (0.0009) | | | |
| *SEG*4−10 | | | 0.0027 | | |
| | | | (0.0116) | | |
| *SEG*>10 | | | −0.0042 | | |
| | | | (0.0121) | | |
| *HERF* | | | | 0.0038 | |
| | | | | (0.0185) | |
| *SIZE* | | | | | −0.0031 |
| | | | | | (0.0025) |
| *OTHER* | 0.1331*** | 0.1322*** | 0.1338** | 0.1341*** | 0.1331*** |
| | (0.0199) | (0.0205) | (0.0205) | (0.0201) | (0.0192) |
| *Constant* | 0.0624 | 0.0606*** | 0.0554*** | 0.0536*** | 0.0772*** |
| | (0.0121) | (0.0122) | (0.0120) | (0.0127) | (0.0199) |
| *N* | 84 | 86 | 86 | 86 | 86 |
| $R^2$ | 0.425 | 0.428 | 0.426 | 0.425 | 0.437 |
| Adjusted $R^2$ | 0.403 | 0.407 | 0.398 | 0.404 | 0.416 |

forecasts from divisional managers. We test whether discount rates are related to the number of business segments using either a continuous measure or indicator variables for 4−10 and more than ten business segments. Columns 2 and 3 of Table 7 summarize the results for these two predictors of firms' exposure to optimistic cash flow forecasts. In both specifications, the coefficients are close to zero, and the adjusted *R*-squared is lower than in the baseline model.

We also examine two additional predictors of firms' exposure to optimistic cash flow forecasts: diversification as measured by the Herfindahl index and firm size as measured by the natural logarithm of the market value of assets. One might argue that internal capital markets are more prone to empire-building behavior within diversified firms, because firms that are more diversified tend to be more decentralized, so there is likely a greater scope for reporting inflated divisional cash flow forecasts to compete for funding. Furthermore, irrespective of the number of divisions, competition for funding may be greater in large firms than in small firms, in which case managers of larger firms might be more likely to confront inflated divisional cash flow projections. So if managers adjust for optimism, we would expect a positive coefficient when regressing discount rates on diversification (column 4) or firm size (column 5), but we instead find neither to be sizeable or statistically significant.

In all, these results support the survey's finding that most firms do not systematically add a premium to their cost of financial capital to account for optimistic cash flows.

*4.2.2. Myopia*

Another possibility is that mangers inflate discount rates because they are myopic. By using discount rates that exceed the cost of financial capital when evaluating investment decisions, myopic managers forgo profitable long-term investment opportunities in order to reduce current expenditures and increase current earnings. Stein (1989) shows that such myopic corporate behavior can persist even though the market is not fooled in equilibrium. Indeed, in Graham, Harvey, and Rajgopal's (2005) survey, CFOs acknowledge myopic corporate behavior: the vast majority of CFOs of publicly traded corporations say they would forgo a positive NPV project if it would entail falling short of the current quarter's consensus earnings forecast (e.g., 80% would decrease discretionary spending and 55% would delay starting a new project). Virtually all CFOs also prefer smooth earnings paths, and 78% admit that they would sacrifice long-term value to smooth earnings (Graham, Harvey, and Rajgopal, 2005).

We use various measures to capture a firm's propensity to adopt myopic behavior when taking investment decisions. First, to explore the role of earnings smoothing, we test whether firms with higher earnings volatility relative to their industry use higher discount rates. Specifically, we examine the variable *EVOLIND*, which is the standard deviation of the firm's changes in annual returns on book

**Table 8**
Managerial myopia.
This table summarizes the results of linear regressions that include different measures of managerial myopia in our baseline model:

$$\tilde{d}_i = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{Myopia}Myopia_i + \pi_{OTHER}OTHER_i + \varepsilon_i.$$

The measures of managerial myopia are: *EVOLIND*, earnings volatility relative to other firms in the industry (column 1); *ESURPR*, the average absolute percent difference between earnings per share forecasts and actual earnings (column 2); *INDERC*, the observed sensitivity of stock prices to earnings news in the industry (column 3); *INDHHI*, sales concentration of firms in the industry (column 4); and *MKTSHARE*, the firm's market share (column 5). The variables are defined in Table C.1. Robust standard errors are reported in parentheses. *, **, *** indicate significance at the 10%, 5%, and 1% levels, respectively.

| Independent variable | (1) Earnings management | (2) Earnings surprises | (3) Industry earnings response | (4) Industry Herfindahl index | (5) Market share |
|---|---|---|---|---|---|
| $\tilde{\beta}_{MKT}$ | 0.0529*** | 0.0562*** | 0.0578*** | 0.0559*** | 0.0598*** |
| | (0.0144) | (0.0159) | (0.0130) | (0.0135) | (0.0130) |
| *EVOLIND* | 0.0086 | | | | |
| | (0.0128) | | | | |
| *ESURPR* | | −0.0117 | | | |
| | | (0.0144) | | | |
| *INDERC* | | | −0.0322 | | |
| | | | (0.0355) | | |
| *INDHHI* | | | | −0.0683 | |
| | | | | (0.0583) | |
| *MKTSHARE* | | | | | −0.0111 |
| | | | | | (0.1110) |
| *OTHER* | 0.1295*** | 0.1385*** | 0.1315*** | 0.1312*** | 0.1358*** |
| | (0.0215) | (0.0228) | (0.0206) | (0.0210) | (0.0202) |
| *Constant* | 0.0546*** | 0.0614*** | 0.0625*** | 0.0615*** | 0.0535*** |
| | (0.0119) | (0.0169) | (0.0140) | (0.0130) | (0.0111) |
| $N$ | 80 | 71 | 86 | 86 | 86 |
| $R^2$ | 0.436 | 0.448 | 0.427 | 0.429 | 0.431 |
| Adjusted $R^2$ | 0.414 | 0.424 | 0.407 | 0.408 | 0.410 |

assets (i.e., earnings before interest divided by book assets) over the previous ten years divided by the average standard deviation of changes in annual returns on book assets among other firms in the same two-digit Standard Industrial Classification (SIC) industry. As reported in Table 4, firms with above and below median values for this variable use similar discount rates (15.4% and 14.9%, respectively; $p=0.64$). To account for differences in firms' costs of financial capital, we estimate:

$$\tilde{d}_i = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{EVOLIND}EVOLIND_i + \pi_{OTHER}OTHER_i + \varepsilon_i. \quad (10)$$

The results, reported in column 1 of Table 8, find no relation between relative earnings volatility and discount rates. We similarly find no relation if we examine the variable's mean absolute deviation from trend using the Hodrick-Prescott filter instead of the standard deviation of annual changes.

Firms' propensities to deviate from consensus earnings forecasts also appear to be unrelated to discount rates. We examine the average absolute value of earnings surprises, measured by the difference between the median consensus earnings forecast from the Institutional Brokers' Estimate System (I/B/E/S) and the actual earnings, scaled by the actual earnings. As reported in column 2, the coefficient on earnings surprises is small and insignificant.

Other business conditions that might lend themselves to short-termism also show little connection to discount rates. For example, a manager's incentive for myopic behavior is exacerbated when the firm's share price reacts sharply to earnings news. Asker, Farre-Mensa, and Ljungqvist (2015) therefore use the earnings response coefficient (ERC) of Ball and Brown (1968), estimated separately for each industry as in Easton and Zmijewski (1989), as a measure for the investment sensitivity of a given industry. When we include the ERC in our model of discount rates, the coefficient estimate is negative and statistically insignificant. In column 3, we report estimates that calculate the ERC using three-day returns and the Fama-French 30-industry classification, but the results are similar when using returns calculated over different periods or different industry classification schemes.

Because investors often evaluate firms based on their performance relative to industry peers, one might expect firms in more competitive industries to be more short-term. We thus use Compustat to define a Herfindahl index that measures market concentration among public companies in the firm's two-digit SIC industry, *INDHHI*. After adding this measure to the benchmark model, the coefficient estimate, reported in column 4, is insignificant. Finally, within an industry, investors are likely to give more leeway to firms with better track records of success, allowing these firms to act less short-term. Thus, if the high discount rates are myopic, one might expect firms that are market leaders to use them less. Using Compustat, we compute each firm's market share within its two-digit SIC industry and add it to our baseline model. But similar to the other tests for managerial myopia, we find that the coefficient estimate, reported in column 5, is statistically insignificant.

In sum, we conclude that managerial myopia is not the primary motivation for firms' capital rationing in our sample.

### 4.3. Aversion to idiosyncratic risk

A final possible explanation is that firms' high discount rates reflect their idiosyncratic risk in addition to their systematic risk. The preferences of either investors or managers could lead firms to account for idiosyncratic risk in capital budgeting. If investors are not well-diversified, then their required return will increase with their exposure to idiosyncratic risk. In this scenario, the high capital budgeting discount rates could reflect firms' true cost of financial capital being greater than WACC. Goetzmann and Kumar (2008) show that a large fraction of households are indeed poorly diversified, and the market appears to price idiosyncratic risk (e.g., Fu, 2009; Huang, Liu, Rhee, and Zhang, 2010).

Even if a particular firm's shareholders do not price idiosyncratic risk, managers' career concerns might lead them to account for idiosyncratic risk in capital budgeting decisions. Bankruptcy risk and poor corporate performance endanger managers' reputation and job security. The resulting aversion to firm-specific risk could lead managers to make conservative investment decisions and to apply higher discount rates in evaluating projects (Holmström, 1999). If managers' (rather than shareholders') aversion to idiosyncratic risk explains why discount rates are greater than WACC, then this would be a form of capital rationing. Unlike most of the other motivations for rationing explored above, this rationing would benefit managers but not the firm.

Although we cannot distinguish between these possible motivations, both stated and revealed preference suggest that firms appear to consider idiosyncratic risk in capital budgeting. To avoid the technical term idiosyncratic risk, our survey asked about the importance of "project risk that is unique to the firm and unrelated to the state of the economy." Almost two-thirds of respondents report that idiosyncratic risk is important (+2 or +1) in determining their firm's discount rate (65.4%), about the same number as for market risk (63.4%). The complete distributions of these responses are reported in Fig. A.1 in Appendix A.2.

Idiosyncratic risk is a subtle concept to communicate in a survey question. In case some respondents misunderstood the question, we also examine the importance of idiosyncratic risk for capital budgeting directly by analyzing the relation between discount rates and idiosyncratic risk. We measure idiosyncratic risk, *IDIO*, as one minus the *R*-squared from regressing the firm's excess return on the market portfolio's value-weighted return using monthly data over the previous five years. In Table 4, we compare the average discount rates of firms with above and below median idiosyncratic risk. Firms with above median idiosyncratic risk use higher average discount rates (15.7% vs. 14.4%). Although this unconditional difference is not statistically significant ($p=0.19$), it understates the importance of idiosyncratic risk because sample firms with above median idiosyncratic risk also have lower CAPM beta (0.9 vs. 1.0; $p=0.18$) and lower cost of financial capital (6.6% vs. 7.5%, assuming an equity risk premium of 3.83%; $p=0.07$). To examine the importance of idiosyncratic risk while controlling for systematic risk, we add idiosyncratic risk to the baseline model using the following specification:

$$\tilde{d}_i = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{IDIO}IDIO_i + \pi_{OTHER}OTHER_i + \varepsilon_i. \quad (11)$$

The results are reported in Table 9, column 1. The coefficient on idiosyncratic risk is positive and significant at the 1% level and the adjusted *R*-squared increases to 0.438. One-standard deviation greater idiosyncratic risk (0.117) is associated with firms using a 1.1 percentage point higher discount rate. This association is about half that of discount rates' association with systematic risk.[22] We conclude that idiosyncratic risk plays a role in firms' capital budgeting.

### 4.4. Putting it all together

Based on these findings, we model discount rates as a function of operational constraints, proxies for investment

**Table 9**
Idiosyncratic risk and a combined model.

This table summarizes the results of linear regressions that add different variables to our baseline model. In column 1, we include *IDIO*, a measure of the firm's idiosyncratic risk:

$$\tilde{d}_i = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{IDIO}IDIO_i + \pi_{OTHER}OTHER_i + \varepsilon_i.$$

In column 2, we report results from the following model:

$$\tilde{d}_i = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{OPC}OPC_i + \pi_{CASH}CASH_i + \pi_{FINC}FINC_i + \pi_{IDIO}IDIO_i + \pi_{OTHER}OTHER_i + \varepsilon_i,$$

where *OPC* and *FINC* are indicator variables of operational constraints and financial constraints, respectively, constructed from survey responses, and *CASH* is the ratio of cash to total capital. The variables are defined in Table C.1. Robust standard errors are reported in parentheses. *, **, *** indicate significance at the 10%, 5%, and 1% levels, respectively.

| Independent variable | (1) Idiosyncratic risk | (2) Combined model |
|---|---|---|
| $\tilde{\beta}_{MKT}$ | 0.0602*** | 0.0418*** |
| | (0.0131) | (0.0116) |
| *IDIO* | 0.0939*** | 0.0888** |
| | (0.0345) | (0.0421) |
| *OPC* | | 0.0222*** |
| | | (0.0083) |
| *CASH* | | 0.2031*** |
| | | (0.0500) |
| *FINC* | | −0.0373*** |
| | | (0.0094) |
| *OTHER* | 0.1319*** | 0.1227*** |
| | (0.0195) | (0.0175) |
| *Constant* | −0.0289 | −0.0274 |
| | (0.0326) | (0.0397) |
| *N* | 86 | 85 |
| $R^2$ | 0.458 | 0.611 |
| Adjusted $R^2$ | 0.438 | 0.582 |

[22] In our ultimate specification, which accounts for operational constraints and investment opportunities in addition to idiosyncratic risk, one-standard deviation greater systematic risk, as measured by scaled-beta (0.458), is associated with a 1.9 percentage point higher discount rate.




**Fig. 3.** Self-reported vs. predicted discount rates. The figure plots each survey firm's self-reported discount rate, $d_i$, against the discount rate implied by the model described by Eq. (12) and reported in column 2 of Table 9.

opportunities, and idiosyncratic risk as follows:

$$\tilde{d}_i = \pi_0 + \pi_{EP}\tilde{\beta}_{MKT,i} + \pi_{OPC}OPC_i + \pi_{CASH}CASH_i + \pi_{FINC}FINC_i + \pi_{IDIO}IDIO_i + \pi_{OTHER}OTHER_i + \varepsilon_i. \quad (12)$$

As shown in column 2 of Table 9, all of the estimated coefficients' signs and significance levels are the same as when we test the hypotheses individually. Including the intercept term, the model estimates seven parameters using 85 observations. An $F$-test rejects that all six slope coefficients equal zero: the $F$-test statistic has a value of 15.60 ($p < 0.001$). The model's adjusted $R$-squared is 0.582 which is almost 1.5 times the adjusted $R$-squared of 0.411 of the baseline model in which the cost of financial capital is the only explanatory variable (see Table 2, column 1).

The model in Eq. (12) passes the specification test: the estimated regression intercept is small and not statistically different than zero. In absolute value, the estimated intercept is half that of the baseline model. The estimated equity risk premium of 4.18% is statistically indistinguishable from the 3.83% reported in Graham and Harvey (2005) and corroborates their survey finding that CFOs use an equity risk premium that is lower than the historical average.

The model's improved fit is evident from a simple plot of firms' self-reported discount rates against their predicted rates from the model in Eq. (12). In the plot, which is presented in Fig. 3, the data points are aligned closer to the 45-degree line. The pattern provides a stark contrast to Fig. 1, which plots the same discount rates against firms' cost of financial capital and shows that many firms' discount rates are greater than their cost of financial capital by a substantial margin.

In sum, we confirm using archival data that firms' CAPM beta and WACC are important inputs to the capital budgeting process. Nevertheless, although exceeding the cost of financial capital is typically a necessary condition for investment, it is often not sufficient. Firms use higher discount rates, but not all firms add the same "fudge factor." Rather, there is logic in how firms supplement their WACC: firms expecting plentiful investment opportunities, binding operational constraints, and high idiosyncratic risk increase their discount rate the most.

## 5. Conclusions

In capital budgeting, most firms use discount rates that exceed their cost of financial capital by a wide

margin. While firms use discount rates that are on average about twice their cost of financial capital, there is substantial variation in this difference across firms. Using survey data that includes the identities of the responding firms, we match firms' discount rates with their actual cost of financial capital and other data from Compustat, CRSP, and other sources. We use these data to develop a model of the discount rates that firms use in capital budgeting. In the process, we confirm that, in calculating their cost of financial capital, firms use an equity risk premium that is much lower than the realized historical average.

We find that, although most firms use WACC as a basis for their discount rates, they almost always augment it before using it to evaluate projects. The firms adding the biggest premiums are exposed to high levels of idiosyncratic risk and maintain large cash holdings. Because these firms are not financially constrained based on either survey or accounting measures, we conclude that they anticipate valuable investment opportunities to arise in the future and hoard cash to position themselves to exploit those opportunities as soon as they emerge.

But even when firms are not financially constrained, operational issues can prevent them from taking all profitable opportunities. For example, it takes time to expand a workforce, particularly one reliant on firm-specific human capital. Limited managerial bandwidth can also force firms to forgo profitable projects. We find that firms in such circumstances inflate their discount rates above their cost of financial capital to account for such constraints.

While most of the literature on corporate investment focuses on financial constraints to explain why firms forgo positive NPV projects, our findings suggest that operational issues, such as organizational and managerial bandwidth, are more important for many firms. Understanding the nature of these organizational constraints is an important area for further research.

## Appendix A. Summary of select survey responses

### *A.1. Discount rates by industry and by cost of capital method*

Table A.1 reports average nominal discount rates separately by industry and by what firms say that the discount rate represents. As reported in Panel A, there is little variation across industries. The lowest industry average discount rate is 12.3% (transportation and communication) and the highest is 15.8% (manufacturing). There is greater variation within industries; for example, firms in the manufacturing sector use discount rates ranging from 7% to 30%. As reported in Panel B, the discount rates of firms using WACC are somewhat lower (14.0%) than those of firms using levered cost of equity (16.7%), unlevered cost of equity (17.4%), or something else (18.9%). As shown in Fig. 1, firms using something else comprise four of the seven firms with the largest self-reported discount rates. In all subsamples, however, the median discount rate is about 15%.

### *A.2. Self-reported determinants of discount rates*

The questionnaire includes questions to assess whether firms use CAPM in determining the discount rate they use to evaluate projects, or whether they use more complex multifactor models and/or adjust for other factors. Fig. A.1 shows the results of three such questions from the survey. Responses were given on a scale from −2 (not important) to 2 (very important).

## Appendix B. Adjusting discount rates of firms using their unlevered or levered cost of equity

Six (three) firms indicate in the survey that they use their unlevered (levered) cost of equity as their cost of financial capital (Question 15). For these nine firms we modify our definition of the adjusted discount rate, $\tilde{d}_i$, in

**Table A.1**
Discount rates by industry and by firms' cost of capital method.
The table shows summary statistics for survey firms' self-reported nominal discount rate (Question 6). Summary statistics are grouped by one-digit SIC industry (from Compustat) in Panel A and by what firms say their discount rate represents (Question 15) in Panel B.

Panel A: Discount rates by industry

| Industry | SIC | *N* | Mean | Median | Std. dev. | 25th quantile | 75th quantile |
|---|---|---|---|---|---|---|---|
| Mining, construction | 1 | 10 | 14.95 | 14.25 | 3.86 | 12.00 | 20.00 |
| Manufacturing | 2, 3 | 55 | 15.77 | 15.00 | 5.24 | 12.00 | 20.00 |
| Transport, communication | 4 | 10 | 12.30 | 12.00 | 2.10 | 11.50 | 15.00 |
| Wholesale, retail | 5 | 9 | 14.22 | 15.00 | 2.24 | 15.00 | 15.00 |
| Hotels, motels, apartments | 6, 7[a] | 2 | 14.50 | 14.50 | 0.71 | 14.00 | 15.00 |
| Total | | 86 | 15.08 | 15.00 | 4.62 | 12.00 | 16.50 |

Panel B: Discount rates categorized by what they represent

| Method | *N* | Mean | Median | Std. dev. | 25th quantile | 75th quantile |
|---|---|---|---|---|---|---|
| WACC | 64 | 14.01 | 14.50 | 3.65 | 11.75 | 15.00 |
| Unlevered cost of equity | 6 | 17.42 | 15.50 | 6.12 | 12.00 | 25.00 |
| Levered cost of equity | 3 | 16.67 | 15.00 | 2.89 | 15.00 | 20.00 |
| Other | 13 | 18.92 | 15.00 | 6.23 | 15.00 | 25.00 |
| Total | 86 | 15.08 | 15.00 | 4.62 | 12.00 | 16.50 |

[a] The four-digit SIC codes are 6513 and 7011.




**Fig. A.1.** Survey answers on determinants of discount rates. The figure summarizes the responses to three survey questions on the determinants of discount rates. For each question, respondents answer on a scale from –2 (not important) to 2 (very important).

Eq. (3) and scaled beta, $\tilde{\beta}_{MKT,i}$, in Eq. (4). The six firms using their unlevered cost of equity presumably adopt an Adjusted Present Value (APV) approach, where tax savings from debt financing are considered separately and thus do not affect their discount rate, unlike for WACC. For these firms, therefore, we define their adjusted discount rate as

$$\tilde{d}_i = d_i - \frac{D_i}{D_i + E_i} r_{D,i} - \frac{E_i}{D_i + E_i} r_{F,i} \tag{B.1}$$

and $\tilde{\beta}_{MKT,i}$ as in Eq. (4).

For the three firms using levered cost of equity, the self-reported discount rate from the survey corresponds to $r_E$ and, therefore, we only need to subtract the risk-free rate to obtain the adjusted discount rate,

$$\tilde{d}_i = d_i - r_{F,i}, \tag{B.2}$$

and the variable $\tilde{\beta}_{MKT,i}$ is equal to beta, without multiplying by the ratio of equity-to-total capital,

$$\tilde{\beta}_{MKT,i} = \beta_{MKT,i} \,. \tag{B.3}$$

## Appendix C. Variable definitions

See Table C.1.

**Table C.1**
Variable definitions.

| Variable name | Symbol | Definition |
|---|---|---|
| Discount rate | $d$ | Self-reported discount rate from survey Question 6. |
| Market value of equity | $E$ | Compustat: $pstk + csho \times prcc_f$. |
| Total capital | $D+E$ | Compustat: $dlc + dltt + pstk + csho \times prcc_f$. |
| Cost of debt | $r_D$ | Imputed from the firm's estimated credit rating using the model of Jorion, Shi, and Zhang (2009). See Online Appendix OA.3.1. |
| Pre-financing marginal tax rate | $\tau$ | From Graham (1996a, 1996b). |
| Risk-free rate | $r_F$ | Treasury bond rate that matches the firm's average project life from survey Question 3. See Online Appendix OA.3.1. |
| CAPM beta | $\beta_{MKT}$ | Fundamental beta from Barra. |
| Equity risk premium | $\pi_{EP}$ | Estimated from the model(s). |
| Adjusted discount rate | $\tilde{d}$ | Self-reported discount rate minus the portion of the cost of financial capital that is unrelated to beta. $\tilde{d} = \begin{cases} d - \frac{D}{D+E} r_D (1-\tau) - \frac{E}{D+E} r_F & \text{if using WACC;} \\ d - \frac{D}{D+E} r_D - \frac{E}{D+E} r_F & \text{if using unlevered cost of equity;} \\ d - r_F & \text{if using levered cost of equity;} \\ d & \text{if using other methods.} \end{cases}$ |
| Scaled beta | $\tilde{\beta}_{MKT}$ | CAPM beta scaled to account for how beta enters the firm's cost of financial capital. $\tilde{d} = \begin{cases} \frac{E}{E+D} \beta_{MKT} & \text{if using WACC or unlevered cost of equity;} \\ \beta_{MKT} & \text{if using levered cost of equity;} \\ 0 & \text{if using other methods.} \end{cases}$ |
| Indicator variable for firms using "other" methods | *OTHER* | Equals one for firms using something other than WACC, unlevered cost of equity, or levered cost of equity; and zero otherwise. |
| Survey measure of financial constraints | *FINC* | Indicator variable that equals one when firms responded to survey Question 20, "There are some good projects we cannot take due to limited access to capital markets," with +2 or +1; and zero otherwise. |
| Altman *Z*-score | *ALTZ* | Indicator variable that equals one for firms with an Altman *Z*-score greater than 2.99; and zero otherwise. The *z*-score, which is computed as in Altman (1968), is greater for firms with a lower probability of default. |
| Current ratio | *CR* | Ratio of current assets to current liabilities. Compustat: *act*/*lct*. |
| Leverage ratio | $D/(D+E)$ | Compustat: $(dlc + dltt)/(dlc + dltt + pstk + csho \times prcc_f)$. |
| Kaplan-Zingales index | *KZ* | Kaplan-Zingales index computed as in Lamont, Polk, and Saá-Requejo (2001). |
| Survey measure of operational constraints | *OPC* | Indicator variable that equals one when firms responded to survey Question 20, "We cannot take all profitable projects due to limited resources in the form of limited qualified management and manpower," with +2 or +1; and zero otherwise. |
| Financial flexibility | *CASH* | Ratio of the book value of cash and short-term investments to the market value of total capital. Compustat: $che/(dlc + dltt + pstk + csho \times prcc_f)$. |
| Survey measure of strategic optimism | *OPTI* | Indicator variable that equals one when firms respond to Question 20, "We need a higher hurdle rate to account for optimism in cash flow forecasts," with +2 or +1; and zero otherwise. |
| Total number of business segments | *SEGM* | Total number of business segments from the Compustat Business Information File. |
| Number of business segments between four and ten | $SEG4-10$ | Indicator variable that equals one if *SEGM* is between four and ten; and zero otherwise. |
| Number of business segments greater than ten | $SEG>10$ | Indicator variable that equals one if *SEGM* is greater than ten; and zero otherwise. |
| Concentration of business segments within a firm | *HERF* | Sum of squares of business segments' shares of a firm's net sales, from the Compustat Business Information File. |
| Natural log of firm's market value of assets | *SIZE* | Compustat: $\ln(at - ceq + csho \times prcc_f)$. |
| Measure of earnings smoothing | *EVOLIND* | The standard deviation of changes in annual earnings over the previous ten years as a fraction of total book value of assets (Compustat: $ib/at$; minimum of five annual earnings observations is required) divided by the average standard deviation of changes in earnings as a fraction of the book value of assets among all firms in the same two-digit SIC industry. |
| Measure of earnings surprises | *ESURPR* | Mean absolute value of the percent difference between the median earnings per share consensus forecast and the actual earnings per share. Quarterly earnings forecasts are from the Institutional Brokers' Estimate System (I/B/E/S) database (or, if no quarterly forecast is available, the annual earnings forecast divided by four, which constitutes 15.1% of the observations). Forecasts that are recorded more than 90 days before the announcement date are considered stale and excluded from the analysis. The sample is restricted to firms with at least 12 observations. |
| Earnings response coefficient | *INDERC* | Three-day industry earnings response coefficient in the firm's Fama-French 30-industry classification, calculated as in Asker, Farre-Mensa, and Ljungqvist (2015). |
| Market share | *MKTSHARE* | Firm's net sales (Compustat: *sale*) divided by the total net sales in two-digit SIC industry. |
| Industry concentration | *INDHHI* | Sum of squares of *MKTSHARE* in the two-digit SIC industry. |
| Idiosyncratic risk | *IDIO* | $1 - R^2$, where $R^2$ is the *R*-squared of the regression of the firm's monthly return (CRSP: *ret*) in excess of the risk-free rate (Kenneth R. French's data library: *RF*) on the value-weighted return of the market portfolio (CRSP: *vwretd*) over the five-year period 1999–2003. |

## References


Almeida, H., Campello, M., Weisbach, M., 2004. The cash flow sensitivity of cash. Journal of Finance 59, 1777–1804.
Altman, E., 1968. Financial ratios, discriminant analysis and the prediction of corporate bankruptcy. Journal of Finance 23, 589–609.
Antle, R., Eppen, G., 1985. Capital rationing and organizational slack in capital budgeting. Management Science 31, 163–174.
Arnold, G., Hatzopoulos, P., 2000. The theory-practice gap in capital budgeting: Evidence from the United Kingdom. Jouanal of Business Finance and Accounting 27, 603–625.
Asker, J., Farre-Mensa, J., Ljungqvist, A., 2015. Corporate investment and stock market listing: A puzzle? Review of Financial Studies 28, 342–390.
Asvanunt, A., Broadie, M., Sundaresan, S., 2011. Managing corporate liquidity: Strategies and pricing implications. International Journal of Theoretical and Applied Finance 14, 369–406.
Ball, R., Brown, P., 1968. An empirical evaluation of accounting income numbers. Journal of Accounting Research 6, 159–178.
Ben-David, I., Graham, J., Harvey, C., 2013. Managerial miscalibration. Quarterly Journal of Economics 128, 1547–1584.
Blanchard, O., 1993. Movements in the equity premium. Brookings Papers on Economic Activity 2, 75–118.
Chen, N.-F., Roll, R., Ross, S., 1986. Economic forces and the stock market. Journal of Business 59, 383–403.
DeAngelo, H., DeAngelo, L., Whited, T., 2011. Capital structure dynamics and transitory debt. Journal of Financial Economics 99, 235–261.
de Jong, A., Verbeek, M., Verwijmeren, P., 2012. Does financial flexibility reduce investment distortions? Journal of Financial Research 35, 243–259.
Dean, J., 1951. Capital Budgeting: Top-Management Policy on Plant, Equipment, and Product Development. Columbia University Press, New York, NY.
Denis, D., Sibilkov, V., 2010. Financial constraints, investment, and the value of cash holdings. Review of Financial Studies 23, 247–269.
Easton, P., Zmijewski, M., 1989. Cross-sectional variation in stock market response to accounting earnings announcements. Journal of Accounting and Economics 11, 117–141.
Emery, D., Finnerty, J., Stowe, J., 2011. Corporate Financial Management, Fourth ed. Wohl Publishing, Morristown, NJ.
Fama, E., French, K., 1992. The cross-section of expected stock returns. Journal of Finance 47, 427–465.
Fama, E., French, K., 2002. The equity premium. Journal of Finance 57, 637–659.
Faulkender, M., Wang, R., 2006. Corporate financial policy and the value of cash. Journal of Finance 61, 1957–1990.
Fernández, P., 2011. The magnitude and concept of the equity premium in 150 textbooks. Unpublished working paper. University of Navarra.
Ferreira, M., Vilela, A., 2004. Why do firms hold cash? Evidence from EMU countries. European Financial Management 10, 295–319.
Fu, F., 2009. Idiosyncratic risk and the cross-section of expected stock returns. Journal of Financial Economics 91, 24–37.
Gillham, B., 2000. Developing a Questionnaire. Continuum, New York, NY.
Goetzmann, W., Kumar, A., 2008. Equity portfolio diversification. Review of Finance 12, 433–463.
Graham, J., 1996. Debt and marginal tax rate. Journal of Financial Economics 41, 41–73.
Graham, J., 1996. Proxies for the corporate marginal tax rate. Journal of Financial Economics 42, 187–221.
Graham, J., Harvey, C., 2001. The theory and practice of corporate finance: Evidence from the field. Journal of Financial Economics 60, 187–243.
Graham, J., Harvey, C., 2005. The long-run equity risk premium. Finance Research Letters 2, 185–194.
Graham, J., Harvey, C., Rajgopal, S., 2005. The economic implications of corporate financial reporting. Journal of Accounting and Economics 40, 3–73.
Graham, J., Harvey, C., 2011a. Duke/CFO Magazine Global Business Outlook, U.S. topline tables, released March 9, 2011, www.cfosurvey.org/pastresults.htm.
Graham, J., Harvey, C., 2011b. Duke/CFO Magazine Global Business Outlook, U.S. topline tables, released September 13, 2011, www.cfosurvey.org/pastresults.htm.
Graham, J., Harvey, C., 2012. Duke/CFO Magazine Global Business Outlook, U.S. topline tables, released June 6, 2012, www.cfosurvey.org/pastresults.htm.
Harris, M., Kriebel, C., Raviv, A., 1982. Asymmetric information, incentives, and intrafirm resource allocation. Management Science 28, 604–620.
Harris, M., Raviv, A., 1996. The capital budgeting process: Incentives and information. Journal of Finance 51, 1139–1174.
Heaton, J., 2002. Managerial optimism and corporate finance. Financial Management 31, 33–45.
Hennessy, C., 2004. Tobin's Q, debt overhang, and investment. Journal of Finance 59, 1717–1742.
Holmström, B., 1999. Managerial incentive problems: A dynamic perspective. Review of Economic Studies 66, 169–182.
Huang, W., Liu, Q., Rhee, S., Zhang, L., 2010. Return reversals, idiosyncratic risk, and expected returns. Review of Financial Studies 23, 147–168.
Jacobs, M., Shivdasani, A., 2012. Do you know your cost of capital? Harvard Business Review 7/8, 118–124.
Jagannathan, R., McGrattan, E., Scherbina, A., 2001. The declining US equity premium. Quarterly Review, Federal Reserve Bank of Minneapolis 3–19.
Jagannathan, R., Meier, I., 2002. Do we need CAPM for capital budgeting? Financial Management 31, 55–77.
Jagannathan, R., Meier, I., Tarhan, V., 2011. The cross-section of hurdle rates for capital budgeting: An empirical analysis of survey data. NBER Working Paper No. 16770.
Jorion, P., Shi, C., Zhang, W., 2009. Tightening credit standards: The role of accounting quality. Review of Accounting Studies 14, 123–160.
Lamont, O., Polk, C., Saá-Requejo, J., 2001. Financial constraints and stock returns. Review of Financial Studies 14, 529–554.
Marchica, M.-T., Mura, R., 2010. Financial flexibility, investment ability, and firm value: Evidence from firms with spare debt capacity. Financial Management 39, 1339–1365.
McDonald, R., 1999. Real options and rules of thumb in capital budgeting. In: Brennan, M.J., Trigeorgis, L. (Eds.), Project Flexibility, Agency, and Competition: New Developments in the Theory and Application of Real Options. Oxford University Press, London, pp. 13–33.
McNeil, C., Smythe, T., 2009. Division manager lobbying power and the allocation of capital. Financial Review 44, 59–85.
Mello, A., Parsons, J., 1992. Measuring the agency cost of debt. Journal of Finance 47, 1887–1904.
Morgan, D., 1988. Focus Groups as Qualitative Research. Sage Publications, Newbury Park, CA.
Moyen, N., 2007. How big is the debt overhang problem? Journal of Economic Dynamics & Control 31, 433–472.
Myers, S., 1977. Determinants of corporate borrowing. Journal of Financial Economics 5, 147–175.
Opler, T., Pinkowitz, L., Stulz, R., Williamson, R., 1999. The determinants and implications of corporate cash holdings. Journal of Financial Economics 52, 3–46.
Parrino, R., Weisbach, M., 1999. Measuring investment distortions arising from stockholder-bondholder conflicts. Journal of Financial Economics 52, 3–42.
Pinkowitz, L., Stulz, R., Williamson, R., 2006. Does the contribution of corporate cash holdings and dividends to firm value depend on governance? A cross-country analysis. Journal of Finance 61, 2725–2751.
Poterba, J., Summers, L., 1995. A CEO survey of U.S. companies' time horizon and hurdle rates. Sloan Management Review (Fall) 43–53.
Rajan, R., Servaes, H., Zingales, L., 2000. The cost of diversity: The diversification discount and inefficient investment. Journal of Finance 55, 35–80.
Simutin, M., 2010. Excess cash and stock returns. Financial Management 39, 1197–1222.
Singer, E., Presser, S., 1989. Survey Research Methods: A Reader. University of Chicago Press, Chicago, IL.
Stein, J., 1989. Efficient capital markets, inefficient firms: A model of myopic corporate behavior. Quarterly Journal of Economics 104, 665–669.
Stein, J., 2002. Information production and capital allocation: Decentralized versus hierarchichal firms. Journal of Finance 57, 1891–1921.
Weingartner, H., 1977. Capital rationing: n authors in search of a plot. Journal of Finance 32, 1403–1431.
Womack, K., Zhang, Y., 2005. Core finance course trends in the top MBA programs in 2005 Unpublished working paper. Dartmouth College.
Xuan, Y., 2009. Empire-building or bridge-building? Evidence from new CEOs' internal capital allocation decisions. Review of Financial Studies 22, 4919–4948.

# Exhibit QE-33

# Annual Information Form

AFRICO RESOURCES LTD

**For the Fiscal Year Ended December 31, 2007**

**March 28, 2008**

**Table of Contents**


| | | |
|---|---|---|
| **ITEM 1** | **CORPORATE STRUCTURE** | **2** |
| 1.1 | Name, Address and Incorporation | 2 |
| 1.2 | Intercorporate Relationships | 2 |
| **ITEM 2** | **GENERAL DEVELOPMENT OF THE BUSINESS** | **2** |
| 2.1 | Overview | 2 |
| 2.2 | Three Year History | 3 |
| 2.3 | Significant Acquisitions | 3 |
| **ITEM 3** | **NARRATIVE DESCRIPTION OF THE BUSINESS** | **3** |
| 3.1 | General | 3 |
| 3.2 | Material Contracts | 4 |
| 3.3 | Competitive Conditions | 5 |
| 3.4 | Environmental Protection | 5 |
| 3.5 | Employees | 6 |
| 3.6 | Foreign Operations | 6 |
| 3.7 | Bankruptcy and Similar Procedures | 6 |
| 3.8 | Reorganization | 6 |
| 3.9 | Social or Environmental Policies | 6 |
| 3.10 | Mineral Projects – The Kalukundi Property | 7 |
| 3.11 | Risk Factors | 14 |
| **ITEM 4** | **DIVIDENDS** | **21** |
| **ITEM 5** | **DESCRIPTION OF CAPITAL STRUCTURE** | **21** |
| **ITEM 6** | **MARKET FOR SECURITIES** | **21** |
| 6.1 | Trading Price and Volume | 21 |
| **ITEM 7** | **ESCROWED SECURITIES** | **22** |
| **ITEM 8** | **DIRECTORS AND OFFICERS** | **22** |
| 8.1 | Name, Occupation and Security Holding | 22 |
| 8.2 | Cease Trade Orders, Bankruptcies, Penalties or Sanctions | 23 |
| 8.3 | Conflicts of Interest | 24 |
| **ITEM 9** | **PROMOTERS** | **24** |
| **ITEM 10** | **AUDIT COMMITTEE** | **24** |
| 10.1 | The Audit Committee's Charter | 24 |
| 10.2 | Composition of the Audit Committee | 24 |
| 10.3 | Relevant Education and Experience | 24 |
| 10.4 | External Auditor Service Fees | 25 |
| **ITEM 11** | **LEGAL PROCEEDINGS** | **25** |
| **ITEM 12** | **INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS** | **26** |
| **ITEM 13** | **TRANSFER AGENTS AND REGISTRARS** | **26** |
| **ITEM 14** | **MATERIAL CONTRACTS** | **26** |
| **ITEM 15** | **INTERESTS OF EXPERTS** | **26** |
| **ITEM 16** | **ADDITIONAL INFORMATION** | **26** |

Schedule A – Audit Committee Charter

Financial Summary

The overall operating costs for the plant and mining operation per tonne of ore mined are shown in Table 1.11_1.

**Table 1.11_1**
**Kalukundi Project**
**Overall Operating Costs – Average over Life of Mine**
**(Annualised at 801,000tpa)**

| Description | US$/t of ore |
|---|---|
| Mining | 4.32 |
| Process Plant and Infrastructure | 44.42 |
| General & Administration | 7.28 |
| **Total Operating Costs/t of ore** | **US$56.02** |

The investment in working capital and pre-production capital expenditure is $166.6M plus pre-production stripping of $6.85M.

The results of sensitivity analysis show that the project is relatively insensitive to changes in working cost and capital expenditure. Only metal price changes have a substantial effect.

Conclusions

The results of the economic analysis indicate that exploitation of the Kalukundi deposits is economically viable and should proceed. Opportunities exist in most areas of the project that will be more rigorously investigated during the detailed engineering phase and where appropriate will be incorporated into the project.

The current financial models are based on the scenario of 100% equity financing for the project. This, coupled with a conservatively projected base price of Copper and Cobalt gives a before tax IRR of 14.7%. No allowance has been made in the model for the effects and levels of debt financing available or required. When using the maximum allowed level of outside funding in terms of the agreement with Gecamines, the return on investment increases to 28.5%.

The anticipated project payback time is less than four years.

Opportunities exist in most areas of the project to be more rigorously investigated during the detailed engineering phase and to firm up certain assumptions, thereby mitigating and or removing some of the risks that have been identified during the FS.

Recommendations

It is recommended that Africo proceeds with:

- Development of a detailed mine implementation program.
- Compilation of tender documents for mine contracting and subsequent tender process.
- Consideration and evaluation of Africo supplying some major mining consumables (e.g. fuel and explosives) to share some risk and reduce contract mining costs.
- Geotechnical evaluation of the blasting and ‘diggability’ of the rock.
- Bench height optimisation for mining dilution and recovery control.
- Risk based geotechnical and geohydrological evaluation, which may lead to steepening of wall angles.
- Personnel recruitment, policies and procedures and training.

# Exhibit QE-34

# Annual Information Form

AFRICO RESOURCES LTD

**For the Fiscal Year Ended December 31, 2008**

**March 25, 2009**

## Table of Contents

**CAUTIONARY LANGUAGE REGARDING FORWARD-LOOKING INFORMATION** .................. **1**

| | | |
|---|---|---|
| **ITEM 1** | **CORPORATE STRUCTURE** | **2** |
| 1.1 | Name, Address and Incorporation | 2 |
| 1.2 | Intercorporate Relationships | 2 |
| **ITEM 2** | **GENERAL DEVELOPMENT OF THE BUSINESS** | **3** |
| 2.1 | Overview | 3 |
| 2.2 | Three Year History | 3 |
| 2.3 | Significant Acquisitions | 4 |
| **ITEM 3** | **NARRATIVE DESCRIPTION OF THE BUSINESS** | **4** |
| 3.1 | General | 4 |
| 3.2 | Material Contracts | 4 |
| 3.3 | Competitive Conditions | 8 |
| 3.4 | Environmental Protection | 8 |
| 3.5 | Employees | 9 |
| 3.6 | Foreign Operations | 9 |
| 3.7 | Bankruptcy and Similar Procedures | 9 |
| 3.8 | Reorganization | 9 |
| 3.9 | Social or Environmental Policies | 10 |
| 3.10 | Mineral Projects – The Kalukundi Property | 10 |
| 3.11 | Risk Factors | 17 |
| **ITEM 4** | **DIVIDENDS** | **24** |
| **ITEM 5** | **DESCRIPTION OF CAPITAL STRUCTURE** | **24** |
| **ITEM 6** | **MARKET FOR SECURITIES** | **24** |
| 6.1 | Trading Price and Volume | 24 |
| 6.2 | Prior Sales | 25 |
| **ITEM 7** | **ESCROWED SECURITIES** | **25** |
| **ITEM 8** | **DIRECTORS AND OFFICERS** | **25** |
| 8.1 | Name, Occupation and Security Holding | 25 |
| 8.2 | Cease Trade Orders, Bankruptcies, Penalties or Sanctions | 26 |
| 8.3 | Conflicts of Interest | 27 |
| **ITEM 9** | **PROMOTERS** | **28** |
| **ITEM 10** | **AUDIT COMMITTEE** | **28** |
| 10.1 | The Audit Committee's Charter | 28 |
| 10.2 | Composition of the Audit Committee | 28 |
| 10.3 | Relevant Education and Experience | 28 |
| 10.4 | Pre-Approval Policies and Procedures | 29 |
| 10.5 | External Auditor Service Fees | 29 |
| **ITEM 11** | **LEGAL PROCEEDINGS** | **29** |
| **ITEM 12** | **INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS** | **29** |
| **ITEM 13** | **TRANSFER AGENT AND REGISTRAR** | **30** |
| **ITEM 14** | **MATERIAL CONTRACTS** | **30** |
| **ITEM 15** | **INTERESTS OF EXPERTS** | **30** |
| **ITEM 16** | **ADDITIONAL INFORMATION** | **30** |

Schedule A – Audit Committee Charter

**2.3 Significant Acquisitions**

Africo did not complete any significant acquisitions during its most recently completed fiscal year.

**ITEM 3 NARRATIVE DESCRIPTION OF THE BUSINESS**

**3.1 General**

The transactions with Camrose, as more particularly described under Item 3.2 – Material Contracts, have provided Africo with adequate working capital to carry out its business objectives, and have resulted in the re-establishment of Africo's 75% indirect ownership of the Kalukundi Property. Africo's primary objective is to carry out the exploration and development programs recommended by the Kalukundi Report (as defined below) and as may be amended from time to time. In order to develop the Kalukundi Property in accordance with the Feasibility Study (as herein defined), Africo will be required to secure additional equity and debt financing. There can be no assurance that Africo will be successful in its endeavours. See Item 3.11 – Risk Factors.

In light of current market conditions, Africo has significantly scaled back activities on its Kalukundi Property until such time as global economic conditions improve, and copper and cobalt prices support better financing terms for the Project. Africo has also laid off its expatriate development team in order to reduce its costs on the Project. Africo is also considering an acquisition strategy that would take advantage of current market conditions to acquire assets, providing that these are a good long term strategic fit.

**3.2 Material Contracts**

The following agreements govern Africo's business:

***Contract (as amended) for the Establishment of a Company between La Generale des Carrieres et des Mines ("GCM") and The Enterprise H&J Swanepoel Famille Trust sprl ("H&J") for the Mining of the Kalukundi Deposits dated February 2001, as amended (the "Swanmines Agreement")***

GCM, an entity controlled by the government of the DRC, was the exclusive holder of the rights relating to the Kalukundi Property as more particularly described in this AIF. Pursuant to the Swanmines Agreement, GCM and H&J set up a private limited liability company called Société d'exploitation des gisements de Kalukundi (referred to herein as "**Swanmines**"), of which GCM was to own 45% of the outstanding share capital and H&J was to own 55% of such outstanding share capital. As described below, the Swanmines Agreement was amended to increase H&J's interest to 75%.

GCM covenanted to transfer to Swanmines all its right, title and interest in the Kalukundi Property and to provide to Swanmines all data, information, registers and reports on the Kalukundi Property in its possession. GCM also committed to obtain all regulatory approvals in connection with the mining operations on the Kalukundi Property.

H&J covenanted to provide all necessary financing to Swanmines in connection with its exploitation and development of the Kalukundi Property, to finance a feasibility study on the Kalukundi Property, to commit all necessary funds to commence commercial production on the Kalukundi Property and to finance the building of a metallurgical processing plant following the recommendations of the feasibility study. The Swanmines Agreement provides that: "…as from the date on which the feasibility study is made available to both parties, H&J will dispose of a period of 6 months to find, …" the financing necessary for the investments that will lead to commercial production as decided on the basis of the feasibility study (and the construction of the facilities should start within six months following the expiry of this six month period). In addition, the Swanmines Agreement provides that "…Advances made in the form of a loan by H&J will represent approximately 30% at least of the financing of the first phase of the project…". On or about November 15, 2006, Africo delivered a notice to Swanmines and GCM confirming Africo's decision to place the deposit into commercial production and to commence construction of the facilities necessary to do so, and provided such parties with a proposed program and budget with respect thereto.

The Swanmines Agreement also provided that GCM has no responsibility with regard to financing of the Kalukundi Property and should be informed of the procedures put in place to effect such financing and may give its opinion on such procedures, where relevant. In addition, the Swanmines Agreement required GCM to be informed of whether or not Africo intends to obtain, in part, the financing necessary to put the Kalukundi Property into commercial production from international banks and agencies and H&J confirmed its capacity to do so. GCM agreed to give its full co-operation to Africo to facilitate the granting of such financing, in particular by signing any document and by giving all assurances that may be reasonably required to obtain such financing, without any financial commitment on the part of GCM.

Swanmines covenanted to carry out all mining and exploration activities on the Kalukundi Property, to undertake a feasibility study, to mine the Kalukundi deposits and to process the ore in plants according to the recommendations of such feasibility study on the condition that these recommendations would be accepted by both parties to the Swanmines Agreement, and comply with technical mining standards. Further, Swanmines also covenanted to provide the parties to the Swanmines Agreement with a feasibility study within 24 months of the date of its establishment (the "**Feasibility Study**"). The Feasibility Study was funded by Africo and delivered to the parties pursuant to the Swanmines Agreement on May 18, 2006.

Subject to an additional provision contained in Amendment No. 4 to the Swanmines Agreement (see below), the Swanmines Agreement is in effect until the Kalukundi Property can no longer be mined or until it is terminated by mutual agreement of the parties. The Swanmines Agreement may also be terminated by H&J on 30 days' written notice in which case it will transfer its interest to GCM, any indebtedness of Swanmines to H&J will be cancelled, and H&J will remain solely responsible for commitments to third parties. GCM may also terminate the Swanmines Agreement if there is a serious and continuous default or non-compliance by H&J, or non compliance with the deadlines imposed on H&J, that is not remedied within 30 days of receipt of written notice from GCM, in which case GCM will be released of all of its obligations, H&J will remain solely responsible for all its commitments towards third parties, and the indebtedness of Swanmines to H&J will be cancelled. In addition, the Swanmines Agreement provides that "…should GCM fail to execute a non venial provision…" of the Swanmines Agreement, H&J may suspend the execution of its obligations until GCM's failure has been remedied and if GCM does not remedy a failure within 30 days of receipt of a warning from H&J, H&J may terminate the Swanmines Agreement in accordance with the dispute resolution provisions of the Swanmines Agreement.

The initial Swanmines Agreement was amended by subsequent amendments Nos. 1 through 3, the total effect of which was to reduce the interest of GCM in Swanmines to 25% and increase the interest of H&J (now Africo DRC) to 75% effective May 18, 2004. The amendments also extended the time for Swanmines to present the Feasibility Study to 24 months from the last amendment dated May 18, 2004, and provided that Swanmines would pay a royalty of 2.5% on its gross turnover to GCM (a portion of which GCM could require to be paid in advance). In addition, the amendments provided that if the parties were unable to resolve a dispute, the dispute will be finally settled under the Rules of Conciliation and Arbitration of the International Chamber of Commerce of Paris (the "**Rules**"), by one or more arbitrators appointment in accordance with the said Rules.

In late 2006 and during 2007, Akam Mining sprl ("**Akam**") purportedly acquired Africo's interest in Swanmines pursuant to a sale in execution in relation to a default judgment obtained by an ex-employee of Africo – the legality of which was disputed by Africo - however, as a result of which, GCM recognized Akam as its partner in Swanmines. (Detail with respect to the prior litigation regarding the Kalukundi Property is described in Africo's Annual Information Form dated March 28, 2008, which has been filed with regulators through the Canadian System for Electronic Document Analysis and Retrieval (SEDAR) and is available for viewing with Africo's other public disclosure documents through the internet at www.sedar.com, as well as under "Akam Agreement" below.)

On January 13, 2009, Akam (as a result of its purported ownership of the Swanmines Shares during the period of time the Kalukundi Property was the subject of litigation), entered into a further amendment to the Swanmines Agreement ("**Amendment No. 4**") with GCM regarding the amended terms governing the Kalukundi Property. Akam's interest in Swanmines was transferred to Africo as further described under the heading "Akam Agreement" below. Notwithstanding Amendment No. 4 is between Akam and GCM, Africo has been advised by Congolese legal counsel that, pursuant to Congolese commercial law, in a private limited liability company (an "sprl" such as Swanmines) transfer of shares has, as a consequence, transfer of rights and obligations of the prior shareholder

(Akam) to the beneficiary of the share transfer (Africo DRC) in proportion to share ownership. As such, on transfer of the Swanmines Shares to Africo DRC on January 15, 2009 pursuant to the terms of the Akam Agreement (see below), Africo DRC assumed the rights and obligations of Akam pursuant to Amendment No. 4.

Pursuant to the terms of Amendment No. 4 , Africo is required to pay GCM US$1,600,000 per year for a four year period as an entry premium, the first such payment having been made by Africo on January 28, 2009. An additional payment to GCM by Swanmines will be required on the basis of U$35 per ton copper on reserves exceeding 180,000 tons. Pursuant to Amendment No. 4, Africo is under obligation to carry out the Feasibility Study, including funding of up to 30% of the contribution amount required to develop the mining project to the point of commercial ore production, and to report thereon to GCM by January 13, 2010. GCM will be in a position to cancel the Swanmines Agreement, as amended, before the official termination date should Africo fail to meet its obligation to carry out the Feasibility Study and in the event that it does not remedy such failure upon receipt of formal notice by GCM.

The Swanmines Agreement initially provided that the net profits from the Kalukundi Property will be allocated as follows: 60% to repay all loans incurred by Swanmines and 40% to GCM and H&J, in accordance with their respective proportionate interests in Swanmines and, thereafter, the net profits will be allocated in proportion to the ownership interests of GCM and H&J in Swanmines. Pursuant to Amendment No. 4, during the period of reimbursement of initial loans by Africo sufficient to provide working capital for Swanmines, 70% of the tax-free profit is to be allocated to reimburse the loan capital and interest, with 30% to be allocated to Africo and GCM in proportion to their ownership interests in Swanmines.

Amendment No. 4 provides for responsibility for the operations of Swanmines by a Board of Directors (the "**Swanmines Board**") composed of eight members: four to be proposed by GCM and four to be proposed by Africo; and for Swanmines to be administered by a management board made up of seven members: three (the Assistant General Manager, the Production Manager and the Human Resources Manager) to be appointed by the members of the Swanmines Board proposed by GCM and four (the General Manager, the Finance, Accounting and Budget Manager, the Supplies Manager and the Marketing Manager) to be appointed by the members of the Swanmines Board proposed by Africo (the "**Management Committee**"). The General Manager or, in his or her absence, the Assistant General Manager, will chair the Management Committee. The Swanmines Board determines the powers, the attributes, the appointments or indemnities of the members of the Management Committee and can revoke at any time a decision taken by it in this regard.

Pursuant to Amendment No. 4, GCM and Africo have agreed to enter into, within three months of the date of Amendment No. 4, an association agreement with a view to consolidating the Swanmines Agreement and all of the amendments thereto to resolve any contradictions that may appear after applying all of the amendments and to introduce any other necessary or generally required contractual provisions. As at the date of this AIF, Africo has not received a draft association agreement and there is no assurance that Africo will be a party to such an agreement. See Item 3.11 – Risk Factors. Once entered into, the association agreement will be filed with regulators through the Canadian System for Electronic Document Analysis and Retrieval (SEDAR) and will be available for viewing with Africo's other public disclosure documents through the internet at www.sedar.com when it is available.

***Subscription Agreement dated as of April 17, 2008, as amended (the "Subscription Agreement"), between Camrose and Africo***

Pursuant to the Subscription Agreement, Camrose agreed to subscribe for 40,000,000 common shares of Africo and 20,000,000 common share purchase warrants, each warrant entitling Camrose to acquire one common share of Africo at a price of $3.50 until January 24, 2010 (the "**Subscription**"). The aggregate purchase price payable by Camrose was $100,000,000, being $2.50 for each common share and ½ of a warrant. Completion of the Subscription was subject to, among other things, the Transfer Agreement (as defined and described below) being executed and delivered by each of the parties thereto and being in full force and effect and the Akam Agreement (as defined and described below) being executed and delivered by each of the parties thereto and being in full force and effect.

The Subscription Agreement also provided that Africo would support the nomination of four individuals designated by Camrose for appointment to Africo's Board of Directors, and would take all steps necessary to ensure that the Board was comprised of no more than seven directors and that a quorum is not more than a majority of all directors (all of which have occurred as at the date of this AIF – see Item 8 – Directors and Officers). In addition, Africo agreed to support Camrose's majority representation on Africo's Board indefinitely, provided that if (i) the percentage of issued and outstanding common shares of Africo beneficially owned by Camrose and its affiliates (the "**Camrose Interest**") is at least 40% but less than 50%, Africo will support the nomination of three Camrose representatives at the first annual meeting of Africo shareholders held after the Camrose Interest enters this range, (ii) the Camrose Interest is at least 30% but less than 40%, Africo will support the nomination of two Camrose representatives at the first annual meeting of Africo shareholders held after the Camrose Interest enters this range, (iii) the Camrose Interest is at least 20% but less than 30%, Africo will support the nomination of one Camrose representative at the first annual meeting of Africo shareholders held after the Camrose Interest enters this range, and (iv) the Camrose Interest is less than 20%, Africo shall have no further obligations until such time as the Camrose Interest is again 20% or more.

In addition, Africo executed an investors' rights agreement in favour of Camrose and any lenders to Camrose pursuant to which Africo agreed, at its cost, to qualify by prospectus the resale in Canada of the shares of Africo held by them on a demand and on a "piggyback" basis on customary terms.

Further, the Subscription Agreement provided that as long as Camrose and its affiliates hold at least 10% of the issued and outstanding shares of Africo, if Africo or any subsidiary proposes to issue any further Africo shares or convertible securities, Camrose shall have the right to purchase the portion thereof equal to the percentage of shares of Africo then beneficially owned by Camrose and its affiliates. However, this right will not apply to shares issued under a stock option plan established from time to time for the benefit of participating employees of Africo or upon the conversion or exchange of, or the exercise of any right attaching to, any convertible securities, or the issuance of securities in connection with a *bona fide* business acquisition by Africo or in connection with *bona fide* strategic partnerships, alliances and similar transactions.

***Agreement between Camrose and Africo dated April 17, 2008 regarding Akam Mining sprl (the "Akam Agreement")***

The Akam Agreement acknowledged that Camrose had, through a wholly-owned subsidiary, purchased the outstanding shares of Akam Mining sprl ("**Akam**"). The Akam Agreement resolved the existing litigation regarding the Kalukundi Property described in Africo's Annual Information Form dated March 28, 2008 (which has been filed with regulators through the Canadian System for Electronic Document Analysis and Retrieval (SEDAR) and is available for viewing with Africo's other public disclosure documents through the internet at www.sedar.com); and provided that Camrose would cause Akam to assign all of its rights, title and interest in Swanmines sprl (the "**Swanmines Shares**") to a wholly-owned subsidiary of Africo in consideration of the issuance to Camrose of 5,400,000 shares of Africo at a deemed price of $2.50 per share, subject to usual anti-dilution adjustments. The Akam Agreement also provided for mutual releases from Africo and Akam in connection with the Swanmines Shares. The Swanmines Shares were transferred to Africo DRC on January 15, 2009.

***Agreement dated April 17, 2008 between Africo and La Congolaise des Mines et de Developpement (Comide sprl) ("Comide") (the "Transfer Agreement")***

Africo entered into the Transfer Agreement with Comide, a joint venture company owned as to 75% by an affiliate of Camrose and as to 25% by La Générale des Carrières et des Mines ("**Gécamines**"), a mining company owned by the Government of the DRC. The Transfer Agreement provided that Comide would transfer to Swanmines (to be owned at least 75% by Africo and the balance by Gécamines) Exploitation Permit No. PE2607 (the "**Exploitation Permit**"), consisting of 41 squares or blocks (approximately 34.83155 $km^2$) for copper, cobalt, gold and nickel extraction, situated in the Territory of Lubudi, District of Kolwezi, Province of Katanga.

The Exploitation Permit is owned and held by Comide. Comide Concession PE2607 (the "**Concession**") is located within the Kolwezi District of Katanga Province in the south-east of the DRC, approximately 60km to the east of Kolwezi and 1km to the north of the main road between Likasi and Kolwezi. The Concession is secured under the

**Financial Summary**

The overall operating costs for the plant and mining operation per tonne of ore mined are shown in Table 1.11_1.

**Table 1.11_1**
**Kalukundi Project**
**Overall Operating Costs – Average over Life of Mine**
**(Annualised at 801,000tpa)**

| Description | US$/t of ore |
|---|---|
| Mining | 4.32 |
| Process Plant and Infrastructure | 44.42 |
| General & Administration | 7.28 |
| **Total Operating Costs/t of ore** | **US$56.02** |

The investment in working capital and pre-production capital expenditure is US$166.6M plus pre-production stripping of US$6.85M.

The results of sensitivity analysis show that the Project is relatively insensitive to changes in working cost and capital expenditure. Only metal price changes have a substantial effect.

**Conclusions**

The results of the economic analysis indicate that exploitation of the Kalukundi deposits is economically viable and should proceed. Opportunities exist in most areas of the Project that will be more rigorously investigated during the detailed engineering phase and where appropriate will be incorporated into the Project.

The current financial models are based on the scenario of 100% equity financing for the Project. This, coupled with a conservatively projected base price of Copper and Cobalt gives a before tax IRR of 14.7%. No allowance has been made in the model for the effects and levels of debt financing available or required.

The anticipated Project payback time is less than four years.

Opportunities exist in most areas of the Project to be more rigorously investigated during the detailed engineering phase and to firm up certain assumptions, thereby mitigating and or removing some of the risks that have been identified during the FS.

**Recommendations**

The exploitation of the Kalukundi deposits should proceed.

It is recommended that Africo proceeds with:-

- Development of a detailed mine implementation program.
- Compilation of tender documents for mine contracting and subsequent tender process.
- Risk based geotechnical and geohydrological evaluation, which may lead to steepening of wall angles.
- Personnel recruitment, policies and procedures and training.
- More detailed or updates to mine design, scheduling and budgeting.
- Continue the exploration on the satellite deposits to increase the life of the plant.
- Source local earthworks and civil contractors and machinery.

# Exhibit QE–35

# Annual Information Form

AFRICO RESOURCES LTD

**For the Fiscal Year Ended December 31, 2009**

**March 24, 2010**

**Table of Contents**


**CAUTIONARY LANGUAGE REGARDING FORWARD-LOOKING INFORMATION ....1**

**ITEM 1 CORPORATE STRUCTURE ....2**
1.1 Name, Address and Incorporation ....2
1.2 Intercorporate Relationships ....2

**ITEM 2 GENERAL DEVELOPMENT OF THE BUSINESS ....3**
2.1 Overview ....3
2.2 History ....3
2.3 Significant Acquisitions ....4

**ITEM 3 NARRATIVE DESCRIPTION OF THE BUSINESS ....4**
3.1 General ....4
3.2 Material Contracts ....4
3.3 Competitive Conditions ....8
3.4 Environmental Protection ....8
3.5 Employees ....9
3.6 Foreign Operations ....9
3.7 Bankruptcy and Similar Procedures ....9
3.8 Reorganization ....10
3.9 Social or Environmental Policies ....10
3.10 Mineral Projects – The Kalukundi Property ....10
3.11 Management Update ....18
3.12 Risk Factors ....19

**ITEM 4 DIVIDENDS ....26**

**ITEM 5 DESCRIPTION OF CAPITAL STRUCTURE ....27**

**ITEM 6 MARKET FOR SECURITIES ....27**
6.1 Trading Price and Volume ....27
6.2 Prior Sales ....27

**ITEM 7 ESCROWED SECURITIES ....28**

**ITEM 8 DIRECTORS AND OFFICERS ....28**
8.1 Name, Occupation and Security Holding ....28
8.2 Cease Trade Orders, Bankruptcies, Penalties or Sanctions ....29
8.3 Conflicts of Interest ....30

**ITEM 9 AUDIT COMMITTEE ....30**
9.1 The Audit Committee's Charter ....30
9.2 Composition of the Audit Committee ....30
9.3 Relevant Education and Experience ....30
9.4 Pre-Approval Policies and Procedures ....31
9.5 External Auditor Service Fees ....31

**ITEM 10 LEGAL PROCEEDINGS ....31**

**ITEM 11 INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS ....31**

**ITEM 12 TRANSFER AGENT AND REGISTRAR ....32**

**ITEM 13 MATERIAL CONTRACTS ....32**

**ITEM 14 INTERESTS OF EXPERTS ....32**

**ITEM 15 ADDITIONAL INFORMATION ....32**

**CHARTER FOR THE AUDIT COMMITTEE ....33**

**Financial Summary**

The overall operating costs for the plant and mining operation per tonne of ore mined are shown in Table 1.11_1.

**Table 1.11_1**
**Kalukundi Project**
**Overall Operating Costs – Average over Life of Mine**
**(Annualised at 801,000tpa)**

| Description | US$/t of ore |
|---|---|
| Mining | 4.32 |
| Process Plant and Infrastructure | 44.42 |
| General & Administration | 7.28 |
| **Total Operating Costs/t of ore** | **US$56.02** |

The investment in working capital and pre-production capital expenditure is US$166.6M plus pre-production stripping of US$6.85M.

The results of sensitivity analysis show that the Project is relatively insensitive to changes in working cost and capital expenditure. Only metal price changes have a substantial effect.

**Conclusions**

The results of the economic analysis indicate that exploitation of the Kalukundi deposits is economically viable and should proceed. Opportunities exist in most areas of the Project that will be more rigorously investigated during the detailed engineering phase and where appropriate will be incorporated into the Project.

The current financial models are based on the scenario of 100% equity financing for the Project. This, coupled with a conservatively projected base price of Copper and Cobalt gives a before tax IRR of 14.7%. No allowance has been made in the model for the effects and levels of debt financing available or required.

The anticipated Project payback time is less than four years.

Opportunities exist in most areas of the Project to be more rigorously investigated during the detailed engineering phase and to firm up certain assumptions, thereby mitigating and or removing some of the risks that have been identified during the FS.

**Recommendations**

The exploitation of the Kalukundi deposits should proceed.

It is recommended that Africo proceeds with:-

- Development of a detailed mine implementation program.
- Compilation of tender documents for mine contracting and subsequent tender process.
- Risk based geotechnical and geohydrological evaluation, which may lead to steepening of wall angles.
- Personnel recruitment, policies and procedures and training.
- More detailed or updates to mine design, scheduling and budgeting.
- Continue the exploration on the satellite deposits to increase the life of the plant.
- Source local earthworks and civil contractors and machinery.

# Exhibit QE–36

# Annual Information Form

AFRICO
RESOURCES LTD

**For the Fiscal Year Ended December 31, 2010**

**March 30, 2011**

## Table of Contents

**CAUTIONARY LANGUAGE REGARDING FORWARD-LOOKING INFORMATION ....1**

**ITEM 1 CORPORATE STRUCTURE ....2**
1.1 Name, Address and Incorporation ....2
1.2 Intercorporate Relationships ....2

**ITEM 2 GENERAL DEVELOPMENT OF THE BUSINESS ....3**
2.1 Overview ....3
2.2 History ....3
2.3 Significant Acquisitions ....4

**ITEM 3 NARRATIVE DESCRIPTION OF THE BUSINESS ....4**
3.1 General ....4
3.2 Material Contracts ....4
3.3 Competitive Conditions ....8
3.4 Environmental Protection ....8
3.5 Employees ....9
3.6 Foreign Operations ....10
3.7 Bankruptcy and Similar Procedures ....10
3.8 Reorganization ....10
3.9 Social or Environmental Policies ....10
3.10 Mineral Projects – The Kalukundi Property ....10
3.11 Management Update ....18
3.12 Risk Factors ....19

**ITEM 4 DIVIDENDS ....26**

**ITEM 5 DESCRIPTION OF CAPITAL STRUCTURE ....27**

**ITEM 6 MARKET FOR SECURITIES ....27**
6.1 Trading Price and Volume ....27
6.2 Prior Sales ....27

**ITEM 7 ESCROWED SECURITIES ....28**

**ITEM 8 DIRECTORS AND OFFICERS ....28**
8.1 Name, Occupation and Security Holding ....28
8.2 Cease Trade Orders, Bankruptcies, Penalties or Sanctions ....29
8.3 Conflicts of Interest ....30

**ITEM 9 AUDIT COMMITTEE ....30**
9.1 The Audit Committee's Charter ....30
9.2 Composition of the Audit Committee ....30
9.3 Relevant Education and Experience ....31
9.4 Pre-Approval Policies and Procedures ....31
9.5 External Auditor Service Fees ....31

**ITEM 10 INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS ....32**

**ITEM 11 TRANSFER AGENT AND REGISTRAR ....32**

**ITEM 12 MATERIAL CONTRACTS ....32**

**ITEM 13 INTERESTS OF EXPERTS ....32**

**ITEM 14 ADDITIONAL INFORMATION ....33**

**CHARTER FOR THE AUDIT COMMITTEE ....34**

**Financial Summary**

The overall operating costs for the plant and mining operation per tonne of ore mined are shown in Table 1.11_1.

**Table 1.11_1**
**Kalukundi Project**
**Overall Operating Costs – Average over Life of Mine**
**(Annualised at 801,000tpa)**

| Description | US$/t of ore |
|---|---|
| Mining | 4.32 |
| Process Plant and Infrastructure | 44.42 |
| General & Administration | 7.28 |
| **Total Operating Costs/t of ore** | **US$56.02** |

The investment in working capital and pre-production capital expenditure is US$166.6M plus pre-production stripping of US$6.85M. **[*Note: These costs and estimates are based on the work that was done in 2005 and 2006 and, on a going forward basis, will have to be reviewed by Africo based on current prices and conditions.*]**

The results of sensitivity analysis show that the Project is relatively insensitive to changes in working cost and capital expenditure. Only metal price changes have a substantial effect.

**Conclusions**

The results of the economic analysis indicate that exploitation of the Kalukundi deposits is economically viable and should proceed. Opportunities exist in most areas of the Project that will be more rigorously investigated during the detailed engineering phase and where appropriate will be incorporated into the Project.

The current financial models are based on the scenario of 100% equity financing for the Project. This, coupled with a conservatively projected base price of Copper and Cobalt gives a before tax IRR of 14.7%. No allowance has been made in the model for the effects and levels of debt financing available or required.

The anticipated Project payback time is less than four years.

Opportunities exist in most areas of the Project to be more rigorously investigated during the detailed engineering phase and to firm up certain assumptions, thereby mitigating and or removing some of the risks that have been identified during the FS.

**Recommendations**

The exploitation of the Kalukundi deposits should proceed.

It is recommended that Africo proceeds with:-

- Development of a detailed mine implementation program.
- Compilation of tender documents for mine contracting and subsequent tender process.
- Risk based geotechnical and geohydrological evaluation, which may lead to steepening of wall angles.
- Personnel recruitment, policies and procedures and training.
- More detailed or updates to mine design, scheduling and budgeting.
- Continue the exploration on the satellite deposits to increase the life of the plant.

# Exhibit QE-37

# Annual Information Form

AFRICO RESOURCES LTD

**For the Fiscal Year Ended December 31, 2011**

**March 29, 2012**

## Table of Contents


**CAUTIONARY LANGUAGE REGARDING FORWARD-LOOKING INFORMATION ..................1**

**ITEM 1 CORPORATE STRUCTURE ..................2**
1.1 Name, Address and Incorporation ..................2
1.2 Intercorporate Relationships ..................2

**ITEM 2 GENERAL DEVELOPMENT OF THE BUSINESS ..................3**
2.1 Overview ..................3
2.2 History ..................3
2.3 Significant Acquisitions ..................5

**ITEM 3 NARRATIVE DESCRIPTION OF THE BUSINESS ..................5**
3.1 General ..................5
3.2 Material Contracts ..................5
3.3 Competitive Conditions ..................9
3.4 Environmental Protection ..................9
3.5 Employees ..................10
3.6 Foreign Operations ..................10
3.7 Bankruptcy and Similar Procedures ..................11
3.8 Reorganization ..................11
3.9 Social or Environmental Policies ..................11
3.10 Mineral Projects – The Kalukundi Property ..................11
3.11 Management Update ..................19
3.12 Risk Factors ..................21

**ITEM 4 DIVIDENDS ..................28**

**ITEM 5 DESCRIPTION OF CAPITAL STRUCTURE ..................28**

**ITEM 6 MARKET FOR SECURITIES ..................29**
6.1 Trading Price and Volume ..................29
6.2 Prior Sales ..................29

**ITEM 7 ESCROWED SECURITIES ..................29**

**ITEM 8 DIRECTORS AND OFFICERS ..................30**
8.1 Name, Occupation and Security Holding ..................30
8.2 Cease Trade Orders, Bankruptcies, Penalties or Sanctions ..................31
8.3 Conflicts of Interest ..................31

**ITEM 9 AUDIT COMMITTEE ..................32**
9.1 The Audit Committee's Charter ..................32
9.2 Composition of the Audit Committee ..................32
9.3 Relevant Education and Experience ..................32
9.4 Pre-Approval Policies and Procedures ..................33
9.5 External Auditor Service Fees ..................33

**ITEM 10 INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS ..................33**

**ITEM 11 TRANSFER AGENT AND REGISTRAR ..................34**

**ITEM 12 MATERIAL CONTRACTS ..................34**

**ITEM 13 INTERESTS OF EXPERTS ..................34**

**ITEM 14 ADDITIONAL INFORMATION ..................34**

**CHARTER FOR THE AUDIT COMMITTEE ..................35**

**Financial Summary**

The overall operating costs for the plant and mining operation per tonne of ore mined are shown in Table 1.11_1.

**Table 1.11_1**
**Kalukundi Project**
**Overall Operating Costs – Average over Life of Mine**
**(Annualised at 801,000tpa)**

| Description | US$/t of ore |
|---|---|
| Mining | 4.32 |
| Process Plant and Infrastructure | 44.42 |
| General & Administration | 7.28 |
| **Total Operating Costs/t of ore** | **US$56.02** |

The investment in working capital and pre-production capital expenditure is US$166.6M plus pre-production stripping of US$6.85M. **[*Note: These costs and estimates are based on the work that was done in 2005 and 2006 and, on a going forward basis, will have to be reviewed by Africo based on current prices and conditions. In fact, based on preliminary indications provided to Africo by MDM Engineering, who is currently reviewing and updating Africo's planned increased throughput design update and cost revalidation of the project, it is anticipated that the pre-production capital expenditure will be substantially higher than previously estimated.*]**

The results of sensitivity analysis show that the Project is relatively insensitive to changes in working cost and capital expenditure. Only metal price changes have a substantial effect.

**Conclusions**

The results of the economic analysis indicate that exploitation of the Kalukundi deposits is economically viable and should proceed. Opportunities exist in most areas of the Project that will be more rigorously investigated during the detailed engineering phase and where appropriate will be incorporated into the Project.

The current financial models are based on the scenario of 100% equity financing for the Project. This, coupled with a conservatively projected base price of Copper and Cobalt gives a before tax IRR of 14.7%. No allowance has been made in the model for the effects and levels of debt financing available or required.

The anticipated Project payback time is less than four years.

Opportunities exist in most areas of the Project to be more rigorously investigated during the detailed engineering phase and to firm up certain assumptions, thereby mitigating and or removing some of the risks that have been identified during the FS.

**Recommendations**

The exploitation of the Kalukundi deposits should proceed.

It is recommended that Africo proceeds with:-

- Development of a detailed mine implementation program.
- Compilation of tender documents for mine contracting and subsequent tender process.
- Risk based geotechnical and geohydrological evaluation, which may lead to steepening of wall angles.
- Personnel recruitment, policies and procedures and training.
- More detailed or updates to mine design, scheduling and budgeting.

# Exhibit QE-38

# Annual Information Form

AFRICO RESOURCES LTD

**For the Fiscal Year Ended December 31, 2012**

**March 20, 2013**

**Table of Contents**


**CAUTIONARY LANGUAGE REGARDING FORWARD-LOOKING INFORMATION ....................1**

**ITEM 1 CORPORATE STRUCTURE ....................2**
1.1 Name, Address and Incorporation ....................2
1.2 Intercorporate Relationships ....................2

**ITEM 2 GENERAL DEVELOPMENT OF THE BUSINESS ....................3**
2.1 Overview ....................3
2.2 History ....................3
2.3 Significant Acquisitions ....................4

**ITEM 3 NARRATIVE DESCRIPTION OF THE BUSINESS ....................4**
3.1 General ....................4
3.2 Material Contracts ....................5
3.3 Competitive Conditions ....................9
3.4 Environmental Protection ....................9
3.5 Employees ....................10
3.6 Foreign Operations ....................10
3.7 Bankruptcy and Similar Procedures ....................10
3.8 Reorganization ....................10
3.9 Social or Environmental Policies ....................10
3.10 Mineral Projects – The Kalukundi Property ....................11
3.11 Management Update ....................18
3.12 Risk Factors ....................22

**ITEM 4 DIVIDENDS ....................30**

**ITEM 5 DESCRIPTION OF CAPITAL STRUCTURE ....................30**

**ITEM 6 MARKET FOR SECURITIES ....................31**
6.1 Trading Price and Volume ....................31
6.2 Prior Sales ....................31

**ITEM 7 ESCROWED SECURITIES ....................31**

**ITEM 8 DIRECTORS AND OFFICERS ....................32**
8.1 Name, Occupation and Security Holding ....................32
8.2 Cease Trade Orders, Bankruptcies, Penalties or Sanctions ....................33
8.3 Conflicts of Interest ....................34

**ITEM 9 AUDIT COMMITTEE ....................34**
9.1 The Audit Committee's Charter ....................34
9.2 Composition of the Audit Committee ....................34
9.3 Relevant Education and Experience ....................34
9.4 Pre-Approval Policies and Procedures ....................35
9.5 External Auditor Service Fees ....................35

**ITEM 10 INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS ....................36**

**ITEM 11 TRANSFER AGENT AND REGISTRAR ....................36**

**ITEM 12 MATERIAL CONTRACTS ....................36**

**ITEM 13 INTERESTS OF EXPERTS ....................36**

**ITEM 14 ADDITIONAL INFORMATION ....................37**

**CHARTER FOR THE AUDIT COMMITTEE ....................38**

**Financial Summary**

The overall operating costs for the plant and mining operation per tonne of ore mined are shown in Table 1.11_1.

**Table 1.11_1**
**Kalukundi Project**
**Overall Operating Costs – Average over Life of Mine**
**(Annualised at 801,000tpa)**

| Description | US$/t of ore |
|---|---|
| Mining | 4.32 |
| Process Plant and Infrastructure | 44.42 |
| General & Administration | 7.28 |
| **Total Operating Costs/t of ore** | **US$56.02** |

The investment in working capital and pre-production capital expenditure is US$166.6M plus pre-production stripping of US$6.85M. [***Note: These costs and estimates are based on the work that was done in 2005 and 2006 and, on a going forward basis, will have to be reviewed by Africo based on current prices and conditions. In fact, based on preliminary indications provided to Africo by MDM Engineering, who is currently reviewing and updating Africo's planned increased throughput design update and cost revalidation of the project, it is anticipated that the pre-production capital expenditure will be substantially higher than previously estimated.***]

The results of sensitivity analysis show that the Project is relatively insensitive to changes in working cost and capital expenditure. Only metal price changes have a substantial effect.

**Conclusions**

The results of the economic analysis indicate that exploitation of the Kalukundi deposits is economically viable and should proceed. Opportunities exist in most areas of the Project that will be more rigorously investigated during the detailed engineering phase and where appropriate will be incorporated into the Project.

The current financial models are based on the scenario of 100% equity financing for the Project. This, coupled with a conservatively projected base price of Copper and Cobalt gives a before tax IRR of 14.7%. No allowance has been made in the model for the effects and levels of debt financing available or required.

The anticipated Project payback time is less than four years.

Opportunities exist in most areas of the Project to be more rigorously investigated during the detailed engineering phase and to firm up certain assumptions, thereby mitigating and or removing some of the risks that have been identified during the FS.

**Recommendations**

The exploitation of the Kalukundi deposits should proceed.

It is recommended that Africo proceeds with:-

- Development of a detailed mine implementation program.
- Compilation of tender documents for mine contracting and subsequent tender process.
- Risk based geotechnical and geohydrological evaluation, which may lead to steepening of wall angles.
- Personnel recruitment, policies and procedures and training.
- More detailed or updates to mine design, scheduling and budgeting.

# Exhibit QE–39

# Annual Information Form

AFRICO RESOURCES LTD

**For the Fiscal Year Ended December 31, 2013**

**March 27, 2014**

## Table of Contents

**CAUTIONARY LANGUAGE REGARDING FORWARD-LOOKING INFORMATION ..................1**

**ITEM 1 CORPORATE STRUCTURE ..........2**
1.1 Name, Address and Incorporation ..........2
1.2 Intercorporate Relationships ..........2

**ITEM 2 GENERAL DEVELOPMENT OF THE BUSINESS ..........3**
2.1 Overview ..........3
2.2 History ..........3
2.3 Significant Acquisitions ..........4

**ITEM 3 NARRATIVE DESCRIPTION OF THE BUSINESS ..........5**
3.1 General ..........5
3.2 Material Contracts ..........5
3.3 Competitive Conditions ..........8
3.4 Environmental Protection ..........8
3.5 Employees ..........9
3.6 Foreign Operations ..........10
3.7 Bankruptcy and Similar Procedures ..........10
3.8 Reorganization ..........10
3.9 Social or Environmental Policies ..........10
3.10 Mineral Projects – The Kalukundi Property ..........10
3.11 Management Update ..........19
3.12 Risk Factors ..........24

**ITEM 4 DIVIDENDS ..........32**

**ITEM 5 DESCRIPTION OF CAPITAL STRUCTURE ..........32**

**ITEM 6 MARKET FOR SECURITIES ..........32**
6.1 Trading Price and Volume ..........32
6.2 Prior Sales ..........33

**ITEM 7 ESCROWED SECURITIES ..........33**

**ITEM 8 DIRECTORS AND OFFICERS ..........33**
8.1 Name, Occupation and Security Holding ..........33
8.2 Cease Trade Orders, Bankruptcies, Penalties or Sanctions ..........34
8.3 Conflicts of Interest ..........35

**ITEM 9 AUDIT COMMITTEE ..........35**
9.1 The Audit Committee's Charter ..........35
9.2 Composition of the Audit Committee ..........35
9.3 Relevant Education and Experience ..........35
9.4 Pre-Approval Policies and Procedures ..........36
9.5 External Auditor Service Fees ..........36

**ITEM 10 INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS ..........36**

**ITEM 11 TRANSFER AGENT AND REGISTRAR ..........37**

**ITEM 12 MATERIAL CONTRACTS ..........37**

**ITEM 13 INTERESTS OF EXPERTS ..........37**

**ITEM 14 ADDITIONAL INFORMATION ..........38**

**SCHEDULE A – SUMMARY OF THE AMEC ASSESSMENT**
**SCHEDULE B – CHARTER FOR THE AUDIT COMMITTEE**

The development capital cost of the Project has been estimated at US$166M***** and is based on an EPCM (engineering, procurement, construction and management) implementation strategy. The estimate includes owner's costs, working capital, and a contingency, totalling approximately US$12.23M.

****see Note in the Financial Summary***

**Financial Summary**

The overall operating costs for the plant and mining operation per tonne of ore mined are shown in Table 1.11_1.

**Table 1.11_1**
**Kalukundi Project**
**Overall Operating Costs – Average over Life of Mine**
**(Annualised at 801,000tpa)**

| **Description** | **US$/t of ore** |
|---|---|
| Mining | 4.32 |
| Process Plant and Infrastructure | 44.42 |
| General & Administration | 7.28 |
| **Total Operating Costs/t of ore** | **US$56.02** |

The investment in working capital and pre-production capital expenditure is US$166.6M plus pre-production stripping of US$6.85M. **[*Note: *These costs and estimates are based on the work that was done in 2005 and 2006 and, on a going forward basis, will have to be reviewed by Africo based on current prices and conditions. In fact, based on preliminary indications provided to Africo by MDM Engineering it is anticipated that the pre-production capital expenditure will be substantially higher than previously estimated.*]**

The results of sensitivity analysis show that the Project is relatively insensitive to changes in working cost and capital expenditure. Only metal price changes have a substantial effect.

**Conclusions**

The results of the economic analysis indicate that exploitation of the Kalukundi deposits is economically viable and should proceed. Opportunities exist in most areas of the Project that will be more rigorously investigated during the detailed engineering phase and where appropriate will be incorporated into the Project.

The current financial models are based on the scenario of 100% equity financing for the Project. This, coupled with a conservatively projected base price of Copper and Cobalt gives a before tax IRR of 14.7%. No allowance has been made in the model for the effects and levels of debt financing available or required.

The anticipated Project payback time is less than four years.

Opportunities exist in most areas of the Project to be more rigorously investigated during the detailed engineering phase and to firm up certain assumptions, thereby mitigating and or removing some of the risks that have been identified during the FS.

**Recommendations**

The exploitation of the Kalukundi deposits should proceed.

It is recommended that Africo proceeds with:

- Development of a detailed mine implementation program.
- Compilation of tender documents for mine contracting and subsequent tender process.

# Exhibit QE-40

# Annual Information Form

AFRICO RESOURCES LTD

**For the Fiscal Year Ended December 31, 2014**

**March 23, 2015**

## Table of Contents

**CAUTIONARY LANGUAGE REGARDING FORWARD-LOOKING INFORMATION** .................1

**ITEM 1 CORPORATE STRUCTURE** .................2
1.1 Name, Address and Incorporation .................2
1.2 Intercorporate Relationships .................2

**ITEM 2 GENERAL DEVELOPMENT OF THE BUSINESS** .................3
2.1 Overview .................3
2.2 History .................3
2.3 Significant Acquisitions .................3

**ITEM 3 NARRATIVE DESCRIPTION OF THE BUSINESS** .................3
3.1 General .................3
3.2 Material Contracts .................4
3.3 Competitive Conditions .................7
3.4 Environmental Protection .................7
3.5 Employees .................8
3.6 Foreign Operations .................8
3.7 Bankruptcy and Similar Procedures .................8
3.8 Reorganization .................8
3.9 Social or Environmental Policies .................9
3.10 Mineral Projects – The Kalukundi Property .................9
3.11 Management Update .................17
3.12 Risk Factors .................22

**ITEM 4 DIVIDENDS** .................30

**ITEM 5 DESCRIPTION OF CAPITAL STRUCTURE** .................30

**ITEM 6 MARKET FOR SECURITIES** .................30
6.1 Trading Price and Volume .................30
6.2 Prior Sales .................31

**ITEM 7 ESCROWED SECURITIES** .................31

**ITEM 8 DIRECTORS AND OFFICERS** .................31
8.1 Name, Occupation and Security Holding .................31
8.2 Cease Trade Orders, Bankruptcies, Penalties or Sanctions .................32
8.3 Conflicts of Interest .................33

**ITEM 9 AUDIT COMMITTEE** .................33
9.1 The Audit Committee's Charter .................33
9.2 Composition of the Audit Committee .................33
9.3 Relevant Education and Experience .................34
9.4 Pre-Approval Policies and Procedures .................34
9.5 External Auditor Service Fees .................34

**ITEM 10 INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS** .................35

**ITEM 11 TRANSFER AGENT AND REGISTRAR** .................35

**ITEM 12 MATERIAL CONTRACTS** .................35

**ITEM 13 INTERESTS OF EXPERTS** .................35

**ITEM 14 ADDITIONAL INFORMATION** .................36

**SCHEDULE A – SUMMARY OF THE AMEC ASSESSMENT**
**SCHEDULE B – CHARTER FOR THE AUDIT COMMITTEE**

The development capital cost of the Project has been estimated at US$166M* and is based on an EPCM (engineering, procurement, construction and management) implementation strategy. The estimate includes owner's costs, working capital, and a contingency, totalling approximately US$12.23M.

***see Note in the Financial Summary***

**Financial Summary**

The overall operating costs for the plant and mining operation per tonne of ore mined are shown in Table 1.11_1.

**Table 1.11_1**
**Kalukundi Project**
**Overall Operating Costs – Average over Life of Mine**
**(Annualised at 801,000tpa)**

| Description | US$/t of ore |
|---|---|
| Mining | 4.32 |
| Process Plant and Infrastructure | 44.42 |
| General & Administration | 7.28 |
| **Total Operating Costs/t of ore** | **US$56.02** |

The investment in working capital and pre-production capital expenditure is US$166.6M plus pre-production stripping of US$6.85M. **[*Note: *These costs and estimates are based on the work that was done in 2005 and 2006 and, on a going forward basis, will have to be reviewed by Africo based on current prices and conditions. In fact, based on preliminary indications provided to Africo by MDM Engineering it is anticipated that the pre-production capital expenditure will be substantially higher than previously estimated.*]**

The results of sensitivity analysis show that the Project is relatively insensitive to changes in working cost and capital expenditure. Only metal price changes have a substantial effect.

**Conclusions**

The results of the economic analysis indicate that exploitation of the Kalukundi deposits is economically viable and should proceed. Opportunities exist in most areas of the Project that will be more rigorously investigated during the detailed engineering phase and where appropriate will be incorporated into the Project.

The current financial models are based on the scenario of 100% equity financing for the Project. This, coupled with a conservatively projected base price of Copper and Cobalt gives a before tax IRR of 14.7%. No allowance has been made in the model for the effects and levels of debt financing available or required.

The anticipated Project payback time is less than four years.

Opportunities exist in most areas of the Project to be more rigorously investigated during the detailed engineering phase and to firm up certain assumptions, thereby mitigating and or removing some of the risks that have been identified during the FS.

**Recommendations**

The exploitation of the Kalukundi deposits should proceed.

It is recommended that Africo proceeds with:

- Development of a detailed mine implementation program.
- Compilation of tender documents for mine contracting and subsequent tender process.
- Risk based geotechnical and geohydrological evaluation, which may lead to steepening of wall angles.

# Exhibit QE-41

# Annual Information Form

AFRICO RESOURCES LTD

**For the Fiscal Year Ended December 31, 2015**

**March 16, 2016**

**Table of Contents**


**CAUTIONARY LANGUAGE REGARDING FORWARD-LOOKING INFORMATION .................. 1**

| | | |
|---|---|---|
| **ITEM 1** | **CORPORATE STRUCTURE** | **2** |
| 1.1 | Name, Address and Incorporation | 2 |
| 1.2 | Intercorporate Relationships | 2 |
| **ITEM 2** | **GENERAL DEVELOPMENT OF THE BUSINESS** | **3** |
| 2.1 | Overview | 3 |
| 2.2 | History | 3 |
| 2.3 | Significant Acquisitions | 3 |
| **ITEM 3** | **NARRATIVE DESCRIPTION OF THE BUSINESS** | **3** |
| 3.1 | General | 3 |
| 3.2 | Material Contracts | 4 |
| 3.3 | Competitive Conditions | 7 |
| 3.4 | Environmental Protection | 7 |
| 3.5 | Employees | 8 |
| 3.6 | Foreign Operations | 8 |
| 3.7 | Bankruptcy and Similar Procedures | 8 |
| 3.8 | Reorganization | 8 |
| 3.9 | Social or Environmental Policies | 9 |
| 3.10 | Mineral Projects – The Kalukundi Property | 9 |
| 3.11 | Management Update | 17 |
| 3.12 | Risk Factors | 22 |
| **ITEM 4** | **DIVIDENDS** | **30** |
| **ITEM 5** | **DESCRIPTION OF CAPITAL STRUCTURE** | **31** |
| **ITEM 6** | **MARKET FOR SECURITIES** | **31** |
| 6.1 | Trading Price and Volume | 31 |
| 6.2 | Prior Sales | 31 |
| **ITEM 7** | **ESCROWED SECURITIES** | **31** |
| **ITEM 8** | **DIRECTORS AND OFFICERS** | **32** |
| 8.1 | Name, Occupation and Security Holding | 32 |
| 8.2 | Cease Trade Orders, Bankruptcies, Penalties or Sanctions | 33 |
| 8.3 | Conflicts of Interest | 33 |
| **ITEM 9** | **AUDIT COMMITTEE** | **34** |
| 9.1 | The Audit Committee's Charter | 34 |
| 9.2 | Composition of the Audit Committee | 34 |
| 9.3 | Relevant Education and Experience | 34 |
| 9.4 | Pre-Approval Policies and Procedures | 35 |
| 9.5 | External Auditor Service Fees | 35 |
| **ITEM 10** | **INTEREST OF MANAGEMENT AND OTHERS IN MATERIAL TRANSACTIONS** | **35** |
| **ITEM 11** | **TRANSFER AGENT AND REGISTRAR** | **36** |
| **ITEM 12** | **MATERIAL CONTRACTS** | **36** |
| **ITEM 13** | **INTERESTS OF EXPERTS** | **36** |
| **ITEM 14** | **ADDITIONAL INFORMATION** | **37** |

**SCHEDULE A – SUMMARY OF THE AMEC ASSESSMENT**
**SCHEDULE B – CHARTER FOR THE AUDIT COMMITTEE**

The development capital cost of the Project has been estimated at US$166M* and is based on an EPCM (engineering, procurement, construction and management) implementation strategy. The estimate includes owner's costs, working capital, and a contingency, totalling approximately US$12.23M.

***see Note in the Financial Summary***

**Financial Summary**

The overall operating costs for the plant and mining operation per tonne of ore mined are shown in Table 1.11_1.

**Table 1.11_1**
**Kalukundi Project**
**Overall Operating Costs – Average over Life of Mine**
**(Annualised at 801,000tpa)**

| **Description** | **US$/t of ore** |
|---|---|
| Mining | 4.32 |
| Process Plant and Infrastructure | 44.42 |
| General & Administration | 7.28 |
| **Total Operating Costs/t of ore** | **US$56.02** |

The investment in working capital and pre-production capital expenditure is US$166.6M plus pre-production stripping of US$6.85M. **[*Note: *These costs and estimates are based on the work that was done in 2005 and 2006 and, on a going forward basis, will have to be reviewed by Africo based on current prices and conditions. In fact, based on preliminary indications provided to Africo by MDM Engineering it is anticipated that the pre-production capital expenditure will be substantially higher than previously estimated.*]**

The results of sensitivity analysis show that the Project is relatively insensitive to changes in working cost and capital expenditure. Only metal price changes have a substantial effect.

**Conclusions**

The results of the economic analysis indicate that exploitation of the Kalukundi deposits is economically viable and should proceed. Opportunities exist in most areas of the Project that will be more rigorously investigated during the detailed engineering phase and where appropriate will be incorporated into the Project.

The current financial models are based on the scenario of 100% equity financing for the Project. This, coupled with a conservatively projected base price of Copper and Cobalt gives a before tax IRR of 14.7%. No allowance has been made in the model for the effects and levels of debt financing available or required.

The anticipated Project payback time is less than four years.

Opportunities exist in most areas of the Project to be more rigorously investigated during the detailed engineering phase and to firm up certain assumptions, thereby mitigating and or removing some of the risks that have been identified during the FS.

**Recommendations**

The exploitation of the Kalukundi deposits should proceed.

It is recommended that Africo proceeds with:

- Development of a detailed mine implementation program.
- Compilation of tender documents for mine contracting and subsequent tender process.
- Risk based geotechnical and geohydrological evaluation, which may lead to steepening of wall angles.

# Exhibit QE–42

DUFF & PHELPS

# 2019 Valuation Handbook

## International Guide to Cost of Capital

Market Results Through December 2018 and March 2019

## United States Long-Horizon Equity Risk Premia*

in U.S. Dollars (USD, which is also the "local" currency)
in Percent

| End Date | Start Date 1926 | 1930 | 1935 | 1940 | 1945 | 1950 | 1955 | 1960 | 1965 | 1970 | 1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2010 | 2015 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1970 | 8.7 | 7.9 | 10.1 | 9.6 | 10.2 | 10.4 | 6.6 | 3.8 | 0.2 | -2.9 | | | | | | | | | | |
| 1971 | 8.7 | 7.9 | 10.0 | 9.6 | 10.1 | 10.3 | 6.7 | 3.9 | 1.3 | 2.5 | | | | | | | | | | |
| 1972 | 8.8 | 8.0 | 10.1 | 9.7 | 10.2 | 10.4 | 7.0 | 4.6 | 2.8 | 6.1 | | | | | | | | | | |
| 1973 | 8.2 | 7.3 | 9.3 | 8.8 | 9.2 | 9.1 | 5.5 | 2.8 | 0.1 | -0.7 | | | | | | | | | | |
| 1974 | 7.3 | 6.4 | 8.2 | 7.6 | 7.7 | 7.4 | 3.6 | 0.4 | -3.3 | -7.3 | | | | | | | | | | |
| 1975 | 7.8 | 6.9 | 8.7 | 8.2 | 8.4 | 8.2 | 4.8 | 2.2 | -0.3 | -1.2 | 29.2 | | | | | | | | | |
| 1976 | 7.9 | 7.1 | 8.9 | 8.4 | 8.7 | 8.5 | 5.3 | 3.0 | 1.1 | 1.2 | 22.6 | | | | | | | | | |
| 1977 | 7.6 | 6.6 | 8.4 | 7.8 | 8.0 | 7.7 | 4.5 | 2.0 | -0.1 | -0.7 | 10.3 | | | | | | | | | |
| 1978 | 7.3 | 6.5 | 8.1 | 7.5 | 7.7 | 7.4 | 4.2 | 1.8 | -0.2 | -0.8 | 7.4 | | | | | | | | | |
| 1979 | 7.4 | 6.6 | 8.2 | 7.6 | 7.7 | 7.5 | 4.4 | 2.2 | 0.6 | 0.3 | 7.9 | | | | | | | | | |
| 1980 | 7.6 | 6.9 | 8.6 | 8.0 | 8.2 | 7.9 | 5.1 | 3.2 | 1.8 | 2.3 | 10.3 | 22.5 | | | | | | | | |
| 1981 | 7.2 | 6.4 | 8.0 | 7.4 | 7.5 | 7.2 | 4.3 | 2.3 | 0.8 | 0.7 | 6.5 | 3.0 | | | | | | | | |
| 1982 | 7.2 | 6.4 | 8.0 | 7.4 | 7.5 | 7.2 | 4.5 | 2.6 | 1.2 | 1.3 | 6.7 | 4.7 | | | | | | | | |
| 1983 | 7.3 | 6.6 | 8.0 | 7.5 | 7.5 | 7.4 | 4.7 | 3.0 | 1.7 | 2.1 | 7.3 | 6.6 | | | | | | | | |
| 1984 | 7.1 | 6.3 | 7.8 | 7.2 | 7.3 | 7.0 | 4.4 | 2.6 | 1.4 | 1.6 | 6.0 | 4.2 | | | | | | | | |
| 1985 | 7.3 | 6.6 | 8.0 | 7.5 | 7.6 | 7.4 | 4.9 | 3.3 | 2.3 | 2.7 | 7.3 | 6.9 | 20.5 | | | | | | | |
| 1986 | 7.4 | 6.6 | 8.1 | 7.6 | 7.7 | 7.4 | 5.1 | 3.5 | 2.6 | 3.2 | 7.5 | 7.3 | 15.1 | | | | | | | |
| 1987 | 7.2 | 6.5 | 7.9 | 7.3 | 7.4 | 7.2 | 4.8 | 3.3 | 2.4 | 2.8 | 6.7 | 6.0 | 9.2 | | | | | | | |
| 1988 | 7.2 | 6.5 | 7.9 | 7.3 | 7.4 | 7.2 | 4.9 | 3.5 | 2.6 | 3.1 | 6.8 | 6.2 | 8.8 | | | | | | | |
| 1989 | 7.5 | 6.8 | 8.1 | 7.7 | 7.8 | 7.6 | 5.4 | 4.1 | 3.4 | 4.1 | 7.9 | 7.9 | 11.6 | | | | | | | |
| 1990 | 7.2 | 6.5 | 7.8 | 7.3 | 7.4 | 7.1 | 5.0 | 3.6 | 2.5 | 3.3 | 6.7 | 6.1 | 7.8 | -11.3 | | | | | | |
| 1991 | 7.4 | 6.7 | 8.0 | 7.6 | 7.7 | 7.5 | 5.4 | 4.2 | 3.6 | 4.2 | 7.6 | 7.5 | 9.9 | 5.5 | | | | | | |
| 1992 | 7.3 | 6.6 | 7.9 | 7.4 | 7.5 | 7.3 | 5.3 | 4.1 | 3.5 | 4.0 | 7.2 | 5.9 | 8.7 | 3.8 | | | | | | |
| 1993 | 7.2 | 6.6 | 7.8 | 7.4 | 7.4 | 7.2 | 5.2 | 4.1 | 3.4 | 4.0 | 7.0 | 5.6 | 8.0 | 3.6 | | | | | | |
| 1994 | 7.0 | 6.4 | 7.6 | 7.1 | 7.2 | 6.9 | 5.0 | 3.8 | 3.2 | 3.6 | 6.4 | 5.9 | 6.7 | 1.8 | | | | | | |
| 1995 | 7.4 | 6.7 | 8.0 | 7.5 | 7.6 | 7.4 | 5.6 | 4.5 | 4.0 | 4.6 | 7.5 | 7.4 | 8.8 | 6.5 | 30.0 | | | | | |
| 1996 | 7.5 | 6.9 | 8.1 | 7.7 | 7.8 | 7.6 | 5.8 | 4.8 | 4.4 | 5.1 | 7.9 | 7.9 | 9.5 | 8.0 | 23.4 | | | | | |
| 1997 | 7.8 | 7.2 | 8.4 | 8.0 | 8.2 | 8.0 | 6.3 | 5.4 | 5.1 | 5.9 | 8.7 | 9.0 | 10.8 | 10.3 | 24.6 | | | | | |
| 1998 | 8.0 | 7.4 | 8.6 | 8.3 | 8.4 | 8.3 | 6.7 | 5.9 | 5.6 | 6.4 | 9.3 | 9.7 | 11.7 | 11.7 | 24.1 | | | | | |
| 1999 | 8.1 | 7.5 | 8.7 | 8.4 | 8.5 | 8.5 | 6.9 | 6.1 | 5.9 | 6.7 | 9.6 | 10.0 | 11.9 | 12.1 | 22.3 | | | | | |
| 2000 | 7.8 | 7.2 | 8.4 | 8.0 | 8.1 | 8.0 | 6.4 | 5.6 | 5.3 | 6.0 | 8.6 | 8.8 | 10.2 | 9.5 | 16.0 | -15.6 | | | | |
| 2001 | 7.4 | 6.9 | 8.0 | 7.6 | 7.7 | 7.5 | 5.9 | 5.0 | 4.7 | 5.3 | 7.6 | 7.6 | 8.6 | 7.3 | 11.2 | -16.5 | | | | |
| 2002 | 7.0 | 6.4 | 7.5 | 7.0 | 7.1 | 6.8 | 5.2 | 4.3 | 3.8 | 4.3 | 6.4 | 6.0 | 6.6 | 4.6 | 6.4 | -20.2 | | | | |
| 2003 | 7.2 | 6.6 | 7.7 | 7.3 | 7.4 | 7.2 | 5.6 | 4.7 | 4.3 | 4.9 | 7.0 | 6.8 | 7.5 | 6.0 | 8.3 | -9.2 | | | | |
| 2004 | 7.2 | 6.6 | 7.7 | 7.3 | 7.3 | 7.1 | 5.6 | 4.7 | 4.4 | 4.9 | 6.9 | 6.7 | 7.4 | 6.0 | 8.1 | -6.2 | | | | |
| 2005 | 7.1 | 6.5 | 7.6 | 7.2 | 7.2 | 7.0 | 5.5 | 4.6 | 4.3 | 4.8 | 6.7 | 6.5 | 7.0 | 5.6 | 7.4 | -6.1 | 0.2 | | | |
| 2006 | 7.1 | 6.6 | 7.6 | 7.2 | 7.3 | 7.1 | 5.6 | 4.8 | 4.4 | 4.9 | 6.9 | 6.7 | 7.2 | 5.9 | 7.7 | -2.8 | 5.7 | | | |
| 2007 | 7.1 | 6.6 | 7.5 | 7.1 | 7.2 | 7.0 | 5.5 | 4.7 | 4.4 | 4.8 | 6.7 | 6.4 | 6.9 | 5.6 | 7.1 | -2.4 | 4.0 | | | |
| 2008 | 6.5 | 5.9 | 6.9 | 6.4 | 6.4 | 6.2 | 4.6 | 3.7 | 3.3 | 3.6 | 5.2 | 4.0 | 4.9 | 3.2 | 3.7 | -6.7 | -7.4 | | | |
| 2009 | 6.7 | 6.1 | 7.1 | 6.7 | 6.7 | 6.4 | 5.0 | 4.1 | 3.8 | 4.1 | 5.8 | 5.4 | 5.6 | 4.2 | 5.0 | -3.7 | -1.3 | | | |
| 2010 | 6.7 | 6.2 | 7.1 | 6.7 | 6.7 | 6.5 | 5.1 | 4.3 | 3.9 | 4.3 | 5.9 | 5.6 | 5.8 | 4.5 | 5.3 | -2.4 | 0.7 | 10.8 | | |
| 2011 | 6.6 | 6.1 | 7.0 | 6.6 | 6.6 | 6.4 | 4.9 | 4.2 | 3.8 | 4.1 | 5.7 | 5.3 | 5.6 | 4.2 | 4.9 | -2.4 | 0.4 | 4.5 | | |
| 2012 | 6.7 | 6.2 | 7.1 | 6.7 | 6.7 | 6.5 | 5.1 | 4.3 | 4.0 | 4.4 | 5.9 | 5.6 | 5.9 | 4.6 | 5.4 | -1.1 | 2.0 | 7.5 | | |
| 2013 | 7.0 | 6.4 | 7.4 | 7.0 | 7.0 | 6.8 | 5.5 | 4.8 | 4.5 | 4.9 | 6.5 | 6.3 | 6.7 | 5.6 | 6.7 | 1.1 | 5.1 | 13.0 | | |
| 2014 | 7.0 | 6.5 | 7.4 | 7.0 | 7.1 | 6.9 | 5.6 | 4.9 | 4.6 | 5.0 | 6.6 | 6.4 | 6.8 | 5.8 | 6.8 | 1.7 | 5.5 | 12.5 | | |
| 2015 | 6.9 | 6.4 | 7.3 | 6.9 | 7.0 | 6.8 | 5.5 | 4.8 | 4.5 | 4.9 | 6.4 | 6.2 | 6.5 | 5.6 | 6.5 | 1.5 | 5.0 | 10.2 | -1.1 | |
| 2016 | 6.9 | 6.4 | 7.3 | 7.0 | 7.0 | 6.8 | 5.5 | 4.9 | 4.6 | 5.0 | 6.5 | 6.3 | 6.6 | 5.7 | 6.6 | 2.0 | 5.4 | 10.1 | 4.3 | |
| 2017 | 7.1 | 6.6 | 7.5 | 7.1 | 7.2 | 7.0 | 5.8 | 5.1 | 4.9 | 5.3 | 6.8 | 6.6 | 7.0 | 6.2 | 7.1 | 2.9 | 6.4 | 11.3 | 9.2 | |
| 2018 | 6.9 | 6.4 | 7.3 | 7.0 | 7.0 | 6.8 | 5.6 | 4.9 | 4.7 | 5.1 | 6.5 | 6.3 | 6.6 | 5.7 | 6.6 | 2.4 | 5.5 | 9.2 | 5.1 | -7.2 |

* S&P 500 total returns minus long-term U.S. government bond income returns.
**Source of underlying data:** 1) Morningstar, Inc. Used with permission. All rights reserved. 2) International Monetary Fund (data.imf.org).

# Exhibit QE−43

FOURTH EDITION

# CORPORATE FINANCE



Berk/DeMarzo

# CORPORATE FINANCE

FOURTH EDITION

JONATHAN BERK
STANFORD UNIVERSITY

PETER DeMARZO
STANFORD UNIVERSITY



Pearson

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 408 of 759 PageID #: 2196



**COMMON MISTAKE** **Is Debt Better Than Equity?**

It is not uncommon to hear people say that because debt has a lower cost of capital than equity, a firm can reduce its overall WACC by increasing the amount of debt financing. If this strategy works, shouldn't a firm take on as much debt as possible, at least as long as the debt is not risky?

This argument ignores the fact that even if the debt is risk free and the firm will not default, adding leverage increases the risk of the equity. Given the increase in risk, equity holders will demand a higher risk premium and, therefore, a higher expected return. The increase in the cost of equity exactly offsets the benefit of a greater reliance on the cheaper debt capital, so that the firm's overall cost of capital remains unchanged.

## Computing the WACC with Multiple Securities

We calculated the firm's unlevered cost of capital and WACC in Eqs. 14.6 and 14.7 assuming that the firm has issued only two types of securities (equity and debt). If the firm's capital structure is more complex, however, then $r_U$ and $r_{wacc}$ are calculated by computing the weighted average cost of capital of *all* of the firm's securities.

**EXAMPLE 14.6** **WACC with Multiple Securities**

**Problem**

Compute the WACC for the entrepreneur's project with the capital structure described in Example 14.3.

**Solution**

Because the firm has three securities in its capital structure (debt, equity, and the warrant), its weighted average cost of capital is the average return it must pay these three groups of investors:

$$r_{wacc} = r_U = \frac{E}{E+D+W} r_E + \frac{D}{E+D+W} r_D + \frac{W}{E+D+W} r_W$$

From Example 14.3, we know $E = 440$, $D = 500$, and $W = 60$. What are the expected returns for each security? Given the cash flows of the firm, the debt is risk free and has an expected return of $r_D = 5\%$. The warrant has an expected payoff of $\frac{1}{2}(\$210) + \frac{1}{2}(\$0) = \$105$, so its expected return is $r_w = \$105/\$60 - 1 = 75\%$. Equity has a payoff of $(\$1400 - \$525 - \$210) = \$665$ when cash flows are high and $(\$900 - \$525) = \$375$ when cash flows are low; thus, its expected payoff is $\frac{1}{2}(\$665) + \frac{1}{2}(\$375) = \$520$. The expected return for equity is then $r_E = \$520/\$440 - 1 = 18.18\%$. We can now compute the WACC:

$$r_{wacc} = \frac{\$440}{\$1000}(18.18\%) + \frac{\$500}{\$1000}(5\%) + \frac{\$60}{\$1000}(75\%) = 15\%$$

Once again, the firm's WACC and unlevered cost of capital is 15%, the same as if it were all-equity financed.

## Levered and Unlevered Betas

Note that Eqs. 14.6 and 14.7 for the weighted-average cost of capital match our calculation in Chapter 12 of a firm's unlevered cost of capital. There, we showed that a firm's unlevered or asset beta is the weighted average of its equity and debt beta:

$$\beta_U = \frac{E}{E+D}\beta_E + \frac{D}{E+D}\beta_D \tag{14.8}$$

Recall that the unlevered beta measures the market risk of the firm's underlying assets, and thus can be used to assess the cost of capital for comparable investments. When a firm changes its capital structure without changing its investments, its unlevered beta will remain unaltered. However, its equity beta will change to reflect the effect of the capital structure change on its risk.[4] Let's rearrange Eq. 14.8 to solve for $\beta_E$:

$$\beta_E = \beta_U + \frac{D}{E}(\beta_U - \beta_D) \tag{14.9}$$

Eq. 14.9 is analogous to Eq. 14.5, with beta replacing the expected returns. It shows that the firm's equity beta also increases with leverage.

## EXAMPLE 14.7 Betas and Leverage

### Problem

Suppose drug retailer CVS has an equity beta of 0.8 and a debt-equity ratio of 0.1. Estimate its asset beta assuming its debt beta is zero. Suppose CVS were to increase its leverage so that its debt-equity ratio was 0.5. Assuming its debt beta were still zero, what would you expect its equity beta to be after the increase in leverage?

### Solution

We can estimate the unlevered or asset beta for CVS using Eq. 14.8:

$$\beta_U = \frac{E}{E+D}\beta_E + \frac{D}{E+D}\beta_D = \frac{1}{1+D/E}\beta_E = \frac{1}{1+0.1} \times 0.8 = 0.73$$

With the increase in leverage, CVS's equity beta will increase according to Eq. 14.9:

$$\beta_E = \beta_U + \frac{D}{E}(\beta_U - \beta_D) = 0.73 + 0.5(0.73 - 0) = 1.09$$

Thus, CVS's equity beta (and equity cost of capital) will increase with leverage. Note that if CVS's debt beta also increased, the impact of leverage on its equity beta would be somewhat lower—if debt holders share some of the firm's market risk, the equity holders will need to bear less of it.

The assets on a firm's balance sheet include any holdings of cash or risk-free securities. Because these holdings are risk-free, they reduce the risk—and therefore the required risk premium—of the firm's assets. For this reason, holding excess cash has the opposite effect of leverage on risk and return. From this standpoint, we can view cash as negative debt. Thus, as we stated in Chapter 12, when we are trying to assess a firm's enterprise value—its business assets separate from any cash holdings—it is natural to measure leverage in terms of the firm's net debt, which is its debt less its holdings of excess cash or short-term investments.

[4] The relationship between leverage and equity betas was developed by R. Hamada in "The Effect of the Firm's Capital Structure on the Systematic Risk of Common Stocks," *Journal of Finance* 27(2) (1972): 435–452; and by M. Rubinstein in "A Mean-Variance Synthesis of Corporate Financial Theory," *Journal of Finance* 28(1) (1973): 167–181.

## EXAMPLE 14.8 Cash and the Cost of Capital

### Problem

In August 2015, Cisco Systems had a market capitalization of $140 billion. It had debt of $25.4 billion as well as cash and short-term investments of $60.4 billion. Its equity beta was 1.09 and its debt beta was approximately zero. What was Cisco's enterprise value at the time? Given a risk-free rate of 2% and a market risk premium of 5%, estimate the unlevered cost of capital of Cisco's business.

### Solution

Because Cisco had $25.4 billion in debt and $60.4 billion in cash, Cisco's net debt = $25.4 − $60.4 billion = −$35.0 billion. Its enterprise value was therefore $140 billion − $35 billion = $105 billion.

Given a zero beta for its net debt, Cisco's unlevered beta was

$$\beta_U = \frac{E}{E+D}\beta_E + \frac{D}{E+D}\beta_D = \frac{\$140}{\$105}(1.09) + \frac{-\$35}{\$105}(0) = 1.45$$

and we can estimate its unlevered cost of capital as $r_U = 2\% + 1.45 \times 5\% = 9.25\%$. Note that because of its cash holdings, Cisco's equity is less risky than its underlying business.

## CONCEPT CHECK

1. How do we compute the weighted average cost of capital of a firm?
2. With perfect capital markets, as a firm increases its leverage, how does its debt cost of capital change? Its equity cost of capital? Its weighted average cost of capital?

## NOBEL PRIZE Franco Modigliani and Merton Miller

Franco Modigliani and Merton Miller, the authors of the Modigliani-Miller Propositions, have each won the Nobel Prize in economics for their work in financial economics, including their capital structure propositions. Modigliani won the Nobel Prize in 1985 for his work on personal savings and for his capital structure theorems with Miller. Miller earned his prize in 1990 for his analysis of portfolio theory and capital structure.

Miller once described the MM propositions in an interview this way:

> *People often ask: Can you summarize your theory quickly? Well, I say, you understand the M&M theorem if you know why this is a joke: The pizza delivery man comes to Yogi Berra after the game and says, "Yogi, how do you want this pizza cut, into quarters or eighths?" And Yogi says, "Cut it in eight pieces. I'm feeling hungry tonight."*
>
> *Everyone recognizes that's a joke because obviously the number and shape of the pieces don't affect the size of the pizza. And similarly, the stocks, bonds, warrants, et cetera, issued don't affect the aggregate value of the firm. They just slice up the underlying earnings in different ways.**

Modigliani and Miller each won the Nobel Prize in large part for their observation that the value of a firm should be unaffected by its capital structure in perfect capital markets. While the intuition underlying the MM propositions may be as simple as slicing pizza, their implications for corporate finance are far-reaching. The propositions imply that the true role of a firm's financial policy is to deal with (and potentially exploit) financial market imperfections such as taxes and transactions costs. Modigliani and Miller's work began a long line of research into these market imperfections, which we look at over the next several chapters.

*Peter J. Tanous, *Investment Gurus* (Prentice Hall Press, 1997).

# Exhibit QE–44

# Country Risk Components, the Cost of Capital, and Returns in Emerging Markets

**Campbell R. Harvey**[a,b]

[a]Duke University, Durham, NC 27708
[b]National Bureau of Economic Research, Cambridge, MA

**Abstract**

This paper examines the importance of political risk, the financial risk, and economic risk in portfolio and direct investment decisions. In addition, the components of each of these risk measures are examined. First, I explore whether any of these measures contain information about future expected stock returns by conducting trading simulations. Second, I show the relation between these measures and implied costs of capital based on earnings forecasts. My results suggest that the country risk measures are correlated future equity returns – but only in emerging markets. These results are consistent with emerging markets being to some degree segmented from world capital markets.

## Introduction

What is country risk and how should it impact global investment strategies? I explore the information in Political Risk Services' International Country Risk Guide (ICRG). These measures include political risk, economic risk and financial risk. The ICRG also reports a measure of composite risk which is a simple function of the three base indices. In contrast to previous work, I also explore the components of each of the three categories.

The first part of my analysis investigates the link between these country risk measures and some more standard measures of risk. I investigate whether there is a correlation between a country's beta versus the MSCI world index and country risk ratings. While beta is a standard risk measure for integrated capital markets, many have found the world beta model inadequate to characterize risk in emerging markets. As an alternative, I also investigate the relation between the country risk measure and equity volatility. Finally, I consider return skewness and its relation to country risk.

Next, I explore whether the risk indices contain information about future expected returns. This analysis is conducted in two ways. First, I form a portfolio of countries with low risk ratings (more risky) and a portfolio of countries with high risk ratings (less risky). I find that there is, indeed, information about expected equity returns in these measures. However, the information is only useful for trading strategies involving emerging markets

The trading strategies are based on historical returns. In the final part of the paper, I examine the relation between country risk measures and the implied cost of capital. The implied cost of capital is the discount rate that makes a company's expected cash flows (based on analysts forecasts' of earnings) exactly equal the current stock price. Hence, the implied cost of capital is based on ex ante rather than historical data. There is a significant relation between the country risk and the implied cost of capital which is consistent with the results of the trading strategies. Again, the relation is only significant for emerging markets.

## Measuring Country Risk

There are many services that measure country risk. The research of Erb, Harvey, and Viskanta (1996) details the correlation between the different measures (which includes Moody's, Standard and Poors, Institutional Investor and Political Risk Services: International Country Risk Guide (ICRG). In this chapter, I concentrate on the ICRG data. Indeed, Erb, Harvey, and Viskanta show that the ICRG data which is available on a monthly frequency is able to predict changes in the Institutional Investor measure which is available only semi-annually.

### *International Country Risk Guide*

ICRG compiles monthly data on a variety of political, financial and economic risk factors to calculate risk indices in each of these categories as well as a composite risk index. Five financial, 12 political and five economic factors are used. Each factor is assigned a numerical rating within a specified range. The specified allowable range for each factor reflects the weight attributed to that factor. A higher score indicates lesser risk.

Political risk assessment scores are based on subjective staff analysis of available information. Economic risk assessment scores are based upon objective analysis of quantitative data and financial risk assessment scores are based upon analysis of a mix of quantitative and qualitative information.

Calculation of the three individual indices is simply a matter of summing up the point scores for each factor within each risk category. The composite rating is a linear combination of the three individual indices' point scores. Note that the political risk measure (100 points) is given twice the weight of financial and economic risk (50 points each). ICRG, as well as many of the other providers, think of country risk as being composed of two primary components: ability to pay and willingness to pay. Political risk is associated with a willingness to pay while financial and economic risks are associated with an ability to pay.

The specific factors taken into account for each risk index are detailed in Table 1. While previous research has examined the information in the broad categories (i.e. Political, Economic, and Financial), one of the goals of this chapter is to examine the information in the components of each of these categories. For example, how important is Law and Order in the Political Risk versus Investment Profile?

## Summary Data Analysis

### *Variation in risk measures*

Our analysis focuses on over 100 countries. I segment the countries into three groups: All countries, developed countries, and emerging. In the financial analysis, I will reduce the number of countries by focusing only on those with equity markets.

Figure 1 presents time-series graphs of the equally weighted risk indices for three groups over the January 1984-July 2004 period. The equally-weighted measures for the developed countries (Panel A) exhibit remarkably little variation through time. The ICRG financial and economic measures remain about the same throughout the sample.[1] The analysis for the emerging countries and all countries (Panels B and C) is different. Generally, all of the risk rating measures increase over the sample. Obviously, the increase in rating for the all countries sample is driven by the emerging markets.

### *Mean reversion of risk ratings*

The cross-sectional behavior of the risk measures is explored in Figure 2. I graph the January 1984 risk level against the change in the risk level up to July 2004. There appears to be cross-sectional mean reversion in the risk measures. Those countries that began with a very low risk rating tend to improve. Those countries with a high rating have remained at the high level or slightly deteriorated.

The cross-sectional behavior of ratings is further explored in Figure 3. In panel A, I consider the change in the Financial, Economic, Political and Composite ratings for emerging, developed, countries with equity markets and all countries. It is clear from this

---

[1] Notice a drop in the ICRG Financial rating in September 1997. This is a result of a reorganization of the components. A smaller drop is evident in the ICRG Composite on the same date.

graph that there has been minimal change in the ratings for developed countries – most of the improvement has occurred in emerging markets.

The next three panels of Figure 3 examine the components of each of three risk measures. In Panel B, it is evident that most of the improvement in the financial rating in emerging countries versus developed countries is due to improved exchange rate stability and more favorable debt service ratios. Panel C shows that the relative improvement over developed countries for the economic ratings is being driven by improved capital account as a percentage of GDP, improved budget balances, reduced inflation and more robust GDP growth. Panel D shows significant gains in democratic accountability, reduced external conflict and a sharp improvement in government stability in the political risk category.

### *Comovement of risk ratings*

Table 2A details the correlation of the various risk measures. The upper triangle of the matrix reports the correlation based on changes in rating and the lower triangle reports the correlation of the levels. The correlations are calculated by staking all country observations together.

The correlations are not as high as one might expect. Obviously, the correlation between the composite and the political rating is the highest because, by definition, the political rating is 50% of the composite. The highest cross-correlation of the levels of the three ICRG components is 80%. The correlations for the changes in risk levels are all very small.

Table 2A also examines the components of each risk measure. Similar to the aggregated measures, the subcomponents show high correlations in levels and low correlations when examined as components.

Table 2B shows that stacking all country observations produces higher correlations compared to averaging correlations across the different countries. However, the flavor of the results is unchanged.

### *Persistence of risk ratings*

Table 3 shows the degree of persistence in the log changes in the risk measures and the subcomponents. I report the average autocorrelations. I present the results by all, developed and emerging countries. In addition, I report the number of countries with autocorrelations that are significantly above or below zero.

For the composite, economic, political, and financial measures, there is very little evidence of persistence in the developed markets. Of the 26 countries, for example, only two show significant autocorrelation in the changes in the Political Risk ratings. The emerging markets present a similar story. Of the 119 countries, only 6 show significant changes in the Political Risk ratings – about what one would expect by random chance.

While changes in the Political, Economic and Financial ratings are generally unpredictable, the story changes when the components are examined. Many of these components are quite stable. A long string of zeros often induces significant autocorrelations. It is best to interpret this as persistence in the component risk levels.

## Risk Ratings and Returns

### *Risk ratings and price moments*

Table 4 provides a correlation analysis of the ratings with mean returns, volatility, beta and skewness. In this table, I only examine countries with equity markets. First, I examine the beta which is calculated against the Morgan Stanley Capital International World Index. The correlation of the composite risk measure and beta is positive and is 0.16 for in the all country sample. In addition, the positive correlation is driven by the emerging markets in the sample. The sign of the correlation is exactly the opposite of what one would expect (low rated countries which are presumably risky have the lowest beta risk). Figure 4 which graphs the betas against the average risk measures. This positive relation is largely due to the fact that a number emerging markets have very low betas with respect to the world market portfolio [see Harvey (1995)]. Panels A-D show the developed markets. The relation between betas and ratings is flat for all but the two countries with the lowest ratings. Panels E-H show the emerging markets. While the relation is weak, some of the lowest rated countries have lower betas. The picture in Figure 4 contrasts with a similar graph in Erb, Harvey and Viskanta (1996) which showed a much sharper positive relation between beta and rating. The reason is simple. Over the past 10 years, these emerging markets have become more integrated with world capital markets. With increased integration, their betas with respect to the world tend to increase [see Bekaert and Harvey (2000)] and hence flatten out the slopes in Panels E-H.

Figure 5 shows that there is a sharp negative correlation between volatility and the risk measures. This closely squares with intuition. The lowest (highest) rated countries have the highest (lowest) equity return volatility. This volatility is robust across all risk measures. We observe a negative relation for developed markets in Panels A-D and emerging markets in Panels E-H.

Figure 6 explores the relation between return skewness and risk ratings. High risk countries might experience big upside or downside risk that manifests itself in skewness. I find that there is generally a negative relation between the risk ratings and skew. The lowest rated countries have the most potential for a big positive surprise. Interestingly, this relation is robust across both developed (Panels A-D) and emerging markets (Panels E-H). However, the relation with skewness presents somewhat of a puzzle. Markets with positive skew should have low expected returns -- investors like positive skew and should bid up prices thereby lowering expected returns. But this is not what we observe. The lower rated countries have both higher expected returns and positive skewness. Nevertheless, there are two important caveats. First, the negative relation in Panels A-D for the developed countries is influenced by a few lower rated countries. Second, the relation in Panels E-H for the emerging markets while negative is only weakly negative.

### *What type of risk is priced?*

Table 4 suggests that there is a relation between average return and average rating. One way to analyze this relation is to form a portfolio strategy based on ratings changes. One version of this strategy is analyzed in Diamonte, Liew and Stevens (1996). They form two portfolios: upgrade and downgrade based on the ICRG political risk measure. Importantly, their strategy is ex post - rather than ex ante. That is, their strategy is only investable if you knew in advance what next month's rating would be.

For the analysis in Table 5, I form three portfolios based on ratings levels: low, medium and high. The portfolios are rebalanced every six months. Based on the sort, I hold the portfolio for the next month and then re-sort. My method is predictive because the portfolios are formed based on past information.[2] As with other tables, I consider all, developed and emerging countries for the portfolio strategies. I consider the broad country risk categories as well as subcomponents.

I report summary statistics (mean, standard deviation and beta with respect to the MSCI world) for each of the three categories (low, medium and high) as well as summary statistics for the hedge portfolio (long position in low rating portfolio and a short position in the high ratings countries). If the country risk measures are priced, I would expect to see a positive return in the hedge portfolio. That is, if the high risk (low rating) is rewarded then I should see the high risk portfolio produce a greater return than the low risk portfolio.

I start with the developed countries. There is little evidence that the country risk measures are priced in developed markets. Indeed, the hedge portfolio average return is slightly negative for the ICRG Composite risk measure. Looking across the components and subcomponents, there is little evidence that any of these risk measures commands a premium. This evidence is consistent with the low cross-country variation in country risk in developed markets being a diversifiable type of risk for investors.

The emerging markets present a much different picture of the importance of country risk. The composite, financial and economic risk ratings produce large average hedge portfolio returns. The hedge portfolios based on the financial and economic risk measures produce average annual returns exceeding 13% per annum (the mean returns in the table are monthly returns). The composite produces a more modest 9% per annum return. The reason that the composite produces a lower return is the negative return associated with the political risk variable.

This is where the analysis of components becomes useful. Not all the categories of political risk produce negative hedge returns. The drivers of the negative returns are P5, P7, P8 and P9 which represent, External Conflict, Military in Politics, Religion in Politics, and Law and Order. There are three components, P1, P3, and P4 (Government Stability, Investment Profile, and Internal Conflict) that produce hedge returns of more than 12% per year.

One might think that the positive returns are simply a result of high beta risk in the hedge portfolio. The results in Table 5 suggest that this is not the case. For the emerging markets, the betas are *negative* for each of the economic, financial, and political categories. As a result, the 'alphas' or risk adjusted hedge returns would be even greater than what is presented in the table.

The evidence in Table 5 suggests that country risk is priced – but only in emerging markets. This evidence is consistent with Bekaert and Harvey (1995, 2000) analysis of the factors that impact expected returns in integrated and segmented markets.

---

[2] An alternative approach, pursued in Erb, Harvey and Viskanta (1996) is to form portfolios based on past changes in the ratings. This strategy is also predictive – but does not take the level of the rating into account.

### *Country risk and the cost of capital*

The hedge portfolio evidence in Table 5 suggests that country risk is an important driver of expected returns in emerging markets – but the analysis is based on past returns. Unfortunately, it is difficult to measure expected returns. Hail and Leuz (2004) calculate implied costs of capital for a number companies in emerging and developed markets. They aggregate the costs of capital to the country level. This provides an interesting, independent sample to test some of the results in Table 5.

One can think of the implied cost of capital in terms of a dividend discount model. In this model, the stock price is equal to the future dividends discounted by the cost of capital. The implied cost of capital model uses earnings forecasts to determine the future dividends. Given we know the current stock price, I solve for the cost of capital, i.e. the discount rate that matches the present value of the dividends with the current stock price. This is very similar to a yield to maturity. Given we know the bond coupon and the current bond price, the yield to maturity is the discount rate that turns the present value of the coupons and final principal exactly into today's bond price.

Figures 8A,B examine the cross-sectional relation between the implied costs of capital and the Composite and Political Risk ratings in developed markets. Consistent with the analysis in Table 5, there is no significant relation between the risk measures and the expected returns.

Figures 9A,B focus on the emerging markets. For these countries, there is a highly significant negative relation between the risk measures and the implied cost of capital. Lower ratings (higher risk) is associated with higher expected returns. This corroborates my analysis in Table 5 that country risk is important for emerging markets.

## Conclusions

The goal of this research is to explore the economic content of country risk measures and their components. I focused on the monthly political, financial, economic and composite risk ratings from the International Country Risk Guide. My analysis suggests that there is considerable information contained in the ICRG composite, financial and economic ratings, and their components. For example, when I form portfolios based on the risk ratings, I find abnormal returns in the range of 10% per year.

I present new results based on the components of the risk measures. For example, trading strategies based on the aggregate political risk rating can be improved by looking at the 12 components of the political risk rating.

Finally, I present evidence that the country risk measures are most useful for the analysis of emerging rather than developed markets. This is consistent with developed markets being fully integrated into world capital markets. For investors concentrating their portfolio in developed markets, fluctuations in country risk can be 'diversified' away and this is the reason that the country-risk measures do not command a premium. The story is different in emerging markets. These markets are rarely fully integrated and investors face non-diversifiable risk. For emerging markets, country risk is rewarded. I document this by showing that trading strategies that load up on higher country risk (but controlling for beta risk) command higher returns. To strengthen my case, show there is a strong correlation

between country risk and expected returns in emerging markets using implied costs of capital based on forecasted earnings in these markets.

Overall, country risk is rewarded in emerging markets. However, not all country risks are rewarded equally. This analysis has particular implications for calculating the costs of capital for direct investment in emerging markets – as well as implications for portfolio investments in emerging markets.

## Acknowledgements

I appreciate the help of Jie Yang valuable research assistance and the comments of Sam Wilkin.

## References

Bekaert, Geert and Campbell Harvey, 1995, Time-Varying World Market Integration, *Journal of Finance*, 403-444.

Bekaert, Geert and Campbell Harvey, 2000, Foreign Speculators and Emerging Equity Markets, with Geert Bekaert, *Journal of Finance*, 565-613.

Dimonte, Robin, John M. Liew and Ross L. Stevens, 1996, Political Risk in Emerging and Developed Markets, *Financial Analysts Journal* 52, May/June, 71-76

Erb, Claude, Campbell R. Harvey and Tadas Viskanta, 1996, Political Risk, Financial Risk and Economic Risk, *Financial Analysts Journal*, 52, November/December, 28-46.

Hail, Luzi and Christian Leuz, 2004, International differences in the cost of equity capital: Do legal institutions and securities regulation matter? Working paper, University of Pennsylvania.

**Table 1. Critical Factors in the ICRG Rating System**

| Factor | Points | Percentage of Individual Index | Percentage of Composite | Label |
|---|---|---|---|---|
| *Political* | | | | |
| Government Stability | 12 | 12 | 6 | P1 |
| Socioeconomic Conditions | 12 | 12 | 6 | P2 |
| Investment Profile | 12 | 12 | 6 | P3 |
| Internal Conflict | 12 | 12 | 6 | P4 |
| External Conflict | 12 | 12 | 6 | P5 |
| Corruption | 6 | 6 | 3 | P6 |
| Military in Politics | 6 | 6 | 3 | P7 |
| Religion in Politics | 6 | 6 | 3 | P8 |
| Law and Order | 6 | 6 | 3 | P9 |
| Ethnic Tensions | 6 | 6 | 3 | P10 |
| Democratic Accountability | 6 | 6 | 3 | P11 |
| Bureaucracy Quality | 4 | 4 | 2 | P12 |
| Total political points | 100 | 100 | 50 | |
| | | | | |
| *Financial* | | | | |
| Foreign Debt as a Percentage of GDP | 10 | 20 | 5 | F1 |
| Foreign Debt Service as a Percentage of Exports of Goods and | 10 | 20 | 5 | F3 |
| Current Account as a Percentage of Exports of Goods and Services | 15 | 30 | 7.5 | F4 |
| Net International Liquidity as Months of Import Cover | 5 | 10 | 2.5 | F5 |
| Exchange Rate Stability | 10 | 20 | 5 | F2 |
| Total financial points | 50 | 100 | 25 | |
| | | | | |
| *Economic* | | | | |
| GDP Per Head | 5 | 10 | 2.5 | E1 |
| Real GDP Growth | 10 | 20 | 5 | E2 |
| Annual Inflation Rate | 10 | 20 | 5 | E3 |
| Budget Balance as a Percentage of GDP | 10 | 20 | 5 | E4 |
| Current Account as a Percentage of GDP | 15 | 30 | 7.5 | E5 |
| Total economic points | 50 | 100 | 25 | |
| Overall Points | 200 | | 100 | |

**Table 2A Correlations of Risk Measure Levels and Changes, Monthly Observations, January 1984-July 2004**
(no. of obs: 21821)

| Source | ICRG C | ICRG P | ICRG F | ICRG E | P1 | P2 | P3 | P4 | P5 | P6 | P7 | P8 | P9 | P10 | P11 | P12 | F1 | F2 | F3 | F4 | F5 | E1 | E2 | E3 | E4 | E5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICRGC | | 0.61 | 0.56 | 0.53 | 0.33 | 0.25 | 0.28 | 0.28 | 0.25 | 0.11 | 0.12 | 0.10 | 0.16 | 0.15 | 0.13 | 0.05 | 0.28 | 0.29 | 0.14 | 0.29 | 0.10 | 0.20 | 0.28 | 0.21 | 0.28 | 0.33 |
| ICRGP | 0.95 | | 0.12 | 0.03 | 0.54 | 0.34 | 0.46 | 0.47 | 0.41 | 0.18 | 0.20 | 0.17 | 0.27 | 0.25 | 0.24 | 0.09 | 0.09 | 0.04 | 0.01 | 0.00 | 0.01 | 0.17 | 0.21 | 0.02 | 0.23 | 0.24 |
| ICRGF | 0.92 | 0.80 | | 0.07 | 0.06 | 0.10 | 0.05 | 0.05 | 0.05 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 | 0.44 | 0.61 | 0.08 | 0.17 | 0.08 | 0.05 | 0.09 | 0.02 | 0.11 | 0.19 |
| ICRGE | 0.83 | 0.67 | 0.75 | | 0.02 | 0.04 | 0.02 | 0.01 | 0.01 | 0.00 | 0.01 | 0.00 | 0.01 | 0.01 | -0.02 | 0.00 | 0.05 | -0.01 | 0.18 | 0.40 | 0.13 | 0.15 | 0.25 | 0.36 | 0.21 | 0.20 |
| P1 | 0.56 | 0.58 | 0.50 | 0.41 | | 0.06 | 0.08 | 0.14 | 0.08 | 0.05 | 0.07 | 0.01 | 0.08 | 0.06 | 0.05 | 0.01 | 0.05 | 0.02 | 0.02 | 0.01 | 0.01 | 0.04 | 0.05 | 0.02 | 0.04 | 0.06 |
| P2 | 0.72 | 0.70 | 0.62 | 0.62 | 0.26 | | 0.11 | 0.05 | 0.04 | 0.00 | 0.02 | 0.02 | 0.05 | 0.03 | 0.02 | 0.02 | 0.08 | 0.03 | 0.02 | 0.01 | 0.01 | 0.06 | 0.09 | 0.02 | 0.09 | 0.09 |
| P3 | 0.70 | 0.71 | 0.59 | 0.57 | 0.61 | 0.58 | | 0.07 | 0.11 | 0.00 | 0.02 | -0.01 | 0.03 | 0.02 | 0.05 | -0.01 | 0.06 | 0.01 | 0.01 | 0.02 | 0.00 | 0.36 | 0.44 | 0.01 | 0.49 | 0.54 |
| P4 | 0.80 | 0.85 | 0.67 | 0.54 | 0.48 | 0.50 | 0.49 | | 0.16 | 0.06 | 0.09 | 0.08 | 0.16 | 0.20 | 0.08 | 0.02 | 0.03 | 0.02 | -0.01 | 0.02 | 0.00 | 0.01 | 0.02 | 0.01 | 0.01 | 0.01 |
| P5 | 0.63 | 0.67 | 0.56 | 0.40 | 0.34 | 0.32 | 0.37 | 0.63 | | 0.02 | 0.06 | 0.04 | 0.08 | 0.08 | 0.04 | 0.00 | 0.05 | 0.01 | 0.00 | 0.01 | 0.01 | 0.03 | 0.03 | 0.00 | 0.04 | 0.03 |
| P6 | 0.59 | 0.64 | 0.48 | 0.37 | 0.16 | 0.49 | 0.27 | 0.48 | 0.34 | | 0.03 | 0.03 | 0.07 | 0.06 | 0.05 | 0.04 | 0.01 | 0.01 | -0.01 | 0.01 | 0.00 | 0.00 | -0.02 | 0.01 | -0.01 | -0.02 |
| P7 | 0.74 | 0.78 | 0.62 | 0.51 | 0.27 | 0.54 | 0.48 | 0.64 | 0.45 | 0.60 | | 0.03 | 0.08 | 0.06 | 0.09 | 0.02 | 0.02 | 0.00 | 0.01 | -0.01 | 0.00 | 0.00 | 0.00 | 0.02 | 0.01 | 0.00 |
| P8 | 0.44 | 0.54 | 0.34 | 0.19 | 0.17 | 0.26 | 0.24 | 0.48 | 0.43 | 0.36 | 0.41 | | 0.08 | 0.08 | 0.00 | 0.00 | 0.01 | 0.01 | -0.01 | -0.01 | 0.00 | 0.01 | 0.00 | 0.00 | -0.01 | 0.01 |
| P9 | 0.80 | 0.83 | 0.69 | 0.57 | 0.43 | 0.57 | 0.47 | 0.76 | 0.49 | 0.63 | 0.66 | 0.40 | | 0.16 | 0.04 | 0.02 | 0.02 | 0.00 | -0.01 | 0.00 | 0.01 | 0.01 | 0.01 | 0.00 | 0.01 | 0.00 |
| P10 | 0.58 | 0.64 | 0.49 | 0.33 | 0.34 | 0.36 | 0.31 | 0.64 | 0.44 | 0.40 | 0.46 | 0.43 | 0.58 | | 0.03 | 0.03 | 0.02 | 0.01 | 0.00 | 0.02 | 0.00 | -0.01 | 0.00 | 0.00 | -0.01 | -0.01 |
| P11 | 0.61 | 0.68 | 0.48 | 0.38 | 0.22 | 0.40 | 0.42 | 0.48 | 0.45 | 0.60 | 0.62 | 0.35 | 0.51 | 0.35 | | 0.10 | 0.01 | 0.02 | -0.01 | 0.00 | 0.00 | 0.02 | 0.02 | -0.02 | 0.01 | 0.02 |
| P12 | 0.77 | 0.77 | 0.67 | 0.60 | 0.29 | 0.65 | 0.49 | 0.56 | 0.40 | 0.68 | 0.69 | 0.30 | 0.68 | 0.39 | 0.65 | | 0.01 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 | -0.01 | -0.01 | -0.02 | -0.02 |
| F1 | 0.76 | 0.66 | 0.82 | 0.63 | 0.29 | 0.64 | 0.44 | 0.53 | 0.39 | 0.47 | 0.57 | 0.31 | 0.59 | 0.41 | 0.40 | 0.62 | | 0.04 | 0.03 | 0.03 | 0.00 | 0.14 | 0.03 | -0.01 | 0.07 | 0.12 |
| F2 | 0.68 | 0.59 | 0.73 | 0.56 | 0.59 | 0.36 | 0.60 | 0.50 | 0.39 | 0.21 | 0.38 | 0.22 | 0.48 | 0.35 | 0.32 | 0.41 | 0.43 | | 0.00 | 0.01 | 0.02 | -0.11 | 0.08 | 0.00 | -0.03 | 0.01 |
| F3 | 0.30 | 0.26 | 0.31 | 0.27 | 0.28 | 0.16 | 0.28 | 0.18 | 0.26 | 0.01 | 0.12 | 0.13 | 0.17 | 0.09 | 0.16 | 0.18 | 0.19 | 0.24 | | 0.05 | 0.01 | 0.01 | 0.00 | 0.03 | 0.01 | 0.02 |
| F4 | 0.50 | 0.38 | 0.48 | 0.62 | 0.19 | 0.38 | 0.30 | 0.29 | 0.30 | 0.22 | 0.31 | 0.06 | 0.27 | 0.20 | 0.26 | 0.39 | 0.41 | 0.23 | 0.14 | | 0.00 | 0.01 | 0.02 | 0.01 | 0.03 | 0.14 |
| F5 | 0.42 | 0.31 | 0.43 | 0.48 | 0.24 | 0.31 | 0.34 | 0.23 | 0.12 | 0.17 | 0.22 | -0.01 | 0.28 | 0.23 | 0.17 | 0.28 | 0.34 | 0.31 | 0.01 | 0.28 | | 0.00 | 0.02 | 0.02 | 0.01 | 0.00 |
| E1 | 0.58 | 0.57 | 0.46 | 0.52 | 0.12 | 0.78 | 0.47 | 0.39 | 0.21 | 0.47 | 0.50 | 0.24 | 0.48 | 0.28 | 0.36 | 0.60 | 0.59 | 0.18 | 0.09 | 0.32 | 0.26 | | 0.20 | 0.00 | 0.45 | 0.46 |
| E2 | 0.52 | 0.48 | 0.49 | 0.48 | 0.70 | 0.26 | 0.71 | 0.35 | 0.26 | 0.06 | 0.23 | 0.11 | 0.32 | 0.19 | 0.22 | 0.24 | 0.26 | 0.65 | 0.29 | 0.18 | 0.26 | 0.08 | | 0.07 | 0.40 | 0.45 |
| E3 | 0.66 | 0.55 | 0.58 | 0.75 | 0.41 | 0.46 | 0.53 | 0.43 | 0.29 | 0.22 | 0.38 | 0.16 | 0.45 | 0.24 | 0.29 | 0.45 | 0.43 | 0.57 | 0.21 | 0.32 | 0.30 | 0.31 | 0.48 | | -0.01 | 0.01 |
| E4 | 0.68 | 0.62 | 0.61 | 0.64 | 0.57 | 0.55 | 0.72 | 0.44 | 0.32 | 0.27 | 0.41 | 0.18 | 0.45 | 0.28 | 0.32 | 0.45 | 0.48 | 0.54 | 0.25 | 0.39 | 0.29 | 0.47 | 0.65 | 0.47 | | 0.55 |
| E5 | 0.66 | 0.58 | 0.65 | 0.61 | 0.65 | 0.46 | 0.74 | 0.41 | 0.32 | 0.17 | 0.36 | 0.15 | 0.39 | 0.25 | 0.25 | 0.41 | 0.49 | 0.60 | 0.29 | 0.46 | 0.33 | 0.38 | 0.71 | 0.46 | 0.77 | |

**Table 2B. Correlations of Risk Measure Levels and Changes, Monthly Observations, January 1984-July 2004**

| Source | ICRG C | ICRG P | ICRG F | ICRG E |
|---|---|---|---|---|
| Averaging Over Countries | | | | |
| ICRGC | | 0.61 | 0.54 | 0.55 |
| ICRGP | 0.80 | | 0.10 | 0.03 |
| ICRGF | 0.70 | 0.39 | | 0.07 |
| ICRGE | 0.64 | 0.35 | 0.34 | |
| Stacking all Observations | | | | |
| ICRGC | | 0.61 | 0.56 | 0.53 |
| ICRGP | 0.95 | | 0.12 | 0.03 |
| ICRGF | 0.92 | 0.80 | | 0.07 |
| ICRGE | 0.83 | 0.67 | 0.75 | |

**Table 3. Persistence of Risk Measures, First-Order Autocorrelations of Log Rating Changes, Monthly Observations, January 1984-July 2004**

| | All Countries | | | | | | Developed Countries | | | | | | Emerging Countries | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Source | No. Obs | Average | No. Sig Above | No. Sig Below | Minimum | Maximum | No. Obs | Average | No. Sig Above | No. Sig Below | Minimum | Maximum | No. Obs | Average | No. Sig Above | No. Sig Below | Minimum | Maximum |
| ICRGC | 145 | -0.03 | 3 | 5 | -0.50 | 0.28 | 26 | -0.09 | 1 | 0 | -0.27 | 0.15 | 119 | -0.02 | 3 | 4 | -0.50 | 0.28 |
| ICRGP | 145 | 0.03 | 4 | 2 | -0.48 | 0.33 | 26 | 0.01 | 1 | 1 | -0.16 | 0.21 | 119 | 0.04 | 4 | 2 | -0.48 | 0.33 |
| ICRGF | 145 | -0.05 | 3 | 3 | -0.49 | 0.23 | 26 | -0.11 | 1 | 0 | -0.28 | 0.14 | 119 | -0.04 | 3 | 4 | -0.49 | 0.23 |
| ICRGE | 145 | -0.09 | 2 | 6 | -0.50 | 0.22 | 26 | -0.16 | 0 | 0 | -0.40 | 0.03 | 119 | -0.07 | 2 | 5 | -0.50 | 0.22 |
| P1 | 145 | -0.02 | 2 | 3 | -0.40 | 0.41 | 26 | -0.03 | 1 | 1 | -0.21 | 0.16 | 119 | -0.02 | 2 | 3 | -0.40 | 0.41 |
| P2 | 145 | -0.01 | 3 | 6 | -0.39 | 0.17 | 26 | -0.02 | 1 | 1 | -0.17 | 0.12 | 119 | -0.01 | 3 | 4 | -0.39 | 0.17 |
| P3 | 145 | -0.02 | 2 | 7 | -0.42 | 0.18 | 26 | -0.01 | 1 | 1 | -0.14 | 0.11 | 119 | -0.02 | 2 | 7 | -0.42 | 0.18 |
| P4 | 143 | -0.02 | 5 | 5 | -0.37 | 0.50 | 25 | -0.03 | 2 | 1 | -0.33 | 0.20 | 119 | -0.02 | 3 | 4 | -0.37 | 0.50 |
| P5 | 143 | -0.02 | 5 | 8 | -0.42 | 0.30 | 26 | -0.04 | 0 | 2 | -0.42 | 0.08 | 118 | -0.01 | 5 | 6 | -0.39 | 0.30 |
| P6 | 135 | -0.02 | 12 | 8 | -0.37 | 0.15 | 25 | -0.01 | 1 | 1 | -0.24 | 0.00 | 110 | -0.02 | 11 | 7 | -0.37 | 0.15 |
| P7 | 106 | -0.02 | 42 | 5 | -0.50 | 0.47 | 11 | -0.09 | 15 | 2 | -0.50 | 0.00 | 95 | -0.02 | 27 | 4 | -0.46 | 0.47 |
| P8 | 108 | -0.02 | 40 | 5 | -0.50 | 0.44 | 17 | -0.04 | 9 | 1 | -0.25 | 0.00 | 91 | -0.02 | 31 | 4 | -0.50 | 0.44 |
| P9 | 122 | -0.01 | 27 | 5 | -0.49 | 0.33 | 16 | 0.00 | 11 | 1 | -0.35 | 0.26 | 106 | -0.01 | 15 | 5 | -0.49 | 0.33 |
| P10 | 127 | -0.03 | 19 | 8 | -0.50 | 0.31 | 24 | -0.03 | 2 | 1 | -0.50 | 0.00 | 103 | -0.03 | 17 | 8 | -0.39 | 0.31 |
| P11 | 130 | -0.04 | 15 | 10 | -0.50 | 0.15 | 17 | -0.06 | 9 | 1 | -0.50 | 0.00 | 113 | -0.03 | 6 | 8 | -0.50 | 0.15 |
| P12 | 100 | -0.02 | 46 | 6 | -0.58 | 0.25 | 14 | -0.09 | 12 | 1 | -0.58 | 0.00 | 86 | -0.01 | 35 | 3 | -0.50 | 0.25 |
| F1 | 144 | 0.00 | 5 | 5 | -0.42 | 0.49 | 26 | -0.01 | 1 | 1 | -0.42 | 0.49 | 118 | 0.00 | 4 | 3 | -0.35 | 0.41 |
| F2 | 145 | -0.09 | 3 | 3 | -0.52 | 0.54 | 26 | -0.19 | 0 | 0 | -0.42 | 0.10 | 119 | -0.07 | 2 | 5 | -0.52 | 0.54 |
| F3 | 137 | -0.03 | 8 | 7 | -0.49 | 0.07 | 25 | -0.03 | 1 | 2 | -0.19 | 0.00 | 112 | -0.03 | 7 | 7 | -0.49 | 0.07 |
| F4 | 144 | -0.05 | 1 | 11 | -0.50 | 0.10 | 26 | -0.12 | 0 | 1 | -0.44 | 0.04 | 118 | -0.04 | 1 | 5 | -0.50 | 0.10 |
| F5 | 125 | -0.09 | 21 | 7 | -0.48 | 0.22 | 26 | -0.17 | 0 | 1 | -0.44 | 0.00 | 99 | -0.08 | 21 | 5 | -0.48 | 0.22 |
| E1 | 142 | -0.04 | 5 | 5 | -0.48 | 0.21 | 26 | 0.01 | 0 | 1 | -0.35 | 0.17 | 116 | -0.06 | 4 | 4 | -0.48 | 0.21 |
| E2 | 145 | 0.00 | 3 | 5 | -0.42 | 0.39 | 26 | -0.03 | 0 | 1 | -0.25 | 0.10 | 119 | 0.01 | 2 | 4 | -0.42 | 0.39 |
| E3 | 142 | -0.04 | 5 | 7 | -0.43 | 0.26 | 26 | -0.08 | 0 | 2 | -0.43 | 0.04 | 116 | -0.03 | 5 | 5 | -0.41 | 0.26 |
| E4 | 145 | -0.10 | 1 | 9 | -0.60 | 0.21 | 26 | -0.10 | 0 | 1 | -0.41 | 0.16 | 119 | -0.10 | 1 | 8 | -0.60 | 0.21 |
| E5 | 145 | -0.07 | 1 | 7 | -0.54 | 0.36 | 26 | -0.05 | 1 | 1 | -0.35 | 0.17 | 119 | -0.07 | 1 | 6 | -0.54 | 0.36 |

Note: Significance at 95% based on 2 standard deviations.

**Table 4. Sample-Period Correlation between Average Risk Measures and Price Moments**

| | All Countries | | | | Developed Countries | | | | Emerging Countries | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Risk Measures | Geometric Return | Volatility | Skewness | Beta - MSCI World | Geometric Return | Volatility | Skewness | Beta - MSCI World | Geometric Return | Volatility | Skewness | Beta - MSCI World |
| ICRGC | 0.25 | -0.55 | -0.38 | 0.16 | 0.15 | -0.52 | -0.45 | 0.07 | -0.12 | -0.28 | -0.15 | 0.16 |
| ICRGP | 0.34 | -0.48 | -0.34 | 0.17 | 0.13 | -0.50 | -0.39 | -0.03 | 0.11 | -0.15 | -0.08 | 0.21 |
| ICRGF | 0.17 | -0.56 | -0.41 | 0.17 | 0.18 | -0.52 | -0.47 | 0.18 | -0.28 | -0.33 | -0.21 | 0.14 |
| ICRGE | 0.05 | -0.58 | -0.37 | 0.08 | 0.13 | -0.33 | -0.40 | 0.22 | -0.41 | -0.40 | -0.18 | -0.01 |
| P1 | 0.10 | -0.42 | -0.36 | 0.02 | 0.19 | -0.44 | -0.41 | 0.02 | -0.19 | -0.26 | -0.18 | -0.04 |
| P2 | 0.07 | -0.62 | -0.36 | 0.02 | 0.05 | -0.56 | -0.46 | -0.06 | -0.38 | -0.44 | -0.11 | -0.06 |
| P3 | 0.21 | -0.62 | -0.38 | 0.07 | 0.29 | -0.61 | -0.40 | 0.05 | -0.18 | -0.45 | -0.20 | 0.00 |
| P4 | 0.27 | -0.27 | -0.18 | 0.23 | 0.06 | -0.20 | -0.17 | -0.06 | 0.09 | 0.06 | 0.06 | 0.30 |
| P5 | 0.41 | -0.16 | -0.09 | 0.24 | 0.17 | -0.46 | -0.20 | -0.05 | 0.40 | 0.18 | 0.18 | 0.36 |
| P6 | 0.33 | -0.52 | -0.35 | 0.11 | 0.00 | -0.19 | -0.33 | 0.04 | 0.11 | -0.28 | -0.13 | 0.07 |
| P7 | 0.44 | -0.44 | -0.37 | 0.20 | 0.08 | -0.47 | -0.37 | 0.02 | 0.32 | -0.08 | -0.20 | 0.23 |
| P8 | 0.41 | -0.18 | -0.23 | 0.27 | 0.25 | -0.06 | -0.05 | -0.02 | 0.32 | 0.06 | -0.14 | 0.32 |
| P9 | 0.30 | -0.42 | -0.29 | 0.14 | 0.07 | -0.52 | -0.55 | 0.00 | 0.02 | -0.02 | 0.08 | 0.13 |
| P10 | 0.22 | -0.25 | 0.03 | -0.07 | 0.04 | 0.02 | 0.16 | -0.06 | 0.13 | -0.13 | 0.14 | -0.13 |
| P11 | 0.32 | -0.41 | -0.39 | 0.13 | -0.01 | -0.65 | -0.50 | -0.07 | 0.19 | -0.02 | -0.10 | 0.17 |
| P12 | 0.20 | -0.57 | -0.48 | 0.10 | -0.07 | -0.72 | -0.71 | 0.10 | -0.19 | -0.29 | -0.30 | 0.02 |
| F1 | 0.18 | -0.56 | -0.40 | 0.12 | 0.29 | -0.53 | -0.38 | 0.08 | -0.32 | -0.34 | -0.22 | 0.08 |
| F2 | 0.23 | -0.59 | -0.37 | 0.06 | 0.17 | -0.59 | -0.43 | -0.04 | -0.16 | -0.38 | -0.13 | -0.01 |
| F3 | -0.16 | -0.25 | -0.38 | 0.04 | -0.05 | -0.53 | -0.44 | -0.06 | -0.19 | -0.33 | -0.41 | 0.08 |
| F4 | -0.09 | -0.13 | -0.25 | 0.22 | -0.12 | -0.55 | -0.30 | 0.07 | -0.21 | 0.06 | -0.19 | 0.40 |
| F5 | -0.10 | -0.24 | 0.02 | -0.16 | -0.14 | 0.06 | 0.05 | 0.01 | -0.18 | -0.27 | 0.07 | -0.23 |
| E1 | 0.34 | -0.51 | -0.33 | 0.15 | 0.25 | -0.62 | -0.52 | 0.21 | 0.02 | -0.12 | -0.01 | 0.11 |
| E2 | 0.00 | -0.59 | -0.38 | 0.02 | 0.17 | -0.57 | -0.43 | 0.05 | -0.41 | -0.47 | -0.19 | -0.06 |
| E3 | -0.04 | -0.70 | -0.32 | -0.15 | 0.24 | -0.53 | -0.39 | 0.10 | -0.50 | -0.58 | -0.13 | -0.33 |
| E4 | 0.21 | -0.56 | -0.37 | 0.07 | 0.07 | -0.42 | -0.41 | 0.05 | -0.13 | -0.39 | -0.14 | 0.00 |
| E5 | 0.19 | -0.33 | -0.35 | 0.28 | 0.26 | -0.43 | -0.36 | 0.27 | -0.18 | 0.02 | -0.14 | 0.32 |

**Table 5. Low, Medium, High Rating Portfolio Strategy, January 1984-July 2004**

| | Low Rating | | | Medium Rating | | | High Rating | | | Low-High Spread | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample | Monthly Portfolio Return | Standard Deviation | MSCI World Beta | Portfolio Return | Standard Deviation | MSCI World Beta | Monthly Portfolio Return | Standard Deviation | MSCI World Beta | Monthly Portfolio Return | Standard Deviation | MSCI World Beta |
| *Predictive rating and portfolio performance* | | | | | | | | | | | | |
| *All Countries* | | | | | | | | | | | | |
| ICRGC | 1.36% | 11.53% | 0.80 | 1.09% | 9.23% | 0.95 | 0.96% | 6.82% | 0.96 | 0.41% | 4.71% | -0.15 |
| ICRGP | 1.36% | 11.12% | 0.81 | 0.99% | 9.84% | 0.95 | 1.03% | 6.64% | 0.95 | 0.33% | 4.48% | -0.14 |
| ICRGF | 1.55% | 11.30% | 0.81 | 1.03% | 8.81% | 0.95 | 0.89% | 7.45% | 0.96 | 0.66% | 3.85% | -0.15 |
| ICRGE | 1.62% | 11.52% | 0.86 | 0.84% | 8.52% | 0.88 | 0.97% | 7.52% | 0.97 | 0.65% | 4.01% | -0.10 |
| P1 | 1.50% | 10.19% | 0.91 | 1.08% | 9.15% | 0.91 | 0.81% | 8.17% | 0.89 | 0.68% | 2.02% | 0.02 |
| P2 | 1.22% | 10.94% | 0.86 | 1.23% | 8.86% | 0.91 | 0.91% | 7.74% | 0.94 | 0.31% | 3.20% | -0.08 |
| P3 | 1.44% | 10.88% | 0.88 | 1.04% | 8.84% | 0.90 | 0.92% | 7.82% | 0.93 | 0.51% | 3.06% | -0.05 |
| P4 | 1.23% | 10.34% | 0.80 | 1.22% | 9.51% | 0.95 | 0.91% | 7.69% | 0.96 | 0.32% | 2.65% | -0.16 |
| P5 | 0.98% | 9.79% | 0.81 | 1.27% | 9.37% | 0.93 | 1.05% | 8.35% | 0.97 | -0.07% | 1.44% | -0.17 |
| P6 | 1.11% | 11.15% | 0.82 | 1.11% | 9.24% | 0.93 | 1.10% | 7.18% | 0.96 | 0.01% | 3.98% | -0.15 |
| P7 | 1.14% | 11.12% | 0.80 | 1.04% | 9.22% | 0.94 | 1.14% | 7.22% | 0.97 | 0.00% | 3.90% | -0.18 |
| P8 | 1.03% | 10.04% | 0.81 | 1.12% | 9.18% | 0.95 | 1.15% | 8.29% | 0.95 | -0.12% | 1.75% | -0.14 |
| P9 | 1.14% | 10.99% | 0.81 | 0.99% | 9.79% | 0.97 | 1.17% | 6.80% | 0.93 | -0.04% | 4.19% | -0.11 |
| P10 | 1.16% | 10.02% | 0.89 | 1.00% | 8.63% | 0.92 | 1.16% | 8.83% | 0.90 | 0.00% | 1.19% | 0.00 |
| P11 | 1.28% | 10.76% | 0.85 | 0.99% | 9.58% | 0.89 | 1.06% | 7.22% | 0.97 | 0.22% | 3.54% | -0.12 |
| P12 | 1.33% | 11.25% | 0.80 | 0.94% | 9.80% | 0.95 | 1.08% | 6.55% | 0.96 | 0.25% | 4.71% | -0.16 |
| F1 | 1.45% | 11.24% | 0.83 | 0.94% | 9.07% | 0.93 | 1.03% | 7.25% | 0.96 | 0.41% | 3.99% | -0.13 |
| F2 | 1.69% | 10.55% | 0.87 | 0.84% | 9.24% | 0.92 | 0.95% | 7.76% | 0.92 | 0.74% | 2.79% | -0.06 |
| F3 | 1.43% | 9.87% | 0.88 | 1.15% | 8.76% | 0.89 | 0.76% | 8.85% | 0.94 | 0.67% | 1.02% | -0.06 |
| F4 | 0.91% | 9.95% | 0.80 | 1.06% | 8.81% | 0.90 | 1.31% | 8.73% | 1.01 | -0.40% | 1.22% | -0.21 |
| F5 | 1.36% | 9.92% | 0.93 | 1.03% | 8.45% | 0.93 | 0.98% | 9.10% | 0.87 | 0.38% | 0.82% | 0.06 |
| E1 | 1.09% | 10.70% | 0.85 | 1.21% | 9.25% | 0.92 | 1.03% | 7.59% | 0.95 | 0.06% | 3.11% | -0.09 |
| E2 | 1.63% | 10.08% | 0.88 | 1.01% | 8.82% | 0.92 | 0.80% | 8.59% | 0.91 | 0.83% | 1.49% | -0.03 |
| E3 | 1.69% | 11.67% | 0.92 | 0.87% | 8.45% | 0.86 | 0.91% | 7.45% | 0.93 | 0.77% | 4.22% | -0.01 |
| E4 | 1.45% | 10.65% | 0.87 | 1.09% | 8.91% | 0.90 | 0.87% | 7.98% | 0.93 | 0.58% | 2.67% | -0.06 |
| E5 | 1.16% | 10.21% | 0.85 | 1.12% | 8.96% | 0.88 | 1.05% | 8.34% | 0.98 | 0.10% | 1.87% | -0.12 |
| *Developed Countries* | | | | | | | | | | | | |
| ICRGC | 0.64% | 8.82% | 0.96 | 1.40% | 7.80% | 0.95 | 0.98% | 6.49% | 0.96 | -0.34% | 2.33% | 0.01 |
| ICRGP | 1.41% | 8.84% | 1.02 | 1.29% | 7.82% | 0.95 | 0.99% | 6.50% | 0.95 | 0.41% | 2.34% | 0.07 |
| ICRGF | 0.70% | 8.30% | 0.81 | 1.17% | 7.36% | 1.02 | 1.10% | 6.55% | 0.95 | -0.41% | 1.74% | -0.14 |
| ICRGE | 1.50% | 8.95% | 0.85 | 1.03% | 7.01% | 0.96 | 1.08% | 6.71% | 0.97 | 0.42% | 2.24% | -0.12 |
| P1 | 1.28% | 7.41% | 0.95 | 1.13% | 6.89% | 0.95 | 0.93% | 6.78% | 0.96 | 0.35% | 0.63% | -0.01 |
| P2 | 1.36% | 7.96% | 0.95 | 1.18% | 7.16% | 0.97 | 0.97% | 6.61% | 0.95 | 0.39% | 1.34% | 0.00 |
| P3 | 0.93% | 7.85% | 0.96 | 1.10% | 6.94% | 0.95 | 1.13% | 6.69% | 0.96 | -0.21% | 1.15% | 0.00 |
| P4 | 1.29% | 7.68% | 0.99 | 1.03% | 6.96% | 0.94 | 1.09% | 6.86% | 0.96 | 0.20% | 0.83% | 0.03 |
| P5 | 1.33% | 7.92% | 0.95 | 1.12% | 6.91% | 0.96 | 0.97% | 6.65% | 0.96 | 0.36% | 1.27% | -0.01 |
| P6 | 0.92% | 7.45% | 0.98 | 1.06% | 7.20% | 0.95 | 1.11% | 6.83% | 0.95 | -0.19% | 0.62% | 0.03 |
| P7 | 1.17% | 9.30% | 0.98 | 1.17% | 7.08% | 0.94 | 1.04% | 6.72% | 0.96 | 0.13% | 2.59% | 0.02 |
| P8 | 0.93% | 7.27% | 0.99 | 1.14% | 6.72% | 0.92 | 1.09% | 7.09% | 0.97 | -0.16% | 0.18% | 0.02 |
| P9 | 0.91% | 9.11% | 0.85 | 1.15% | 7.46% | 1.00 | 1.07% | 6.58% | 0.94 | -0.15% | 2.53% | -0.09 |
| P10 | 1.14% | 7.09% | 0.97 | 0.88% | 6.71% | 0.94 | 1.22% | 7.14% | 0.96 | -0.08% | -0.05% | 0.01 |
| P11 | 1.34% | 9.49% | 0.99 | 0.85% | 6.78% | 0.94 | 1.14% | 6.57% | 0.95 | 0.20% | 2.93% | 0.04 |
| P12 | 1.10% | 9.83% | 0.84 | 1.12% | 7.97% | 0.97 | 1.07% | 6.40% | 0.95 | 0.03% | 3.43% | -0.11 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F1 | 1.19% | 8.75% | 0.92 | 0.95% | 7.32% | 0.98 | 1.14% | 6.50% | 0.95 | 0.05% | 2.24% | -0.03 |
| F2 | 1.02% | 7.49% | 0.99 | 1.08% | 7.39% | 0.96 | 1.11% | 6.57% | 0.94 | -0.09% | 0.92% | 0.04 |
| F3 | 1.04% | 7.25% | 0.96 | 1.34% | 6.69% | 0.93 | 0.88% | 7.01% | 0.97 | 0.16% | 0.25% | -0.01 |
| F4 | 0.87% | 7.68% | 0.88 | 0.88% | 6.89% | 0.95 | 1.35% | 6.67% | 1.00 | -0.47% | 1.01% | -0.11 |
| F5 | 0.99% | 6.70% | 0.96 | 1.03% | 6.93% | 0.95 | 1.25% | 7.26% | 0.96 | -0.26% | -0.56% | 0.00 |
| E1 | 0.95% | 7.99% | 0.95 | 1.23% | 7.11% | 0.94 | 1.04% | 6.66% | 0.96 | -0.10% | 1.33% | -0.02 |
| E2 | 0.80% | 7.38% | 0.95 | 1.03% | 6.90% | 0.96 | 1.33% | 6.78% | 0.96 | -0.53% | 0.60% | -0.01 |
| E3 | 1.56% | 8.90% | 0.88 | 1.05% | 7.20% | 0.97 | 1.07% | 6.57% | 0.96 | 0.49% | 2.32% | -0.08 |
| E4 | 1.00% | 7.85% | 0.97 | 1.32% | 6.94% | 0.96 | 0.97% | 6.69% | 0.95 | 0.04% | 1.16% | 0.02 |
| E5 | 0.71% | 7.67% | 0.91 | 1.27% | 6.86% | 0.95 | 1.13% | 6.75% | 0.98 | -0.42% | 0.92% | -0.07 |
| *Emerging Countries* | | | | | | | | | | | | |
| ICRGC | 1.41% | 11.73% | 0.79 | 0.78% | 10.28% | 0.95 | 0.65% | 10.78% | 0.95 | 0.77% | 0.95% | -0.16 |
| ICRGP | 1.35% | 11.33% | 0.79 | 0.75% | 11.05% | 0.95 | 2.09% | 9.22% | 0.94 | -0.74% | 2.11% | -0.15 |
| ICRGF | 1.76% | 11.80% | 0.81 | 0.87% | 10.05% | 0.89 | -0.05% | 11.39% | 1.01 | 1.81% | 0.41% | -0.21 |
| ICRGE | 1.64% | 11.82% | 0.86 | 0.51% | 10.26% | 0.80 | 0.49% | 10.36% | 0.96 | 1.14% | 1.46% | -0.10 |
| P1 | 1.70% | 11.92% | 0.88 | 1.01% | 11.28% | 0.88 | 0.64% | 9.98% | 0.80 | 1.07% | 1.93% | 0.08 |
| P2 | 1.18% | 11.65% | 0.84 | 1.32% | 10.60% | 0.84 | 0.73% | 10.72% | 0.93 | 0.44% | 0.93% | -0.08 |
| P3 | 1.69% | 11.95% | 0.85 | 0.96% | 10.58% | 0.86 | 0.35% | 10.27% | 0.86 | 1.33% | 1.69% | -0.01 |
| P4 | 1.22% | 10.86% | 0.76 | 1.45% | 11.70% | 0.96 | -0.15% | 10.91% | 0.98 | 1.37% | -0.05% | -0.21 |
| P5 | 0.78% | 10.54% | 0.75 | 1.44% | 11.57% | 0.91 | 1.26% | 11.77% | 1.01 | -0.49% | -1.23% | -0.26 |
| P6 | 1.13% | 11.43% | 0.80 | 1.17% | 11.06% | 0.91 | 0.98% | 9.60% | 1.04 | 0.15% | 1.83% | -0.24 |
| P7 | 1.13% | 11.29% | 0.78 | 0.87% | 11.02% | 0.94 | 2.01% | 10.75% | 1.07 | -0.88% | 0.54% | -0.29 |
| P8 | 1.06% | 10.78% | 0.76 | 1.10% | 12.08% | 0.98 | 1.29% | 10.74% | 0.92 | -0.23% | 0.04% | -0.15 |
| P9 | 1.16% | 11.16% | 0.81 | 0.81% | 11.58% | 0.95 | 2.45% | 8.84% | 0.77 | -1.30% | 2.31% | 0.04 |
| P10 | 1.17% | 11.32% | 0.86 | 1.17% | 10.61% | 0.90 | 1.01% | 11.54% | 0.80 | 0.16% | -0.22% | 0.06 |
| P11 | 1.26% | 11.04% | 0.82 | 1.13% | 11.31% | 0.86 | 0.47% | 11.14% | 1.06 | 0.80% | -0.11% | -0.24 |
| P12 | 1.34% | 11.34% | 0.80 | 0.76% | 11.07% | 0.93 | 1.29% | 8.98% | 1.10 | 0.05% | 2.36% | -0.31 |
| F1 | 1.51% | 11.69% | 0.81 | 0.92% | 10.40% | 0.88 | 0.45% | 11.01% | 1.00 | 1.06% | 0.68% | -0.19 |
| F2 | 1.98% | 11.44% | 0.83 | 0.51% | 10.93% | 0.89 | 0.53% | 10.79% | 0.87 | 1.45% | 0.66% | -0.04 |
| F3 | 2.08% | 12.42% | 0.81 | 0.90% | 10.92% | 0.84 | 0.63% | 10.27% | 0.92 | 1.44% | 2.15% | -0.12 |
| F4 | 0.93% | 11.14% | 0.76 | 1.28% | 10.59% | 0.85 | 1.23% | 11.88% | 1.03 | -0.30% | -0.73% | -0.27 |
| F5 | 1.76% | 11.81% | 0.91 | 1.04% | 10.85% | 0.89 | 0.71% | 10.64% | 0.78 | 1.06% | 1.17% | 0.12 |
| E1 | 1.14% | 11.39% | 0.83 | 1.19% | 10.98% | 0.89 | 0.97% | 10.77% | 0.88 | 0.17% | 0.61% | -0.06 |
| E2 | 2.51% | 11.77% | 0.84 | 0.98% | 10.81% | 0.87 | 0.14% | 10.72% | 0.86 | 2.37% | 1.06% | -0.02 |
| E3 | 1.70% | 12.04% | 0.93 | 0.61% | 9.72% | 0.75 | 0.03% | 10.84% | 0.83 | 1.67% | 1.20% | 0.09 |
| E4 | 1.68% | 11.67% | 0.84 | 0.79% | 10.64% | 0.86 | 0.62% | 10.84% | 0.90 | 1.06% | 0.84% | -0.06 |
| E5 | 1.48% | 11.36% | 0.83 | 0.95% | 10.64% | 0.82 | 0.89% | 11.56% | 0.97 | 0.59% | -0.20% | -0.14 |

**Figure 1A: Analysis of Equal-Weighted Average Risk Ratings, January 1984-July 2004**
**Developed Countries**




**Figure 1B: Analysis of Equal-Weighted Average Risk Ratings, January 1984-July 2004**
**Emerging Countries**




**Figure 1C: Analysis of Equal-Weighted Average Risk Ratings, January 1984-July 2004**
**All Countries**



**Figure 2A: Mean Reversion in Risk Levels: ICRG Composite Rating, January 1984-July 2004 All Countries**




**Figure 2B: Mean Reversion in Risk Levels: ICRG Political Rating, January 1984-July 2004 All Countries**




**Figure 2C: Mean Reversion in Risk Levels: ICRG Financial Rating, January 1984-July 2004 All Countries**




**Figure 2D: Mean Reversion in Risk Levels: ICRG Economic Rating, January 1984-July 2004 All Countries**



**Figure 3A**
**Average Changes in Risk Level**
**(Between January 1984 and July 2004)**



**Figure 3B**
**Average Changes in Risk Level ICRG Financial Rating**
**(Between January 1984 and July 2004)**



**Figure 3C**
**Average Changes in Risk Level ICRG Economic Ratings**
**(Between January 1984 and July 2004)**



**Figure 3D**
**Average Changes in Risk Levels ICRG Political Ratings**
**(Between January 1984 and July 2004)**



**Figure 4A: Equity Risk and Country Risk by Exposure to World Market, Developed Countries, January 1984-July 2003 ICRG Financial Rating**




**Figure 4B: Equity Risk and Country Risk by Exposure to World Market, Developed Countries, January 1984-July 2003 ICRG Economic Rating**




**Figure 4C: Equity Risk and Country Risk by Exposure to World Market, Developed Countries, January 1984-July 2003 ICRG Political Rating**




**Figure 4D: Equity Risk and Country Risk by Exposure to World Market, Developed Countries, January 1984-July 2003 ICRG Composite Rating**



**Figure 4E: Equity Risk and Country Risk by Exposure to World Market, Emerging Countries, January 1984-July 2003 ICRG Financial Rating**




**Figure 4F: Equity Risk and Country Risk by Exposure to World Market, Emerging Countries, January 1984-July 2003 ICRG Economic Rating**




**Figure 4G: Equity Risk and Country Risk by Exposure to World Market, Emerging Countries, January 1984-July 2003 ICRG Political Rating**




**Figure 4H: Equity Risk and Country Risk by Exposure to World Market, Emerging Countries, January 1984-July 2003 ICRG Composite Rating**



**Figure 5A: Equity Risk and Country Risk by Volatility, Developed Countries, January 1984-July 2003 ICRG Financial Rating**




**Figure 5B: Equity Risk and Country Risk by Volatility, Developed Countries, January 1984-July 2003 ICRG Economic Rating**




**Figure 5C: Equity Risk and Country Risk by Volatility, Developed Countries, January 1984-July 2003 ICRG Political Rating**




**Figure 5D: Equity Risk and Country Risk by Volatility, Developed Countries, January 1984-July 2003 ICRG Composite Rating**



**Figure 5E: Equity Risk and Country Risk by Volatility, Emerging Countries, January 1984-July 2003 ICRG Financial Rating**




**Figure 5F: Equity Risk and Country Risk by Volatility, Emerging Countries, January 1984-July 2003 ICRG Economic Rating**




**Figure 5G: Equity Risk and Country Risk by Volatility, Emerging Countries, January 1984-July 2003 ICRG Political Rating**




**Figure 5H: Equity Risk and Country Risk by Volatility, Emerging Countries, January 1984-July 2003 ICRG Composite Rating**



**Figure 6A: Equity Risk and Country Risk by Skewness, Developed Countries, January 1984-July 2003**
**ICRG Financial Rating**




**Figure 6B: Equity Risk and Country Risk by Skewness, Developed Countries, January 1984-July 2003**
**ICRG Economic Rating**




**Figure 6C: Equity Risk and Country Risk by Skewness, Developed Countries, January 1984-July 2003**
**ICRG Political Rating**




**Figure 6D: Equity Risk and Country Risk by Skewness, Developed Countries, January 1984-July 2003**
**ICRG Composite Rating**



**Figure 6E: Equity Risk and Country Risk by Skewness, Emerging Countries, January 1984-July 2003 ICRG Financial Rating**




**Figure 6F: Equity Risk and Country Risk by Skewness, Emerging Countries, January 1984-July 2003 ICRG Economic Rating**




**Figure 6G: Equity Risk and Country Risk by Skewness, Emerging Countries, January 1984-July 2003 ICRG Political Rating**




**Figure 6H: Equity Risk and Country Risk by Skewness, Emerging Countries, January 1984-July 2003 ICRG Composite Rating**



**Figure 7**
**Predictive Hedge Portfolios Based on Subcategories of Political Risk in Emerging Markets**



## Figure 8A
## ICRG Composite Risk
**Developed Countries**




## Figure 8B
## ICRG Political Risk
**Developed Countries**



## Figure 9A
## ICRG Composite Risk
**EmergingCountries**




## Figure 9B
## ICRG Political Risk
**Emerging Countries**



# Exhibit QE-45

*Journal of Economic Perspectives—Volume 18, Number 3—Summer 2004—Pages 25–46*

# The Capital Asset Pricing Model: Theory and Evidence

Eugene F. Fama and Kenneth R. French

The capital asset pricing model (CAPM) of William Sharpe (1964) and John Lintner (1965) marks the birth of asset pricing theory (resulting in a Nobel Prize for Sharpe in 1990). Four decades later, the CAPM is still widely used in applications, such as estimating the cost of capital for firms and evaluating the performance of managed portfolios. It is the centerpiece of MBA investment courses. Indeed, it is often the only asset pricing model taught in these courses.[1]

The attraction of the CAPM is that it offers powerful and intuitively pleasing predictions about how to measure risk and the relation between expected return and risk. Unfortunately, the empirical record of the model is poor—poor enough to invalidate the way it is used in applications. The CAPM's empirical problems may reflect theoretical failings, the result of many simplifying assumptions. But they may also be caused by difficulties in implementing valid tests of the model. For example, the CAPM says that the risk of a stock should be measured relative to a comprehensive "market portfolio" that in principle can include not just traded financial assets, but also consumer durables, real estate and human capital. Even if we take a narrow view of the model and limit its purview to traded financial assets, is it

[1] Although every asset pricing model is a capital asset pricing model, the finance profession reserves the acronym CAPM for the specific model of Sharpe (1964), Lintner (1965) and Black (1972) discussed here. Thus, throughout the paper we refer to the Sharpe-Lintner-Black model as the CAPM.

■ *Eugene F. Fama is Robert R. McCormick Distinguished Service Professor of Finance, Graduate School of Business, University of Chicago, Chicago, Illinois. Kenneth R. French is Carl E. and Catherine M. Heidt Professor of Finance, Tuck School of Business, Dartmouth College, Hanover, New Hampshire. Their e-mail addresses are ⟨eugene.fama@gsb.uchicago.edu⟩ and ⟨kfrench@dartmouth.edu⟩, respectively.*

legitimate to limit further the market portfolio to U.S. common stocks (a typical choice), or should the market be expanded to include bonds, and other financial assets, perhaps around the world? In the end, we argue that whether the model's problems reflect weaknesses in the theory or in its empirical implementation, the failure of the CAPM in empirical tests implies that most applications of the model are invalid.

We begin by outlining the logic of the CAPM, focusing on its predictions about risk and expected return. We then review the history of empirical work and what it says about shortcomings of the CAPM that pose challenges to be explained by alternative models.

## The Logic of the CAPM

The CAPM builds on the model of portfolio choice developed by Harry Markowitz (1959). In Markowitz's model, an investor selects a portfolio at time $t - 1$ that produces a stochastic return at $t$. The model assumes investors are risk averse and, when choosing among portfolios, they care only about the mean and variance of their one-period investment return. As a result, investors choose "mean-variance-efficient" portfolios, in the sense that the portfolios 1) minimize the variance of portfolio return, given expected return, and 2) maximize expected return, given variance. Thus, the Markowitz approach is often called a "mean-variance model."

The portfolio model provides an algebraic condition on asset weights in mean-variance-efficient portfolios. The CAPM turns this algebraic statement into a testable prediction about the relation between risk and expected return by identifying a portfolio that must be efficient if asset prices are to clear the market of all assets.

Sharpe (1964) and Lintner (1965) add two key assumptions to the Markowitz model to identify a portfolio that must be mean-variance-efficient. The first assumption is *complete agreement*: given market clearing asset prices at $t - 1$, investors agree on the joint distribution of asset returns from $t - 1$ to $t$. And this distribution is the true one—that is, it is the distribution from which the returns we use to test the model are drawn. The second assumption is that there is *borrowing and lending at a risk-free rate*, which is the same for all investors and does not depend on the amount borrowed or lent.

Figure 1 describes portfolio opportunities and tells the CAPM story. The horizontal axis shows portfolio risk, measured by the standard deviation of portfolio return; the vertical axis shows expected return. The curve *abc*, which is called the minimum variance frontier, traces combinations of expected return and risk for portfolios of risky assets that minimize return variance at different levels of expected return. (These portfolios do not include risk-free borrowing and lending.) The tradeoff between risk and expected return for minimum variance portfolios is apparent. For example, an investor who wants a high expected return, perhaps at point *a*, must accept high volatility. At point *T*, the investor can have an interme-

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 445 of 759 PageID #: 2233


*Figure 1*
**Investment Opportunities**




diate expected return with lower volatility. If there is no risk-free borrowing or lending, only portfolios above *b* along *abc* are mean-variance-efficient, since these portfolios also maximize expected return, given their return variances.

Adding risk-free borrowing and lending turns the efficient set into a straight line. Consider a portfolio that invests the proportion $x$ of portfolio funds in a risk-free security and $1 - x$ in some portfolio $g$. If all funds are invested in the risk-free security—that is, they are loaned at the risk-free rate of interest—the result is the point $R_f$ in Figure 1, a portfolio with zero variance and a risk-free rate of return. Combinations of risk-free lending and positive investment in $g$ plot on the straight line between $R_f$ and $g$. Points to the right of $g$ on the line represent borrowing at the risk-free rate, with the proceeds from the borrowing used to increase investment in portfolio $g$. In short, portfolios that combine risk-free lending or borrowing with some risky portfolio $g$ plot along a straight line from $R_f$ through $g$ in Figure 1.[2]

[2] Formally, the return, expected return and standard deviation of return on portfolios of the risk-free asset $f$ and a risky portfolio $g$ vary with $x$, the proportion of portfolio funds invested in $f$, as

$$R_p = xR_f + (1 - x)R_g,$$

$$E(R_p) = xR_f + (1 - x)E(R_g),$$

$$\sigma(R_p) = (1 - x)\sigma(R_g),\ x \leq 1.0,$$

which together imply that the portfolios plot along the line from $R_f$ through $g$ in Figure 1.

To obtain the mean-variance-efficient portfolios available with risk-free borrowing and lending, one swings a line from $R_f$ in Figure 1 up and to the left as far as possible, to the tangency portfolio $T$. We can then see that all efficient portfolios are combinations of the risk-free asset (either risk-free borrowing or lending) and a single risky tangency portfolio, $T$. This key result is Tobin's (1958) "separation theorem."

The punch line of the CAPM is now straightforward. With complete agreement about distributions of returns, all investors see the same opportunity set (Figure 1), and they combine the same risky tangency portfolio $T$ with risk-free lending or borrowing. Since all investors hold the same portfolio $T$ of risky assets, it must be the value-weight market portfolio of risky assets. Specifically, each risky asset's weight in the tangency portfolio, which we now call $M$ (for the "market"), must be the total market value of all outstanding units of the asset divided by the total market value of all risky assets. In addition, the risk-free rate must be set (along with the prices of risky assets) to clear the market for risk-free borrowing and lending.

In short, the CAPM assumptions imply that the market portfolio $M$ must be on the minimum variance frontier if the asset market is to clear. This means that the algebraic relation that holds for any minimum variance portfolio must hold for the market portfolio. Specifically, if there are $N$ risky assets,

$$\text{(Minimum Variance Condition for } M) \quad E(R_i) = E(R_{ZM}) + [E(R_M) - E(R_{ZM})]\beta_{iM}, \; i = 1, \ldots, N.$$

In this equation, $E(R_i)$ is the expected return on asset $i$, and $\beta_{iM}$, the market beta of asset $i$, is the covariance of its return with the market return divided by the variance of the market return,

$$\text{(Market Beta)} \quad \beta_{iM} = \frac{\text{cov}(R_i, R_M)}{\sigma^2(R_M)}.$$

The first term on the right-hand side of the minimum variance condition, $E(R_{ZM})$, is the expected return on assets that have market betas equal to zero, which means their returns are uncorrelated with the market return. The second term is a risk premium—the market beta of asset $i$, $\beta_{iM}$, times the premium per unit of beta, which is the expected market return, $E(R_M)$, minus $E(R_{ZM})$.

Since the market beta of asset $i$ is also the slope in the regression of its return on the market return, a common (and correct) interpretation of beta is that it measures the sensitivity of the asset's return to variation in the market return. But there is another interpretation of beta more in line with the spirit of the portfolio model that underlies the CAPM. The risk of the market portfolio, as measured by the variance of its return (the denominator of $\beta_{iM}$), is a weighted average of the covariance risks of the assets in $M$ (the numerators of $\beta_{iM}$ for different assets).

Thus, $\beta_{iM}$ is the covariance risk of asset $i$ in $M$ measured relative to the average covariance risk of assets, which is just the variance of the market return.[3] In economic terms, $\beta_{iM}$ is proportional to the risk each dollar invested in asset $i$ contributes to the market portfolio.

The last step in the development of the Sharpe-Lintner model is to use the assumption of risk-free borrowing and lending to nail down $E(R_{ZM})$, the expected return on zero-beta assets. A risky asset's return is uncorrelated with the market return—its beta is zero—when the average of the asset's covariances with the returns on other assets just offsets the variance of the asset's return. Such a risky asset is riskless in the market portfolio in the sense that it contributes nothing to the variance of the market return.

When there is risk-free borrowing and lending, the expected return on assets that are uncorrelated with the market return, $E(R_{ZM})$, must equal the risk-free rate, $R_f$. The relation between expected return and beta then becomes the familiar Sharpe-Lintner CAPM equation,

$$\text{(Sharpe-Lintner CAPM)} \quad E(R_i) = R_f + [E(R_M) - R_f]\beta_{iM}, \; i = 1, \ldots, N.$$

In words, the expected return on any asset $i$ is the risk-free interest rate, $R_f$, plus a risk premium, which is the asset's market beta, $\beta_{iM}$, times the premium per unit of beta risk, $E(R_M) - R_f$.

Unrestricted risk-free borrowing and lending is an unrealistic assumption. Fischer Black (1972) develops a version of the CAPM without risk-free borrowing or lending. He shows that the CAPM's key result—that the market portfolio is mean-variance-efficient—can be obtained by instead allowing unrestricted short sales of risky assets. In brief, back in Figure 1, if there is no risk-free asset, investors select portfolios from along the mean-variance-efficient frontier from $a$ to $b$. Market clearing prices imply that when one weights the efficient portfolios chosen by investors by their (positive) shares of aggregate invested wealth, the resulting portfolio is the market portfolio. The market portfolio is thus a portfolio of the efficient portfolios chosen by investors. With unrestricted short selling of risky assets, portfolios made up of efficient portfolios are themselves efficient. Thus, the market portfolio is efficient, which means that the minimum variance condition for $M$ given above holds, and it is the expected return-risk relation of the Black CAPM.

The relations between expected return and market beta of the Black and Sharpe-Lintner versions of the CAPM differ only in terms of what each says about $E(R_{ZM})$, the expected return on assets uncorrelated with the market. The Black version says only that $E(R_{ZM})$ must be less than the expected market return, so the

[3] Formally, if $x_{iM}$ is the weight of asset $i$ in the market portfolio, then the variance of the portfolio's return is

$$\sigma^2(R_M) = Cov(R_M, R_M) = Cov\left(\sum_{i=1}^{N} x_{iM}R_i,\, R_M\right) = \sum_{i=1}^{N} x_{iM}Cov(R_i, R_M).$$

premium for beta is positive. In contrast, in the Sharpe-Lintner version of the model, $E(R_{ZM})$ must be the risk-free interest rate, $R_f$, and the premium per unit of beta risk is $E(R_M) - R_f$.

The assumption that short selling is unrestricted is as unrealistic as unrestricted risk-free borrowing and lending. If there is no risk-free asset and short sales of risky assets are not allowed, mean-variance investors still choose efficient portfolios—points above *b* on the *abc* curve in Figure 1. But when there is no short selling of risky assets and no risk-free asset, the algebra of portfolio efficiency says that portfolios made up of efficient portfolios are not typically efficient. This means that the market portfolio, which is a portfolio of the efficient portfolios chosen by investors, is not typically efficient. And the CAPM relation between expected return and market beta is lost. This does not rule out predictions about expected return and betas with respect to other efficient portfolios—if theory can specify portfolios that must be efficient if the market is to clear. But so far this has proven impossible.

In short, the familiar CAPM equation relating expected asset returns to their market betas is just an application to the market portfolio of the relation between expected return and portfolio beta that holds in any mean-variance-efficient portfolio. The efficiency of the market portfolio is based on many unrealistic assumptions, including complete agreement and either unrestricted risk-free borrowing and lending or unrestricted short selling of risky assets. But all interesting models involve unrealistic simplifications, which is why they must be tested against data.

## Early Empirical Tests

Tests of the CAPM are based on three implications of the relation between expected return and market beta implied by the model. First, expected returns on all assets are linearly related to their betas, and no other variable has marginal explanatory power. Second, the beta premium is positive, meaning that the expected return on the market portfolio exceeds the expected return on assets whose returns are uncorrelated with the market return. Third, in the Sharpe-Lintner version of the model, assets uncorrelated with the market have expected returns equal to the risk-free interest rate, and the beta premium is the expected market return minus the risk-free rate. Most tests of these predictions use either cross-section or time-series regressions. Both approaches date to early tests of the model.

### Tests on Risk Premiums

The early cross-section regression tests focus on the Sharpe-Lintner model's predictions about the intercept and slope in the relation between expected return and market beta. The approach is to regress a cross-section of average asset returns on estimates of asset betas. The model predicts that the intercept in these regressions is the risk-free interest rate, $R_f$, and the coefficient on beta is the expected return on the market in excess of the risk-free rate, $E(R_M) - R_f$.

Two problems in these tests quickly became apparent. First, estimates of beta

for individual assets are imprecise, creating a measurement error problem when they are used to explain average returns. Second, the regression residuals have common sources of variation, such as industry effects in average returns. Positive correlation in the residuals produces downward bias in the usual ordinary least squares estimates of the standard errors of the cross-section regression slopes.

To improve the precision of estimated betas, researchers such as Blume (1970), Friend and Blume (1970) and Black, Jensen and Scholes (1972) work with portfolios, rather than individual securities. Since expected returns and market betas combine in the same way in portfolios, if the CAPM explains security returns it also explains portfolio returns.[4] Estimates of beta for diversified portfolios are more precise than estimates for individual securities. Thus, using portfolios in cross-section regressions of average returns on betas reduces the critical errors in variables problem. Grouping, however, shrinks the range of betas and reduces statistical power. To mitigate this problem, researchers sort securities on beta when forming portfolios; the first portfolio contains securities with the lowest betas, and so on, up to the last portfolio with the highest beta assets. This sorting procedure is now standard in empirical tests.

Fama and MacBeth (1973) propose a method for addressing the inference problem caused by correlation of the residuals in cross-section regressions. Instead of estimating a single cross-section regression of average monthly returns on betas, they estimate month-by-month cross-section regressions of monthly returns on betas. The times-series means of the monthly slopes and intercepts, along with the standard errors of the means, are then used to test whether the average premium for beta is positive and whether the average return on assets uncorrelated with the market is equal to the average risk-free interest rate. In this approach, the standard errors of the average intercept and slope are determined by the month-to-month variation in the regression coefficients, which fully captures the effects of residual correlation on variation in the regression coefficients, but sidesteps the problem of actually estimating the correlations. The residual correlations are, in effect, captured via repeated sampling of the regression coefficients. This approach also becomes standard in the literature.

Jensen (1968) was the first to note that the Sharpe-Lintner version of the

[4] Formally, if $x_{ip}$, $i = 1, \ldots, N$, are the weights for assets in some portfolio $p$, the expected return and market beta for the portfolio are related to the expected returns and betas of assets as

$$E(R_p) = \sum_{i=1}^{N} x_{ip} E(R_i), \text{ and } \beta_{pM} = \sum_{i=1}^{N} x_{ip} \beta_{pM}.$$

Thus, the CAPM relation between expected return and beta,

$$E(R_i) = E(R_f) + [E(R_M) - E(R_f)]\beta_{iM},$$

holds when asset $i$ is a portfolio, as well as when $i$ is an individual security.

relation between expected return and market beta also implies a time-series regression test. The Sharpe-Lintner CAPM says that the expected value of an asset's excess return (the asset's return minus the risk-free interest rate, $R_{it} - R_{ft}$) is completely explained by its expected CAPM risk premium (its beta times the expected value of $R_{Mt} - R_{ft}$). This implies that "Jensen's alpha," the intercept term in the time-series regression,

$$\text{(Time-Series Regression)} \quad R_{it} - R_{ft} = \alpha_i + \beta_{iM}(R_{Mt} - R_{ft}) + \varepsilon_{it},$$

is zero for each asset.

The early tests firmly reject the Sharpe-Lintner version of the CAPM. There is a positive relation between beta and average return, but it is too "flat." Recall that, in cross-section regressions, the Sharpe-Lintner model predicts that the intercept is the risk-free rate and the coefficient on beta is the expected market return in excess of the risk-free rate, $E(R_M) - R_f$. The regressions consistently find that the intercept is greater than the average risk-free rate (typically proxied as the return on a one-month Treasury bill), and the coefficient on beta is less than the average excess market return (proxied as the average return on a portfolio of U.S. common stocks minus the Treasury bill rate). This is true in the early tests, such as Douglas (1968), Black, Jensen and Scholes (1972), Miller and Scholes (1972), Blume and Friend (1973) and Fama and MacBeth (1973), as well as in more recent cross-section regression tests, like Fama and French (1992).

The evidence that the relation between beta and average return is too flat is confirmed in time-series tests, such as Friend and Blume (1970), Black, Jensen and Scholes (1972) and Stambaugh (1982). The intercepts in time-series regressions of excess asset returns on the excess market return are positive for assets with low betas and negative for assets with high betas.

Figure 2 provides an updated example of the evidence. In December of each year, we estimate a preranking beta for every NYSE (1928–2003), AMEX (1963–2003) and NASDAQ (1972–2003) stock in the CRSP (Center for Research in Security Prices of the University of Chicago) database, using two to five years (as available) of prior monthly returns.[5] We then form ten value-weight portfolios based on these preranking betas and compute their returns for the next twelve months. We repeat this process for each year from 1928 to 2003. The result is 912 monthly returns on ten beta-sorted portfolios. Figure 2 plots each portfolio's average return against its postranking beta, estimated by regressing its monthly returns for 1928–2003 on the return on the CRSP value-weight portfolio of U.S. common stocks.

The Sharpe-Lintner CAPM predicts that the portfolios plot along a straight

[5] To be included in the sample for year $t$, a security must have market equity data (price times shares outstanding) for December of $t - 1$, and CRSP must classify it as ordinary common equity. Thus, we exclude securities such as American Depository Receipts (ADRs) and Real Estate Investment Trusts (REITs).

*Figure 2*
**Average Annualized Monthly Return versus Beta for Value Weight Portfolios Formed on Prior Beta, 1928–2003**




line, with an intercept equal to the risk-free rate, $R_f$, and a slope equal to the expected excess return on the market, $E(R_M) - R_f$. We use the average one-month Treasury bill rate and the average excess CRSP market return for 1928–2003 to estimate the predicted line in Figure 2. Confirming earlier evidence, the relation between beta and average return for the ten portfolios is much flatter than the Sharpe-Lintner CAPM predicts. The returns on the low beta portfolios are too high, and the returns on the high beta portfolios are too low. For example, the predicted return on the portfolio with the lowest beta is 8.3 percent per year; the actual return is 11.1 percent. The predicted return on the portfolio with the highest beta is 16.8 percent per year; the actual is 13.7 percent.

Although the observed premium per unit of beta is lower than the Sharpe-Lintner model predicts, the relation between average return and beta in Figure 2 is roughly linear. This is consistent with the Black version of the CAPM, which predicts only that the beta premium is positive. Even this less restrictive model, however, eventually succumbs to the data.

**Testing Whether Market Betas Explain Expected Returns**

The Sharpe-Lintner and Black versions of the CAPM share the prediction that the market portfolio is mean-variance-efficient. This implies that differences in expected return across securities and portfolios are entirely explained by differences in market beta; other variables should add nothing to the explanation of expected return. This prediction plays a prominent role in tests of the CAPM. In the early work, the weapon of choice is cross-section regressions.

In the framework of Fama and MacBeth (1973), one simply adds predetermined explanatory variables to the month-by-month cross-section regressions of

returns on beta. If all differences in expected return are explained by beta, the average slopes on the additional variables should not be reliably different from zero. Clearly, the trick in the cross-section regression approach is to choose specific additional variables likely to expose any problems of the CAPM prediction that, because the market portfolio is efficient, market betas suffice to explain expected asset returns.

For example, in Fama and MacBeth (1973) the additional variables are squared market betas (to test the prediction that the relation between expected return and beta is linear) and residual variances from regressions of returns on the market return (to test the prediction that market beta is the only measure of risk needed to explain expected returns). These variables do not add to the explanation of average returns provided by beta. Thus, the results of Fama and MacBeth (1973) are consistent with the hypothesis that their market proxy—an equal-weight portfolio of NYSE stocks—is on the minimum variance frontier.

The hypothesis that market betas completely explain expected returns can also be tested using time-series regressions. In the time-series regression described above (the excess return on asset *i* regressed on the excess market return), the intercept is the difference between the asset's average excess return and the excess return predicted by the Sharpe-Lintner model, that is, beta times the average excess market return. If the model holds, there is no way to group assets into portfolios whose intercepts are reliably different from zero. For example, the intercepts for a portfolio of stocks with high ratios of earnings to price and a portfolio of stocks with low earning-price ratios should both be zero. Thus, to test the hypothesis that market betas suffice to explain expected returns, one estimates the time-series regression for a set of assets (or portfolios) and then jointly tests the vector of regression intercepts against zero. The trick in this approach is to choose the left-hand-side assets (or portfolios) in a way likely to expose any shortcoming of the CAPM prediction that market betas suffice to explain expected asset returns.

In early applications, researchers use a variety of tests to determine whether the intercepts in a set of time-series regressions are all zero. The tests have the same asymptotic properties, but there is controversy about which has the best small sample properties. Gibbons, Ross and Shanken (1989) settle the debate by providing an *F*-test on the intercepts that has exact small-sample properties. They also show that the test has a simple economic interpretation. In effect, the test constructs a candidate for the tangency portfolio *T* in Figure 1 by optimally combining the market proxy and the left-hand-side assets of the time-series regressions. The estimator then tests whether the efficient set provided by the combination of this tangency portfolio and the risk-free asset is reliably superior to the one obtained by combining the risk-free asset with the market proxy alone. In other words, the Gibbons, Ross and Shanken statistic tests whether the market proxy is the tangency portfolio in the set of portfolios that can be constructed by combining the market portfolio with the specific assets used as dependent variables in the time-series regressions.

Enlightened by this insight of Gibbons, Ross and Shanken (1989), one can see

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 453 of 759 PageID #: 2241


a similar interpretation of the cross-section regression test of whether market betas suffice to explain expected returns. In this case, the test is whether the additional explanatory variables in a cross-section regression identify patterns in the returns on the left-hand-side assets that are not explained by the assets' market betas. This amounts to testing whether the market proxy is on the minimum variance frontier that can be constructed using the market proxy and the left-hand-side assets included in the tests.

An important lesson from this discussion is that time-series and cross-section regressions do not, strictly speaking, test the CAPM. What is literally tested is whether a specific proxy for the market portfolio (typically a portfolio of U.S. common stocks) is efficient in the set of portfolios that can be constructed from it and the left-hand-side assets used in the test. One might conclude from this that the CAPM has never been tested, and prospects for testing it are not good because 1) the set of left-hand-side assets does not include all marketable assets, and 2) data for the true market portfolio of all assets are likely beyond reach (Roll, 1977; more on this later). But this criticism can be leveled at tests of any economic model when the tests are less than exhaustive or when they use proxies for the variables called for by the model.

The bottom line from the early cross-section regression tests of the CAPM, such as Fama and MacBeth (1973), and the early time-series regression tests, like Gibbons (1982) and Stambaugh (1982), is that standard market proxies seem to be on the minimum variance frontier. That is, the central predictions of the Black version of the CAPM, that market betas suffice to explain expected returns and that the risk premium for beta is positive, seem to hold. But the more specific prediction of the Sharpe-Lintner CAPM that the premium per unit of beta is the expected market return minus the risk-free interest rate is consistently rejected.

The success of the Black version of the CAPM in early tests produced a consensus that the model is a good description of expected returns. These early results, coupled with the model's simplicity and intuitive appeal, pushed the CAPM to the forefront of finance.

## Recent Tests

Starting in the late 1970s, empirical work appears that challenges even the Black version of the CAPM. Specifically, evidence mounts that much of the variation in expected return is unrelated to market beta.

The first blow is Basu's (1977) evidence that when common stocks are sorted on earnings-price ratios, future returns on high E/P stocks are higher than predicted by the CAPM. Banz (1981) documents a size effect: when stocks are sorted on market capitalization (price times shares outstanding), average returns on small stocks are higher than predicted by the CAPM. Bhandari (1988) finds that high debt-equity ratios (book value of debt over the market value of equity, a measure of leverage) are associated with returns that are too high relative to their market betas.

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 454 of 759 PageID #: 2242


Finally, Statman (1980) and Rosenberg, Reid and Lanstein (1985) document that stocks with high book-to-market equity ratios (B/M, the ratio of the book value of a common stock to its market value) have high average returns that are not captured by their betas.

There is a theme in the contradictions of the CAPM summarized above. Ratios involving stock prices have information about expected returns missed by market betas. On reflection, this is not surprising. A stock's price depends not only on the expected cash flows it will provide, but also on the expected returns that discount expected cash flows back to the present. Thus, in principle, the cross-section of prices has information about the cross-section of expected returns. (A high expected return implies a high discount rate and a low price.) The cross-section of stock prices is, however, arbitrarily affected by differences in scale (or units). But with a judicious choice of scaling variable $X$, the ratio $X/P$ can reveal differences in the cross-section of expected stock returns. Such ratios are thus prime candidates to expose shortcomings of asset pricing models—in the case of the CAPM, shortcomings of the prediction that market betas suffice to explain expected returns (Ball, 1978). The contradictions of the CAPM summarized above suggest that earnings-price, debt-equity and book-to-market ratios indeed play this role.

Fama and French (1992) update and synthesize the evidence on the empirical failures of the CAPM. Using the cross-section regression approach, they confirm that size, earnings-price, debt-equity and book-to-market ratios add to the explanation of expected stock returns provided by market beta. Fama and French (1996) reach the same conclusion using the time-series regression approach applied to portfolios of stocks sorted on price ratios. They also find that different price ratios have much the same information about expected returns. This is not surprising given that price is the common driving force in the price ratios, and the numerators are just scaling variables used to extract the information in price about expected returns.

Fama and French (1992) also confirm the evidence (Reinganum, 1981; Stambaugh, 1982; Lakonishok and Shapiro, 1986) that the relation between average return and beta for common stocks is even flatter after the sample periods used in the early empirical work on the CAPM. The estimate of the beta premium is, however, clouded by statistical uncertainty (a large standard error). Kothari, Shanken and Sloan (1995) try to resuscitate the Sharpe-Lintner CAPM by arguing that the weak relation between average return and beta is just a chance result. But the strong evidence that other variables capture variation in expected return missed by beta makes this argument irrelevant. If betas do not suffice to explain expected returns, the market portfolio is not efficient, and the CAPM is dead in its tracks. Evidence on the size of the market premium can neither save the model nor further doom it.

The synthesis of the evidence on the empirical problems of the CAPM provided by Fama and French (1992) serves as a catalyst, marking the point when it is generally acknowledged that the CAPM has potentially fatal problems. Research then turns to explanations.

One possibility is that the CAPM's problems are spurious, the result of data dredging—publication-hungry researchers scouring the data and unearthing contradictions that occur in specific samples as a result of chance. A standard response to this concern is to test for similar findings in other samples. Chan, Hamao and Lakonishok (1991) find a strong relation between book-to-market equity (B/M) and average return for Japanese stocks. Capaul, Rowley and Sharpe (1993) observe a similar B/M effect in four European stock markets and in Japan. Fama and French (1998) find that the price ratios that produce problems for the CAPM in U.S. data show up in the same way in the stock returns of twelve non-U.S. major markets, and they are present in emerging market returns. This evidence suggests that the contradictions of the CAPM associated with price ratios are not sample specific.

## Explanations: Irrational Pricing or Risk

Among those who conclude that the empirical failures of the CAPM are fatal, two stories emerge. On one side are the behavioralists. Their view is based on evidence that stocks with high ratios of book value to market price are typically firms that have fallen on bad times, while low B/M is associated with growth firms (Lakonishok, Shleifer and Vishny, 1994; Fama and French, 1995). The behavioralists argue that sorting firms on book-to-market ratios exposes investor overreaction to good and bad times. Investors overextrapolate past performance, resulting in stock prices that are too high for growth (low B/M) firms and too low for distressed (high B/M, so-called value) firms. When the overreaction is eventually corrected, the result is high returns for value stocks and low returns for growth stocks. Proponents of this view include DeBondt and Thaler (1987), Lakonishok, Shleifer and Vishny (1994) and Haugen (1995).

The second story for explaining the empirical contradictions of the CAPM is that they point to the need for a more complicated asset pricing model. The CAPM is based on many unrealistic assumptions. For example, the assumption that investors care only about the mean and variance of one-period portfolio returns is extreme. It is reasonable that investors also care about how their portfolio return covaries with labor income and future investment opportunities, so a portfolio's return variance misses important dimensions of risk. If so, market beta is not a complete description of an asset's risk, and we should not be surprised to find that differences in expected return are not completely explained by differences in beta. In this view, the search should turn to asset pricing models that do a better job explaining average returns.

Merton's (1973) intertemporal capital asset pricing model (ICAPM) is a natural extension of the CAPM. The ICAPM begins with a different assumption about investor objectives. In the CAPM, investors care only about the wealth their portfolio produces at the end of the current period. In the ICAPM, investors are concerned not only with their end-of-period payoff, but also with the opportunities

they will have to consume or invest the payoff. Thus, when choosing a portfolio at time $t - 1$, ICAPM investors consider how their wealth at $t$ might vary with future *state variables*, including labor income, the prices of consumption goods and the nature of portfolio opportunities at $t$, and expectations about the labor income, consumption and investment opportunities to be available after $t$.

Like CAPM investors, ICAPM investors prefer high expected return and low return variance. But ICAPM investors are also concerned with the covariances of portfolio returns with state variables. As a result, optimal portfolios are "multifactor efficient," which means they have the largest possible expected returns, given their return variances and the covariances of their returns with the relevant state variables.

Fama (1996) shows that the ICAPM generalizes the logic of the CAPM. That is, if there is risk-free borrowing and lending or if short sales of risky assets are allowed, market clearing prices imply that the market portfolio is multifactor efficient. Moreover, multifactor efficiency implies a relation between expected return and beta risks, but it requires additional betas, along with a market beta, to explain expected returns.

An ideal implementation of the ICAPM would specify the state variables that affect expected returns. Fama and French (1993) take a more indirect approach, perhaps more in the spirit of Ross's (1976) arbitrage pricing theory. They argue that though size and book-to-market equity are not themselves state variables, the higher average returns on small stocks and high book-to-market stocks reflect unidentified state variables that produce undiversifiable risks (covariances) in returns that are not captured by the market return and are priced separately from market betas. In support of this claim, they show that the returns on the stocks of small firms covary more with one another than with returns on the stocks of large firms, and returns on high book-to-market (value) stocks covary more with one another than with returns on low book-to-market (growth) stocks. Fama and French (1995) show that there are similar size and book-to-market patterns in the covariation of fundamentals like earnings and sales.

Based on this evidence, Fama and French (1993, 1996) propose a three-factor model for expected returns,

$$\text{(Three-Factor Model)} \quad E(R_{it}) - R_{ft} = \beta_{iM}[E(R_{Mt}) - R_{ft}] + \beta_{is}E(SMB_t) + \beta_{ih}E(HML_t).$$

In this equation, $SMB_t$ (small minus big) is the difference between the returns on diversified portfolios of small and big stocks, $HML_t$ (high minus low) is the difference between the returns on diversified portfolios of high and low B/M stocks, and the betas are slopes in the multiple regression of $R_{it} - R_{ft}$ on $R_{Mt} - R_{ft}$, $SMB_t$ and $HML_t$.

For perspective, the average value of the market premium $R_{Mt} - R_{ft}$ for 1927–2003 is 8.3 percent per year, which is 3.5 standard errors from zero. The

average values of $SMB_t$, and $HML_t$ are 3.6 percent and 5.0 percent per year, and they are 2.1 and 3.1 standard errors from zero. All three premiums are volatile, with annual standard deviations of 21.0 percent $(R_{Mt} - R_{ft})$, 14.6 percent $(SMB_t)$ and 14.2 percent $(HML_t)$ per year. Although the average values of the premiums are large, high volatility implies substantial uncertainty about the true expected premiums.

One implication of the expected return equation of the three-factor model is that the intercept $\alpha_i$ in the time-series regression,

$$R_{it} - R_{ft} = \alpha_i + \beta_{iM}(R_{Mt} - R_{ft}) + \beta_{is}SMB_t + \beta_{ih}HML_t + \varepsilon_{it},$$

is zero for all assets *i*. Using this criterion, Fama and French (1993, 1996) find that the model captures much of the variation in average return for portfolios formed on size, book-to-market equity and other price ratios that cause problems for the CAPM. Fama and French (1998) show that an international version of the model performs better than an international CAPM in describing average returns on portfolios formed on scaled price variables for stocks in 13 major markets.

The three-factor model is now widely used in empirical research that requires a model of expected returns. Estimates of $\alpha_i$ from the time-series regression above are used to calibrate how rapidly stock prices respond to new information (for example, Loughran and Ritter, 1995; Mitchell and Stafford, 2000). They are also used to measure the special information of portfolio managers, for example, in Carhart's (1997) study of mutual fund performance. Among practitioners like Ibbotson Associates, the model is offered as an alternative to the CAPM for estimating the cost of equity capital.

From a theoretical perspective, the main shortcoming of the three-factor model is its empirical motivation. The small-minus-big (SMB) and high-minus-low (HML) explanatory returns are not motivated by predictions about state variables of concern to investors. Instead they are brute force constructs meant to capture the patterns uncovered by previous work on how average stock returns vary with size and the book-to-market equity ratio.

But this concern is not fatal. The ICAPM does not require that the additional portfolios used along with the market portfolio to explain expected returns "mimic" the relevant state variables. In both the ICAPM and the arbitrage pricing theory, it suffices that the additional portfolios are well diversified (in the terminology of Fama, 1996, they are multifactor minimum variance) and that they are sufficiently different from the market portfolio to capture covariation in returns and variation in expected returns missed by the market portfolio. Thus, adding diversified portfolios that capture covariation in returns and variation in average returns left unexplained by the market is in the spirit of both the ICAPM and the Ross's arbitrage pricing theory.

The behavioralists are not impressed by the evidence for a risk-based explanation of the failures of the CAPM. They typically concede that the three-factor model captures covariation in returns missed by the market return and that it picks

up much of the size and value effects in average returns left unexplained by the CAPM. But their view is that the average return premium associated with the model's book-to-market factor—which does the heavy lifting in the improvements to the CAPM—is itself the result of investor overreaction that happens to be correlated across firms in a way that just looks like a risk story. In short, in the behavioral view, the market tries to set CAPM prices, and violations of the CAPM are due to mispricing.

The conflict between the behavioral irrational pricing story and the rational risk story for the empirical failures of the CAPM leaves us at a timeworn impasse. Fama (1970) emphasizes that the hypothesis that prices properly reflect available information must be tested in the context of a model of expected returns, like the CAPM. Intuitively, to test whether prices are rational, one must take a stand on what the market is trying to do in setting prices—that is, what is risk and what is the relation between expected return and risk? When tests reject the CAPM, one cannot say whether the problem is its assumption that prices are rational (the behavioral view) or violations of other assumptions that are also necessary to produce the CAPM (our position).

Fortunately, for some applications, the way one uses the three-factor model does not depend on one's view about whether its average return premiums are the rational result of underlying state variable risks, the result of irrational investor behavior or sample specific results of chance. For example, when measuring the response of stock prices to new information or when evaluating the performance of managed portfolios, one wants to account for known patterns in returns and average returns for the period examined, whatever their source. Similarly, when estimating the cost of equity capital, one might be unconcerned with whether expected return premiums are rational or irrational since they are in either case part of the opportunity cost of equity capital (Stein, 1996). But the cost of capital is forward looking, so if the premiums are sample specific they are irrelevant.

The three-factor model is hardly a panacea. Its most serious problem is the momentum effect of Jegadeesh and Titman (1993). Stocks that do well relative to the market over the last three to twelve months tend to continue to do well for the next few months, and stocks that do poorly continue to do poorly. This momentum effect is distinct from the value effect captured by book-to-market equity and other price ratios. Moreover, the momentum effect is left unexplained by the three-factor model, as well as by the CAPM. Following Carhart (1997), one response is to add a momentum factor (the difference between the returns on diversified portfolios of short-term winners and losers) to the three-factor model. This step is again legitimate in applications where the goal is to abstract from known patterns in average returns to uncover information-specific or manager-specific effects. But since the momentum effect is short-lived, it is largely irrelevant for estimates of the cost of equity capital.

Another strand of research points to problems in both the three-factor model and the CAPM. Frankel and Lee (1998), Dechow, Hutton and Sloan (1999), Piotroski (2000) and others show that in portfolios formed on price ratios like

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 459 of 759 PageID #: 2247


book-to-market equity, stocks with higher expected cash flows have higher average returns that are not captured by the three-factor model or the CAPM. The authors interpret their results as evidence that stock prices are irrational, in the sense that they do not reflect available information about expected profitability.

In truth, however, one can't tell whether the problem is bad pricing or a bad asset pricing model. A stock's price can always be expressed as the present value of expected future cash flows discounted at the expected return on the stock (Campbell and Shiller, 1989; Vuolteenaho, 2002). It follows that if two stocks have the same price, the one with higher expected cash flows must have a higher expected return. This holds true whether pricing is rational or irrational. Thus, when one observes a positive relation between expected cash flows and expected returns that is left unexplained by the CAPM or the three-factor model, one can't tell whether it is the result of irrational pricing or a misspecified asset pricing model.

## The Market Proxy Problem

Roll (1977) argues that the CAPM has never been tested and probably never will be. The problem is that the market portfolio at the heart of the model is theoretically and empirically elusive. It is not theoretically clear which assets (for example, human capital) can legitimately be excluded from the market portfolio, and data availability substantially limits the assets that are included. As a result, tests of the CAPM are forced to use proxies for the market portfolio, in effect testing whether the proxies are on the minimum variance frontier. Roll argues that because the tests use proxies, not the true market portfolio, we learn nothing about the CAPM.

We are more pragmatic. The relation between expected return and market beta of the CAPM is just the minimum variance condition that holds in any efficient portfolio, applied to the market portfolio. Thus, if we can find a market proxy that is on the minimum variance frontier, it can be used to describe differences in expected returns, and we would be happy to use it for this purpose. The strong rejections of the CAPM described above, however, say that researchers have not uncovered a reasonable market proxy that is close to the minimum variance frontier. If researchers are constrained to reasonable proxies, we doubt they ever will.

Our pessimism is fueled by several empirical results. Stambaugh (1982) tests the CAPM using a range of market portfolios that include, in addition to U.S. common stocks, corporate and government bonds, preferred stocks, real estate and other consumer durables. He finds that tests of the CAPM are not sensitive to expanding the market proxy beyond common stocks, basically because the volatility of expanded market returns is dominated by the volatility of stock returns.

One need not be convinced by Stambaugh's (1982) results since his market proxies are limited to U.S. assets. If international capital markets are open and asset prices conform to an international version of the CAPM, the market portfolio

should include international assets. Fama and French (1998) find, however, that betas for a global stock market portfolio cannot explain the high average returns observed around the world on stocks with high book-to-market or high earnings-price ratios.

A major problem for the CAPM is that portfolios formed by sorting stocks on price ratios produce a wide range of average returns, but the average returns are not positively related to market betas (Lakonishok, Shleifer and Vishny, 1994; Fama and French, 1996, 1998). The problem is illustrated in Figure 3, which shows average returns and betas (calculated with respect to the CRSP value-weight portfolio of NYSE, AMEX and NASDAQ stocks) for July 1963 to December 2003 for ten portfolios of U.S. stocks formed annually on sorted values of the book-to-market equity ratio (B/M).[6]

Average returns on the B/M portfolios increase almost monotonically, from 10.1 percent per year for the lowest B/M group (portfolio 1) to an impressive 16.7 percent for the highest (portfolio 10). But the positive relation between beta and average return predicted by the CAPM is notably absent. For example, the portfolio with the lowest book-to-market ratio has the highest beta but the lowest average return. The estimated beta for the portfolio with the highest book-to-market ratio and the highest average return is only 0.98. With an average annualized value of the riskfree interest rate, $R_f$, of 5.8 percent and an average annualized market premium, $R_M - R_f$, of 11.3 percent, the Sharpe-Lintner CAPM predicts an average return of 11.8 percent for the lowest B/M portfolio and 11.2 percent for the highest, far from the observed values, 10.1 and 16.7 percent. For the Sharpe-Lintner model to "work" on these portfolios, their market betas must change dramatically, from 1.09 to 0.78 for the lowest B/M portfolio and from 0.98 to 1.98 for the highest. We judge it unlikely that alternative proxies for the market portfolio will produce betas and a market premium that can explain the average returns on these portfolios.

It is always possible that researchers will redeem the CAPM by finding a reasonable proxy for the market portfolio that is on the minimum variance frontier. We emphasize, however, that this possibility cannot be used to justify the way the CAPM is currently applied. The problem is that applications typically use the same

[6] Stock return data are from CRSP, and book equity data are from Compustat and the Moody's Industrials, Transportation, Utilities and Financials manuals. Stocks are allocated to ten portfolios at the end of June of each year $t$ (1963 to 2003) using the ratio of book equity for the fiscal year ending in calendar year $t - 1$, divided by market equity at the end of December of $t - 1$. Book equity is the book value of stockholders' equity, plus balance sheet deferred taxes and investment tax credit (if available), minus the book value of preferred stock. Depending on availability, we use the redemption, liquidation or par value (in that order) to estimate the book value of preferred stock. Stockholders' equity is the value reported by Moody's or Compustat, if it is available. If not, we measure stockholders' equity as the book value of common equity plus the par value of preferred stock or the book value of assets minus total liabilities (in that order). The portfolios for year $t$ include NYSE (1963–2003), AMEX (1963–2003) and NASDAQ (1972–2003) stocks with positive book equity in $t - 1$ and market equity (from CRSP) for December of $t - 1$ and June of $t$. The portfolios exclude securities CRSP does not classify as ordinary common equity. The breakpoints for year $t$ use only securities that are on the NYSE in June of year $t$.

*Figure 3*

**Average Annualized Monthly Return versus Beta for Value Weight Portfolios Formed on B/M, 1963–2003**




market proxies, like the value-weight portfolio of U.S. stocks, that lead to rejections of the model in empirical tests. The contradictions of the CAPM observed when such proxies are used in tests of the model show up as bad estimates of expected returns in applications; for example, estimates of the cost of equity capital that are too low (relative to historical average returns) for small stocks and for stocks with high book-to-market equity ratios. In short, if a market proxy does not work in tests of the CAPM, it does not work in applications.

## Conclusions

The version of the CAPM developed by Sharpe (1964) and Lintner (1965) has never been an empirical success. In the early empirical work, the Black (1972) version of the model, which can accommodate a flatter tradeoff of average return for market beta, has some success. But in the late 1970s, research begins to uncover variables like size, various price ratios and momentum that add to the explanation of average returns provided by beta. The problems are serious enough to invalidate most applications of the CAPM.

For example, finance textbooks often recommend using the Sharpe-Lintner CAPM risk-return relation to estimate the cost of equity capital. The prescription is to estimate a stock's market beta and combine it with the risk-free interest rate and the average market risk premium to produce an estimate of the cost of equity. The typical market portfolio in these exercises includes just U.S. common stocks. But empirical work, old and new, tells us that the relation between beta and average return is flatter than predicted by the Sharpe-Lintner version of the CAPM. As a

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 462 of 759 PageID #: 2250


result, CAPM estimates of the cost of equity for high beta stocks are too high (relative to historical average returns) and estimates for low beta stocks are too low (Friend and Blume, 1970). Similarly, if the high average returns on value stocks (with high book-to-market ratios) imply high expected returns, CAPM cost of equity estimates for such stocks are too low.[7]

The CAPM is also often used to measure the performance of mutual funds and other managed portfolios. The approach, dating to Jensen (1968), is to estimate the CAPM time-series regression for a portfolio and use the intercept (Jensen's alpha) to measure abnormal performance. The problem is that, because of the empirical failings of the CAPM, even passively managed stock portfolios produce abnormal returns if their investment strategies involve tilts toward CAPM problems (Elton, Gruber, Das and Hlavka, 1993). For example, funds that concentrate on low beta stocks, small stocks or value stocks will tend to produce positive abnormal returns relative to the predictions of the Sharpe-Lintner CAPM, even when the fund managers have no special talent for picking winners.

The CAPM, like Markowitz's (1952, 1959) portfolio model on which it is built, is nevertheless a theoretical tour de force. We continue to teach the CAPM as an introduction to the fundamental concepts of portfolio theory and asset pricing, to be built on by more complicated models like Merton's (1973) ICAPM. But we also warn students that despite its seductive simplicity, the CAPM's empirical problems probably invalidate its use in applications.

■ *We gratefully acknowledge the comments of John Cochrane, George Constantinides, Richard Leftwich, Andrei Shleifer, René Stulz and Timothy Taylor.*

[7] The problems are compounded by the large standard errors of estimates of the market premium and of betas for individual stocks, which probably suffice to make CAPM estimates of the cost of equity rather meaningless, even if the CAPM holds (Fama and French, 1997; Pastor and Stambaugh, 1999). For example, using the U.S. Treasury bill rate as the risk-free interest rate and the CRSP value-weight portfolio of publicly traded U.S. common stocks, the average value of the equity premium $R_{Mt} - R_{ft}$ for 1927–2003 is 8.3 percent per year, with a standard error of 2.4 percent. The two standard error range thus runs from 3.5 percent to 13.1 percent, which is sufficient to make most projects appear either profitable or unprofitable. This problem is, however, hardly special to the CAPM. For example, expected returns in all versions of Merton's (1973) ICAPM include a market beta and the expected market premium. Also, as noted earlier the expected values of the size and book-to-market premiums in the Fama-French three-factor model are also estimated with substantial error.

## References


**Ball, Ray.** 1978. "Anomalies in Relationships Between Securities' Yields and Yield-Surrogates." *Journal of Financial Economics.* 6:2, pp. 103–26.

**Banz, Rolf W.** 1981. "The Relationship Between Return and Market Value of Common Stocks." *Journal of Financial Economics.* 9:1, pp. 3–18.

**Basu, Sanjay.** 1977. "Investment Performance of Common Stocks in Relation to Their Price-Earnings Ratios: A Test of the Efficient Market Hypothesis." *Journal of Finance.* 12:3, pp. 129–56.

**Bhandari, Laxmi Chand.** 1988. "Debt/Equity Ratio and Expected Common Stock Returns: Empirical Evidence." *Journal of Finance.* 43:2, pp. 507–28.

**Black, Fischer.** 1972. "Capital Market Equilibrium with Restricted Borrowing." *Journal of Business.* 45:3, pp. 444–54.

**Black, Fischer, Michael C. Jensen and Myron Scholes.** 1972. "The Capital Asset Pricing Model: Some Empirical Tests," in *Studies in the Theory of Capital Markets.* Michael C. Jensen, ed. New York: Praeger, pp. 79–121.

**Blume, Marshall.** 1970. "Portfolio Theory: A Step Towards its Practical Application." *Journal of Business.* 43:2, pp. 152–74.

**Blume, Marshall and Irwin Friend.** 1973. "A New Look at the Capital Asset Pricing Model." *Journal of Finance.* 28:1, pp. 19–33.

**Campbell, John Y. and Robert J. Shiller.** 1989. "The Dividend-Price Ratio and Expectations of Future Dividends and Discount Factors." *Review of Financial Studies.* 1:3, pp. 195–228.

**Capaul, Carlo, Ian Rowley and William F. Sharpe.** 1993. "International Value and Growth Stock Returns." *Financial Analysts Journal.* January/February, 49, pp. 27–36.

**Carhart, Mark M.** 1997. "On Persistence in Mutual Fund Performance." *Journal of Finance.* 52:1, pp. 57–82.

**Chan, Louis K.C., Yasushi Hamao and Josef Lakonishok.** 1991. "Fundamentals and Stock Returns in Japan." *Journal of Finance.* 46:5, pp. 1739–789.

**DeBondt, Werner F. M. and Richard H. Thaler.** 1987. "Further Evidence on Investor Overreaction and Stock Market Seasonality." *Journal of Finance.* 42:3, pp. 557–81.

**Dechow, Patricia M., Amy P. Hutton and Richard G. Sloan.** 1999. "An Empirical Assessment of the Residual Income Valuation Model." *Journal of Accounting and Economics.* 26:1, pp. 1–34.

**Douglas, George W.** 1968. *Risk in the Equity Markets: An Empirical Appraisal of Market Efficiency.* Ann Arbor, Michigan: University Microfilms, Inc.

**Elton, Edwin J., Martin J. Gruber, Sanjiv Das and Matt Hlavka.** 1993. "Efficiency with Costly Information: A Reinterpretation of Evidence from Managed Portfolios." *Review of Financial Studies.* 6:1, pp. 1–22.

**Fama, Eugene F.** 1970. "Efficient Capital Markets: A Review of Theory and Empirical Work." *Journal of Finance.* 25:2, pp. 383–417.

**Fama, Eugene F.** 1996. "Multifactor Portfolio Efficiency and Multifactor Asset Pricing." *Journal of Financial and Quantitative Analysis.* 31:4, pp. 441–65.

**Fama, Eugene F. and Kenneth R. French.** 1992. "The Cross-Section of Expected Stock Returns." *Journal of Finance.* 47:2, pp. 427–65.

**Fama, Eugene F. and Kenneth R. French.** 1993. "Common Risk Factors in the Returns on Stocks and Bonds." *Journal of Financial Economics.* 33:1, pp. 3–56.

**Fama, Eugene F. and Kenneth R. French.** 1995. "Size and Book-to-Market Factors in Earnings and Returns." *Journal of Finance.* 50:1, pp. 131–55.

**Fama, Eugene F. and Kenneth R. French.** 1996. "Multifactor Explanations of Asset Pricing Anomalies." *Journal of Finance.* 51:1, pp. 55–84.

**Fama, Eugene F. and Kenneth R. French.** 1997. "Industry Costs of Equity." *Journal of Financial Economics.* 43:2 pp. 153–93.

**Fama, Eugene F. and Kenneth R. French.** 1998. "Value Versus Growth: The International Evidence." *Journal of Finance.* 53:6, pp. 1975–999.

**Fama, Eugene F. and James D. MacBeth.** 1973. "Risk, Return, and Equilibrium: Empirical Tests." *Journal of Political Economy.* 81:3, pp. 607–36.

**Frankel, Richard and Charles M.C. Lee.** 1998. "Accounting Valuation, Market Expectation, and Cross-Sectional Stock Returns." *Journal of Accounting and Economics.* 25:3 pp. 283–319.

**Friend, Irwin and Marshall Blume.** 1970. "Measurement of Portfolio Performance under Uncertainty." *American Economic Review.* 60:4, pp. 607–36.

**Gibbons, Michael R.** 1982. "Multivariate Tests of Financial Models: A New Approach." *Journal of Financial Economics.* 10:1, pp. 3–27.

**Gibbons, Michael R., Stephen A. Ross and Jay Shanken.** 1989. "A Test of the Efficiency of a Given Portfolio." *Econometrica.* 57:5, pp. 1121–152.

**Haugen, Robert.** 1995. *The New Finance: The*

*Case against Efficient Markets.* Englewood Cliffs, N.J.: Prentice Hall.

**Jegadeesh, Narasimhan and Sheridan Titman.** 1993. "Returns to Buying Winners and Selling Losers: Implications for Stock Market Efficiency." *Journal of Finance.* 48:1, pp. 65–91.

**Jensen, Michael C.** 1968. "The Performance of Mutual Funds in the Period 1945–1964." *Journal of Finance.* 23:2, pp. 389–416.

**Kothari, S. P., Jay Shanken and Richard G. Sloan.** 1995. "Another Look at the Cross-Section of Expected Stock Returns." *Journal of Finance.* 50:1, pp. 185–224.

**Lakonishok, Josef and Alan C. Shapiro.** 1986. Systemaitc Risk, Total Risk, and Size as Determinants of Stock Market Returns." *Journal of Banking and Finance.* 10:1, pp. 115–32.

**Lakonishok, Josef, Andrei Shleifer and Robert W. Vishny.** 1994. "Contrarian Investment, Extrapolation, and Risk." *Journal of Finance.* 49:5, pp. 1541–578.

**Lintner, John.** 1965. "The Valuation of Risk Assets and the Selection of Risky Investments in Stock Portfolios and Capital Budgets." *Review of Economics and Statistics.* 47:1, pp. 13–37.

**Loughran, Tim and Jay. R. Ritter.** 1995. "The New Issues Puzzle." *Journal of Finance.* 50:1, pp. 23–51.

**Markowitz, Harry.** 1952. "Portfolio Selection." *Journal of Finance.* 7:1, pp. 77–99.

**Markowitz, Harry.** 1959. *Portfolio Selection: Efficient Diversification of Investments.* Cowles Foundation Monograph No. 16. New York: John Wiley & Sons, Inc.

**Merton, Robert C.** 1973. "An Intertemporal Capital Asset Pricing Model." *Econometrica.* 41:5, pp. 867–87.

**Miller, Merton and Myron Scholes.** 1972. "Rates of Return in Relation to Risk: A Reexamination of Some Recent Findings," in *Studies in the Theory of Capital Markets.* Michael C. Jensen, ed. New York: Praeger, pp. 47–78.

**Mitchell, Mark L. and Erik Stafford.** 2000. "Managerial Decisions and Long-Term Stock Price Performance." *Journal of Business.* 73:3, pp. 287–329.

**Pastor, Lubos and Robert F. Stambaugh.** 1999. "Costs of Equity Capital and Model Mispricing." *Journal of Finance.* 54:1, pp. 67–121.

**Piotroski, Joseph D.** 2000. "Value Investing: The Use of Historical Financial Statement Information to Separate Winners from Losers." *Journal of Accounting Research.* 38:Supplement, pp. 1–51.

**Reinganum, Marc R.** 1981. "A New Empirical Perspective on the CAPM." *Journal of Financial and Quantitative Analysis.* 16:4, pp. 439–62.

**Roll, Richard.** 1977. "A Critique of the Asset Pricing Theory's Tests' Part I: On Past and Potential Testability of the Theory." *Journal of Financial Economics.* 4:2, pp. 129–76.

**Rosenberg, Barr, Kenneth Reid and Ronald Lanstein.** 1985. "Persuasive Evidence of Market Inefficiency." *Journal of Portfolio Management.* Spring, 11, pp. 9–17.

**Ross, Stephen A.** 1976. "The Arbitrage Theory of Capital Asset Pricing." *Journal of Economic Theory.* 13:3, pp. 341–60.

**Sharpe, William F.** 1964. "Capital Asset Prices: A Theory of Market Equilibrium under Conditions of Risk." *Journal of Finance.* 19:3, pp. 425–42.

**Stambaugh, Robert F.** 1982. "On The Exclusion of Assets from Tests of the Two-Parameter Model: A Sensitivity Analysis." *Journal of Financial Economics.* 10:3, pp. 237–68.

**Stattman, Dennis.** 1980. "Book Values and Stock Returns." *The Chicago MBA: A Journal of Selected Papers.* 4, pp. 25–45.

**Stein, Jeremy.** 1996. "Rational Capital Budgeting in an Irrational World." *Journal of Business.* 69:4, pp. 429–55.

**Tobin, James.** 1958. "Liquidity Preference as Behavior Toward Risk." *Review of Economic Studies.* 25:2, pp. 65–86.

**Vuolteenaho, Tuomo.** 2002. "What Drives Firm Level Stock Returns?" *Journal of Finance.* 57:1, pp. 233–64.

# Exhibit QE–46

**Ibbotson® SBBI®**
2012 Valuation Yearbook

Market Results for
Stocks, Bonds, Bills, and Inflation
1926–2011

SBBI

MORNINGSTAR®

# Ibbotson® SBBI®

## 2012 Valuation Yearbook

Market Results for
Stocks, Bonds, Bills, and Inflation
1926–2011

SBBI

MORNINGSTAR®

**2012 Ibbotson® Stocks, Bonds, Bills, and Inflation® Valuation Yearbook**

Stocks, Bonds, Bills, and Inflation® and SBBI® are registered trademarks of Morningstar, Inc. Ibbotson® and Ibbotson Associates® are registered trademarks of Ibbotson Associates, a wholly owned subsidiary of Morningstar, Inc., and are used with permission.

The information presented in this publication has been obtained with the greatest of care from sources believed to be reliable, but is not guaranteed to be complete, accurate or timely. Morningstar and its affiliated companies expressly disclaim any liability, including incidental or consequential damages, arising from the use of this publication or any errors or omissions that may be contained in it.

©2012 Morningstar. All rights reserved. No part of this publication may be reproduced or used in any other form or by any other means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without Morningstar's prior, written permission. To obtain permission, please call Product Sales or write to the address below. Your request should specify the data or other information you wish to use and the manner in which you wish to use it. In addition, you will need to include copies of any charts, tables, and/or figures that you have created based on that information. There is a minimum $1500 processing fee per request. There may be additional fees depending on your proposed usage.

Published by:
Morningstar, Inc.
22 W. Washington
Chicago, Illinois 60602

Main (312) 696-6000
Product Sales (888) 298-3647
Fax (312) 696-6010
global.morningstar.com/SBBIYearbooks

ISBN 978-0-9849500-1-0
ISSN 1523-343x

Ibbotson Associates® is a leading authority on asset allocation with expertise in capital market expectations and portfolio implementation. Approaching portfolio construction from the top-down through a research-based investment process, its experienced consultants and portfolio managers serve mutual fund firms, banks, broker-dealers, and insurance companies worldwide. Ibbotson Associates' methodologies and services address all investment phases, from accumulation to retirement and the transition between the two. Visit Ibbotson.com for contact information, published research, product fact sheets and other information.

For more information about Morningstar's software and data products for individuals, advisors, and institutions, see "Investment Tools and Resources" at the back of this book, or call (800) 735-0700.

Additional copies of the *2012 Ibbotson® SBBI® Valuation Yearbook* may be obtained for $175 per book, plus shipping and handling. Archived editions (2011 and prior) are available in limited quantities for $200 per book, plus shipping and handling. For purchasing or other information related to volume discounts or companion publications, please call (888) 298-3647, or write to the address above.

than four percent of the underlying stock price for all but the very smallest portfolios of stocks.[8] Spreads of under four percent could give rise to biases in measured returns that are at most 50 basis points (assuming that annual returns are being compounded from monthly portfolio results, as in the Ibbotson and PricewaterhouseCoopers studies), yet the size/return relationship is manifest even for mid-sized public companies.

**Geometric versus Arithmetic Averages**

It has been suggested that using geometric averages to formulate discount rates will correct for the alleged "bid/ask bias." This argument is completely spurious. The difference between the geometric and arithmetic averages has nothing whatsoever to do with the bid/ask bounce. Both measures are built up from the same underlying monthly return measurements. Geometric averages are always less than arithmetic averages as a matter of mathematical law, not as a result of the bid/ask spread. Though using geometric averages produces a lower discount rate, the lower rate cannot be attributed to a correction of the bid/ask spread.

**Infrequent Trading and Small Stock Betas**

It has been argued that betas for smaller, less frequently traded stocks are mismeasured; in particular, they tend to be too low. If small stock betas were sufficiently high to measure their true systematic risk, then the small stock premium might disappear. This possibility has been offered as an argument against the use of a small stock premium in calculating discount rates.

With a little bit of thought, one should come to a very different conclusion. If small stocks have high returns because they have high betas, and if methods of measuring betas for smaller companies produce betas that are too low, then in the context of the CAPM some sort of adjustment is necessary in order to produce a discount rate of the right magnitude. A small stock premium is one such adjustment.

The Ibbotson Associates size premia study presented earlier in this chapter demonstrates this concept. Beta is calculated for each decile for the entire history back to 1926. These betas are then plugged into the capital asset pricing model to produce decile costs of equity under CAPM, which are then compared to the actual returns that the deciles achieved over this period of history. For all but the largest decile, CAPM underestimates the cost of equity. The amount of this underestimation is termed the size premium.

As was noted earlier in this chapter, it is possible to estimate beta with a different regression equation to take into account the infrequent trading of small-capitalization stocks. One can accomplish this either by using the sum beta technique or by measuring beta with annual data. As seen in Tables 7-11 and 7-12, these techniques increase the cost of equity as predicted by CAPM, but fail to completely eradicate the size premium.

**Transaction Costs**

It has been argued that, because of high bid/ask spreads and other transaction costs, an investor in publicly traded small stocks is not able to realize returns as high as those we observe in the historical record. According to one theory, small stocks earn high returns in order to compensate investors for high transaction costs. However, in valuing a business, one typically applies to cash flows a discount rate that does not reflect the buyer's or the seller's transaction costs. It would be inconsistent to also use a discount rate that reflects a rate of return on a "net of transaction cost" basis.

**Delisted Return Bias**

Tyler Shumway published some evidence that the CRSP database omits delisting returns for a large number of companies.[9] This creates a potential bias because stocks generally experience negative returns upon delisting. Since delisting is concentrated in firms with small market values, this has been offered as a partial explanation of the observed size effect.

Shumway's data revealed that the possible bias is trivial for all but the very smallest companies, yet the historical size effect is still evident in mid-cap companies. Therefore, this bias would explain little of the observed historical relationship.

PricewaterhouseCoopers revised its methodology to take into account the Shumway evidence. Shumway reported that the average delisting rate of return for companies for which he could find data was approximately minus 30 percent. The PricewaterhouseCoopers calculations thus assumed a rate of return upon delisting of minus 30 percent for any company for which CRSP lacks delisting return data. This adjustment did not greatly affect the results of the 25 size portfolios in the Original PricewaterhouseCoopers Risk Premia Study. Even for the very smallest (25th) portfolio, the adjustment lowered the observed average return by only 22 basis points (less than one percent). For the

# Exhibit QE–47

# Cost of Capital

*Applications and Examples*

Fourth Edition

SHANNON P. PRATT
ROGER J. GRABOWSKI

WILEY
John Wiley & Sons, Inc.

Pratt, Shannon P.
Cost of capital : application and examples / Shannon P. Pratt, Roger J. Grabowski. – 4th ed.
p. cm.
Includes bibliographical references and index.
ISBN 978-0-470-47605-5 (cloth); ISBN 978-0-470-88656-4 (ebk); ISBN 978-0-470-88662-5 (ebk); ISBN 978-0-470-88671-7 (ebk)
1. Capital investments. 2. Business enterprises–Valuation. 3. Capital investments–United States. 4. Business enterprises–Valuation–United States. I. Grabowski, Roger J. II. Title.
HG4028.C4P72 2010
658.15′2–dc22 2010012330

Printed in the United States of America

10 9 8 7 6 5 4 3 2 1

CHAPTER 28

# The Private Company Discount for Operating Businesses

Introduction
Relationship between DLOM for Minority Interests and PCD
Quantifying the Private Company Discount
  Koeplin et al. Study
  Officer Study
  Block Study
  Paglia and Harjoto Study
  De Franco et al. Study
Reasons for the Private Company Discount
Summary

## INTRODUCTION

Discounting the expected net cash flows for a closely held business using an "as if public" cost of capital does not provide an estimate of the value of 100% of the closely held business. Even 100% of a closely held business suffers from lack of marketability and illiquidity. In Chapter 27, we discussed discounts for lack of marketability for minority interests. The empirical studies discussed therein provide data to help quantify the amount of such a discount in the case of minority interest transactions. In this chapter, we discuss the appropriate discount, if any, for 100% of a private company compared to the value of a publicly traded equivalent company: the *private company discount* (PCD).

## RELATIONSHIP BETWEEN DLOM FOR MINORITY INTERESTS AND PCD

The case for discounts for lack of marketability for controlling interest transactions is not as clear as for minority interests. A controlling interest holder cannot merely call a stockbroker, execute a transaction in seconds, and have cash in hand within three business days. It may take months to prepare a controlling interest for sale,

with significant legal, accounting, investment banking, and management time costs incurred in the process. Furthermore, compared with public companies, most closely held companies have less ready access to the capital markets to raise additional equity and/or debt capital. In addition, the quality of the accounting information of closely held companies is considered inferior to that of public companies. Also, most private companies are less well known to potential investors than are most public companies.

Despite these limitations, some analysts would say that discounts for lack of marketability are not applicable to controlling interests. These same analysts may, however, recognize the realities of these factors under the rubric of liquidity.

Some analysts have attempted to quantify the discount for lack of marketability for a 100% interest by measuring the hypothetical cost of taking the closely held firm public as a proxy for the discount. This approach has two problems:

1. The closely held company may not be of the size to go public.
2. Even if it were a potential public company, the time and risk of failure of a public offering is not embodied in the costs to go public. Therefore, if anything, a proxy probably underestimates the appropriate discount.

Courts frequently have recognized discounts for lack of marketability for controlling stock interests. Discounts for lack of marketability for controlling ownership interests in closely held firms, when appropriate (such as those recognized in the U.S. tax court), are often in the range of 10% to 25%, not as great as for minority ownership interests.

Several recent studies have assembled data to help analysts quantify the private company discount.

## QUANTIFYING THE PRIVATE COMPANY DISCOUNT

We will present the results from a series of studies that document the existence and help quantify the magnitude of the PCD.

### Koeplin et al. Study

Koeplin, Sarin, and Shapiro conducted a study of the multiples paid for public companies compared to those paid for closely held companies.[1] In their study of matched pairs, they identified all acquisitions of closely held companies between 1984 and 1998 (excluding financial companies and regulated utilities) that were made by public companies. In those instances, the acquiring company often must include information about the acquisition for the prior three years in its public filings. Closely held company acquisitions studied were limited to transactions in which a controlling interest was acquired and those in which sufficient information was disclosed in the public filing of the acquiring company.

[1] Atulya Sarin, John Koeplin, and Alan C. Shapiro, "The Private Company Discount," *Journal of Applied Corporate Finance* (Winter 2000): 94–101.

# Exhibit QE–48

# SURVEY OF PROFESSIONAL FORECASTERS

**Release Date: February 14, 2020**

***FIRST QUARTER 2020***

***Stronger Output Growth and Higher Job Gains in 2020***

The U.S. economy in 2020 looks stronger now than it did three months ago, according to 37 forecasters surveyed by the Federal Reserve Bank of Philadelphia. The panel predicts real GDP will grow at an annual rate of 1.7 percent this quarter, down from 1.9 percent in the last survey. However, for each of the next three quarters, the panel sees higher output growth than they predicted previously. On an annual-average over annual-average basis, the forecasters expect real GDP to grow 2.0 percent in each of the next four years. The current projection for 2020 growth is up from 1.8 percent in the last survey.

A brighter outlook for the labor market accompanies the outlook for growth. The forecasters predict the unemployment rate will average between 3.6 percent and 3.9 percent from 2020 to 2023. Notably, the projections for 2020, 2021, and 2022 are below those of the last survey.

On the employment front, the forecasters have revised upward their estimates for job gains in 2020. The projections for the annual-average level of nonfarm payroll employment suggest job gains at a monthly rate of 168,500 in 2020, up from 143,800 projected three months ago. (These annual-average estimates are computed as the year-to-year change in the annual-average level of nonfarm payroll employment, converted to a monthly rate.)

*Median Forecasts for Selected Variables in the Current and Previous Surveys*

| | Real GDP (%) | | Unemployment Rate (%) | | Payrolls (000s/month) | |
|---|---|---|---|---|---|---|
| | Previous | New | Previous | New | Previous | New |
| Quarterly data: | | | | | | |
| 2020:Q1 | 1.9 | 1.7 | 3.6 | 3.6 | 133.1 | 178.2 |
| 2020:Q2 | 1.7 | 2.1 | 3.6 | 3.5 | 159.4 | 168.6 |
| 2020:Q3 | 1.7 | 2.0 | 3.7 | 3.5 | 122.5 | 132.8 |
| 2020:Q4 | 1.9 | 2.1 | 3.7 | 3.6 | 127.3 | 116.7 |
| 2021:Q1 | N.A. | 2.2 | N.A. | 3.6 | N.A. | 114.5 |
| Annual data (projections are based on annual-average levels): | | | | | | |
| 2020 | 1.8 | 2.0 | 3.7 | 3.6 | 143.8 | 168.5 |
| 2021 | 2.0 | 2.0 | 3.7 | 3.6 | N.A. | 125.2 |
| 2022 | 2.0 | 2.0 | 3.9 | 3.7 | N.A. | N.A. |
| 2023 | N.A. | 2.0 | N.A. | 3.9 | N.A. | N.A. |

The charts below provide some insight into the degree of uncertainty the forecasters have about their projections for the rate of growth in the annual-average level of real GDP. Each chart presents the forecasters' previous and current estimates of the probability that growth will fall into each of 11 ranges. The charts show the forecasters have revised upward their estimates of the probability that real GDP will grow 2.0 percent or more in 2020 and 2021.












The forecasters' density projections for unemployment, shown below, shed light on uncertainty about the labor market over the next four years. Each chart presents the forecasters' current estimates of the probability that unemployment will fall into each of 10 ranges. The charts show the panelists are raising their density estimates for an unemployment rate below 4.0 percent for the next three years, especially in 2020 and 2021.












***Lower Inflation in the Current Quarter***
The forecasters expect current-quarter headline CPI inflation to average 2.0 percent, down from 2.2 percent in the last survey. Headline PCE inflation for the current quarter will be 1.7 percent, down 0.3 percentage point from the previous estimate.

The forecasters' projections for inflation beyond the current quarter are little changed compared with the previous survey.

Over the next 10 years, 2020 to 2029, the forecasters expect headline CPI inflation to average 2.20 percent at an annual rate. The corresponding estimate for 10-year annual-average PCE inflation is 2.00 percent.

*Median Short-Run and Long-Run Projections for Inflation (Annualized Percentage Points)*

| | Headline CPI | | Core CPI | | Headline PCE | | Core PCE | |
|---|---|---|---|---|---|---|---|---|
| | Previous | Current | Previous | Current | Previous | Current | Previous | Current |
| Quarterly | | | | | | | | |
| 2020:Q1 | 2.2 | 2.0 | 2.3 | 2.1 | 2.0 | 1.7 | 2.0 | 1.9 |
| 2020:Q2 | 2.1 | 2.0 | 2.2 | 2.1 | 2.0 | 1.8 | 2.0 | 1.9 |
| 2020:Q3 | 2.2 | 2.2 | 2.2 | 2.1 | 1.9 | 1.9 | 2.0 | 1.9 |
| 2020:Q4 | 2.1 | 2.2 | 2.2 | 2.2 | 1.9 | 2.0 | 2.0 | 1.9 |
| 2021:Q1 | N.A. | 2.2 | N.A. | 2.2 | N.A. | 2.0 | N.A. | 1.9 |
| Q4/Q4 Annual Averages | | | | | | | | |
| 2020 | 2.1 | 2.0 | 2.3 | 2.2 | 1.9 | 1.9 | 2.0 | 1.9 |
| 2021 | 2.2 | 2.2 | 2.2 | 2.1 | 2.0 | 2.0 | 1.9 | 1.9 |
| 2022 | N.A. | 2.3 | N.A. | 2.2 | N.A. | 2.0 | N.A. | 1.9 |
| Long-Term Annual Averages | | | | | | | | |
| 2019-2023 | 2.20 | N.A. | N.A. | N.A. | 1.90 | N.A. | N.A. | N.A. |
| 2020-2024 | N.A. | 2.20 | N.A. | N.A. | N.A. | 2.00 | N.A. | N.A. |
| 2019-2028 | 2.20 | N.A. | N.A. | N.A. | 2.00 | N.A. | N.A. | N.A. |
| 2020-2029 | N.A. | 2.20 | N.A. | N.A. | N.A. | 2.00 | N.A. | N.A. |

The charts below show the median projections (the red line) and the associated interquartile ranges (gray areas around the red line) for the projections for 10-year annual-average CPI and PCE inflation. The charts highlight unchanged projections for the long-term inflation rate, compared with those of the last survey.

**Projections for the 10-Year Annual-Average Rate of CPI Inflation**
**(Median and Interquartile Range)**




**Projections for the 10-Year Annual-Average Rate of PCE Inflation**
**(Median and Interquartile Range)**



The figures below show the probabilities that the forecasters are assigning to each of 10 possible ranges for fourth-quarter over fourth-quarter core PCE inflation in 2020 and 2021. For 2020, the forecasters have increased the probability that core PCE inflation will be below 2.0 percent.







***Lower Risk of a Negative Quarter***

The forecasters have revised downward the chance of a contraction in real GDP in any of the next four quarters. For the current quarter, the forecasters predict a 12.5 percent chance of negative growth, down from 18.1 percent in the survey of three months ago.

*Risk of a Negative Quarter (%)*
*Survey Means*

| Quarterly data: | Previous | New |
|---|---|---|
| 2020:Q1 | 18.1 | 12.5 |
| 2020:Q2 | 20.8 | 14.9 |
| 2020:Q3 | 22.6 | 18.4 |
| 2020:Q4 | 25.1 | 21.3 |
| 2021:Q1 | N.A. | 25.7 |

***Forecasters State Their Views on House Price Growth over the Next Two Years***

In a special question in this survey, panelists were asked to provide their forecasts for fourth-quarter over fourth-quarter growth in house prices, as measured by a number of alternative indices. The panelists were allowed to choose their measure from a list of indices or to write in their own index. For each index of their choosing, the panelists provided forecasts for growth in 2020 and 2021.

Sixteen panelists answered the special question. Some panelists provided projections for more than one index. The table below provides a summary of the forecasters' responses. The number of responses (N) is low for each index. The median estimates for the six house-price indices listed in the table below range from 3.5 percent to 4.3 percent in 2020 and from 2.8 percent to 4.0 percent in 2021.

*Projections for Growth in Various Indices of House Prices*
*Q4/Q4, Percentage Points*

| Index | 2020 (Q4/Q4 Percent Change) | | | 2021 (Q4/Q4 Percent Change) | | |
|---|---|---|---|---|---|---|
| | N | Mean | Median | N | Mean | Median |
| S&P CoreLogic Case-Shiller: U.S. National | 5 | 4.2 | 4.2 | 5 | 3.7 | 3.4 |
| S&P CoreLogic Case-Shiller: Composite 10 | 2 | 4.2 | 4.2 | 2 | 4.0 | 4.0 |
| S&P CoreLogic Case-Shiller: Composite 20 | 5 | 3.5 | 3.5 | 5 | 3.3 | 2.8 |
| FHFA: Purchase Only (U.S. Total) | 10 | 4.1 | 4.1 | 10 | 3.9 | 3.9 |
| CoreLogic: National HPI, incl. Distressed Sales (Single Family Combined) | 4 | 4.2 | 4.3 | 4 | 3.8 | 3.8 |
| NAR Median: Total Existing | 2 | 3.8 | 3.8 | 2 | 3.7 | 3.7 |

***Stable 10-Year Growth in Output and Productivity and Lower Returns to Financial Assets***

In our first-quarter surveys, the forecasters provide their 10-year annual-average projections for an expanded set of variables, including growth in output and productivity, as well as returns on financial assets.

As the table below shows, the projection for the annual-average rate of growth in real GDP over the next 10 years is nearly unchanged. Currently, the forecasters expect real GDP to grow at an annual-average rate of 2.00 percent over the next 10 years, almost identical to their projection of 1.99 percent in the first-quarter survey of 2019. Ten-year annual-average productivity growth is now expected to be 1.40 percent, up slightly from 1.35 percent previously.

Downward revisions to the return on financial assets accompany the current outlook. The forecasters predict the S&P 500 returning an annual-average 5.00 percent over the next 10 years, down from 5.35 percent. The forecasters see the rate on 10-year Treasuries averaging 2.70 percent over the next 10 years, down from 3.50 percent in last year's first-quarter survey. Three-month Treasury bills will return an annual-average 2.02 percent over the next 10 years, down from 2.75 percent.

*Median Long-Term (10-Year) Forecasts (%)*

| | *First Quarter 2019* | *Current Survey* |
|---|---|---|
| *Real GDP Growth* | 1.99 | 2.00 |
| *Productivity Growth* | 1.35 | 1.40 |
| *Stock Returns (S&P 500)* | 5.35 | 5.00 |
| *Rate on 10-Year Treasury Bonds* | 3.50 | 2.70 |
| *Bill Returns (3-Month)* | 2.75 | 2.02 |

***Technical Notes***

**Moody's Aaa and Baa Historical Rates**
The historical values of Moody's Aaa and Baa rates are proprietary and, therefore, not available in the data files on the Bank's website or on the tables that accompany the survey's complete write-up in the PDF.

The Federal Reserve Bank of Philadelphia thanks the following forecasters for their participation in recent surveys:

**Lewis Alexander**, Nomura Securities; **Scott Anderson**, Bank of the West (BNP Paribas Group); **Robert J. Barbera**, Johns Hopkins University Center for Financial Economics; **Peter Bernstein**, RCF Economic and Financial Consulting, Inc.; **Wayne Best** and **Michael Brown**, Visa, Inc.; **Jay Bryson**, Wells Fargo; **J. Burton**, **G. Ehrlich**, **D. Manaenkov**, **W. Song**, and **A. Thapar**, RSQE, University of Michigan; **Christine Chmura**, **Ph.D.**, and **Xiaobing Shuai**, **Ph.D.**, Chmura Economics & Analytics; **Gary Ciminero**, **CFA**, GLC Financial Economics; **Gregory Daco**, Oxford Economics USA, Inc.; **Rajeev Dhawan**, Georgia State University; **Bill Diviney**, ABN AMRO Bank NV; **Michael R. Englund**, Action Economics, LLC; **Michael Gapen**, Barclays Capital; **Sacha Gelfer**, Bentley University; **James Glassman**, JPMorgan Chase & Co.; **Jan Hatzius**, Goldman Sachs; **Brian Higginbotham**, U.S. Chamber of Commerce; **Peter Hooper**, Deutsche Bank Securities, Inc.; **Fred Joutz**, Benchmark Forecasts; **Sam Kahan**, Kahan Consulting Ltd. (ACT Research LLC); **N. Karp**, BBVA Research USA; **Walter Kemmsies**, Jones Lang LaSalle; **Jack Kleinhenz**, Kleinhenz & Associates, Inc.; **Thomas Lam**, Sim Kee Boon Institute, Singapore Management University; **John Lonski**, Moody's Capital Markets Group; **IHS Markit**; **Robert McNab**, Old Dominion University; **R. Anthony Metz**, Pareto Optimal Economics; **R. M. Monaco**, TitanRM; **Michael Moran**, Daiwa Capital Markets America; **Joel L. Naroff**, Naroff Economic Advisors; **Mark Nielson, Ph.D.**, MacroEcon Global Advisors; **Brendon Ogmundson**, BC Real Estate Association; **Philip Rothman**, East Carolina University; **Chris Rupkey**, MUFG Union Bank; **Sean M. Snaith**, **Ph.D.**, University of Central Florida; **Constantine G. Soras, Ph.D.**, CGS Economic Consulting/Montclair State University; **Stephen Stanley**, Amherst Pierpont Securities; **Charles Steindel**, Ramapo College of New Jersey; **Susan M. Sterne**, Economic Analysis Associates, Inc.; **James Sweeney**, Credit Suisse; **Thomas Kevin Swift**, American Chemistry Council; **Maira Trimble**, Eaton Corporation; **Mark Zandi**, Moody's Analytics; **Ellen Zentner**, Morgan Stanley.

This is a partial list of participants. We also thank those who wish to remain anonymous.

SUMMARY TABLE
SURVEY OF PROFESSIONAL FORECASTERS
MAJOR MACROECONOMIC INDICATORS

| | 2020 Q1 | 2020 Q2 | 2020 Q3 | 2020 Q4 | 2021 Q1 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (YEAR-OVER-YEAR) | | | |
| PERCENT GROWTH AT ANNUAL RATES | | | | | | | | | |
| 1. REAL GDP (BILLIONS, CHAIN WEIGHTED) | 1.7 | 2.1 | 2.0 | 2.1 | 2.2 | 2.0 | 2.0 | 2.0 | 2.0 |
| 2. GDP PRICE INDEX (PERCENT CHANGE) | 1.8 | 1.8 | 1.9 | 2.0 | 2.0 | 1.8 | 1.9 | N.A. | N.A. |
| 3. NOMINAL GDP ($ BILLIONS) | 3.4 | 4.2 | 4.2 | 4.1 | 3.7 | 3.9 | 4.0 | N.A. | N.A. |
| 4. NONFARM PAYROLL EMPLOYMENT | | | | | | | | | |
| (PERCENT CHANGE) | 1.4 | 1.3 | 1.0 | 0.9 | 0.9 | 1.3 | 1.0 | N.A. | N.A. |
| (AVG MONTHLY CHANGE) | 178.2 | 168.6 | 132.8 | 116.7 | 114.5 | 168.5 | 125.2 | N.A. | N.A. |
| VARIABLES IN LEVELS | | | | | | | | | |
| 5. UNEMPLOYMENT RATE (PERCENT) | 3.6 | 3.5 | 3.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.7 | 3.9 |
| 6. 3-MONTH TREASURY BILL (PERCENT) | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.7 | 2.0 | 2.2 |
| 7. 10-YEAR TREASURY BOND (PERCENT) | 1.7 | 1.8 | 1.9 | 2.0 | 2.0 | 1.9 | 2.1 | 2.5 | 2.7 |

| | 2020 Q1 | 2020 Q2 | 2020 Q3 | 2020 Q4 | 2021 Q1 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | (Q4-OVER-Q4) | | |
| INFLATION INDICATORS | | | | | | | | |
| 8. CPI (ANNUAL RATE) | 2.0 | 2.0 | 2.2 | 2.2 | 2.2 | 2.0 | 2.2 | 2.3 |
| 9. CORE CPI (ANNUAL RATE) | 2.1 | 2.1 | 2.1 | 2.2 | 2.2 | 2.2 | 2.1 | 2.2 |
| 10. PCE (ANNUAL RATE) | 1.7 | 1.8 | 1.9 | 2.0 | 2.0 | 1.9 | 2.0 | 2.0 |
| 11. CORE PCE (ANNUAL RATE) | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 |

Note: The figures on each line are medians of 37 forecasters.

Source: Research Department, Federal Reserve Bank of Philadelphia.
Survey of Professional Forecasters, First Quarter 2020.

**SURVEY OF PROFESSIONAL FORECASTERS**

**First Quarter 2020**

**Tables**

Note: Data in these tables listed as "actual" are the data that were available to the forecasters when they were sent the survey questionnaire on January 30, 2020; the tables do not reflect subsequent revisions to the data. All forecasts were received on or before February 11, 2020.

TABLE ONE
MAJOR MACROECONOMIC INDICATORS
MEDIANS OF FORECASTER PREDICTIONS

| | NUMBER OF FORECASTERS | ACTUAL 2019 Q4 | FORECAST 2020 Q1 | 2020 Q2 | 2020 Q3 | 2020 Q4 | 2021 Q1 | ACTUAL 2019 ANNUAL | FORECAST 2020 ANNUAL | 2021 ANNUAL | 2022 ANNUAL | 2023 ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. GROSS DOMESTIC PRODUCT (GDP) ($ BILLIONS) | 37 | 21734 | 21919 | 22144 | 22372 | 22599 | 22804 | 21429 | 22259 | 23149 | N.A. | N.A. |
| 2. GDP PRICE INDEX (2012=100) | 36 | 113.08 | 113.58 | 114.10 | 114.64 | 115.20 | 115.77 | 112.36 | 114.38 | 116.57 | N.A. | N.A. |
| 3. CORPORATE PROFITS AFTER TAXES ($ BILLIONS) | 20 | N.A. | 1885.6 | 1910.2 | 1921.5 | 1923.0 | 1927.6 | N.A. | 1901.1 | 1972.1 | N.A. | N.A. |
| 4. UNEMPLOYMENT RATE (PERCENT) | 36 | 3.5 | 3.6 | 3.5 | 3.5 | 3.6 | 3.6 | 3.7 | 3.6 | 3.6 | 3.7 | 3.9 |
| 5. NONFARM PAYROLL EMPLOYMENT (THOUSANDS) | 34 | 152201 | 152736 | 153242 | 153640 | 153990 | 154333 | 151404 | 153426 | 154928 | N.A. | N.A. |
| 6. INDUSTRIAL PRODUCTION (2012=100) | 31 | 109.4 | 109.4 | 109.8 | 110.2 | 110.5 | 110.7 | 109.5 | 110.0 | 111.4 | N.A. | N.A. |
| 7. NEW PRIVATE HOUSING STARTS (ANNUAL RATE, MILLIONS) | 33 | 1.44 | 1.37 | 1.38 | 1.38 | 1.37 | 1.39 | 1.30 | 1.38 | 1.38 | N.A. | N.A. |
| 8. 3-MONTH TREASURY BILL RATE (PERCENT) | 35 | 1.58 | 1.56 | 1.57 | 1.59 | 1.60 | 1.60 | 2.06 | 1.58 | 1.66 | 1.96 | 2.18 |
| 9. MOODY'S AAA CORP BOND YIELD * (PERCENT) | 26 | N.A. | 2.97 | 3.05 | 3.10 | 3.12 | 3.19 | N.A. | 3.07 | 3.38 | N.A. | N.A. |
| 10. MOODY'S BAA CORP BOND YIELD * (PERCENT) | 27 | N.A. | 3.86 | 3.92 | 3.98 | 4.08 | 4.15 | N.A. | 3.95 | 4.30 | N.A. | N.A. |
| 11. 10-YEAR TREASURY BOND YIELD (PERCENT) | 36 | 1.79 | 1.74 | 1.81 | 1.92 | 1.97 | 2.02 | 2.14 | 1.87 | 2.10 | 2.50 | 2.65 |
| 12. REAL GDP (BILLIONS, CHAIN WEIGHTED) | 36 | 19220 | 19299 | 19400 | 19497 | 19600 | 19707 | 19073 | 19451 | 19834 | 20235 | 20648 |
| 13. TOTAL CONSUMPTION EXPENDITURE (BILLIONS, CHAIN WEIGHTED) | 34 | 13411.9 | 13485.2 | 13554.9 | 13626.8 | 13692.1 | 13764.3 | 13279.6 | 13591.8 | 13875.4 | N.A. | N.A. |
| 14. NONRESIDENTIAL FIXED INVESTMENT (BILLIONS, CHAIN WEIGHTED) | 32 | 2732.4 | 2737.0 | 2750.9 | 2769.5 | 2783.7 | 2802.4 | 2749.8 | 2763.9 | 2841.3 | N.A. | N.A. |
| 15. RESIDENTIAL FIXED INVESTMENT (BILLIONS, CHAIN WEIGHTED) | 33 | 602.1 | 608.0 | 611.1 | 614.3 | 617.5 | 621.9 | 593.6 | 612.6 | 625.4 | N.A. | N.A. |
| 16. FEDERAL GOVERNMENT C & I (BILLIONS, CHAIN WEIGHTED) | 33 | 1295.7 | 1302.3 | 1309.9 | 1315.4 | 1321.8 | 1324.9 | 1275.7 | 1311.8 | 1333.4 | N.A. | N.A. |
| 17. STATE AND LOCAL GOVT C & I (BILLIONS, CHAIN WEIGHTED) | 34 | 2035.8 | 2042.3 | 2049.1 | 2055.5 | 2061.9 | 2068.1 | 2022.5 | 2053.1 | 2077.6 | N.A. | N.A. |
| 18. CHANGE IN PRIVATE INVENTORIES (BILLIONS, CHAIN WEIGHTED) | 32 | 6.5 | 20.3 | 27.5 | 32.0 | 38.6 | 39.6 | 65.3 | 29.0 | 45.6 | N.A. | N.A. |
| 19. NET EXPORTS (BILLIONS, CHAIN WEIGHTED) | 33 | -902.0 | -918.7 | -927.6 | -942.5 | -955.7 | -960.0 | -954.2 | -934.4 | -975.9 | N.A. | N.A. |

* The historical values of Moody's Aaa and Baa rates are proprietary and therefore not available to the general public.

Source: Research Department, Federal Reserve Bank of Philadelphia. Survey of Professional Forecasters, First Quarter 2020.

TABLE TWO
MAJOR MACROECONOMIC INDICATORS
PERCENTAGE CHANGES AT ANNUAL RATES

| | NUMBER OF FORECASTERS | Q4 2019 TO Q1 2020 | Q1 2020 TO Q2 2020 | Q2 2020 TO Q3 2020 | Q3 2020 TO Q4 2020 | Q4 2020 TO Q1 2021 | 2019 TO 2020 | 2020 TO 2021 | 2021 TO 2022 | 2022 TO 2023 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. GROSS DOMESTIC PRODUCT (GDP) ($ BILLIONS) | 37 | 3.4 | 4.2 | 4.2 | 4.1 | 3.7 | 3.9 | 4.0 | N.A. | N.A. |
| 2. GDP PRICE INDEX (2012=100) | 36 | 1.8 | 1.8 | 1.9 | 2.0 | 2.0 | 1.8 | 1.9 | N.A. | N.A. |
| 3. CORPORATE PROFITS AFTER TAXES ($ BILLIONS) | 20 | 1.6 | 5.3 | 2.4 | 0.3 | 1.0 | 2.9 | 3.7 | N.A. | N.A. |
| 4. UNEMPLOYMENT RATE (PERCENT) | 36 | 0.1 | -0.0 | 0.0 | 0.0 | 0.0 | -0.1 | 0.0 | 0.1 | 0.2 |
| 5. NONFARM PAYROLL EMPLOYMENT | | | | | | | | | | |
| (PERCENT CHANGE) | 34 | 1.4 | 1.3 | 1.0 | 0.9 | 0.9 | 1.3 | 1.0 | N.A. | N.A. |
| (AVG MONTHLY CHANGE) | 34 | 178.2 | 168.6 | 132.8 | 116.7 | 114.5 | 168.5 | 125.2 | N.A. | N.A. |
| 6. INDUSTRIAL PRODUCTION (2012=100) | 31 | -0.1 | 1.4 | 1.6 | 1.0 | 0.9 | 0.5 | 1.2 | N.A. | N.A. |
| 7. NEW PRIVATE HOUSING STARTS (ANNUAL RATE, MILLIONS) | 33 | -18.6 | 2.1 | 0.2 | -0.9 | 5.6 | 5.9 | 0.3 | N.A. | N.A. |
| 8. 3-MONTH TREASURY BILL RATE (PERCENT) | 35 | -0.02 | 0.01 | 0.02 | 0.01 | 0.00 | -0.48 | 0.08 | 0.30 | 0.22 |
| 9. MOODY'S AAA CORP BOND YIELD * (PERCENT) | 26 | N.A. | 0.09 | 0.04 | 0.03 | 0.06 | N.A. | 0.32 | N.A. | N.A. |
| 10. MOODY'S BAA CORP BOND YIELD * (PERCENT) | 27 | N.A. | 0.06 | 0.06 | 0.10 | 0.07 | N.A. | 0.35 | N.A. | N.A. |
| 11. 10-YEAR TREASURY BOND YIELD (PERCENT) | 36 | -0.05 | 0.07 | 0.11 | 0.05 | 0.06 | -0.27 | 0.23 | 0.40 | 0.15 |
| 12. REAL GDP (BILLIONS, CHAIN WEIGHTED) | 36 | 1.7 | 2.1 | 2.0 | 2.1 | 2.2 | 2.0 | 2.0 | 2.0 | 2.0 |
| 13. TOTAL CONSUMPTION EXPENDITURE (BILLIONS, CHAIN WEIGHTED) | 34 | 2.2 | 2.1 | 2.1 | 1.9 | 2.1 | 2.4 | 2.1 | N.A. | N.A. |
| 14. NONRESIDENTIAL FIXED INVESTMENT (BILLIONS, CHAIN WEIGHTED) | 32 | 0.7 | 2.0 | 2.7 | 2.1 | 2.7 | 0.5 | 2.8 | N.A. | N.A. |
| 15. RESIDENTIAL FIXED INVESTMENT (BILLIONS, CHAIN WEIGHTED) | 33 | 4.0 | 2.0 | 2.2 | 2.1 | 2.8 | 3.2 | 2.1 | N.A. | N.A. |
| 16. FEDERAL GOVERNMENT C & I (BILLIONS, CHAIN WEIGHTED) | 33 | 2.1 | 2.3 | 1.7 | 2.0 | 0.9 | 2.8 | 1.6 | N.A. | N.A. |
| 17. STATE AND LOCAL GOVT C & I (BILLIONS, CHAIN WEIGHTED) | 34 | 1.3 | 1.3 | 1.3 | 1.2 | 1.2 | 1.5 | 1.2 | N.A. | N.A. |
| 18. CHANGE IN PRIVATE INVENTORIES (BILLIONS, CHAIN WEIGHTED) | 32 | 13.8 | 7.2 | 4.5 | 6.6 | 1.0 | -36.3 | 16.6 | N.A. | N.A. |
| 19. NET EXPORTS (BILLIONS, CHAIN WEIGHTED) | 33 | -16.7 | -8.9 | -14.9 | -13.2 | -4.3 | 19.8 | -41.5 | N.A. | N.A. |

* The historical values of Moody's Aaa and Baa rates are proprietary and therefore not available to the general public.

Note: Figures for unemployment rate, 3-month Treasury bill rate, Moody's Aaa corporate bond yield, Moody's Baa corporate bond yield, and 10-year Treasury bond yield are changes in these rates, in percentage points. Figures for change in private inventories and net exports are changes in billions of chain-weighted dollars. All others are percentage changes at annual rates.

Source: Research Department, Federal Reserve Bank of Philadelphia. Survey of Professional Forecasters, First Quarter 2020.

TABLE THREE
MAJOR PRICE INDICATORS
MEDIANS OF FORECASTER PREDICTIONS

| | NUMBER OF FORECASTERS | ACTUAL 2019 Q4 | FORECAST (Q/Q) 2020 Q1 | 2020 Q2 | 2020 Q3 | 2020 Q4 | 2021 Q1 | ACTUAL 2019 ANNUAL | FORECAST (Q4/Q4) 2020 ANNUAL | 2021 ANNUAL | 2022 ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CONSUMER PRICE INDEX (ANNUAL RATE) | 35 | 2.6 | 2.0 | 2.0 | 2.2 | 2.2 | 2.2 | 2.0 | 2.0 | 2.2 | 2.3 |
| 2. CORE CONSUMER PRICE INDEX (ANNUAL RATE) | 35 | 2.1 | 2.1 | 2.1 | 2.1 | 2.2 | 2.2 | 2.3 | 2.2 | 2.1 | 2.2 |
| 3. PCE PRICE INDEX (ANNUAL RATE) | 35 | 1.6 | 1.7 | 1.8 | 1.9 | 2.0 | 2.0 | 1.5 | 1.9 | 2.0 | 2.0 |
| 4. CORE PCE PRICE INDEX (ANNUAL RATE) | 35 | 1.3 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.6 | 1.9 | 1.9 | 1.9 |

Source: Research Department, Federal Reserve Bank of Philadelphia. Survey of Professional Forecasters, First Quarter 2020.

TABLE FOUR
YIELD SPREADS
MEDIANS OF FORECASTER PREDICTIONS

| | NUMBER OF FORECASTERS | ACTUAL 2019 Q4 | FORECAST 2020 Q1 | 2020 Q2 | 2020 Q3 | 2020 Q4 | 2021 Q1 | ACTUAL 2019 ANNUAL | FORECAST 2020 ANNUAL | 2021 ANNUAL | 2022 ANNUAL | 2023 ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. TBOND MINUS TBILL (PERCENTAGE POINTS) | 34 | 0.22 | 0.15 | 0.26 | 0.35 | 0.38 | 0.44 | 0.08 | 0.30 | 0.50 | 0.52 | 0.44 |
| 2. AAA MINUS TBOND (PERCENTAGE POINTS) | 26 | N.A. | 1.22 | 1.21 | 1.23 | 1.20 | 1.20 | N.A. | 1.23 | 1.22 | N.A. | N.A. |
| 3. BAA MINUS TBOND (PERCENTAGE POINTS) | 27 | N.A. | 2.08 | 2.08 | 2.07 | 2.10 | 2.10 | N.A. | 2.09 | 2.15 | N.A. | N.A. |
| 4. BAA MINUS AAA (PERCENTAGE POINTS) | 26 | N.A. | 0.89 | 0.90 | 0.92 | 0.95 | 0.96 | N.A. | 0.91 | 0.98 | N.A. | N.A. |

Notes:

TBOND is the rate on 10-year Treasury bonds.
TBILL is the rate on 3-month Treasury bills.
AAA is the rate on Moody's Aaa corporate bonds.
BAA is the rate on Moody's Baa corporate bonds.

The historical values for interest rate spreads for Moody's Aaa and Baa rates are proprietary and therefore not available to the general public.

Each interest rate spread is computed as the median value of the forecasters' spreads. These median values may differ from those computed as the difference between the median values of each interest rate in the spread.

Source: Research Department, Federal Reserve Bank of Philadelphia. Survey of Professional Forecasters, First Quarter 2020.

TABLE FIVE
ESTIMATED PROBABILITY OF DECLINE IN REAL GDP

| ESTIMATED PROBABILITY (CHANCES IN 100) | Q4 2019 TO Q1 2020 | Q1 2020 TO Q2 2020 | Q2 2020 TO Q3 2020 | Q3 2020 TO Q4 2020 | Q4 2020 TO Q1 2021 |
|---|---|---|---|---|---|
| | NUMBER OF FORECASTERS | | | | |
| 10 OR LESS | 16 | 13 | 6 | 3 | 0 |
| 11 TO 20 | 7 | 11 | 10 | 11 | 10 |
| 21 TO 30 | 5 | 4 | 12 | 11 | 12 |
| 31 TO 40 | 1 | 0 | 1 | 4 | 6 |
| 41 TO 50 | 0 | 1 | 0 | 0 | 1 |
| 51 TO 60 | 0 | 0 | 0 | 0 | 0 |
| 61 TO 70 | 0 | 0 | 0 | 0 | 0 |
| 71 TO 80 | 0 | 0 | 0 | 0 | 0 |
| 81 TO 90 | 0 | 0 | 0 | 0 | 0 |
| 91 AND OVER | 0 | 0 | 0 | 0 | 0 |
| NOT REPORTING | 8 | 8 | 8 | 8 | 8 |
| MEAN AND MEDIAN | | | | | |
| MEDIAN PROBABILITY | 10.00 | 14.60 | 19.00 | 21.00 | 25.00 |
| MEAN PROBABILITY | 12.54 | 14.88 | 18.36 | 21.28 | 25.68 |

Note: Total number of forecasters reporting is 29.

Source: Research Department, Federal Reserve Bank of Philadelphia.
Survey of Professional Forecasters, First Quarter 2020.

TABLE SIX
MEAN PROBABILITIES

MEAN PROBABILITY ATTACHED TO POSSIBLE
CIVILIAN UNEMPLOYMENT RATES:
(ANNUAL AVERAGE)

| | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 9.0 PERCENT OR MORE | 0.00 | 0.00 | 0.00 | 0.02 |
| 8.0 TO 8.9 PERCENT | 0.00 | 0.01 | 0.02 | 0.09 |
| 7.5 TO 7.9 PERCENT | 0.00 | 0.01 | 0.04 | 0.16 |
| 7.0 TO 7.4 PERCENT | 0.00 | 0.03 | 0.41 | 0.45 |
| 6.5 TO 6.9 PERCENT | 0.00 | 0.30 | 1.19 | 1.44 |
| 6.0 TO 6.4 PERCENT | 0.25 | 0.95 | 2.51 | 5.57 |
| 5.5 TO 5.9 PERCENT | 0.65 | 2.31 | 6.73 | 7.47 |
| 5.0 TO 5.4 PERCENT | 2.02 | 7.63 | 15.11 | 13.53 |
| 4.0 TO 4.9 PERCENT | 16.48 | 28.23 | 30.99 | 30.26 |
| LESS THAN 4.0 PERCENT | 80.59 | 60.52 | 42.99 | 41.03 |

MEAN PROBABILITY ATTACHED TO POSSIBLE
PERCENT CHANGES IN REAL GDP:
(ANNUAL-AVERAGE OVER ANNUAL-AVERAGE)

| | 2019-2020 | 2020-2021 | 2021-2022 | 2022-2023 |
|---|---|---|---|---|
| 6.0 PERCENT OR MORE | 0.00 | 0.12 | 0.18 | 0.27 |
| 5.0 TO 5.9 PERCENT | 0.06 | 0.36 | 0.57 | 0.56 |
| 4.0 TO 4.9 PERCENT | 0.52 | 1.64 | 2.17 | 2.27 |
| 3.0 TO 3.9 PERCENT | 6.50 | 7.46 | 7.14 | 7.80 |
| 2.0 TO 2.9 PERCENT | 38.60 | 34.13 | 25.39 | 25.38 |
| 1.0 TO 1.9 PERCENT | 39.53 | 31.23 | 31.09 | 32.22 |
| 0.0 TO 0.9 PERCENT | 11.73 | 16.83 | 20.34 | 19.87 |
| -1.0 TO -0.1 PERCENT | 2.78 | 6.39 | 9.50 | 9.53 |
| -2.0 TO -1.1 PERCENT | 0.25 | 1.44 | 2.95 | 1.69 |
| -3.0 TO -2.1 PERCENT | 0.03 | 0.34 | 0.52 | 0.36 |
| LESS THAN -3.0 PERCENT | 0.00 | 0.07 | 0.14 | 0.06 |

MEAN PROBABILITY ATTACHED TO POSSIBLE
PERCENT CHANGES IN GDP PRICE INDEX:
(ANNUAL-AVERAGE OVER ANNUAL-AVERAGE)

| | 2019-2020 | 2020-2021 |
|---|---|---|
| 4.0 PERCENT OR MORE | 0.02 | 0.60 |
| 3.5 TO 3.9 PERCENT | 0.18 | 1.32 |
| 3.0 TO 3.4 PERCENT | 2.45 | 4.19 |
| 2.5 TO 2.9 PERCENT | 11.38 | 11.52 |
| 2.0 TO 2.4 PERCENT | 28.23 | 29.59 |
| 1.5 TO 1.9 PERCENT | 38.72 | 32.24 |
| 1.0 TO 1.4 PERCENT | 14.72 | 13.49 |
| 0.5 TO 0.9 PERCENT | 3.16 | 4.47 |
| 0.0 TO 0.4 PERCENT | 0.89 | 1.52 |
| LESS THAN 0.0 PERCENT | 0.25 | 1.05 |

Source: Research Department, Federal Reserve Bank of Philadelphia.
Survey of Professional Forecasters, First Quarter 2020.

TABLE SEVEN
MEAN PROBABILITY OF CORE CPI AND CORE PCE INFLATION (Q4/Q4)

MEAN PROBABILITY ATTACHED TO CORE CPI INFLATION:

| | 19Q4 TO 20Q4 | 20Q4 TO 21Q4 |
|---|---|---|
| 4.0 PERCENT OR MORE | 0.08 | 0.93 |
| 3.5 TO 3.9 PERCENT | 0.59 | 2.16 |
| 3.0 TO 3.4 PERCENT | 4.83 | 5.89 |
| 2.5 TO 2.9 PERCENT | 20.38 | 18.39 |
| 2.0 TO 2.4 PERCENT | 41.04 | 32.88 |
| 1.5 TO 1.9 PERCENT | 25.42 | 27.61 |
| 1.0 TO 1.4 PERCENT | 5.85 | 8.95 |
| 0.5 TO 0.9 PERCENT | 1.60 | 2.54 |
| 0.0 TO 0.4 PERCENT | 0.19 | 0.44 |
| LESS THAN 0.0 PERCENT | 0.02 | 0.23 |

MEAN PROBABILITY ATTACHED TO CORE PCE INFLATION:

| | 19Q4 TO 20Q4 | 20Q4 TO 21Q4 |
|---|---|---|
| 4.0 PERCENT OR MORE | 0.53 | 0.46 |
| 3.5 TO 3.9 PERCENT | 0.54 | 0.94 |
| 3.0 TO 3.4 PERCENT | 1.90 | 3.18 |
| 2.5 TO 2.9 PERCENT | 9.34 | 11.94 |
| 2.0 TO 2.4 PERCENT | 31.65 | 29.66 |
| 1.5 TO 1.9 PERCENT | 39.01 | 33.78 |
| 1.0 TO 1.4 PERCENT | 11.77 | 13.85 |
| 0.5 TO 0.9 PERCENT | 3.77 | 4.48 |
| 0.0 TO 0.4 PERCENT | 0.95 | 1.24 |
| LESS THAN 0.0 PERCENT | 0.54 | 0.48 |

Source: Research Department, Federal Reserve Bank of Philadelphia.
Survey of Professional Forecasters, First Quarter 2020.

TABLE EIGHT
LONG-TERM (5-YEAR AND 10-YEAR) INFLATION FORECASTS

ANNUAL AVERAGE OVER THE NEXT 5 YEARS: 2020-2024

| CPI INFLATION RATE | | PCE INFLATION RATE | |
|---|---|---|---|
| MINIMUM | 1.90 | MINIMUM | 1.69 |
| LOWER QUARTILE | 2.10 | LOWER QUARTILE | 1.87 |
| MEDIAN | 2.20 | MEDIAN | 2.00 |
| UPPER QUARTILE | 2.29 | UPPER QUARTILE | 2.04 |
| MAXIMUM | 2.90 | MAXIMUM | 2.40 |
| MEAN | 2.22 | MEAN | 1.99 |
| STD. DEVIATION | 0.23 | STD. DEVIATION | 0.17 |
| N | 28 | N | 28 |
| MISSING | 9 | MISSING | 9 |

ANNUAL AVERAGE OVER THE FOLLOWING 5 YEARS: 2025-2029

| CPI INFLATION RATE | | PCE INFLATION RATE | |
|---|---|---|---|
| MINIMUM | 1.90 | MINIMUM | 1.60 |
| LOWER QUARTILE | 2.01 | LOWER QUARTILE | 2.00 |
| MEDIAN | 2.23 | MEDIAN | 2.00 |
| UPPER QUARTILE | 2.38 | UPPER QUARTILE | 2.20 |
| MAXIMUM | 3.50 | MAXIMUM | 2.90 |
| MEAN | 2.25 | MEAN | 2.05 |
| STD. DEVIATION | 0.31 | STD. DEVIATION | 0.26 |
| N | 28 | N | 28 |
| MISSING | 9 | MISSING | 9 |

ANNUAL AVERAGE OVER THE NEXT 10 YEARS: 2020-2029

| CPI INFLATION RATE | | PCE INFLATION RATE | |
|---|---|---|---|
| MINIMUM | 1.90 | MINIMUM | 1.76 |
| LOWER QUARTILE | 2.07 | LOWER QUARTILE | 1.90 |
| MEDIAN | 2.20 | MEDIAN | 2.00 |
| UPPER QUARTILE | 2.30 | UPPER QUARTILE | 2.14 |
| MAXIMUM | 3.20 | MAXIMUM | 2.60 |
| MEAN | 2.23 | MEAN | 2.02 |
| STD. DEVIATION | 0.26 | STD. DEVIATION | 0.19 |
| N | 28 | N | 28 |
| MISSING | 9 | MISSING | 9 |

Note: The summary statistics for each forecast horizon are computed on a sample of panelists that may differ from one horizon to the next. The usual identity linking the 10-year horizon to the two underlying five-year horizons may not hold in the results.

Source: Research Department, Federal Reserve Bank of Philadelphia. Survey of Professional Forecasters, First Quarter 2020.

.

TABLE NINE
ADDITIONAL LONG-TERM (10-YEAR) FORECASTS

ANNUAL AVERAGE OVER THE NEXT 10 YEARS: 2020-2029

| REAL GDP GROWTH RATE | |
|---|---|
| MINIMUM | 1.50 |
| LOWER QUARTILE | 1.80 |
| MEDIAN | 2.00 |
| UPPER QUARTILE | 2.20 |
| MAXIMUM | 2.65 |
| MEAN | 2.03 |
| STD. DEVIATION | 0.27 |
| N | 27 |
| MISSING | 10 |

| PRODUCTIVITY GROWTH RATE | |
|---|---|
| MINIMUM | 1.00 |
| LOWER QUARTILE | 1.38 |
| MEDIAN | 1.40 |
| UPPER QUARTILE | 1.70 |
| MAXIMUM | 2.50 |
| MEAN | 1.54 |
| STD. DEVIATION | 0.34 |
| N | 22 |
| MISSING | 15 |

| STOCK RETURNS (S&P 500) | |
|---|---|
| MINIMUM | 3.22 |
| LOWER QUARTILE | 4.70 |
| MEDIAN | 5.00 |
| UPPER QUARTILE | 6.70 |
| MAXIMUM | 15.00 |
| MEAN | 6.17 |
| STD. DEVIATION | 2.88 |
| N | 17 |
| MISSING | 20 |

| BOND RATE (10-YEAR) | |
|---|---|
| MINIMUM | 1.80 |
| LOWER QUARTILE | 2.13 |
| MEDIAN | 2.70 |
| UPPER QUARTILE | 3.41 |
| MAXIMUM | 4.00 |
| MEAN | 2.81 |
| STD. DEVIATION | 0.66 |
| N | 23 |
| MISSING | 14 |

| BILL RETURNS (3-MONTH) | |
|---|---|
| MINIMUM | 1.55 |
| LOWER QUARTILE | 1.90 |
| MEDIAN | 2.02 |
| UPPER QUARTILE | 2.61 |
| MAXIMUM | 3.20 |
| MEAN | 2.26 |
| STD. DEVIATION | 0.51 |
| N | 21 |
| MISSING | 16 |

Source: Research Department, Federal Reserve Bank of Philadelphia.
Survey of Professional Forecasters, First Quarter 2020.

# Exhibit QE–49

# Our approach

CRU

CRU is the leading provider of analysis, prices and consulting in the mining, metals and fertilizer markets. Our strength comes from our extensive network of industry contacts, our global team of analysts who have a deep understanding of commodity markets, and our unique methodologies.

**Quality primary research and robust, transparent methodologies**
We do not rely on other people's models and methodologies. Whether it is forecasting demand, supply and prices, calculating site costs or settling price benchmarks, our work is based on a proprietary foundation, developed over many years.

This means that by understanding a commodity at all levels of the market, our final insight delivers a complete view. Where customers come to us with a question on a specific trend, issue or event, our consultants and analysts work together to find the answers in a consistent way. The basis of our responses are transparent. Our methodology is detailed, documented and transparent. Where answers depend on uncertain assumptions and data, we will say so.

**Our people are our strength**
CRU brings together a diverse and international group of experts across many commodity specialisms to give you an expert understanding of mining, metals and fertilizer markets worldwide. Our offices in key regions guarantee local relationships with trusted global players.

**We care about standards of excellence in our work**
We are committed to bringing you high-quality analysis and insight to help you make important business decisions. We value relationships and relish collaboration. Always responsive and flexible, we engage with you directly to develop long-term partnerships.

**View CRU licenses**

**View CRU's Governance and Compliance area**

© 2020 CRU International Limited | All rights reserved

# Exhibit QE−50

# Country risk classification

oecd.org/trade/topics/export-credits/arrangement-and-sector-understandings/financing-terms-and-

In 1997, the Participants established a methodology for assessing country credit risk and classifying countries in connection with their agreement on minimum premium fees for official export credits.

The Participants' country risk classifications are one of the most fundamental building blocks of the Arrangement rules on minimum premium rates for credit risk. They are produced solely for the purpose of setting minimum premium rates for transactions supported according to the Arrangement, and are made public so that any country that is not an OECD Member or a Participant to the Arrangement may observe the rules of the Arrangement. Neither the Participants to the Arrangement, nor the OECD Secretariat, endorse nor encourage their use for any other purpose.

The country risk classifications are meant to reflect country risk. Under the Participants' system, country risk encompasses transfer and convertibility risk (i.e. the risk a government imposes capital or exchange controls that prevent an entity from converting local currency into foreign currency and/or transferring funds to creditors located outside the country) and cases of *force majeure* (e.g. war, expropriation, revolution, civil disturbance, floods, earthquakes).

The country risk classifications are not sovereign risk classifications and therefore should not be compared with the sovereign risk classifications of private credit rating agencies (CRAs). Conceptually, they are more similar to the "country ceilings" that are produced by some of the major CRAs. Please note that no historical risk classifications exist prior to the establishment of the rules in 1997.

## Countries NOT classified

There are two groups of countries that are not classified:

1. The first group is not classified for administrative purposes and is comprised of very small countries that do not generally receive official export credit support. For such countries, the Participants are free to apply the country risk classification which they deem appropriate.
2. The second group of countries is comprised of High Income OECD countries and other High Income Euro zone countries. Transactions involving obligors in these countries (and any countries classified in Category 0) are subject to the market pricing disciplines set out in Article 24c) and Annex X of the Arrangement.

## Country risk classification Methodology

ĀÄ

A group of country risk experts from Export Credit Agencies meets several times a year to update the list of country risk classifications. These meetings are organised so as to guarantee that every country is reviewed whenever a fundamental change is observed and at least once a year. The list of country risk classifications is publically available and published on the OECD website after each meeting; however the meetings themselves and the exchanges and deliberations that take place are strictly confidential.

The Country Risk Classification takes place through the application of a two-step methodology:

1. A quantitative model constructed specifically for this purpose: The Country Risk Assessment Model (CRAM) produces a quantitative assessment of country credit risk based on three groups of risk indicators (the payment experience reported by the Participants, the financial situation and the economic situation based primarily on IMF indicators).
2. A qualitative assessment of the CRAM results by country risk experts from OECD Members in order to integrate factors not fully taken into account by the model. This could lead to an adjustment (upwards or downwards) of a country compared to the CRAM results. Any adjustment has to attract a consensus among Experts. More information available in the operational procedures for the Country Risk Experts Group (December 2017 revision).

# Exhibit QE–51

## Country Risk Classifications of the Participants to the Arrangement on Officially Supported Export Credits

Valid as of: **31 January 2020**

| | Country Code ISO Alpha 3 | Country Name (1) | Classification | | Notes |
|---|---|---|---|---|---|
| | | | Previous | Current Prevailing | |
| 1 | AFG | Afghanistan | 7 | 7 | |
| 2 | ALB | Albania | 5 | 5 | |
| 3 | DZA | Algeria | 4 | **5** | |
| 4 | AND | Andorra | - | - | (9) |
| 5 | AGO | Angola | 6 | 6 | |
| 6 | ATG | Antigua and Barbuda | 7 | 7 | (8) |
| 7 | ARG | Argentina | 7 | 7 | |
| 8 | ARM | Armenia | 6 | 6 | |
| 9 | ABW | Aruba | 4 | 4 | |
| 10 | AUS | Australia | - | - | (6) |
| 11 | AUT | Austria | - | - | (6) (7) |
| 12 | AZE | Azerbaijan | 5 | 5 | |
| 13 | BHS | Bahamas | 3 | 3 | |
| 14 | BHR | Bahrain | 5 | 5 | |
| 15 | BGD | Bangladesh | 5 | 5 | |
| 16 | BRB | Barbados | - | - | (5) |
| 17 | BLR | Belarus | 6 | 6 | |
| 18 | BEL | Belgium | - | - | (6) (7) |
| 19 | BLZ | Belize | - | - | (5) |
| 20 | BEN | Benin | 6 | 6 | (8) |
| 21 | BTN | Bhutan | 6 | 6 | |
| 22 | BOL | Bolivia | 5 | 5 | |
| 23 | BIH | Bosnia and Herzegovina | 7 | 7 | |
| 24 | BWA | Botswana | 2 | 2 | |
| 25 | BRA | Brazil | 5 | 5 | |
| 26 | BRN | Brunei Darussalam | - | - | (5) |
| 27 | BGR | Bulgaria | 3 | 3 | |
| 28 | BFA | Burkina Faso | 7 | 7 | (8) |
| 29 | BDI | Burundi | 7 | 7 | |
| 30 | CPV | Cabo Verde | 6 | 6 | |
| 31 | KHM | Cambodia | 6 | 6 | |
| 32 | CMR | Cameroon | 6 | 6 | (8) |
| 33 | CAN | Canada | - | - | (6) |
| 34 | CAF | Central African Republic | 7 | 7 | (8) |
| 35 | TCD | Chad | 7 | 7 | (8) |
| 36 | CHL | Chile | - | - | (6) |
| 37 | CHN | China (People's Republic of) | 2 | 2 | |
| 38 | COL | Colombia | 4 | 4 | |
| 39 | COM | Comoros | - | - | (5) |
| 40 | COG | Congo | 7 | 7 | (8) |
| 41 | CRI | Costa Rica | 3 | 3 | |
| 42 | CIV | Côte d'Ivoire | 6 | 6 | (8) |
| 43 | HRV | Croatia | 4 | 4 | |
| 44 | CUB | Cuba | 7 | 7 | |
| 45 | CUW | Curaçao | 5 | 5 | |
| 46 | CYP | Cyprus | - | - | (2) (7) |
| 47 | CZE | Czech Republic | - | - | (6) |
| 48 | PRK | Democratic People's Republic of Korea | 7 | 7 | |

## Country Risk Classifications of the Participants to the Arrangement on Officially Supported Export Credits

Valid as of: **31 January 2020**

| | Country Code ISO Alpha 3 | Country Name [1] | Classification Previous | Classification Current Prevailing | Notes |
|---|---|---|---|---|---|
| 49 | COD | Democratic Republic of the Congo | 7 | 7 | |
| 50 | DNK | Denmark | - | - | (6) |
| 51 | DJI | Djibouti | 7 | 7 | |
| 52 | DMA | Dominica | - | - | (5) |
| 53 | DOM | Dominican Republic | 4 | 4 | |
| 54 | ECU | Ecuador | 6 | 6 | |
| 55 | EGY | Egypt | 5 | 5 | |
| 56 | SLV | El Salvador | 5 | 5 | (8) |
| 57 | GNQ | Equatorial Guinea | 7 | 7 | (8) |
| 58 | ERI | Eritrea | 7 | 7 | |
| 59 | EST | Estonia | - | - | (6) (7) |
| 60 | SWZ | Eswatini | 6 | 6 | |
| 61 | ETH | Ethiopia | 7 | 7 | |
| 62 | FJI | Fiji | 5 | 5 | |
| 63 | FIN | Finland | - | - | (6) (7) |
| 64 | FRA | France | - | - | (6) (7) |
| 65 | GAB | Gabon | 6 | 6 | (8) |
| 66 | GMB | Gambia | 7 | 7 | |
| 67 | GEO | Georgia | 6 | 6 | |
| 68 | DEU | Germany | - | - | (6) (7) |
| 69 | GHA | Ghana | 6 | 6 | |
| 70 | GRC | Greece | - | - | (6) (7) |
| 71 | GRD | Grenada | - | - | (5) |
| 72 | GTM | Guatemala | 4 | 4 | |
| 73 | GIN | Guinea | 7 | 7 | |
| 74 | GNB | Guinea-Bissau | 7 | 7 | (8) |
| 75 | GUY | Guyana | 6 | 6 | |
| 76 | HTI | Haiti | 7 | 7 | |
| 77 | HND | Honduras | 5 | 5 | |
| 78 | HKG | Hong Kong (China) | 2 | 2 | |
| 79 | HUN | Hungary | - | - | (6) |
| 80 | ISL | Iceland | - | - | (6) |
| 81 | IND | India | 3 | 3 | |
| 82 | IDN | Indonesia | 3 | 3 | |
| 83 | IRN | Iran | 6 | **7** | |
| 84 | IRQ | Iraq | 7 | 7 | |
| 85 | IRL | Ireland | - | - | (6) (7) |
| 86 | ISR | Israel | - | - | (3) (6) |
| 87 | ITA | Italy | - | - | (6) (7) |
| 88 | JAM | Jamaica | 6 | 6 | |
| 89 | JPN | Japan | - | - | (6) |
| 90 | JOR | Jordan | 5 | 5 | |
| 91 | KAZ | Kazakhstan | 5 | 5 | |

## Country Risk Classifications of the Participants to the Arrangement on Officially Supported Export Credits

Valid as of: **31 January 2020**

| | Country Code ISO Alpha 3 | Country Name (1) | Classification Previous | Classification Current Prevailing | Notes |
|---|---|---|---|---|---|
| 92 | KEN | Kenya | 6 | 6 | |
| 93 | KIR | Kiribati | - | - | (5) |
| 94 | KOR | Korea | - | - | (6) |
| 95 | | Kosovo | 7 | **6** | (4) |
| 96 | KWT | Kuwait | 2 | 2 | |
| 97 | KGZ | Kyrgyzstan | 7 | 7 | |
| 98 | LAO | Lao People's Democratic Republic | 7 | 7 | |
| 99 | LVA | Latvia | - | - | (6) (7) |
| 100 | LBN | Lebanon | 7 | 7 | |
| 101 | LSO | Lesotho | 6 | 6 | |
| 102 | LBR | Liberia | 7 | 7 | |
| 103 | LBY | Libya | 7 | 7 | |
| 104 | LIE | Liechtenstein | - | - | (5) |
| 105 | LTU | Lithuania | - | - | (7) |
| 106 | LUX | Luxembourg | - | - | (6) (7) |
| 107 | MAC | Macau (China) | 2 | 2 | |
| 108 | MDG | Madagascar | 7 | 7 | |
| 109 | MWI | Malawi | 7 | 7 | |
| 110 | MYS | Malaysia | 2 | 2 | |
| 111 | MDV | Maldives | 6 | 6 | |
| 112 | MLI | Mali | 7 | 7 | (8) |
| 113 | MLT | Malta | - | - | (7) |
| 114 | MHL | Marshall Islands | - | - | (5) |
| 115 | MRT | Mauritania | 7 | 7 | |
| 116 | MUS | Mauritius | 3 | 3 | |
| 117 | MEX | Mexico | 3 | 3 | |
| 118 | FSM | Micronesia | - | - | (5) |
| 119 | MDA | Moldova | 7 | 7 | |
| 120 | MCO | Monaco | - | - | (9) |
| 121 | MNG | Mongolia | 6 | 6 | |
| 122 | MNE | Montenegro | 7 | 7 | |
| 123 | MAR | Morocco | 3 | 3 | |
| 124 | MOZ | Mozambique | 7 | 7 | |
| 125 | MMR | Myanmar | 6 | 6 | |
| 126 | NAM | Namibia | 5 | 5 | |
| 127 | NRU | Nauru | - | - | (5) |
| 128 | NPL | Nepal | 6 | 6 | |
| 129 | NLD | Netherlands | - | - | (6) (7) |
| 130 | NZL | New Zealand | - | - | (6) |
| 131 | NIC | Nicaragua | 7 | 7 | |
| 132 | NER | Niger | 7 | 7 | (8) |
| 133 | NGA | Nigeria | 6 | 6 | |
| 134 | MKD | Northern Macedonia | 5 | 5 | |
| 135 | NOR | Norway | - | - | (6) |
| 136 | OMN | Oman | 4 | **5** | |

**Country Risk Classifications of the Participants to the Arrangement on Officially Supported Export Credits**

Valid as of: **31 January 2020**

| | Country Code ISO Alpha 3 | Country Name [1] | Classification Previous | Classification Current Prevailing | Notes |
|---|---|---|---|---|---|
| 137 | PAK | Pakistan | 7 | 7 | |
| 138 | PLW | Palau | - | - | (5) |
| 139 | PAN | Panama | 4 | 4 | (8) |
| 140 | PNG | Papua New Guinea | 6 | 6 | |
| 141 | PRY | Paraguay | 5 | 5 | |
| 142 | PER | Peru | 3 | 3 | |
| 143 | PHL | Philippines | 3 | 3 | |
| 144 | POL | Poland | - | - | (6) |
| 145 | PRT | Portugal | - | - | (6) (7) |
| 146 | QAT | Qatar | 3 | 3 | |
| 147 | ROU | Romania | 3 | 3 | |
| 148 | RUS | Russia | 4 | 4 | |
| 149 | RWA | Rwanda | 6 | 6 | |
| 150 | KNA | Saint Kitts and Nevis | - | - | (5) |
| 151 | LCA | Saint Lucia | - | - | (5) |
| 152 | VCT | Saint Vincent and the Grenadines | - | - | (5) |
| 153 | WSM | Samoa | - | - | (5) |
| 154 | SMR | San Marino | - | - | (9) |
| 155 | STP | Sao Tome and Principe | - | - | (5) |
| 156 | SAU | Saudi Arabia | 2 | 2 | |
| 157 | SEN | Senegal | 5 | 5 | (8) |
| 158 | SRB | Serbia | 5 | **4** | |
| 159 | SYC | Seychelles | - | - | (5) |
| 160 | SLE | Sierra Leone | 7 | 7 | |
| 161 | SGP | Singapore | 0 | 0 | |
| 162 | SXM | Sint Maarten | - | - | (5) |
| 163 | SVK | Slovak Republic | - | - | (6) (7) |
| 164 | SVN | Slovenia | - | - | (6) (7) |
| 165 | SLB | Solomon Islands | - | - | (5) |
| 166 | SOM | Somalia | 7 | 7 | |
| 167 | ZAF | South Africa | 4 | 4 | |
| 168 | SSD | South Sudan | 7 | 7 | |
| 169 | ESP | Spain | - | - | (6) (7) |
| 170 | LKA | Sri Lanka | 6 | 6 | |
| 171 | SDN | Sudan | 7 | 7 | |
| 172 | SUR | Suriname | 6 | 6 | |
| 173 | SWE | Sweden | - | - | (6) |
| 174 | CHE | Switzerland | - | - | (6) |
| 175 | SYR | Syrian Arab Republic | 7 | 7 | |
| 176 | TWN | Chinese Taipei | 1 | 1 | |
| 177 | TJK | Tajikistan | 7 | 7 | |
| 178 | TZA | Tanzania | 6 | 6 | |
| 179 | THA | Thailand | 3 | 3 | |
| 180 | TLS | Timor-Leste | 6 | 6 | |
| 181 | TGO | Togo | 6 | 6 | (8) |

**Country Risk Classifications of the Participants to the Arrangement on Officially Supported Export Credits**

Valid as of: **31 January 2020**

| | Country Code ISO Alpha 3 | Country Name (1) | Classification Previous | Classification Current Prevailing | Notes |
|---|---|---|---|---|---|
| 182 | TON | Tonga | - | - | (5) |
| 183 | TTO | Trinidad and Tobago | 3 | 3 | |
| 184 | TUN | Tunisia | 5 | **6** | |
| 185 | TUR | Turkey | 5 | 5 | |
| 186 | TKM | Turkmenistan | 6 | **7** | |
| 187 | TUV | Tuvalu | - | - | (5) |
| 188 | UGA | Uganda | 6 | 6 | |
| 189 | UKR | Ukraine | 7 | **6** | |
| 190 | ARE | United Arab Emirates | 2 | 2 | |
| 191 | GBR | United Kingdom | - | - | (6) |
| 192 | USA | United States | - | - | (6) |
| 193 | URY | Uruguay | 3 | 3 | |
| 194 | UZB | Uzbekistan | 5 | 5 | |
| 195 | VUT | Vanuatu | - | - | (5) |
| 196 | VEN | Venezuela | 7 | 7 | |
| 197 | VNM | Viet Nam | 4 | 4 | |
| 198 | PSE | West Bank and Gaza | 7 | 7 | |
| 199 | YEM | Yemen | 7 | 7 | |
| 200 | ZMB | Zambia | 7 | 7 | |
| 201 | ZWE | Zimbabwe | 7 | 7 | |

*Notes*

(1) *This document and any map included herein are without prejudice to the status of or sovereignty over any territory, to the delimitation of international frontiers and boundaries and to the name of any territory, city or area.*

(2) *Footnote by Turkey*
*The information in this document with reference to "Cyprus" relates to the southern part of the Island. There is no single authority representing both Turkish and Greek Cypriot people on the Island. Turkey recognises the Turkish Republic of Northern Cyprus (TRNC). Until a lasting and equitable solution is found within the context of the United Nations, Turkey shall preserve its position concerning the "Cyprus issue".*
*Footnote by all the European Union Member States of the OECD and the European Commission*
*The Republic of Cyprus is recognised by all members of the United Nations with the exception of Turkey. The information in this document relates to the area under the effective control of the Government of the Republic of Cyprus.*

(3) *The statistical data for Israel are supplied by and under the responsibility of the relevant Israeli authorities. The use of such data by the OECD is without prejudice to the status of the Golan Heights, East Jerusalem and Israeli settlements in the West Bank under the terms of international law.*

(4) *This designation is without prejudice to positions on status, and is in line with United Nations Security Council Resolution 1244/99 and the Advisory Opinion of the International Court of Justice on Kosovo's declaration of independence.*

(5) *Currently not reviewed or classified.*

(6) *High Income OECD Country not reviewed or classified.*

(7) *High Income Euro Area Country not reviewed or classified.*

(8) *According to article 26 of the Arrangement, for all countries classified through the county risk classification methodology, the risk of the sovereign is also assessed in order to identify, on an exceptional basis, sovereigns that are: (1) not the lowest risk obligor in the country and (2) whose credit risk is significantly higher than country risk.*

(9) *European micro-state that uses the euro through monetary agreement with the European Union not reviewed or classified.*

# Exhibit QE–52

# The financial evaluation of 25 major iron ore projects using risk-adjusted discount rates

Share
G+ Share
Tweet 0

Serafino Capoferri - 12 February 2014

**This paper focuses on the impact that variations in discount rate can have on the value of an iron ore project and proposes a methodology for the calculation of discount rate that better accounts for risk than existing industry practice. When applying our proposed risk-adjusted discount rates, we find that many of the iron ore projects currently under development, and particularly large-scale projects in W. Africa, have a greater potential to destroy value than otherwise might be expected, whereas projects in Canada, for example, fare much better.**

### The discount rate dilemma

The rate used to discount future cash flows is the single, most subjective variable in the calculation of a mineral project's present value. While those involved in a project tend to agree on virtually all other aspects of a project evaluation (e.g. reserves, recovery, capital costs, operating costs, taxes), the discount rate usually represents the major difference in opinion between developers and investors. In theory, an appropriate discount rate should reflect all of the constituent components of a project risk: that is, real interest, country risk and project-specific risk.

In practice, however, there is no universally accepted model for the estimation of appropriate discount rates. Most mining companies simply apply their weighted average cost of capital (WACC), adjusted by some measure of country risk-premium, to the evaluation of those projects they intend to invest in. Equity premium differentials versus a benchmark country, typically the US, are often used to estimate country risk premia. Calculated this way, however, these merely reflect the political risk of investing in a country as whole, but fail to account for project-specific characteristics that could give rise to uncertainty regarding future cash flows. The omission of the project-risk premium in the applied discount rate can cause large swings in the value of an asset and lead to potentially disastrous investment decisions.

### Industry practice

The net-present value (NPV) and internal rate of return (IRR) of an iron ore project are both often used to compare competing investment opportunities. Most developers usually apply standard discount rates, ranging between 7% and 10%, for the calculation of a project NPV in their feasibility studies. Although these levels of discount rate account for real interest (i.e. approximately 7.7% according to our estimates ) and a political risk premium (i.e. ranging from -0.5% for Canadian projects to 4.0% for some African countries), they do not account for project-specific risk. The implication is that, particularly for technically complex projects for which uncertainty is greater, this will lead to inflated NPV compared with the true underlying value of a project.




[1]




*Fig. 1: Frequency distribution of discount rates used in feasibility studies for 96 projects across the commodity spectrum*

**Our measure of project risk**

To overcome these problems, we propose an alternative methodology to WACC to estimate discount rates based on the twin assumptions that project promoters are rational and the market in which projects compete for finance efficient. These assumptions imply that no ‘free-lunch’ is available for project promoters: higher-risk projects need to promise higher returns, usually in the form of an IRR, in their feasibility studies in order to attract finance.

In other words, project promoters progress to advance feasibility studies only with projects that they feel have the technical potential (i.e. exceptional high grade, low projected operating costs) to attract investment. They know that, when confronted with two iron ore projects with similar risk characteristics, but different rates of return, investors will always choose the one promising the higher return. As a result, a project that, at any stage of development, appears incapable of delivering an acceptable IRR (i.e. lower than expected grade etc.) will be abandoned and never sees the light of day.

If something analogous to the above occurs in the real world, published IRRs should correlate with some measure of underlying risk. To test if this is the case, we plotted published IRRs for the same sample of 96 mineral projects discussed above against OECD country risk rankings. OECD country risk ranking is used here as an indicator of underlying project risk, not just political risk, and the assumption is that projects in similar locations will be perceived by investors as similarly risky since they present similar characteristics .




*Fig. 2: 95% confidence intervals for the mean, post-tax IRR versus OECD country risk*

The plot above, and further statistical analysis, confirm the existence of a positive relationship: that is, higher announced IRR are associated with higher indicated risk. This suggests that an African project offering an IRR below 20% will be unlikely to obtain finance since, for that level of promised return, a rational investor would prefer investing in a lower-risk Australian or Brazilian project – and project developers recognise this. Only African projects with the technical potential to deliver an IRR above Australian and Brazilian levels will tend to be progressed. As a result, the shaded band in the above plot can be seen as the industry expectations for the minimum, acceptable returns that a project has to offer, given its underlying risk.

That is, they can be interpreted as a measure of a project’s cost of capital . However, given the variability related to project-level risk, as demonstrated by the confidence intervals above, it is considered that the lower-bound of the IRR range applicable to each country rank is the most appropriate measure of minimum, acceptable IRR. This approach eliminates the

variable element of the project risk premium and ensures that lower-risk projects are not unfairly penalised. Conversely, however, this approach is likely to show riskier projects in a better light than might otherwise be the case.

| OECD rank | Discount rate (Nominal) | Dicount Rate (real) |
|---|---|---|
| 0 | 18.0 | 15.5 |
| 1 | 18.5 | 16.0 |
| 2 | 19.0 | 16.5 |
| 3 | 20.0 | 17.5 |
| 4 | 22.0 | 18.0 |
| 5 | 23.5 | 18.5 |
| 6 | 26.0 | 21.0 |
| 7 | 31.0 | 26.0 |

*Fig. 3: Our proposed measure of risk-adjusted discount rates*

Most iron ore projects in our sample are located in Australia, Canada, Brazil and in West African countries. Based on the analysis above, a fair measure of cost of capital for an iron ore project in Australia or Canada is estimated to be 15.5%, 17.5% for iron ore projects located in Brazil, 21.0% for projects located in Cameroon or the Republic of Congo and 26.0% for projects located in Guinea, Liberia or Sierra Leone.

**Incentive prices**

An incentive price is the minimum iron ore price required by a project to cover its cost of capital; that is, the minimum price at which the project shareholders would breakeven (i.e. when NPV is zero). Generally, the higher the incentive price, the lower the quality of an iron ore project and, if a project has a relatively high incentive price, it will also present a relatively low IRR or a low NPV; that is, incentive price, NPV and IRR represent different facets of the same measure, but the key underlying variable they intend to capture is always a project's attractiveness in the eye of an investor.

In this regard, the discount rates given above, alongside other assumptions regarding mine life, capital and operating costs, can be used to determine the value of individual projects and the results of just such an analysis, applying CRU's standardised Discounted Cash Flow (DCF) model, are set out below.

The impact of risk on project value. Thus, in order to show the impact of discount rate on project value, we have calculated the incentive price for 25 selected iron ore projects applying two different measures of cost of capital:

1. 11% for all iron ore projects in the sample: This is the standard discount rate typically used in feasibility studies by project developers.
2. Our proposed risk-adjusted discount rates outlined above: The resulting incentive prices are risk-adjusted incentive prices, as they take into account variations in project risk.

The incentive price curve calculated using a standard 11% cost of capital, normalised with respect to the median project, is shown in Figure 4. The risk-adjusted incentive price curve, calculated using the set of discount rates given above and similarly normalised, is shown in Figure 5.

As can be seen in the plot below, when using 11% as the discount rate (i.e. Figure 4), the incentive price for most iron ore projects come below our long-term iron ore price bounds forecast. This implies that, assuming an investor accepts 11% as an acceptable discount rate, most projects in the sample appear capable of delivering a return above the cost of capital.

Unsurprisingly, Australian and Brazilian majors tend to occupy the lower-end of the curve given in Figure 4, however, larger West African iron ore projects also sit in the 1st and 2nd quartiles, even after accounting for their multi-billion dollar capital investments. The upper end of the curve is more typically occupied by large Canadian projects and Brazilian and Australian magnetite operations.






*Fig. 4: Non risk-adjusted incentive price curve for 25 selected iron ore projects (11% discount rate)*




*Fig 5: Risk-adjusted incentive price curve for 25 selected iron ore projects at risk-adjusted discount rates*

A radically different picture emerges when risk-adjusted discount rates are utilised to evaluate the same sample of 25 iron ore projects (i.e. Figure 5). While still generating positive cash flows, returns for most of the projects in the sample look insufficient to recompense investors for their opportunity cost of capital under our long-term price forecast. This means that, should they be developed, they have much greater potential to destroy shareholder wealth . Note that the breakdown of the incentive price curves shown in Figures 4 and 5 are significantly different.

In Figure 5, Australian and Brazilian majors are the big winners from the switch in discount rates and consolidate their position at the lower end of the curve; their incentive prices are now significantly lower than other projects. Large-scale, infrastructure-intensive, West African projects emerge as the big losers, shifting drastically to the right compared with the 'tier 1' expansion projects of the majors. Interestingly, West African projects now appear even less competitive than their Canadian peers, with which they often compete for finance.

**The joint effect of capital and risk on project value**

The marginal impact on incentive price of an increase of 1% in the discount rate applied above critically depends on other variables in the DCF model, such as a project's capital costs, capacity (i.e. revenue) and operating costs. In Figure 5, capital intensive projects appear the worst hit by the increase in discount rates.

Smaller, less capital intensive projects show less variation in incentive price when a higher value of discount rate is applied. In the figure below, we have plotted the variation in incentive price for Brazilian iron ore projects for the same increase in discount rate of 6.5% (i.e. from the standard rate of 11% to the risk-adjusted value of 17.5%). Evidence of a positive relationship is

clear: the more capital intensive a project, the greater the variation in incentive price for a given change in cost of capital.




*Fig. 6: Variation in incentive price for a given change in discount rate versus a project's capital intensity*

Even if these projects promise a superior IRR when evaluated at a corporate cost of capital (i.e. 7-11%) and under fixed assumptions regarding operating and capital costs at feasibility stage, they may turn out to be poorer investments than less promising projects if capital and operating cost overruns take place. As the recent experience of the iron ore industry bears witness too, this is often the case. Thus, the true value of a project is not solely defined by its capital and operating costs individually analysed. The interaction of risk, capital and operating costs is a third added variable that can significantly change the face of an iron ore project that must be taken into account in the investment decision.

Capital-intensive projects are per-se riskier than smaller projects with similar characteristics, as their actual returns to investors are more sensitive to variations in underlying assumptions made at feasibility stage. It follows that the bias introduced by the evaluation of corporate cost of capital is particularly acute for capital intensive projects.

Investors appear somewhat aware of this fact. In Figure 7 below, we plotted the same incentive price curve given in Figure 5 but, this time, we distinguished projects depending on their stage of development, as determined by CRU's proprietary Gateway System. A committed project is one that has already obtained finance and is under construction; a probable project is one for which all key permits are in place and a bankable feasibility study completed, but finance has yet to be secured; a possible project is one at the pre-feasibility stage.






*Fig. 7: Risk-adjusted incentive price curve per stage of development*

This figure shows that the most attractive projects, from a risk-return perspective (i.e. with lowest risk-adjusted incentive prices), have already obtained finance, or are close to, and are at an advanced stage of development; these are the low-hanging fruit of the global iron ore industry. Contrarily, some projects with a higher risk-adjusted incentive price are also those at earlier stages of development. Note, however, the presence of some committed iron ore projects that are sitting dangerously on the upper end of the cost curve. These are projects that are expected to come to market, but which have greater potential to destroy value for their shareholders.

For information on how CRU can help you understand the commodities markets through our suite of products and tailored solutions, please contact **sales@crugroup.com**

**Authors:**



**Serafino Capoferri** - *Consultant Steel*
Serafino has been with CRU for just under two years and in this time has built up an unparalleled understanding of iron ore developments in West Africa. He is also responsible for our research on iron ore supply in N. America and contributes to our regular publications on iron ore (i.e. Iron Ore Market Outlook and Iron Ore Long-term Market Outlook). Serafino also contributes to our metallurgical coal products and Iron Ore Cost Service.



**Laura Brooks** - *Consultant Steel*
Laura has been with CRU for just under five years and is our lead analyst for iron ore. Laura is responsible for our Iron Ore Market Outlook and Iron Ore Long-term Market Outlook products, as well as the monthly publication, the Steelmaking Raw Materials Monitor. She has built a global reputation in the iron ore sector, regularly presents at key industry conferences and advises clients on all aspects of the iron ore market.

If you would like to receive these CRU Insights direct to your inbox for free, **register here**

# Contact US

- Phone: +44 20 7903 2146
- Email: sales@crugroup.com

# Exhibit QE–53

basinvest

# Valuation of Metals and Mining Companies

Author: Svetlana Baurens
E-Mail: baurens@basinvest.ch

Date: 7.11.2010

In collaboration with the University of Zürich, Swiss Banking Institute and Prof. Dr. T. Hens





basinvest

# Contents


**1. Introduction ....................................................................................7**

1.1. Motivation....................................................................................7

1.2. Structure....................................................................................7

1.3. Definition of terms ....................................................................................8

**2. Valuation models in mining and metals industry ....................................12**

2.1. Special features of metals and mining companies ..............................12

2.2. Classification of valuation models ....................................................15

2.3. Resource & Reserve ....................................................................17

**3. Valuation of Explorations properties ....................................................20**

3.1. Appraised Value Method (Cost Approach) ..............................................23

3.2. Comparable Transactions (Market Approach) ...........................................24

**4. Cycle importance in valuation of metals and mining companies .......................29**

**5. Discounted Cash Flow ....................................................................35**

5.1. Introduction ....................................................................35

5.2. Inputs and Mechanics of DCF analysis ....................................................36

5.3. Discount Factor ....................................................................37

5.4. Mineable Reserve ....................................................................41

5.5. Revenue ....................................................................41

5.6. Production Costs ....................................................................44

**6. Multiples ....................................................................49**

6.1. Price/Earnings Ratio ....................................................................49

6.2. Enterprise Value to EBIDTA ....................................................................51

**7. Real Options ....................................................................52**

7.1. Description ....................................................................52

7.2. Summary: Multiples, DCF and Real Options ..............................................56

**8. Valuation of a mining company with different methods ....................................57**

8.1. Introduction ....................................................................................57

8.2. Facts to Antofagasta ........................................................................58

8.3. DCF Valuation of Antofagasta ..........................................................61

8.4. Multiples Valuation of Antofagasta ...................................................66

8.5. DCF and Real Options Valuation of Antofagasta ...............................68

**Conclusion ....................................................................................71**

**References ....................................................................................72**

**Appendix ....................................................................................76**

basinvest

## LIST OF TABLES

TABLE 1: VALUATION APPROACHES AND METHODS FOR DIFFERENT TYPES OF MINERAL PROPERTIES
TABLE 2: VALUE MATRIX
TABLE 3: PARAMETERS FOR RELATIVE PV VALUATION
TABLE 4: IRON ORE TRANSACTIONS COMPARABLES
TABLE 5: BACKGROUND CONCENTRATIONS OF THE MAJOR METALLIC ELEMENTS
TABLE 6: TOP 10 SELECTED JURISDICTIONS, RANKED BY TAX SYSTEM ATTRACTIVENESS
TABLE 7: FOREIGN INVESTOR INTERNAL RATE OF RETURN AND TOTAL EFFECTIVE TAX RATE FOR A MODEL COPPER MINE IN SELECTED COUNTRIES AND STATES
TABLE 8: PER IN MARKETS WITH DIFFERENT FUNDAMENTALS
TABLE 9: ANALOGOUS PARAMETERS IN FINANCIAL AND REAL OPTION MODELS
TABLE 10: OPERATIONS OF ANTOFAGASTA
TABLE 11: ANTOFAGASTA COST OF CAPITAL
TABLE 12: DCF VALUATION OF ANTOFAGASTA
TABLE 13: PEER GROUP COMPARISON (COPPER STOCK)
TABLE 14: PEER GROUP COMPARISON (DIVERSIFIED)
TABLE 15: RESOURCES SUMMARY AT ANTUCOYA OF 31 DECEMBER 2009
TABLE 16: INPUTS (FOR ANTOFAGASTA) FOR REAL OPTION MODEL
TABLE 17: VALUING A LONG TERM OPTION
TABLE 18: ANTOFAGASTA SHARE PRICE VALUE WITH INCLUDED OPTION
TABLE 19: SUMMARY: VALUATION OF ANTOFAGASTA
TABLE 20: BALANCE SHEET OF ANTOFAGASTA
TABLE 21: PROFIT AND LOSS OF ANTOFAGASTA
TABLE 22: CHANGE IN NET WORKING CAPITAL (NWC)

## LIST OF FIGURES

FIGURE 1: CLASSIFICATION OF METALS
FIGURE 2: COUNTRY RISK PREMIUMS
FIGURE 3: VALUATION METHODS DEPENDING ON THE STAGE OF DEVELOPMENT ON THE MINERAL PROPERTY
FIGURE 4: RESOURCE & RESERVE DEFINITIONS
FIGURE 5: RESOURCE & RESERVE DEFINITIONS
FIGURE 6: RELATIONSHIP BETWEEN MINERAL RESOURCES AND MINERAL RESERVES
FIGURE 7: THE LIFE CYCLE OF A MINE
FIGURE 8: LIFE CYCLE OF A MINING SHARE
FIGURE 9: DIFFERENT COST IN MINING INDUSTRY
FIGURE 10: IRON ORE TRANSACTIONS COMPARABLES
FIGURE 11: SIMPLIFIED DISCOUNTED CASH FLOW VALUATION (ALL UNITS IN THOUSANDS)
FIGURE 12: AUSTRALIA: MOVING IN THE WRONG DIRECTION?
FIGURE 13: DEC 2009 REVENUE BREAKDOWN ($ MLN)
FIGURE 14: DEC 2009 REVENUE FOR MINES
FIGURE 15: ANTOFAGASTA GLOBAL OPERATIONS
FIGURE 16: COPPER GRADE A PRICE
FIGURE 17: COPPER PRICE FORECAST
FIGURE 18: ANTOFAGASTA SHARE PRICE
FIGURE 19: ANTOFAGASTA`S EPS

## LIST OF EXHIBITS

EXHIBIT 1: WHEN THE CYCLE CHANGES
EXHIBIT 2: THE LONG-TERM VIEW: FREE CASH FLOW AND DCF VALUATION

EXHIBIT 3: CHINA AND INDIA LAGGING BEHIND
EXHIBIT 4: CHINA, INDIA: URBANIZATION DRIVES COMMODITY USE
EXHIBIT 5: CHINA'S SHARE OF GLOBAL DEMAND SOARS IN
EXHIBIT 6: CHINA`S SHARE OF GLOBAL DEMAND - MONTHLY
EXHIBIT 7: MINE SUPPLY
EXHIBIT 8: P/E RATIOS FOR DIFFERENT SCENARIOS
EXHIBIT 9: UPSIDE AND DOWNSIDE POTENTIAL ACCORDING TO DIFFERENT SCENARIOS
EXHIBIT 10: BREAKDOWN OF CAPITAL EXPENDITURE INCREASES 2003-2006 FOR RIO TINTO
EXHIBIT 11: WORLD COPPER MINE PRODUCTION BY PROCESS, MT
EXHIBIT 12: BASE METALS PRICE FORECASTS
EXHIBIT 13: PRECIOUS METALS PRICE FORECASTS
EXHIBIT 14: CASH COSTS OF ANTOFAGASTA
EXHIBIT 15: CAPITAL EXPENDITURE OF ANTOFAGASTA

## APPENDIX

APPENDIX 1: THE LONG-TERM VIEW: FREE CASH FLOW AND DCF VOLATILITY
APPENDIX 2: DEFINITIONS OF RESOURCES AND RESERVES
APPENDIX 3: LOW AND HIGH COST PRODUCERS
APPENDIX 4: BLACK-SHOLES-MERTON MODEL
APPENDIX 5: NORMALIZED VALUATIONS
APPENDIX 6: DCF VALUATION OF ANTOFAGASTA

**ABBREVIATIONS**

| | |
|---|---|
| AMC | Adjusted Market Capitalization |
| EBITDA | Earnings before Interests, Taxes, Depreciations and Amortizations |
| EPS | Earnings per Share |
| EV | Enterprise Value |
| IRR | Internal Rate of Return |
| NPV | Net Present Value |
| PER | Price Earnings Ratio |
| PV | Present Value |
| ROE | Return on Equity |
| ROC | Return on Capital |
| ROIC | Return on Invested Capital |
| ROV | Real Options Valuation |
| VAT | Value-added tax |

geological potential of the property warrant this. In practical terms the value today of cash flow in year 25 is relatively small and so it is not normally necessary to take such long life reserves into account in the valuation process.

**Figure 11: Simplified Discounted Cash Flow Valuation (all Units in thousands)**

| | Year 0 | Year 1 | Year 2 | Year 3 | Total |
|---|---|---|---|---|---|
| Gold produced | | 200 | 250 | 280 | 730 |
| Gold price | | 500 | 500 | 500 | 500 |
| **Sales Revenue** | | **100'000** | **125'000** | **140'000** | **365'000** |
| Less: Site Operating Cost | | 55'000 | 70'000 | 70'000 | 195'000 |
| Refining | | 1'500 | 1'700 | 1'700 | 4'900 |
| **Operating Profit** | | **43'500** | **53'300** | **68'300** | **165'100** |
| Less: Income Tax | | 5'000 | 9'000 | 11'000 | 25'000 |
| Capital Expenditure | 80'000 | 640 | 1'600 | 9'600 | 91'840 |
| **Net Cash Flow** | **-80'000** | **37'860** | **42'700** | **47'700** | **48'260** |
| Discount Factor (13%) | | 0.885 | 0.783 | 0.693 | 2 |
| **Net Present Value** | **-80'000** | **33'504** | **33'440** | **33'058** | **20'003** |
| **Total Net Present Value ($ millions)** | **20'003** | | | | |

Source: C. Lattanzi

Obviously, the accuracy of the numbers, representing the forecast level of a particular factor at a specified future period of time, will determine the validity of the resultant estimates of profitability and rate of return on invested capital.[74]

In the simplified valuation shown in Figure 11, the computed net present value of the stream of future annual cash flows, at a assumed discount rate of 13% per year, is $20'003 million. This means that, if an investor paid $80'000 million for this property, the future cash flow stream would be sufficient to return the entire $80'000 million.

In order to perform a proper discounted cash flow analysis, therefore, it is necessary to make a separate and reasoned estimate of the future value of each of the factors which will influence cash revenue and cash expenditure. The more comprehensive the available data, the more reliable will be the discounted cash flow valuation.

## 5.3 Discount Factor

The first variable that has a greatest impact on a discounted cash flow valuation is the discount rate. Depending on the life of the project the different discount rates cause a variation of a more than 50% in the value placed on a project! Consequently it is crucial to calculate an appropriate discount rate. Most of the books and articles focus on the calculation of the corporate cost of capital. However, it is possible to determinate a discount rate that is appropriate for an individual project on the basis of industry expectations for project returns (Internal Rate of Return[75]), the risk factors associated with mineral projects in general, and the risks related to the specific project.[76]

---

[74] Lattanzi, found at http://www.cim.org/mes/pdf/VALDAYChrisLattanzi.pdf, accessed date 31.05.2010
[75] Internal Rate of Return (IRR) reflects the rate of interest or discount factor that reduces the future cash inflows to the value of the initial cash outflow, Kernot, 2006, p.203/204
[76] Lawrence, found at http://www.cim.org/mes/pdf/VALDAYLarrySmith.pdf, accessed date 30.05.2010

The formula for calculating IRR of a project using iterative techniques in computer spreadsheet packages is:

$$X = \sum \frac{Y(n)}{(1+i)^n}$$

where: *X* = *the initial outflow*
*Y(n)* = *the inflow in year n*
*i* = *the internal rate of return (IRR)*

By comparing the IRR of a project with its cost of capital a company will be able to determine whether or not the mine will be economically viable.[77]

**Cost of Debt**

Most mining companies assume that the cost of funding is calculated on the basis of the company's weighted average cost of capital. In the countries where debt service costs can be offset against taxable income the cost of capital calculation is weighted to take account of the tax efficiency of debt.[78]

The cost of Debt is calculated on an after tax basis. Consequently, the actual yield of the company's long term debt is adjusted for the local marginal tax rate of the company. Risk of a project and of the country where the company is situated must be included in the calculation of cost of debt:

$$Cd = (r_f + r_p) \times (1 - t)$$

Where: *Cd* = *Cost of Debt*
$r_f$ = *Risk-free country rate*
$t$ = *the company's marginal tax rate expressed in percent*
$r_p$ = *risk premium which adequately reflects risk of the project*[79]

**Cost of Equity**

Cost of equity capital is, perhaps, one of the most contentious elements of the whole calculation process and it is too wide a subject to be covered in detail here.

The *Capital Asset Pricing Model (CAPM)* is perhaps the most widely used method of assessing the cost of equity capital and expressing it as an interest rate. The cost of equity is related to the assumed market cost of equity and the beta of the company's own shares to give the premium or discount to the market cost of equity for the specific company:

$$Ce = r_f + \beta * (r_m - r_f)$$

[77] Kernot, 2006, p. 203-205
[78] Kernot, 206, p. 205
[79] Viebig/ Poddig / Varmaz, 2008, p. 37

where:

Ce = cost of equity

$r_f$ = the risk-free Rate

$\beta$ = the beta of the company (expresses the variability of the common stock with respect to the variability of the market as a whole)[80]

$r_m$ = the markets cost of equity

$r_m - r_f$ = can be also described as a market premium[81]

**Weighted Average Cost of Capital (WACC)**

Using the results of the previous calculations the formula to generate a company's weighted average cost of capital (WACC) is calculated as follows:

$$WACC = \frac{(Equity \times Ce) + (Debt \times Cd)}{(Equity + Debt)}$$

where:

*Equity = market value of equity*

*Debt = market value of debt*

Given that the cost of finance will include an inflation component it is necessary to allow for inflation in the forecasts. At its lowest levels in decades, it still reflects itself as cost increases of 2% to 3% each year. The inclusion of inflation in the forecasting process is a necessity as the cost of capital used in calculation will include an inflationary component, effectively the interest premium of a long term government bond over the interest rate of an equivalent dated index linked security.[82] One example from the praxis is illustrated in exhibit 10. Almost half of Rio Tinto's[83] increase in capital expenditure between 2003 and 2006 was absorbed by inflation.

[80] By definition, the beta of the market is 1.00. A stock with a beta greater than 1, will tend to outperform the market, should it rise or fall, whereas one with a beta of less than 1 will underperform. During a bull market a portfolio should therefore be constructed with a beta greater than 1, during a bear market the converse should be the case. Kernot, 2006, p.226

[81] Mc Kinsey & Company, Inc. Copeland/ Koller / Murrin, 2006, p. 231

[82] Kernot, 2006, p. 205-208

[83] Rio Tinto is one of the world's leading mining and exploration companies, found at www.riotinto.com, accessed date, 26.05.2010

**Exhibit 10: Breakdown of capital expenditure increases 2003-2006 for Rio Tinto**




Source: Rio Tinto. Banc of America Securities-Merrill Lynch Commodity Research

## Risk Components in a Mineral Project

A discount rate for a mineral project comprises three principal components:

- *Risk-Free Interest Rate* The value of the long-term, risk-free, real (no inflation) interest rate is approximately 2.5%. Long term averages range from 2.3% to 2.6%. The 2.5% value is supported by numerous references in the literature and is set out in Ontario law.[84]
- *Mineral Project Risk* include risks associated with reserves (tonnage, mine life, grade), mining (mining method, mining recovery, dilution, mine layout), process (labour factors, plant availability, metallurgy, recoveries, material balances, reagent consumption), construction (costs, schedules, delays), environmental compliance, new technology, cost estimation (capital and operating), and price and market.
- *Country Risk* refers to risks that are related to country-specific social, economic, and political factors.[85]

Using these components, it is possible to calculate a project specific discount rate:

| | |
|---|---|
| + Real, risk-free, long-term interest rate | 2.5% |
| + Mining project risk (varies with level of knowledge) | 3.0%-16% |
| + Country risk | 0.0%-14% |
| = Project specific discount rate (constant dollar, 100% equity) | 5.5%-32.5%[86] |

[84] Bruce, Christopher: Ontario`s Mandated Discount Rate – Rule 53.09(1), August 2000, found at http://www.economica.ca/ew05_3p2.htm, accessed date 1.06.2010
[85] Country risk is described in the chapter 2.1 of this paper
[86] Lawrence, found at http://www.cim.org/mes/pdf/VALDAYChrisLattanzi.pdf, accessed date 31.05.2010

# Exhibit QE–54

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 526 of 759 PageID #: 2314

BCG

REPORT

THE 2010 VALUE CREATORS REPORT

# Value Creation in Mining

## More Than Commodity Prices



THE BOSTON CONSULTING GROUP

The Boston Consulting Group (BCG) is a global management consulting firm and the world's leading advisor on business strategy. We partner with clients in all sectors and regions to identify their highest-value opportunities, address their most critical challenges, and transform their businesses. Our customized approach combines deep insight into the dynamics of companies and markets with close collaboration at all levels of the client organization. This ensures that our clients achieve sustainable competitive advantage, build more capable organizations, and secure lasting results. Founded in 1963, BCG is a private company with 71 offices in 41 countries. For more information, please visit www.bcg.com.

# Value Creation in Mining

## More Than Commodity Prices

The 2010 Value Creators Report

Philip Krinks

Gustavo Nieponice

Tom King

Victor Scheibehenne

Thomas Vogt

February 2011

bcg.com

© The Boston Consulting Group, Inc. 2011. All rights reserved.

For information or permission to reprint, please contact BCG at:
E-mail: bcg-info@bcg.com
Fax: +1 617 850 3901, attention BCG/Permissions
Mail: BCG/Permissions
The Boston Consulting Group, Inc.
One Beacon Street
Boston, MA 02108
USA

# Contents


## Executive Summary 5

## The Top Value Creators 7

Defining the Sample 7

The Ten-Year Findings 7

Introducing the Top Ten 10

Many Pathways to Value Creation 12

## How They Did It 13

Production Volumes 13

The Role of M&A 16

Capital Management and Discipline 19

Increases in Valuation Multiples 19

## Emerging Themes and Recommendations 20

Looking to the Future 22

Recommendations 22

## Value Creation Questions for Mining Executives: A Recap 25

## For Further Reading 26

## Note to the Reader 27

# Executive Summary

Value Creation in Mining: More Than Commodity Prices, *is based on the twelfth annual report in the Value Creators series published by The Boston Consulting Group. The series provides detailed empirical rankings of the world's top value creators and distills managerial lessons from their success. It also highlights key trends in the global economy and world capital markets and describes how these trends are likely to shape future priorities for value creation. Finally, it shares BCG's latest analytical tools and client experiences to help companies better manage value creation.*

*Addressing the challenges of value creation for mining companies, this report considers the performance of the industry over a ten-year period, identifying and understanding key drivers of superior performance in value creation. It also provides a set of questions to help mining executives assess their value-creation plans.*

**BCG analyzed the value creation performance of 37 top mining companies from 1999 through 2009. Our research shows that the mining and materials sector has created substantial value for shareholders, with strong commodity prices explaining about half of total shareholder return (TSR) during this period.**

- On average, the sample delivered a ten-year TSR of 17.2 percent per year from 1999 through 2009, of which 9.7 percentage points were attributable to price increases.
- Apart from price increases, the remaining 7.5 percentage points of TSR are the result of a combination of volume growth (3.8 percentage points), margin improvement (3.1), and dividend yields (3.1) that was offset by dilution of existing equity holders (2.9). Two other items, leverage and valuation multiples, together contributed a further 0.4 percentage points.

**Some companies have greatly outperformed their peers, with the top ten performers delivering average annual returns in excess of 34 percent. Our research indicates that three factors were the major contributors to their strong performance:**

- Production growth
- Capital management and discipline
- Increases in valuation multiples

**Production growth is an important contributor to value creation. The top performers derived 5.9 percentage points of TSR annually from production growth, 2.1 percentage points more than the overall sample. M&A was a relevant driver of growth—but not always a driver of value creation.**

- There is no evidence that acquisitive companies have created more value than companies that do not engage in M&A, which is somewhat surprising: the period under analysis was characterized by an economic environment supporting high commodity prices.
- This result is explained by the high acquisition premiums and the low synergies between mining operations. In addition, a large number of deals were stock transactions, which diminish the upside potential from increases in commodity prices.
- Unless acquirers are able to improve mine operations through superior technical skills, capture cost syner-

gies, and realize revenue benefits beyond what they have been able to achieve in the past, M&A will continue to bring more growth than value creation.

- Other avenues toward production growth—mine expansions and exploration (either in-house or through strategic investments in junior companies)—should, therefore, be pursued aggressively.

**Growth should not come at any cost. To create value, growth must be both profitable and cost efficient.**

- The strong price growth of 9.7 percentage points from 1999 through 2009 might seem to suggest a similarly healthy increase in profit margins. In reality, margin increases, held down by large increases in costs, contributed only 3.1 percentage points to TSR.

- The impact of good cost management on TSR tends to be forgotten in times of strong prices. But no matter what the forecast is for the trajectory of commodity prices, refocusing on cost management can prove highly rewarding.

**Top performers balance their growth aspirations with strong capital management and discipline, avoiding excessive equity dilution or debt issuances and paying healthy dividends. Capital management items contributed 4.9 percentage points to the TSR of the top ten value creators, compared with 0.9 percentage points for the overall sample. The top ten derived an incremental 4.0 percentage points of TSR from this lever.**

- To create value, growth cannot come from mining "tons at any cost." Growth must come from quality tons at the right cost. Finding low-cost, low-capital ore bodies and mastering project conceptualization, development, and execution are key to ensuring that growth can be achieved in a capital-efficient way.

- Portfolio management is also essential to ensuring that capital-consuming businesses are divested and that resources are funneled toward operations that deliver higher returns on invested capital.

**Understanding and closing valuation gaps with peers can also be powerful drivers of TSR. For top performers, increases in valuation multiples contributed 7.4 percentage points of TSR—7.7 percentage points more than the 0.3 percentage-point decline experienced by the overall sample. This differential reflects investor optimism about the higher growth potential of the top ten companies.**

- A company's valuation is driven largely by its outlook for cash flow growth and its perceived risk. For a sustained increase in multiples to occur, a company needs to fundamentally change its existing cash-flow-growth path and its risk levels, demonstrate a credible track record of shareholder-friendly capital-allocation decisions, and effectively communicate this message to investors.

- Some macroeconomic trends have bolstered the multiples of specific sectors, such as fertilizers. Companies can enhance their chances of success by taking advantage of the long-term supply-and-demand outlook for particular commodities.

**Efficient production growth, capital discipline, and increases in valuation multiples are key levers for creating value beyond commodity prices, but there is no one-size-fits-all pathway to success.**

- For each company, the pathway to differential value creation is uniquely related to its distinctive starting position and strategic context.

- Every mining company should adopt a thoughtful, fact-based, and tailored approach to achieving its value-creation goals.

## About the Authors

**Philip Krinks** is a partner and managing director in the London office of The Boston Consulting Group and the firm's global leader of the mining and metals sector; you may contact him by e-mail at krinks.philip@bcg.com. **Gustavo Nieponice** is a partner and managing director in BCG's Santiago office and the firm's Americas leader of the mining and metals sector; you may contact him by e-mail at nieponice.gustavo@bcg.com. **Tom King** is a partner and managing director, and **Victor Scheibehenne** is a principal, in the firm's Toronto office; you may contact them by e-mail at king.tom@bcg.com and scheibehenne.victor@bcg.com, respectively. **Thomas Vogt** is a project leader in the firm's Chicago office; you may contact him by e-mail at vogt.thomas@bcg.com.

# The Top Value Creators

The global mining and materials sector is in good shape. So concludes The Boston Consulting Group's twelfth annual report in its Value Creators series. (See *Threading the Needle: Value Creation in a Low-Growth Economy,* BCG report, September 2010.) Few conclusions emerge more vividly than those that illustrate the relative performance of 14 industrial sectors over the previous five years, a period of comparatively moderate value creation.

Total shareholder return (TSR) for the total sample averaged 6.6 percent annually from 2005 through 2009—considerably lower than the long-term historical average of approximately 10 percent. Yet within this overall picture, mining and materials performed spectacularly, generating an average annual TSR of 18 percent. Except for three other industries—chemicals was closest at 12 percent—none generated even half that rate of TSR. (See Exhibit 1.)

This is evidence of a vibrant industrial sector. At the same time, it raises some questions. Did the industry simply get lucky during a short period when raw-material prices were buoyant? What do we know about successful companies in the sector that might offer lessons for others?

## Defining the Sample

With these questions in mind, we extended the Value Creators analysis in two directions. We doubled the five-year window of analysis to ten years, examining data for the period from 1999 through 2009 to reflect the longer-term nature of the mining business. We also redefined the sample, focusing it solely on companies with mining interests. We excluded, for instance, steel producers, aluminum companies that do not operate mines, and quarrying concerns. To define our sample, we identified all companies whose 2009 market value was at least $5 billion and revenues were at least $1 billion. Furthermore, inclusion in the sample required that at least 25 percent of their shares had been available on public capital markets and had been publicly listed for at least ten years (with reasonable data quality). The final sample comprised 37 companies, spread across a range of commodities and regions. (See Exhibit 2.)

These companies have either become significant producers in the past ten years or maintained their status as midsize or large mining companies.

## The Ten-Year Findings

The evidence from these findings is unambiguous. The current upturn in the mining sector is more than a five-year blip. Mining companies have created remarkable value for their shareholders over a full decade. From 1999 through 2009, the 37 companies analyzed delivered an average annual TSR of 17 percent (weighted by market capitalization). (See Exhibit 3.) Certainly, increases in commodity prices and volume drove much of this growth. (See Exhibit 4.)

Sales growth was the largest single driver, contributing 13.5 percentage points of TSR annually. Most of this—9.7 percentage points—can be attributed to commodity price increases, but a significant portion came from increases in production, accounting for a further 3.8 percentage points. This production growth was attributable solely to acquisitions, suggesting that organic growth was barely

## Exhibit 1. Mining and Materials Was the Number One Industry in the 2010 Value Creators Report

| | Value creation | = Fundamental value | | + Valuation multiple | + Cash flow contribution | | |
|---|---|---|---|---|---|---|---|
| | TSR[1] (%) | Sales growth (%) | Margin change (%) | Multiple change (%) | Dividend yield (%) | Share change (%) | Net debt change (%) |
| Mining and materials | 18.0 | 10 | 4 | 11 | 3 | 3 | 1 |
| Chemicals | 12.0 | 6 | 1 | 5 | 3 | 0 | 0 |
| Machinery and construction | 11.8 | 9 | 3 | 1 | 2 | 1 | 0 |
| Consumer goods | 9.5 | 6 | 1 | 1 | 3 | 0 | 1 |
| Utilities | 8.6 | 9 | 4 | 2 | 4 | 2 | 0 |
| Technology and telecommunications | 6.7 | 7 | 1 | 2 | 2 | 1 | 0 |
| Retail | 4.2 | 8 | 0 | 5 | 2 | 0 | 1 |
| Automotive and supply | 3.9 | 1 | 6 | 10 | 2 | 3 | 0 |
| Transportation and logistics | 3.8 | 5 | 1 | 1 | 2 | 2 | 0 |
| Pharmaceuticals and medical technology | 3.5 | 9 | 1 | 6 | 2 | 1 | 1 |
| Multibusiness | 0.3 | 7 | 2 | 4 | 3 | 1 | 2 |
| Travel and tourism | 0.7 | 5 | 2 | 1 | 2 | 4 | 2 |
| Media and publishing | 1.5 | 4 | 0 | 6 | 3 | 0 | 2 |
| Pulp and paper | 1.7 | 1 | 1 | 0 | 3 | 2 | 1 |
| **Total sample** | **6.6** | **7** | **1** | **0** | **3** | **1** | **1** |

**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.
**Note:** Decomposition is shown in percentage points of five-year average annual TSR; any apparent discrepancies in TSR totals are due to rounding.
[1]Five-year average annual TSR (2005–2009) for the weighted average of the respective sample.

## Exhibit 2. The Sample Included a Total of 37 Companies

### Location of primary listing




### Primary minerals produced




### The sample

- Agrium
- Alcoa
- Anglo American
- AngloGold Ashanti
- Antofagasta
- Barrick Gold
- BHP Billiton
- Bumi Resources
- Cameco
- Cliffs Natural Resources
- Consol Energy
- Eramet
- First Quantum Minerals
- Freeport McMoRan Copper & Gold
- Gold Fields
- Goldcorp
- Grupo México
- Hindalco Industries
- Impala Platinum
- Industrias Peñoles
- Inner Mongolia Yitai Coal
- Israel Chemicals
- K+S Group
- KGHM Polska Miedź
- Kinross Gold
- Lihir Gold
- Lonmin
- Mosaic Company
- Newcrest Mining
- Newmont Mining
- PotashCorp
- Rio Tinto
- Sociedad Química y Minera de Chile (SQM)
- Teck Resources
- Vale
- Yamana Gold
- Yanzhou Coal Mining

**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.

## Exhibit 3. Mining Companies Had an Average Annual Total Shareholder Return of 17 Percent




**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.
**Note:** TSRs were derived from calendar year data.

## Exhibit 4. BCG's Model Allows Companies to Identify the Sources of Their Total Shareholder Return




**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.
**Note:** This calculation is based on the sample average; the contribution of each factor is shown in percentage points of average annual TSR (1999–2009).

enough to cover the decrease in production from older mines.

Growth in profit margins—defined as earnings before interest, taxes, depreciation, and amortization (EBITDA) divided by revenues—contributed an additional 3.1 percentage points of TSR annually. This might appear to be a low level of profitability growth in a period of such prosperity, but it reflects the rapid rise in unit costs, which increased by 8 percent annually.

Although rising commodity prices have benefited industry revenues, they have also led to increases in the cost of some supplies, including fuel, consequently constraining the growth of profit margins.

Dividend yields added 3.1 percentage points more to annual TSR, while stock issues that diluted the holdings of existing shareholders reduced TSR by 2.9 percentage points annually.

Changes in valuation multiples and net debt are two other components of TSR, each of which contributed less than 1 percentage point annually to TSR.

## Introducing the Top Ten

As Exhibit 3 shows, the overall picture of prosperity conceals some sharp differences among the companies. Of the 37 companies, 9 recorded an average annual TSR in excess of 30 percent. At the other end of the scale, the TSRs of 7 companies were in single digits or showed an absolute decline during the period.

In order to identify the factors that distinguish the companies that did extremely well, we have focused closely on the ten leading value creators. (See Exhibit 5.) The average annual TSR of the top performers over this period was 34 percent—almost twice the average for the sector sample.

Exhibits 6 and 7 examine each component of TSR to compare the performance of the top ten with that of the entire sample. Exhibit 6 shows that $100 invested in the top value creators in 1999 would have grown to almost $2,000 by the end of 2009. This more rapid value creation was driven largely by three elements—production growth, capital management and discipline, and increases in valuation multiples.

### Exhibit 5. The Mining and Materials Top Ten, 1999–2009

| | | | | | TSR Decomposition[1] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Company | Location | TSR[2] (%) | Market value[3] ($billions) | Sales growth (%) | Margin change (%) | Multiple change[4] (%) | Dividend yield (%) | Share change (%) | Net debt change (%) |
| 1 | Inner Mongolia Yitai Coal | China | 68.8 | 6.3 | 36.9 | 20.2 | 1.5 | 4.3 | 0.0 | 5.8 |
| 2 | First Quantum Minerals | Canada | 42.9 | 6.1 | 47.4 | 3.8 | –0.6 | 0.4 | –11.4 | 3.4 |
| 3 | Vale | Brazil | 35.7 | 148.6 | 22.3 | –0.8 | 9.2 | 5.4 | –1.1 | 0.8 |
| 4 | K+S Group | Germany | 32.8 | 11.1 | 11.8 | –2.6 | 21.9 | 4.6 | 1.0 | –3.9 |
| 5 | Israel Chemicals | Israel | 32.5 | 17.4 | 9.8 | 1.2 | 9.1 | 5.9 | –0.7 | 7.1 |
| 6 | Antofagasta | U.K. | 32.3 | 15.8 | 33.1 | 8.8 | –19.4 | 4.6 | 0.0 | 5.3 |
| 7 | Sociedad Química y Minera de Chile (SQM) | Chile | 31.2 | 10.3 | 11.8 | 4.4 | 7.7 | 3.6 | 0.0 | 3.8 |
| 8 | Industrias Peñoles | Mexico | 31.2 | 8.7 | 14.9 | 4.9 | 2.1 | 5.3 | 0.1 | 3.8 |
| 9 | PotashCorp | Canada | 31.1 | 32.1 | 7.4 | 3.7 | 15.7 | 1.4 | 0.9 | 2.0 |
| 10 | Cliffs Natural Resources | U.S. | 29.7 | 6.0 | 21.2 | 4.3 | 6.6 | 1.3 | –3.6 | 0.0 |

**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.
**Note:** The sample comprises 37 global companies with a market valuation greater than $5 billion, sales greater than $1 billion, and a free float of at least 25 percent.
[1]The contribution of each factor is shown in percentage points of the ten-year average annual TSR; any apparent discrepancies in TSR totals are due to rounding.
[2]Average annual TSR, 1999–2009.
[3]As of December 31, 2009.
[4]Change in the EBITDA multiple.

## Exhibit 6. The Value Creation of the Top Ten Compares Favorably with the Industry Sample, 1999–2009




**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.
**Note:** The industry calculation is based on the sample average.

## Exhibit 7. Value Creation at the Top Ten Versus the Industry Sample, 1999–2009




**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.
**Note:** The industry calculation is based on the sample average.
[1]Bumi Resources is not included in the 2003 calculations.

## Many Pathways to Value Creation

Companies have applied different combinations of these levers in their pursuit of value creation. Some companies achieved success through rapid sales growth built on astute investment in the right sectors. Others did so by strong capital management or by closing a valuation gap. The drivers of high TSR discussed above were also critical for the very largest companies in our sample. (See the sidebar "Winning Big: Mining's Large-Cap Companies.")

### Winning Big
Mining's Large-Cap Companies

Nine of the companies included in the sample had a market capitalization that exceeded $3 billion in 1999. This large-cap sample delivered average annual total shareholder return (TSR) of 15.1 percent from 1999 through 2009.

The three best performers in this group were Vale, BHP Billiton, and Freeport-McMoRan Copper & Gold. Their combined average TSR of 22.9 percent per year was almost 8 percentage points above the large-cap average. (See the exhibit below.) Compared with the nine large-cap companies, the performance of the three leaders is dramatically impressive:

- Faster sales growth (16.6 percentage points of TSR annually versus 12.1 percentage points, particularly in recent years)
- Higher growth in earnings before interest, taxes, depreciation, and amortization, or EBITDA margin, (4.8 versus 2.9 percentage points)
- Lower equity dilution (–1.4 versus –2.2 percentage points of dilution)
- Greater reduction in leverage (1.3 versus 0.2 percentage points)
- Higher dividend yields (3.6 versus 2.8 percentage points)

The reasons for the superior performance of the three leaders are consistent with those that explain how the top 10 value creators exceeded the performance of the aggregate sample of 37 studied in this report. The clear implication is that the drivers of superior performance can apply to companies of any size.

#### Mining's Large-Cap Value Creators, 1999–2009

| | | | | | TSR Decomposition[1] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Rank | Company | Location | TSR[2] (%) | Market value[3] ($billions) | Sales growth (%) | Margin change (%) | Multiple change[4] (%) | Dividend yield (%) | Share change (%) | Net debt change (%) |
| 1 | Vale | Brazil | 35.7 | 148.6 | 22.3 | –0.8 | 9.2 | 5.4 | –1.1 | 0.8 |
| 2 | BHP Bil iton | Australia | 19.7 | 220.9 | 13.4 | 8.1 | –6.0 | 2.8 | 0.0 | 1.4 |
| 3 | Freeport-McMoRan Copper & Gold | U.S. | 16.9 | 34.5 | 21.9 | 0.8 | –3.0 | 2.7 | –9.7 | 4.2 |
| | The top three large-cap companies | | 22.9 | 404.1 | 16.6 | 4.8 | –2.0 | 3.6 | –1.4 | 1.3 |
| | The large-cap sample | | 15.1 | 662.8 | 12.1 | 2.9 | –0.7 | 2.8 | –2.2 | 0.2 |

**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.
**Note:** In 1999, nine global companies had a market capitalization greater than $3 billion and a free float of at least 25 percent.
[1]The contribution of each factor is shown in percentage points of the ten-year average annual TSR; any apparent discrepancies in TSR totals are due to rounding.
[2]Average annual TSR, 1999–2009.
[3]As of December 31, 2009.
[4]Change in the EBITDA multiple.

# How They Did It

It is no surprise that commodity prices were an important driver of returns in the mining industry. Rapid increases in commodity prices from 2004 through 2009 made a significant contribution to the industry's prosperity and contributed around 9.7 percentage points annually toward sales growth in the decade covered by this report. Nevertheless, there were considerable variations in annual price growth among the various commodities, from a low of 2.1 percent for aluminum to highs around 15 percent for potash and iron ore. (See Exhibit 8.)

Despite these large variations in price growth, differences in price increases in the commodities the top performers produce do not differentiate the leaders from the sample average: the differences in price increases explain just 1.4 percentage points of the 17 percentage-point differential between these two groups. This is consistent with Exhibit 9, which shows that commodity exposure is ultimately not the determining factor in company performance. Our analysis shows substantial divergence among companies across the different commodity groups.

To influence the price lever through exposure to the right commodities, mining companies need to understand their long-term price outlook for those commodities. This is driven by the long-term outlook for supply and demand and the dynamics between them.

Getting this right demands a mastery of both supply-and-demand economics and corporate-portfolio management, as well as a clear perspective on the megatrends that influence the environment in which the company operates. These considerations are also closely related to issues of capital management and discipline and will be examined later in the report.

For diversified companies that mine a range of commodities, this translates into decisions related to where to weight their portfolios. Picking the metals with the best long-term economics increases the chances of a company's prospering over the long run. (See the sidebar "Diversify or Pure Play?")

Price growth is vastly outweighed by three other levers—production growth, capital management and discipline, and increases in valuation multiples—as the reason for or source of the "edge" enjoyed by the most successful companies in the rest of the sector. (See Exhibit 10.)

## Production Volumes

Although companies have limited control over commodity prices, they can exert considerable influence over how much they produce.[1] During the decade under consideration, production increases contributed 5.9 percentage points of TSR annually for the top ten companies—2.1 percentage points more than the sample as a whole.

For the top ten, much of this growth took place before the surge in commodity prices that started in 2005 and was almost evenly balanced between organic growth and M&A. Top mining companies profitably grew production during this period by taking several approaches, including the following:

- **Expanding Existing Operations.** Growth at Industrias Peñoles was driven partly by the expansion of existing silver and gold mines in Mexico.

1. Note, however, that prices are partly determined by the total quantity supplied to the market.

## Exhibit 8. Commodity Price Growth, 1999–2009




**Sources:** Thomson SDC Platinum; London Metal Exchange; Bloomberg; Australian Bureau of Agricultural and Resource Economics; Compustat; Steel Business Briefing; Macquarie Research, May 2010; RBC Capital Markets; BCG analysis.
[1]Australian benchmark price for iron ore.
[2]Average of monoammonium phosphate (MAP) and diammonium phosphate (DAP) prices.

## Exhibit 9. Commodity Exposure Is Not a Major Determinant of Total Shareholder Return




**Sources:** Thomson Reuters Datastream; BCG analysis.
**Note:** TSR is derived from calendar year data. Each bar represents a company. Companies that specialize in other metals such as aluminum and uranium are not shown. CAGR = compound annual growth rate.

## Diversify or Pure Play?

Diversify or concentrate? One commodity or many? It is a constant debate within the industry—one that inevitably echoes through corporate-strategy discussions. On the subject of growth in total shareholder return (TSR), the contest results in a draw, with no clear pattern of differentiation between diversified and pure-play companies. There is no clear benefit or evident disadvantage from diversification. (See the exhibit below.) Investors' preferences for one or the other (or the underlying commodity these companies produce) depend largely on investors' desire for broad or sector-specific exposure, their tolerance of risk, and their view of the future prospects of individual companies.

Companies that specialize in certain products—fertilizer, coal, and copper—tended to perform better than the norm. Those that mine gold and aluminum generally did worse. The performance of diversified companies fell between that of those two groups.

### There Is No Clear Difference Between the TSRs of Diversified and Pure-Play Companies




**Sources:** Thomson Reuters Datastream; BCG analysis.
**Note:** TSRs are derived from calendar year data.

- **Identifying and Advancing New Capital Projects.** Increases in production accounted for around 20 percentage points of TSR for Antofagasta and almost 40 percentage points of TSR for First Quantum Minerals. Both companies grew substantially faster than their peers and the market as a whole, in part because of new projects. Antofagasta developed new mines in Chile from 1999 through 2002, increasing its production base sevenfold and placing it perfectly to take advantage of the steady increase in copper prices from 2002 through 2007. First Quantum invested in Africa's copper belt—Zambia and the Democratic Republic of the Congo—and in Mauritania, opening new mines in 2005, 2006, and 2007.

- **Acquiring Projects and Mines in Anticipation of Demand Growth.** Vale's growth was driven by expanding its output of iron ore, of which it is the world's largest producer. From 1999 through 2007, Vale acquired several Brazilian iron-ore mines and enlarged its existing operations, nearly tripling production. This rate of production growth, which was faster than that of its

### Exhibit 10. Three Levers for Superior Performance

| TSR contribution (percentage points) | Top Ten | Sample | Difference | |
|---|---|---|---|---|
| Revenue growth | 17.0 | 13.5 | 3.5 | |
| Price growth | 11.1 | 9.7 | 1.4 | Production growth |
| Quantity growth | 5.9 | 3.8 | 2.1 | |
| Margin change | 2.4 | 3.1 | –0.7 | |
| **Profit growth** | **19.4** | **16.6** | **2.8** | |
| Net debt change | 1.9 | 0.7 | 1.2 | |
| Dividend yield | 3.7 | 3.1 | 0.6 | Capital management and discipline |
| Share change | –0.7 | –2.9 | 2.2 | |
| **Free-cash-flow contribution** | **4.9** | **0.9** | **4.0** | |
| Multiple change | 7.4 | –0.3 | 7.7 | Increases in valuation multiples |
| **Valuation multiple** | **7.4** | **–0.3** | **7.7** | |
| Residual term[1] | 2.6 | 0.0 | 2.6 | |
| **Average annual TSR (%)** | **34.3** | **17.2** | **17.1** | |

**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.
[1]A residual cross product exists as a result of the interaction of individual terms.

competitors, was responsible for generating more than half of Vale's total revenue growth in this period.

By contrast, organic growth was slightly negative for the overall sample. (See Exhibit 11.) This indicates that new production from organically developed operations was barely sufficient to offset the decline in output from existing mines. Results varied by commodity; for example, iron ore grew organically, but lead declined.

One important reason was a lack of investment in and focus on exploration during the 1990s, resulting in a slowdown in resource and reserve growth even among junior mining companies. This pressure was exacerbated by declines in ore quality at existing mines. Spending picked up early in the first decade of this century, but the long lead-times involved in turning successful exploration into production meant that companies seeking growth had to develop other strategies, such as pursuing acquisitions, while they waited for new mines to begin producing.

## The Role of M&A

One consequence of the sample's low levels of organic growth was a rapid increase in M&A activity. In 1999, there were more than 100 mining companies whose annual revenues exceeded $250 million. During the next decade, more than half of those companies were acquired. Takeover activity grew sharply among the companies in our sample. Their combined average annual expenditure on deals tripled from $8.5 billion from 1999 through 2004 to about $25 billion during the next five years. This trend continued into 2010, driven by a belief in strong demand from emerging economies, the perceived difficulty and long lead-time associated with organic development, and a desire to deploy large accumulated cash reserves.

Some companies have made highly effective use of M&A. Anticipating growing demand, Vale consolidated its position as the leading iron-mining company and enjoyed average annual TSR of 35.7 percent from 1999 through 2009. Together with organic growth, Vale's acquisitions enabled it to expand production capacity faster than its competitors. Keeping a tight focus on cost control, Vale also managed to maintain margins during this period.

M&A is not always associated with value creation despite some significant increases in market capitalization following such transactions. In fact, even though the years from 1999 through 2009 have seen extraordinary commodity-price increases, there is no evidence that acquisitive com-

## Exhibit 11. M&A Was the Primary Driver of Volume Growth




**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.

panies consistently create more value than their counterparts that make no acquisitions. (See Exhibit 12.)

There are several reasons for this. Transactions during this period attracted high acquisition premiums, averaging 38 percent of prebid market value and eating heavily into the financial benefits of such deals. (See Exhibit 13.) This would be less of a problem in an industry in which mergers are accompanied by sizable synergies. In mining, this benefit does not apply. Our estimates show that synergies tend to average only 5 to 6 percent of market capitalization—considerably less than the premiums paid.

In addition, around 40 percent of the value of these transactions was funded through stock or hybrid stock-and-cash deals, meaning that the acquiring stockholders got a smaller piece of a larger business. These stockholders, therefore, did not increase their net exposure to a commodity, and they missed out on the value created by the unexpected rise in commodity prices later in the decade.

Cash deals have, by contrast, been generally beneficial for acquiring shareholders. If prices increase beyond market expectations, such deals do well. This was precisely what happened from 1999 through 2004, when companies that did cash-only acquisitions had a median annual TSR in the following five years of 25 percent. However, companies that did stock-only acquisitions had a median annual TSR of 11 percent over the same period. Obviously, cash deals also have a potential downside. Should commodity prices suddenly decrease, acquisitions paid for in cash will suffer reduced cash-generating capacity while the acquirer remains liable for any debt raised as part of the deal.

For many companies, M&A is no more guaranteed a source of sustained success than reliance on rising commodity prices. Looking forward, mining companies will need to make organic growth a part of their growth agenda. This is certainly not an easy option, but getting it right can generate serious rewards.

Active portfolio management is also critical, with divestitures playing an important role equal to that of acquisitions. For example, diversified mining companies did well moving away from gold and toward iron ore during this period. Similarly, Anglo American was rewarded by investors for its astute divestment of noncore assets and for its renewed focus on mining. An essential ingredient in active portfolio management is a clear understanding of the expected contribution and capital requirements of each part of the portfolio.

## Exhibit 12. There Is No Correlation Between Acquired Value and Total Shareholder Return




**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.
[a]Includes all acquisitions through which majority control was obtained.

## Exhibit 13. From 2005 through 2007, the Value of Acquisitions Rose Sharply, Though Bid Premiums Were Steady




**Sources:** Thomson SDC Platinum; Zephyr; BCG analysis.
**Note:** N = 81 deals.
[1]The bid premium is the percentage by which the amount offered exceeds the prebid market value of the acquired company.

## Capital Management and Discipline

Capital management and discipline—the prudent management of the capital required to support a business (for example, through the sale of equity or debt) and the use of the resulting free cash flows (for example, share buybacks, debt repayment, and dividends)—help explain a further 4.9 percentage points of TSR annually for the top ten performers. This is 4.0 percentage points higher than that of the sample, which derived just 0.9 percentage points annually from this lever.

A significant difference was that most of the top ten avoided diluting the holdings of existing shareholders through new share issues, contributing 2.2 percentage points to their TSR. A further 1.2 percentage-point differential reflected the greater ability of the top companies to reduce their leverage. The remaining 0.6 percentage points were explained by higher dividend yields.

Industrias Peñoles, for example, delivered a 31.2 percent TSR annually from 1999 through 2009. The company undertook diligent, continued exploration throughout the cycle. This enabled it to both maintain its reserve base and expand production from existing and new mines without needing to make major acquisitions or dilute the holdings of existing shareholders. Peñoles was, therefore, well placed to benefit from the rise in commodity prices, allowing it to pay a healthy average annual dividend of 5.3 percent and also reduce its leverage.

A contrasting example from the gold industry demonstrates the negative effects of insufficient capital discipline. In a sector characterized by large acquisitions, a particular gold company grew rapidly from a minor to a significant industry position: through a series of large transactions, it increased revenues nearly tenfold across the decade. However, this growth came at the expense of existing shareholders, whose shares were diluted in order to finance the deals. Each transaction was accompanied by a negative announcement effect—early warning of value being destroyed, inevitably leading to a long-term TSR that was lower than the industry average.

## Increases in Valuation Multiples

The expansion of valuation multiples sharply differentiated the top ten performers from the rest of the sample, adding 7.4 percentage points annually to their TSR. This effect was particularly strong for Vale and the fertilizer and industrial minerals companies in the top ten. By contrast, the overall sample showed an average annual decrease of 0.3 percentage points.

Valuation multiples are driven largely by a company's outlook for cash flow growth and its perceived risk. Although some multiples, such as that of the fertilizer sector over the past decade, were boosted by macroeconomic trends, companies can also take action and help themselves. If a company fundamentally changes its existing growth path or risk level, credibly demonstrates a track record of value creation, and effectively communicates this message to investors, growth in its valuation multiple can follow.

The top ten started the period with an EV-to-EBITDA (enterprise value—the sum of the market value of equity and debt—divided by earnings before interest, taxes, depreciation, and amortization) multiple of 7.4 compared with 12.7 for the total sample. By 2009, the top ten had achieved a multiple of 15.2 compared with 12.3 for the total sample. These benefits were not spread evenly across the top ten companies, however.

The anticipation of increased demand for fertilizers meant that the four companies with interests in this sector—K+S Group, PotashCorp, Israel Chemicals, and Sociedad Química y Minera de Chile (SQM)—performed particularly well. These companies increased their EV-to-EBITDA multiples from 6.5 to 21.4, contributing an average of 13 percentage points annually to their TSR. Companies such as K+S benefited from the buoyant outlook for fertilizer demand, underpinned by investor expectations of strong long-term demand for agricultural products from emerging economies. K+S also helped its own multiple by undertaking consolidating acquisitions in fertilizer and salt.

Vale, an outstanding performer in several different areas, derived 9.2 percentage points of TSR from multiple expansion, closing the valuation gap with its peers. This appears to reflect Vale's strong outlook for cash flow growth, which is based on a large project pipeline and a record of delivering on promises and making successful acquisitions. Vale's locations within and exposure to the fast-growing economies of countries such as Brazil, Russia, India, and China also underpins investor optimism.

# Emerging Themes and Recommendations

The rise of the global challengers—emerging-market companies that have become serious global competitors—has been a feature of many sectors in recent years. Mining is no exception. In fact, seven of our top ten value creators are from, or have significant operations in, emerging economies.

This will have profound consequences for established players. The decade to come will see considerable changes in the competitive landscape, and, if established players expect not merely to survive but also to prosper in this environment, they will have to know how to respond to the new challengers.

As a group, emerging-market companies performed extremely well from 1999 through 2009. Their average annual TSR was 27 percent, almost double the 14 percent mean that was achieved by companies from established markets during the same period (albeit from a different starting point). The challengers achieved their superior performance through higher sales growth, stronger multiple expansion, and higher dividend yields. (See Exhibit 14.)

The following elements are among those that underpin the success of global challengers in the mining industry:

- Strong organic growth, such as that shown by Antofagasta and First Quantum, from new low-cost discoveries and mine expansions
- Exposure to locations with underdeveloped resource bases
- Increasingly professional management
- Physical proximity, such as that enjoyed by Chinese coal companies, to high-demand end markets
- Global capital flows into emerging markets

The list of challengers continues to grow. Several high-performing companies, including MMC Norilsk Nickel and Vedanta, have conducted initial public offerings since 1999. Had these companies been continuously listed from 1999 through 2009, instead of arriving during that period, ten of them would have met the size, value, and free-float criteria for inclusion in our sample. Five of these are from China. Their rise has been facilitated by large increases in local stock-market indexes and domestic Chinese-investor interest in mining stocks. (See Exhibit 15.)

The global challengers also enjoy built-in advantages in a market where competition for resources and reserves is both more intensive and increasingly global. Deposits are being discovered and exploited in ever more remote regions. Emerging-market companies are likely to have some advantages operating in these regions. Companies from established markets should be aware of these changes. They need to know that these challengers are coming—and in many cases have already arrived—and that their arrival is changing their industry.

At the same time, established companies, which may not be able to follow the challengers' value-creation model, have to be realistic when setting TSR targets during their strategic-planning process. It is not sensible—and may be downright damaging—for established-market companies to aim for the sort of returns being achieved by some emerging-market companies. Those companies are at a very different stage in their development, and they operate in a different policy and value-creation context.

## Exhibit 14. Emerging-Market Companies Have Outperformed Their Developed-Market Peers




**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.

## Exhibit 15. In the Last Five Years, Many New Value Creators Have Appeared, Particularly in China

| Rank | Company | Country | Market value[1] 2009 ($billions) | Net sales 2009 ($billions) | TSR[2] (%) | Year of Initial Public Offering |
|---|---|---|---|---|---|---|
| 1 | Zhongjin Gold | China | 6.8 | 2.7 | 79.8 | 2003 |
| 2 | Zijin Mining Group | China | 13.9 | 3.0 | 63.0 | 2003 |
| 3 | Exxaro Resources[3] | South Africa | 5.0 | 2.0 | 60.7 | 2006 |
| 4 | Shanxi Xishan Coal and Electricity | China | 14.2 | 1.8 | 55.3 | 2000 |
| 5 | Shanxi Guoyang New Energy | China | 6.8 | 2.9 | 51.4 | 2003 |
| 6 | Jiangxi Copper | China | 17.8 | 7.5 | 50.1 | 2002 |
| 7 | Vedanta Resources | U.K. | 12.2 | 6.6 | 48.3 | 2003 |
| 8 | MMC Norilsk Nickel | Russia | 25.1 | 10.2 | 28.8 | 2001 |
| 9 | Xstrata | U.K. | 52.6 | 22.7 | 19.8 | 2002 |
| 10 | Peabody Energy | U.S. | 12.1 | 6.0 | 19.7 | 2001 |

**Sources:** Thomson Reuters Datastream; Thomson Reuters Worldscope; Bloomberg; annual reports; BCG analysis.
**Note:** N = 49 global companies with a market valuation greater than $5 billion and net sales greater than $1 billion.
[1]As of December 31, 2009.
[2]Average annual TSR, 2004–2009.
[3]Kumba Resources was relisted as Exxaro in November 2006 after the unbundling of Kumba's iron-ore assets.

## Looking to the Future

The outlook for returns remains uncertain. Some observers expect that demand from Chinese and other emerging-market customers, combined with high costs and delays in bringing on new supply, will create a strong environment. If inflation picks up, companies will find that it is critical to manage costs, inventory, and pricing strategy.

Other observers believe that the global economy is entering a below-average growth cycle. In that case, it would become more difficult to sustain historically strong TSRs because of pressures on value drivers such as price, margins, valuation multiples, and volume growth.

The role of cash payouts and capital discipline would become even more important. On the other hand, such an environment would also depress valuations (especially for more leveraged companies) and therefore create attractive M&A opportunities for potential acquirers.

All mining companies need to determine how they can build on their impressive value-creation results in order to achieve positive outcomes for their investors. It is a matter of being realistic, consistently adding a few percentage points to their TSR each year over what might otherwise be expected. So how do you do this?

## Recommendations

Every mining company—the newly emergent global challenger just as much as the established enterprise—needs to have a clear plan for differential value creation, beyond relying on commodity prices. The self-interrogation inherent in the planning process of any good company is, of course, part of this process. How robust are your value creation plans? The following series of questions, which every mining executive team should be able to answer, are designed to help you assess your company's situation:

- Do we have a clear strategy for differential value creation, beyond commodity price changes?
- What level of performance do investors expect of our company? Does the company have a TSR gap to fill? And, if so, do we have a clear picture of how to fill it?
- What is the projected TSR contribution of each mine, business unit, and commodity group?

Profitable production growth, through both organic means and M&A, should be a key element of any value-creation plan. Growth must create value. Achieving this takes a balance of strong capital discipline and a clear focus on long-term strategic goals.

Organic growth is difficult and time consuming, but it can be a tremendous value-creation lever. Doing it correctly requires an unerring focus on efficiency and flexibility complemented by a strong understanding of long-term market forces.

Companies need to combine four attributes to generate superior returns from organic investments: effectiveness in exploration, competitiveness in the junior market, the ability to conceptualize and develop projects, and the ability to manage "frontier" regions.

**Effectiveness in Exploration.** A complex challenge because of the long-term investment needed and the difficulty of implementing metrics for measuring success, this is a potential source of genuine competitive edge.

**Competitiveness in the Junior Market.** Most projects coming into production have, at some point, been in the hands of a junior company, so companies that develop the intelligence and agility to play in the junior market will gain a clear edge.

**The Ability to Conceptualize and Develop Projects.** Poor conceptualization and lack of discipline in project management and development can lead to huge losses of value between the generation of an idea and the opening of a mine. Companies need a sound project-development-and-execution system to ensure that different disciplines—including operations—coordinate their efforts from the conceptual through the feasibility stages and that reviews are conducted with due preparation and alignment. Similar coordination is needed to ensure that the contributions of all contractors are seamlessly integrated during the construction phase of a project.

**The Ability to Manage Frontier Regions.** The search for new reserves increasingly occurs in frontier locations such as the emerging nations of Asia and Africa, and they involve high risk and significant cultural challenges. Com-

panies need to develop the competencies to manage stakes, develop projects, and build partnerships in these regions.

Companies should ask themselves these questions:

- Is our strategy aligned with our exploration programs and relationships with juniors, resources, reserves, and investment positions? Where are there gaps?

- Does our strategy give adequate consideration to the growth of emerging economies—as customers, exploration and production locations, and competitors? Does our organization have the capabilities to operate in such locations and, if not, do we have a plan for acquiring or developing these capabilities?

- Are we certain that we are getting the most out of our organic-development pipeline? Are we achieving excellence in every project stage—from idea to execution?

M&A can be, as the experience of some companies over the past decade has shown, a fruitful source of production growth. Opportunities for superior performance exist at every stage of the M&A cycle. Yet too many deals destroy value or are neutral at best.

Avoiding pitfalls and making the best of M&A can be achieved by getting several things right. A company's starting point is a clear portfolio strategy, with an equally strong grasp on both acquisition and divestiture. Add to that sound corporate-development processes and market intelligence, and your company will be on its way to finding the right deals.

Getting the pricing and timing of those deals right and retaining capital discipline are critical to ensuring that value is created rather than destroyed. This discipline includes being willing to walk away from deals rather than being dragged into seeking growth simply for growth's sake.

Once a deal is done, a process must be designed to integrate the acquired company and ensure the delivery of the strategic logic of the deal. Decisions must be made regarding how much to integrate, how the roles of various headquarters should change, and how to bridge differences in corporate cultures.

After all this, companies need to improve their newly acquired assets. This involves identifying and executing opportunities across the entire value chain, including sourcing, mine operations, asset management, logistics, and marketing. They should ask the following questions:

- How confident are we of our ability to add value across the M&A process, beyond just providing capital? Do we have a clear picture of how we create differential value for our shareholders that they could not replicate themselves?

- How do we ensure that we keep our heads clear during a time of euphoria, still aggressively pursuing value creation?

Expansion is not the sole means of creating value. Improving the efficiency of existing operations can also drive improvements in profitability. Our experience suggests that although most mine sites have some form of improvement program under way, the improvement targets tend to be arbitrary, and the programs rarely take full advantage of opportunities across divisional or mine site boundaries. This means that money is left on the table.

Mining companies have many improvement levers available to them. Most productive operations have bottlenecks somewhere. Identifying and removing them—"debottlenecking"—will enable greater, more efficient production. Intelligent investments in maintenance enhance mine assets and optimize long-term value. Streamlining your company's supply chain on the basis of an end-to-end analysis of costs can yield real opportunities, including opportunities to reduce costs to customers and suppliers—costs that may ultimately be borne by you.

Procurement and sourcing will also offer opportunities for improvement. This is not just a matter of "beating up" suppliers. Procurement can be used to drive process efficiency, innovation, and reduce the total cost of ownership. Better marketing can help maximize price realization in minerals your company produces, while safety and environmental improvements improve the risk-adjusted value of your operations. Companies should ask the following questions:

- How much value are we leaving on the table at our existing operations? Do we know which sites have the

greatest opportunity for improvement and how to access this potential?

- Which of our competitors' operations would we most like to emulate? How effectively do we learn from observing how our competitors operate their assets?

- How do we evaluate our improvement opportunities? Are improvements thought of in value creation terms rather than simply short-term cost reductions (which may be hiding longer-term cost increases)?

Prudent capital management and discipline can also be a significant differentiating aspect of value creation. Management teams need to apply the capital management lens to their strategic plans to ensure that they are creating value. The ill effects associated with equity dilution mean that stockholders may prefer moderate but less dilutive plans over those that promise high growth accompanied by dilution. Value may also be created for stockholders by reconsidering hurdle rates and project pipelines using this lens. In the absence of value-creating growth options, alternatives such as share buybacks and dividend increases need to be considered. Companies should ask the following questions:

- How will our strategic plans be financed? Does this require dilutive equity issuances, and if so, is sufficient value created to justify this dilution?

- How do we ensure that our cash balances are put to effective, value-creating use? Are our investment-review processes sufficiently rigorous and accurate?

Furthermore, you need to keep your investors' confidence in your stock and to convince the markets that your company has an effective value-creation strategy. Investors are the ultimate customers for your company's stocks and bonds—both the final beneficiaries of value creation and the key determinants of how these securities are valued. Yet investors are not homogeneous. Understanding who your company's investors are—as well as who they might be in future—and what they want is the first step toward increasing its valuation multiple.

This can bring immense benefits. In 2009, the multiples of the highest-rated companies of each commodity group were at least twice those of the lowest. In gold and fertilizers, the ratio was 4 to 1. Closing this gap even slightly represents a large value-creation opportunity for companies with low multiples. This is a complex task, but the benefits that it can bring mean that it should certainly not be overlooked. Companies should ask the following questions:

- What is our current investor mix (growth versus value)? How well does this fit our strategy and potential?

- Is our company favorably valued relative to its peers? How consistently do we meet earnings expectations? Do we have a clearly articulated value-creation story, and do investors support it? Have we been able to demonstrate a track record of good capital management?

Answers to these questions should lead to a strategy that will put your company on the road to success—even in the hugely demanding markets of today and the next decade—positioning it, to the greatest extent possible, to anticipate and respond to events.

# Value Creation Questions for Mining Executives

## A Recap

In conclusion, we offer a set of 15 questions that will help mining executives assess the effectiveness of their value-creation plans.

- Do we have a clear strategy for differential value creation beyond commodity price changes?
- What level of performance do investors expect of our company? Does the company have a TSR gap to fill? And, if so, do we have a clear picture of how to fill it?
- What is the projected TSR contribution of each mine, business unit, and commodity group?
- Is our strategy aligned with our exploration programs and relationships with juniors, resources, reserves, and investment positions? Where are there gaps?
- Does our strategy give adequate consideration to the growth of emerging economies—as customers, exploration and production locations, and competitors? Does our organization have the capabilities to operate in such locations and, if not, do we have a plan for acquiring or developing these capabilities?
- Are we certain that we are getting the most out of our organic-development pipeline? Are we achieving excellence in every project stage—from idea to execution?
- How confident are we of our ability to add value across the M&A process, beyond just providing capital? Do we have a clear picture of how we create differential value for our shareholders that they could not replicate themselves?
- How do we ensure that we keep our heads clear during a time of euphoria, still aggressively pursuing value creation?
- How much value are we leaving on the table at our existing operations? Do we know which sites have the greatest opportunity for improvement and how to access this potential?
- Which of our competitors' operations would we most like to emulate? How effectively do we learn from observing how our competitors operate their assets?
- How do we evaluate our improvement opportunities? Are improvements thought of in value creation terms rather than simply short-term cost reductions (which may be hiding longer-term cost increases)?
- How will our strategic plans be financed? Does this require dilutive equity issuances, and if so, is sufficient value created to justify this dilution?
- How do we ensure that our cash balances are put to effective, value-creating use? Are our investment-review processes sufficiently rigorous and accurate?
- What is our current investor mix (growth versus value)? How well does this fit our strategy and potential?
- Is our company favorably valued relative to its peers? How consistently do we meet earnings expectations? Do we have a clearly articulated value-creation story, and do investors support it? Have we been able to demonstrate a track record of good capital management?

# For Further Reading

The Boston Consulting Group publishes many reports and articles that may be of interest to mining management teams. Recent examples include the publications listed here.

**Threading the Needle: Value Creation in a Low-Growth Economy**
The BCG 2010 Value Creators Report, September 2010

**Investors' Priorities in the Postdownturn Economy**
An article by The Boston Consulting Group, July 2010

**Accelerating Out of the Great Recession: Seize the Opportunities in M&A**
A report by The Boston Consulting Group, June 2010

**The African Challengers: Global Competitors Emerge from the Overlooked Continent**
A Focus by The Boston Consulting Group, May 2010

**Searching for Sustainability: Value Creation in an Era of Diminished Expectation**
The BCG 2009 Value Creators Report, October 2009

**The Business of Sustainability: Imperatives, Advantages, and Actions**
A report by The Boston Consulting Group, September 2009

**Winning in a Downturn: Managing Working Capital**
A Focus by The Boston Consulting Group, August 2009

**Real-World PMI: Learning from Company Experiences**
A Focus by The Boston Consulting Group, June 2009

**The 2009 BCG 100 New Global Challengers: How Companies from Rapidly Developing Economies Are Contending for Global Leadership**
A report by The Boston Consulting Group, January 2009

**Extracting Profits from the Crisis: Opportunities and Threats for Mining Companies**
BCG Perspectives, November 2008

**Eyes Wide Open: Managing the Risks of Acquisitions in Rapidly Developing Economies**
A Focus by The Boston Consulting Group, January 2008

**Avoiding the Cash Trap: The Challenges of Value Creation When Profits Are High**
The BCG 2007 Value Creators Report, September 2007

# Note to the Reader


## Acknowledgments

The authors would like to acknowledge the contributions of the following global experts in corporate development and mining: Gerry Hansell, a senior partner and managing director in the firm's Chicago office; Ross Middleton, a principal in BCG's Melbourne office; Federico Muxi, a principal in the firm's Buenos Aires office; Eric Olsen, a senior partner and managing director in BCG's Chicago office; and Frank Plaschke, a partner and managing director in the firm's Munich office.

The authors would also like to thank Martin Link and Dirk Schilder of BCG's Munich-based Value Creators research team for their contributions to the research; Brett Schiedermayer, Bridget Moede, and David Taube of the BCG ValueScience Center in South San Francisco, a research center that develops leading-edge valuation tools and techniques for M&A and corporate-strategy applications; Alejandro Carabba, an associate in the firm's Buenos Aires office, and Ryan Pederson and Mike Zhu, associates in BCG's Chicago office, for their contributions to the research; Huw Richards for his contributions to the writing of the report; and Katherine Andrews, Gary Callahan, Elyse Friedman, Kim Friedman, Sean Hourihan, Sara Strassenreiter, and Simon Target for their contributions to the editing, design, and production of the report.


## For Further Contact

This report was sponsored by the Industrial Goods practice. BCG works with its clients to deliver solutions to the challenges discussed in this report. These clients include some of the world's largest and most successful mining companies, in both traditional and emerging economies. If you would like to discuss the insights drawn from this report or learn more about the firm's capabilities in the mining industry, you may contact the authors or your local BCG team.


**Philip Krinks**
*Partner and Managing Director*
*Mining Sector Leader—Worldwide*
BCG London
+44 207 753 5353
krinks.philip@bcg.com

**Gustavo Nieponice**
*Partner and Managing Director*
*Mining Sector Leader—Americas*
BCG Santiago
+56 2 338 9600
nieponice.gustavo@bcg.com

**Tom King**
*Partner and Managing Director*
BCG Toronto
+1 416 955 4200
king.tom@bcg.com

**Victor Scheibehenne**
*Principal*
BCG Toronto
+1 416 955 4200
scheibehenne.victor@bcg.com

**Thomas Vogt**
*Project Leader*
BCG Chicago
+1 312 993 3300
vogt.thomas@bcg.com

For a complete list of BCG publications and information about how to obtain copies, please visit our website at www.bcg.com/publications.

To receive future publications in electronic form about this topic or others, please visit our subscription website at www.bcg.com/subscribe.

2/11

FSC
Mixed Sources
Product group from well-managed forests and other controlled sources
Cert no. SW-COC-002376
www.fsc.org
© 1996 Forest Stewardship Council



BCG

THE BOSTON CONSULTING GROUP

Abu Dhabi
Amsterdam
Athens
Atlanta
Auckland
Bangkok
Barcelona
Beijing
Berlin
Boston
Brussels
Budapest
Buenos Aires
Canberra
Casablanca
Chicago
Cologne
Copenhagen
Dallas
Detroit
Dubai
Düsseldorf
Frankfurt
Hamburg
Helsinki
Hong Kong
Houston
Istanbul
Jakarta
Kiev
Kuala Lumpur
Lisbon
London
Los Angeles
Madrid
Melbourne
Mexico City
Miami
Milan
Minneapolis
Monterrey
Moscow
Mumbai
Munich
Nagoya
New Delhi
New Jersey
New York
Oslo
Paris
Perth
Philadelphia
Prague
Rome
San Francisco
Santiago
São Paulo
Seoul
Shanghai
Singapore
Stockholm
Stuttgart
Sydney
Taipei
Tel Aviv
Tokyo
Toronto
Vienna
Warsaw
Washington
Zurich

bcg.com

# Exhibit QE–55


THE
WISDOM OF CROWDS
JAMES SUROWIECKI
Why the Many
Are Smarter than
the Few and How
Collective Wisdom
Shapes Business,
Economies, Societies,
and Nations

# THE WISDOM OF CROWDS

WHY THE MANY ARE SMARTER THAN THE FEW AND HOW COLLECTIVE WISDOM SHAPES BUSINESS, ECONOMIES, SOCIETIES, AND NATIONS

JAMES SUROWIECKI

DOUBLEDAY
New York London Toronto Sydney Auckland

PUBLISHED BY DOUBLEDAY
a division of Random House, Inc.

DOUBLEDAY and the portrayal of an anchor with a dolphin are registered trademarks of Random House, Inc.

Some of the material in this book was originally published in different form in *The New Yorker.*

Library of Congress Cataloging-in-Publication Data
Surowiecki, James, 1967–
The wisdom of crowds : why the many are smarter than the few and how collective wisdom shapes business, economies, societies, and nations / James Surowiecki.
p. cm.
Includes bibliographical references.
1. Consensus (Social sciences) 2. Common good. I. Title.
JC328.2.S87 2003
303.3'8—dc22
2003070095

ISBN 0-385-50386-5
Copyright © 2004 by James Surowiecki

All Rights Reserved

PRINTED IN THE UNITED STATES OF AMERICA

June 2004

9 10

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 561 of 759 PageID #: 2349



tential shareholders of Thiokol's stock, and the stocks of its competitors) was asked a question—"How much less are these four companies worth now that the *Challenger* has exploded?"—that had an objectively correct answer. Those are conditions under which a crowd's average estimate—which is, dollar weighted, what a stock price is—is likely to be accurate. Perhaps someone did, in fact, have inside knowledge of what had happened to the O-rings. But even if no one did, it's plausible that once you aggregated all the bits of information about the explosion that all the traders in the market had in their heads that day, it added up to something close to the truth. As was true of those who helped John Craven find the *Scorpion*, even if none of the traders was sure that Thiokol was responsible, collectively they were certain it was.

The market was smart that day because it satisfied the four conditions that characterize wise crowds: diversity of opinion (each person should have some private information, even if it's just an eccentric interpretation of the known facts), independence (people's opinions are not determined by the opinions of those around them), decentralization (people are able to specialize and draw on local knowledge), and aggregation (some mechanism exists for turning private judgments into a collective decision). If a group satisfies those conditions, its judgment is likely to be accurate. Why? At heart, the answer rests on a mathematical truism. If you ask a large enough group of diverse, independent people to make a prediction or estimate a probability, and then average those estimates, the errors each of them makes in coming up with an answer will cancel themselves out. Each person's guess, you might say, has two components: information and error. Subtract the error, and you're left with the information.

Now, even with the errors canceled out, it's possible that a group's judgment will be bad. For the group to be smart, there has to be at least some information in the "information" part of the "information minus error" equation. (If you'd asked a large group of

nitive diversity needs to be actively selected, and it's important to do so because in small groups it's easy for a few biased individuals to exert undue influence and skew the group's collective decision.

Scott Page is a political scientist at the University of Michigan who has done a series of intriguing experiments using computer-simulated problem-solving agents to demonstrate the positive effects of diversity. For instance, Page set up a series of groups of ten or twenty agents, with each agent endowed with a different set of skills, and had them solve a relatively sophisticated problem. Individually, some of the agents were very good at solving the problem while others were less effective. But what Page found was that a group made up of some smart agents and some not-so-smart agents almost always did better than a group made up just of smart agents. You could do as well or better by selecting a group randomly and letting it solve the problem as by spending a lot of time trying to find the smart agents and then putting them alone on the problem.

The point of Page's experiment is that diversity is, on its own, valuable, so that the simple fact of making a group diverse makes it better at problem solving. That doesn't mean that intelligence is irrelevant—none of the agents in the experiment were ignorant, and all the successful groups had some high-performing agents in them. But it does mean that, on the group level, intelligence alone is not enough, because intelligence alone cannot guarantee you different perspectives on a problem. In fact, Page speculates, grouping only smart people together doesn't work that well because the smart people (whatever that means) tend to resemble each other in what they can do. If you think about intelligence as a kind of toolbox of skills, the list of skills that are the "best" is relatively small, so that people who have them tend to be alike. This is normally a good thing, but it means that as a whole the group knows less than it otherwise might. Adding in a few people who know less, but have different skills, actually improves the group's performance.

This seems like an eccentric conclusion, and it is. It just happens to be true. The legendary organizational theorist James G.

March, in fact, put it like this: "The development of knowledge may depend on maintaining an influx of the naïve and the ignorant, and . . . competitive victory does not reliably go to the properly educated." The reason, March suggested, is that groups that are too much alike find it harder to keep learning, because each member is bringing less and less new information to the table. Homogeneous groups are great at doing what they do well, but they become progressively less able to investigate alternatives. Or, as March has famously argued, they spend too much time exploiting and not enough time exploring. Bringing new members into the organization, even if they're less experienced and less capable, actually makes the group smarter simply because what little the new members do know is not redundant with what everyone else knows. As March wrote, "[The] effect does not come from the superior knowledge of the average new recruit. Recruits are, on average, less knowledgeable than the individuals they replace. The gains come from their diversity."

III

The fact that cognitive diversity matters does not mean that if you assemble a group of diverse but thoroughly uninformed people, their collective wisdom will be smarter than an expert's. But if you can assemble a diverse group of people who possess varying degrees of knowledge and insight, you're better off entrusting it with major decisions rather than leaving them in the hands of one or two people, no matter how smart those people are. If this is difficult to believe—in the same way that March's assertions are hard to believe—it's because it runs counter to our basic intuitions about intelligence and business. Suggesting that the organization with the smartest people may not be the best organization is heretical, particularly in a business world caught up in a ceaseless "war for talent" and governed by the assumption that a few superstars can make the difference be-

tween an excellent and a mediocre company. Heretical or not, it's the truth: the value of expertise is, in many contexts, overrated.

Now, experts obviously exist. The play of a great chess player is qualitatively different from the play of a merely accomplished one. The great player sees the board differently, he processes information differently, and he recognizes meaningful patterns almost instantly. As Herbert A. Simon and W. G. Chase demonstrated in the 1970s, if you show a chess expert and an amateur a board with a chess game in progress on it, the expert will be able to re-create from memory the layout of the entire game. The amateur won't. Yet if you show that same expert a board with chess pieces irregularly and haphazardly placed on it, he will not be able to re-create the layout. This is impressive testimony to how thoroughly chess is imprinted on the minds of successful players. But it also demonstrates how limited the scope of their expertise is. A chess expert knows about chess, and that's it. We intuitively assume that intelligence is fungible, and that people who are excellent at one intellectual pursuit would be excellent at another. But this is not the case with experts. Instead, the fundamental truth about expertise is that it is, as Chase has said, "spectacularly narrow."

More important, there's no real evidence that one can become expert in something as broad as "decision making" or "policy" or "strategy." Auto repair, piloting, skiing, perhaps even management: these are skills that yield to application, hard work, and native talent. But forecasting an uncertain future and deciding the best course of action in the face of that future are much less likely to do so. And much of what we've seen so far suggests that a large group of diverse individuals will come up with better and more robust forecasts and make more intelligent decisions than even the most skilled "decision maker."

We're all familiar with the absurd predictions that business titans have made: Harry Warner of Warner Bros. pronouncing in 1927, "Who the hell wants to hear actors talk?," or Thomas Watson of IBM declaring in 1943, "I think there is a world market for maybe

choice of picking one expert or picking pieces of advice from a number of experts, they try to pick the best expert rather than simply average across the group. Another reason, surely, is our assumption that true intelligence resides only in individuals, so that finding the right person—the right consultant, the right CEO—will make all the difference. In a sense, the crowd is blind to its own wisdom. Finally, we seek out experts because we get, as the writer Nassim Taleb asserts, "fooled by randomness." If there are enough people out there making predictions, a few of them are going to compile an impressive record over time. That does not mean that the record was the product of skill, nor does it mean that the record will continue into the future. Again, trying to find smart people will not lead you astray. Trying to find *the* smartest person will.

## IV

In part because individual judgment is not accurate enough or consistent enough, cognitive diversity is essential to good decision making. The positive case for diversity, as we've seen, is that it expands a group's set of possible solutions and allows the group to conceptualize problems in novel ways. The negative case for diversity is that diversity makes it easier for a group to make decisions based on facts, rather than on influence, authority, or group allegiance. Homogeneous groups, particularly small ones, are often victims of what the psychologist Irving Janis called "groupthink." After a detailed study of a series of American foreign-policy fiascoes, including the Bay of Pigs invasion and the failure to anticipate Pearl Harbor, Janis argued that when decision makers are too much alike—in worldview and mind-set—they easily fall prey to groupthink. Homogeneous groups become cohesive more easily than diverse groups, and as they become more cohesive they also become more dependent on the group, more insulated from outside opinions, and therefore more convinced that the group's judg-

ment on important issues must be right. These kinds of groups, Janis suggested, share an illusion of invulnerability, a willingness to rationalize away possible counterarguments to the group's position, and a conviction that dissent is not useful.

In the case of the Bay of Pigs invasion, for instance, the Kennedy administration planned and carried out its strategy without ever really talking to anyone who was skeptical of the prospects of success. The people who planned the operation were the same ones who were asked to judge whether it would be successful or not. The few people who voiced caution were quickly silenced. And, most remarkably, neither the intelligence branch of the CIA nor the Cuban desk of the State Department was consulted about the plan. The result was a bizarre neglect of some of the most elemental facts about Cuba in 1961, including the popularity of Fidel Castro, the strength of the Cuban army, and even the size of the island itself. (The invasion was predicated on the idea that 1,200 men could take over all of Cuba.) The administration even convinced itself that the world would believe the United States had nothing to do with the invasion, though American involvement was an open secret in Guatemala (where the Cuban exiles were being trained).

The important thing about groupthink is that it works not so much by censoring dissent as by making dissent seem somehow improbable. As the historian Arthur Schlesinger Jr. put it, "Our meetings took place in a curious atmosphere of assumed consensus." Even if at first no consensus exists—only the appearance of one—the group's sense of cohesiveness works to turn the appearance into reality, and in doing so helps dissolve whatever doubts members of the group might have. This process obviously works all the more powerfully in situations where the group's members already share a common mind-set. Because information that might represent a challenge to the conventional wisdom is either excluded or rationalized as obviously mistaken, people come away from discussions with their beliefs reinforced, convinced more than ever that they're right. Deliberation in a groupthink setting has

# Exhibit QE–56

International Journal of Forecasting 5 (1989) 559–583
North-Holland 

# Combining forecasts: A review and annotated bibliography

Robert T. CLEMEN *
*College of Business Administration, University of Oregon, Eugene, OR 97403-1208, USA*

**Abstract:** Considerable literature has accumulated over the years regarding the combination of forecasts. The primary conclusion of this line of research is that forecast accuracy can be substantially improved through the combination of multiple individual forecasts. Furthermore, simple combination methods often work reasonably well relative to more complex combinations. This paper provides a review and annotated bibliography of that literature, including contributions from the forecasting, psychology, statistics, and management science literatures. The objectives are to provide a guide to the literature for students and researchers and to help researchers locate contributions in specific areas, both theoretical and applied. Suggestions for future research directions include (1) examination of simple combining approaches to determine reasons for their robustness, (2) development of alternative uses of multiple forecasts in order to make better use of the information they contain, (3) use of combined forecasts as benchmarks for forecast evaluation, and (4) study of subjective combination procedures. Finally, combining forecasts should become part of the mainstream of forecasting practice. In order to achieve this, practitioners should be encouraged to combine forecasts, and software to produce combined forecasts easily should be made available.

**Keywords:** Forecast combination, Composite models, Forecast aggregation, Consensus, Forecast synthesis.

*"In combining the results of these two methods, one can obtain a result whose probability law of error will be more rapidly decreasing."*
*Laplace (1818)*

## 1. Introduction

Consider what we have learned about the combination of forecasts over the past twenty years. Models have been developed to find 'optimal' combinations of forecasts. Both simulation and empirical studies have been done to test the models. Bayesian interpretations have been presented. The results have been virtually unanimous: combining multiple forecasts leads to increased forecast accuracy. This has been the result whether the forecasts are judgmental or statistical, econometric or extrapolation. Furthermore, in many cases one can make dramatic performance improvements by simply averaging the forecasts. The ASA/NBER business outlook surveys have produced composite economic forecasts since 1968. These forecasts have been analyzed by Su and Su (1975); Zarnowitz (1984); Hafer and Hein (1985); and Zarnowitz and Lambros (1987). The technique has been put to use in practice by Robert J. Eggert of Blue Chip Economic Enterprises, who has published consensus macroeconomic forecasts since 1976. His forecasts are generally regarded as among the most accurate macroeconomic forecasts (see Bernstein and Silbert, 1984; Agnew, 1985a). Holden and Peel (1986b) note that *The Financial Times* regularly reports simple averages of economic forecasts, and they suggest that these aver-

* Scott Armstrong, Derek Bunn, John Guerard, Robin Hogarth, Chris Miller, and four anonymous referees provided helpful comments on earlier drafts of this paper. This research was supported in part by the National Science Foundation under Grant IST-8600788.

0169-2070/90/$3.50 © 1990, Elsevier Science Publishers B.V. (North-Holland)

ages may indeed form the basis of individuals' expectations regarding economic phenomena.

Twenty years have passed since Reid's (1968, 1969) and Bates and Granger's (1969) studies appeared. These are considered by most forecasters to be the seminal works in the area of combining forecasts. In a sense, this is correct; these individuals were the first to develop a general analytical model specifically for combining forecasts in an optimal way and to apply their techniques in real world situations. However, a number of earlier studies, primarily in the fields of statistics and psychology, had focused on combining estimates (as opposed to forecasts per se) of unknown quantities. As the opening quote indicates, even Laplace might not have been surprised by our recent findings. One of the objectives of this review and bibliography is to point out some of these early contributions.

At the other end of our time horizon, we have seen in recent years an explosion in the number of articles on the combination of forecasts. The works listed in the bibliography comprise over 2000 journal pages and 11 books, monographs, and theses. Exhibit 1 shows the cumulative number of published works (based on those in the bibliography); note the increased steepness of the curve in the 1980's. The plethora of new studies has made it difficult to stay current with developments in the field, and so another motivation for this review is to catalog many of the recent developments. To a great extent, recent articles have focused on applying econometric theory and models to the combination of forecasts. Another important area of expansion has been the combination of probabilities and probability distributions. Finally, as forecast combination has gained acceptance, the technique has been applied in many different areas.

This review is not intended to be a critical review of the field, but rather a catalog of research, focusing on early papers, seminal papers, contributions from other disciplines, and forecasting theory and applications. For excellent and insightful critiques, the reader is referred to Bunn (1987, 1988) and Mahmoud and Makridakis (1988). Determining what to include and what not to include in the bibliography has been a problem. If an article was not in the mainstream of the forecasting literature, it was included only if it was deemed important for forecasters to know about. In a project such as this, there are always works that escape the author's attention, and such is undoubtedly the case here.

The next section provides a brief discussion of aspects of the literature on the theory of combining forecasts. It is convenient to think in terms of (1) work that is primarily related to the forecasting literature (multifarious as that literature is), (2) contributions from psychology, and (3) contributions from statistics and management science (other than forecasting). Each of these areas is discussed in turn. After discussion of theoretical issues, a brief survey of applications of forecast combination techniques is presented, followed by a discussion of future directions for research in forecast combination. The annotated bibliography follows, containing over 200 items. Throughout, the terms 'combined forecast' and 'composite




Exhibit 1. Graph showing the cumulative number of articles published on combined forecasts. The graph is based on the articles contained in the annotated bibliography (see pp. 568–583).

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 570 of 759 PageID #: 2358



forecast' have been used synonymously, although some researchers have made a distinction (e.g., Reid, 1974, in his discussion of Newbold and Granger (1974) or Kang, 1986).

## 2. Combining forecasts: Theory

### *2.1. Contributions from forecasting*

The work by Bates and Granger (1969) often is considered to be the seminal article on combining forecasts. In this paper, the authors developed and tested a number of techniques for combining point forecasts. Slightly earlier Crane and Crotty (1967) suggested combining forecasts through regression, and Zarnowitz (1967) commented on the superiority of the average of several forecasts of GNP. Nevertheless, it was the work of Bates and Granger (1969) and Reid (1968, 1969) that provided the initial impetus to the development of theory in the combination of forecasts. Following them came a stream of articles in *Operational Research Quarterly*, including articles by Dickinson (1973, 1975), Bunn (1975, 1977) and Öller (1978). These articles were primarily theoretical by nature, developing various details of the statistical models. Dickinson focused on the minimum-variance model, while Bunn developed the idea of a Bayesian combination on the basis of how likely one forecast is to outperform another. Bunn's approach reflected a practical, if not theoretically rigorous, approach to using multiple forecasts. Subsequent debate about the interpretation of outperformance probabilities versus 'veridical' probabilities (probabilities that specific models represent the true process) and the appropriateness of these different probabilities for combining forecasts can be found in French (1980, 1981) and Bunn (1981).

At roughly the same time, Nelson (1972) and Cooper and Nelson (1975) developed methods for studying the efficiency of forecasts. These methods essentially used a composite forecast as a benchmark. They showed that certain econometric forecasts were inefficient in the sense that combining the econometric forecast with an ARIMA model significantly reduced the forecasting error. Granger and Newbold (1973) addressed similar issues in terms of forecast evaluation. These studies led to a stream of research studying the rationality of economic forecasts; a brief review can be found in Ahlers and Lakonishok (1983). Still more recently Phillips (1988) provided a more complete theoretical development of the problems involved in such tests.

To a great extent, these early articles laid out the fundamental theory involved in combining forecasts. The thoughts of the authors are still very appropriate, as evidenced by the tendency of recent papers to duplicate the basic results. Researchers interested in the theory of combining are urged to consult the papers discussed here in order to obtain a full appreciation for the depth and variety of results obtained by these early authors.

The relative performance of a number of forecasting techniques was examined in a series of three empirical studies: Newbold and Granger (1974), Makridakis and Hibon (1979) and Makridakis et al. (1982, 1983). Newbold and Granger's results demonstrated that in practice one should ignore correlations in estimating combining weights. Weighted averages that depended on estimated correlations performed poorly. This paper was published with discussion in the *Journal of the Royal Statistical Society*. To a great extent, the discussion attacked the empirical/pragmatic approach that Newbold and Granger took. Such an approach, as argued by Bunn (1987, 1988), was at odds with the forecasting climate at the time, steeped as it was in classical statistical tradition. The emphasis had been on the identification of the underlying process, modeling it, estimating parameters, validating the model, and finally generating forecasts. The idea of combining forecasts implicitly assumed that one could not identify the underlying process, but that different forecasting models were able to capture different aspects of the information available for prediction. Several of the discussants pointed out that successfully combining an ARIMA forecast with another time series forecast was an indication that the ARIMA model was misspecified in the first place.

Makridakis and Hibon (1979) continued in the same spirit as Newbold and Granger, comparing the forecasting performance of various forecasting methods. In contrast, though, the results of this study showed that simple forecasting models generally outperform more sophisticated approaches. While Makridakis and Hibon did not examine composite models, their work was an important

forerunner to the 'M-competition', a forecasting competition organized by Makridakis. The results of this competition were reported in Makridakis et al. (1982, 1983), with extensive commentary in Armstrong et al. (1983). In this competition, a large variety of time series forecasting methods were applied to 1001 different economic time series. Ex ante forecasts were calculated, and forecast performance was measured using various error summary measures. While the primary motivation for the competition was to compare the forecasting performance of various time series methods, two different combining schemes were studied. Both of these combinations performed well relative to the individual techniques, with the simple average having the better performance of the two. More importantly, as noted by Winkler in the commentaries (Armstrong et al. 1983), is the fact that the combinations were robust, performing well for most of the various types of series. In follow-up studies, Makridakis and Winkler (1983) discussed the impact of the number of forecasts included in a simple average, and Winkler and Makridakis (1983) addressed the problem of using 'optimal' weighted averages, using techniques from Newbold and Granger (1974) for estimating the weights. Their results reconfirmed Newbold and Granger's message that it is usually better to ignore the effects of correlations in calculating combining weights.

One of the more influential recent articles on forecast combination has been that of Granger and Ramanathan (1984), who pointed out that the conventional forecast combination methods could be viewed within a regression framework. They argued that the standard techniques were equivalent to constrained ordinary least squares (OLS) estimation in a regression model having the actual value as the response variable and the individual forecasts as the explanatory variables. Instead of constraining the combining weights to sum to one and forcing the regression through the origin, Granger and Ramanathan suggested running unconstrained least squares to obtain a better fit and presumably better forecasting performance.

Granger and Ramanathan's suggestion has been discussed and contested theoretically (Clemen, 1986; Trenkler and Liski, 1986; Bordley, 1986), empirically (Mills and Stephenson, 1985; Holden and Peel, 1986a), and on the basis of simulation experiments (Holmen, 1987). Furthermore, their suggestion, while timely, was not entirely original. Combining forecasts using regression techniques had been suggested by Crane and Crotty (1967) and Reinmuth and Geurts (1979). However, Granger and Ramanathan provided an important impetus for the use of more sophisticated econometric methods for combining forecasts. For example, Diebold (1988) explored serial correlation in combined forecasts, Diebold and Pauly (1987b) studied the possibility of using weighted least squares techniques to create time-varying parameter combination models, and Diebold and Pauly (1986, 1987a) combined these two techniques. Engle, Granger and Kraft (1984) used a bivariate ARCH model for combining inflation forecasts. Phillips (1987, 1988) discussed the theory involved in optimal linear composite forecasts. Guerard (1987) and Guerard and Beidleman (1987) applied robust-weighting techniques and ridge regression, respectively, to the combination of earnings forecasts, and Guerard and Clemen (1989) used latent root regression to combine macroeconomic forecasts. Bayesian techniques for including prior information in a forecast combination have been studied by Clemen and Winkler (1986) and Diebold and Pauly (1987c). Schmittlein, Kim and Morrison (1989) explained how to use Akaike's information criterion to decide which of several possible models to estimate. While it would be inappropriate to credit Granger and Ramanathan for inspiring all of these econometric-like studies, their paper did mark the beginning of such research efforts.

### 2.2. *Contributions from psychology*

Psychology and forecasting come together in the field of judgmental forecasting. For our purposes, this includes subjective judgments of unknown quantities whether they are immediately measurable or not. Psychological research has covered group consensus judgments as well as the mechanical combination of individual judgments. Various techniques have been developed (e.g., Delphi and Nominal Group Technique) to aid groups in arriving at a consensus. The psychological literature on group processing of information is extensive, and it is not our purpose to review it here. Lock (1987) provides a recent general review. For an introduction to the vast literature on

Delphi, see Linstone and Turoff (1975) and more recently Parenté and Andersen-Parenté (1987). A description of Nominal Group Technique can be found in Delbecq, Van de Ven and Gustafson (1975). Other important reviews of the group information-processing literature include Lorge et al. (1958) and Hill (1982). Exclusion of the group judgment literature does not indicate that I think this literature is unimportant. Indeed, many important real world decisions rely on information from a panel of experts; understanding how a panel of experts processes information and formulates a consensus might greatly improve our use of expert information. However, the vastness of the literature precludes it from a survey on combining forecasts. Hogarth (1977), Ferrell (1985) and Lock (1987) reviewed portions of this literature. We will content ourselves with literature contributing to the mechanical combination of individual judgments.

Psychologists had the jump on forecasters when it comes to thinking about the combination of judgments. Gordon (1924) reported the results of an experiment in which individuals assessed weights for objects. When she averaged the orders assigned by the individuals, the correlation with the actual order increased. The averaged orders were more accurate than those of the average group subject and were at least as accurate as those of the best individual judgment. This article induced a small debate that went on for about twenty years. The upshot was that Gordon's results were eventually shown, via results from test theory, to be a statistical rather than psychological artifact. Zajonc (1962) reviewed these early studies.

Beginning in the 1950's, considerable research effort was aimed at the development of statistical models of expert judgments. To a great extent, this stream of research was inspired by the publication in 1954 of Meehl's *Clinical versus Statistical Prediction*. The technique of modeling a clinician's judgments has been labeled 'bootstrapping' (not to be confused with a randomization method in statistics that goes by the same name). The idea is to run a regression with the expert judgment as the response variable and the criteria as the explanatory variables. The rather remarkable finding has been that the bootstrapped judgments virtually always outperform the original judgments in out-of-sample prediction. Dawes, Faust and Meehl (1989) provide a concise review of the bootstrapping literature.

One of the fortuitous by-products of the bootstrapping research was insight regarding the combination of judgments. After all, when one has judgments from a number of individuals, it would be natural to average those judgments. This was done by Goldberg (1965, 1970) and Wiggins and Kohen (1971) in their bootstrapping studies. All three articles presented evidence that in a clinical situation, averages of judgments were more accurate than the individual judgments. In itself, bootstrapping does not contribute to the mechanical combination of expert judgments. However, there is a connection between the mechanical combination of cues to form a judgment and the mechanical combination of individual judgments. Einhorn (1972) and Einhorn and Hogarth (1975) blended ideas from the bootstrapping literature with issues in the combination of forecasts. In particular, Einhorn and Hogarth provided a theoretical explanation of the generally strong performance of equally weighted combinations, whether those combinations involve forecasts in a composite forecasting approach or cues in a bootstrapping model. Einhorn (1974) discussed the connection between consensus and expertise.

More recent work has directly addressed the issue of combining multiple judgments. For example, Einhorn, Hogarth and Klempner (1977) developed baselines for the performance of group judgment; one of these baselines was the average of the individual judgments. Hogarth (1978) used test theory as a basis for discussing the selection of experts. His conclusions were that between 6 and 20 different forecasters should be consulted, and that the more the forecasters differed, the more should be included in the combination. Libby and Blashfield (1978), though, reported that the majority of the improvement in accuracy was achieved with the combination of the first two or three forecasts. Ashton (1986), in a study of forecasts by executives and sales managers, found that Hogarth's model provided an excellent approximation.

### 2.3. *Contributions from statistics and management science*

In this section, we focus on research that comes from a statistical or management science tradition.

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 573 of 759 PageID #: 2361



However, the heading for this section is somewhat misleading. Most of the forecasting literature, both theoretical and empirical, is statistical by nature. Furthermore, much of it has appeared in management science journals. The early contributions by Bates and Granger, Dickinson, and Bunn, for example, appeared in *Operational Research Quarterly*. Thus, to a great extent the distinctions are blurred.

The opening quote shows that, indeed, combining estimates is not new. More than 170 year ago, Laplace considered combining regression coefficient estimates. In his work, described by Stigler (1973), he was able to derive and compare the properties of two estimators, one being least squares and the other a kind of order statistic. Based on the joint distribution of the two, he derived a combining formula. However, he concluded that not knowing the error distribution rendered the combination infeasible.

Aside from Laplace, the earliest statistical treatment of combining multiple estimates appears to have been that of Edgerton and Kolbe (1936). The authors found an 'optimal' combined estimate, but their optimality criterion was to minimize the sum of squares of the differences of the standard scores for the estimates. Independently, Horst (1938) derived a composite measure by maximizing the pairwise separation among the sample points. Both approaches are closely related to least squares, but compared to standard least squares techniques they seem awkward and foreign. Halperin (1961) provided a minimum-squared-error combination of estimates, and Geisser (1965) discussed the Bayesian equivalent, finding a decision maker's posterior distribution for a quantity given multiple dependent forecasts of the quantity. The combining forecast research of the early 1970's appears to have been done without cognizance of this early statistical research.

Another major contribution of the statistics




Exhibit 2. The historical development of the combining forecasts literature.

and management science literatures has to do with the combination of probability distributions. Treatment here is brief; access to this rich literature is provided in reviews by Genest and Zidek (1986) and French (1985). Contributions include axiomatic work (e.g., Madansky, 1964; McConway, 1981; Lehrer and Wagner, 1981) as well as Bayesian treatments (e.g., Winkler, 1968; DeGroot, 1974). More recently, and more pertinent to the study of combining forecasts, has been the focus on a systematic Bayesian paradigm developed by Morris (1974, 1977) in which a Bayesian decision maker views information (probabilities, probability distributions, or forecasts) from various sources simply as data to be used in updating prior information. While this approach is theoretically elegant, it is difficult to apply in practice, requiring the decision maker to assess a complicated multivariate likelihood function. Extension and applications of the theory include Winkler (1981), Bordley (1982), Agnew (1985a, b) and Clemen and Winkler (1985, 1986, 1987).

Finally, forecast combination methods have been inspired by operations research models for dealing with multiple objectives. Lawrence and Reeves (1981), Reeves and Lawrence (1982) and Gulledge et al. (1986) showed how multiple objective linear programming can be used to combine forecasts. In this approach, the objective function can involve the minimization of some composite of various error statistics. Wall and Correia (1989) take a mathematical programming approach to forecast combination; their optimization criterion is based on the decision maker's preferences over error distributions. Gupta and Wilton (1987, 1988) combined Bunn's outperformance approach with the mathematics of Saaty's (1980) analytic hierarchy process to create a novel subjective approach to forecast combination. Based on simulation and empirical results, this technique appears to be easy to use in practice and robust in terms of prediction performance. Since it requires assessment of odds of relative forecast performance for each possible pair of forecasts in the combination, the technique has proven effective in situations where few data are available.

Many individuals have contributed to our knowledge regarding the combination of forecasts. Exhibit 2 represents the evolution of thinking in this area and provides a graphical summary of the material discussed above. Of course, only a small selection of articles can be displayed on the diagram. Nevertheless, an effort has been made to (1) highlight contributions from the fields of psychology, statistics, and management science, and (2) identify a few of the articles that provide bridges between different streams of research.

## 3. Combining forecasts: Applications

As the notion of combining forecasts and the value of doing so has become more widespread, applications have increased. In this section we note some of these applications.

Meteorologists have long considered the potential for combining forecasts. Sanders (1963) discussed the possibility of probability forecasting in meteorology and reported an experiment in which probabilities from individual forecasters were averaged. Staël Von Holstein (1971) reported a similar but more extensive experiment. Winkler, Murphy and Katz (1977) studied the performance of various probability consensus models in the context of probability of precipitation forecasts. More recently, Clemen (1985), Clemen and Murphy (1986a, b) and Murphy, Chen and Clemen (1988) have applied forecast combination techniques to measure the informational contributions of the different components of the forecasting system.

Applications of combining forecasts in macroeconomic problems has been extensive. Reid (1968) was interested in predicting gross national product. As discussed above, the studies by Nelson (1972) and Cooper and Nelson (1975) were perhaps the first application of combination techniques to answer questions regarding econometric and time series forecasts. More recently, Nelson (1983) discussed the use of time series forecasts as benchmarks for macroeconomic forecast evaluation using composite forecasting techniques. Clemen and Guerard (1989) provided a related Bayesian approach for measuring information in economic forecasts. Some other economic forecasting applications include inflation (Engle, Granger and Kraft, 1984; Hafer and Hein, 1985), money supply (Figlewski and Urich, 1983; Mills and Stephenson, 1987), exchange rates (Bilson, 1983; Blake, Beenstock and Brasse, 1986; Guerard, 1989) and stock prices (Virtanen and Yli-Olli, 1987; Staël Von Holstein, 1972). Consensus forecasts of cor-

porate earnings have been studied by Cragg and Malkiel (1968), Elton, Gruber and Gultekin (1981), Conroy and Harris (1987), Guerard (1987), Guerard and Beidleman (1987) and Newbold, Zumwalt and Kannan (1987). Sales forecasting using composite methods has been the focus of a number of studies including Doyle and Fenwick (1976), Moriarty and Adams (1984), Sewall (1981) and Schnaars (1986a, b). Studies by Brandt and Bessler (1983), Holt and Brandt (1985) and Guerard and Beidleman (1987) estimated economic benefits to be derived from the use of combined forecasts.

Application of combined forecasting has not been limited to meteorology and economics. Kaplan, Skogstad and Girshick (1950) studied the prediction of social and technological events. Schmitt (1954) considered a composite approach in forecasting city populations. Psychiatric diagnosis was the task of interest for Goldberg (1965, 1970) and Wiggins and Kohen (1971). Winkler (1971) reported an experiment involving prediction of football game outcomes. Rausser and Oliveira (1976) used a composite approach to forecast wilderness area use, and Mabert (1978) developed a combined forecast approach to predict check volume. Other applications include livestock prices (Bessler and Brandt, 1981; Brandt and Bessler, 1981, 1983; Bessler and Chamberlain, 1987), electrical demand (Bunn and Seigal, 1983; Bunn, 1987; Smith, 1989), tourism (Reinmuth and Geurts, 1979; Fritz, Brandon and Xander, 1984), insurance (Taylor, 1985), political risk (Bunn and Mustafaoglu, 1978), effects of the Oregon bottle bill (Geurts and Wheeler, 1980), population (Openshaw and Van Der Knaap, 1983), and sunspot cycles using the familiar Wolf data (Morris, 1977; Poskitt and Tremayne, 1986).

## 4. Future research directions

Many theoretical and empirical issues in the combination of forecasts have been addressed, and, to a great extent, many of the more fundamental issues have been resolved. However, a variety of issues remain to be addressed. Some of these will be discussed in the following paragraphs.

The empirical work has raised an issue that still deserves attention. What is the explanation for the robustness of the simple average of forecasts? In many studies, the average of the individual forecasts has performed best or almost best. Statisticians interested in modeling forecasting systems may find this state of affairs frustrating. The questions that need to be answered are (1) why does the simple average work so well, and (2) under what conditions do other specific methods work better? Some authors have speculated about instability of combining weights (Clemen and Winkler, 1986; Kang, 1986) and about the nonstationarity of the underlying system being forecast (Diebold and Pauly, 1986, 1987a, b). Initial work by Bunn (1985a) and Schmittlein, Kim, and Morrison (1988) may lead to empirically sound methods for deciding when to use different combining models including a simple average. On a related issue, Schnaars (1986a) and Russell and Adam (1987) provide guidance on forecast selection for composite forecasts.

From a conventional forecasting point of view, using a combination of forecasts amounts to an admission that the forecaster is unable to build a properly specified model. Trying ever more elaborate combining models seems only to add insult of injury, as the more complicated combinations do not generally perform all that well. It might be argued that studying forecast combinations may eventually help forecasters to specify underlying processes more appropriately and thus build better individual models. If several different models can be combined to obtain a better forecast, it should theoretically be possible to construct a single model that makes optimal use of the different kinds of information used by the component forecasts in the combination. However, the empirical result that more complicated univariate forecasting models do not always produce better forecasts (Armstrong, 1984) may reduce the value of such a strategy.

On the other hand, a Bayesian view leads to a considerably more optimistic perspective. The problem of combining forecasts can be viewed in a Bayesian sense as one in which a decision maker needs to make the best possible use of the multiple forecasts available. From this perspective, there are two intriguing avenues for research. The first of these is a matter of building Bayesian models to help decision makers in using multiple forecasts effectively. While a number of such models are available (see Genest and Zidek, 1986), a great

opportunity exists for building models that can accomodate a wide variety of forecasts and even different kinds of forecast information, all of which may be pertinent to a decision maker facing uncertainty. The second area, proposed by Bunn (1988), asks whether a decision maker is best served by mechanically combining forecasts. Morris's (1974, 1977) Bayesian paradigm suggests that the decision maker should use the multiple forecasts to develop a posterior probability distribution for the event of interest and then use that distribution in subsequent decisions. A simpler and perhaps more practical first approximation for dealing with multiple forecasts is to use them in a sensitivity analysis mode. Is the decision to be taken sensitive to the forecasts? If not, combining the forecasts may not pay off. Furthermore, the sensitivity analysis may lead to new insights in the decision problem.

Another area which could provide fruitful involves using combined forecasting techniques in forecast evaluation. It is not enough to compare two individual forecasts. The question a decision maker needs to ask is: "If I have Forecast *A*, how much additional information can I get from Forecast *B*?" Alternatively, we can ask: "How much incremental information is provided by Forecast *B* in the combination of *A* and *B*?" The early work by Nelson (1972), Granger and Newbold (1973) and Cooper and Nelson (1975) forms the basis here. Recent work by Nelson (1984) and Clemen and Guerard (1989) shows how this approach can be applied. However, in those studies, forecasts were compared to single extrapolation forecasts. In contrast, Lupoletti and Webb (1986) suggested using a vector auto-regressive model as a benchmark against which to evaluate macroeconomic forecasts within a combination framework. Given the ease with which time series forecasts can be created now, it is a simple matter to create multiple extrapolation forecasts and average them. The strong performance of such averages was discussed above. With adequate data, one can determine whether any given forecast adds information (in a statistical sense) to a naive combination of extrapolation forecasts.

An additional area for research has been suggested by Flores and White (1988). In their review, they point out that much of the research to date has focused on both objective forecasts and mechanical combinations, and they suggest that it may be worthwhile to consider subjective forecasts as well as intuitive or subjective combinations. Some research has considered subjective forecasts (e.g., Edmundson, Lawrence and O'Connor, 1988), subjective combination weights (e.g., Ashton and Ashton, 1985), or both (Flores and White, 1989). However, a potentially fruitful research program might explore systematically the relationships between subjective forecast combinations and results from cognitive psychology on subjective judgments.

Combining forecasts has been shown to be practical, economical, and useful. Underlying theory has been developed, and many empirical tests have demonstrated the value of composite forecasting. We no longer need to justify this methodology. We do need to find ways to make the implementation of the technique easy and efficient. Dalrymple (1978, 1987) presented evidence that firms are gradually beginning to combine forecasts; in his 1987 survey, 40% of the firms frequently or usually combined forecasts. However, one might suspect that in many cases it is a matter of informal combination of judgmental estimates. Nowadays, with the advent of inexpensive forecasting software for personal computers, virtually any decision maker can generate multiple forecasts of a time series. Given the results of recent studies comparing automatic and non-automatic forecasting strategies (Carbone et al. 1983), such software can be extremely useful for decision makers with even a small amount of training. Subroutines to combine forecasts, if only through averaging, should be included with this software. The SIBYL-RUNNER program (see Makridakis et al. 1974) provided this possibility some time ago. More recently, Poulos, Kvanli, and Pavur (1987) described an automated forecasting system that generates a minimum-variance composite forecast from Box–Jenkins and Holt–Winters models. Finally, decision makers must be encouraged to use this and other software to create composite forecasts and to use these forecasts in making their decisions.

## References

To avoid unnecessary duplication, only those references not included in the annotated bibliography below are given here.

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 577 of 759 PageID #: 2365



Carbone, R., A. Andersen, Y. Corriveau and P.P. Corson, 1983, "Comparing for different time series methods the value of technical expertise, individualized analysis, and judgmental adjustment", *Management Science*, 29, 559–566.
Dawes, R.M., D. Faust and P.A. Meehl, 1989, "Clinical versus actuarial judgment", *Science*, 243, 1668–1673.
DeGroot, M.H., 1974, "Reaching a consensus", *Journal of the American Statistical Association*, 69, 118–121.
Delbecq, A.L., A.H. Van de Ven and D.H. Gustafson, 1975, *Group Techniques for Program Planning* (Scott Foresman, Glenview, IL).
Einhorn, H.J., 1974, "Expert judgment: Some necessary conditions and an example", *Journal of Applied Psychology*, 59, 562–571.
French, S., 1985, "Group consensus probability distributions: A critical survey", in: J.M. Bernardo, M.H. DeGroot, D.V. Lindley and A.F.M. Smith (Eds.), *Bayesian Statistics*, Vol. 2 (North-Holland, Amsterdam) 183–197.
Genest, C. and J.V. Zidek, 1986, "Combining probability distributions: A critique and annotated bibliography", *Statistical Science*, 1, 114–135.
Hill, G.W., 1982, "Group versus individual performance: Are $N+1$ heads better than one?", *Psychological Bulletin*, 91, 517–539.
Laplace, P.S. de, 1818, *Deuxième Supplément a la Théorie Analytique des Probabilités* (Courcier, Paris); reprinted (1847) in *Oeuvres Complètes de Laplace*, Vol. 7 (Paris, Gauthier-Villars) 531–580.
Lehrer, K. and C. Wagner, 1981, *Rational Consensus in Science and Society* (Reidel, Dordrecht).
Linstone, H. and M. Turoff, 1975, *The Delphi Method: Techniques and Applications* (Addison-Wesley, London).
Lorge, I., D. Fox, J. Davitz and M. Brenner, 1958, "A survey of studies contrasting the quality of group performance and individual performance", *Psychological Bulletin*, 55, 337–372.
Madansky, A., 1964, *Externally Bayesian Groups*, RM-4141-PR, The Rand Corporation Santa Monica, CA.
Makridakis, S. and M. Hibon, 1979, "Accuracy of forecasting: An empirical investigation (with discussion)", *Journal of the Royal Statistical Society, Series A*, 142, 97–145.
Makridakis, S., A. Hodgsdon and S.C. Wheelwright, 1974, "An interactive forecasting system", *American Statistician*, 28, 153–158.
McConway, K.J., 1981, "Marginalization and linear opinion pools", *Journal of the American Statistical Association*, 76, 410–414.
Meehl, P.E., 1954, *Clinical Versus Statistical Prediction: A Theoretical Analysis and a Review of the Evidence* (University of Minnesota Press, Minneapolis).
Parenté, F.J. and J.K. Andersen-Parenté, 1987, "Delphi inquiry systems", in: G. Wright and P. Ayton (Eds.), *Judgmental Forecasting* (Wiley, New York) 129–156.
Stigler, S.M., 1973, "Laplace, Fisher, and the discovery of the concept of sufficiency", *Biometrika*, 60, 439–445.

**Biography**: Robert T. CLEMEN holds a Ph.D. in Business from Indiana University and is Associate Professor of Business at the University of Oregon. His research interests include decision analysis, decision theory, and forecasting, especially the use and aggregation of expert information. His articles have appeared in a variety of scholarly publications, including *Management Science, Journal of Business and Economic Statistics, Journal of Forecasting*, and the *International Journal of Forecasting*.

## ANNOTATED BIBLIOGRAPHY

This annotated bibliography contains works that have contributed to knowledge regarding the combination of forecasts, either through theory or application. For the most part, entries are limited to published articles and books. A few particularly important theses, proceedings, and unpublished manuscripts have been included.

Compilation of this bibliography was greatly aided by other reviews, especially Mahmoud (1984), Armstrong (1985) and Genest and Zidek (1986). Consultation of the Social Science Citation Index for recent citations of key articles helped to identify recent articles that either apply forecast combination techniques or develop the theory. Thus, the bibliography is as up-to-date as possible. However, given the burgeoning nature of the forecast combination literature, new articles on forecast combination have undoubtedly appeared since this article was written.

Each entry contains a key that is intended to give some guidance to the nature and contents of the study. The abbreviations are:

**F** – Forecasting,
**TS** – Time Series,
**R** – Regression/Econometric models,
**EO** – Expert opinion or judgmental forecasts,
**P** – Psychology,
**S** – Statistics,
**C** – Classical,
**BY** – Bayesian,
**T** – Theoretical,
**RV** – Review,
**SI** – Simulation,
**A** – Application,
**X** – Experimental,
**E** – Economics,
**BS** – Business,
**M** – Meteorology,
**O** – Other.

Although this arbitrary classification scheme is self-explanatory for the most part, some explana-

tion is in order. Classifying a work as **F**, **P**, or **S** depended to a great extent on whether the work fell into a broad mainstream of research in one of these disciplines. Of course, there is substantial overlap between the forecasting and statistical disciplines. If an article appeared to be primarily statistical and theoretical in nature, it was labeled **S**. If it appeared to be more aimed at practical forecasting, it was labeled **F**. Some articles are labeled with both. The difference between **A** and **X** is that **A** was reserved for studies in which real world data were used to demonstrate or test a forecasting technique, while **X** labels those studies in which data were generated experimentally (in ways other than computer simulation). Labels **E** and **BS** were used for the most part to distinguish between macroeconomic (**E**) and microeconomic (**BS**) applications or experiments.


1. Adams, A.J. (1978), " Modeling and forecasting seasonal time series of product sales across territories: A comparative study", Ph.D. Thesis, The University of Iowa. **F, TS, A, BS**. In this study of product sales forecasting, regression and Box-Jenkins forecasts were combined. The combined forecast substantially reduced the forecast error.

2. Agnew, C.E. (1985a), "Bayesian consensus forecasts of macroeconomic variables", *Journal of Forecasting*, 4, 363–376. **F, BY, A, E**. Forecasts from the Blue Chip Economic forecasters were combined using a sequential Bayesian weighting scheme. The author found that the Bayesian combination performed better than either the average or the median of the forecasts.

3. Agnew, C.E. (1985b), "Multiple probability assessments by dependent experts", *Journal of the American Statistical Association*, 80, 343–347. **S, BY, T**. Agnew extends Winkler's (1981) model to the case in which the experts provide information on multiple unknown quantities. His normal model could be of value in combining forecast research.

4. Ahlers, D., and Lakonishok, J. (1983), "A study of economists' consensus forecasts", *Management Science*, 29, 1113–1125. **F, A, E**. The data for this study were equal-weight consensus forecasts from Livingston's data set. The primary results were that the consensus forecasts were not efficient (did not incorporate all available information) and were unable to improve on simple models. Performance of consensus forecasts for ten economic variables varied considerably in terms of efficiency.

5. Anandalingam, G., and Chen, L. (1989), "Linear combination of forecasts: A general Bayesian model", *Journal of Forecasting*, 8, 199–214. **S, T**. The authors develop the general Bayesian normal model for combining biased and correlated forecasts. They include a comparison with the Kalman filter as well as an extension to the case when the biases are unknown.

6. Anandalingam, G., and Chen, L. (1989), "Bayesian forecast combination and Kalman filtering", *International Journal of Systems Science*, 20, 1499–1507. **S, T**. The authors show the equivalence of the Bayesian multi-normal combination model to the Kalman filter.

7. Armstrong, J.S. (1984), "Forecasting by extrapolation: Conclusions from 25 years of research (with discussion)", *Interfaces*, 14, no. 6, 52–66. **F, TS, RV**. Armstrong reviews empirical research on the accuracy of extrapolation forecasts. Of 39 studies, 28 showed that the sophisticated methods were no better than simpler methods. Combining extrapolation forecasts is suggested as a way to improve predictive performance, and some specific studies were discussed.

8. Armstrong, J.S. (1985), *Long Range Forecasting: From crystal ball to computer*, 2nd ed., (Wiley, New York). **F, TS, R, EO, P, A, X, T, E, BS, M, O**. Armstrong believes strongly in combining forecasts. References to combining forecasts can be found throughout the book.

9. Armstrong, J.S. (1986), "Research on forecasting: A quarter-century review, 1960–1984 (with discussion)", *Interfaces*, 16, no. 1, 89–109. **F, TS, R, EO, RV**. Armstrong discusses how empirical research in forecasting over the past 25 years has supported or failed to support conventional forecasting wisdom in 1960. With regard to combining forecasts, Armstrong cites eight applications which combined forecasts, achieving error reductions from 0% up to 23.4%, with an average of 6.6% for combinations of two methods.

10. Armstrong, J.S., Lusk, E.J., Gardner, E.S. Jr., Geurts, M.D., Lopes, L.L., Markland, R.E., McLaughlin, R.L., Newbold, P., Pack, D.J., Andersen, A., Carbone, R., Fildes, R., Newton, H.J., Parzen, E., Winkler, R.L. and Makridakis, S. (1983), "Commentary on the Makridakis time series competition (M-competition)", *Journal of Forecasting*, 2, 259–311. **F, TS, A, E**. This collection of commentaries includes reviews of the original *Journal of Forecasting* article by seven independent researchers, followed by replies submitted by the participants in the competition.

11. Ashton, A.H. (1985), "Does consensus imply accuracy in accounting studies of decision making?", *The Accounting Review*, 60, 173–185. **P, EO, A, BS**. Ashton used correlations in a psychometric way to measure accuracy and consensus of predictions made as part of accounting and auditing tasks. Her results showed that more consensus generally implied greater accuracy.

12. Ashton, A.H., and Ashton, R.H. (1985), "Aggregating subjective forecasts: Some empirical results", *Management Science*, 31, 1499–1508. **F, EO, A, BS**. The authors analyzed advertising sales forecasts made by executives working for *Time* magazine. In combining the forecasts, they tried (1) a weighted average scheme in which the weight was associated with the forecaster's position in the organizational chart, and (2) a weighting scheme based weights on the CEO's subjective assessment of relative precision of the forecasters. The latter improved on the performance of a simple average, but the former did not.

13. Ashton, R.H. (1986), "Combining the judgments of experts: How many and which ones?", *Organizational Behavior and Human Decision Processes*, 38, 405–414, **P, EO, A, BS**. Ashton tested Hogarth's 1978 model for determining how many and which experts to include in a consensus. The task was forecasting advertising sales at Time, Inc., and the subjects were executives, managers, and sales personnel for the firm. Hogarth's model provided an excellent approximation in this situation.

14. Bates, J.M., and Granger, C.W.J. (1969), "The combination of forecasts", *Operational Research Quarterly*, 20, 451–468. **F, TS, T, C, A, E**. This is the earliest paper to develop a general analytical model for combining multiple forecasts. Aside from the general model, the authors also present conditions under which an estimated combining weight has a beta distribution, and they argue that negative combining weights are anomalous.

15. Bernstein, P.L., and Silbert, T.H. (1984), "Are economic forecasters worth listening to?", *Harvard Business Review* (September–October, 1984), 32–40. **F, RV, A, E**. The authors present results showing the advantages of combining economic forecasts. Much of their argument is based on analysis of Blue Chip's consensus forecasts. The graphs are particularly intriguing.

16. Bessler, D.A., and Brandt, J.A. (1981), "Forecasting livestock prices with individual and composite methods", *Applied Economics*, 13, 513–522. **F, TS, R, EO, A, E**. The authors applied combined forecasting techniques to forecast livestock prices (cattle, hogs, and broilers). They consider econometric, ARIMA, and expert opinion forecasts. Minimum–variance and adaptive–weights combinations of the econometric and ARIMA methods outperformed the individual forecasts (in terms of MSE), but simple averages of these two forecasts worked better. The three-way average, including the expert opinion, performed better for the hog prices, but not the others.

17. Bessler, D.A., and Chamberlain, P.J. (1987), "On Bayesian composite forecasting", *OMEGA International Journal of Management Science*, 15, 43–48. **F, TS, R, A, E**. The authors demonstrate Bunn's outperformance combining method in the context of forecasting hog prices, showing that a prior distribution can be used to capture the decision maker's beliefs regarding the credibility of the individual forecasts. The combined forecast performed well relative to the individual forecasts.

18. Bhattacharya, M.N. (1980), "The prediction performance of the Bonn monetary model", *Applied Economics*, 12, 399–412. **F, TS, R, A, E**. Bhattacharya replicates Nelson's (1972) study on another econometric model.

19. Bilson, J.F.O. (1983), "The evaluation and use of foreign exchange rate forecasting services", in: R. Herring (Ed.), *Managing Foreign Exchange Rate Risk* (Cambrige, Cambridge University Press) 149–179. **F, A, E**. The author used a composite exchange rate forecast to construct and manage currency portfolios. The results of using the method were equivocal in terms of being able to earn excess returns in the foreign exchange market.

20. Bischoff, C. (1989), "The combination of macroeconomic forecasts", *Journal of Forecasting*, 8, 293–314. **F, R, TS, A, E**. The author combines econometric and ARIMA forecasts of six macroeconomic variables, using a number of different combination methods. This is one of the few articles that conclude that on average one of the individual forecasts (in this case the econometric one) was superior to the combined forecasts.

21. Blake, D., Beenstock, M., and Brasse, V. (1986), "The performance of UK exchange rate forecasters", *The Economic Journal*, 96, 986–999. **A, E**. The authors applied composite forecasting in a study of exchange rate forecasts.

22. Bohara, A., McNown, R., and Batts, J.T. (1987), "A re-evaluation of the combination and adjustment of forecasts", *Applied Economics*, 19, 437–445. **F, TS, A, E**. The authors studied the performance of combined and corrected forecasts of three macroeconomic variables. Their results show that sometimes a combination of forecasts can perform worse than an individual forecast. In particular, this can happen when one forecast is much more precise than the others.

23. Bonini, C.P., and Freeland, J.R. (1979), "Forecasting by smoothed regression: Development and application to predicting customer utility bills", in: S. Makridakis and S.C. Wheelwright (Eds)., *Forecasting*, Vol. 12, TIMS Studies in the Management Sciences (North-Holland, New York), 279–296. **F, TS, R, T, A, BS**. The authors develop a technique for merging exponential smoothing models and multiple regression. Regression coefficients are estimated adaptively.

24. Bopp, A. (1985), "On combining forecasts: Some extensions and results", *Management Science*, 31, 1492–1498. **F, TS, R, A, T, E**. If a forecast is accurate, a transinformation measure can be used to tell whether the series is easy to forecast or whether a sound method has been applied to forecast a difficult series. Combined forecasts came out ahead in the transinformation-measure contest.

25. Bordley, R.F. (1982), "The combination of forecasts: A Bayesian approach", *Journal of the Operational Research Society*, 33, 171–174. **F, S, BY, T**. Bordley develops Bayesian counterparts to the Bates and Granger minimum-variance combinations. The results are essentially the same as those in Winkler (1981) and Geisser (1965).

26. Bordley, R.F. (1986), "Technical note: Linear combination of forecasts with an intercept: A Bayesian approach", *Journal of Forecasting*, 5, 243–429. **F, S, BY, T**. This paper develops the Bayesian counterpart to the Granger and Ramanathan unconstrained combination. The intercept term is interpreted in terms of the decision maker's prior information.

27. Brandon, C., Fritz, R., and Xander, J. (1983), "Econometric forecasts: evaluation and revision", *Applied Economics*, 15, 187–201. **F, R, A, E**. Combining four econometric forecasts resulted in improved forecast performance. A variety of combinations were tried, but the sample was very small.

28. Brandt, J.A., and Bessler, D.A. (1981), "Composite forecasting: An application with U.S. hog prices", *American Jour-*

*nal of Agricultural Economics*, 63, 135–140. **F, TS, R, EO, A, E**. In an application to forecasting hog prices, the authors found that a simple average of econometric, ARIMA, and expert opinion forecasts performed the best. They compared this composite to individual forecasts as well as weighted averages of the econometric and ARIMA forecasts.

29. Brandt, J.A., and Bessler, D.A. (1983), "Price forecasting and evaluation: An application in agriculture", *Journal of Forecasting*, 2, 237–248. **F, TS, R, EO, A, E**. The authors show the economic impact of various forecasting strategies by calculating average prices obtained for hogs. The expert judgment forecast was the worst (worse even than a naive forecast), and the ARIMA model led to the best price performance, followed closely by the composite forecast, a simple average of the econometric, ARIMA, and expert opinion forecast. It would be interesting to know how a composite formed of only the econometric and ARIMA models would have performed.

30. Bunn, D.W. (1975), "A Bayesian approach to the linear combination of forecasts", *Operational Research Quarterly*, 26, 325–329. **F, BY, T**. This article presents Bunn's 'outperformance' model, in which a decision maker assesses and updates a subjective probability that one forecast will outperform another.

31. Bunn, D.W. (1977), "A comparative evaluation of the outperformance and minimum variance procedures for linear syntheses of forecasts", *Operational Research Quarterly*, 28, 653–660. **F, S, BY, SI**. Bunn's conclusion, on the basis of simulation experiments, is that the outperformance method is preferable to the minimum-variance method if there is little prior information (less than 10 observations and possibly less than 30).

32. Bunn, D.W. (1978), *The Synthesis of Forecasting Models in Decision Analysis* (Birkhauser, Basel). **F, S, T**. Bunn compares the minimum-variance combining method with his outperformance method. Computer program listings are provided for adapative estimation of combining weights.

33. Bunn, D.W. (1979a), "Composition of estimators for decision making", *Technological Forecasting and Social Change*, 13, 157–167. **F, BY, A, E**. Bunn presents the multinormal and outperformance combination methods. Both methods were used to forecast Hawaiian tourist visits.

34. Bunn, D.W. (1979b), "The synthesis of predictive models in marketing research", *Journal of Marketing Research*, 16, 280–283. **F, RV**. Bunn describes his outperformance combination procedure and illustrates the feasibility of the procedure with two cases.

35. Bunn, D.W. (1981), "Two methodologies for the linear combination of forecasts", *Journal of the Operational Research Society*, 32, 213–222. **F, SI**. Bunn compares veridical, outperformance, and variance-minimizing composite forecasts in a simulation experiment. The veridical approach performed poorly relative to the outperformance method for nearly exchangeable forecasts (see comment by French, 1981).

36. Bunn, D.W. (1985a), "Statistical efficiency in the linear combination of forecasts", *International Journal of Forecasting*, 1, 151–163. **F, BY, SI, A, E**. This article compares a variety of combination techniques, including equal weights, the standard multinormal model, outperformance, Bayesian model selection, and some variations of these. Bunn's theoretical discussion focuses on the sensitivity of the posterior variance to error correlations in the multinormal model. His simulation results suggest specific combination procedures depending on the amount of prior information one has.

37. Bunn, D.W. (1985b), "Forecasting electric loads with multiple predictors", *Energy*, 10, 727–732. **F, RV**. In this essay Bunn identifies a number of motivations for combining forecasts, including the idea that combining makes sense when more elaborate model building is not practical. Other motivations relate to credibility. The essay concludes with Bunn's response to various criticisms of composite forecasting.

38. Bunn, D.W. (1987), "Expert use of forecasts: Bootstrapping and linear models", in: G. Wright and P. Ayton (Eds.), *Judgmental Forecasting* (Wiley, New York) 229–241. **F, P, A, BS**. This chapter provides a brief introduction to some of Bunn's earlier work. Through an example involving electricity demand forecasting, Bunn relates bootstrapping (linear modeling of expert opinions) to forecast combination.

39. Bunn, D.W. (1988), "Combining forecasts", *European Journal of Operational Research*, 33, 223–229. **F, RV**. In this thoughtful review, Bunn questions the value of blindly pursuing more accurate forecasts through forecast combination.

40. Bunn, D.W. (1989), "Editorial: Forecasting with more than one model", *Journal of Forecasting*, 8, 161–166. **RV**. Bunn reviews forecast combination research, speculates on reasons for its popularity, and discusses methodological issues.

41. Bunn, D.W., and Kappos, E. (1982), "Synthesis of selection of forecasting models", *European Journal of Operational Research*, 9, 173–180. **F, BY, T, SI**. The authors considered the possibility that, under conditions of sparse data, selection of a forecasting model may be better than combining models. In their simulation, they studied selection and combination with veridical probabilities (probability that a model is correct) and outperformance probabilities. The combinations performed better than the selection of individual forecasts. The paper provides a concise comparison of veridical and outperformance probabilities.

42. Bunn, D.W., and Mustafaoglu, M.M. (1978), "Forecasting political risk", *Management Science*, 24, 1557–1567. **F, EO, T, A, O**. Judgments regarding political risk factors in developing countries from a number of experts were aggregated via a Bayesian method. These composite judgments were then used to generate probabilities of specific risk events.

43. Bunn, D.W., and Seigal, J.P. (1983), "Forecasting the effects of television programming upon electricity loads", *Journal of the Operational Research Society*, 34, 17–25. **F, R, A, E**. This paper reports a straightforward application of combining two forecasts. The authors used a variance-minimizing approach.

44. Bunn, D.W., and Topping, I. (1984), "Efficiency of the independence assumption in the combination of forecasts", *Operations Research Letters*, 3, 173–178. **F, T, SI**. This is a short and intriguing simulation study of the effect of not using the estimated correlation coefficient in combining two dependent forecasts. For small data sets (less than 30 observations), positive correlations, and roughly equal variances, the independence assumption improves forecast performance.

45. Chong, Y.Y., and Hendry, D.F. (1986), "Econometric evaluation of linear macro-economic models", *Review of Economic Studies*, 53, 671–690. **F, R, T**. The authors show how the concept of encompassing can be related to combining forecasts and used for forecast evaluation. The technique is closely related to the idea of informational efficiency (Nelson, 1972).

46. Clemen, R.T. (1985), "Extraneous expert information", *Journal of Forecasting*, 4, 329–348. **F, BY, T, A, M**. This paper develops the notion that some experts may provide information that is extraneous if viewed in the light of other information. The idea is developed along Bayesian lines, and is closely related to the idea of sufficiency. The approach was applied to a large sample of precipitation probability forecasts to determine whether one of two forecasts was extraneous. Clemen and Murphy (1986a, b) report a more extensive study along the same lines.

47. Clemen, R.T. (1986), "Linear constraints and the efficiency of combined forecasts", *Journal of Forecasting*, 5, 31–38. **F, R, T, A, E**. Clemen argues that imposing contraints on combining weights may be justified in terms of increased forecasting efficiency. The empirical study of GNP forecasts, using an adaptive technique to calculate combining weights, showed that the constrained forecast yielded slightly better results than the unconstrained combination. Trenkler and Liski (1986) extend Clemen's results.

48. Clemen, R.T., and Guerard, J. (1989), "Econometric GNP forecasts: Incremental information relative to naive extrapolation", *International Journal of Forecasting*, 5, 417–426. **F, R, BY, T, A, E**. This paper extends the 'equivalent independent experts' model of Clemen and Winkler (1985) and uses it to examine GNP forecasts relative to a naive extrapolation forecast (random walk with drift). The results indicate that one econometric forecast is worth obtaining for the current quarter. However, for more distant horizons the econometric forecasts add little. Also, it appears to be not worthwhile to obtain more than one econometric forecast.

49. Clemen, R.T. and Murphy, A.H. (1986a), "Objective and subjective precipitation probability forecasts: Statistical analysis of some interrelationships", *Weather and Forecasting*, 1, 56–65. **F, EO, A, M**. This paper asks two questions: (1) Do subjective probability of precipitation forecasts contain information not included in objective forecasts? (2) Do the subjective forecasts make full use of the information in the objective forecast? The answers are yes and no, respectively, based on analysis developed by Clemen (1985).

50. Clemen, R.T., and Murphy, A.H. (1986b), "Objective and subjective precipitation probability forecasts: Some methods for improving forecast quality", *Weather and Forecasting*, 1, 213–218. **F, EO, A, M**. The authors show that it is possible to improve the performance of National Weather Service probability of precipitation forecasts through calibration and combination techniques.

51. Clemen, R.T., and Winkler, R.L. (1985), "Limits for the precision and value of information from dependent sources", *Operations Research*, 33, 427–442. **S, BY, T**. The authors develop the notion of 'equivalent independent experts', and show how dependence among experts can reduce the aggregate amount of information. The theory is extended in Schmittlein, Kim and Morrison (1988), and applied by Clemen and Guerard (1989) and Murphy, Chen and Clemen (1988).

52. Clemen, R.T., and Winkler, R.L. (1986), "Combining economic forecasts", *Journal of Business and Economic Statistics*, 4, 39–46. **F, R, BY, A, E**. This paper reports the results of combining forecasts of real and nominal US GNP by four econometric forecasters. The results showed that equal weights performed well. A combination formula that ignored correlations also worked well, as did a Bayesian shrinkage model.

53. Clemen, R.T., and Winkler, R.L. (1987), "Calibrating and combining precipitation probability forecasts", in: R. Viertl (Ed.), *Probability and Bayesian Statistics* (Plenum, New York) 97–110. **F, S, BY, A, M**. Clemen and Winkler develop normal-log-odds models for calibrating and combining probability forecasts. Application of the models to a large set of probability forecast data indicated that the models work poorly relative to not calibrating (for individual forecasts) or simple averages (for multiple forecasts).

54. Conroy, R., and Harris, R. (1987), "Consensus forecasts of corporate earnings: Analysts' forecasts and time series methods", *Management Science*, 33, 725–738. **F, TS, EO, A, BS**. The authors' results, based on an extensive analysis of the Intitutional Brokers Estimate System (IBES), suggest that earnings forecasts can be improved though combination of analyst and time series forecasts.

55. Cooke, J.K. (1967), "Clinicians' decisions as a basis for deriving actuarial formulae", *Journal of Clinical Psychology*, 23, 1967, 232–233. **P, EO, X, O**. In an empirical examination of the ability to distinguish between psychiatric and non-psychiatric individuals, the authors found that a combination of judgments was superior to individual judgements.

56. Cooper, J.P., and Nelson, C.R. (1975). "The ex-ante prediction performance of the St. Louis and FRB-MIT-PENN econometric models, and some results on composite predictions", *Journal of Money, Credit and Banking*, 7, 1–32. **F, TS, R, C, A, E**. This paper develops the idea of a composite predictor, and looks at the incremental value of forecasts through the significance of $t$-statistics in the combining regression.

57. Cragg, J., and Malkiel, B. (1968), "The consensus and accuracy of some predictions of the growth in corporate earnings", *Journal of Finance*, 23, 67–84. **F, TS, EO, X, BS**. The primary conclusion of this paper is that analysts are not much

more successful at predicting earnings than are naive extrapolation forecasts. The authors do not combine forecasts, but they do address the extent to which the analysts' forecasts are correlated.

58. Crane, D.B., and Crotty, J.R. (1967), "A two-stage forecasting model: Exponential smoothing and multiple regression", *Management Science*, 13, B501–B507. **F, TS, R, A, BS.** The authors constructed a method for merging exponential smoothing models and multiple regression. The approach is adaptive: it reestimates regression coefficients as new data become available. The forecast results were acceptable (see Bonini and Freeland, 1979).

59. Dalrymple, D.J. (1978), "Using Box–Jenkins techniques in sales forecasting", *Journal of Business Research*, 6, 133–145. **F, TS, R, A, BS**, This is mainly an evaluation of Box–Jenkins forecasting. In terms of combining forecasts, Dalrymple concludes that instability of the models is one of the reasons for the improved performance that results from combining Box–Jenkins with other forecasts.

60. Dalrymple, D.J. (1987), "Sales forecasting practices", *International Journal of Forecasting*, 3, 379–391. **F, BS.** Dalrymple includes data regarding the use of combined forecasts in practice. Almost 40% of firms surveyed frequently or usually combine forecasts. Dalrymple contrasts his results with the claim by PoKempner and Bailey (1970) that combining was a common practice.

61. Dickinson, J.P. (1973), "Some statistical results on the combination of forecasts", *Operational Research Quarterly*, 24, 253–260. **F, S, C, T.** Dickinson considers the sampling distribution for combining weights, and concludes that the poor reliability of the weight estimates may reduce the practical usefulness of the combination procedure. His analysis foreshadows ideas of Kang (1986).

62. Dickinson, J.P. (1975), "Some comments on the combination of forecasts", *Operational Research Quarterly*, 26, 205–210. **F, S, C, T.** This paper continues the theoretical discussion, begun in Dickinson (1973) of statistical properties of the weight estimators. An explanation of negative weights is included.

63. Dickinson, J.P. (1988), "Company forecast accuracy for exponential smoothing models of earnings-per-share data for financial decision making: A comment", *Decision Sciences*, 19, 233–235. **F, T.** Dickinson argues that Brandon, Jarrett and Khumawala (1986) should have advocated the combination of forecasts. His analysis, however, ignores the error involved in estimating the correlation coefficient.

64. Diebold, F.X. (1988), "Serial correlation and the combination of forecasts", *Journal of Business and Economic Statistics*, 6, 105–111. **F, TS, T, SI.** Diebold assumes that the individual forecast errors are white noise and are contemporaneously and serially uncorrelated. In spite of this, he shows that regression-based combination methods can lead to serially correlated combined forecast errors. However, if the regression is constrained so that the weights sum to one, then it follows that the combined errors are not serially correlated.

65. Diebold, F.X., and Pauly, P. (1986), "The combination of forecasts", *Previsions et Analyse Économique*, 7, 7–31. **F, TS, R, S, C, T, SI.** This paper is a re-packaging of the authors' results on combining forecasts with time-varying weights (see Diebold and Pauly, 1987a, b).

66. Diebold, F.X., and Pauly, P. (1987a), "The combination of forecasts: A general approach", in: P. Hackl (Ed.), *Adaptive Estimation and Structural Change in Regression and Time Series Analysis* (North-Holland, Amsterdam). **F, TS, R, S, C, T, SI.** The authors combine the results from Diebold (1988) and Diebold and Pauly (1987b) to arrive at a very general time-varying-parameter approach to forecast combination.

67. Diebold, F.X., and Pauly, P. (1987b), "Structural change and the combination of forecasts", *Journal of Forecasting*, 6, 21–40. **F, S, C, T, SI.** The authors show how weighted least squares techniques can be used to model changes in the relative contributions of the forecasters (time-varying combining parameters).

68. Diebold, F.X., and Pauly, P. (1987c), "The use of prior information in forecast combination", Board of Governors of the Federal Reserve System, Special Studies Paper-Division of Research and Statistics, #218. **F, S, BY, T, X, E.** This paper follows up on Clemen and Winkler (1986), but looks at prior information about the combining weights in the unrestricted regression framework of Granger and Ramanathan (1984) and a more general framework involving forecasts of more than one variable. Shrinkage of the combining weights toward equal weights provides the best improvement in forecast accuracy.

69. Doyle, P., and Fenwick, I.A. (1976), "Sales forecasting – Using a combination of approaches", *Long-Range Planning*, 9, 60–64. **F, RV.** This is a very basic article written for practitioners. The authors argue for equal weights, weights based on past relative accuracy, or subjectively assessed weights. They illustrate the advantage of the simple average with an example.

70. Edgerton, H.A., and Kolbe, L.E. (1936), "The method of minimum variation for the combination of criteria", *Psychometrika* 1, 183–188. **P, S, C, T.** The authors take a very unusual approach to the derivation of combining weights. Their optimality criterion is to minimize the sum of squares of the differences of the standared scores for $k$ different estimates of the same variable.

71. Edmundson, B., Lawrence, M., and O'Connor, M. (1988), "The use of non-time series information in sales forecasting: A case study", *Journal of Forecasting*, 7, 201–211. **F, EO, X, BS.** In a forecasting experiment involving a large multinational company, the authors found that the forecasts generated by the company for sales of eighteen products were more accurate (lower MAPE) than both time series and judgemental extrapolation forecasts as well as the average of these forecasts. Given this, the authors advocate including specific product information in the formulation of sales forecasts.

72. Einhorn, H.J. (1972), "Expert measurement and mechanical combination", *Organizational Behavior and Human Perfor-*

*mance*, 7, 86–106. **P, EO, E, O**. This paper blends ideas from the earlier bootstrapping literature with the notion of combining predictions from multiple judges.

73. Einhorn, H.J., and Hogarth, R.M. (1975), "Unit weighting schemes for decision making", *Organizational Behavior and Human Performance*, 13, 171–192. **P, S, T**. The authors study the performance of equally-weighted composites relative to regression weights. They discuss conditions under which equal weights outperform regression weights (see their figure 3). Reasons for the strong performance of equal weights are that there is no estimation error, no degrees of freedom are lost, and 'true' relative weights cannot be reversed.

74. Einhorn, H.J., Hogarth, R.M., and Klempner, E. (1977), "Quality of group judgment", *Psychological Bulletin*, 84, 158–172. **P, T, X, O**. The authors compare group judgments with four different theoretical models for the combination of individual information. The models include choosing a group member randomly, choosing the best member (post hoc), choosing the best but possibly making an error, and taking an average. These models provide baselines for evaluating the performance of group judgments.

75. Elton, E.J., Gruber, M.J., and Gultekin, M. (1981), "Expectations and share prices", *Management Science*, 27, 975–987. **EO, A, BS**. The authors use consensus forecasts of earnings per share (averages of 3 or more analyst forecasts) in a study of stock market efficiency.

76. Engle, R.F., Granger, C.W.J., and Kraft, D.F. (1984), "Combining competing forecasts of inflation using a bivariate ARCH model", *Journal of Economic Dynamics and Control*, 8, 151–165. **F, C, T, A, E**. The authors use a bivariate ARCH model to combine two forecasts. The ARCH model provides for time-varying parameters. However, their combination did not improve on the performance of a fixed-weight combination of inflation forecasts.

77. Eysenck, H.J. (1939), "The validity of judgments as a function of the number of judges", *Journal of Experimental Psychology*, 25, 650–654. **P, X, O**. In a critique of Gordon (1924), the author uses results from test theory to show that aggregating judgments from members of a population leads to higher correlation of those judgments with the judgments of an independent sample from the same population.

78. Falconer, R.T., and Sivesind, C.M. (1977), "Dealing with conflicting forecasts: The eclectic advantage", *Business Economics*, 12, 5–11. **F, RV, A, E**. This is a basic practitioner-oriented paper. The authors go out of their way to argue that composite forecasts only reduce uncertainty, but do not eliminate it. They emphasize the use of complementary techniques (e.g., combining time series and econometric forecasts).

79. Ferrell, W.R. (1985), "Combining individual judgments", in: G. Wright (Ed.), *Behavioral Decision Making*, (Plenum, New York), 111–145. **F, P, S, EO, RV**. This chapter in George Wright's reader is itself a review paper on models for combining judgments. It covers most of the basic results in mathematical and behavioral aggregation research.

80. Figlewski, S. (1983), "Optimal price forecasting using survey data", *Review of Economics and Statistics*, 65, 13–21. **F, EO, T, A, E**. Figlewski uses the Livingston data and combines forecasts of CPI. He develops both a 'diagonal' (zero correlation) and a 'single-index' model. The single index model restricts the nature of the covariance matrix, and is similar to the market model in finance. His results using the single-index model were a substantial improvement over the simple average forecast. His tables 2 and 3 suggest that correcting for bias would be appropriate, but the author argues against correcting for bias on rational expectations grounds.

81. Figlewski, S., and Urich, T. (1983), "Optimal aggregation of money supply forecasts: Accuracy, profitability and market efficiency", *Journal of Finance*, 28, 695–710. **F, EO, T, A, E**. In combining money supply forecasts, the simple average performed well. The authors derive a composite forecast for location-biased forecasters. It appears from their results that one could make money trading in Treasury bills and futures.

82. Fildes, R. (1985), "Quantitative forecasting – The state of the art: Econometric models", *Journal of the Operational Research Society, 36, 549–580.* **F, TS, R, RV**. Combining forecasts is mentioned briefly on pages 575–576. Fildes points out that an alternative to combining forecasts is to "ask how the various information sources can best be used" (p. 576), suggesting that it may be possible to use the forecasts in some way other than just combining them.

83. Fildes, R., and Fitzgerald, M.D. (1983), "The use of information in balance of payments forecasting", *Economica*, 50, 249–258. **F, EO, TS, X, E**. The authors examine the comparative accuracy of three judgmental forecasters and two ARIMA models as well as composite forecasts. The correlations among their three judgmental forecasters ranged from 0.79 to 0.95. The composite forecast improved on the individual forecasts in terms of RMSE, indicating that the ARIMA model included some information (in a statistical sense) not considered by the forecasters. The authors also consider some aspects of expectations formations and test for rational expectations of the forecasters.

84. Flores, B.E., and White, E.M. (1988), "A framework for the combination of forecasts", *Journal of the Academy of Marketing Science*, 16, 95–103. **RV**. Flores and White review the literature paying particular attention to the kinds of forecasts that have been combined and the methods that have been used. They note that most research has been in the area of systematic combinations of objective forecasts and call for more research effort involving intuitive combinations and/or subjective forecasts.

85. Flores, B.E., and White, E.M. (1989), "Subjective vs. objective combining of forecasts: An experiment", *Journal of Forecasting*, 8, 331–341. **F, X, EO, E**. The authors report on a small experiment in which subjects generated subjective forecasts and then created subjective consensus forecasts within 2- and 3-person groups. The performance improvement over the individual forecasts was slight, and there appeared to be very little difference in the performance of the subjective and objective combination methods.

86. French, S. (1980), "Outranking probabilities and the synthesis of forecasts", *Journal of the Operational Research Society*, 31, 545–551. **F, S, BY, T**. This reference actually comprises an interchange between French and Bunn, in which French attacks the outperformance-based composite forecast. Much of the discussion revolves around the appropriateness of the outperformance approach versus a veridical combination. This prompted the 1981 paper by Bunn in the same journal.

87. French. S. (1981), "Linear combination of forecasts – A comment", *Journal of the Operational Research Society*, 32, 937–938. **F, T**. French argues that the simulation study in Bunn (1981) was flawed, although this was refuted by Bunn (p. 1145) in a subsequent issue.

88. Fritz, R., Brandon, C., and Xander, J. (1984), "Combining time-series and econometric forecast of tourism activity", *Annals of Tourism Research*, 11, 219–229. **F, TS, R, A, O**. The authors combined econometric and time series forecasts of tourism. The improvement in accuracy due to combining was enhanced by an ad hoc modification of the weights to account for error variability relative to forecast variability.

89. Fuhrer, J., and Haltmaier, J. (1988), "Minimum variance pooling of forecasts at different levels of aggregation", *Journal of Forecasting*, 7, 63–73. **F, T, A, E**. The authors develop a statistical technique for pooling forecasts that are at different levels of aggregation.

90. Gardner, E.S., Jr. (1979), "A note on forecast modification based upon residual analysis", *Decision Sciences*, 10, 493–494. **F, TS, R, T**. This paper is a critique of Mabert (1978). Mabert's reply follows.

91. Geisser, S. (1965), "A Bayes approach for combining correlated estimates", *Journal of the American Statistical Association, Series A*, 60, 602–607. **S, BY, T**. This paper appears to be the earliest Bayesian approach to combining dependent forecasts or estimates.

92. Geurts, M.D., and Wheeler, G.E. (1980), "Converging conflicting research findings: The Oregon bottle bill case", *Journal of Marketing Research*, 17, 552–557. **S, EO, A, O**. This paper describes an application of DeGroot's (1974) consensus model. Two experts were asked to review research findings and report probability distributions for three variables. They were also asked to rate each other. These assessments formed the inputs to the consensus model.

93. Goldberg, L.R. (1965), *Diagnosticians Versus Diagnostic Signs: The Diagnosis of Psychosis vs. Neurosis from MMPI*, Psychological Monographs, 79. **P, EO, X, O**. In studying psychiatric judgments, Goldberg found that combining scores from multiple staff members provided predictions that were almost as good as that of the best judge in a group of 29 clinicians.

94. Goldberg, L.R. (1970), "Man versus model of man: A rationale, plus some evidence for a method of improving on clinical interferences", *Psychological Bulletin*, 73, 422–432. **P, EO, X, O**. This paper is concerned with bootstrapping, or modeling expert opinions using linear models. Goldberg also considered pooling of expert judgments.

95. Gordon, K. (1924), "Group judgments in the field of lifted weights", *Journal of Experimental Psychology*, 7, 398-400. **P, X, O**. The conclusion was that by averaging the orders (of weighted objects) assigned by individuals, the correlation with the actual order becomes higher. The group results were better than those of the average member, and were at least as good as those of the best members.

96. Gordon, K. (1935), "Further observations on group judgments of lifted weights", *Journal of Psychology*, 1, 105–115. **P, X, O**. Gordon responds to Stroop's (1932) criticism of her previous experiment.

97. Granger, C.W.J. (1989), "Combining forecasts – Twenty years later", *Journal of Forecasting*, 8, 167–173. **F, T, RV**. Granger selectively reviews some of the theoretical developments in the field of combining forecasts. Topics include nonstationarity, combining forecasts with different lead times, and combining confidence intervals.

98. Granger, C.W.J., and Newbold, P. (1973), "Some comments on the evaluation of forecasts", *Applied Economics*, 5, 35–47. **F, C, T**. This paper develops the idea of 'conditional' information contained in a forecast. That is, a decision maker can evaluate one forecast relative to another by asking whether the incremental forecast adds any information in a combined forecast. Their approach involves the use of incremental explanatory power (increases in $R^2$).

99. Granger, C.W.J., and Newbold, P. (1977), *Forecasting Economic Time Series* (Academic Press, London). **F, TS, T, A, E**. Chapter 7 is about combining forecasts. Much of it is a review of Newbold and Granger (1974).

100. Granger, C.W.J., and Ramanathan, R. (1984), "Improved methods of forecasting", *Journal of Forecasting*, 3, 197–204. **F, C, T, A, E**. The authors show that standard combining methods are equivalent to constrained regression where the combining weights are constrained to sum to one and the intercept is suppressed. They argue for an unconstrained combination of forecasts.

101. Greene, M.N., Howrey, E.P., and Hymans, S.H., (1985)", The use of outside information in econometric forecasting', in: Kuh and D. Belsley (Eds), *Model Reliability*, (Wiley, New York) 90–116. **F, S, C, T, A, E**. The authors use theory from combining forecasts to develop a model for incorporating outside information into a forecast. They show that in a nonlinear system, 'optimal' combining weights will vary over time.

102. Guerard, J.B. (1987), "Linear constraints, robust-weighting and efficient composite modeling", *Journal of Forecasting*, 6, 193–199. **F, TS, EO, A, BS**. This study is an application of combining techniques for forecasting earnings. Guerard introduces robust statistical estimation of the combining weights.

103. Guerard, J.B. (1989), "Composite model building for foreign exchange rates", *Journal of Forecasting*, 8, 315–329. **F, A, E**. Guerard presents an example in which biased regression methods are useful for combining highly collinear forecasts. The combined forecast was not able to improve on the forward interest rate.

104. Guerard, J.B., and Beidleman, C.R. (1986), "A new look at forecasting annual corporate earnings in the U.S.A.", *European Journal of Operational Research*, 23, 288–293. **F, A, BS**. In this study of corporate earnings forecasts, the authors found that by combining analyst forecasts with ARIMA (0, 1, 1) forecasts, average mean square forecasting error over 35 firms was reduced by 74.2%. This result seems unusual in light of other published research.

105. Guerard, J.B., and Beidleman, C.R. (1987), "Composite earnings forecasting efficiency", *Interfaces*, 17, 103–113. **F, TS, EO, A, BS**. The authors compare OLS and ridge regression for combining analysts' forecasts of earnings with time series forecasts. They used the Treynor index to study the extent to which economic profits could be earned using composite forecasts as a basis for portfolio management.

106. Guerard, J.B., and Clemen, R.T. (1989), "Collinearity and the use of latent root regression for combining GNP forecasts", *Journal of Forecasting*, 8, 231–238. **F, R, A, E**. The authors used latent root regression (LRR) to combine highly correlated economic forecasts. LRR did not work as well as OLS regresion or a simple average.

107. Guerrero, V.M. (1989), "Optimal conditional ARIMA forecasts", *Journal of Forecasting*, 8, 215–229. **F, TS, T**. Combining an ARIMA forecast with additional information is discussed within the context of creating a conditional ARIMA forecast.

108. Gulledge, T.R., Jr., Ringuest, J.L., and Richardson, J.A. (1986), "Subjective evaluation of composite econometric policy inputs", *Socio-Economic Planning Sciences*, 20, 51–55. **F, A, E**. This paper demonstrates the use of multiple objective linear programming to combine economic forecasts. The authors did not evaluate the performance of the combined forecast.

109. Gunter, S.I., and Aksu, C. (1989), "*N*-step combinations of forecasts", *Journal of Forecasting*, 8, 253–267. **F, TS, A, E**. The authors introduce the idea of combining different kinds of forecast combinations. In a test using GNP data, these combinations show slightly improved forecasting performance.

110. Gupta, S., and Wilton, P.C. (1987), "Combination of forecasts: An extension", *Management Science*, 33, 356–372. **F, SI**. The authors' method for combining forecasts is similar to Saaty's Analytic Hierarchy Process and Bunn's earlier outperformance technique, using a subjective assessment of the odds matrix. It guarantees non-negative weights and appears to be quite robust.

111. Gupta, S., and Wilton, P.C. (1988), "Combination of economic forecasts: An odds-matrix approach", *Journal of Business and Economic Statistics*, 6, 373–379. **F, A, E**. The authors test their odds-matrix method for combining forecasts using the GNP forecasts from Clemen and Winkler (1986). The results show that their method performs better than the individual forecasts, and is particularly useful when sample sizes are small.

112. Hafer, R.W., and Hein, S.E. (1985), "On the accuracy of time-series, interest rate, and survey forecasts of inflation", *Journal of Business*, 58, 377–398. **F, TS, A, E**. The analysis shows convincingly that neither an ARIMA nor an interest rate inflation forecast contains incremental information relative to the median inflation forecast from the ASA-NBER survey.

113. Hallman, J., and Kamstra, M. (1989), "Combining algorithms based upon robust estimation techniques and cointegrating restrictions", *Journal of Forecasting*, 8, 189–198. **F, R, A, E**. The authors consider incorporating cointegrating restrictions on the combining weights, resulting in improved forecast combinations for integrated series. They also use an encompassing procedure to rank forecasts.

114. Halperin, M. (1961), "Almost linearly-optimum combination of unbiased estimates", *Journal of the American Statistical Association*, 56, 36–43. **S, C, T**. This is an early statistical treatment of the combination of multiple dependent estimates of a single unknown parameter.

115. Hogarth, R. (1977), "Methods for aggregating opinions", in: H. Jungermann and G. de Zeeuw (Eds.), *Decision Making and Change in Human Affairs*, (Reidel, Dordrecht, Holland) 231–255. **P, RV**. Hogarth reviews literature in psychology and decision theory that is pertinent to the aggregation of opinions.

116. Hogarth, R.M. (1978), "A note on aggregating opinions", *Organizational Behavior and Human Performance*, 21, 40–46. **F, P, EO, T**. Using arguments from test theory, Hogarth concludes that one should use between 6–20 different forecasts. The more the forecasters differ, the more forecasters should be included in the combination.

117. Holden, K., and Peel, D.A. (1986a), "An empirical investigation of combinations of economic forecasts", *Journal of Forecasting*, 5, 229–242. **F, TS, R, A, E**. The authors perform a test of unconstrained (Granger and Ramanathan, 1984) vs. constrained (Clemen, 1986) forecast combination in which the constrained method performs slightly better. The simple average also performs well.

118. Holden, K., and Peel, D.A. (1986b), "Expectations formation, public forecasts and the wage equation", *Economic Modelling* (April), 129–134. **F, R, A, E**. The authors argue that agents may act on available consensus forecasts, and that such forecasts can serve as a reasonable proxy for price expectations in an econometric model.

119. Holden, K., and Peel, D.A. (1988a), "Combining economic forecasts", *Journal of the Operational Research Society*, 39, 1005–1010. **F, R, A, E**. The authors combined five different forecasts for growth and inflation in the UK. The combination involved constraining the weights and including a constant term, and the performance of the combined forecast was compared to the average of the forecasts.

120. Holden, K., and Peel, D.A. (1988b), "The accuracy of forecasts of the UK economy", *Prévision et Analyse Économique (Cahiers du GAMA)*, 7, no. 3, 35–52. **F, R, A, E**. The authors analyze forecasts of the UK economy reported in *The Investor's Chronicle*. Their analysis shows that a simple average outperformed an 'optimal' combination.

121. Holden, K., and Peel, D.A. (1989a), "Unbiasedness, efficiency and the combination of economic forecasts", *Journal of Forecasting*, 8, 175–188. **F, R, T, A, E**. The authors consider the problem of testing for biasedness of component forecasts. Their analysis leads to the conclusion that combining weights whould be constrained to sum to one and a constant term should be included to account for bias.

122. Holden, K., and Peel, D.A. (1989b), "A comparison of some inflation, growth and unemployment forecasts", *Journal of Economic Studies*, 15, 48–55. **F, R, A, E**. The authors analyze economic forecasts from three major econometric models of the UK economy. They find some forecasting performance improvement as a result of averaging the three forecasts.

123. Holmen, J.S. (1987), "A note on the value of combining short-term earnings forecasts", *International Journal of Forecasting*, 3. 239–243. **F, TS, SI**. This is a straightforward simulation study of Granger and Ramanathan's (1984) three combining methods. The unconstrained combination performed slightly better than the others.

124. Holt, M.T., and Brandt, J.A. (1985), "Combining price forecasting with hedging of hogs: An evaluation using alternative measures of risk", *Journal of Futures Markets*, 5, 297–309. **F, TS, R, A, E**. The authors ask whether it is possible to use forecasts and a hedging strategy in the hog market to earn excess profits beyond a straight cash strategy. The answer is affirmative, with a combined econometric-ARIMA forecast giving the most economic benefits.

125. Horst, P. (1938), "Obtaining a composite measure from a number of different measures of the same attribute", *Psychometrika*, 1, 53–60. **S, T**. Horst derives a formula for combining multiple measures. His criterion is obtaining maximum separation among the individual population members.

126. Kang, H. (1986), "Unstable weights in the combination of forecasts", *Management Science*, 32, 683–695. **F, SI, A, E**. In a study that uses both simulation and economic data, Kang shows that estimated combining weights can be very unstable. Kang thus argues that in practice a simple average is the best composite predictor.

127. Kaplan, A., Skogstad, A.L., and Girshick, M.A. (1950), "The prediction of social and technological events", *Public Opinion Quarterly*, 14, 93–110. **F, EO, X, O**. This paper reports the results of a study of individual and group predictions of events. The study is survey-based, asking experts for predictions concerning real upcoming events.

128. Klugman, S.F. (1947), "Group and individual judgments for anticipated events", *Journal of Social Psychology*, 26, 21–28. **P, X, O**. During World War II, soldiers predicted the dates for the ending of hostilities between the US and Germany and between the US and Japan. Combining the soldiers' predictions was substantially more accurate than the individual predictions.

129. Larréché, J.-C., and Moinpour, R. (1983), "Managerial judgment in marketing: The concept of expertise", *Journal of Marketing Research*, 20, 110–121. **F, P, X, BS**. Among a number of results, the authors found that averaging the individual initial judgments of a group's members gives better estimates than the group consensus. Also, the Delphi process was found to provide even better estimates.

130. Lawrence, K.D., and Geurts, M. (1984), "Converging conflicting forecast parameters on forecasting durable new product sales", *Euopean Journal of Operational Research*, 16, 42–47. **F, T, BS**. The authors develop a way to merge conflicting parameter estimates for a diffusion model used to forecast new product sales. The procedure is based on DeGroot's (1974) consensus model.

131. Lawrence, K.D., and Reeves, G.R. (1981), "Consensus time series forecasting", in: J. Morse (Ed.) *Organizations: Multiple Agents with Multiple Criteria* (Springer–Verlag, New York) 199–204. **F, TS, A, BS**. The authors use goal programming to determine optimal weights for combining forecasts. The goals can be flexibly defined to satisfy a variety of management objectives.

132. Lawrence, M.J., Edmundson, R.H., and O'Connor, M.J. (1985), "An examination of the accuracy of judgmental extrapolation of time series", *Internatinal Journal of Forecasting*, 1, 25–35. **F, TS, EO, A, E**. This paper is primarily about the accuracy of judgmental versus statistical extrapolation forecasting. In their experiment, they tried both graph-based and table-based judgments as well as a combination of the two. The data used were Makridakis's 111 series. In general, these subjective methods performed reasonably well relative to the statistical methods. Furthermore, the results suggested that the combination of judgmental approaches should be able to outperform the single judgmental methods.

133. Lawrence, M.J., Edmundson, R.H., and O'Connor, M.J. (1986), "The accuracy of combining judgemental and statistical forecasts", *Management Science*, 32, 1521–1532. **F, EO, TS, A, E**. Following up on the authors' earlier work (Lawrence, Edmunson, and O'Connor, 1985), judgmental and statistical forecasts are combined. Judgmental forecasts are found to contribute to improved forecasting performance. Mechanical combination was superior to judgmental combination or adjustment. The experiment was based on Makridakis's 111 series.

134. Libby, R. (1976), "Man versus model of man: Some conflicting evidence", *Organizational Behavior and Human Performance*, 16, 1–12. **P, X, BS**. Libby's results in this experiment pertaining to the prediction of business failures from financial ratio information conflicts with previous results. Judges outperformed the bootstrap model, the composite judge and most accurate judge outperformed the most accurate model, and the

average judge outperformed the average model. A reply by Goldberg and a rebuttal by Libby follow. Goldberg shows that, upon transforming the data, the conflict vanishes.

135. Libby, R., and Blashfield, R.K. (1978), "Performance of a composite as a function of the number of judges", *Organizational Behavior and Human Performance*, 21, 121–129. **P, EO, X, BS, O**. This paper reports the psychological counterpart to the Makridakis and Winkler (1983) finding that the majority of the improvement in forecasting accuracy is obtained in the combination of the first two or three forecasts.

136. Lock, A. (1987), "Integrating group judgments in subjective forecasts", in: G. Wright and P. Ayton (Eds.), *Judgmental Forecasting* (Wiley, New York), 109–127. **F, P, EO, RV**. This paper reviews literature on both aggregation of forecasts and group judgments. For group judgmental forecasting, the author proposes a 7-step approach that integrates principles from the group process literature.

137. Longbottom, J.A., and Holly, S. (1985), "The role of time series analysis in the evaluation of econometric models", *Journal of Forecasting*, 4, 75–87. **F, TS, R, A, E**. The authors compare forecasts from structural econometric and time series models, suggesting that such comparisons can provide insight for the respecification of the econometric model. They also suggest combining the two forecasts as a stopgap measure to improve performance while the task of respecifying the econometric model is under way.

138. Lupoletti, V.M., and Webb, R.H. (1986), "Defining and improving the accuracy of macroeconomic forecasts: Contributions from a VAR model", *Journal of Business*, 59, 263–285. **F, R, A, E**. The authors suggest using a VAR model as a benchmark against which to compare macroeconomic forecasts. The empirical results indicate that combining the VAR model with other macro models pays off.

139. Mabert, V.A. (1978), "Forecast modification based on residual analysis: a case study of check volume estimation", *Decision Sciences*, 9, 285–296. **F, R, TS, A, BS**. Mabert combined a simple adaptive response exponential smoothing technique with a regression model to track historical check volume. Critiqued by Gardner (1979).

140. Mahmoud, E. (1982), "Short-term forecasting: matching techniques to tasks. An integrated framework and empirical investigation", Ph.D. Thesis, State University of New York at Buffalo. **F, A, BS**. Mahmoud discusses the use of forecasting in managerial decision making. He shows that accuracy can be improved through careful evaluation of the data, selection of appropriate forecasting techniques, and combining forecasts.

141. Mahmoud, E. (1984), "Accuracy in forecasting: A survey", *Journal of Forecasting*, 3, 139–159. **F, RV**. This review article deals with a broad range of issues in forecasting and forecast accuracy. Pages 149–153 cover combined forecasts.

142. Mahmoud, E., and Makridakis, S. (1988), "The state of the art and future directions in combining forecasts", Unpublished manuscript, University of North Texas. **F, RV**. The authors provide an overview of the field of forecast combination. Of particular interest are appendix 1, which categorizes and gives specific findings for a large number of combining forecast studies, and appendix 2, which summarizes results regarding the relative efficiency of different combining methods.

143. Makridakis, S., and Winkler, R.L. (1983), "Averages of forecasts: Some empirical results", *Management Science*, 29, 987–996. **F, TS, A, E**. This paper presents empirical results from Makridakis' 1001 series pertaining to the performance of averages of forecasts. The results show the effect of including more forecasts in the average.

144. Makridakis, S., Andersen, A., Carbone, R., Fildes, R., Hibon, M., Lewandowski, R., Newton, J., Parzen, E., and Winkler, R. (1982), "The accuracy of extrapolation (time series) methods: Results of a forecasting competition", *Journal of Forecasting*, 1, 111–153. **F, TS, A, E**. This paper reports the results of a large-scale forecasting competition. Two combination methods were tried, simple averages and weighted averages based on the error covariance matrix. Compared to other extrapolation techniques, the combinations performed well. The simple average performed better overall than the individual methods used in the combination.

145. Makridakis, S., Andersen, A., Carbone, R., Fildes, R., Hibon, M., Lewandowski, R., Newton, J., Parzen, E., and Winkler, R. (1983), *The Forecasting Accuracy of Major Time Series Methods*, (Wiley, London). **F, TS, A, E**. This book discusses the results of the M-competition. Much of it is a re-packaging of Makridakis and Hibon (1979) and Makridakis, et al., (1982).

146. Marwaha, S., and Peel, D.A. (1985), "Behavior of the Liverpool model with weight given to alternative public forecasts", *Economic Modelling* (January), 33–38. **F, R, A, E**. The authors studied the behavior of the Liverpool macroeconomic model when different kinds of forecasts were used to specify expectations in the model. In particular, they combined public forecasts for this purpose. Their results indicated a large degree of sensitivity of the model and subsequent forecasts to the inputs (forecasts) regarding expectations.

147. Mills, T.C., and Stephenson, M.J. (1985), "Forecasting contemporaneous aggregates and the combination of forecasts: The case of the U.K. monetary aggregates", *Journal of Forecasting*, 4, 273–281. **F, A, E**. The authors found that a linear combination of forecasts of aggregates improved out-of-sample prediction performance. Imposing constraints on the regression combining weights resulted in further (but slight) improvement.

148. Mills, T.C., and Stephenson, M.J. (1987), "A time series forecasting system for the UK money supply", *Economic Modelling, (July), 355–369.* **F, R, TS, A, E**. The authors combined up to three different forecasts of the UK money supply. The best combined forecasts had no constant term and constrained weights. Additional forecasting improvement was obtained by calculating weights recursively.

149. Mizrach, B., and Santomero, A.M. (1986), "The stability of money demand and forecasting through changes in regimes", *Review of Economics and Statistics*, 68, 324–328. **F, TS, A, E**. An OLS combination of three forecasts of money demand outperformed (1) any single forecast, and (2) a combination of two ARIMA forecasting models.

150. Moore, G.H. (1977), "The President's economic report: A forecasting record", *NBER Reporter* (April) 1977, 4–12. **F, EO, A, E**. Moore compares the ASA-NBER median forecasts with forecasts contained in the annual Economic Report of the President. The forecasts were very similar with highly correlated errors. The author stops short of suggesting that the President use the ASA-NBER survey rather than the government forecasts, but it is a possible conclusion.

151. Moriarty, M.M., and Adams, A.J. (1984), "Management judgement forecasts, composite forecasting models, and conditional efficiency", *Journal of Marketing Research*, 21, 239–250. **F, TS, EO, A, BS**. This is an application of Nelson (1972) and the Granger and Newbold (1973) idea of conditional efficiency (see also Clemen and Guerard, 1988). Moriarty and Adams conclude that in their situation, sales forecasting, the management judgment forecasts are conditionally efficient with respect to a composite forecast made up of the judgment forecast and a Box–Jenkins forecast. In the terms of Clemen (1985), they concluded that the management forecast was 'sufficient for' the Box–Jenkins forecast.

152. Morris, M.J. (1977), "Forecasting the sunspot cycle", *Journal of the Royal Statistical Society, Series A*, 140, 437–448. **F, TS, A, O**. Morris combines two forecasts of sunspot activity (the 'outburst' model and an autoregressive model) using minimum-variance weights. The composite forecast performs better than the individual forecasts.

153. Morris, P.A. (1974), "Decision analysis expert use", *Management Science*, 20, 1233–1241. **S, BY, T**. Morris proposes a Bayesian approach to the aggregation of information. The essence of the theory is that a Bayesian decision maker should treat expert testimony as data in a Bayesian updating problem. Assessment of the likelihood function for the information is a major practical difficulty.

154. Morris, P.A. (1977), "Combining expert judgments: A Bayesian approach", *Managment Science*, 23, 679–693. **S, BY, T**. Morris extends the theory presented in his earlier (1974) paper. Normal distribution results are presented. His analysis demonstrates the extent to which aggregation of expert opinions is related to problems of expert calibration.

155. Murphy, A.H., Chen, Y.-S., and Clemen, R.T. (1988), "Statistical analysis of interrelationships between objective and subjective temperature forecasts", *Monthly Weather Review*, 116, 2121–2131. **F, EO, A, M**. This paper applies the methods developed in Clemen and Winkler (1985) and Clemen and Guerard (1988) regarding incremental information to the study of objective and subjective temperature forecasts. The results are similar qualitatively to the results of Clemen and Murphy (1986a). The subjective forecast adds substantial information, but fails to use all of the information contained in the objective forecast.

156. Nelson, C.R. (1972), "The prediction performance of the F.R.B.-M.I.T.-PENN model of the U.S. economy", *American Economic Review*, 62, 902–917. **F, TS, R, A, E**. The author measures the incremental contribution of a forecast through the significance of $t$-statistics in a regression-based combination of forecasts. Essentially, Nelson asks whether the econometric model adds any information to an ARIMA forecast. The answer was that the econometric forecast was not fully 'rational', or did not include all available information; estimated coefficients in the combining equation were significant for both forecasts. In a post-sample test, ARIMA prediction errors were smaller.

157. Nelson, C.R. (1984), "A benchmark for the accuracy of econometric forecasts of GNP", *Business Economics*, 19, 52–58. **F, TS, R, A, E**. Nelson considers incremental information contained in forecasts of various macroeconomic variables relative to some benchmark (ARIMA) forecasts.

158. Newbold, P., and Granger, C.W.J. (1974), "Experience with forecasting univariate time series and the combination of forecasts (with discussion)", *Journal of the Royal Statistical Society, Series A*, 137, 131–149. **F, TS, T, A, E**. The authors tried a variety of techniques for combining time series forecasts of economic variables. Their results suggest calculating combining weights on the basis of relative precision of the forecasts.

159. Newbold, P., Zumwalt, J.K., and Kannan, S. (1987), "Combining forecasts to improve earnings per share prediction: An examination of electric utilities", *International Journal of Forecasting*, 3, 229–238. **F, TS, EO, A, BS**. In an application of composite forecasting, the authors estimated weights on the basis of cross-sectional data. To avoid negative weights, they performed a stepwise removal of the forecasts with the most negative $t$-values until all remaining forecasts had positive weights.

160. O'Brien, P.C. (1988), "Analysts' forecasts as earnings expectations", *Journal of Accounting and Economics*, 10, 53–83. **A, BS**. The most current earnings forecast was found to be more accurate than either the mean or median forecast, suggesting that analysts do incorporate information into their forecasts through time.

161. Oliveira, R.A. (1978), "Combining forecasts to predict property values for single-family residences: A comment", *Land Economics*, 54, 524–530. **F, T**. Oliveira critiques Wood (1976), who uses a composite forecast in a property-value prediction task. The critique is based primarily on arguments from Newbold and Granger (1974).

162. Öller, L.-E. (1978), "A method for pooling forecasts", *Journal of the Operational Research Society*, 29, 55–63. **F, T**. Öller develops an ad hoc way for experts to assign credibility weights to their own forecasts. These weights are then used to create composite forecasts.

163. Openshaw, S., and Van der Knaap, G.A. (1983), "Small area population forecasting: Some experience with British models", *Tijdschrift voor Economische en Sociale Geografie*, 74,

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 589 of 759 PageID #: 2377



291–304. **F, TS, A, O**. The authors developed various extrapolation forecasts of populations for Dutch municipalities. They evaluated a combination of ARIMA and Holt–Winters forecasts, as well. The performance of the composite forecasts apparently was mediocre, being included among neither the best nor worst models.

164. Pereira, B., Coqueiro, R., and Perrota, A. (1989), "Experience in combining subjective and quantitative forecasts of open market rates", *Journal of Forecasting*, 8, 343–348. **F, A, E**. Subjective and statistical interest rate forecasts are combined, giving a 30% performance improvement.

165. Phillips, R.F. (1987), "Composite forecasting: an integrated approach and optimality reconsidered", *Journal of Business and Economic Statistics*, 5, 389–395. **F, S, C, T, A, E**. The author suggests estimating constrained combining weights when the constraints are not seriously violated (see Clemen, 1986). In contrast to most of the 'minimum-variance' combined forecast literature, Phillips's model does not require normally distributed errors.

166. Phillips, R.F. (1988), "Comments on testing for forecast and specification optimality using linear composites", *Journal of Forecasting*, 7, 131–137. **F, S, C, T**. This paper is a theoretical response to all of the 'optimality' theory (e.g., Cooper and Nelson 1975, Nelson 1972).

167. PoKempner, S.J., and Bailey, E. (1970), *Sales Forecasting Practices*, (The Conference Board, New York). **F, RV, BS**. This is a short practitioner-oriented essay about the state of sales forecasting in 1970, based on a survey of Conference Board members. On pages 4 and 8, the authors claim that many firms combine forecasts from more than one technique.

168. Poskitt, D.S., and Tremayne, A.R. (1986), "The selection and use of linear and bilinear time series models", *International Journal of Forecasting*, 2, 101–114. **F, T, A, O**. Bilinear ARMA models include terms that are the product of autoregressive and error terms. The authors develop such models and apply them to the familiar Wolf sunspot data. Combining forecasts, however, gave better performance than any single forecast within this family.

169. Poulos, L., Kvanli, A., and Pavur, R. (1987), "A comparison of the accuracy of the Box–Jenkins method with that of automated forecasting methods", *International Journal of Forecasting*, 3, 261–267. **F, A, E**. The authors designed and implemented an automated forecasting system that combines automatic Box–Jenkins and Holt–Winters forecasts. The automatic system compares favorably with the component forecasts when used to forecast the series from the M-competition.

170. Preston, M.G. (1938), "Note on the reliability and the validity of the group judgment", *Journal of Experimental Psychology*, 24, 462–471. **P, X, O**. On the basis of a card-sorting demonstration, Preston argues that the aggregation effect observed by Gordon (1924) was indeed a statistical artifact rather than psychological.

171. Rausser, G.C., and Oliveira, R.A. (1976), "An econometric analysis of wilderness area use", *Journal of the American Statistical Association*, 71, 276–285. **F, TS, R, S, A, O**. The authors calculated both constrained least-squares weights and adaptive weights to combine econometric and Box–Jenkins forecasts. The adaptive weights were based only on squared errors and ignored covariances. The least-squares weight proved to be more accurate than the adaptive weights. Compare this result with the results of Clemen and Winkler (1986) and Newbold and Granger (1974), who found the opposite. Possible explanations are differences in sample sizes and correlations.

172. Reeves, G.R., and Lawrence, K.D. (1982), "Combining multiple forecasts given multiple objectives", *Journal of Forecasting*, 1, 271–279. **F, TS, T, A, BS**. The authors develop a straightforward multiobjective-linear programming approach to the combination of forecasts. The model incorporates under- and overachievement scores for the combined forecast at each period of time, and permits the forecaster to consider such objectives as: (1) the minimization of total forecast error over all time periods, or (2) the minimization of the maximum forecast error in any individual time period.

173. Reid, D.J. (1968), "Combining three estimates of gross domestic product", *Economica*, 35, 431–444. **F, A, E**. This is one of the very early papers that reports the results of an experiment to combine forecasts 'optimally' on the basis of error variances and covariances. While he does not derive expressions for the combinations in this paper, Reid does calculate combining weights by finding a constrained minimum–variance linear combination of three forecasts.

174. Reid, D.J. (1969), "A comparative study of time series prediction techniques on economic data", Ph.D. thesis (University of Nottingham, Nottingham). **F, TS, T, A, E**. Chapter 7 from this thesis develops the mathematics for combining more than two forecasts. The methods are used to combine multiple forecasts for a number of different economic variables under conditions of nonstationarity. The results show that in some cases it is possible to obtain small forecast improvements through combinations, although often the combination is not as good as the best individual forecast.

175. Reinmuth, J.E., and Geurts, M.D. (1979), "A multideterministic approach to forecasting", in: Makridakis, S., and Wheelwright, S.C. (Eds.) *Forecasting*, Vol. 12, TIMS Studies in the Management Sciences (North-Holland, New York) 203–211. **F, A, E, BS**. This paper suggests using regression to combine multiple forecasts. The Hawaiian tourist forecast errors were negatively correlated; thus the strong performance of the combination (see Crane and Crotty (1967) for an even earlier use of regression for combining forecasts).

176. Ringuest, J.L., and Tang, K. (1987), "Simple rules for combining forecasts: Some empirical results", *Socio-Economic Planning Sciences*, 21, 239–243. **F, A, E**. The authors test a simple average of forecasts, the median forecast, and a focus forecast on four macroeconomic variables. They argue that the mean and median performed relatively poorly because of the tendency for the individual forecasts to cluster either above or below the actual value. The focus forecast performed well, however.

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 590 of 759 PageID #: 2378



177. Rowse, G.L., Gustafson, D.H., and Ludke, R.L. (1974), "Comparison of rules for aggregating subjective likelihood ratios", *Organizational Behavior and Human Performance*, 12, 274–285. **P, X, O**. In an experimental study, the authors found that equal weighting of subjects' likelihood ratios performed better than other subjectively assessed weights and better than a behaviorally determined consensus.

178. Russell, T.D., and Adam, E.E.., Jr, (1987), "An empirical evaluation of alternative forecasting combinations", *Management Science*, 33, 1267–1276. **F, TS, A, E**. This paper develops an ad hoc approach to selection of the best forecast for inclusion in a combination. The selection criterion depends on a ranking scheme based on calculation of various error statistics.

179. Sanders, F. (1963), "On subjective probability forecasting", *Journal of Applied Meteorology*, 2, 191–201. **F, EO, X, M**. Sanders discusses the use of probability forecasting in meteorology. In an experiment, the average of judgments from two forecasters was found to perform better than either individual forecast.

180. Schmidt, J.R. (1979), "Forecasting state retail sales: Econometric vs. time series models", *Annals of Regional Science*, 13, 91–101. **F, TS, R, A, E**. The author developed an ARIMA model for predicting net taxable retail sales in Nebraska. The ARIMA model performed better than an econometric model, and a minimum-variance combination of the two performed slightly better. A simple average was not tried, and the data set was small.

181. Schmitt, R.C. (1954), "An application of multiple correlation to population forecasting", *Land Economics*, 30, 277–279. **F, R, A. O**. In an experiment involving forecasts of city populations, the author found that a two-variable regression equation did not perform as well as the 'ratio method' (forecasting city population as a ratio of forecasted state population). The differences in accuracy between the two methods appear to be small, but it was noted that a combination of the two techniques did not improve on the ratio method.

182. Schmittlein, D.C., Kim, J., and Morrison, D.G. (1989), "Combining forecasts: Operational adjustments to theoretically optimal rules", Working paper (The Wharton School, University of Pennsylvania). **S, BY, T, SI**. The authors do two things in this paper. First, they provide an interpretation of the Clemen–Winkler (1985) model in terms of the Mahalanobis distance of the forecasts from the origin. Second, they explain how to use Akaike's information criterion to decide which of several possible models to estimate, or how many parameters to include in the covariance matrix.

183. Schnaars, S.P. (1986a), "An evaluation of rules for selecting an extrapolaton model on yearly sales forecasts", *Interfaces*, 16, 100–107. **F, TS, A, BS**. Schnaars studied the performance of six rules for selecting among seven different extrapolation models. Four rules selected single forecasts, one averaged all forecasts, and the last averaged only those forecasts chosen by the first four selection rules. In a study of 103 sales forecast series, all of the selection procedures improved on the performance of the individual models, and the second combination (combination of selected models) performed the best.

184. Schnaars, S.P. (1986b), "A comparison of extrapolation models on yearly sales forecasts", *International Journal of Forecasting*, 2, 71–85. **F, TS, A, BS**. Schnaars replicated the findings of the M-competition in a study of unit sales forecasting. Specifically, combinations performed better than individual forecasts, and a weighted average did not perform significantly better than a simple average. All but one of the series had less than 30 data points.

185. Sessions, D.N. (1987), "The combining of forecasts using recursive techniques with non-stationary weights", Ph.D. Thesis (New York University). **F, EO, R, T, A, E**. This thesis provides more details regarding the theory and tests reported in Sessions and Chatterjee (1989).

186. Sessions, D.N., and Chatterjee, (1989), "The combining of forecasts using recursive techniques with non-stationary weights", *Journal of Forecasting*, 8, 239–251. **F, EO, R, T, A, E**. The authors test a variety of combination methods for nonstationary data. Their results varied depending on the data set. For the Livingston data, the 'optimal' methods actually performed fairly well. However, this was not the case for GNP data from a number of econometric models, for which the average performed well.

187. Sewall, M.A. (1981), "Relative information contributions of consumer purchase intentions and management judgment as explanators of sales", *Journal of Marketing Research*, 18, 249–253. **F, EO, A, BS**. The author used forecast combination techniques to study the incremental information contained in consumer intention surveys and management forecasts.

188. Smith, D. (1989), "Combination of forecasts in electricity demand prediction", *Journal of Forecasting*, 8, 349–356. **F, A, BS**. Box–Jenkins and spectral decomposition forecasts of electricity demand are combined.

189. Staël Von Holstein, C.-A.S. (1971), "An experiment in probabilistic weather forecasting", *Journal of Applied Meteorology*, 10, 635–645. **F, X, M**. The author tried aggregating probability forecasts in various ways.

190. Staël Von Holstein, C.-A.S. (1972), "Probabilistic forecasting: An experiment related to the stock market", *Organizational Behavior and Human Performance*, 8, 139–158. **F, EO, X, E**. The author used a variety of weighting techniques in determining the consensus distribution. Aggregation rules that attempted to identify the best assessors and give them more weight performed better than the other combination techniques. Scoring rules were used to measure the quality of the assessments.

191. Stroop, J.R. (1932), "Is the judgment of the group better than the average member of the group?", *Journal of Experimental Psychology*, 15, 550–560. **P, X, O**. Stroop argues that Gordon's (1924) interpretation of her results is flawed because

the results follow from a mathematical property of aggregating ratings and calculating correlation coefficients.

192. Su, V., and Su, J. (1975), "An evaluation of the ASA/NBER business outlook survey forecasts", *Explorations in Economic Research*, 2, 588–618. **F, A, E.** The first seven years of the ASA/NBER survey forecasts are evaluated relative to econometric and extrapolation forecasts. The survey forecasts performed significantly better than the extrapolation forecasts. Median as well as mean forecasts were studied; the difference between the two may be related to business cycle developments.

193. Taylor, G.C. (1985), "Combination of estimates of outstanding claims in non-life insurance", *Insurance: Mathematics and Economics*, 4, 81–91. **F, A, O.** The author develops mathematically a general class of combined forecasts and shows how to apply the models in an insurance context.

194. Thorndike, R.L. (1983), "The effect of discussion upon the correctness of group decisions when the factor of a majority influence is allowed for", *Journal of Social Psychology*, 9, 343–362. **P, X, O.** Thorndike asked his subjects to make individual predictions as well as group predictions. The average individual prediction was correct 61.9% of the time, while the combination from groups of four to six people was correct 64.4% of the time.

195. Trenkler, G., and Liski, E.P. (1986), "Note: Linear constraints and the efficiency of combined forecasts", *Journal of Forecasting*, 5, 197–202. **F, S, C, T.** The authors extend the results in Clemen (1986) by developing a technique for testing the appropriateness of constrained combination weights.

196. Virtanen, I., and Yli-Olli, P. (1987), "Forecasting stock market prices in a thin security market", *OMEGA International Journal of Management Science*, 15, 145–155. **F, R, TS, A, E.** The authors used a minimum-variance composite model of econometric and ARIMA forecasts to study stock prices on the Helsinki Stock Exchange.

197. Wall, K.D., and Correia, C. (1989), "A preference based method for forecast combination", *Journal of Forecasting*, 8, 269–292. **F, TS, T, A, E.** The authors take a mathematical programming approach to forecast combination, basing the combination on the decision maker's preferences over different possible error distributions.

198. Wiggins, N., and Kohen, E. (1971), "Man vs. model of man revisited: The forecasting of graduate school success", *Journal of Personality and Social Psychology*, 19, 100–106. **P, EO, X, O.** The authors tested Goldberg's (1970) hypothesis regarding bootstrapping in a clinical situation involving diagnosis of the MMPI. Averaging individual judgments improved accuracy.

199. Winkler, R.L. (1968), "The consensus of subjective probability distributions", *Management Science*, 15, B61–B75. **S, BY, T.** Winkler presents a variety of ad hoc methods for combining probabilities and probability distributions. The methods are compared in a small-scale experiment.

200. Winkler, R.L. (1971), "Probabilistic prediction: Some experimental results", *Journal of the American Statistical Association*, 66, 675–685. **S, EO, BY, A, O.** Winker studied the performance of individual and combined probability assessments regarding the outcomes of football games.

201. Winkler, R.L. (1981), "Combining probability distributions from dependent information sources", *Management Science*, 27, 479–488. **S, BY, T.** Winkler discusses the combination of probability distributions within a Bayesian framework. This work is based on Morris (1974, 1977) and Geisser (1965). A small example used sportswriters predictions of football point spreads.

202. Winkler, R.L., and Makridakis, S. (1983), "The combination of forecasts", *Journal of the Royal Statistical Society, Series A*, 146, 150–157. **F, TS, A, E.** The authors found that the best combinations were those that ignored correlations among errors. These weighted averages outperformed a simple average, but the differences in accuracy were small.

203. Winkler, R.L., Murphy, A.H., and Katz, R.W. (1977), "The consensus of subjective probability forecasts: Are two, three, ..., heads better than one?", *Preprint volume Fifth Conference on Probability and Statistics*, Nov. 15–18, 1977, Las Vegas, Nevada (American Meteorological Society, Boston, MA) 57–62. **F, S, A, M.** The authors present a variety of probability-consensus models and measure the performance of these models in terms of quadratic score for a set of probability forecasts. They also examine the impact of the number of forecasts included in the consensus. The simple average performed well compared to models based on past performance data, and performance improved in general as more forecasts were included in the consensus.

204. Wolfe, H.D. (1966), *Business Forecasting Methods* (Holt, Rinehart and Winston, New York). **F, RV.** Wolfe suggests an 'eclectic' approach of using more than one forecasting method and being sure that the methods are as independent as possible.

205. Wood, S. (1976), "Combining forecasts to predict property values for single-family residences", *Land Economics*, 52, 221–229. **A, O.** Wood shows how a two-forecast composite can be used to predict property values in a real estate appraisal model.

206. Zajonc, R.B. (1962), "A note on group judgments and group size", *Human Relations*, 15, 177–180. **P, RV** Zajonc reviews the early psychology literature on the aggregation of individual judgments.

207. Zarnowitz, V. (1967), "*An appraisal of short-term economic forecasts*" (National Bureau of Economic Research, New York). **F, A, E.** On pages 123–125, the author briefly discusses the superiority of the average of forecasts of GNP, comparing the average to the distribution of the individual forecasts.

208. Zarnowitz, V. (1984), "The accuracy of individual and group forecasts from business outlook surveys", *Journal of Forecasting*, 3, 11–26. **F, EO, A, E.** The author analyses con-

sensus forecasts from the ASA-NBER surveys. The combined forecasts resulted in substantial performance improvements.

209. Zarnowitz, V., and Lambros, L.A. (1987), "Consensus and uncertainty in economic prediction", *Journal of Political Economy*, 95, 591–621. **F, EO, A, E**. The authors used the NBER–ASA data to study the relationship between consensus and uncertainty. Is the degree of dispersion among forecasters indicative of greater forecast uncertainty? The evidence would indicate that there is at most a weak relationship between the two constructs (contrast these results with Einhorn's (1974) theory regarding consensus and expertise – see also Ashton, 1985).

# Exhibit QE–57

THE OR SOCIETY

The Combination of Forecasts
Author(s): J. M. Bates and C. W. J. Granger
Source: *OR*, Vol. 20, No. 4 (Dec., 1969), pp. 451-468
Published by: Operational Research Society
Stable URL: http://www.jstor.org/stable/3008764
Accessed: 09/10/2014 11:54

Your use of the JSTOR archive indicates your acceptance of the Terms & Conditions of Use, available at
http://www.jstor.org/page/info/about/policies/terms.jsp

JSTOR is a not-for-profit service that helps scholars, researchers, and students discover, use, and build upon a wide range of content in a trusted digital archive. We use information technology and tools to increase productivity and facilitate new forms of scholarship. For more information about JSTOR, please contact support@jstor.org.

*Operational Research Society* is collaborating with JSTOR to digitize, preserve and extend access to *OR*.

JSTOR®
http://www.jstor.org

This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

# The Combination of Forecasts

J. M. BATES and C. W. J. GRANGER
Department of Economics, University of Nottingham

Two separate sets of forecasts of airline passenger data have been combined to form a composite set of forecasts. The main conclusion is that the composite set of forecasts can yield lower mean-square error than either of the original forecasts. Past errors of each of the original forecasts are used to determine the weights to attach to these two original forecasts in forming the combined forecasts, and different methods of deriving these weights are examined.

## INTRODUCTION

OUR INTEREST is in cases in which two (or more) forecasts have been made of the same event. Typically, the reaction of most statisticians and businessmen when this occurs is to attempt to discover which is the better (or best) forecast; the better forecast is then accepted and used, the other being discarded. Whilst this may have some merit where analysis is the principal objective of the exercise, this is not a wise procedure if the objective is to make as good a forecast as possible, since the discarded forecast nearly always contains some useful independent information. This independent information may be of two kinds:

(i) One forecast is based on variables or information that the other forecast has not considered.

(ii) The forecast makes a different assumption about the form of the relationship between the variables.

The second case in particular does not necessarily lead to a situation in which a combined forecast improves upon the better individual forecast, though there are occasions when it can, as is shown in Section 1 of the Appendix.

It should be noted that we impose one condition on the nature of the individual forecasts, namely that they are unbiased. A set of forecasts that consistently overestimate the true values would, if combined with a set of unbiased forecasts, lead to forecasts which were biased; in all likelihood the combined forecasts would have "errors" rather larger than the unbiased forecasts. The first step therefore is to check that the individual sets of forecasts are unbiased, and if biased to correct for the average percentage (or absolute) bias.

Before the discussion of different ways in which forecasts could be combined, an empirical justification is given by making a crude combination of two forecasts. The forecasts chosen were of the international airline passenger data, for which (amongst others) Brown, and Box and Jenkins have made monthly forecasts for one period ahead. The forecasts are published in an article by Barnard,[1] who says, "the forecasting methods ... developed by Professor Box ...



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 596 of 759 PageID #: 2384


and Dr. (now Professor) Jenkins . . . have proved . . . so successful . . . that we are now searching for processes . . . (for which) it is possible to find alternative methods which forecast better". The combination illustrated is the arithmetic mean of the two individual forecasts, with Table 1 giving the details for 1953.

TABLE 1. ERRORS IN FORECASTS (ACTUAL LESS ESTIMATED) OF PASSENGER MILES FLOWN, 1953

| Month | Brown's exponential smoothing forecast errors | Box–Jenkins adaptive forecasting errors | Combined forecast ($\frac{1}{2}$ Brown + $\frac{1}{2}$ Box–Jenkins) errors |
|---|---|---|---|
| Jan | 1 | −3 | −1 |
| Feb. | 6 | −10 | −2 |
| March | 18 | 24 | 21 |
| April | 18 | 22 | 20 |
| May | 3 | −9 | −3 |
| June | −17 | −22 | −19·5 |
| July | −24 | 10 | −7 |
| Aug. | −16 | 2 | −7 |
| Sept. | −12 | −11 | −11·5 |
| Oct. | −9 | −10 | −9·5 |
| Nov. | −12 | −12 | −12 |
| Dec. | −13 | −7 | −10 |
| Variance of errors | 196 | 188 | 150 |

An enumeration of these and other forecasts of these data is made at a later stage. For the moment it may merely be noted that for the period 1951–60 the variance of errors in the three forecasts mentioned were 177·7 (Brown), 148·6 (Box–Jenkins), and 130·2 (combination with equal weights to each of the individual forecasts). Thus, even though Brown's forecasts had a larger variance than that of Box–Jenkins's forecasts, they were clearly of some value.

Work by Stone *et al.*[7] has made use of ideas rather similar to these, though their work related solely to making improved estimates of past national income figures for the U.K. and did not tackle forecasting problems.

## CHOICE OF METHOD FOR DETERMINING WEIGHTS

Though the combined forecast formed by giving equal weights to each of the individual forecasts is acceptable for illustrative purposes, as evidence accumulated one would wish to give greater weight to the set of forecasts which seemed to contain the lower (mean-square) errors. The problem was how best to do this. There are many ways of determining these weights, and the aim was to choose a method which was likely to yield low errors for the combined forecasts.

Our first thought for a method was derived in the following way. It was assumed that the performance of the individual forecasts would be consistent



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

over time in the sense that the variance of errors for the two forecasts could be denoted by $\sigma_1^2$ and $\sigma_2^2$ for all values of time, $t$. It was further assumed that both forecasts would be unbiased (either naturally or after a correction had been applied). The combined forecast would be obtained by a linear combination of the two sets of forecasts, giving a weight $k$ to the first set of forecasts and a weight $(1-k)$ to the second set, thus making the combined forecast unbiased. The variance of errors in the combined forecast, $\sigma_c^2$ can then be written:

$$\sigma_c^2 = k^2\sigma_1^2 + (1-k)^2\sigma_2^2 + 2\rho k\sigma_1(1-k)\sigma_2,$$

where $k$ is the proportionate weight given to the first set of forecasts and $\rho$ is the correlation coefficient between the errors in the first set of forecasts and those in the second set. The choice of $k$ should be made so that the errors of the combined forecasts are small: more specifically, we chose to minimize the overall variance, $\sigma_c^2$. Differentiating with respect to $k$, and equating to zero, we get the minimum of $\sigma_c^2$ occurring when:

$$k = \frac{\sigma_2^2 - \rho\sigma_1\sigma_2}{\sigma_1^2 - \sigma_2^2 - 2\rho\sigma_1\sigma_2}. \qquad (1)$$

In the case where $\rho = 0$, this reduces to:

$$k = \sigma_2^2/(\sigma_1^2 + \sigma_2^2). \qquad (2)$$

It can be shown that if $k$ is determined by equation (1), the value of $\sigma_c^2$ is no greater than the smaller of the two *individual* variances. The algebra demonstrating this is recorded in Section 2 of the Appendix.

The optimum value for $k$ is not known at the commencement of combining forecasts. The value given to the weight $k$ would change as evidence was accumulated about the relative performance of the two original forecasts. Thus the combined forecast for time period $T$, $C_T$, is more correctly written as:

$$C_T = k_T f_{1,T} + (1-k_T) f_{2,T},$$

where $f_{1,T}$ is the forecast at time $T$ from the first set and where $f_{2,T}$ is the forecast at time $T$ from the second set.

Equations (1) and (2) are used as a basis for some of the methods that follow shortly. Thought, however, was given to the possibility that the performance of one of the forecasts might be changing over time (perhaps improving) and that a method based on an estimate of the error variance since the beginning of the forecasts might not therefore be appropriate. In consequence we have also constructed two methods which give more weight to recent errors than to those of the past (see methods (iii) and (iv) below).

## DESIRABLE PROPERTIES OF METHODS

Good methods (defined by us as those which yield low mean-square forecast error) are likely to possess properties such as:



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

(a) The average weight of $k$ should approach the optimum value, defined by (1), as the number of forecasts increased—provided that the performance of the forecasts is stationary.

(b) The weights should adapt quickly to new values if there is a lasting change in the success of one of the forecasts.

(c) The weights should vary only a little about the optimum value.

This last point is included since property (a) is not sufficient on its own. If the optimum value for $k$ is 0·4, one may still obtain poor combined forecasts if $k$ takes two values only, being 0 on 60 per cent of occasions and 1·0 on the remaining 40 per cent.

In addition to these properties, there has been an attempt to restrict methods to those which are moderately simple, in order that they can be of use to businessmen.

Five methods have so far been examined, and in each of them the combined forecast at time $T$, $C_T$, has been derived from giving a weight $k_T$ to the forecast for time $T$ from the first set and a weight $1-k_T$ to the second forecast for time $T$; the weights $k_T$ have in all cases been determined from past (known) errors of the two series denoted as $e_{1,1}, e_{1,2}, \ldots, e_{1,T-1}$ and $e_{2,1}, e_{2,2}, \ldots, e_{2,T-1}$, except for $k_1$ which has been arbitrarily chosen as 0·5 for all methods.

The methods are:

(i) Let us denote $\sum_{t=T-v}^{T-1}(e_{2,t})^2$ by $E_2$, and a similar summation of the first set of forecast errors by $E_1$. Then:

$$k_T = \frac{E_2}{E_1+E_2}.$$

(ii) $$k_T = xk_{T-1}+(1-x)\frac{E_2}{E_1+E_2},$$

where $x$ is a constant of value between zero and one.

(iii) Let us denote $\sum_{t=1}^{T-1} w^t(e_{2,t})$ by $S_2^2$. $w$ is seen to be a weight, which for $w>1$ gives more weight to recent error variances than to distant ones.

$$k_T = \frac{S_2^2}{S_1^2+S_2^2}.$$

(iv) Let us denote the weighted covariance by $C$, where:

$$C = \sum_{t=1}^{T-1} w^t e_{1,t} e_{2,t},$$

$$k_T = \frac{S_2^2-C}{S_1^2+S_2^2-2C}.$$

(v) $$k_T = xk_{T-1}+(1-x)\frac{|e_{2,T-1}|}{|e_{1,T-1}|+|e_{2,T-1}|}.$$



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

The differences between methods are not the only factors, and suitable choice of the parameters, $v$, $x$ and $w$, are also of importance. Despite this, our presentation concentrates upon the differences between the various methods, since we would expect these to be the more important.

It is pertinent to note that method (v) fails to satisfy criterion (a). It scores well on criteria (b) and (c), and for combining forecasts which are almost equally good it does very well. However, since it underestimates the weight to give to the better forecast it is to some extent an unsatisfactory method. A further disadvantage is that the weight $k_t$ is as much affected by a given ratio arising from two small errors in the individual forecasts as it is from the ratio arising from two large errors. Thus if past errors have averaged 10, $k_t$ will be just as much altered if $e_{1,t-1} = 0{\cdot}01$ and $e_{2,t-1} = 0{\cdot}02$ as if the errors were 10 and 20. None of the other methods need suffer from this disadvantage. Further, they all satisfy criterion (a), though some may not be so obviously satisfactory in respect of criterion (b). It is perhaps easier to comment further on the methods after referring to empirical work undertaken.

## PERFORMANCE OF DIFFERENT METHODS

The empirical work undertaken so far has been rather limited, in that we have examined forecasts only of the airline passenger data referred to above. To reach definite conclusions about most of the methods is therefore impossible. There are, however, a number of tentative conclusions that do emerge.

Five forecasts of the airline passenger data have been examined, all being monthly forecasts, made for one-period ahead. In addition to those of Brown and Box–Jenkins for the years 1951–60, there are a set of forecasts prepared by P. J. Harrison for the years 1954–9 and two sets of forecasts for 1951–60 prepared by one of us. Those prepared by Harrison are similar to the "Seatrend" ones published by him in *Applied Statistics*,[5] the sole difference being that the present forecasts are based on three parameters as opposed to two for the published ones. The two forecasts made by ourselves are referred to as the Constant Seasonal and the Changing Seasonal forecasts. The basis of both forecasts concerns two stages, the first being the estimation of a simple seasonal component which, together with the summation of data for recent months, is used to make a crude forecast for the next month. The second step is to "correct" this crude forecast by utilizing information of the last month's crude forecast error. The only difference between the two forecasts is that the Changing Seasonal forecast analyses if the seasonal components are changing over the years, and if so makes some allowance before deriving crude forecasts. The two forecasts are described more fully in another article.[2]

Since Brown's "exponential smoothing" and Box–Jenkins's "adaptive forecasting" methods are fairly familiar to readers, the results of combining these two forecasts will be described first. The Brown forecasts are obtained by



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 600 of 759 PageID #: 2388



analysing data from 1948 onwards, fitting a first-order harmonic as an estimate of the seasonal, and then making estimates of the level and trend factors in the usual exponential smoothing way. For details consult Harrison.[5] The Box–Jenkins forecasts are derived from forecasting 12-monthly moving sums, 11 months of which are known. The forecast for the sum of 12 months ending in month $T$, $F_T$, is dependent upon the forecast error in $F_{T-1}$, the change in error between $F_{T-2}$ and $F_{T-1}$ and the sum of all past errors. For general details of the method consult Box and Jenkins.[3]

The overall variances of the two individual forecast errors were 177·7 and 148·6; together with a correlation coefficient of 0·60, this implied that a value of $k = 0{\cdot}39$ throughout [see equation (1)] would lead to an optimal combined forecast if the ratio of the two individual forecast error variances were constant throughout the whole period. Equation (2), which takes no account of the correlation between the two sets of errors, gives $k = 0{\cdot}46$. Using $k = 0{\cdot}46$ would lead to combined forecasts not quite as good, but which might be thought to be the likely lower limit for methods (i)–(iii) and (v).

The results for combining different methods are recorded in Table 2, both for the absolute errors and the proportionate errors. In many ways the use of proportionate errors is a more appropriate measure, since both the mean and the absolute errors increase considerably over time, but it is to be noted that both these forecasts were prepared from an analysis based on absolute figures.†

It may be noted that all the methods except the fourth were capable (with appropriate choice of parameters) of yielding forecasts which were better than the ones thought to be "optimal". This is indeed surprising, since the value of the constant weights is calculated using the sum of error variances for all 10 years: in other words, the forecasts derived from the constant weights have been possible only by the use of hindsight. In contrast, each of the five methods used only past errors in making a combined forecast for any period. Why does this result occur? The absolute errors of Brown's set of forecasts were not consistently higher than Box–Jenkins's in the ratio 177·7 : 148·6 for all time periods. At times the Brown forecasts were good, and if the forecast error at time $t$ was small it was likely that the error in month $t+1$ would also be small; if, however, there was a change in trend, Brown's exponentially smoothed forecast not only failed to discern it immediately (as is inevitable), but took some time before it fully corrected for it. In consequence Brown's forecast errors are highly serially correlated, yielding a Durbin–Watson statistic of 0·83 for the period 1951–60, a value which is significant at the 1 per cent level. In addition, the seasonal model assumed by Brown fails adequately to reflect the seasonal pattern at certain times of the year. These two reasons are partly responsible for the success of the methods in yielding lower forecast errors than

† In contrast it is interesting to note that a more recent set of forecasts by Box, Jenkins and Bacon are based on the logarithms of the data. The basis for deriving these forecasts is published in a book edited by Harris.[4] The error variance of these forecasts is 160.



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 601 of 759 PageID #: 2389



TABLE 2. OVERALL VARIANCES OF FORECAST ERRORS, 1951–60

| Forecasts | | Weight constant throughout | | Weights varying according to method | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (i) | | (ii) | | | (iii) | | (iv) | | (v) | |
| | | Wt. | Variance | $v$ | Var. | $v$ | $x$ | Var. | $w$ | Var. | $w$ | Var. | $x$ | Var. |
| | | | | 1 | 125·6 | 1 | −0·3 | 123·3 | 1 | 130·9 | 1 | 134·1 | −0·3 | 125·1 |
| | | | | 2 | 127·1 | 1 | 0 | 125·7 | 2 | 125·5 | 2 | 131·0 | 0 | 126·0 |
| Brown | 178 | 0·39 | 128·6 | 3 | 129·2 | 1 | 0·6 | 129·2 | 3 | 125·6 | 3 | 134·2 | 0·6 | 128·7 |
| Box–Jenkins | 149 | 0·16 | 129·2 | 6 | 128·8 | 7 | −0·6 | 122·2 | | | | | 1 | 130·2 |
| | | | | 12 | 130·8 | 7 | 0 | 125·7 | | | | | | |
| | | | | | | 7 | 0·2 | 127·5 | | | | | | |
| $r = 0{\cdot}60$ | | | | | | | | | | | | | | |
| *Percentage errors:* | | | | | | | | | | | | | | |
| | | | | 1 | 14·3 | 1 | 0 | 14·4 | 1 | 14·4 | 1 | 14·6 | 0·3 | 14·3 |
| Brown | 19·1 | 0·47 | 14·23 | 2 | 14·7 | 1 | 0·25 | 14·2 | 1·5 | 14·1 | 1·5 | 15·0 | 0·3 | 14·18 |
| Box–Jenkins | 16·7 | 0·42 | 14·19 | 3 | 14·4 | 1 | 0·5 | 14·2 | 2 | 14·1 | 2 | 15·0 | 0·6 | 14·2 |
| | | | | 6 | 14·16 | 7 | 0 | 14·1 | 2·5 | 14·2 | 2·5 | 15·2 | 1 | 14·3 |
| | | | | 12 | 14·3 | 7 | 0·2 | 14·2 | | | | | | |

*Note*: Starting values are $k_1 = 0{\cdot}5$ everywhere.

For methods (i)–(iv) $k_2$ was usually taken as the average of $k_1$ and the value suggested by the strict application of the methods as described above. Reasons for this are discussed in the next section.



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 602 of 759 PageID #: 2390


would have resulted from the weight $k$ being constant throughout; they may also help to explain the success of parameters which enable the weight to be determined by the most recent error only (see, in particular, method (1) for the absolute errors). This phenomenon one would expect to be the exception rather than the rule perhaps, since an *average* of recent forecast errors would normally be regarded as a more reliable measure of "error" than the last forecast error.

The poor performance of method (iv) deserves some comment. The weighted correlation coefficient often becomes very high for high values of $w$ and can result in $k$ becoming 0 or 1, thus failing to meet desired property (c) (values of $k$ should vary only slightly about the average value). This method tends therefore to score badly when positive serial correlation of residuals is present in one of the forecast errors, since the weight $w$ would best be high in computing $S_2^2/(S_1^2+S_2^2)$, but is best rather lower for computing $C$. If the nature of forecast errors is such that serial correlation of residuals is observed or expected, then method (iv) should either not be used or be altered to something similar to:

$$k_T = \frac{S_2^2 - zC}{S_1^2 + S_2^2 - 2zC},$$

where $0 \leqslant z \leqslant 1$. One crude possibility might be to make $z = 1/w$.

The results for the combination of Brown and Box–Jenkins forecasts are somewhat untypical, and it is appropriate to examine the results for other combined forecasts. The principal features of the individual forecasts are given in Section 4 of the Appendix, together with the results for different combinations of forecasts (see Tables A3 and A4). There are five noteworthy features of these results. First, there is little to choose between the performance of the different methods of generating the weights $k_t$. Second, with one exception the combined forecasts have considerably lower error variance than the better of the individual forecasts used in the combination. The one exception is for the combination of the Constant and Changing forecasts, where the Changing forecast is based entirely on the same estimate of the seasonal as the Constant *except* for an allowance for a changing seasonal pattern partway through the period (1956). In all other respects these two forecasting methods are identical. Third, optimal values for the parameter $x$ are not always found to be positive. This occurs in the combination of Brown and Changing forecasts, and also, rather surprisingly, in method (ii) for combining Box–Jenkins with both Constant and Changing. Our surprise exists because it cannot be explained by the presence of serial correlation of residuals, since none exists in any of the original series. Interestingly enough, the optimal values for $x$ are positive for all combinations with the Harrison forecasts. Fourth, in contrast to the results obtained in combining Brown's and Box–Jenkins's forecasts, an average of a number of past errors is often a better measure of "error" than the last error only. Fifth, in methods (iii) and (iv) "high" values of $w$ are often found to perform better than low



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

values. Few people with experience of use of "discount" factors ($=1/w$) would expect that $w \geqslant 2$ would perform well.

Where these oddities occur, there might be a temptation to lay the blame on the original forecasts, saying that these forecasts possess certain undesirable features, rather than attribute the oddities to characteristics of the methods. This, however, would be unconstructive. The objective is to devise robust methods for combining different forecasts. There is no reason to believe that the forecasts examined are untypically poor; quite the contrary indeed! The purpose in commenting upon the characteristics of the original forecasts is to see if it is possible to learn why the methods for combining forecasts do well or badly; analysis of, and speculation about, the reasons for the performances observed may well add useful information to that derived from a listing of the empirical results. (We hope soon to add to the empirical results by examining forecasts made for other variables.) In general, then, the objective is to discover a robust method which will combine satisfactorily the forecasts that exist, whatever their characteristics; further, it is not to be expected that the characteristics of these forecasts will always be known—hence the need for robustness.

## MINOR MODIFICATIONS TO METHODS

One modification is a delay in giving full weight to methods (i) to (iv). The results given in the above section and in the Appendix use weights for time period $t=2$ which are in most cases an arithmetic average of the weight suggested by the method and a weight of 0·5. The reason is that the methods are able to use only one error for each forecast and are therefore likely to give unreliable estimates of the errors to be expected for each series. In the third part of the Appendix is shown the distribution of:

$$\frac{\sum_t (e_{2,t})^2}{\sum_t (e_{2,t})^2 + \sum_t (e_{1,t})^2},$$

that is obtained when two sets of sample errors are taken from populations having the same variance, which itself is unchanging over time. It can be seen that the 95 per cent limits are very different from 0·5 for small sample sizes.

Though the results quoted here are for weights modified in time period 2 only, it is possible to modify the weights for a number of time periods up to time period $A$, say, which may be chosen arbitrarily. An appropriate formula for this might be:

$$k_T = \left(\frac{T-1}{A}\right) 0{\cdot}5 + \frac{A-(T-1)}{A}\hat{k}_T, \quad \text{for } T-1 \leqslant A,$$

where $\hat{k}_T$ is the value of $k_T$ derived from the straightforward application of the method.



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 604 of 759 PageID #: 2392


A second minor modification was to restrict $k_t$ to lie between 0 and 1. "Likely" (i.e. positive) values of the parameters would not generate values of $k_t$ outside this range, but negative values of $x$ have been examined in methods (ii) and (v). The restriction on the $k_t$'s is then deemed advisable. The unfortunate effect of a negative weight for $k_t$ is easily imagined; if two forecasts are 80 and 100 and the respective weights are $-1$ and $+2$ the combined forecast is 120.

## COMBINING FORECASTS FROM THE OUTSET

Section 4 has given results of combining forecasts using different methods and using different values of the parameters $x$, $w$ and $v$. In a forecasting situation, one has the problem of choosing from the outset the method by which the forecasts will be combined and the parameters of the method.

One simple way of proceeding would be the following:

(a) $k_1$ (the weight given to the first forecast in period 1) $= 0{\cdot}5$ unless there is good reason to believe that one forecast is superior to the other.

(b) Use method (i) to determine weights for $k_2, k_3, \ldots, k_6$, summing $\sum_{t=t-v}^{t-1}(e_{2,t})^2$ and $\sum(e_{1,t})^2$ over as many terms as exist. For $k_1$ and beyond, sum $\sum(e_{2,t})^2$ and $\sum(e_{1,t})^2$ over the last six terms only.

The choice of the method to use is somewhat arbitrary. We have made our choice on grounds of simplicity. In so far as we have any evidence of its performance, method (i) is not obviously inferior to the others. Table A5 of the Appendix records the rankings of the performance of the different methods on combining the airline forecasts. Method (ii) also scores well, but involves the choice of an additional parameter, a choice not easy to make. The recommendation to sum over the last six terms is based partly on the performance of $v = 6$ (see Tables A3 and A4).

There are other possibilities which are likely to yield satisfactory results, one such being the use of method (iii) with $w = 1{\cdot}5$ or 2. It is, however, doubtful whether there is much improved performance in any of these other possibilities, none of which are quite as easy to administer.

The suggestion made above must be regarded as tentative until further work has been done.

## COMMENTS

It seems appropriate to emphasize what is our methodology in this work. The methods suggested utilize observed errors of the forecasts and are to this extent purely automatic; at no stage is an attempt made to analyse the reasons for errors in either set of individual forecasts, nor has any assumption been made about the underlying model of the time series. Such work is properly the responsibility of the initial forecaster(s). A moment's reflection will reveal why this is so, and why it would be fruitless to attempt to build a model of the way



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

an economic time series is generated in order to derive the theory of how to combine forecasts. If a model of a time series can be accurately specified then it is possible to derive individual forecasts which could not be bettered. The combining of forecasts would have no part to play in such a situation. This is further commented upon at the end of Section A2 of the Appendix. Whether such a state is commonly achieved is left to the reader to judge.

There may, however, be some point in analysing certain characteristics of the initial forecast errors, since there is some suggestion that these characteristics have some effect on the relative performance of the different methods of combining, and quite considerable effect on the relative performance of different parameters within any given method. It would be unwise to base general conclusions on results only for airline passenger tickets sold, but the presence of serial correlation of residuals in one of the initial forecasts may well have implications for the choice of parameters and also may require modifications to at least one of the methods.

Finally, there may be some use in comparing individual forecasts with the combined forecast. A combined forecast with a significantly lower error variance than either individual forecast implies that the models used for the individual forecasts are capable of some improvement. One may thus obtain hints of a truer model which would be of analytic value. It should be noted, however, that this "truer model" may be of two kinds; it may be a basically different model incorporating a new variable or a different treatment of a variable, or it may be simply an acknowledgement of non-stationarity of the parameters of the model.

## CONCLUSIONS

A number of methods of combining two sets of forecasts have been presented, and it is to be noted that, providing the sets of forecasts each contain some independent "information", the combined forecasts can yield improvements.

One unexpected conclusion is that, though the methods suggested for combining forecasts allow the weights to change, this can often lead to better forecasts than those that would have resulted from the application of a constant weight determined *after* noting all the individual forecast errors.

Finally, though the comments in this paper have related solely to combining two forecasts, there is every reason to combine more than two forecasts (where they exist). Work at Nottingham is now being directed towards operational ways of doing this.

## REFERENCES

[1] G. A. Barnard (1963) New methods of quality control. *Jl R. statist. Soc.* **A 126**, 255.
[2] J. M. Bates (1970) A short-term forecasting method for seasonal data. (To be published.)
[3] G. E. P. Box and G. M. Jenkins (1962) Some statistical aspects of adaptive optimization and control. *Jl R. statist. Soc.* **B 24**, 297.



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 606 of 759 PageID #: 2394



[4] G. E. P. Box, G. M. Jenkins and D. W. Bacon (1967) Models for forecasting seasonal and non-seasonal time series. In *Spectral Analysis of Time Series*, p. 271 (Ed. B. Harris). John Wiley, New York.
[5] P. J. Harrison (1965) Short-term sales forecasting. *Appl. Statist.* **XIV**, 102.
[6] M. G. Kendall and A. Stuart (1961) *The Advanced Theory of Statistics*, Vol. II, pp. 18, 19. Griffin, London.
[7] R. Stone, D. G. Champernowne, and J. E. Meade (1942) The precision of national income estimates. *Rev. Econ. Stud.* **9**, 111.

## APPENDIX

### A1. *Combining an arithmetic and a logarithmic forecast*

As an example of the usefulness of combining forecasts, we give below arithmetic and logarithmic forecasts of the output indices for the gas, electricity and water sector. Column 2 gives the indices, with 1958 = 100, as published in *National Income and Expenditure*, 1966. The third column records linear forecasts made in the following way. The forecast for year $t$ is made by extrapolating the regression line formed by a least-squares fit of the actual figures for 1948 until the year $t-1$. The fourth column records the logarithmic, or exponential, forecasts obtained from fitting equations of the form log (output) $= a+b$ (time), once again utilizing actual figures for all previous years back to 1948.

Table A1. Individual forecasts of output indices for the gas, electricity and water sector

| Year | Actual index (1958 = 100) | Linear forecast | Exponential forecast |
|---|---|---|---|
| 1948 | 58 | | |
| 1949 | 62 | | |
| 1950 | 67 | 66 | 66·3 |
| 1951 | 72 | 71·3 | 71·9 |
| 1952 | 74 | 76·5 | 77·4 |
| 1953 | 77 | 79·2 | 80·3 |
| 1954 | 84 | 81·9 | 83·2 |
| 1955 | 88 | 89·0 | 88·6 |
| 1956 | 92 | 91·6 | 93·7 |
| 1957 | 96 | 96·0 | 98·5 |
| 1958 | 100 | 100·2 | 103·2 |
| 1959 | 103 | 104·3 | 107·8 |
| 1960 | 110 | 108·1 | 112·1 |
| 1961 | 116 | 112·9 | 117·4 |
| 1962 | 125 | 118·0 | 123·3 |
| 1963 | 133 | 124·2 | 130·2 |
| 1964 | 137 | 130·9 | 137·8 |
| 1965 | 145 | 137·0 | 145·0 |
| Sum of squared errors | | 263·2 | 84·2 |



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 607 of 759 PageID #: 2395


The results for combining forecasts in different ways are:

| Weight constant throughout | | Weights varying according to method | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (i) | | (ii) | | | (iii) | | (iv) | | (v) | |
| Wt. | Sum of squares | $v$ | S. of sq. | $v$ | $x$ | S. of sq. | $w$ | S. of sq. | $w$ | S. of sq. | $x$ | S. of sq. |
| 0·16 | 77·3 | 1 | 44·7 | 1 | 0 | 44·6 | 1 | 101·1 | 1 | 101·5 | 0 | 54·7 |
| 0·5 | 106·6 | 2 | 55·7 | 1 | 0·2 | 50·4 | 1·5 | 74·8 | 1·5 | 69·6 | 0·2 | 60·3 |
| | | 3 | 76·0 | 1 | 0·4 | 60·5 | 2 | 64·1 | 2 | 58·7 | 0·5 | 77·5 |
| | | 6 | 101·3 | | | | | | | | | |
| | | 10 | 97·8 | | | | | | | | | |

Certain features are worthy of note. First, a constant weight of 0·16 (or indeed anything between just above zero and $\frac{1}{3}$) can yield a lower sum of squared errors than the exponential forecast on its own; despite this there is the possibility of obtaining a higher sum of squared errors as is shown by the application of the constant weight of 0·5. Second, the methods which allow the weights to vary according to recent forecast errors can yield considerable improvements upon the optimum constant weight; given the nature of the individual forecasting methods, such a result is perhaps not altogether surprising.

The example has shown that combining forecasts of linear and exponential forecast can be profitable. A word of warning is, however, necessary here. One should not assume that combining two forecasts is bound to yield an improvement upon the better of the two individual forecasts. Many of the output indices for other sectors of the economy are so clearly following an exponential trend that the best that one can achieve by a combined forecast is to give all the weight to the exponential forecast.

### A2. *The relationship between the combined forecast variance and the variances of the original forecast errors*

The combined forecast at time $t$, $C_t$, is derived from giving a weight $k$ to the "first" forecast and a weight $(1-k)$ to the "second" forecast. If the variance of errors for these two forecasts can be correctly denoted as $\sigma_1^2$ and $\sigma_2^2$ for all time periods, and if both forecasts are unbiased, then the optimum value for $k$ is given by:

$$k = \frac{\sigma_2^2 - \rho\sigma_1\sigma_2}{\sigma_1^2+\sigma_2^2-2\rho\sigma_1\sigma_2}. \qquad (1)$$

Under these assumptions (stationarity and unbiasedness), the variance of the combined forecast errors, $\sigma_c^2$, becomes:

$$\sigma_c^2 = \frac{\sigma_1^2\sigma_2^2(1-\rho^2)}{\sigma_1^2+\sigma_2^2-2\rho\sigma_1\sigma_2}.$$



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

Then:

$$\sigma_c^2 - \sigma_1^2 = \frac{\sigma_1^2(\sigma_1 - \rho\sigma_2)^2}{(\sigma_1 - \rho\sigma_2)^2 + \sigma_2^2(1-\rho^2)},$$

which is clearly $\geqslant 0$.

Hence $\sigma_c^2$ is not less than $\sigma_1^2$, nor (by symmetry) $\sigma_2^2$.

The combined forecast yields a big improvement in all cases except where the individual forecasts are almost equally good and are highly correlated ($\rho$ close to unity). It is only fair to note that this may well be a common occurrence.

If the larger variance is denoted by $\sigma_2^2$, then $\sigma_2^2$ can be re-written as $a \, . \, \sigma_1^2$, where $a \geqslant 1$. It should also be noted that if $\rho = 1/\sqrt{a}$, $\sigma_c^2 = \sigma_1^2$. In particular, if $\sigma_1^2$ is the minimum variance unbiased forecast then $\rho$ can be shown to be equal to $1/\sqrt{a}$ and hence no improvement is possible in this case by combining the individual forecasts. For details see Kendall and Stuart.[6] There, denoting the efficiency of each forecast (i.e. the variance of each forecast relative to the minimum variance forecast) by $E_1$ and $E_2$, $\rho$ is shown to be bounded by:

$$\sqrt{E_1 E_2} \pm \sqrt{(1-E_1)(1-E_2)}.$$

It is to be noted that $\rho > 0$ if $E_1 + E_2 > 1$.

### A3. *The distribution of* $\sum(e_{2,t}^2)/[\sum(e_{2,t}^2) + \sum(e_{1,t}^2)]$

TABLE A2. CHARACTERISTICS OF THE STATISTIC $s_2^2/(s_2^2 + s_1^2)$

| Sample size $n$ | S.E. | Confidence limits 95 % Lower | 95 % Upper | 99 % Upper |
|---|---|---|---|---|
| 1 | 0·354 | 0·006 | 0·994 | 0·9998 |
| 2 | 0·289 | 0·050 | 0·950 | 0·990 |
| 3 | 0·250 | 0·097 | 0·903 | 0·967 |
| 4 | 0·224 | 0·135 | 0·865 | 0·941 |
| 5 | 0·204 | 0·165 | 0·835 | 0·916 |
| 6 | 0·189 | 0·189 | 0·811 | 0·894 |
| 7 | 0·177 | 0·209 | 0·791 | 0·875 |
| 8 | 0·167 | 0·225 | 0·775 | 0·858 |
| 12 | 0·139 | 0·271 | 0·729 | 0·806 |
| 24 | 0·100 | 0·336 | 0·664 | 0·727 |

These results only relate to the case in which two independent samples are taken from normal distributions: for many types of non-normal distribution the confidence limits would be even wider. The chief point of note is the magnitude of the likelihood of getting values of the statistic close to zero or one for small samples, even when taken from populations with equal variance: for small samples a value close to zero or one is not indicative of a difference between the population error variances.



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

If two samples (of errors) are taken from normally distributed populations both having zero mean and the same variance then:

$$\sum_{t=-n}^{-1}(e_{2,t}^2)\Bigg/\left[\sum_{-n}^{-1}(e_{2,t}^2)+\sum_{-n}^{-1}(e_{1,t}^2)\right]=\frac{F}{1+F},$$

where $F$ is the $F$ statistic.

If we put $X = F/(1+F)$ then the probability that the value of $X$ will fall in the internal $(x, x+\mathrm{d}x)$ is given by:

$$\mathrm{d}P=\frac{x^{\frac{1}{2}(n-2)}(1-x)^{\frac{1}{2}(n-2)}}{B(\frac{1}{2}n,\frac{1}{2}n)}\,\mathrm{d}x \tag{3}$$

Equation (3) is a beta distribution, with an expected value, or mean, of 0·5 and a standard error of $1/[2\sqrt{(n+1)}]$. Recorded below are the standard errors and the 95 and 99 per cent confidence limits for the distribution for a number of different values of $n$.

A4. *Results of combining forecasts of the airline passenger data*

The empirical work in this paper relates to combining forecasts made of the sales of airline passenger tickets. Five individual forecasts have been used: the forecasts and their principal features are:

*Brown*. An exponentially smoothed forecast. The residuals are serially correlated. The estimates of some of the seasonal components are subject to some error.

*Box–Jenkins*. No short-term serial correlation of errors. Avoids a direct estimate of the seasonal components by forecasting 12-monthly totals, thus introducing a slight negative correlation of error in month $t$ with month $t-12$.

*Harrison*. Some short-term serial correlation of errors. Good seasonal estimates; changing seasonal factors.

*Constant*. No short-term serial correlation. "Constant" crude seasonals fitted. Since the data exhibit definite changes in the seasonal proportions, this results in positive serial correlation of month $t$ with month $t-12$.

*Changing*. No serial correlation. Changing crude seasonal factors estimated.

Detailed results for different pairings of forecasts are given in Tables A3 (1951–60) and A4 (1954–9 only).

The performance of the different methods is summarized in Table A5 which records their rankings as judged by the "best" choice of parameters, a rank of 1 indicating the best performance. The ranks for 1951–60 are recorded without brackets, for 1954–9 only with brackets.



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

TABLE A3. OVERALL VARIANCES OF FORECAST ERRORS, 1951–60

| Forecasts | Weight constant throughout | | Weights varying according to method | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (i) | | (ii) | | | (iii) | | (iv) | | (v) | |
| | Wt. | Variance | $v$ | Var. | $v$ | $x$ | Var. | $w$ | Var. | $w$ | Var. | $x$ | Var. |
| Brown 178 | | | 1 | 156 | 1 | 0·4 | 153 | 1 | 152 | 1 | 156 | 0 | 153 |
| Constant 174 | 0·48 | 151 | 3 | 152 | 1 | 0·6 | 151 | 1·5 | 153 | 1·5 | 165 | 0·3 | 151 |
| $r = 0·71$ | | | 6 | 155 | 1 | 0·8 | 152 | 2 | 154 | 2 | 170 | 0·6 | 150 |
| | | | 12 | 154 | 3 | 0·4 | 152 | | | | | 1 | 151 |
| | | | | | 3 | 0·6 | 153 | | | | | | |
| Brown 178 | | | 1 | 125 | 1 | −1·5 | 114 | 1 | 127 | 1 | 128 | −1 | 115 |
| Changing 133 | 0·30 | 123 | 3 | 127 | 1 | 0 | 125 | 1·25 | 123 | 1·25 | 126 | 0 | 125 |
| $r = 0·65$ | | | 6 | 122 | 1 | 0·3 | 127 | 1·5 | 122 | 1·5 | 128 | 0·3 | 127 |
| | | | 12 | 125 | 7 | −1 | 117 | 2 | 123 | | | 0·6 | 127 |
| | | | | | 7 | 0 | 122 | | | | | 1 | 128 |
| Constant 174 | | | 1 | 141 | 1 | 0 | 141 | 1 | 144 | 1 | 146 | 0 | 142 |
| Box–Jenkins 149 | 0·32 | 142 | 2 | 138 | 1 | 0·3 | 141 | 2 | 141 | 2 | 143 | 0·2 | 142 |
| $r = 0·79$ | | | 3 | 142 | 2 | 0 | 138 | 3 | 140 | 3 | 143 | 0·4 | 143 |
| | | | 12 | 143 | 2 | 0·4 | 141 | 4 | 140 | 4 | 145 | 1 | 144 |
| Changing 133 | | | 1 | 123 | 1 | 0 | 123 | 1 | 129 | 1 | 131 | 0 | 124 |
| Box–Jenkins 149 | 0·66 | 128 | 3 | 125 | 1 | 0·3 | 123 | 2 | 125 | 2 | 124 | 0·2 | 124 |
| $r = 0·83$ | | | 6 | 129 | 1 | 0·6 | 126 | 3 | 124 | 3 | 125 | 0·4 | 125 |
| | | | 12 | 130 | 7 | −1 | 128 | 4 | 124 | | | 0·6 | 127 |
| | | | | | 7 | 0 | 129 | | | | | | |
| Changing 133 | | | 1 | 153 | 1 | 0 | 153 | 1 | 143 | 1 | 135 | 0 | 149 |
| Constant 174 | 1·00 | 133 | 3 | 144 | 1 | 0·3 | 149 | 1·2 | 142 | 1·2 | 137 | 0·4 | 147 |
| $r = 0·88$ | | | 6 | 141 | 1 | 0·9 | 144 | 1·5 | 142 | 1·3 | 138 | 0·8 | 145 |
| | | | 12 | 141 | 7 | 0 | 141 | 2 | 143 | 1·5 | 140 | 1 | 144 |
| | | | | | 7 | 0·7 | 141 | | | | | | |



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 611 of 759 PageID #: 2399



TABLE A4. OVERALL VARIANCES, 1954–9 ONLY

| Forecasts | | Weight constant throughout | | Weights varying according to method | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (i) | | (ii) | | | (iii) | | (iv) | | (v) | |
| | | Wt. | Variance | $v$ | Var. | $v$ | $x$ | Var. | $w$ | Var. | $w$ | Var. | $x$ | Var. |
| | | | | 1 | 121 | 1 | 0 | 121 | 1 | 125 | 1 | 128 | 0 | 119 |
| Brown | 170 | 0·32 | 122 | 2 | 113 | 1 | 0·5 | 113 | 1·2 | 117 | 1·2 | 113 | 0·4 | 115 |
| Harrison | 130 | | | 3 | 116 | 1 | 0·6 | 114 | 1·4 | 117 | 1·4 | 113 | 0·5 | 116 |
| | | | | 6 | 121 | 2 | 0 | 113 | | | | | | |
| | | | | 12 | 119 | 2 | 0·6 | 115 | | | | | | |
| | | | | 1 | 118 | 1 | 0·6 | 110 | 1 | 107 | 1 | 110 | 0 | 113 |
| | | | | 2 | 111 | 1 | 1 | 107 | 1·4 | 107 | 1·3 | 108 | 0·6 | 109 |
| Harrison | 130 | 0·43 | 106 | 3 | 106 | 7 | 0 | 106 | 1·8 | 107 | 1·6 | 114 | 1 | 107 |
| Box–Jenkins | 119 | | | 6 | 106 | 7 | 0·3 | 106 | | | | | | |
| $r = 0·68$ | | | | 12 | 108 | 7 | 0·6 | 107 | | | | | | |
| | | | | 1 | 126 | 1 | 0·3 | 117 | 1 | 110 | 1 | 118 | 0 | 116 |
| | | | | 2 | 118 | 1 | 0·6 | 109 | 1·15 | 110 | 1·1 | 122 | 0·6 | 107 |
| Constant | 152 | 0·42 | 107 | 3 | 112 | 1 | 0·9 | 106 | 1·3 | 111 | 1·2 | 125 | 0·9 | 106 |
| Harrison | 130 | | | 6 | 114 | 2 | 0·8 | 105 | | | | | | |
| $r = 0·52$ | | | | 12 | 109 | 2 | 0·9 | 105 | | | | | | |
| | | | | 1 | 104 | 1 | 0·3 | 103 | 1 | 105 | 1 | 112 | 0 | 102 |
| | | | | 2 | 102 | 1 | 0·6 | 102 | 1·15 | 105 | 1·15 | 114 | 0·4 | 101 |
| Changing | 116 | 0·59 | 102 | 3 | 103 | 1 | 1 | 103 | 1·3 | 106 | 1·3 | 115 | 0·8 | 102 |
| Harrison | 130 | | | 12 | 106 | 2 | 0 | 103 | | | | | | |
| $r = 0·67$ | | | | | | 2 | 0·6 | 103 | | | | | | |



This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 612 of 759 PageID #: 2400



It is to be noted that though the ranks for 1954–9 are often the same as for 1951–60, there are some considerable changes. The results should therefore be interpreted with some caution.

TABLE A5. PERFORMANCE RANKINGS OF METHODS

| Combination of forecasts | Method | | | | |
|---|---|---|---|---|---|
| | (i) | (ii) | (iii) | (iv) | (v) |
| Brown and Box–Jenkins | 3 (2) | 2 (3) | 1 (4) | 5 (1) | 4 (5) |
| Brown and Changing | 1 (2 = ) | 2 (4) | 3 (2 = ) | 5 (1) | 4 (5) |
| Brown and Constant | 4 (1) | 2 (3) | 3 (4) | 5 (5) | 1 (2) |
| Changing and Constant | 3 (3) | 2 (2) | 4 (4) | 1 (1) | 5 (5) |
| Changing and Box–Jenkins | 2 (2) | 1 (1) | 4 (4) | 3 (3) | 5 (5) |
| Constant and Box–Jenkins | 1 = (2) | 1 = (1) | 3 (3) | 5 (5) | 4 (4) |
| Harrison and Brown | (3) | (2) | (5) | (1) | (4) |
| Harrison and Changing | (3) | (2) | (4) | (5) | (1) |
| Harrison and Constant | (3) | (1) | (4) | (5) | (2) |
| Harrison and Box–Jenkins | (2) | (1) | (3) | (5) | (4) |

This content downloaded from 129.82.10.18 on Thu, 9 Oct 2014 11:54:12 AM
All use subject to JSTOR Terms and Conditions

# Exhibit QE–58

# The Oracle or the Crowd? Experts versus the Stock Market in Forecasting Ceasefire Success in the Levant

Naomi Bosler[1]/Gerald Schneider[2]
Department of Politics and Management
University of Konstanz

The forecasting literature disagrees over the accuracy of predictions made by individual experts ("oracles) versus a collective of individuals who are not as well informed ("crowd"). We discuss this controversy in light of competing interpretations of the Condorcet Jury Theorem and evaluate these two competing views in a quantitative analysis of the *ex ante* success of 21 ceasefire agreements in various conflicts in the Levant. Our analysis compares the forecasts appearing in press commentaries (*Jerusalem Post, New York Times*) with the expectations that the Tel Aviv Stock Exchange has concerning the fate of these cooperative efforts. To evaluate the predictions of these very dissimilar sources, we analyse the effectiveness of the ceasefires through the number of violent events following the official start of the truce. The analysis shows that tourism stocks especially can be used to predict the success of ceasefires. The forecasts derived from the *New York Times* are more accurate than a chance prediction, whereas the editorials of the *Jerusalem Post* assess the prospects of the examined truces less precisely. The overall evidence suggests in line with a traditional interpretation of the Condorcet Jury Theorem and a growing experimental literature that a group of non-experts can provide better forecasts than individual experts.

[1] Graduate Student, Universität Konstanz, Department of Politics and Management, Box 86, 78457 Konstanz, Germany,
[2] Professor of International Politics and Executive Editor "European Union Politics", Universität Konstanz, Department of Politics and Management, Box 86, 78457 Konstanz, Germany, Phone: +49-7531-88-2608/3081, Fax: +49-7531-88-2774, Email: Gerald.Schneider@uni-konstanz.de

A previous version of the paaper has been presented at the Annual Convention of the International Studies Association, Montréal, Canada, March 16-19, 2011, and the ECPR Joint Sessions of Workshops, St. Gallen, Switzerland, April 12-17, 2011. We would like to thank the audiences for their comments and Federica Genovese for her help in the content analysis of the newspaper sources. Accompanying material including the replication material can be found on the replication homepage of the 2nd author.

**Introduction**

Forecasting political trends continues to be a booming business (Sherden 1997, Bueno de Mesquita 2009). It remains, however, both practically and academically unclear who should fulfil the ever-lasting wish of policy makers to know the future before it has happened – the supposedly enlightened individual expert or a group of quasi-experts. As two bestsellers show, both positions enjoy widespread popularity. Taleb (2007) warned in a polemical treatise just before the outbreak of the financial crisis that societies downplay the risk of extreme events and thus do not take sufficient precautions against what he calls “extremistan”. His rant about the inadequacy in believing that the predicted events will be normally distributed is linked to the belief originally formulated be Le Bon (1895) that the masses are foolish and that only a few enlightened individuals, if anyone at all, are able to account for the possibility of a looming catastrophe. The position that “oracles” predict the future more precisely than groups of highly paid forecasters in the finance industry is in contrast to the “crowd”-conjecture popularized by Surowiecki (2004) and advocated by many in the footsteps of Condorcet (1785) and Galton (1907). According to this alternative viewpoint, large groups of quasi-experts do much better in ascertaining the truth than individuals who possess much personal knowledge in a particular area.

This article draws on the so-called Condorcet Jury Theorem to develop these positions fully. According to the original version of this decision theoretic argument, collectives are better able to recognize the true state of the world than individual experts (Grofman and Feld 1988; Young 1988; Lada 1992). Game-theoretic extensions of this framework (Austen-Smith and Banks 1996, Feddersen and Pesendorfer 1997, 1998, 1999) and some other qualifications (e.g. Berg 1993), however, oppose this optimism, suggesting that smaller groups might be better able to predict the future. We examine these contradictory expectations through an evaluation of the accuracy of newspaper commentaries (the oracle) and financial markets (the crowd) in predicting *ex ante* the success of ceasefires in the Levant. The Middle East, sadly, is a region which has been plagued by conflict over the past 60 years. Israel has rarely, if at all, experienced a period of peace in its short history. During the past two decades over 20 ceasefires have been declared, either unilaterally or jointly, and all have, ultimately, failed to bring permanent peace to the region. These 20 ceasefires, concluded at various times between Israel and Hezbollah, Hamas, the Palestinian

Liberation Organisation and several other Palestinian groups have, however, achieved varying degrees of relative calm.

It is against this background that this study is conducted. Guided by Fleischer and Buccola (2002), we propose that the Israeli tourism industry listed on the Tel Aviv Stock Exchange (TASE)[1] should be especially sensitive to the success or failure of ceasefire agreements. This theory is supported by Neumayer (2004) who finds strong evidence that human rights violations, conflict and political violence have a negative effect on tourist arrivals. Furthermore, we expect that, whilst export and import sectors suffer from war and conflict certain industries, such as the defence sector, may in fact profit from such events (e.g. Schneider and Schulze 2003, Schneider and Troeger 2006, Guidolin and La Ferrara 2007). We extend these arguments about the redistributive effects of violent events to hypothesize that financial traders will carefully evaluate whether a ceasefire will hold as the success or failure of such an agreement will directly affect the returns on specific investments.

The predictive power of the stock market will be compared to that of media commentators in forecasting the success of ceasefire agreements. Journalists, in that they are employed to have an in-depth understanding of the specific topic at hand, and are often based in the country on which they are reporting, can be classified as experts. Whether these few expert journalists can really compete with the information efficient stock market is a question of theoretical and practical importance. Therefore, the aim of this article is to answer two central questions. Firstly, can stock markets be used to predict the success of ceasefires? And secondly, are these predictions in turn better than those of single experts?

The analysis suggests that we can use carefully selected stock market indices to predict political developments that are economically important. While a financial asset from the tourism sector, *Dan Hotels*, is a better predictor of ceasefire success than media experts at the *New York Times* and the *Jerusalem Post*, an asset from the Israeli the defence sector, *Imco*, largely fails in forecasting the fate of ceasefires. There is thus, in other words, support for the "crowd" rather than the "oracle"-thesis.

[1] The financial sector of Israel is by far the most developed in the Levant. The TASE had in September 2010 over 600 listed companies and a market capitalization of 193 billion USD. Compared to other regional stock exchanges in Iran (market capitalization; USD 61 billion, 364 listed companies) and Egypt (market capitalization; USD 83 billion, 237 listed companies), the TASE can be considered as a mature market (World Exchanges 2010).

**Theory and literature**

There is a growing literature in international relations research that advocates the usage of advanced predictive techniques to improve the empirical evaluation of theoretical claims (Schneider, Carey and Gleditsch 2011) and of the early warning schemes used in foreign policy decision making (Schneider, Carey and Gleditsch 2010). However, the predictive accuracy of a particular methodology, however sophisticated it might be, also depends on the quality of the information that feed the forecasts. As macro-structural indicators do often not contain sufficient variation over time, they are of relatively little value for the development of predictions that require some short-term variation among the explanatory variables.

The alternative to the "objective" information used for structural forecasts is judgmental information. If political analysts base their predictions on such sources, they have to make two fundamental choices. The first decision relates to the question of whether or not the purpose of a research endeavor is the prediction of a single event or of a particular political development, which is simply a number of related events. A second consideration is whether the information gathered from few or many people is deemed to be more accurate for the particular forecasting problem under consideration. If one combines the decisions made along these two dimensions, one can distinguish four ideal types of judgment-based political forecasts, which we introduce in Figure 1.

[Figure 1 about here]

*Predictions based on "few" individuals:* Single or small groups of experts are frequently used to predict scenarios for the development in a particular area; one of the key methodologies used is the Delphi method. The crux of this technology is to ask experts through repeated questionnaires what their opinion on a specific scenario is. Several authors have questioned the accuracy of this approach: "Delphi is undeserving of all of the attention it has received" (Armstrong 1978:410), whilst a recent survey comes to a more positive evaluation (Rowe and Wright 1999). Tetlock (2005, 2010), however, shows that expert political judgement is rarely a reliable method of producing accurate predictions.

This problem is circumvented in the forecasting approach that Bueno de Mesquita has introduced based on his expected utility approach to decisions on war

and peace. Within this model-based framework, the opinion of the expert is only used as an input for a forecasting tool that has its foundations in decision and game theory (e.g. Bueno de Mesquita, Newman and Rabushka 1985, Bueno de Mesquita 2002). This approach has been applied to a variety of issues and also to some evaluations by like-minded scholars (Bueno de Mesquita and Stokman 1994, Stokman and Thomson 2004).[2] The relative predictive accuracy of the models is impressive. Feder (1995, see also Ray and Russett 1996) reports a success rate of 90% for the analyses that the CIA had commissioned. In a recent evaluation of the predictive accuracy of this and related game-theoretic models, other approaches based on standard bargaining models performed, however, slightly better than revised versions of Bueno de Mesquita´s game theoretic model (Thomson et al. 2006, Schneider, Finke, and Bailer 2010, Bueno de Mesquita 2011).

The main advantage of the forecasting approach pioneered by Bueno de Mesquita is that the level of expertise that is required from an interview partner is modest and only relates to an evaluation of the present. Hence, game-theoretic models that are used to produce forecasts rely on the estimates that the interviewed expert provides with regard to the actors´ preferences, power and the importance they attach to the various contested issues. As Bueno de Mesquita (2002:69) argues, the validity of the expert judgment is a less crucial aspect than one might think: "…it turns out that the vast majority of specialists basically view this information in the same way." To search for detailed information that only few experts can provide seems particularly adequate for the analysis of decision making situations where the informed public is unable to locate the intentions and the power of key decision makers. Yet, the incentive of the expert to deliver precise information is modest, and the interviewer has often no real chance to verify how accurate the expert estimates are. As we will argue below, there are thus certain situations in which the reliance on a pool of less-qualified experts rather than some selected key informants seems desirable.

*Predictions based on "many" individuals:* The main reason as to why financial market information should improve forecasts for some political developments

---

[2] Since expert judgment is only used as a data input, the empirical basis could also consist of macro-political information. Schneider (2005) tests the predictive accuracy of competing bargaining models on international economic negotiations in this vein.

depends on the costliness of the decisions that traders make. A broker includes relevant economic *and* political information when deciding about selling or buying a particular security. If a financial market heavily depends on political decisions, traders build up expectations about the likelihood of certain scenarios in the political realm. A typical example is whether or not a left-wing or a right-wing party will be elected into government in an upcoming election. As the announced economic policies of these competing political forces differ, neglecting the possibility that an election might be more or less favourable to particular financial transactions is highly risky. Even if market participants are not completely "rational" in the technical sense of the term, they will try to anticipate important political events and developments. A large number of studies has shown in this vein that markets systematically include relevant information from an ongoing electoral campaign (e.g. Bechtel 2009). In addition, stock markets have responded systematically to escalatory and de-escalatory moves in three conflicts throughout the 1990s (Schneider and Troeger 2006). Guidolin and La Ferrara (2010) find furthermore that many militarized conflicts occurring between 1974 and 2004 had a significant negative impact on stock market prices, with even stronger reactions to conflicts in highly polarized societies. They attribute this phenomenon to the possibility that in such polarized contexts the market expects the conflict to be more intense and protracted. Abadie and Gardeazabal's (2003) results show that Basque stocks reacted positively to news of consolidation of a credible ceasefire and negatively to news that might imply the end of the ceasefire agreement. Guidolin and La Ferrara (2007) establish a relationship between the end of the civil war in Angola and negative abnormal returns to the diamond mining stocks, suggesting that such firms benefit from the war environment. As some of the events like upcoming party congress speeches or meetings between heads of states are easily foreseeable, it would be irrational for traders to refrain from partly anchoring their current buying and selling decisions on an anticipated political event that will have economic repercussions.

The Condorcet Jury Theorem (CJT) provides a theoretical rationale for our assertion that a large number of non-experts can, on some occasions, provide more accurate forecasts on political developments than the average individual expert. In our view, financial markets function like large decision making committees that have to evaluate competing scenarios. To deal with this form of belief rather than preference aggregation, the reliance on the CJT seems especially appropriate. The CJT states, in

its canonical version, that the competence of a group in recognizing the true state of the world is larger than the average individual competence. Further, this collective capability approximates 1 if the size of the committee grows. Large committees like the traders assembled in a financial market would accordingly be able to reach almost "correct" decisions in situations where the decision makers share the same fundamental preference, but receive different information about the state of the world.[3]

It should be noted, however, that the CJT does not generally hold. Berg (1993) showed that the collective competence might be smaller than the one of the average individual if the individual beliefs are correlated. Furthermore, the collective does not increase its competence if the number of marginally competent individuals, who can recognize the state of the world only slightly better than a coin, increases (Paroush 1998). In a world of strategic rather than "sincere" traders, the collective wisdom can be more erroneous than the average individual decision (Austen-Smith/Banks 1996).[4] As Feddersen and Pesendorfer (1998) demonstrate, unanimity and thus the consensus opinion to which herding traders refer might be the worst decision making rule from an informational perspective. Their hypothesis that a curvilinear relationship between the decision making quorum and the error probabilities exists receives empirical support in the experiments by Guarnaschelli, McKelvey and Palfrey (2000). Yet, Coughlan (2000) qualifies this result and shows that unanimity is the most information efficient decision making rule if a jury faces the risk that a mistrial occurs – no unanimous decision is reached - or if its members are able to communicate their private information.

We justify the use of the CJT as the theoretical framework in this article as financial markets can be seen as a collective decision making body which evaluates particular political events that are relevant to the prices of assets. Firstly, Berg's (1993) argument of intra-voter dependence is based on the concept of hierarchical dependence, i.e. voters following the lead of some "head-voter" and, therefore, not

---

[3] The CJT assumes that i) the average competence p exceeds 0.5, ii) that their judgments are independent of each other and iii) that they "vote" for one state of the world in a sincere fashion. See Grofman and Feld (1988), Young (1988) and Ladha (1992) for introductions.

[4] The main assumption behind this counterintuitive result is that the signals that committee members receive about "reality" are at least partly private. A strategic voter has, in this implicit voting model, an interest to cast the decisive vote while a sincere jury member always follows the private information she possesses. Technically, the Austen-Smith and Banks models means that sincere voting is generally not a Nash equilibrium and the collective ability to choose the "correct" solution is smaller than the average individual one.

voting in response to their own personal information. It is, however, clear that the stock market is a non-hierarchical voting platform, which does not allow for such follow-the-leader voting behaviour and therefore the problem of intra-voter dependence does not pose difficulties to the study at hand. Secondly, Austen-Smith and Bank's (1996) and Feddersen and Pesendorfer's (1998) critique of the voter sincerity assumption can be rebutted for the purposes of our article due to the structure of "voting" in financial markets. As the stock market is essentially an endlessly iterative game, in which share traders are continuously revealing their information by buying and selling securities, the ability to "strategically vote", i.e. buy and sell shares with the aim of influencing how others do so, is reduced to such an extent as to be an unlikely tactic.

Therefore, the use of the Condorcet Jury Theorem as a theoretical framework in this article is both relevant and fitting. If traders refrain from building sensible forecasts about important political developments, they jeopardize the value of securities they are trading with and possibly also harm their personal careers. If a political process is thus relatively easy to understand and economically relevant, they will build up collective forecasts that can be used to predict the ups and downs in the political arena.

Obviously, markets can be wrong in their assessments. In an early application, Bueno de Mesquita (1990) uses the money market discount rate as an indicator for the anticipated costs of conflict to evaluate the expectations contemporary agents had over the confrontations between Austria and Prussia in the 19th century. Analysing the Seven Weeks´ War and the crucial battle at Königsgrätz, he writes:

> "This reinforces the widely reported observation that Prussia was expected to lose the war….the expectations in the financial markets were updated to take account of the new information revealed on the battlefield – that the market had underestimated Prussia´s chance of victory. The prewar fears of postwar inflation or of defaults on money instruments by a defeated Prussia were allayed by Prussia´s decisive victory" (Bueno de Mesquita 1990:44-45)

This article pursues a similar line of inquiry and asks whether stock market data can be used to forecast the success of ceasefires in the Levant. This conflict, which has been dominated by the confrontation between Israel and the Palestinians throughout

the past six decades, certainly belongs to the category of disputes that have general economic consequences (Schneider and Troeger 2006) and that also affect individual sectors (e.g. Fleischer and Buccola 2002). As the developments within this conflict region are well reported, several researchers have attempted to forecast escalations for the various dyads (e.g. Schrodt and Gerner 2000, Brandt, Freeman and Schrodt 2011). These forecasts are, however, largely a-theoretical. Based on a variety of methodological tools, these applications typically use past information from this conflict region to predict future patterns of interaction. This article moves beyond the tradition of solely relying on autoregressive models to produce predictions by including information from a quasi-expert collective – the stock market – in the regression.

Despite widespread research concerning the effects of political events on asset prices; until recently, the potential of the stock market to provide predictions for political events has rarely been considered. The strong relationship between conflict and share prices would imply that there are profits to be made with the end of conflict. However, these returns are only available in the short term until the market absorbs this new development. Therefore, traders have an incentive to buy stocks in anticipation of a successful ceasefire, instead of waiting to see if the agreement will truly be successful or not. If they wait, they can expect the market to have already absorbed the change. Indeed, this situation is similar to the fate of the so-called "January-effect" in which it was found that stock prices rose in early January (Haugen and Lakonishok, 1988). After its discovery, the January effect shifted back to December in anticipation of January, then to November, and so on until it disappeared entirely (Malkiel, 2003). Indeed, if traders can expect a change in the market with relative certainty, then this change will occur *before* the actual catalyst event itself, hence making financial markets an auspicious tool for the prediction of political events.

The theoretical background to such adaptations is the efficient market hypothesis (EMH) first articulated by Eugene Fama (1965; 1970). He stated that "a market in which prices always 'fully reflect' available information is called 'efficient'" (1970: 383). In other words, the EMH claims that the price of an asset reflects all relevant information at a given point in time. It is important to note that not all market participants need be well informed for the EMH to work. Indeed, it is sufficient that

only a few traders are well informed, assuming that the errors made by non-informed traders cancel each other out.

One application of the efficient market hypothesis to the area of political forecasting is found in predictions markets, in which the payoff one receives on a stock is tied to the outcome of a future event. By binding the return on the asset to an event that may or may not occur in the future, the price of the asset can be interpreted as the market's expectation as to the likelihood that the event will occur. Wolfers and Zitzewitz (2006) find prediction market-based forecasts to be more reliable than the Gallup Poll in predicting the outcomes of US presidential elections from 1988-2004, with a lower average absolute error. Prediction markets have also been compared to expert opinions in the ability to forecast various events. In one study, Servan-Schreiber et al (2004) showed that prediction markets produced more accurate forecasts of NFL football game outcomes than all but 10 of 1947 self-professed experts.

Indeed, prediction markets hold great promise (see also Arrow et al. 2008 and Wolfers and Zitzewitz 2006); however, they only allow the forecasting of events for which contracts are directly available. Furthermore, the development of a reliable prediction market is time consuming and relies on the assumption that the market garners enough interest to attract a large body of buyers. Therefore, whilst being a novel illustration of the predictive power of the market, prediction markets are impractical for general use in political forecasting.  For these reasons, we focus on the possibility of developing what might be called a "market-internal prediction market", in which various securities, alone or gathered into a portfolio, can function as proxies for event futures.

Although we expect that the stock market will produce more accurate forecasts than experts, we do not wish to imply that experts are unable to, at least in some cases, provide predictions as the to the likely success truce agreements. Therefore, our initial hypothesis is:

*H1: The more optimistic the reaction of media experts to the announcement of a ceasefire, the more successful the ceasefire will be.*

One can also expect the stock market to react to the announcement, or anticipation, of a ceasefire, and furthermore, develop its own expectations as to the probability of its success. However, logic, theory and the empirical evidence tells us that the effect of a successful ceasefire agreement is not homogenous across sectors. Firstly, empirical

evidence supported by sound theory would suggest that the tourism industry is negatively affected by conflict. Fleischer and Buccola (2002) find that foreign tourist demand for Israeli hotel accommodation is moderately sensitive to terrorist attacks and that local tourism provides little buffer for reductions in foreign tourist arrivals. In a cross-country study of tourist arrivals between 1977 and 2000, Neumayer (2004) demonstrates that human rights violations and conflict had a negative effect on the tourist industry.

*H2a: The stronger the rally of tourism stocks in anticipation of the announcement of a ceasefire, the more successful the ceasefire will be.*

Secondly, the literature is also united in its belief that the defence and security sector should benefit from increased tensions, therefore suffering under peace. Schneider and Schulze (2003), as part of their argument that different sectors have different interests concerning war and conflict, suggest that a security sector financed by government taxes is likely to profit from conflict and hence growing military expenditures. Berrebi and Klor (2005) establish that terrorist events in Israel have a significant and positive effect on Israeli defence and security stocks traded in American markets. Brandes (1997) also finds evidence of arms manufacturers experiencing rallies in periods of political tensions.

*H2b: The stronger the fall in defence stock prices in anticipation of the announcement of a ceasefire, the more successful the ceasefire will be.*

Finally, if one follows the EMH a step further and notes that the stock market, being information efficient, should take into account *all relevant information*, that is, including that which is presented in the media, then it is logical to expect that the stock market should provide a better forecast of the likelihood of success of the truce under examination than experts. This logic is also supported by the empirical evidence of Servan-Schreiber et al's (2004) study of sport prediction markets versus expert forecasts and Pennock et al's (2001) study of the Hollywood Stock Exchange in comparison to film experts. This evidence leads to the final hypothesis tested in this article, namely that:

*H3: The stock market is a better predictor of ceasefire success than media experts.*

**Methodology**

The Levant offers a unique opportunity to study the effect of conflict on the stock market. The Tel Aviv Stock Exchange (TASE), founded in 1953, is a mature market with a high level of market capitalization and many listed companies. Furthermore, the TASE is likely to be highly sensitive to changes in the Arab-Israeli Conflict. Therefore, we will consider the body of ceasefires occurring between Israel and any other party in the period 1990-2009. Table 1 lists the 21 cases to be analysed in the present study.

[Table 1 about here]

This list of ceasefires was built using the Penn State Event Data Project (PSEDP)'s AFP CAMEO data set for the Levant. After removing all events in which Israel was not involved or that occurred before 1990, the events coded as ceasefires were selected. This results in a body of 148 events; which we then went through one by one to verify whether it was an actual ceasefire, or incorrectly coded. That the actual body of ceasefires was reduced to 21 during this process suggests that one should be cautious when using machine-coded data.

In the case of the Levant, the operationalization of the dependent variable, ceasefire success, is even more problematic than it might be elsewhere. This is due to the special nature of the Arab-Israeli conflict. Ceasefires that have occurred in the past two decades between Israel and a second party tend to be less durable and far less strictly observed as in other regions. For example, whilst most conceptualize a ceasefire as a total halt to all violent events between the two parties, most of the ceasefires included in the 21 cases in Table 1 covered a period in which violence continued sporadically. Due to this phenomenon it becomes more difficult to conclude when the truce ended and full scale hostilities were renewed. For this reason, to measure the success of a ceasefire the number of violent events occurring within 14 days of the official start of the truce will be employed.[5]

The data for the dependent variable was gathered from the same source which was used to define the body of cases, i.e. the CAMEO data set for the Levant region

[5] A seven day time period was also applied. Results, which are similar to the 14 day model, can be viewed in the webappendix.

of the Penn State Event Data Project (PSEDP). As we are working with count data which is overdispersed, a negative binomial model will be employed.

*The predictive power of experts:* The first section of our analysis is designed to estimate the ability of experts, and specifically journalists, to predict the success of ceasefire agreements. For the purpose of the analysis, two newspapers, the *New York Times* and the *Jerusalem Post*, have been chosen for their reputations as reliable dailies with a broad readership. Issues of the newspapers released on the day that the truce is announced and the day after were searched for articles referring to the ceasefire. The relevant articles have been downloaded from *Lexis Nexis*.

Evaluative assertion analysis (EAA), originally developed by Osgood et al (1957), has despite its time-consuming nature nonetheless been applied in a number of studies in political science, including the classical applications by Holsti (1962) and Tetlock (1981). We describe the details of our coding in a webappendix to this article.

The coding instructions, which are largely the same for coding articles from the *New York Times* and the *Jerusalem Post*, have been developed so that the coder can execute the nine sequential steps without any further knowledge of the topic. Each individual step articulates a clear task that the coder is required to perform and offers some guidance as to how to do so. We have taken steps to ensure that the process is as replicable as possible. Firstly, the rules for coding the articles have been defined and strictly followed. Secondly, evaluative assertion analysis (EAA) is one of the stricter varieties of content analysis. The use of EAA reduces the influence that the coder's personal opinions and experiences have on the coding. Thirdly, a student has completed duplicate coding of a sample of articles with encouraging results. The difference in cumulative evaluative score amounted to 5.31%.[6]

*The predictive power of the stock market*: In order to measure the predictive power of the stock market, the event study method, developed by financial economists, will be utilised. Event studies examine the returns to financial assets, i.e. the changes in price of a particular asset between one period and the next. Such studies attempt to measure investor reactions to specific incidences which are of particular interest to the researcher. Chen and Siems (2004), for example, apply the technique to assess the effects of terrorism on global capital markets.

[6] The small number of cases and coders prevented us from employing other evaluative criteria such as Cohen's Kappa and Krippendorf's Alpha.

In order to perform an event study, the timeframe of analysis is divided into two periods, the estimation and event windows. Financial data from the estimation window are used to assess the "normal" returns of the asset of interest. These normal returns are then compared to the returns occurring in the event window, in which the incident of interest occurs. Deviations from the normal returns as predicted from the estimation window are called "abnormal returns" and can be interpreted as the result of the event. In the case of this study the event is, of course, the announcement of a ceasefire. The event window will therefore include the day of the announcement, plus or minus a few days. We will apply an event window of [-3, 0]. The estimation window chosen for the purposes of this study was fifty days before the event up until ten days before the event [-50, -10].[7]

To measure normal performance we use the market model, which assumes a linear relationship between the return of a given security and the return of the market portfolio. Expressed formally, for any asset *i*, and $R_{it}$ and $R_{mt}$ are the returns on the asset during period *t* and the market portfolio respectively:

$$R_{it}=\alpha_i+\beta_i R_{mt}+\varepsilon_{it} \qquad (1)$$

where $\varepsilon_{it}$ is the disturbance term with a mean of zero and $\alpha_i$ and $\beta_i$ are parameters. By applying the statistical model one can calculate the market model parameters for the estimation window using an ordinary least squares (OLS) regression. Using the market parameters generated in this stage and returns on the market portfolio for the event window, we are then able to predict the expected normal returns for the security of interest during the event window.

The next step in the event study process is to measure the abnormal returns to the security of interest over the event window. This is once again done by using the market model parameter estimators. We can measure abnormal returns to security *i* for event time $\tau$, $AR_{i\tau}$, within the market model as:

$$AR_{i\tau} = R_{i\tau} - \alpha_i - \beta_i R_{m\tau} \qquad (2)$$

where $\alpha_i$ and $\beta_i$ are the previously estimated market model parameters for security *i*, and $R_{m\tau}$ are the returns to the market portfolio over the event window $\tau$. Finally, the abnormal returns are aggregated over the event window in order to accommodate the multi-day event windows. These cumulative abnormal returns (*CAR*) then function as

[7] Similar results are found for the [-5,0] event window. The results can be found in the webappendix.

the independent variable in the second stage of the analysis to predict the success of the ceasefire agreement.

In order to employ the above outlined statistical model it is necessary to select a stock that should be strongly affected by the announcement of a ceasefire. Furthermore, a market portfolio, which is typically a broad based stock index, is also necessary for the application of the market model. Tourism securities were chosen using the criterion that they provided services mainly in Israel as they should be more sensitive to developments in local conflict. Defence stocks were chosen using the criterion that their products were mostly for military use. We report the two results obtained for the one asset in each sector which provided the strongest results. [8]The market portfolio, used to control for market fluctuations, is the TA-100 which includes a broad portfolio of securities from a wide range of industries.

All financial data has been retrieved through the *Thomson Datastream*. On a number of occasions a ceasefire is announced on Friday or Saturday, when the TASE is closed. Past studies have tried to circumvent this problem of events on non-trading days by interpolating returns in order to fill in missing values. However, as Bechtel and Schneider (2010) note, this procedure is unlikely to adequately substitute for missing return observations. For this reason, the dates of ceasefire announcements which occurred on Friday or Saturday were artificially transferred to Sunday, when investors are first given the opportunity to trade on the basis of the latest ceasefire announcement.

*Evaluating predictive accuracy:* To evaluate predictions, O'Brien (2002, 2010, see also Poe, Rost, and Carey 2006) applies the use of the forecasting performance metrics: *accuracy*, *recall* and *precision*.

Accuracy measures the ability of the model to correctly differentiate between those objects of interests that do or do not experience some specified event. Formally, it is the number of correct predictions divided by the number of predictions made. Recall, on the other hand, refers to the ability of the model to predict the event of interest. It amounts to the number of correctly predicted successes divided by the number of successes.

---

[8] We selected companies in the tourism (*Dan Hotels Corporations Ltd*., *Millenium Holdings*), defence (*Imco Industries Ltd., Rabintex. Tat Industries Ltd.*) and insurance sectors (*Clal Insurance Enterprise Holdings, Phoenix Holdings Ltd.*), which we assumed to be particularly sensitive to changes in security policy. The results obtained for the insurance sector led to inconclusive results that the consulted experts in this market could not explain. The results for the non-reported companies can be obtained from the authors.

Finally, the precision score pertains to the ability of the model to make predictions concerning the occurrence of interest without producing too many false positives. It is the number of correctly predicted successes divided by the number of predicted successes.

This final measure, in the context of the present research will be used to summarise the ability of each of the two competing models to determine whether a ceasefire will be successful without producing too many predictions of success that are in fact failures.

For the use of O'Brien's (2002, 2010) forecast performance criteria it is necessary to classify both the dependent and the independent variables dichotomously. In order to classify the outcome of a ceasefire a successful or unsuccessful it is necessary to set an arbitrary threshold, above which the ceasefire is deemed to be necessary and below which it is considered a failure. Two thresholds of 14 and 10 violent events will also be considered. Both the stock market model and journalist model will produce predictions that are positive or negative values with an expected mean of zero. It is, therefore, logical to assume positive values, in terms of either journalists' cumulative evaluative scores or cumulative abnormal returns (CARs) on securities of interest, can be interpreted as optimistic predictions, whilst negative values can be seen as pessimistic predictions. The CARs on defence stocks will be reversed, i.e. multiplied by minus one, for this stage of the analysis.[9]

**Results**

*Content analysis results:* It is important to note that there are certain ceasefire agreements on which the newspapers did not report at all. Furthermore, the *Jerusalem Post* did not report on eight of the 21 ceasefires; whereas the *New York Times* only fails to report one truce. This is peculiar as the *Jerusalem Post*, based in Israel with a readership likely to be particularly interested in developments in the Arab-Israeli conflict, should, if anything, be more reliable than the *New York Times* in reporting ceasefire agreements. Although we report the results of the analysis for the *Jerusalem Post*'s predictive power, the reader must keep in mind this small sample size.

The content analysis approach serves to test Hypothesis 1, which states that the more optimistic the reaction of media commentators to the announcement of a

[9] ROC Analysis was also used with similar results. An explanation of the method and the results can be found in the webappendix.

ceasefire, the more successful the ceasefire will be. Therefore, if this hypothesis finds support within the data there should be a negative and significant relationship between the cumulative evaluative score (CES) and the number of violent events occurring in the 14 day period following a ceasefire [10]. We report the results of the same analysis using the negative binomial model in Table 2.

[Table 2 about here]

What immediately become apparent in Table 2 are the Alpha values, which are significantly different from zero. This is strong evidence that the negative binomial model is superior to that of the Poisson model. The most likely reason for this better fit is over-dispersion, i.e. the standard deviation is greater than the mean. The opinions of media experts on the day of, and the day after, a ceasefire announcement correlate negatively and significantly with the number of violent events which occur in the following two weeks.

The above reported results reveal strong evidence in support of Hypothesis 1. From examination of the negative binomial model it can be seen that the optimistic media opinions negatively correlate with future ceasefire violations. The results of the evaluative assertion analysis and subsequent statistical analysis therefore provide strong support for the hypothesis that, as the reaction of media commentators to the announcement of a ceasefire becomes more optimistic, the chance that the ceasefire will be successful increases. However, it is important once again to highlight the very small size of the *Jerusalem Post* sample and urge caution when considering the results of the analysis of media commentators in this newspaper.

*Event study analysis results:* The event study analysis provides a test of the second hypothesis with its two sub-hypotheses; namely that (a) cumulative abnormal returns (CARs) of tourism stocks should correlate negatively with violations of a ceasefire; and (b) defence CARs should correlate positively.

[Table 2 about here]

---

[10] As the robust standards errors are smaller, most likely due to small sample bias (Angrist and Pischke, 2009: 307), we report the "normal" standard errors. We follow here Angrist and Pischke's (2008: 296) rule of thumb and list the larger of the two errors.

The negative binomial models for the effect of future ceasefire agreement failure on tourism stocks can be seen in Table 2. Once again, the alpha values imply the superiority of the negative binomial model. The CARs of *Dan Hotels* are statistically significant and in the expected (negative) direction.

The results shown in Table 2 provide some moderate support for Hypothesis 2(a) which states that the stronger the rally of tourism stocks in anticipation of the announcement of a ceasefire, the more likely it is that the ceasefire will be successful. The correct, i.e. negative, signs displayed by the tourism coefficients support the concept that tourism securities should react negatively to anticipated ceasefire failures.

The results suggest that the correlation between *Imco Industries* and future ceasefire success is strong. They therefore provide support for Hypothesis 2(b). The above analysis shows the stronger the fall in *Imco Industries* stock prices in anticipation of the announcement of a ceasefire, the more probable a successful ceasefire is.

In conclusion, the tourist company, *Dan Hotels*, and the defence firm, *Imco Industries*, both react strongly and in the expected directions to the future fate of ceasefire agreements. These two stocks will therefore be analyzed for their ability to accurately predict the success or failure of ceasefire agreements. Their ability will be compared to that of media commentators from the *New York Times* and the *Jerusalem Post*.

*Comparing predictive accuracy:* Figure 2, which reports the performance metrics – accuracy, recall and precision – , offers some interesting results with regards to the oracle versus crowds controversy. Firstly, it is clear that *Dan Hotels* is the best predictor of the fate of ceasefires, in terms of accuracy and recall. In fact, *Dan Hotels* predicts the fate of ceasefires with 67% accuracy using the threshold of 14 violent events and with 57% accuracy with a threshold of 10 violent events, on par with the *New York Times*. The recall score, which measure the rate of true positives, is 62% for the 14 event threshold, stronger than those of the *New York Times*, and once again, the threshold of 10 is equal to that of the US newspaper at 56%. In terms of precision, or rate of false positives, *Dan Hotels* perform very well with the 14 event threshold, whilst being somewhat weaker using the threshold of 10.

It is important to notice the accuracy, recall and precision scores produced by the *Jerusalem Post*. Whilst the accuracy and recall scores are incredibly weak,

between 33% and 42%, the precision scores are very high, reaching 100% for the 14 event threshold. This is due to the very few cases that the *Jerusalem Post* model is required to predict and underlines our earlier warnings concerning the Israeli newspaper's sample size.

Another point to notice is the weakness of the *Imco Industries*' predictions. None of the *Imco Industries* combinations predict the fate or success with accuracy or recall scores of greater than 50%, which is equal to that of a coin toss. Only in two cases does *Imco Industries* achieve a precision rate of 60%, a result which is hardly convincing.

[Figure 2 about here]

O'Brien (2002: 805) sets 55% rate of accuracy, recall and precision which he describes as "minimally acceptable". All except one performance metric of *Dan Hotels* score above this threshold, whilst the *New York Times* fails twice to meet this minimum threshold. In his later paper O'Brien (2010: 95) sets a higher threshold of 67%. *Dan Hotels* meets this threshold for three out of six performance metrics; whilst the *New York Times* meets it only once in six scores.

From the above analysis it is possible to draw two cautious conclusions. Firstly, *Dan Hotels* steadily performs better than *Imco Industries*, the *New York Times* and the *Jerusalem Post*, as a predictor of the fate of ceasefires. Secondly, *Imco Industries* fails to perform well using O'Brien's (2002) measures. These conclusions provide conditional support for Hypothesis 3. Although the defence firm *Imco Industries* fails to provide better predictions of the media experts at the *New York Times*, the tourism company, Dans Hotels, does so and convincingly. Finally, the *Jerusalem Post* produces mixed results; however only two conclusions can be drawn; that the four out of the six scores are unacceptably low, and that the sample size is too small to draw any greater conclusions. Therefore it is possible to conclude that, in line with Hypothesis 3, we have found evidence that movement in the share price of the tourism firm, *Dan Hotels*, is a better predictor of ceasefire success than media experts at the *New York Times*.

**Conclusion**

Our evaluation of the competing crowds versus oracle theses about the usefulness of using few experts or many quasi-experts for the prediction of political events has two main implications. Firstly, the statistical results show that, through analysis of stock market reactions, policy makers are better able to judge the likely success of a ceasefire and can in turn create policy using this information. Whether the actions resulting from this insight are that, in light of a promising ceasefire, greater labours are made to rebuild conflict-damaged areas, or that, facing a weaker agreement, greater efforts are made to stabilise the peace, this knowledge can be beneficial. Furthermore, as the results of this article show, one of the most conventional methods of information gathering in policy-making circles, the reading of quality newspapers, is in fact inferior to the insight that can be gained from analysis of the stock market. This result therefore provides an incentive to consider other prediction methods, such as financial data analysis.

Secondly, the results of this article have relevance for the academic world. The study offers evidence for the argument that large groups of semi-experts – the "crowd" – can make better predictions than single experts or "oracles" and simultaneously, contributes to the slowly growing body of political economy literature that utilises financial markets as a tool for examining the link between political events and the economy. Whereas in the past political forecasting has utilized expert opinions or game theory, this study highlights a new and promising direction of research in which finance theory and econometrics are central building blocks.

Indeed, this article offers relevant and interesting results; however it is also important to consider the limitations of the present study and the possible directions for future research. We are aware that a measure of ceasefire success based purely on the number of violent events is problematic; however due to severe restrictions on the availability of data, other measures were simply not possible. Future research could incorporate different measures of ceasefire success. Another possibility would be to develop an indicator of ceasefire success based on a number of different factors, such as violent events, civilian deaths, border closures and rocket attacks. By developing such alternative measure the results of this study could be better tested and possibly even strengthened. Our evaluation of whether or not different methods of prediction provide a better glimpse the future is therefore only an initial step.

**Figures and Tables**

Figure 1: Ideal types of political forecasts with information from individuals

| Source of information | Purpose of Forecast: Prediction of development | Purpose of Forecast: Prediction of single event |
|---|---|---|
| „Few" individuals | *Delphi method* | *Game and decision theoretic forecasts* |
| „Many" individuals | *Financial markets* | *Opinion polls/ Prediction markets* |

**Figure 2: Predictive accuracy of financial market assets and news paper reports**



TABLE 1. List of ceasefires and their predictors

| | | *Number of violent events* | *Predictors* | | | |
|---|---|---|---|---|---|---|
| | ***Date*** | | ***Dan Hotels*** | ***IMCO*** | ***NYT*** | ***JP*** |
| 1 | 31 July 1993 | 9 | S | F | S | S |
| 2 | 05 March 1996 | 12 | S | F | S | S |
| 3 | 26 April 1996 | 7 | F | F | F | F |
| 4 | 30 September 2000 | 69 | S | F | F | - |
| 5 | 08 October 2000 | 51 | S | S | S | F |
| 6 | 17 October 2000 | 52 | S | S | F | - |
| 7 | 02 November 2000 | 53 | S | S | F | - |
| 8 | 23 May 2001 | 22 | S | S | - | F |
| 9 | 13 June 2001 | 15 | F | S | F | F |
| 10 | 18 September 2001 | 13 | F | S | S | F |
| 11 | 16 December 2001 | 9 | F | S | S | F |
| 12 | 21 February 2003 | 9 | F | F | F | S |
| 13 | 29 June 2003 | 5 | F | F | S | S |
| 14 | 18 January 2005 | 6 | S | S | F | - |
| 15 | 07 February 2005 | 3 | F | F | S | S |
| 16 | 25 September 2005 | 11 | F | F | F | - |
| 17 | 30 July 2006 | 52 | F | F | S | - |
| 18 | 12 August 2006 | 29 | F | F | F | - |
| 19 | 25 November 2006 | 7 | S | S | F | - |
| 20 | 17 June 2008 | 6 | F | S | S | F |
| 21 | 16 January 2009 | 12 | S | F | F | F |

**TABLE 2** *The effect of ceasefire-induced Cumulative Abnormal Returns and newspaper ceasefire assessments on the number of subsequent violent events*

| | | | | |
|---|---|---|---|---|
| *NEW YORK TIMES$_{CES}$* | -0.10** (0.06) | | | |
| *JERUSALEM POST$_{CES}$* | | -0.26** (0.14) | | |
| *DAN HOTELS* | | | -0.43* (0.28) | |
| *IMCO INDUSTRIES* | | | | 0.27* (0.19) |
| *Constant* | 2.94*** (0.19) | 2.46*** (0.12) | 3.07*** (0.18) | 2.96*** (0.19) |
| *N* | 20 | 13 | 21 | 21 |
| *Log (pseudo)likelihood* | -80.18 | -45.12 | -84.34 | -83.89 |
| *Alpha* | 0.61 (0.20) | 0.31 (0.11) | 0.64 (0.20) | 0.61 (0.19) |

*Notes:* Standard errors are given in parentheses. The larger standard error, be it robust or conventional is reported. In the negative binomial models this is generally the conventional standard error. *p≤0.1; p**≤0.05; ***p≤0.01 one tailed test.

**References**

Abadie, A. and Gardeazabal, J. (2003). The Economic Costs of Conflict: A Case Study of the Basque Country. *American Economic Review* 93(1):113–132.

Angrist, Josuha D. and Jörn-Steffen Pischke (2008) *Mostly Harmless Econometrics: An Empiricist's Companion*. Princeton: Princeton University Press.

Armstrong, J. S. (1978). *Long-Range Forecasting: From Crystal Ball to Computer*. John Wiley & Sons.

Arrow, K., Forsythe, R., Gorham, M., Hahn, R., Hanson, R., Ledyard, J. O., Litan, R., Milgrom, P., Nelson, F. D., Neumann, G. R., Ottaviani, M., Schelling, T. C., Shiller, R. J., Smith, V. L., Snowberg, E., Sunstein, C. R., Tetlock, P. C., Tetlock, P. E., Varian, H. R., Wolfers, J., and Zitzewitz, E. (2008). The Promise of Prediction Markets. *Science* 320(5878):877.

Austen-Smith, D. and Banks, J. S. (1996). Information Aggregation, Rationality, and the Condorcet Jury Theorem. *American Political Science Review* 90(1):34–45.

Bechtel, M. M. and Schneider, G. (2010). Eliciting Substance from 'Hot Air': Financial Market Responses to EU Summit Decisions on European Defense. *International Organization* 64 (2), 199-223.

Bechtel, M. M. (2009) The Political Sources of Systematic Investment Risk: Lessons from a Consensus Democracy. *Journal of Politics* (2009) 71 (2): 661-677.

Berg, S. (1993). Condorcet's Jury Theorem, Dependency among Jurors. *Social Choice and Welfare* 10(1):87–95.

Berrebi, C. and Klor, E. F. (2005). The Impact of Terrorism across Industries: An Empirical Study. *CEPR Discussion Papers* 5360, C.E.P.R. Discussion Papers.

Brandes, S. D. (1997). *Warhogs: A History of War Profits in America*. University Press of Kentucky.

Brandt, P. T. / J. R. Freeman / P. A. Schrodt (2011). Real time: time series forecasting of inter- and intrastate political conflict. *Conflict Management and Peace Science* 28(1): 40–63Bueno de Mesquita, B. (2009) The Predictioneer´s Game: Using the Logic of Brazen Self-Interest to See and Shape the Future. New York: Random House.

Bueno de Mesquita, B. (2002). *Predicting Politics*. Ohio State University Press.

Bueno de Mesquita, B. (2011). A New Model for Predicting Policy Choices: Preliminary Tests. *Conflict Management and Peace Science*.

Bueno de Mesquita, Bruce (1990). Pride of Place: The Origins of German Hegemony. *World Politics* 43:28-52.

Bueno de Mesquita, Bruce and Frans Stokman. Eds. (1994). *European Community Decision Making: Models, Applications, and Comparisons*. New Haven, CT: Yale University Press.

Bueno de Mesquita, Bruce, David Newman and Alvin Rabushka. (1985). *Forecasting Political Events*. New Haven, Conn.: Yale University Press.

Chen, A. H. and Siems, T. F. (2004). The Effects of Terrorism on Global Capital Markets. *European Journal of Political Economy* 20(2):349 – 366.

Condorcet, M. d. (1785). *Essai sur l'application de l'analyse à la probabilité des decisions rendues à la pluralité des voix*. Imprimerie royale, Paris, Paris.

Coughlan, Peter J. (2000). In Defense of Unanimous Jury Verdicts: Mistrails, Communication and Strategic Voting. *American Political Science Review* 94:375-93.

Fama, E. F. (1965). The behavior of stock-market prices. *Journal of Business* 38(1):34–105.

Fama, E. F. (1970). Efficient capital markets: A review of theory and empirical work. *Journal of Finance* 25(2):383–417.

Feddersen, T. and Pesendorfer, W. (1998). Convicting the Innocent: The Inferiority of Unanimous Jury Verdicts under Strategic Voting. *American Political Science Review* 92(1): 23–35.

Feddersen, Tim & Pesendorfer, Wolfgang (1997). Voting Behavior and Information Aggregation in Elections with Private Information. *Econometrica* 65/5:1029-1058.

Feddersen, Timothy & Pesendorfer, Wolfgang (1999). Perspectives - Elections, Information Aggregation, and Strategic Voting. *PNAS* 96/19:10572-10574.

Feder, Stanley. (1995). "Factions and Policaon: New Ways to Analyze Politics." In H. Bradford Westerfield ed. Inside CIA´s Private World: Declassified Articles from the Agency´s Internal Journal, 1955-1992. New Haven, Conn.: Yale University Press, pp. 274-22.

Fleischer, A. and Buccola, S. (2002). War, Terror, and the Tourism Market in Israel. *Applied Economics* 34 (11):1335–1343.

Galton, Francis (1907) Vox Populi. *Nature* 75: 450-1

Grofman, Bernard & Feld, Scott (1988). Rousseau´s General Will: A Condorcetian Perspective. American Political Science Review 82:567-576.

Guarnaschelli, Serena, McKelvey, Richard D. & Palfrey, Thomas R. (2000). An Experimental Study of Jury Decision Rules. American Political Science Review 94/2:407-23.

Guidolin, M. and Ferrara, E. L. (2007). Diamonds are Forever, Wars are Not: Is Conflict bad for Private Firms? *American Economic Review* 97(5):1978–1993.

Guidolin, M. and Ferrara, E. L. (2010). The Economic Effects of Violent Conflict: Evidence from Asset Market Reactions. *Journal of Peace Research* 47 (69: 671-684.

Haugen, R. A. and Lakonishok, J. (1988). *The Incredible January Effect: the Stock Market's Unsolved Mystery*. Dow Jones-Irwin, Homewood, Illinois.

Holsti, O. R. (1962). The belief System and National Images: A case study. *Journal of Conflict Resolution*, 6(3): 244–252.

Krippendorff, K. (2004). Content analysis: An introduction to its methodology. Sage Publications, Inc, California.

Ladha, K. K. (1992). The Condorcet Jury Theorem, Free Speech, and Correlated Votes. *American Journal of Political Science* 36(3):617–634.

Le Bon, Gustave (1895) Psychologie des foules. Édition Félix Alcan, Paris.

Malkiel, B. G. (2003). The Efficient Market Hypothesis and its Critics. *Journal of Economic Perspectives* 17(1):59–82.

Neumayer, E. (2004). The Impact of Political Violence on Tourism: Dynamic Cross-National Estimation. *Journal of Conflict Resolution* 48(2):259.

O'Brien, S. P. (2002). Anticipating the Good, the Bad, and the Ugly: An Early Warning Approach to Conflict and Instability Analysis. *Journal of Conflict Resolution* 46(6): 791-811.

O'Brien, S. P. (2010). Crisis Early Warning and Decision Support: Contemporary Approaches and Thoughts on Future Research. *International Studies Review* 12(1): 87–104.

Osgood, Charles E., George Suci and Percy Tannenbaum (1957), The Measurement of Meaning. Urbana: University of Illinois Press.

Paroush, Jacob (1998). Stay Away from Fair Coins: A Condorcet Jury Theorem. *Social Choice and Welfare* 15/1:15-20.

Pennock, D. M., Lawrence, S., Årup Nielsen, F., and Giles, C. L. (2001). Extracting Collective Probabilistic Forecasts from Web Games. In *Proceedings of the Seventh ACM SIGKDD International Conference on Knowledge Discovery and Data Minin*g, pp. 174–183.

Poe, S. C., Rost, N., and Carey, S. C. (2006). Assessing Risk and Opportunity in Conflict Studies: A Human Rights Analysis. *Journal of Conflict Resolution* 50(4): 484–507.

Ray, James Lee and Bruce Russett (2006). The Future as Arbiter of Theoretical Controversies: Predictions, Explanations and the End of the Cold War. *British Journal of Political Science* 26(4):441-470.

Rowe, Gene and George Wright. (1999). The Delphi Technique as a Forecasting Tool: Issues and Analysis. *International Journal of Forecasting* 15(4): 353-375.

Schneider, G. and Schulze, G. G. (2003). Globalization and armed conflict, chapter The domestic roots of Commercial liberalism: A sector-specific approach, pages 103–122. Rowman & Littlefield.

Schneider, G. and Troeger, V. (2006). War and the world economy: Stock market reactions to international conflicts, 1990-2000. Journal of Conflict Resolution, 50(5):623–645.

Schneider, G., Gleditsch, N. P., and Carey, S. (2010). Exploring the Past, Anticipating the Future: A Symposium. *International Studies Review* 12(1):1–7.

Schneider, G., Gleditsch, N. P., and Carey, S. (2011). Forecasting in International Relations: One Quest, three Approaches. *Conflict Management and Peace Science 28(1): 5–14*.

Schneider, Gerald, Daniel Finke and Stefanie Bailer. (2010). "Bargaining Power in the European Union. An Evaluation of Competing Game-theoretic models", *Political Studies* 58(1): 85-103.

Schneider, Gerald. (2005). "Capacity and Concessions: Bargaining Power in Multilateral Negotiations." *Millennium* 33(3): 665-690.

Schrodt, Philip A./Gerner, Deborah J. (2000). Using Cluster Analysis to Derive Early Warning Indicators for Political Change in the Middle East, 1979-1996. *American Political Science Review* 94 (4): 803-818.

Servan-Schreiber, E., Wolfers, J., Pennock, D., and Galebach, B. (2004). Prediction Markets: Does Money Matter? *Electronic Markets* 14(3):243–251.

Sherden, William A. (1997). *The Fortune Sellers: The Big Business of Buying and Selling Predictions.* Hoboken, NJ: Wiley.

Stokman, Frans and Robert Thomson. (2004). "Winners and Losers in the European Union. European Union Politics 5/1:5-23.

Surowiecki, James (2004). The Wisdom of Crowds: Why the Many Are Smarter Than the Few and How Collective Wisdom Shapes Business, Economies, Societies and Nations Little, Brown

Taleb, N. N. (2007). *The Black Swan: The Impact of the Highly Improbable*. Random House, New York.

Tetlock, P. E. (1981). Personality and Isolationism: Content analysis of Senatorial Speeches. *Journal of Personality and Social Psychology* 41(4):737 – 743.

Tetlock, P. E. (2005). Expert Political Judgment: How good is it? How can we know? Princeton Univ Press, Princeton.

Tetlock, P.E. (2010) Second Thoughts About Expert Political Judgement: Reply to the Symposium. *Critical Review* 22(4): 467-488

Thompson, Robert, Stokman, Frans N., Achen, Christopher H. and König, Thomas. 2006.*The European Union Decides*. Cambridge University Press, Cambridge.

Wolfers, J. and Zitzewitz, E. (2006). Prediction markets in theory and practice. Working Paper 12083, National Bureau of Economic Research.

Young, H. Peyton (1988). Condorcet´s Theory of Voting. American Political Science Review 82/4

# Exhibit QE-59

Penn Libraries
UNIVERSITY of PENNSYLVANIA

University of Pennsylvania
ScholarlyCommons

Marketing Papers Wharton School

6-17-2001

# Combining forecasts

J. Scott Armstrong
*University of Pennsylvania*, armstrong@wharton.upenn.edu

Follow this and additional works at: http://repository.upenn.edu/marketing_papers

Part of the Marketing Commons

Recommended Citation
Armstrong J. S. (2001). Comb n ng forecasts. Retr eved from http://repos tory.upenn.edu/market ng papers/34

Pos p ve s o . Pub s ed J. S. A s o g (ed.), *Principles of forecasting: a handbook for researchers and practitioners*, K uwe Acade c Pub s g, 2001, pages 417-439. The au o asse s s/ e g o c ude s o a o *ScholarlyCo* o s@Pe .

Th s pape s pos ed a Sc o a yCo o s. ttp:// epos o y.upe .edu/ a ke g_pape s/34
Fo o e o a o , p ease co ac epos o y@ obox.upe .edu.

# Combining forecasts

**Abstract**
To improve forecasting accuracy, combine forecasts derived from methods that differ substantially and draw from different sources of information. When feasible, use five or more methods. Use formal procedures to combine forecasts: An equal-weights rule offers a reasonable starting point, and a trimmed mean is desirable if you combine forecasts resulting from five or more methods. Use different weights if you have good domain knowledge or information on which method should be most accurate. Combining forecasts is especially useful when you are uncertain about the situation, uncertain about which method is most accurate, and when you want to avoid large errors. Compared with errors of the typical individual forecast, combining reduces errors. In 30 empirical comparisons, the reduction in ex ante errors for equally weighted combined forecasts averaged about 12.5% and ranged from 3 to 24 percent. Under ideal conditions, combined forecasts were sometimes more accurate than their most accurate components.

**Keywords**
consensus, domain knowledge, earnings forecasts, equal weights, group

**Disciplines**
Marketing

**Comments**
Postprint version. Published in J. S. Armstrong (ed.), *Principles of forecasting: a handbook for researchers and practitioners*, Kluwer Academic Publishing, 2001, pages 417-439. The author asserts his/her right to include this information in *Scholarly*Commons@Penn.

Th s book chapter s ava lable at ScholarlyCommons: http://repos tory.upenn.edu/market ng papers/34

*Principles of Forecasting: A Handbook for Researchers and Practitioners,*
J. Scott Armstrong (ed.): Norwell, MA: Kluwer Academic Publishers, 2001.
Reprinted permission of Kluwer/Springer

# Combining Forecasts

**J. Scott Armstrong**
The Wharton School, University of Pennsylvania

**ABSTRACT**

To improve forecasting accuracy, combine forecasts derived from methods that differ substantially and draw from different sources of information. When feasible, use five or more methods. Use formal procedures to combine forecasts: An equal-weights rule offers a reasonable starting point, and a trimmed mean is desirable if you combine forecasts resulting from five or more methods. Use different weights if you have good domain knowledge or information on which method should be most accurate. Combining forecasts is especially useful when you are uncertain about the situation, uncertain about which method is most accurate, and when you want to avoid large errors. Compared with errors of the typical individual forecast, combining reduces errors. In 30 empirical comparisons, the reduction in ex ante errors for equally weighted combined forecasts averaged about 12.5% and ranged from 3 to 24 percent. Under ideal conditions, combined forecasts were sometimes more accurate than their most accurate components.

**KEYWORDS:** Consensus, domain knowledge, earnings forecasts, equal weights, group discussion, rule-based forecasting, uncertainty.

---

Assume that you want to determine whether Mr. Smith murdered Mr. Jones, but you have a limited budget. Would it be better to devote the complete budget to doing one task well, for example, doing a thorough DNA test? Or should you spread the money over many small tasks such as finding the murder weapon, doing ballistic tests, checking alibis, looking for witnesses, and examining potential motives? The standard practice in matters of life and death is to combine evidence from various approaches. Although it is not a matter of life and death, combining plays a vital role in forecasting.

Combining has a long history that predates its use in forecasting. In 1818, Laplace claimed ?In combining the results of these two methods, one can obtain a result whose probability law of error will be more rapidly decreasing@ (as quoted in Clemen 1989). The value of combining was also appreciated by Galton (1878). Using photographic equipment to combine many portraits, he concluded ( p. 135) that ?All of the composites are better looking than their components because the averaged portrait of many persons is free from the irregularities that variously blemish the look of each of them.@ Langlois and Roggman (1990), using computer composites of portrait photographs, added support for Galton; raters found composite faces to be more attractive as more faces were added. The more average, the better looking. Levins (1966), a biologist, suggested that rather than building one master model, it is often better to build several simple models that, among them, use all the information available and then average them. It has become respectable in the social sciences to combine results from different approaches. Important papers on this approach date back at least as far as the mid-1950s (e.g., Cronbach and Meehl 1955).

Combining forecasts, sometimes referred to as composite forecasts, refers to the averaging of independent forecasts. These forecasts can be based on different data or different methods or both. The averaging is done using a rule that can be replicated, such as to take a simple average of the forecasts.

Some researchers object to the use of combining. Statisticians object because combining plays havoc with traditional statistical procedures, such as calculations of statistical significance. Others object because they believe

there is one right way to forecast. Another argument against combining is that developing a comprehensive model that incorporates all of the relevant information might be more effective.

Despite the objections, combining forecasts is an appealing approach. Instead of trying to choose the single best method, one frames the problem by asking which methods would help to improve accuracy, assuming that each has something to contribute. Many things affect the forecasts and these might be captured by using alternative approaches. Combining can reduce errors arising from faulty assumptions, bias, or mistakes in data.

Over the past half-century, practicing forecasters have advised firms to use combining. For example, the National Industrial Conference Board (1963) and Wolfe (1966) recommended combined forecasts. PoKempner and Bailey (1970) concluded that combining was a common practice among business forecasters. Dalrymple=s (1987) survey on sales forecasting revealed that, of the 134 U.S. companies responding, 20% ?usually combined,@ 19% ?frequently combined,@ 29% ?sometimes combined,@ and 32% ?never combined.@ I suspect however, that they are referring to an informal averaging, which does not conform with the definition in this paper. In recent years, combining has also been adopted by weather forecasters, who call it *ensemble forecasting*. They improve accuracy by combining forecasts made at different lead times. For example, they combine Wednesday=s forecast for the coming weekend with the forecasts made on Monday and Tuesday (*Science*, Dec. 23, 1994, p. 1940).

Below, I summarize results from empirical studies of combining. I was aided by prior reviews, such as Clemen=s (1989) annotated bibliography, which included 209 papers. I did not find computer searches to be very useful. A search of the *Social Science Citation Index*, using "combining and forecasts," produced 115 papers from 1988 to 2000. Only nine of these were among the 57 empirical studies I had located elsewhere. None of the remaining 106 proved to be relevant. To see why computer searches are unrewarding for this topic, examine the references at the end of this paper. Most titles provide no indication that the paper deals with combining forecasts.

To help ensure that my list of studies was complete, I put it on the Principles of Forecasting website (hops.wharton.upenn.edu/forecast) in January 1999, and appealed to researchers through e-mail lists to notify me about omissions. Many researchers responded with studies, some of which were relevant. Below, I summarize the relevant empirical studies that I could find on combining. I omitted a few studies that were hard to obtain or difficult to understand. However, their results were consistent with those included.

## PROCEDURES FOR COMBINING FORECASTS

Combining forecasts improves accuracy to the extent that the component forecasts contain useful and independent information. Ideally, forecast errors would be negatively related so that they might cancel each other, but this is rare in practice. Lacking a negative correlation, one would hope to combine forecasts whose errors will be uncorrelated with one another. However, forecasts are almost always positively correlated and often highly so.

There are two ways to generate independent forecasts. One is to analyze different data, and the other is to use different forecasting methods. The more that data and methods differ, the greater the expected improvement in accuracy over the average of the individual forecasts.

**$ Use different data or different methods.**

Using several sources of data can add useful information and may also adjust for biases. For example, to forecast the number of cars to be imported by the U.S. from Japan, you could extrapolate the number that the U.S. counts as imports or from the number Japan reports having exported to the U.S. These numbers are likely to differ for such reasons as a desire to avoid import duties, an attempt to benefit from export subsidies, or differences in the definitions of the country of origin. For an example, using the same data and different procedures, consider the problem of whether it is better to forecast a quantity directly, say toothpaste, or whether to forecast each type of toothpaste by flavor and package size then, add them up. If good arguments can be made for either approach, you can use each and average their forecasts.

The use of different methods and different data go hand in hand. Baker et al. (1980) illustrated this in forecasts of the impact that offshore nuclear power plants would have on visits to adjacent beaches. One source of forecasts was expert surveys, a second source was analogies (visits to beaches near land-based nuclear plants), and a third was surveys of nearby residents about their intentions to visit these beaches.

Batchelor and Dua (1995) examined forecasts of four variables (real GNP, inflation, corporate profits, and unemployment) for forecast horizons of 6, 12, and 18 months ahead. They had been prepared by 22 economists whose forecasts were summarized in the Blue Chip Economic Indicators. They reported reducing the Mean Square Error (MSE) by an average of 9.2 % by combining any two economists= forecasts, and by an average of 16.4% by combining ten of them. They also classified the forecasters based on the assumptions they reported using (43% Keynesian, 20% monetarism, and 12% supply side) and the methods (48% judgment, 28% econometric modeling, and 24% time-series analysis). When Batchelor and Dua combined forecasts based on diverse assumptions, they reduced the error more than when they combined forecasts based on similar assumptions. Similarly, the error reductions were larger when combining was based on different methods. The gains from dissimilar methods were not so pronounced as those from different assumptions, perhaps because many forecasters used more than one method in making their forecasts.

Lobo and Nair (1990) studied quarterly earnings forecasts for 96 firms from 1976 to 1983. They used two judgmental methods and two extrapolations to generate the forecasts. When they combined two judgmental methods (based on professional analysts= forecasts), the Mean Absolute Percentage Error (MAPE) decreased by 0.6% (compared with the average component error). When they combined two different extrapolation methods, the MAPE fell by 2.1%. When they combined a judgment method with an extrapolation method (I averaged the results of all four combinations), the MAPE fell by 5.2%.

While it is possible for a single forecaster to use different methods, objectivity is enhanced if forecasts are made by independent forecasters. One possible approach here is to find forecasts that have been published by others. Such a procedure was used by the Blue Chip Economic Indicators in collecting and summarizing macroeconomic forecasts. One might also use this procedure to obtain forecasts on key sectors such as automobiles, restaurants, or air travel. Some sources of published forecasts can be found on the Forecasting Principles website. On the negative side, published forecasts often fail to provide a description of how they were obtained.

**$ Use at least five forecasts when possible.**

When inexpensive, it is sensible to combine forecasts from at least five methods. As might be expected, adding more methods leads to diminishing rates of improvement. Makridakis and Winkler (1983) plotted the reduction in errors as more extrapolations were combined. They used extrapolations that had been prepared for the 1,001 series of the M-competition. The gains dropped exponentially. When they combined five methods, they had achieved most of the possible error reduction, but they obtained further small gains as they combined more than five forecasts.

The results for expert forecasting are similar to those for extrapolation. Using theoretical arguments, Hogarth (1978) advised using at least six experts but no more than 20. Libby and Blashfield (1978) conducted three empirical studies that showed substantial improvements in accuracy when going from one to three judges, and they concluded that the optimum would be between five and nine.

Ashton and Ashton (1985) studied judgmental forecasts of the number of advertising pages in *Time* magazine. Combining the forecasts of four experts reduced error by about 3.5%. While gains in accuracy continued as they included forecasts from up to 13 experts, they were small after the fifth expert.

A study of forecasts of four macroeconomic variables (Batchelor and Dua 1995) achieved nearly all the gains in accuracy by combining forecasts from 10 of 22 economists; however, they continued to make small gains as they added those of the remaining 12. Krishnamurti et al. (1999), in a study of short-term weather forecasts, concluded that forecasts are needed from six or seven models.

Lobo and Nair (1990) and Lobo (1991) studied quarterly earnings forecasts for 96 firms. They obtained average MAPEs by combining two methods (based on judgmental forecasts from two sources) and two extrapolation forecasts. Combinations of two methods, of which there were six, had an average MAPE of 57.4%. Combinations of three methods, of which there were four, had an average MAPE of 56.4%. Lastly, the combination of all four methods had a MAPE of 56.0%.

Combining also helps when the components themselves are combined forecasts. Winkler and Poses (1993) examined physicians= predictions of survival for 231 patients who were admitted to an intensive care unit. Here,

physicians sometimes received unambiguous and timely feedback, so those with more experience were more accurate. They grouped the physicians into four classes based on their experience: 23 interns, four fellows, four attending physicians, and four primary care physicians. The group averages were then averaged. Accuracy improved substantially as they included two, three, and then all four groups. The error measure (the Brier score) dropped by 12% when they averaged all four groups across the 231 patients (compared to that of just one group).

**$ Use formal procedures to combine forecasts.**

Combining should be done mechanically and the procedure should be fully described. Equal weighting is appealing because it is simple and easy to describe. If judgment is used, it should be used in a structured way and details of the procedure should be recorded. Subjective weightings allow people to impose their biases. For example, assume that you were trying to forecast the effects of a state's use of capital punishment. People have strong biases about this issue and these would affect their forecasts. Biases are also common for forecasting in organizations. In Sanders and Manrodt's (1994) survey of sales forecasting practices, 70.4 % of the respondents said that they preferred to underforecast sales, while only 14.6% said they preferred to overforecast (the rest expressed no preference).

Avoid judgmental weights in cases where those doing the weighting lack information about the relative accuracy of alternative sources of forecasts. Fischer and Harvey (1999), in a laboratory study, asked subjects to combine forecasts from four forecasters. When the subjects had poor feedback about the accuracy of the components, judgmental weighting was less accurate than equal weights. However, judgmental weighting was more accurate when the subjects had good feedback about the accuracy of the sources.

Mechanical weighting schemes can help to protect against biases. Rowse, Gustafson and Ludke (1974) asked 96 experienced firemen, in groups of four, to estimate the likelihood of various situations, asking such questions as, "Is a fire more likely to be in a private dwelling or public building?" They compared a group consensus (the group discussed the question and reached agreement) against five mechanical procedures: equal weights, peer weights, self weights, group weights, and average weights (based on self weights and group weights). The mechanical schemes were all more accurate than the group consensus.

Lawrence, Edmundson and O=Connor (1986) compared judgmental combining with equal-weights combining. To do this, they first asked 35 subjects to make extrapolations for an 18-month horizon for 68 monthly time series. The subjects were provided with data tables and graphs. The researchers then asked each subject to combine the forecasts based on tables with those based on graphs. The judgmental combinations took longer and were less accurate than a mechanical combination.

Weinberg (1986) examined forecasts for attendance at performing-arts events. He used an econometric model to obtain ex ante forecasts for 15 events during 1977 and 1978. The events' managers used their judgment *and* the econometric model forecasts. On average, the econometric model alone was more accurate than the managers' forecasts (31.2% error versus 34.8%). The MAPE for a simple averaging of the manager's forecast and model, however, was more accurate at 28.9%.

**$ Use equal weights unless you have strong evidence to support unequal weighting of forecasts.**

Clemen (1989) conducted a comprehensive review of the evidence and found equal weighting to be accurate for many types of forecasting. However, the studies that he examined did not use domain knowledge. In the typical study, there was little reason to prefer any of the methods a priori. My conclusion from his review is that when you are uncertain about which method is best, you should weight forecasts equally.

Much of the evidence to support the use of equal weights has come from judgmental forecasting. For example, in examining forecasts of the outcomes of football games, Winkler (1967) found that weighting all judges equally was as accurate as weighting their forecasts according to their previous accuracy or according to their self-rated expertise. But in this case, the judges were students, not experts, and they did not receive good feedback.

Evidence from economics also supports the use of equal weights. MacLaughlin (1973) examined the accuracy of 12 econometric services in the U.S. The rankings of the most accurate methods for 1971 were *negatively* related to their rankings for 1972. In an analysis of five econometric models' forecasts for the UK from 1962 to

1967, Pencavel (1971) found no tendency for models that produced the most accurate forecasts in one year to do so in the next. Similarly, Batchelor and Dua (1990) concluded that "all forecasters are equal" in economics.

Weighting forecasts equally is useful when asking experts to forecast *change.* Armstrong (1985, pp. 91-96) reviewed this literature. However, expertise is useful for assessing the *current status* (level), so different weights might be appropriate if estimates of the level are an important source of error.

**$ Use trimmed means.**

Individual forecasts may have large errors because of miscalculations, errors in data, or misunderstandings. For this reason, it may be useful to throw out the high and low forecasts. I recommend the use of trimmed means when you have at least five forecasts. Forecasters have not studied the effects of trimming, so this principle is speculative. However, some researchers have compared means with medians (the ultimate trimmed mean), obtaining evidence that favors the use of medians.

McNees (1992), in his study of 22 experts who forecasted seven U.S. macroeconomic forecasts from the Blue Chip Economic Indicators, found little difference in accuracy between the mean and the median. The mean seemed superior when accuracy was measured by RMSE, while the median seemed to be a better measure when accuracy was measured by the Mean Absolute Error.

Agnew (1985) examined combined annual forecasts from the Blue Chip Economic Indicators for six variables: nominal GNP, real GNP, inflation, housing starts, corporate profits, and unemployment. Sixteen economists made one-year-ahead forecasts for the six years from 1977 through 1982. In total, the 16 economists each made 36 forecasts. The Mean Absolute Error for the median of the forecasts of the 16 experts was about 4.8% less than that based on the group mean.

Larreche and Moinpour (1983) asked business school students to make one-month-ahead market-share forecasts for eight different marketing plans in a simulation. In preparation, they gave the students data for 48 previous months. Twelve groups of five subjects made predictions. Larreche and Moinpour compared the 96 forecasts with the "true" values for this simulation. The group's median was more accurate than the group's mean for 56% of the comparisons.

X**Use the track record to vary the weights if evidence is strong.**

If you have good evidence that a particular method has been more accurate than others when the methods have been tested in a situation, you should give it a heavier weight. For example, in forecasting annual earnings for firms, ample evidence exists that judgmental forecasts are superior to extrapolations. This conclusion was based on a meta-analysis of the results from 14 studies that contained 17 comparisons (Armstrong 1983). If you were to combine forecasts of firms' annual earnings, then, you should give extrapolation forecasts less weight than judgmental ones.

Makridakis (1990), using 111 time series from the M-competition, found that individual methods that did better in ex ante forecast tests were more accurate in subsequent ex ante forecast tests. He compared four of the leading methods from the M-competition. Rather than use ex ante accuracy to weight the methods, he used it to select a single method. Lacking evidence to the contrary, I speculate that the optimum would lie somewhere between the equal-weights method and relying completely on the method that was most accurate in the validation tests.

Lobo (1991), extending the study of Lobo and Nair (1990), examined differential weighting for analysts= forecasts of company earnings. In a study of quarterly earnings forecasts for 1976 through 1983, he regressed actual values against component forecasts. Thus, he weighted the forecasts by their previous accuracy. He examined the accuracy of four different weighting schemes and of equal weights for a holdout period. The forecasts of all the weighted combinations were more accurate than the forecasts from equal weights. On average, equal-weights combining was off by 56% (using MAPE), whereas the average of the weighted combinations was off by 52.8%.

In a study of rainfall-runoff predictions in 11 regions, Shamseldin, O=Connor and Liang's (1997) equally weighted combined forecast reduced the MAPE by 9.4%. In contrast, the two procedures that weighted the forecasts

according to the previous accuracy of the methods were more successful as they reduced the MAPE by 14.6% on average.

Krishnamurti et al. (1999) found that weather forecasts based on a combined forecast using weights based on regression were more accurate than combined forecasts with equal weights. These findings were based on short-term (one-to- three days-ahead) forecasts of wind and precipitation.

Given the track record of different forecasting methods, what do we do? The statistician's answer would be to weight by the inverse of the mean square error. I suspect that, given the instability of the MSE for forecasting, such a rule would not work well. The RMSE would seem preferable to the MSE and perhaps the Relative Absolute Error (RAE) would do even better. Little evidence exists on this issue. Whatever measure is used, I would shrink it toward equal weights, perhaps by using the average of the two weights.

**$ Use domain knowledge to vary the weights on methods.**

Those who are familiar with the situation may be able to make useful judgments about which methods are most appropriate. This would seem especially relevant when asked to judge from among a set of methods with which they have some experience. In particular, they should be able to identify methods that are *unlikely* to work well in the situation. To ensure that these weightings are reliable, you should obtain independent weightings from a group of experts. Five experts should be sufficient. If the weights show low inter-rater reliability, they should not be used to make differential weights. This advice is speculative, as I am not aware that the issue has been studied directly.

An alternative procedure is to structure the experts' domain knowledge. For example, they could be asked for their expectations about trends or whether they expect discontinuities. This approach was studied in Armstrong, Adya and Collopy (2001). Although the level of domain knowledge was low and only two experts were involved in specifying the knowledge, differential weights improved the accuracy of combined forecasts.

## ASSESSING UNCERTAINTY

I have discussed the use of combining to forecast expected values. One can also combine alternative estimates of prediction intervals. For example, prediction intervals for a sales forecast can be obtained by asking more than one expert to provide 95% prediction intervals, and these intervals could be averaged. They could also be estimated using a holdout sample of ex ante forecast errors for an extrapolation method and combining the resulting prediction intervals with those from the judgmentally estimated intervals.

Uncertainty can also be assessed by examining the agreement among the components of a combined forecast. Close agreement among forecasts from *dissimilar methods* indicates construct validity, which should increase one=s confidence. Conversely, large differences should reduce confidence. However, it is difficult to convert these differences into prediction intervals. Furthermore, methods may produce similar results even when they are inaccurate. This occurs, for example, when experts forecast the probability of success of job applicants. Nevertheless, comparisons among forecasts are of some value, as the three studies below show.

The first study concerns estimation, not forecasting. Walker (1970) asked subjects to estimate the length of a line; the length, width, and height of a room; the weight of a book; the weight of a rock; the area of an irregularly shaped piece of paper; and the volume of a wastepaper bin. Four or more groups made estimates for each of the eight items. The groups consisted of an average of 16 subjects, each subject working independently. I reanalyzed the results to compare the agreement within each group and the group's accuracy. When the group=s judges were in agreement (coefficient of variation less than 10%), the MAPE was 7%. When they disagreed (coefficient of variation greater than 10%), the MAPE was 19%. So agreement did relate to accuracy.

Lobo (1992), in his study of professional analysts' forecasts of company earnings, put the forecasts into three equal-size groups based on their level of dispersion. The average MAPE for the high-agreement group was 10.8%, while for the moderate-agreement group it was 25.3%, and for the low-agreement group it was 55.6%. Here again, higher agreement was related to more accurate forecasts.

Plous (1995) conducted a series of experiments in which he asked subjects to specify the 90% confidence intervals for twenty almanac questions. Subjects working alone were poorly calibrated, as one would expect from prior research. Subjects working in groups were better calibrated, but were still much too overconfident. This occurred even if they were told that groups were overconfident, or if they used devil's advocate, or if they were asked to argue against their forecasts. The procedure that led to the best calibration was to collect confidence intervals from nominal groups (where three to four people worked alone); the highest and lowest estimates of confidence intervals among those in the group were then used to provide a confidence interval. This combining procedure led to estimates that were only slightly overconfident.

## CONDITIONS FAVORING COMBINED FORECASTS

Combining is possible only if there is more than one sensible source of forecasts. Fortunately, it is often possible to use more than one forecasting method. It is assumed that each method has some validity, yet none of the methods provides perfect forecasts. If the best method is known a priori, it should receive more weight, perhaps all the weight. But generally, alternative methods are likely to add some value to the forecast.

High uncertainty calls for combining forecasts. For example, policy makers in some states in the U. S. are interested in predicting the effects of instituting nondiscretionary handgun laws. (These state that, once a person meets certain well-specified criteria for carrying a concealed handgun, he or she must be issued a permit upon request.) In this example, there is uncertainty about the types of data to use, what methods to employ, and who should do the analyses. Also, few people have experience with handguns and they typically have not examined data on the topic. Instead, they rely upon mass media reports and thus are subject to biases in these reports, in their selective attention to media, and in their interpretation. Assume that all states in the U.S. adopted nondiscretionary handgun laws. What changes in the annual number of murder cases in the U. S. would you predict? What would you predict about the change in deaths from mass shootings and in deaths from accidental shootings? For these issues, emotions are likely to affect the weights people assign to alternative forecasts. People are likely to put all of the weight on the forecast that supports their beliefs. They may also search for forecasts that support their views.

When emotions are involved, it is especially important to decide upon the weightings prior to examining the forecasts. Continuing with the gun control example, how would you weight forecasts from judgment and from econometric methods? In such a case, econometric methods seem less subject to biases and thus deserving more emphasis. But consider this. To forecast the impact of extending the nondiscretionary concealed-handgun law to all states, Lott (1998) used alternative econometric models. He drew upon economic theory in developing models and then derived parameter estimates based on county levels, time trends by state, and levels by state. He supplemented this by examining prior research. The component forecasts showed a consistent pattern and he combined them. Lott forecasted that murders would be reduced by at least 1,400 per year. He predicted an increase in the number of accidental deaths of nine (p. 112) and that mass shooting deaths would drop substantially (pp. 100-102). Lott's results upset many people and led to attacks on his integrity.

$ **Combine forecasts from several methods when you are uncertain which forecasting method is most accurate.**

Combining is expected to be useful when you are uncertain as to which method is best. This may be because you encounter a new situation, have a heterogeneous set of time series, or expect the future to be especially turbulent.

Meade and Islam (1998) examined extrapolation models proposed for technological forecasting. Despite a large literature, it was not clear a priori, which method would be most accurate. Meade and Islam compared a selection rule (picking the best-fitting model) against a combined forecast. Using seven forecasting methods on 47 data sets, they found that the combined forecast was more accurate than the best fitting model for 77% of the ex ante forecasts.

Even if one can identify the best method, combining may still be useful if other methods contribute some information. If so, differential weights may improve accuracy.

- **Combine forecasts from several methods when you are uncertain about the forecasting situation.**

In situations of uncertainty, combining can reduce error. For example, Klugman (1945) found that combining judgments led to greater improvements for estimates of heterogeneous items (irregularly-shaped lima beans in a jar) than of homogeneous items (identically-sized marbles in a jar). In addition to ease of estimation, situations can be judged uncertain based on unexplained large variations in the past or on expected volatile changes in the future.

Because uncertainty increases with the forecast horizon, combining should be especially useful for long-range forecasts. Makridakis and Winkler (1983, Table 3) examined forecasts for periods 9 through 18 for 617 monthly series. The gains from combining increased as the forecast horizon increased. For example, combining two forecasts in horizon nine produced a 4.1% error reduction (MAPE reduced from 19.7% to 18.9%), whereas it produced a 10.1% reduction in horizon 18 (MAPE reduced from 45.5% to 40.9%).

Lobo (1992) analyzed quarterly earnings forecasts for 205 firms over the eight years from 1978 through 1985. Forecasts were made for four forecast horizons, producing a total of 6,560 forecasts. For one-quarter ahead forecasts, combining led to a corresponding reduction from 14.8% to 12.6%, a decrease of 2.2%. For four quarters ahead, the average MAPE for the components was 36.8% while it was 32.3% for the combined forecasts – a decrease of 4.5%.

Lobo (1992) also found combining to be more useful when analysts' forecasts differed more. Where they differed most (the top third of his 6,560 forecasts), the combined forecast MAPE averaged 57.6% versus 66.0% for the average component, a difference of 8.4%. For the low-dispersion group, the MAPE for the combined forecast was 12.6% versus 14.7% for the individual components, a difference of only 2.1%.

Schnaars (1986) combined seven extrapolations for 103 consumer products. For one-year-ahead forecasts, the MAPE for the combined forecast was less (11.5% vs. 9.7%). For the five-year-ahead forecasts, the combined MAPE was 38.3%, while the average forecast had a MAPE of 45.8%.

Sanders and Ritzman (1989) obtained contrary evidence. They used five extrapolation methods to make one-period-ahead forecasts for 22 time series from a public warehouse. They then split the series into two groups. For the 11 series having the most variation, combining reduced the MAPE by 10.4% (compared with the average of the individual techniques). Unexpectedly, the error reduction was greater (20.6%) for the low variability group.

New product forecasting involves much uncertainty, so combining should be useful there. Gartner and Thomas (1993) conducted a mail survey of new product forecasts of U.S. software firms and got responses from 103 of them. They divided them into two groups: 46 of them with fairly accurate forecasts and 57 with large errors. Firms in the more accurate group used more forecasting methods than those in the less accurate group. Assuming that they combined these forecasts in some way, the results are consistent with the hypothesis that combined forecasts improve accuracy.

- **Use combined forecasts when it is important to avoid large errors.**

Because the MAPE for a combined, equally weighted forecast is never greater than the typical forecast error, it will never be less accurate than the worst component. Thus, combining is useful when large errors might have especially serious consequences, such as when actions might lead to bankruptcy, death, or war.

On the other hand, if there is a premium on making the best forecast, as when bidding on contracts, it may be wise to avoid the crowd and be willing to tolerate large errors. For example, an economic forecaster who wants to be noticed might make an extreme forecast to gain recognition for foreseeing an unusual event whereas, if the forecast is wrong, it is likely to be ignored. Batchelor and Dua (1992) provide evidence that economic forecasters behave this way. In such a case, combining should not be used.

## EVIDENCE ON THE VALUE OF COMBINING

Combined forecasts are more accurate than the typical component forecast in almost all situations studied to date. Sometimes the combined forecast will surpass the best method. This could be seen from a simple example involving

offsetting errors. Assume that one forecast is 40 and another is 60, while the actual value turns out to be 50. Each of the components is off by 10, while the combined forecast has no error.

Evidence on the value of combining comes from studies on intentions, expert forecasts, extrapolation, and econometric forecasts. In addition, some evidence comes from studies of combining across different types of methods. I have focused on evidence from tests of ex ante forecasting that include comparisons to alternative procedures and, in particular, to combining equally weighted forecasts.

The gains in accuracy from equal-weights combining are influenced by many factors, including the number of forecasts combined, differences among the methods and data, accuracy of the component methods, amount of uncertainty about the methods selected, amount of uncertainty in the situation, choice of error measure, and length of the forecast horizon. Given the many sources of variation, it is difficult to estimate the reduction in error that combining forecasts can yield in a given situation.

To estimate the typical gain, I included all studies that provided ex ante forecasts and that reported on comparisons of combined forecasts and the average accuracy of their components. I did not include studies with less than five forecasts. When a study provided a number of comparisons, I used the one that exemplified the best practice. For example, if a researcher compared two forecasts, three forecasts, and four forecasts, I would use only the comparison of the four. When forecasts were made for different forecast horizons, I took an average across the horizons. In making comparisons across methods, I expressed errors in percentages. When possible, I reported on the proportion by which the error was reduced (e.g., the percentage reduction in the MAPE). To ensure that my summary is correct, I was able to contact authors of 22 of the studies, and received replies from 16 of them. This feedback led to corrections in summaries of two studies.

Exhibit 1 summarizes the findings. There were 30 comparisons and, on average, combining reduced forecast errors by 12.5%. Although the gains varied due to many factors, there were always gains.

**Exhibit 1**
**Error Reductions from Combining Ex Ante Forecasts**

| Study | Methods | Components | Criterion | Data | Situation | Validation Forecasts | Forecast Horizon | Percent error reduction |
|---|---|---|---|---|---|---|---|---|
| Levine (1960) | intentions | 2 | MAPE | annual | capital expenditures | 6 | 1 | 18.0 |
| Okun (1960) | " | 2 | " | " | housing starts | 6 | 1 | 7.0 |
| Landefeld & Seskin (1986) | " | 2 | MAE | " | plant & equipment | 11 | 1 | 20.0 |
| Armstrong et al. (2000) | " | 4 | RAE | " | consumer products | 65 | varied | 5.5 |
| Winkler & Poses (1993) | expert | 4 | Brier | cross-section | survival of patients | 231 | varied | 12.2 |
| Thorndike (1938) | " | 4 to 6 | % wrong | " | knowledge questions | 30 | varied | 6.6 |
| Makridakis et al. (1993) | " | 5 | MAPE | monthly | economic time series | 322 | 1 thru 14 | 19.0 |
| Richards & Fraser (1977) | " | 5 | " | annual | company earnings | 213 | 1 | 8.1 |
| Batchelor & Dua (1995) | " | 10 | MSE | " | macroeconomic | 40 | 1 | 16.4 |
| Kaplan et al. (1950) | " | 26 | % wrong | cross-section | technology events | 16 | varied | 13.0 |
| Zarnowitz (1984) | " | 79 | RMSE | quarterly | macroeconomic | 288 | 1 | 10.0 |
| Sanders & Ritzman (1989) | extrapolation | 3 | MAPE | daily | public warehouse | 260 | 1 | 15.1 |
| Makridakis & Winkler (1983) | " | 5 | " | monthly | economic time series | 617 | 18 | 24.2 |
| Makridakis et al. (1993) | " | 5 | " | " | " | 322 | 1 thru 14 | 4.3 |
| Lobo (1992) | " | 5 | " | quarterly | company earnings | 6,560 | 1 thru 4 | 13.6 |
| Schnaars (1986) | " | 7 | " | annual | consumer products | 1,412 | 1 thru 5 | 20.0 |
| Landefeld & Seskin (1986) | econometric | 2 | MAE | annual | plant & equipment | 7 | 1 | 21.0 |
| Clemen & Winkler (1986) | " | 4 | MAD | quarterly | GNP (real & nominal) | 45 | 1 thru 4 | 3.4 |
| Shamseldin et al. (1997) | " | 5 | MAPE | annual | rainfall runoff | 22 | 1 | 9.4 |
| Lobo (1992) | expert/extrap | 2 | MAPE | | company earnings | 6,560 | 1 thru 4 | 11.0 |
| Lawrence et al. (1986) | " | 3 | " | annual monthly | economic time series | 1,224 | 1 thru 18 | 10.7 |
| Sanders & Ritzman (1989) | " | 3 | " | daily | public warehouse | 260 | 1 | 15.5 |
| Lobo & Nair (1990) | " | 4 | " | annual | company earnings | 768 | 1 | 6.4 |
| Landefeld & Seskin (1986) | intentions/econ | 2 | MAE | annual | plant & equipment | 11 | 1 | 11.5 |
| Vandome (1963) | extrap/econ | 2 | MAPE | quarterly | macroeconomic | 20 | 1 | 10.1 |
| Armstrong (1985) | " | 2 | " | annual | photo sales by country | 17 | 6 | 4.2 |
| Weinberg (1986) | expert/econ | 2 | " | cross-section | performing arts | 15 | varied | 12.5 |
| Bessler & Brandt (1981) | exprt/extrap/econ | 3 | " | quarterly | cattle & chicken prices | 48 | 1 | 13.6 |
| Fildes (1991) | " | 3 | MAE | annual | construction | 72 | 1 & 2 | 8.0 |
| Brandt & Bessler (1983) | " | 6 | MAPE | quarterly | hog prices | 24 | 1 | 23.5 |
| | | | | | | | **Unweighted average** | **12.5** |

Some of these studies were described earlier. The remaining studies are described here. The descriptions could help to assess the benefits to be expected from combining forecasts in a particular situation. Researchers might be interested in assessing the limitations of the evidence and determining how to improve the estimates. If you prefer to skip the details, you could go to the next major section, "Implications for Practitioners."

## Intentions Studies

Levine (1960) presented forecasts of annual investment in U.S. plant and equipment from 1949 to 1954. The forecasts came from two intentions studies, one by the Securities Exchange Commission (SEC) and one by McGraw-Hill. Each survey asked company executives about their planned capital expenditures in the coming year. The SEC had a MAPE of 4.4% and McGraw-Hill=s was 4.0% – an average of 4.2%. Using their data, I calculated a combined forecast. The MAPE for the combined forecast was 3.5%, a reduction in error of about 18%.

Okun (1960) examined two intentions studies, *Fortune=s* survey of homebuilders and the Survey Research Centers= (SRC) survey of buyers= intentions, both used to forecast annual U.S. housing starts from 1951 through 1956. The SRC forecasts had a MAPE of 8.5% and *Fortune=s* was 7.5%. Using data in Okun's Table 2, I calculated a combined forecast using equal weights and the MAPE was 6.5%.

Landefeld and Seskin (1986) examined data from intentions surveys for next year=s plant and equipment expenditures conducted by the U.S. Dept. of Commerce=s Bureau of Economic Analysis (BEA), McGraw-Hill, and Merrill Lynch Economics. The BEA survey was the largest with 13,000 firms, while the other two each had less than 1,000 firms. The surveys were conducted in November and December prior to the years being forecast, and they covered the 11 years from 1970 through 1980. The BEA survey was the most accurate with a mean absolute error (MAE) of 1.9 percent, versus 2.7 for McGraw-Hill and 3.05 for Merrill Lynch. I calculated combined forecasts from their results. Combinations any two of the three forecasts reduced the MAE by 11.8% in comparison to the individual forecasts. When all three were combined, the error dropped by 20%, again showing the benefit of combining more than two forecasts.

Armstrong, Morwitz & Kumar (2000) combined forecasts for automobiles and wireless telephone service from four different intentions methods. The data, from the U.S. and France, covered forecasts with horizons ranging from 2 to 14 months. A total of 65 forecasts were made for various years from 1961 to 1996. Overall, the combined forecasts reduced the Relative Absolute Error (RAE) by 5.5%.

## Expert Forecasts

Evidence on the value of combining experts= judgments goes back to Gordon (1924). She asked people to estimate weights as they lifted them. When she correlated the rankings with the true order, the average for 200 judges was .41. By averaging the rankings of any five judges chosen at random, she improved the average correlation to .68, and for 50 judges it was .94.

Stroop (1932) extended Gordon=s study by having a single individual make many estimates. Fifty estimates by the same individual led to more accurate rankings. Biased estimates were unlikely in this situation, so the gains were probably due to improved reliability.

Similar studies of estimation problems followed. Can one generalize from estimation problems? Based on Fischhoff's (1976) findings, the answer is yes. More important, forecasting studies have been conducted, as shown below.

Thorndike (1938) asked 1,200 subjects to predict 30 events. The average individual was incorrect for 38.1% of the forecasts. Combined forecasts from groups of four to six individuals were incorrect 35.6% of the time.

In the M2-Competition, the accuracy of five experts was compared with that for a combined forecast (Makridakis et al. 1993). The forecasting experts had no procedure for using domain knowledge. The data consisted of 23 monthly series with real-time forecasts made for one to 14 months ahead during 1988 and 1989 (from their Exhibit 3). Combining forecasts by the five experts produced a MAPE of 13.4%, compared with 16.5% for the average expert.

Annual earnings for firms are difficult to forecast, a factor that would favor combining. However, financial analysts draw upon similar information and they are often aware of other analysts' forecasts, factors that would reduce the benefits of combining. As a result, the correlations among analysts' forecasts are high; Richards and Fraser (1977) found an average correlation of .92 among nine analysts for earnings forecasts for 213 corporations in 1973. The average analyst=s MAPE for each of the firms was 24.7%. When Richards and Fraser calculated a combined forecast (the number of analysts was typically five), the MAPE was 22.7%.

Kaplan, Skogstad and Girshick (1950) asked 26 judges to forecast events in the social and natural sciences, obtaining over 3,000 forecasts. The average percentage of incorrect predictions for the judges was 47%. The combined forecasts were incorrect on 34% of the forecasts.

Zarnowitz (1984) examined forecasts by 79 professional forecasters for six variables for the U.S. economy. The forecasts, covering 1968-79, were collected by mail in the middle month of each quarter and covered a four-

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 656 of 759 PageID #: 2444


quarter horizon. This yielded 288 forecasts. Averaging across the six variables, Zarnowitz obtained a combined Root Mean Square Error ten percent lower than that for the typical individual=s errors.

## Extrapolations

Newbold and Granger (1974) examined forecasts for 80 monthly and 26 quarterly time series. They used three extrapolation methods (Holt-Winters, Box-Jenkins, and stepwise autoregression). Although they did not assess the magnitudes of the gains, they concluded that combinations of forecasts from any two of the methods were superior to the individual forecasts most of the time.

Sanders and Ritzman (1989) examined one-day-ahead daily forecasts of shipments to and from a public warehouse. Their validation covered 260 forecasts over a one-year period. They used two different schemes for combining forecasts from three methods. On average, combining reduced the MAPE from 74.7% to 63.4% (calculated from data in their Table 1). The combined forecast was substantially more accurate than the best method.

Makridakis and Winkler (1983), using the 1,001 series from the M-competition, summarized the typical errors (line one of their Table 3) then showed what happens as up to ten methods were combined. Unfortunately, much of this analysis mixes annual, quarterly, and monthly time series. Nevertheless, the findings show that combining improves accuracy. For example, in the 18-ahead forecasts, where the sample consisted of 617 monthly series, combining two forecasts reduced the MAPE by 10.1%, while combining five forecasts reduced it by 24.2%.

In the M2-Competition (Makridakis et al. 1993), the accuracies of three exponential smoothing methods were compared with that for combined forecasts. The data consisted of 23 monthly series with real-time forecasts made for one- to 14-months ahead during 1988 and 1989 (their Exhibit 3). Combining three exponential smoothing methods produced a MAPE of 11.7%, compared with 12.2% for the average component.

Schnaars (1986) examined forecasts of annual unit sales for 103 products. He made forecasts for one to five-year horizons. He then used successive updating until the last one-year-ahead forecast. This provided a total of 1,412 forecasts by each of seven extrapolations. These series were difficult to forecast, and it was uncertain which method would be best. The average error from the seven methods was 23.5% (which I calculated from data in Schnaars' Exhibit 2). Using all seven methods, the errors from the equal-weights combined forecasts averaged 18.8%.

## Econometric Forecasts

Landefeld and Seskin (1986) examined one-year-ahead forecasts for plant and equipment expenditures. They obtained forecasts from two econometric models that DRI and Wharton developed for seven years, through 1980. I calculated combined forecasts from their table. The MAE for the combined forecast was 21% less than that for the individual forecasts.

Clemen and Winkler (1986) examined the forecasts of GNP provided by four econometric models. Forecasts of Nominal GNP and Real GNP were made for horizons from one to four quarters for 1971 through 1982. This yielded about 45 forecasts for each variable from each of the econometric models. Using results from their Table 3, I calculated the typical Mean Absolute Deviation for each of the four methods. For nominal GNP, the equally weighted combined forecast (using all four methods) was 3.2% more accurate than the typical forecast. For real GNP, the combined forecast was 3.5% more accurate. For each variable and each forecast horizon, the combined forecast was nearly as accurate as the best of the component forecasts.

Shamseldin, O=Connor and Liang (1997) developed forecasts from five econometric models to predict the annual peak rainfall runoff in 11 areas in eight countries. They calibrated models using five to eight years of data and tested them on two years. The data covered the period from 1955 to 1980. A simple combined forecast reduced the MAPE from 37.1% to 33.6%.

### Comparisons Across Methods

As shown earlier in this paper, combining is most useful when the component forecasts come from methods and data that differ substantially. When making comparisons across studies, however, combining across methods seemed no more effective than combining components based on the same method. This is probably due to the many sources of variation in making comparisons across studies.

Blattberg and Hoch (1990) forecasted catalog sales for clothing at two companies and customers= coupon redemption rates at three companies. They combined forecasts from an econometric model with forecasts made by a single buyer with the number of forecasts ranged from 100 to 1,008 across the five companies. The two methods were of roughly equal accuracy when used alone. In all five companies, the combined forecasts were better than the average and better than the best of the components. Unfortunately, because Blattberg and Hoch used $R^2$, I could not assess the magnitude of the gain.

Lobo (1992) examined the short-term annual earnings for 205 firms over eight years. He compared forecasts by analysts (an average of five professional analysts= published forecasts) with forecasts from three extrapolation models. He prepared three combined models, each using the financial analysts= forecast and an extrapolation forecast. For each of the four forecast horizons, the combined forecast was more accurate than the *best* of the components. The differences were always statistically significant. Compared with the average of the components, the MAPE dropped by about 11%.

Sanders and Ritzman (1992) used three years of 22 daily time series from a national public warehouse. Some series were fairly stable, while others fluctuated widely. Experts= judgmental forecasts were prepared by the warehouse=s supervisor in consultation with the warehouse manager. In addition, judgmental forecasts were obtained from 81 undergraduates. The students, randomly assigned to four of the 22 series, each produced 65 one-day-ahead forecasts and received feedback after each period. Sanders and Ritzman then made statistical forecasts based on an equally weighted combination of forecasts from three commonly used methods (single exponential smoothing, Holt=s two-parameter smoothing model, and an adaptive estimation procedure). When appropriate, Sanders and Ritzman made seasonal adjustments. Successive updating was used and the level was set equal to the last observation. All three forecasting methods were more accurate than the naive (no change) forecast. The combined forecast had a MAPE of 63.0% as compared with the 74.6% average for the components. In addition, the combined forecast was more accurate than the best component.

Earlier in this paper, I showed that combining the forecasts from three intentions studies described by Landefeld and Seskin (1986) reduced errors for one-year-ahead forecasts of plant and equipment expenditures. Combining two econometric forecasts also reduced errors substantially in this study. Now, what if we take the combined intentions forecasts and the combined econometric forecasts and combine them? When I did this for the seven years, 1974 to 1980, the MAE was reduced by an additional 11.5 %.

Lawrence, Edmundson and O=Connor (1986) asked 136 subjects to extrapolate 68 monthly series. Each subject made forecasts for horizons from one to 18 months. They had tables and graphs showing the data but they had no domain knowledge. The researchers also prepared extrapolations using deseasonalized exponential smoothing. A combination of the three forecasts (judgment based on the tables, judgment based on the graphs, and exponential smoothing) reduced the MAPE from 17.5% to 15.6%.

Vandome (1963) made forecasts for ten U.K. macroeconomic variables for the first two quarters of 1961, obtaining 20 ex ante forecasts. An econometric model had a MAPE of 6.25% and an extrapolation model was off by 5.05%, for an average component error of 5.65%. I calculated the combined forecast to have a MAPE of 5.08%.

In a study of the international camera market, I developed a combined forecast from an extrapolation and an econometric forecast (Armstrong 1985, p. 291). I made six-year backcasts for sales in 17 countries. The combined forecast had a MAPE of 31.6% versus the average component=s error of 33%.

In a study of forecasts for attendance at performing arts events, Weinberg (1986, Table 2) used an econometric model and managers= judgment to obtain ex ante forecasts for 15 events during 1977 and 1978. The MAPE for a simple combination of the manager and model was 28.9%, which was more accurate than either component and which reduced the MAPE of the components by 12.5%.

When market prices are involved, such as with the price of commodities, it is unlikely that any method will be as accurate as the market=s futures prices. However, combining can reduce the damage from bad forecasts. Brandt and Bessler (1983) used six methods to make one-quarter-ahead forecasts for U.S. hog prices. The methods included expert judgment, econometric models, and extrapolation. They examined forecasts for 24 quarters from 1976 through 1981. The combined forecast, with a MAPE of 7.3% was more accurate than the best component, whose MAPE was 9.5%. The combined forecast was also better than the best of the components (an extrapolation model). Bessler and Brandt (1981) used the same six methods to forecast prices for cattle and broiler chickens over the same time period. The combined forecasts based on three of those methods reduced the RMSE by 4.8% for cattle and 22.3% for broiler chickens. However, Brandt and Bessler found that instead of forecasting prices, farmers should have used current market prices.

Fildes (1991) examined construction forecasts in the UK. Forecasts were available from three sources: a panel of experts on construction, a naive extrapolation, and an econometric model. Annual forecasts were made for eight years for three sectors (private housing, industrial, and commercial construction) for a lead time of up to three years. This provided a total of 72 forecasts. On average, in comparison with the typical components, the equally weighted combined forecast reduced the MAE by 8.0 percent.

## IMPLICATIONS FOR PRACTITIONERS

Organizations often call on the best expert they can find to make important forecasts. They should avoid this practice, and instead combine forecasts from a number of experts.

Sometimes important forecasts are made in traditional group meetings. This also should be avoided because it does not use information efficiently. A structured approach for combining independent forecasts is invariably more accurate.

For combining to be effective, one should have independent forecasts that are systematically combined. When this is not the case, combining is expected to have little value. For example, consider the problem of selecting the best from a number of job applicants when it is difficult to forecast their long-term success. To improve accuracy, some organizations use panels rather than a single person to interview a candidate. In this case, the information does not differ and the forecasts are typically based on unstructured discussions. As a result, one would not expect the panel to have an advantage over a single interviewer. In fact, Huffcutt and Woehr (1999) found the panel interview to be *less* accurate. (They speculate that the harm might be due to the stress induced by having the candidate face a group of interviewers.) You can gain the benefits of combining in this situation by conducting a series of individual interviews and then combining the interviewers' individual predictions.

Use combined forecasts when more than one reasonable method is available and when there is uncertainty about the situation and the selection of the method. Draw upon forecasts that make use of different information, such as forecasts from a heterogeneous group of experts. Use methods that analyze data in different ways.

If you have five or more forecasts, trim the mean, for example, by dropping the highest and lowest forecasts. Equal weighting provides a good starting point, but use differential weights if prior research findings provide guidance or if various methods have reliable track records in your situation. To the extent that these sources of evidence are strong, one can improve accuracy with larger departures from equal weights.

Combining is especially relevant when there is uncertainty about the method or situation and when it is important to avoid large errors. This implies that combining should be useful for inventory control. Chan, Kingsman and Wong (1999) used combining for forecasts of the monthly demand for ten printed forms used by a bank in Hong Kong. In comparison with forecasts by Holt's exponential smoothing, a combination based on four extrapolation methods allowed for a reduction of ten percent of the safety stock with no loss in service.

Bretschneider et al. (1989) summarized evidence from three surveys of forecasters working for U.S. state governments. Those that claimed to use combinations of forecasts had more accurate revenue forecasts than those that did not. This result is consistent with the finding that combining improves accuracy.

Because they encompass more information, combined forecasts are likely to have credibility among managers. This is speculative as I was unable to find studies on this topic.

## IMPLICATIONS FOR RESEARCHERS

This review drew upon 57 studies that have contributed to principles for combining forecasts. In addition, there is a large literature that might have provided insights for these papers. For example, the paper by Bates and Granger (1969) was influential and stimulated research on combining.

Comparative empirical studies have been useful in providing evidence on the principles. As can be seen, however, the amount of evidence for each of the principles is typically limited. For example, to what extent should trimming be used? Further research would help to better define the procedures for combining and the conditions under which combining is most useful. In particular, how can domain knowledge be used in assessing weights?

It is hard to draw conclusions when looking across studies, as there are many aspects of combining. Exhibit 1 lists seven aspects of studies and this is only a partial list. For example, it is difficult to determine how the length of the forecast horizon is related to the gain from combining, as fewer than half of the studies examined anything other than a one-period ahead forecast. Furthermore, the effect of the forecast horizon length might be different for one-month-ahead as for one-year-ahead forecasts. Studies that would directly test these conditions would be especially useful. In other words, instead of assessing the effects of a variable across a number of studies, they would be tested within a study. This was done effectively, for example, by Batchelor and Dua (1995), who showed that combining was more effective when the data and methods differed substantially.

## CONCLUSIONS

Combining is useful to the extent that each forecast contains different yet valid information. The key principles for combining forecasts are to use

$ different methods or data or both,
$ forecasts from at least five methods when possible,
$ formal procedures for combining,
$ equal weights when facing high uncertainty,
$ trimmed means,
$ weights based on evidence of prior accuracy,
$ weights based on track records, if the evidence is strong, and
X weights based on good domain knowledge.

Combining is most useful when there is

$ uncertainty as to the selection of the most accurate forecasting method,
$ uncertainty associated with the forecasting situation, and
$ a high cost for large forecast errors.

Compared to the typical component forecast, the combined forecast is never less accurate. Usually it is much more accurate, with error reductions in the MAPE running over 12 percent for the 30 comparisons reviewed. Under ideal conditions (high uncertainty and combining many valid forecasts), the error reductions sometimes exceeded 20%. Also under ideal conditions, the combined forecasts were often more accurate than the best of the components. In short, the combined forecast can be better than the best but no worse than the average. That is useful for forecasters.

## REFERENCES

D Agnew, C. (1985), "Bayesian consensus forecasts of macroeconomic variables," *Journal of Forecasting*, 4, 363-376.

D Armstrong, J. S. (1983), "Relative accuracy of judgmental and extrapolative methods in forecasting annual earnings," *Journal of Forecasting*, 2, 437-447. Full text at hops.wharton.upen.edu/forecast.

D Armstrong, J. S. (1985), *Long-Range Forecasting: From Crystal Ball to Computer.* New York: John Wiley. Full text at hops.wharton.upenn.edu./forecast.

D Armstrong, J. S., M. Adya & F. Collopy (2001), "Rule-based forecasting: Using judgment in time-series extrapolation," in J. S. Armstrong (ed.), *Principles of Forecasting.* Norwell, MA: Kluwer Academic Publishers.

D Armstrong, J. S., V. G. Morwitz & V. Kumar (2000), "Sales forecasts for existing consumer products and services: Do purchase intentions contribute to accuracy?" *International Journal of Forecasting* (forthcoming).

D Ashton, A. H. & R. H. Ashton (1985), "Aggregating subjective forecasts: Some empirical results," *Management Science*, 31,1499-1508.

N Baker, E. J., S. G. West, D. J. Moss & J. M. Weyant (1980), "Impact of offshore nuclear power plants: Forecasting visits to nearby beaches," *Environment and Behavior*, 12, 367-407.

D Batchelor, R. & P. Dua (1990), "All forecasters are equal," *Journal of Business and Economic Statistics*, 8, 143-144.

D Batchelor, R. & P. Dua (1992), "Conservatism and consensus-seeking among economic forecasters," *Journal of Forecasting*, 11, 169-181.

D Batchelor, R. & P. Dua (1995), "Forecaster diversity and the benefits of combining forecasts," *Management Science*, 41, 68-75.

I Bates, J. M. & C. W. J. Granger (1969), "The combination of forecasts," *Operational Research Quarterly*, 20, 451-468.

D Bessler, D. A. & J. A. Brandt (1981), "Forecasting livestock prices with individual and composite methods," *Applied Economics*, 13, 513-522.

D Blattberg, R. C. & S. J. Hoch (1990), "Database models and managerial intuition: 50% model and 50% manager," *Management Science*, 36, 887-899.

D Brandt, J. A. & D. A. Bessler (1983), "Price forecasting and evaluation: An application in agriculture," *Journal of Forecasting,* 2, 237-248.

D Bretschneider, S., W. P. Gorr, G. Grizzle & E. Klay (1989), "Political and organizational influences on the accuracy of forecasting state government revenues," *International Journal of Forecasting*, 5, 307-319.

D Chan, C. K., B. G. Kingsman & H. Wong (1999), "The value of combining forecasts in inventory management – a case study in banking," *European Journal of Operational Research*, 117, 199-210.

D Clemen, R. T. (1989), "Combining forecasts: A review and annotated bibliography," *International Journal of Forecasting*, 5, 559-583.

D Clemen, R. T. & R. L. Winkler (1986), "Combining economic forecasts," *Journal of Business and Economic Statistics*, 4, 39-46.

I Cronbach, L. J. & P. E. Meehl (1955), "Construct validity in psychological tests," *Psychological Bulletin*, 52, 281-302.

I Dalrymple, D. J. (1987), "Sales forecasting practices: Results from a United States survey," *International Journal of Forecasting*, 3, 379-391.

D Fildes, R. (1991), "Efficient use of information in the formation of subjective industry forecasts," *Journal of Forecasting*, 10, 597-617.

D Fischer, I. & N. Harvey (1999), "Combining forecasts: What information do judges need to outperform the simple average?" *International Journal of Forecasting* 15, 227-246.

I Fischhoff, B. (1976), "The effect of temporal setting on likelihood estimates," *Organizational Behavior and Human Performance*, 15, 180-184.

I Galton, F. (1878), "Composite portraits," *Journal of the Anthropological Institute of Great Britain and Ireland*, 8, 132-142.

D Gartner, W. B. & R. J. Thomas (1993), "Factors affecting new product forecasting accuracy in new firms," *Journal of Product Innovation Management*, 10, 35-52.

D Gordon, K. (1924), "Group judgments in the field of lifted weights," *Journal of Experimental Psychology*, 7, 398-400.

D Hogarth, R. (1978), "A note on aggregating opinions," *Organizational Behavior and Human Performance*, 21, 40-46.

D Huffcutt, A. I. & D. J. Woehr (1999), "Further analysis of employment interview validity: A quantitative evaluation of interview-related structuring methods," *Journal of Organizational Behavior*, 20, 549-560.

D Kaplan, A., A. L. Skogstad & M. A. Girshick (1950), "The prediction of social and technological events," *Public Opinion Quarterly*, 14 (Spring) 93-110.

D Klugman, S. F. (1945), "Group judgments for familiar and unfamiliar materials," *Journal of General Psychology*, 32, 103-110.

D Krishnamurti, T. N. et al. (1999), "Improved weather and seasonal climate forecasts from multimodal ensemble," *Science*, 285 (Sept. 3), 1548-1550.

D Landefeld, J. S. & E. P. Seskin (1986), "A comparison of anticipatory surveys and econometric models in forecasting U.S. business investment," *Journal of Economic and Social Measurement*, 14, 77-85.

I Langlois, J. H. & L. A. Roggman (1990), "Attractive faces are only average," *Psychological Science,* 1 (March), 115-121.

D Larreche, J. & R. Moinpour (1983), "Managerial judgment in marketing: The concept of expertise," *Journal of Marketing Research*, 20, 110-121.

D Lawrence, M., R. H. Edmundson & M. J. O'Connor (1986), "The accuracy of combining judgmental and statistical forecasts," *Management Science,* 32, 1521-1532.

D Levine, R. A. (1960), "Capital expenditures forecasts by individual firms," in National Bureau of Economic Research, *The Quality and Significance of Anticipations Data*. Princeton, N.J. pp. 351-366.

I Levins, R. (1966), "The strategy of model building in population biology," *American Scientist*, 54, 421-431.

D Libby, R. & R. K. Blashfield (1978), "Performance of a composite as a function of the number of judges," *Organizational Behavior and Human Performance*, 21, 121-129.

D Lobo, G. J. (1991), "Alternative methods of combining security analysts' and statistical forecasts of annual corporate earnings," *International Journal of Forecasting*, 7, 57-63.

D Lobo, G. J. (1992), "Analysis and comparison of financial analysts', times series, and combined forecasts of annual earnings," *Journal of Business Research*, 24, 269-280.

D Lobo, G. J. & R. D. Nair (1990), "Combining judgmental and statistical forecasts: An application of earnings forecasts," *Decision Sciences*, 21, 446-460.

N Lott, J. (1998), *More Guns, Less Crime*. Chicago: U. of Chicago Press.

D MacLaughlin, R. L. (1973), "The forecasters' batting averages," *Business Economics*, 3 (May), 58-59.

D Makridakis, S. (1990), "Sliding simulation: A new approach to time series forecasting," *Management Science,* 36, 505-512.

D Makridakis, S., C. Chatfield, M. Hibon, M. Lawrence, T. Mills, K. Ord & L. F. Simons (1993), "The M2-competition: A real-time judgmentally based forecasting study," *International Journal of Forecasting*, 9, 5-22.

D Makridakis, S. & R. Winkler (1983), "Averages of forecasts: Some empirical results," *Management Science*, 29, 987-996.

D McNees, S. K. (1992), "The uses and abuses of consensus' forecasts," *Journal of Forecasting*, 11, 703-710

D Meade, N. & T. Islam (1998), "Technological forecasting - model selection, model stability, and combining models," *Management Science*, 44, 1115-1130.

N National Industrial Conference Board (1963), *Forecasting Sales*. Studies in Business Policy, No. 106. New York.

D Newbold, P. & C. W. J. Granger (1974), "Experience with forecasting univariate time series and the combination of forecasts," *Journal of the Royal Statistical Society*, Series A, Part 2, 131-165.

D Okun, A. E. (1960), "The value of anticipations data in forecasting national product," in National Bureau of Economic Research, *The Quality and Economic Significance of Anticipations Data*. Princeton, N.J.

D Pencavel, J. H. (1971), "A note on the predictive performance of wage inflation models of the British economy," *Economic Journal*, 81, 113-119.

D Plous, S. (1995), "A comparison of strategies for reducing interval overconfidence in group judgments," *Journal of Applied Psychology*, 80, 443-454.

N PoKempner, S. J. & E. Bailey (1970), *Sales Forecasting Practices.* New York: The Conference Board.

D Richards, R. M. & D. R. Fraser (1977), "Further evidence on the accuracy of analysts' earnings forecasts: A comparison among analysts," *Journal of Economics and Business,* 29 (3), 193-197.

D Rowse, G. L., D. H. Gustafson & R. L. Ludke (1974), "Comparison of rules for aggregating subjective likelihood ratios," *Organizational Behavior and Human Performance*, 12, 274-285.

D Sanders, N. R. & K. B. Manrodt (1994), "Forecasting practices in U.S. corporations: Survey results," *Interfaces* 24 (March-April), 92-100.

D Sanders, N. R. & L. P. Ritzman (1989), "Some empirical findings on short-term forecasting: Technique complexity and combinations," *Decision Sciences*, 20, 635-640.

D Sanders, N. R. & L. P. Ritzman (1992), "The need for contextual and technical knowledge in judgmental forecasting," J*ournal of Behavioral Decision Making*, 5, 39B52

D Schnaars, S. (1986), "A comparison of extrapolation models on yearly sales forecasts," *International Journal of Forecasting*, 2, 71-85.

D Shamseldin, A. Y., K. M. O'Connor & G. C. Liang (1997), "Methods for combining the outputs of different rainfall-runoff models," *Journal of Hydrology*, 197, 203-229.

D Stroop, J. R. (1932), "Is the judgment of the group better than the average member of the group," *Journal of Experimental Psychology*, 15, 550-560.

D Thorndike, R. L. (1938), "The effect of discussion upon the correctness of group decisions when the factor of a majority influence is allowed for," *Journal of Social Psychology*, 9, 343-362.

D Vandome, P. (1963), "Econometric forecasting for the United Kingdom," *Bulletin of the Oxford University Institute of Economics and Statistics*, 25, 239-281.

I Walker, H. E. (1970), "The value of human judgment," *Industrial Marketing Research Association Journal,* 6 (May), 71-74.

D Weinberg, C. B. (1986), "Arts plan: Implementation, evolution, and usage," *Marketing Science*, 143-158.

D Winkler, R. L. (1967), "Probabilistic prediction: Some experimental results," *Journal of the American Statistical Association,* 66, 675-685.

D Winkler, R. L. & S. Makridakis (1983), "The combination of forecasts," *Journal of the Royal Statistical Society*, Series A, 146, Part 2, 150-157.

D Winkler, R. L. & R. M. Poses (1993), "Evaluating and combining physicians' probabilities of survival in an intensive care unit," *Management Science*, 39, 1526-1543.

N Wolfe, H. D. (1966), *Business Forecasting Methods*. New York: Holt, Rinehart and Winston.

D Zarnowitz, V. (1984), "The accuracy of individual and group forecasts from business outlook surveys," *Journal of Forecasting*, 3, 11-26.

**Acknowledgments:** Dennis Ahlburg, P. Geoffrey Allen, David A. Bessler, Robert T. Clemen, William R. Ferrell, Robert Fildes, Nigel Harvey, Gerald J. Lobo, Stephen K. McNees, Nada R. Sanders, Robert L. Winkler, Thomas J. Yokum and Victor Zarnowitz provided helpful comments on early drafts. Editorial revisions were made by Raphael Austin, Ling Qiu and Mariam Rafi.

# Exhibit QE–60

would receive a payoff, but they would receive nothing for securities held at any other level.[9]

Chen's and Plott's futures market consistently yielded better marketing forecasts than did HP's official predictions, arrived at through deliberation by the company's sales forecasting experts.[10] Why? Because it provided an effective mechanism for aggregating the specialized knowledge of an independent and diverse group of people, and because the participants had no reason to strategically distort their predictions.

It is this efficient aggregation of decentralized, privately held information that makes projects like the Iowa Electronic Markets (IEM) so interesting. IEM is a small-scale futures market where interested individuals make contracts based on their own predictions of economic and political events, such as elections. In 2008, for example, individuals could make contracts based on whether Barack Obama or John McCain would win the U.S. Presidential election. The market is operated by faculty at the University of Iowa's Henry B. Tippie College of Business; the results routinely outperform polls and surveys in predicting electoral outcomes.[11] A similar idea is the Hollywood Stock Exchange (HSX), which allows people to place wagers on movie box office returns, Oscar results, and other film-related events.[12] HSX produces surprisingly accurate predictions, demonstrating the power of markets to aggregate the information dispersed over a large population of independent actors.[13]

* * *

Decision makers must often forecast future events in order to assess the advantages and disadvantages of alternative courses of action. These examples suggest that information markets can sometimes do a better job than experts. But it is often not feasible to use statistical groups, and the responsibility falls on

## 19.2 AGGREGATION WITHOUT GROUP PROCESS: THE WISDOM OF CROWDS

In a phenomenon that James Surowiecki has termed the "wisdom of crowds," combining a sufficient number of diverse and independent judgments often yields a better outcome than the judgment of any isolated person, no matter how smart or well informed he or she might be.[4] The result requires that four conditions be met:

1. The "group" must reflect a *diversity* of skills, opinions, information, and perspectives.
2. Each member's judgment must be *independent* from the others. That is, an individual's knowledge and opinions cannot be influenced by the knowledge and opinions of other group members.
3. The members must make and report their "sincere" judgments rather than skewing them for strategic purposes.
4. The decision maker needs a mechanism for *aggregating* the individual judgments to turn large numbers of private judgments into a single one.

An early example of a statistical group is a 1906 experiment by Sir Francis Galton, a proponent of eugenics who—to put it mildly—had little regard for the common person's potential as a decision maker. Because of his interest in breeding, Galton was attending the West England Fat Stock and Poultry Exhibition. Its organizers had devised a game in which fairgoers were asked to guess the butchered and dressed weight of a particularly fat ox. Eight hundred people—farmers, butchers, and random fairgoers, tried their luck that day.

Galton did not expect them to perform particularly well. Indeed he wrote, ". . . like those clerks and others who have no expert knowledge of horses, but who bet on races, guided by newspapers, friends, and their own fancies . . . [t]he average competitor was probably as well fitted for making a just estimate of the dressed weight of the ox, as an average voter is of judging the merits of most political issues on which he votes."[5]

At the end of the fair, Galton conducted some statistical tests on the 787 contest entries. He correctly anticipated that most participants' guesses would be way off the mark, with only a small minority coming close to the beast's actual

# Exhibit QE–61

# Economic Forecasts and Indicators - Consensus Economics

A significant body of academic and central bank research (see below) has concluded that group forecasts and, specifically, Consensus Forecasts™ have a better track record than most of the individual forecasts which make up the group, because few, if any, individuals manage to consistently outperform the average. While in any one year some forecasting panellists will probably do better than our Consensus Forecasts™ in terms of predicting the correct outcome, these 'top performers' will vary from year to year and are very difficult to identify in advance. Consequently, using Consensus Forecasts™ which are surveyed from a group of expert economists can improve accuracy and enhance the work of our subscribers, who include investment managers, treasury executives, corporate planners, central bankers and government departments around the world.

### Chart From: "The IMF and the OECD Versus Consensus Forecasts" (Reference below)




### Academic Research on Combining Forecasts and Forecast Accuracy Using Consensus Forecasts:

Roy Batchelor (City University Business School), "The IMF and OECD versus Consensus Forecasts", August 2000 (see above radar graphs). Applied Economics, 33(2), p.225-235; [Peer Reviewed]. Click here to download a PDF copy of the study.

Marten Blix, Joachim Wadefjord, Ulrika Wienecke and Martin Adahl (Swedish Central Bank), "How Good is the Forecasting Performance of Major Institutions?", Economic Review of the Swedish Central Bank, Autumn 2001. The complete study is available as a PDF download at the Riksbank website.

Filip Novotný and Marie Raková (both Czech National Bank), "Assessment of Consensus Forecasts Accuracy: The Czech National Bank Perspective", Working Paper Series 14, December 2010.

Scott J. Armstrong, "Combining Forecasts", Chapter 13, Principles of Forecasting: A Handbook for Researchers and Practitioners, The Wharton School, University of Pennsylvania, P.417- 439, 2001.

Robert C. Jones, "Making Better Investment Decisions", The Journal of Portfolio Management, Volume 40 No 2, P.128- 143, Winter 2014.

> "At least since the publication of "The Combination of Forecasts" (Bates and Granger [1969]), economists have known that combining forecasts from different sources can both improve accuracy and reduce forecaster error. In the intervening years, numerous studies have confirmed these conclusions, outlined conditions under which forecast combinations are most effective, and tried to explain why simple equal weights work so well relative to more sophisticated statistical techniques."

# Exhibit QE−62

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 671 of 759 PageID #: 2459

ConsensusEconomics® (https://www.consensuseconomics.com/)

World's Leading Macroeconomic Survey Firm

1989 - 2020 30 Years of Service (https://www.consensuseconomics.com/about/)




# Energy & Metals Consensus Forecasts™

**Energy & Metals Consensus Forecasts™** is the result of a comprehensive monthly survey of over 40 of the world's most prominent commodity forecasters covering over 30 individual commodities as listed below.

12 issues per year US$790 or £535 or €645 or A$825




Download Samples (https://www.consensuseconomics.com/registration/?submit3=energy)

Order (https://www.consensuseconomics.com/download/energy-and-metals-price-forecasts/)

# Energy & Metals Consensus Forecasts™

The only publication of its kind, Energy & Metals Consensus Forecasts contains detailed individual analyst and average (mean) price forecasts for the next 8 quarters as well as the long-term outlook for:

Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 672 of 759 PageID #: 2460

Energy:

- Crude Oil (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/crude-oil/)
- Gasoline (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/u-s-gasoline/)
- Gas Oil (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/gas-oil/)
- Natural Gas (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/natural-gas/)
- Coking Coal (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/coal/)
- Steaming Coal (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/coal/)
- Uranium (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/uranium/)

Metals:

- Aluminium (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/aluminium/)
- Alumina (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/alumina/)
- Copper (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/copper/)
- Nickel (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/nickel/)
- Lead (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/lead/)
- Tin (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/tin/)
- Zinc (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/zinc/)
- Steel (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/steel/)
- Iron Ore (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/iron-ore/)
- Gold (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/gold/)
- Silver (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/silver/)
- Platinum (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/platinum/)
- Palladium (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/palladium/)

In addition, Consensus Forecasts™ are included for: Cobalt (https://www.consensuseconomics.com/publications/energy-metals-consensus-forecasts/cobalt/), Lithium (https://www.consensuseconomics.com/publications/energy-metals-consensus-forecasts/lithium/), Manganese (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/manganese/), Molybdenum (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/molybdenum/), Rutile (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/rutile/), Ilmenite (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/ilmenite/), and Zircon (https://www.consensuseconomics.com/publications/energy-and-metals-consensus-forecasts/zircon/). Over **20 years of historical forecast data** (back to 1995) from prior surveys is also available in **Excel** format. Please contact us and request our two page description of this product and its pricing.

**Plus** our publications include: the Macroeconomic Outlook, Commodity Price Indices, Cash Forecasts vs Futures, Commodity Consumption and Production Volumes Forecasts and Special Analyses and Surveys.

**Recent special surveys** (conducted every other month) include Commodity Price and Currency Correlations, Factors Affecting Commodity Prices, Seasonal Price Patterns, to list just a few.

**Download Samples (https://www.consensuseconomics.com/registration/?submit3=energy)**

**Order (https://www.consensuseconomics.com/download/energy-and-metals-price-forecasts/)**

# Exhibit QE-63

Email Edition: © Consensus Economics Inc. All rights reserved. Under our agreement this publication may not be reproduced (complete or partial), redistributed, stored in a public retrieval system or broadcast to persons other than the email subscriber without the prior written permission of Consensus Economics Inc.

# ENERGY & METALS CONSENSUS FORECASTS®

Commodity Price Surveys Since 1995

WTI Al Cu Ni Pb Zn Sn Fe Au Ag Pt $

**Survey Date**
**February 17, 2020**

Energy & Metals Consensus Forecasts surveys more than 40 energy and metals analysts every month for a range of commodity price forecasts. The results covering over 30 commodities – together with reference data, analysis, special surveys, and the underlying global macroeconomic outlook – are sent to subscribers by express mail and e-mail.

Page

**Overview** ............................................... 2

**Macroeconomic Outlook** ...................... 3

**Commodity Price Indices** ..................... 4

**Long-Term Forecasts** ........................... 5

**Individual Commodity Forecasts**
Crude Oil – Brent ................................ 6
– WTI .................................. 7
Gasoline, Heating Oil & Gas Oil ........... 8
Natural Gas (US, UK and LNG) .............. 9
Coal (Lump and Fine) .......................... 10
Uranium ............................................ 11

Aluminium ......................................... 12
Alumina............................................. 13
Copper .............................................. 14
Nickel ............................................... 15
Lead.................................................. 16
Zinc .................................................. 17

Steel ................................................. 18
Iron Ore (Australia and Brazil) ............. 19
Tin, Cobalt, Lithium Carbonate,
Lithium Hydroxide, ............................. 20
Lithium Spodumene, Manganese,
Molybdenum, Rutile, Ilmenite, Zircon.. 21

Gold .................................................. 22
Silver ................................................ 23
Platinum ........................................... 24
Palladium .......................................... 25

**Commodity Price Ranges and Volatility:**
**- A Special Survey** .......................... 26-27

**Chart of Commodity Forecasts**........... 28

Our next issue of **Energy & Metals Consensus Forecasts** will be available at the end of the day **March 20, 2020** (GMT).

## Overview

Most commodities have been subject to increased volatility in recent weeks, after an outbreak of a new strain of coronavirus in China (which became a major international incident in mid-January) added to the uncertainties and risks for the fragile global economy. US-Sino trade tensions, albeit dialled down after a truce was reached in the New Year, had already cast doubt about performances in 2020, a mood that was reinforced by negative trends in manufacturing output and capital expenditure for Q4 2019 and early 2020. It remains too early to assess the full impact of the epidemic, but an expected loss of momentum in Q1 and Q2 is captured at a macro level by downgrades to global GDP forecasts (page 3). Signs of weakness in consumer and business confidence indicators in other countries, including Japan and Germany, underline the anxieties about world trade and supply chains. As a result, the shock to demand expected to manifest in China as it deals with the

*(continued on page 2)*

**Selected Commodity Price Trends***

** Jul 2019 = 100*




Energy & Metals Consensus Forecasts (ISSN: 1754-825X) is published by Consensus Economics Inc., 53 Upper Brook Street, London, W1K 2LT, United Kingdom
Tel: (44 20) 7491 3211 Fax: (44 20) 7409 2331
editors@consensuseconomics.com
www.consensuseconomics.com
Publisher: Philip M. Hubbard
Editors: Che-Wing Pang, Richard Potts
Deputy Editor: Luke N. George

© Copyright Consensus Economics Inc. 2020. All rights reserved. The contents of this publication, either in whole or in part, may not be reproduced, stored or transmitted in any form or by any means, electronic, photocopying, digitization or otherwise without the prior written permission of the publisher. The Editor and Consensus Economics Inc., do not guarantee or provide any warranties or take any responsibility for the information set forth herein, including the accuracy, completeness, non-infringement, suitability or timeliness of the forecasts or written analysis.

*(continued from front page)*

outbreak has seen many commodity prices fall in recent weeks. Some speculate that Chinese demand for **oil** could have dipped by as much as 3.2 million barrels per day in February, while in the case of **LNG** (page 9) Chinese energy firms have turned away scheduled imports, with diverted surplus supplies adding to the global supply glut and depressing prices. Metals prices have also come under strain, as the temporary shutdown of Chinese factories reduces the need for raw material inputs, such as **aluminium** (page 12). The suspension of major infrastructure projects has also weighed on **copper** (page 14) and **Chinese steel** (page 18), typically used in construction. Precious metals, the traditional safe haven destination at times of higher global uncertainty, have exhibited mixed performances. **Palladium** (page 25) has soared to new records while **gold** (page 22) has held near 7 year highs. **Silver** (page 23) and **platinum** (page 24) have fared less well, due to the former's links to manufacturing and the latter's entrenched over-supply.

## SUMMARY OF SELECT ENERGY & METALS CONSENSUS FORECASTS

| *See individual commodity pages for mineral specifications* | See page | % change since end Dec. 2019 | Spot Price Feb. 17 2020 | *(Nominal, Quarterly Averages)* Consensus Forecasts Jun. 2020 | Sep. 2020 | Dec. 2020 | Forecast % Change to Dec. 2020 Quarter |
|---|---|---|---|---|---|---|---|
| **Crude Oil - Brent** (US$/bbl) | 6 | *-12.8%* | 57.67 | **61.14** | **62.03** | **62.40** | *+8.2%* |
| **- WTI** (US$/bbl) | 7 | *-14.4%* | 52.31 | **56.02** | **57.03** | **57.49** | *+9.9%* |
| **Natural Gas** (US, US$/MMBtu) | 9 | *-8.1%* | 1.980 | **2.307** | **2.364** | **2.490** | *+25.8%* |
| **Coal** (Steaming, US$/tonne) | 10 | *+0.2%* | 68.14[1] | **66.27** | **65.57** | **66.68** | *-2.1%* |
| **Uranium** (US$/lb) | 11 | *-0.1%* | 24.90 | **29.64** | **31.45** | **32.06** | *+28.8%* |
| | | | | | | | |
| **Aluminium** (US$/tonne) | 12 | *-4.4%* | 1721 | **1783** | **1787** | **1793** | *+4.2%* |
| **Alumina** (US$/tonne) | 13 | *+1.5%* | 283.1 | **298.6** | **295.0** | **297.5** | *+5.1%* |
| **Copper** (US$/tonne) | 14 | *-5.8%* | 5801 | **6077** | **6178** | **6230** | *+7.4%* |
| **Nickel** (US$/tonne) | 15 | *-6.6%* | 13070 | **14710** | **15039** | **15396** | *+17.8%* |
| **Lead** (US$/tonne) | 16 | *-1.1%* | 1903 | **1955** | **1967** | **1993** | *+4.7%* |
| **Zinc** (US$/tonne) | 17 | *-5.9%* | 2157 | **2298** | **2284** | **2292** | *+6.3%* |
| **Tin** (US$/tonne) | 20 | *-1.0%* | 16577 | **17900** | **18117** | **18240** | *+10.0%* |
| | | | | | | | |
| **Steel** (HRC, Europe, US$/tonne) | 18 | *+10.2%* | 530.0 | **525.9** | **531.9** | **525.2** | *-0.9%* |
| **Iron Ore** (N. China. Fine, US$/tonne) | 19 | *-1.2%* | 86.37[1] | **82.44** | **79.83** | **78.22** | *-9.4%* |
| | | | | | | | |
| **Gold** (US$/oz.) | 22 | *+4.4%* | 1581 | **1530** | **1531** | **1531** | *-3.2%* |
| **Silver** (US$/oz.) | 23 | *-1.4%* | 17.80 | **17.86** | **17.86** | **17.92** | *+0.7%* |
| **Platinum** (US$/oz.) | 24 | *+5.6%* | 967 | **968.3** | **990.9** | **1009** | *+4.3%* |
| **Palladium** (US$/oz.) | 25 | *+31.3%* | 2492 | **2080** | **2071** | **2044** | *-18.0%* |

[1] *Consensus Forecasts for Q1 2020*

## NOTES, ABBREVIATIONS, WEIGHTS AND MEASURES FEBRUARY 2020

- EIA – Energy Information Agency (USA)
  LME – London Metal Exchange
  LBMA – London Bullion Market Association
  LPPM – London Platinum and Palladium Market
  NYMEX – New York Mercantile Exchange
  COMEX – New York Commodities Exchange
  ICE – Intercontinental Exchange
- e – Estimate
  na – Not Available
  fob – Free On Board
  bbl – Barrel
  dltu – Dry long tonne unit (1/100 of a dry long tonne)
  dmtu – Dry metric tonne unit (1/100 of a dry metric tonne)
  MMBtu – Millions of British Thermal Units (Btu)
- All individual commodity forecasts on pages 6-25 (pages 4-23 in abridged versions) are listed in descending order of their approximate 1-year percentage change estimates. Consensus forecasts are mean averages of individual quarterly average forecasts.
- Historical price data in this publication has been provided by Commodity Research Bureau and other sources.
- Gross Domestic Product (GDP) is expressed in real (i.e. inflation-adjusted) terms. GDP and Industrial Production are expressed as average percentage changes over the previous calendar year unless otherwise indicated.
- 1 kilogram = 32.1507 troy ounces
- 1 short ton = 0.907 metric tonnes = 2000 pounds
- 1kilogram (kg) = 2.2046 pounds
- 1 barrel = 42 US gallons
- 1,000 kilograms = 1 metric tonne = 2204.6 pounds
- 10 Therms of Natural Gas = 1 million Btu = 1MMBtu
- 1 long tonne = 1.016 metric tonnes = 2240 pounds
- 1 metric/long tonne unit (MTU/LTU) = 1/100 of a metric/long tonne


© Copyright Consensus Economics Inc. 2020

Economic growth rates provide a valuable insight into the behaviour of energy and metals prices, with industrial production growth forecasts in particular giving an overview of the likely demand for many commodities. The forecasts below are taken from the current issues of our publications ***Consensus Forecasts – G7 & Western Europe***, ***Asia Pacific Consensus Forecasts***, ***Eastern Europe Consensus Forecasts*** and ***Latin American Consensus Forecasts***.

**REAL GDP GROWTH**
*(% change on previous year)*

| | 2017 | 2018 | 2019 | Consensus Forecasts 2020 | Consensus Forecasts 2021 |
|---|---|---|---|---|---|
| **United States** | 2.4 | 2.9 | 2.3 | **1.9** | **2.0** |
| **China** | 6.9 | 6.6 | 6.1 | **5.6** | **5.8** |
| **Japan** | 2.2 | 0.3 | 1.0 | **0.3** | **0.8** |
| **Euro zone** | 2.7 | 1.9 | 1.2 | **0.9** | **1.2** |
| **World**[1] | 3.2 | 3.1 | 2.5 | **2.4** | **2.7** |

**INDUSTRIAL PRODUCTION GROWTH**
*(% change on previous year)*

| | 2017 | 2018 | 2019 | Consensus Forecasts 2020 | Consensus Forecasts 2021 |
|---|---|---|---|---|---|
| **United States** | 2.3 | 3.9 | 0.8 | **0.3** | **1.6** |
| **China** | 6.5 | 6.2 | 5.7 | **5.0** | **5.2** |
| **Japan** | 2.9 | 1.0 | -2.4 | **-0.5** | **1.3** |
| **Euro zone** | 2.9 | 0.9 | -1.7 | **0.3** | **1.4** |
| **World** | 3.6 | 2.8 | 0.9 | **1.5** | **2.4** |

*[1] Country weights available to qualified subscribers upon request.*

**2020 REAL GDP GROWTH (%)**
**Consensus Forecasts From Surveys Of:**




**2020 INDUSTRIAL PRODUCTION GROWTH (%)**
**Consensus Forecasts From Surveys Of:**




**GDP Growth: Gloomy Start to 2020**

Many countries across the Asia Pacific region have seen sharp cuts to their 2020 GDP growth forecasts due to the outbreak of coronavirus in China. Disruptions to regional supply chains, and restrictions on the movement of people will act to constrain activity until it is judged that the spread of the virus is under control. While the direct impact on Western Europe is less severe, weak economic data (particularly the prolongation of the recession in the continent's manufacturing sector) have also seen forecasters become more pessimistic regarding the 2020 outlook. The Japanese economy contracted a massive 6.3% (q-o-q annualised) in Q4 2019 on the impact of a consumption tax hike and poor weather.

**Changes to Consensus Industrial Production Forecasts**

| | Oct. 14, 2019 Survey 2020 | Oct. 14, 2019 Survey 2021 | Feb 10, 2020 Survey 2020 | Feb 10, 2020 Survey 2021 | %-point Change 2020 | %-point Change 2021 |
|---|---|---|---|---|---|---|
| **United States** | 0.8 | 1.6 | **0.3** | **1.6** | *-0.5* | *+0.0* |
| **Euro zone** | 0.7 | 1.2 | **0.3** | **1.4** | *-0.4* | *+0.2* |
| **China** | 5.0 | 5.0 | **5.0** | **5.2** | *+0.0* | *+0.2* |
| **Japan** | 0.4 | 0.7 | **-0.5** | **1.3** | *-0.9* | *+0.6* |
| **United Kingdom** | 0.4 | 1.4 | **0.0** | **1.0** | *-0.4* | *-0.4* |
| **World** | 1.9 | 2.4 | **1.5** | **2.4** | *-0.4* | *+0.0* |

Source: Consensus Economics







**EXCHANGE RATES**
*(per US dollar)*
*[1]US $ per currency unit*

*Source: Foreign Exchange Consensus Forecasts, February 10, 2020*

| | Spot Rate *Feb. 10, 2020* | Consensus Forecasts End May 2020 | Consensus Forecasts End Feb. 2021 | Consensus Forecasts % change from spot | Consensus Forecasts End Feb. 2022 |
|---|---|---|---|---|---|
| **Euro**[1] | **1.092** | **1.118** | **1.136** | *+4.0* | **1.144** |
| **Japanese yen** | **109.7** | **108.1** | **106.5** | *+3.0* | **107.4** |
| **Australian dollar**[1] | **0.668** | **0.680** | **0.684** | *+2.5* | **0.704** |
| **Chinese renminbi** | **6.985** | **7.020** | **7.041** | *-0.8* | **7.075** |
| **Canadian dollar** | **1.332** | **1.314** | **1.308** | *+1.8* | **1.290** |
| **Brazilian *real*** | **4.314** | **4.111** | **4.062** | *+6.2* | **4.073** |
| **Indian rupee** | **71.29** | **71.50** | **72.23** | *-1.3* | **72.62** |

**FX Volatility Drive by Covid-19 Fears**

Global events have been the primary influence over currencies so far in 2020, with investment flows into 'safe havens' such as the US dollar dominating as risks and uncertainty mount. While the flashpoint of US-Iran tensions in the New Year initially drove the rush, the spread of a new strain of coronavirus has added further impetus to risk-off flows. The currencies of countries that are particularly dependent on commodity exports to China have been especially hit hard, as demand for raw materials in the Asian superpower is set to soften as it shifts priorities to tackling its public health crisis rather than seeking economic growth above all else.

© Copyright Consensus Economics Inc. 2020

Commodity price indices are useful aggregates of individual commodity price trends. We focus here on two commodity price indices: **The Economist Base Metals Index** (which weights the prices of major base metals according to their share of world trade in 2005) and the **Reserve Bank of Australia (RBA) Non-Rural Commodity Price Index** (which weights the prices of major minerals according to their share of Australian exports in 2017/2018). Both indices are expressed as US$ prices in a given base year and track the performance of their particular subset of commodities. In addition to showing historical data from the two indices, we also show consensus forecasts for both over the next eight quarters. These are calculated from weighting consensus commodity price forecasts from this edition's survey. In the first two charts below, we also show the highest and lowest projections over the forecast horizon in order to illustrate the range of forecasts.

**The Economist Base Metals Index**




**Weights By Share of World Trade:**
Aluminium *(47%)*, Copper *(32%)*, Nickel *(8%)*, Zinc *(7%)*, Lead *(3%)*, Tin *(3%)*

**RBA Non-Rural Commodity Price Index**




**Weights By Share of Australia Export Values:**
Coking Coal *(21%)*, Thermal Coal *(14%)*, Gold *(13%)*, Iron Ore Lump *(13%)*, Aluminium *(11%)*, Alumina *(10%)*, LNG (7%), Copper *(4%)*, Nickel *(4%)*, Zinc *(2%)*, Lead *(1%)*

**The Economist Base Metals Index** is a sub-index of the headline Economist Commodity Price Index, containing six base metals: Aluminium, Copper, Lead, Nickel, Tin and Zinc. The index base year is **2005 = 100**, and the headline index is available in sterling and euros, as well as US dollars. It is published on a weekly basis. *Energy & Metals Consensus Forecasts* then converts this week-by-week data into quarterly averages and calculates the index forecasts by using our panellists' projections for the individual metals.

**The RBA Non-Rural Commodity Price Index** is a sub-index of the RBA's Headline Index of Commodity Prices. The index uses an Australian fiscal base year **2017/2018** (July to June) and weights major minerals (listed above) according to their share of Australian export values. Crude Oil is excluded while liquefied natural gas (LNG) is included (it represents about 7% of the index and is represented in *Energy & Metals Consensus Forecasts* calculations as forecasts for the Japan Korea Marker).

## Recent Historical Data and Projections Using Consensus Forecasts

| | 2019 | | | 2020 | | | | 2021 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| **Economist Base Metals Index** | 135.7 | 133.1 | 132.0 | ***132.3*** | ***133.6*** | ***134.7*** | ***135.7*** | ***138.1*** | ***139.0*** | ***140.1*** | ***140.6*** |
| **RBA Non-Rural Commodity Price Index** *(2017/2018 = 100)* | 113.2 | 115.2 | 104.9 | ***108.8*** | ***108.0*** | ***107.5*** | ***107.8*** | ***108.0*** | ***107.8*** | ***107.4*** | ***106.7*** |

*(all index values are quarterly averages)*

### Changes in the Consensus:
**The Economist Base Metals Index**




### Changes in the Consensus:
**RBA Non-Rural Commodity Price Index**





© Copyright Consensus Economics Inc. 2020

Individual nominal forecasts available in the Excel spreadsheet.

Long-term price forecasts provide a foundation for expected returns from both existing production facilities and those under development. In addition to their annual forecasts for the years 2020 to 2024 the table below summarises our panel's **Long-Term 5-10 year average estimates (2025-2029) in nominal and real (inflation adjusted) 2019 dollar terms.**

| *See individual commodity pages for mineral specifications* | *US$ Average* 2019 | Consensus Forecasts *(US$ Nominal, Annual Averages)* 2020 | 2021 | 2022 | 2023 | 2024 | Long-Term *(2025-2029 Average)* Nominal | Real |
|---|---|---|---|---|---|---|---|---|
| **Crude Oil - Brent** | 64.17 | 61.76 | 63.72 | 63.64 | 64.01 | 65.85 | 68.88 | 60.76 |
| **- WTI** | 56.92 | 56.66 | 58.71 | 58.26 | 58.35 | 59.99 | 61.86 | 54.95 |
| **RBOB Gas (US)** | 1.933 | 1.671 | 1.765 | 1.920 | 1.975 | 2.050 | 2.135 | 1.940 |
| **Gas Oil (Europe)** | 592.4 | 576.2 | 597.4 | 686.2 | 704.5 | 727.4 | 698.0 | 654.5 |
| **Natural Gas - US, $** | 2.576 | 2.378 | 2.616 | 2.682 | 2.785 | 2.869 | 3.250 | 2.773 |
| **- UK, pence** | 38.36 | 25.75 | 31.50 | 37.00 | 40.00 | 41.00 | na | na |
| **Coking Coal - Contract** | 183.0 | 151.1 | 153.0 | 152.0 | 152.1 | 149.0 | 162.5 | 140.8 |
| **Thermal Coal - Contract** | 98.9 | 79.02 | 72.04 | 72.88 | 73.58 | 75.04 | 83.78 | 72.74 |
| **- Spot** | 82.2 | 66.67 | 65.94 | 71.01 | 70.85 | 72.77 | 82.96 | 71.61 |
| **Uranium** | 25.86 | 30.48 | 35.30 | 40.62 | 44.43 | 47.88 | 44.10 | 37.91 |
| **Aluminium** | 1792 | 1785 | 1857 | 1944 | 1993 | 2054 | 2332 | 2039 |
| **Alumina** | 334.4 | 296.9 | 309.1 | 320.6 | 335.6 | 342.9 | 390.2 | 341.0 |
| **Copper** | 6009 | 6116 | 6376 | 6439 | 6665 | 6979 | 7747 | 6481 |
| **Nickel** | 13909 | 14875 | 15711 | 16044 | 16328 | 16288 | 18331 | 15753 |
| **Lead** | 1998 | 1966 | 2011 | 2034 | 2052 | 2063 | 2144 | 1889 |
| **Zinc** | 2550 | 2297 | 2332 | 2366 | 2421 | 2474 | 2681 | 2296 |
| **Cobalt** | 16.94 | 18.48 | 19.86 | 21.16 | 22.36 | 22.97 | 23.82 | 20.72 |
| **Tin** | 18667 | 17935 | 18446 | 19143 | 19419 | 19765 | 21439 | 18769 |
| **Manganese** | 5.601 | 4.621 | 4.769 | 4.737 | 4.891 | 4.952 | 5.254 | 4.541 |
| **Molybdenum** | 11.34 | 10.22 | 10.03 | 10.11 | 10.21 | 10.22 | 10.85 | 9.265 |
| **Rutile** | 1108 | 1127 | 1167 | 1177 | 1217 | 1234 | 1279 | 1141 |
| **Ilmenite** | 203.7 | 196.3 | 199.6 | 202.9 | 204.3 | 205.1 | 226.3 | 190.5 |
| **Zircon** | 1480 | 1460 | 1475 | 1482 | 1479 | 1439 | 1428 | 1256 |
| **Steel - HRC, Europe** | 544.3 | 526.1 | 546.9 | 562.5 | 559.1 | 563.2 | 551.3 | 477.2 |
| **HRC, USA** | 644.2 | 620.5 | 630.4 | 644.0 | 635.3 | 650.6 | 701.4 | 615.9 |
| **HRC, China** | 478.3 | 490.2 | 486.1 | 503.8 | 499.0 | 497.4 | 483.6 | 419.3 |
| **Iron Ore - Lump (Aust)** | 94.76 | 86.35 | 73.79 | 68.95 | 68.94 | 70.52 | 74.67 | 63.92 |
| **Fine (Aust)** | 78.93 | 71.37 | 61.39 | 57.55 | 56.37 | 56.04 | 62.16 | 53.02 |
| **Fine (China)** | 87.66 | 81.72 | 74.47 | 70.78 | 73.29 | 74.01 | 81.05 | 66.18 |
| **Gold** | 1391 | 1528 | 1514 | 1513 | 1480 | 1462 | 1556 | 1327 |
| **Silver** | 16.19 | 17.85 | 17.77 | 18.55 | 18.46 | 18.63 | 20.39 | 17.96 |
| **Platinum** | 862.7 | 976.5 | 1038 | 1067 | 1119 | 1146 | 1195 | 1042 |
| **Palladium** | 1537 | 2052 | 1879 | 1593 | 1461 | 1390 | 1227 | 1071 |

**% Change Between 2020 and 2024**
*(Nominal Prices)*




**% Change Between 2024 and Long-Term Average**
*(Nominal Prices)*




© Copyright Consensus Economics Inc. 2020

## Brent Crude Oil Forecasts, US$/barrel

Nominal, Quarterly Averages, Annual Price Forecasts on Page 5

| Survey Date Spot (Feb. 17): **US$ 57.67** | Mar-20 | Jun-20 | Sep-20 | Dec-20 | *% change from spot* | Mar-21 | Jun-21 | Sep-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|
| **Capital Economics** | 64.00 | 63.50 | 67.50 | 72.50 | *25.7%* | 75.00 | 75.50 | 76.50 | 77.50 |
| **Standard Chartered** | 59.00 | 61.00 | 65.00 | 69.00 | *19.6%* | 66.00 | 68.00 | na | na |
| **Moody's Analytics** | 60.58 | 65.23 | 66.28 | 66.96 | *16.1%* | 68.33 | 69.74 | 71.23 | 72.77 |
| **Euromonitor International** | 69.76 | 68.69 | 68.11 | 66.87 | *16.0%* | 65.15 | 63.23 | 61.55 | 61.42 |
| **ANZ** | 62.50 | 62.50 | 66.00 | 66.50 | *15.3%* | 65.50 | 65.50 | 65.50 | 64.50 |
| **Deloitte Access Economics** | 61.00 | 62.59 | 64.18 | 65.76 | *14.0%* | 67.35 | 68.41 | 69.31 | 69.57 |
| **Ecoanalitica** | 55.85 | 59.76 | 60.55 | 65.70 | *13.9%* | 56.31 | 60.26 | 66.24 | 61.05 |
| **GKI Research** | 58.00 | 60.00 | 62.00 | 65.00 | *12.7%* | 67.00 | 70.00 | 68.00 | 65.00 |
| **UBS** | 62.00 | 63.00 | 64.00 | 65.00 | *12.7%* | 67.00 | 67.00 | 67.00 | 67.00 |
| **RBC Capital Markets** | 65.00 | 60.50 | 66.00 | 64.50 | *11.8%* | 64.00 | 64.00 | 64.00 | 64.00 |
| **Oxford Economics** | 60.86 | 61.83 | 62.38 | 64.42 | *11.7%* | 65.62 | 65.64 | 64.87 | 64.01 |
| **Commonwealth Bank** | 64.00 | 63.00 | 63.00 | 63.00 | *9.2%* | 63.00 | 63.00 | 63.00 | 63.00 |
| **Credit Suisse** | 63.00 | 63.00 | 63.00 | 63.00 | *9.2%* | 65.00 | 65.00 | 65.00 | 65.00 |
| **Macquarie** | 65.00 | 65.00 | 63.00 | 63.00 | *9.2%* | 60.00 | 60.00 | 60.00 | 60.00 |
| **Australia Dept of Industry** | 64.50 | 64.00 | 63.50 | 62.80 | *8.9%* | 62.45 | 62.90 | 62.90 | 63.20 |
| **Investec** | 65.50 | 65.50 | 62.50 | 62.50 | *8.4%* | 60.00 | 60.00 | 60.00 | 60.00 |
| **Morgan Stanley** | 67.50 | 65.00 | 65.00 | 62.50 | *8.4%* | 60.00 | 60.00 | 60.00 | 60.00 |
| **Bank of China International** | 64.00 | 66.00 | 67.00 | 62.00 | *7.5%* | na | na | na | na |
| **Econ Intelligence Unit** | 60.20 | 64.80 | 65.00 | 62.00 | *7.5%* | 62.00 | 65.00 | 70.00 | 71.00 |
| **BMO** | 60.00 | 60.00 | 60.00 | 60.00 | *4.0%* | 63.75 | 63.75 | 63.75 | 63.75 |
| **BNP Paribas** | 60.00 | 54.00 | 57.00 | 60.00 | *4.0%* | na | na | na | na |
| **Liberum Capital** | 60.00 | 60.00 | 60.00 | 60.00 | *4.0%* | 60.00 | 60.00 | 60.00 | na |
| **P K Verleger** | 56.00 | 57.00 | 59.00 | 60.00 | *4.0%* | 62.00 | 64.00 | 66.00 | 68.00 |
| **JP Morgan** | 61.00 | 58.00 | 63.00 | 59.00 | *2.3%* | na | na | na | na |
| **ABN Amro** | 63.00 | 58.00 | 55.00 | 58.00 | *0.6%* | 60.00 | 60.00 | 63.00 | 65.00 |
| **BoA Securities** | 64.00 | 64.00 | 62.00 | 58.00 | *0.6%* | na | na | na | na |
| **Citigroup** | 54.00 | 50.00 | 53.00 | 58.00 | *0.6%* | 58.00 | 53.00 | 52.00 | 50.00 |
| **Pezco Economics** | 59.52 | 59.33 | 58.06 | 57.87 | *0.3%* | 57.53 | 57.04 | 56.49 | 56.10 |
| **Societe Generale** | 57.50 | 56.00 | 56.75 | 55.25 | *-4.2%* | 60.00 | 60.00 | 60.00 | 60.00 |
| **Deutsche Bank** | 57.00 | 53.00 | 53.00 | 53.00 | *-8.1%* | na | na | na | na |
| **Consensus (Mean)** | **61.48** | **61.14** | **62.03** | **62.40** | *8.2%* | **63.24** | **63.64** | **64.01** | **64.00** |
| **High** | 69.76 | 68.69 | 68.11 | 72.50 | | 75.00 | 75.50 | 76.50 | 77.50 |
| **Low** | 54.00 | 50.00 | 53.00 | 53.00 | | 56.31 | 53.00 | 52.00 | 50.00 |
| **Standard Deviation** | 3.58 | 4.20 | 4.08 | 4.16 | | 4.13 | 4.71 | 5.11 | 5.67 |

*Survey of Feb. 17, 2020*

## Total Oil Volumes - Supply and Demand Consensus Forecasts

| **World** (millions of barrels per day) | 2019 Q1 | Q2 | Q3 | Q4 | 2020 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|
| **Demand** | 99.30 | 99.40 | 100.80 | 101.40 | **100.30** | **100.36** | **100.91** | **101.00** |
| **Supply** | 100.10 | 100.00 | 100.00 | 101.20 | **101.05** | **101.25** | **101.15** | **101.20** |
| of which: | | | | | | | | |
| ***OPEC*** | *36.20* | *35.60* | *34.90* | *35.20* | ***34.27*** | ***34.03*** | ***34.43*** | ***34.47*** |
| ***Russia*** | *11.67* | *11.50* | *11.57* | *11.59* | ***11.53*** | ***11.43*** | ***11.50*** | ***11.63*** |
| ***US*** | *16.64* | *17.09* | *17.19* | *17.76* | ***15.67*** | ***15.67*** | ***15.67*** | ***16.00*** |
| **Supply-Demand Balance** | 0.80 | 0.60 | -0.80 | -0.20 | **0.75** | **0.89** | **0.24** | **0.20** |

### Total Oil Supply and Demand Balances

*(millions of barrels per day)*




**Source**: International Energy Agency for Historical Data.

### COVID-19 Impact on Oil Market

- Oil price forecasts for Q1 and Q2 have been pared back after an outbreak of coronavirus in China saw authorities shut businesses and factories in order to contain the epidemic. These disruptions are expected to have a knock on effect on global supply chains.
- Commentators warn that Chinese oil consumption could slump by 3.2mn barrels per day in February, equivalent to 3% of the global total.
- Saudi Arabia has recommended a further 600,000 barrels per day cut to output to support prices, but such action will need to be agreed by other OPEC members at their next meeting on March 5.



© Copyright Consensus Economics Inc. 2020

## WTI Crude Oil Forecasts, US$/barrel

Nominal, Quarterly Averages, Annual Price Forecasts on Page 5

| Survey Date Spot (Feb.17): **US$ 52.31** | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| Capital Economics | 60.50 | 62.00 | 65.50 | 69.50 | *32.9%* | 72.00 | 72.50 | 74.00 | 75.50 |
| Standard Chartered | 54.00 | 57.00 | 61.00 | 65.00 | *24.3%* | 62.00 | 64.00 | na | na |
| Moody's Analytics | 55.93 | 61.29 | 62.28 | 62.96 | *20.4%* | 64.33 | 65.74 | 67.23 | 68.78 |
| ANZ | 57.00 | 57.50 | 61.50 | 62.50 | *19.5%* | 62.00 | 62.50 | 62.50 | 61.50 |
| UBS | 58.50 | 59.50 | 60.50 | 61.50 | *17.6%* | 64.00 | 64.00 | 64.00 | 64.00 |
| GKI Research | 52.00 | 55.00 | 57.00 | 60.00 | *14.7%* | 63.00 | 65.00 | 62.00 | 58.00 |
| Euromonitor International | 61.78 | 61.21 | 60.63 | 59.68 | *14.1%* | 58.20 | 56.45 | 54.95 | 54.76 |
| Ecoanalitica | 51.13 | 53.48 | 55.93 | 59.23 | *13.2%* | 51.78 | 56.65 | 59.99 | 54.16 |
| Commonwealth Bank | 58.00 | 57.00 | 58.00 | 59.00 | *12.8%* | 59.00 | 59.00 | 59.00 | 59.00 |
| RBC Capital Markets | 60.25 | 56.50 | 61.50 | 59.00 | *12.8%* | 59.32 | 59.32 | 59.32 | 59.32 |
| TD Economics | 56.00 | 56.00 | 56.00 | 59.00 | *12.8%* | 60.00 | 60.00 | 60.00 | 61.00 |
| Bank of China International | 59.00 | 61.00 | 62.00 | 58.00 | *10.9%* | na | na | na | na |
| Investec | 61.00 | 61.00 | 58.00 | 58.00 | *10.9%* | 55.00 | 55.00 | 55.00 | 55.00 |
| Oxford Economics | 54.63 | 55.50 | 55.99 | 57.82 | *10.5%* | 58.89 | 58.92 | 58.22 | 57.45 |
| Morgan Stanley | 62.50 | 60.00 | 60.00 | 57.50 | *9.9%* | 55.00 | 55.00 | 55.00 | 55.00 |
| Australia Dept of Industry | 58.75 | 58.50 | 58.25 | 57.08 | *9.1%* | 57.45 | 58.15 | 58.40 | 58.95 |
| BNP Paribas | 55.00 | 50.00 | 53.00 | 57.00 | *9.0%* | na | na | na | na |
| CIBC | 56.00 | 56.00 | 56.00 | 56.00 | *7.1%* | 60.00 | 60.00 | 60.00 | 60.00 |
| P K Verleger | 52.00 | 53.00 | 55.00 | 56.00 | *7.1%* | 58.00 | 60.00 | 62.00 | 64.00 |
| Econ Intelligence Unit | 54.45 | 58.49 | 58.64 | 55.91 | *6.9%* | 55.97 | 58.65 | 63.16 | 64.06 |
| BMO | 52.50 | 54.00 | 54.00 | 55.50 | *6.1%* | 58.75 | 58.75 | 58.75 | 58.75 |
| Citigroup | 50.00 | 46.00 | 50.00 | 55.00 | *5.1%* | 55.00 | 50.00 | 49.00 | 47.00 |
| Credit Suisse | 55.00 | 55.00 | 55.00 | 55.00 | *5.1%* | 55.00 | 55.00 | 55.00 | 55.00 |
| JP Morgan | 56.00 | 53.00 | 59.00 | 55.00 | *5.1%* | na | na | na | na |
| Macquarie | 54.00 | 56.00 | 55.00 | 55.00 | *5.1%* | 52.00 | 52.00 | 52.00 | 52.00 |
| Pezco Economics | 54.85 | 54.67 | 53.50 | 53.32 | *1.9%* | 53.01 | 52.57 | 52.06 | 51.70 |
| ABN Amro | 58.00 | 53.00 | 50.00 | 53.00 | *1.3%* | 55.00 | 55.00 | 58.00 | 60.00 |
| BoA Securities | 59.00 | 59.00 | 57.00 | 53.00 | *1.3%* | na | na | na | na |
| Societe Generale | 52.50 | 51.00 | 51.75 | 50.25 | *-3.9%* | 55.00 | 55.00 | 55.00 | 55.00 |
| Deutsche Bank | 53.00 | 49.00 | 49.00 | 49.00 | *-6.3%* | na | na | na | na |
| **Consensus (Mean)** | **56.11** | **56.02** | **57.03** | **57.49** | ***9.9%*** | **58.39** | **58.77** | **58.94** | **58.75** |
| High | 62.50 | 62.00 | 65.50 | 69.50 | | 72.00 | 72.50 | 74.00 | 75.50 |
| Low | 50.00 | 46.00 | 49.00 | 49.00 | | 51.78 | 50.00 | 49.00 | 47.00 |
| Standard Deviation | 3.32 | 3.92 | 4.02 | 4.20 | | 4.54 | 4.97 | 5.31 | 5.93 |
















### US Crack Spread

Crude oil is refined into numerous saleable products including gasoline and Gas Oil (or heating oil). The crack spread is used to estimate the profitability of refining the raw material. When the spread is positive, the price of the refined products is above that of crude oil, helping profitability. The chart opposite (based on spot prices) shows a commonly used 3:2:1 crack spread, reflecting a ratio of refinery output of 2 barrels of RBOB gasoline and 1 barrel of US heating oil from 3 barrels of WTI crude oil.

© Copyright Consensus Economics Inc. 2020

## RBOB Gasoline (US) Forecasts, US$/gallon, fob

Nominal, Quarterly Averages, Annual Price Forecasts on Page 5

| Survey Date Spot (Feb. 17): **US$ 1.610** | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **GKI Research** | 1.600 | 1.650 | 1.700 | 1.800 | *11.8%* | 1.800 | 1.900 | 1.800 | 1.700 |
| **BNP Paribas** | 1.595 | 1.643 | 1.738 | 1.667 | *3.5%* | na | na | na | na |
| **Deutsche Bank** | 1.610 | 1.810 | 1.800 | 1.640 | *1.9%* | na | na | na | na |
| **P K Verleger** | 1.510 | 1.540 | 1.580 | 1.620 | *0.6%* | 1.660 | 1.710 | 1.750 | 1.800 |
| **Bank of China International** | 1.650 | 1.770 | 1.830 | 1.570 | *-2.5%* | na | na | na | na |
| **BoA Securities** | 1.738 | 1.857 | 1.714 | 1.476 | *-8.3%* | na | na | na | na |
| **Consensus (Mean)** | **1.617** | **1.712** | **1.727** | **1.629** | ***1.2%*** | **1.730** | **1.805** | **1.775** | **1.750** |
| **High** | 1.738 | 1.857 | 1.830 | 1.800 | | 1.800 | 1.900 | 1.800 | 1.800 |
| **Low** | 1.510 | 1.540 | 1.580 | 1.476 | | 1.660 | 1.710 | 1.750 | 1.700 |
| **Standard Deviation** | 0.075 | 0.120 | 0.088 | 0.107 | | 0.099 | 0.134 | 0.035 | 0.071 |













## European Gas Oil Forecasts, US$/tonne, fob

Nominal, Quarterly Averages, Annual Price Forecasts on Page 5

| Survey Date Spot (Feb. 17): **US$ 510.3** | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Deutsche Bank** | 616.1 | 618.2 | 620.8 | 622.1 | *21.9%* | na | na | na | na |
| **GKI Research** | 520.0 | 550.0 | 580.0 | 600.0 | *17.6%* | 620.0 | 620.0 | 650.0 | 650.0 |
| **BoA Securities** | 649.0 | 649.0 | 611.7 | 596.8 | *17.0%* | na | na | na | na |
| **Bank of China International** | 589.0 | 581.0 | 581.0 | 566.0 | *10.9%* | na | na | na | na |
| **BNP Paribas** | 581.1 | 506.6 | 521.5 | 551.3 | *8.0%* | na | na | na | na |
| **P K Verleger** | 520.5 | 522.5 | 528.3 | 547.3 | *7.3%* | 538.8 | 548.6 | 562.3 | 589.2 |
| **Consensus (Mean)** | **579.3** | **571.2** | **573.9** | **580.6** | ***13.8%*** | **579.4** | **584.3** | **606.1** | **619.6** |
| **High** | 649.0 | 649.0 | 620.8 | 622.1 | | 620.0 | 620.0 | 650.0 | 650.0 |
| **Low** | 520.0 | 506.6 | 521.5 | 547.3 | | 538.8 | 548.6 | 562.3 | 589.2 |
| **Standard Deviation** | 51.5 | 55.4 | 41.3 | 30.1 | | 57.4 | 50.5 | 62.0 | 43.0 |









© Copyright Consensus Economics Inc. 2020

## Natural Gas (US, Henry Hub) Forecasts, US$/MMBtu

Nominal, Quarterly Averages, Annual Price Forecasts on Page 5

| Survey Date Spot (Feb. 17): **US$ 1.980** | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| Euromonitor International | 2.390 | 2.541 | 2.681 | 2.798 | *41.3%* | 2.886 | 2.950 | 3.006 | 3.085 |
| Moody's Analytics | 2.433 | 2.660 | 2.694 | 2.758 | *39.3%* | 2.950 | 3.211 | 3.453 | 3.616 |
| Macquarie | 3.000 | 2.500 | 2.600 | 2.750 | *38.9%* | 2.800 | 2.700 | 2.550 | 2.700 |
| Capital Economics | 2.145 | 2.100 | 2.250 | 2.700 | *36.4%* | 2.750 | 2.550 | 2.700 | 3.025 |
| Credit Suisse | 2.665 | 2.665 | 2.665 | 2.665 | *34.6%* | 2.665 | 2.665 | 2.665 | 2.665 |
| Deutsche Bank | 2.500 | 2.400 | 2.450 | 2.650 | *33.8%* | na | na | na | na |
| Econ Intelligence Unit | 2.160 | 2.200 | 2.480 | 2.610 | *31.8%* | 2.760 | 2.880 | 2.620 | 2.780 |
| Liberum Capital | 2.577 | 2.577 | 2.577 | 2.577 | *30.1%* | 2.577 | 2.577 | 2.577 | na |
| ABN Amro | 2.300 | 2.400 | 2.300 | 2.500 | *26.3%* | 2.600 | 2.500 | 2.500 | 2.600 |
| GKI Research | 2.000 | 2.200 | 2.300 | 2.500 | *26.3%* | 2.500 | 2.600 | 2.600 | 2.500 |
| CIBC | 2.450 | 2.450 | 2.450 | 2.450 | *23.7%* | 2.650 | 2.650 | 2.650 | 2.650 |
| Citigroup | 2.500 | 2.400 | 2.300 | 2.400 | *21.2%* | 2.400 | 2.400 | 2.400 | 2.400 |
| Investec | 2.200 | 2.200 | 2.400 | 2.400 | *21.2%* | 2.420 | 2.420 | 2.420 | 2.420 |
| Morgan Stanley | 2.400 | 2.000 | 2.150 | 2.400 | *21.2%* | na | na | na | na |
| RBC Capital Markets | 2.250 | 2.100 | 2.250 | 2.400 | *21.2%* | 2.650 | 2.400 | 2.350 | 2.400 |
| TD Economics | 2.200 | 2.200 | 2.200 | 2.400 | *21.2%* | 2.470 | 2.470 | 2.470 | 2.490 |
| Commonwealth Bank | 2.000 | 2.017 | 2.175 | 2.347 | *18.5%* | 2.560 | 2.254 | 2.309 | 2.431 |
| Standard Chartered | 2.700 | 2.400 | 2.200 | 2.300 | *16.2%* | 2.600 | 2.300 | na | na |
| Oxford Economics | 2.113 | 2.145 | 2.177 | 2.209 | *11.6%* | 2.242 | 2.276 | 2.299 | 2.322 |
| BoA Securities | 1.990 | 1.990 | 1.990 | 1.990 | *0.5%* | na | na | na | na |
| **Consensus (Mean)** | **2.349** | **2.307** | **2.364** | **2.490** | ***25.8%*** | **2.616** | **2.577** | **2.598** | **2.672** |
| High | 3.000 | 2.665 | 2.694 | 2.798 | | 2.950 | 3.211 | 3.453 | 3.616 |
| Low | 1.990 | 1.990 | 1.990 | 1.990 | | 2.242 | 2.254 | 2.299 | 2.322 |
| Standard Deviation | 0.264 | 0.219 | 0.202 | 0.203 | | 0.181 | 0.255 | 0.289 | 0.344 |

## Asia LNG (Japan Korea Marker) Forecasts, US$/MMBtu

| Survey Date Spot (Feb. 17): **US$ 3.525** | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| Capital Economics | 4.550 | 4.500 | 5.250 | 5.750 | *63.1%* | 5.500 | 5.250 | 6.000 | 7.000 |
| GKI Research | 4.000 | 4.200 | 4.300 | 4.600 | *30.5%* | 5.000 | 5.000 | 5.100 | 5.200 |
| **Consensus (Mean)** | **4.275** | **4.350** | **4.775** | **5.175** | ***46.8%*** | **5.250** | **5.125** | **5.550** | **6.100** |
| High | 4.550 | 4.500 | 5.250 | 5.750 | | 5.500 | 5.250 | 6.000 | 7.000 |
| Low | 4.000 | 4.200 | 4.300 | 4.600 | | 5.000 | 5.000 | 5.100 | 5.200 |
| Standard Deviation | 0.389 | 0.212 | 0.672 | 0.813 | | 0.354 | 0.177 | 0.636 | 1.273 |

## UK Natural Gas Forecasts, UK pence/therm

[1] Individual forecasts available in the Excel spreadsheet service.

| Survey Date Spot (Feb. 17): **21.93 pence** | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)** [1] | **25.00** | **25.00** | **26.00** | **27.00** | ***23.1%*** | **29.00** | **30.00** | **32.00** | **35.00** |










### Chinese Importers Invoke 'Force Majeure'

- Some major Chinese energy importers of LNG have turned away contracted deliveries as demand plummets in the wake disruption caused by the COVID-19 outbreak.
- Weaker Chinese demand has exacerbated a global supply glut instigated by US over production and unseasonably warm winter weather in the northern hemisphere.
- Asian LNG spot prices have fallen to record lows, while UK natural gas prices are at their lowest since the 07/08 financial crisis.

© Copyright Consensus Economics Inc. 2020

Nominal, Quarterly Averages, Annual Price Forecasts on Page 5

**Consensus Price for Q1 2020: US$150.2 e**

## Australian Coking Coal Forecasts, US$/metric tonne, Contract Price

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from Q1 2020 | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| BMO | 150.0 | 165.0 | 165.0 | 170.0 | 13.2% | 170.0 | 170.0 | 170.0 | 170.0 |
| Citigroup | 150.0 | 150.0 | 170.0 | 170.0 | 13.2% | 165.0 | 160.0 | 160.0 | 155.0 |
| Australia Dept of Industry | 150.0 | 155.0 | 160.0 | 165.0 | 9.8% | 162.0 | 159.0 | na | na |
| Macquarie | 160.0 | 150.0 | 150.0 | 160.0 | 6.5% | 170.0 | 160.0 | 160.0 | 160.0 |
| ANZ | 155.0 | 165.0 | 160.0 | 155.0 | 3.2% | 155.0 | 157.0 | 157.0 | 160.0 |
| Credit Suisse | 165.0 | 180.0 | 170.0 | 150.0 | -0.2% | 165.0 | 180.0 | 170.0 | 150.0 |
| Investec | 148.0 | 148.0 | 150.0 | 150.0 | -0.2% | 152.0 | 152.0 | 156.0 | 156.0 |
| RBC Capital Markets | 150.0 | 150.0 | 150.0 | 150.0 | -0.2% | 150.0 | 150.0 | 150.0 | 150.0 |
| Morgan Stanley | 146.7 | 150.0 | 153.3 | 148.3 | -1.3% | 148.3 | 143.3 | 140.0 | 136.7 |
| ABN Amro | 143.5 | 140.0 | 138.0 | 143.0 | -4.8% | 142.0 | 140.0 | 140.0 | 135.0 |
| BoA Securities | 150.0 | 140.0 | 140.0 | 140.0 | -6.8% | 143.4 | 143.4 | na | na |
| Liberum Capital | 140.0 | 140.0 | 140.0 | 140.0 | -6.8% | 140.0 | 140.0 | 140.0 | na |
| UBS | 145.0 | 140.0 | 135.0 | 140.0 | -6.8% | 145.0 | 145.0 | 145.0 | 145.0 |
| Commonwealth Bank | 150.0 | 145.0 | 140.0 | 135.0 | -10.1% | 140.0 | 145.0 | 150.0 | 155.0 |
| **Consensus (Mean)** | **150.2** | **151.3** | **151.5** | **151.2** | **0.6%** | **153.4** | **153.2** | **153.2** | **152.1** |
| High | 165.0 | 180.0 | 170.0 | 170.0 | | 170.0 | 180.0 | 170.0 | 170.0 |
| Low | 140.0 | 140.0 | 135.0 | 135.0 | | 140.0 | 140.0 | 140.0 | 135.0 |
| Standard Deviation | 6.4 | 11.7 | 12.0 | 11.5 | | 11.1 | 11.9 | 10.8 | 10.3 |

**Consensus Price for Q1 2020: US$68.14 e**

## Australian Steaming Coal Forecasts, US$/metric tonne, Spot Price

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from Q1 2020 | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| Deutsche Bank | 75.00 | 75.00 | 75.00 | 75.00 | 10.1% | na | na | na | na |
| UBS | 75.00 | 65.00 | 65.00 | 75.00 | 10.1% | 70.00 | 70.00 | 70.00 | 70.00 |
| Australia Dept of Industry | 70.00 | 70.00 | 70.00 | 70.00 | 2.7% | 72.00 | 72.00 | na | na |
| BoA Securities | 70.00 | 66.00 | 66.00 | 70.00 | 2.7% | na | na | na | na |
| Macquarie | 70.00 | 70.00 | 70.00 | 70.00 | 2.7% | 66.00 | 66.00 | 66.00 | 66.00 |
| Investec | 68.00 | 68.00 | 68.00 | 68.00 | -0.2% | 67.00 | 67.00 | 67.00 | 67.00 |
| ANZ | 70.00 | 70.50 | 69.50 | 66.00 | -3.1% | 63.00 | 61.00 | 61.00 | 63.50 |
| Credit Suisse | 66.00 | 66.00 | 66.00 | 66.00 | -3.1% | 68.00 | 68.00 | 70.00 | 70.00 |
| Citigroup | 67.00 | 65.00 | 63.00 | 65.00 | -4.6% | 73.00 | 75.00 | 75.00 | 78.00 |
| Commonwealth Bank | 72.00 | 70.00 | 65.00 | 65.00 | -4.6% | 70.00 | 70.00 | 75.00 | 70.00 |
| Morgan Stanley | 68.00 | 65.00 | 65.00 | 64.00 | -6.1% | 67.00 | 67.00 | 70.00 | 70.00 |
| Euromonitor International | 66.41 | 65.34 | 64.53 | 63.78 | -6.4% | 63.02 | 62.32 | 61.75 | 61.58 |
| Econ Intelligence Unit | 65.00 | 64.50 | 63.50 | 63.20 | -7.2% | 62.50 | 62.00 | 62.00 | 61.80 |
| Capital Economics | 51.50 | 47.50 | 47.50 | 52.50 | -22.9% | 52.50 | 47.50 | 46.50 | 49.00 |
| **Consensus (Mean)** | **68.14** | **66.27** | **65.57** | **66.68** | **-2.1%** | **66.17** | **65.65** | **65.84** | **66.08** |
| High | 75.00 | 75.00 | 75.00 | 75.00 | | 73.00 | 75.00 | 75.00 | 78.00 |
| Low | 51.50 | 47.50 | 47.50 | 52.50 | | 52.50 | 47.50 | 46.50 | 49.00 |
| Standard Deviation | 5.67 | 6.20 | 6.14 | 5.61 | | 5.52 | 7.07 | 8.06 | 7.36 |

**Consensus Price for Q1 2020: US$ 92.44 e**

## Australian Steaming Coal Forecasts, US$/metric tonne, Contract Price

[1] Individual forecasts available in the Excel spreadsheet.

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from Q1 2020 | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)[1]** | **92.44** | **74.55** | **74.55** | **74.55** | **-19.4%** | **73.71** | **71.43** | **71.50** | **71.50** |
| High | 95.00 | 78.00 | 78.00 | 78.00 | | 78.00 | 75.00 | 75.00 | 75.00 |
| Low | 77.86 | 71.00 | 71.00 | 71.00 | | 71.00 | 70.00 | 70.00 | 70.00 |
| Standard Deviation | 6.43 | 2.73 | 2.73 | 2.73 | | 2.43 | 1.81 | 1.97 | 1.97 |








© Copyright Consensus Economics Inc. 2020

Nominal, Quarterly Averages, Annual Price Forecasts on Page 5

Survey Date Spot (Feb. 17): **US$ 24.90**

## *Uranium $U_3O_8$ Forecasts, US$/lb*

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Credit Suisse** | 40.00 | 40.00 | 40.00 | 40.00 | *60.6%* | 40.80 | 40.80 | 40.80 | 40.80 |
| **UBS** | 27.50 | 30.00 | 35.00 | 37.50 | *50.6%* | 40.00 | 42.50 | 42.50 | 45.00 |
| **BoA Securities** | 30.00 | 33.00 | 36.00 | 36.00 | *44.6%* | 38.00 | 40.00 | na | na |
| **Liberum Capital** | 30.00 | 30.00 | 35.00 | 35.00 | *40.6%* | 40.00 | 40.00 | 45.00 | na |
| **BMO** | 27.50 | 30.00 | 30.00 | 32.50 | *30.5%* | 35.00 | 35.00 | 37.50 | 37.50 |
| **Australia Dept of Industry** | 27.33 | 28.00 | 30.00 | 30.67 | *23.2%* | 32.00 | 33.00 | 34.17 | 34.83 |
| **RBC Capital Markets** | 30.00 | 30.00 | 30.00 | 30.00 | *20.5%* | 35.00 | 35.00 | 35.00 | 35.00 |
| **Investec** | 27.00 | 27.00 | 29.00 | 29.00 | *16.5%* | 32.00 | 32.00 | 34.00 | 34.00 |
| **Commonwealth Bank** | 25.00 | 26.00 | 27.00 | 28.00 | *12.4%* | 29.00 | 30.00 | 31.00 | 31.00 |
| **Macquarie** | 26.00 | 26.00 | 28.00 | 28.00 | *12.4%* | 30.00 | 30.00 | 33.00 | 33.00 |
| **TD Economics** | 26.00 | 26.00 | 26.00 | 26.00 | *4.4%* | 28.00 | 28.00 | 28.00 | 28.00 |
| **Consensus (Mean)** | **28.76** | **29.64** | **31.45** | **32.06** | ***28.8%*** | **34.53** | **35.12** | **36.10** | **35.46** |
| **High** | 40.00 | 40.00 | 40.00 | 40.00 | | 40.80 | 42.50 | 45.00 | 45.00 |
| **Low** | 25.00 | 26.00 | 26.00 | 26.00 | | 28.00 | 28.00 | 28.00 | 28.00 |
| **Standard Deviation** | 4.11 | 4.11 | 4.39 | 4.50 | | 4.67 | 5.02 | 5.32 | 5.10 |

**Uranium $U_3O_8$,** Spot Price
US$/lb




**Consensus Forecasts v Futures Prices**




**Uranium Futures** – April 2020 Contract (NYMEX)
*US$/lb, Closing Price*




### US Policy Could Boost Supply

- US President Trump has proposed to spend US$1.5bn over ten years to establish a new national uranium reserve (sourcing only US-mined material) in order to protect domestic producers from cheap imports. Prices have been depressed since the 2011 Fukushima disaster caused several nations to question the appeal of nuclear power.
- The historically low price of natural gas and the relative ease of converting existing coal power infrastructure to use the cleaner burning fuel could further reduce the attractiveness of nuclear power, despite the latter's perceived stronger green credentials.

### World Nuclear Electricity Production (2018)

| Operational Reactors | | Generated Electricity (GWh '000) | | Nuclear power as a % of total domestic electricity | |
|---|---|---|---|---|---|
| USA | 99 | USA | 808 | France | 71.7% |
| France | 58 | France | 396 | S. Korea | 23.7% |
| China | 46 | China | 277 | USA | 19.3% |
| Russia | 37 | Russia | 191 | Russia | 17.9% |
| S. Korea | 24 | S. Korea | 127 | China | 4.2% |

**Uranium** futures began trading on NYMEX in May 2007 in an attempt to introduce greater price transparency. Volumes and liquidity are currently very low (see chart above left).
**Futures Market**: NYMEX **Pricing:** US$/lb **Contract Size**: 250lbs **Trading Months**: 60 consecutive months. **Settlement price:** The final settlement price is the spot-month end price published by UxC.

© Copyright Consensus Economics Inc. 2020

## Aluminium Forecasts, US$/metric tonne, fob

*Nominal, Quarterly Averages*

| *Survey Date Spot Price (Feb. 17):* **US$ 1721** | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| ANZ | 1791 | 1851 | 1926 | 1975 | *14.8%* | 2050 | 2150 | 2200 | 2225 |
| Moody's Analytics | 1744 | 1831 | 1905 | 1964 | *14.1%* | 2008 | 2041 | 2066 | 2098 |
| CIBC | 1896 | 1896 | 1896 | 1896 | *10.2%* | 2094 | 2094 | 2094 | 2094 |
| Capital Economics | 1765 | 1775 | 1825 | 1875 | *8.9%* | 1915 | 1940 | 1965 | 1990 |
| Liberum Capital | 1873 | 1873 | 1873 | 1873 | *8.8%* | 1873 | 1873 | 1873 | na |
| UBS | 1808 | 1808 | 1852 | 1852 | *7.6%* | 1918 | 1962 | 2050 | 2094 |
| Citigroup | 1710 | 1750 | 1800 | 1850 | *7.5%* | 2050 | 2050 | 2050 | 2050 |
| Deutsche Bank | 1750 | 1825 | 1850 | 1850 | *7.5%* | na | na | na | na |
| IHS Markit | 1734 | 1765 | 1820 | 1849 | *7.4%* | 1860 | 1858 | 1852 | 1867 |
| BoA Securities | 1830 | 1830 | 1830 | 1830 | *6.3%* | 1830 | 1830 | 1794 | 1830 |
| Investec | 1786 | 1786 | 1808 | 1808 | *5.0%* | 1808 | 1808 | 1852 | 1852 |
| ABN Amro | 1724 | 1757 | 1790 | 1801 | *4.6%* | 1824 | 1881 | 1904 | 1910 |
| BMO | 1850 | 1900 | 1800 | 1800 | *4.6%* | 1920 | 1920 | 1875 | 1875 |
| BIPE - BDO Advisory | 1740 | 1770 | 1760 | 1800 | *4.6%* | 1830 | 1850 | 1880 | 1900 |
| Pezco Economics | 1744 | 1753 | 1761 | 1770 | *2.8%* | 1775 | 1777 | 1779 | 1781 |
| RBC Capital Markets | 1764 | 1764 | 1764 | 1764 | *2.5%* | 1764 | 1764 | 1874 | 1874 |
| Euromonitor International | 1776 | 1769 | 1765 | 1762 | *2.4%* | 1758 | 1756 | 1758 | 1771 |
| Macquarie | 1770 | 1800 | 1770 | 1760 | *2.3%* | 1760 | 1750 | 1750 | 1750 |
| Econ Intelligence Unit | 1859 | 1792 | 1762 | 1752 | *1.8%* | 1715 | 1765 | 1805 | 1820 |
| Credit Suisse | 1750 | 1750 | 1750 | 1750 | *1.7%* | 1750 | 1750 | 1750 | 1750 |
| Prometeia | 1751 | 1747 | 1746 | 1745 | *1.4%* | 1809 | 1825 | 1857 | 1836 |
| Standard Chartered | 1765 | 1762 | 1750 | 1745 | *1.4%* | 1725 | 1730 | na | na |
| Commonwealth Bank | 1808 | 1786 | 1764 | 1742 | *1.2%* | 1764 | 1808 | 1852 | 1896 |
| Oxford Economics | 1748 | 1696 | 1721 | 1730 | *0.5%* | 1728 | 1726 | 1725 | 1723 |
| TD Economics | 1720 | 1720 | 1720 | 1720 | *-0.1%* | 1698 | 1698 | 1698 | 1698 |
| Bank of China International | 1800 | 1750 | 1750 | 1700 | *-1.2%* | na | na | na | na |
| JP Morgan | 1750 | 1790 | 1750 | 1700 | *-1.2%* | na | na | na | na |
| Morgan Stanley | 1742 | 1720 | 1653 | 1676 | *-2.7%* | 1698 | 1764 | 1874 | 1874 |
| Australia Dept of Industry | 1766 | 1703 | 1664 | 1668 | *-3.1%* | 1678 | 1618 | 1581 | 1585 |
| **Consensus (Mean)** | **1776** | **1783** | **1787** | **1793** | ***4.2%*** | **1831** | **1846** | **1870** | **1881** |
| High | 1896 | 1900 | 1926 | 1975 | | 2094 | 2150 | 2200 | 2225 |
| Low | 1710 | 1696 | 1653 | 1668 | | 1678 | 1618 | 1581 | 1585 |
| Standard Deviation | 47 | 52 | 65 | 78 | | 118 | 130 | 140 | 149 |

### Aluminium Spot Price, London Metal Exchange (LME)




### Consensus Forecasts v Futures Prices




### Aluminium 3-Month Future Prices and Warehouse Stocks, LME

US$/metric tonne, Daily High/Low/Close




### Held Back by Weakened Demand

- January's brief price rally has been wiped out by concerns over the scale of disruption caused by the Chinese Covid-19 outbreak. Beijing extended the Lunar New Year holidays and has implemented travel restrictions in an attempt to contain the virus' spread.
- Some overseas carmakers – reliant on complex, cross-border supply chains – have reportedly had to temporarily halt output due to a dearth of Chinese-produced components.
- Capacity cuts may help to provide some price support. Rio Tinto is reviewing operations at its aluminium smelter in Iceland, which is loss-making at current low prices.

### World Aluminium Supply and Demand

(in millions of tonnes)

| World | 2015 | 2016 | 2017 | 2018 | 2019 (May 2019 Consensus Forecasts) | 2020 (May 2019 Consensus Forecasts) |
|---|---|---|---|---|---|---|
| **Supply** | 57.9 | 58.2 | 63.4 | 64.4 | **65.1** | **66.3** |
| **Demand** | 57.4 | 59.0 | 59.2 | 60.1 | **61.9** | **63.2** |
| **Balance** | 0.5 | -0.8 | 4.2 | 4.3 | **3.2** | **3.1** |

Historical Estimates Source: Australian Government Department of Industry

**Aluminium: Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 25 tonnes **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 123 months. **Contracts Traded**: 66,082,530 (2019).



© Copyright Consensus Economics Inc. 2020

*Survey Date Spot Price (Feb. 17):* **US$ 283.1**

## *Alumina Forecasts, US$/metric tonne, fob*

*Nominal, Quarterly Averages*

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Credit Suisse** | 280.0 | 300.0 | 320.0 | 340.0 | *20.1%* | 320.0 | 330.0 | 330.0 | 340.0 |
| **RBC Capital Markets** | 325.0 | 325.0 | 325.0 | 325.0 | *14.8%* | 325.0 | 325.0 | 325.0 | 325.0 |
| **UBS** | 280.0 | 300.0 | 300.0 | 320.0 | *13.0%* | 350.0 | 350.0 | 350.0 | 350.0 |
| **BoA Securities** | 280.0 | 280.0 | 300.0 | 300.0 | *6.0%* | 300.0 | 315.0 | 328.0 | 290.0 |
| **Liberum Capital** | 300.0 | 300.0 | 300.0 | 300.0 | *6.0%* | 325.0 | 325.0 | 325.0 | na |
| **Investec** | 294.6 | 294.6 | 298.3 | 298.3 | *5.4%* | 307.3 | 307.3 | 314.8 | 314.8 |
| **Macquarie** | 285.0 | 290.0 | 290.0 | 295.0 | *4.2%* | 295.0 | 290.0 | 290.0 | 280.0 |
| **BMO** | 292.5 | 300.0 | 286.5 | 286.5 | *1.2%* | 304.5 | 304.5 | 297.8 | 297.8 |
| **Morgan Stanley** | 275.0 | 270.0 | 270.0 | 275.0 | *-2.9%* | 278.0 | 280.0 | 285.0 | 285.0 |
| **Australia Dept of Industry** | 372.9 | 355.1 | 290.4 | 273.1 | *-3.5%* | 354.2 | 337.4 | 298.0 | 259.4 |
| **Capital Economics** | 275.0 | 270.0 | 265.0 | 260.0 | *-8.2%* | 265.0 | 270.0 | 275.0 | 280.0 |
| **Consensus (Mean)** | **296.4** | **298.6** | **295.0** | **297.5** | ***5.1%*** | **311.3** | **312.2** | **310.8** | **302.2** |
| **High** | 372.9 | 355.1 | 325.0 | 340.0 | | 354.2 | 350.0 | 350.0 | 350.0 |
| **Low** | 275.0 | 270.0 | 265.0 | 260.0 | | 265.0 | 270.0 | 275.0 | 259.4 |
| **Standard Deviation** | 29.2 | 24.4 | 18.0 | 23.9 | | 27.4 | 24.7 | 23.1 | 29.2 |

### Alumina, Metallurgical Grade, Spot Price

US$/metric tonne




### Alumina Consensus Forecasts v Futures

US$/metric tonne




**Alumina** is derived from bauxite ore and is used to produce primary aluminium at a ratio of two tonnes of alumina per tonne of aluminium. Prices can be linked to the LME primary aluminium price.

**Aluminium Alloy** prices provide a reference basis for the secondary aluminium market. **Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 20 tonnes **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 27 months. **Contracts Traded**: 61,856 (2019).

### World Production of Alumina (130 million tonnes, 2018)

| Producer | % of world total |
|---|---|
| 1. China | 55.4% |
| 2. Australia | 14.6% |
| 3. Brazil | 6.1% |
| 4. India | 5.0% |

### Aluminium Alloy, Spot Price, LME

US$/metric tonne




### Aluminium vs Aluminium Alloy, Spot Price Differential

US$/metric tonne




© Copyright Consensus Economics Inc. 2020

## Copper, Grade A, Forecasts, US$/metric tonne, fob

Survey Date Spot Price (Feb. 17): **US$ 5801**

*Nominal, Quarterly Averages*

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from spot | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| Moody's Analytics | 5898 | 6198 | 6554 | 6863 | 18.3% | 7100 | 7351 | 7573 | 7755 |
| BoA Securities | 5800 | 6000 | 6250 | 6750 | 16.4% | 6250 | 6250 | 6008 | 6200 |
| Investec | 6283 | 6283 | 6614 | 6614 | 14.0% | 6724 | 6724 | 6944 | 6944 |
| Liberum Capital | na | 6612 | 6612 | 6612 | 14.0% | 6612 | 6612 | 6612 | na |
| ABN Amro | 5936 | 6100 | 6498 | 6601 | 13.8% | 6707 | 6820 | 6834 | 6962 |
| Standard Chartered | 6150 | 6275 | 6400 | 6500 | 12.0% | 6160 | 6300 | na | na |
| Capital Economics | 5975 | 5900 | 6150 | 6450 | 11.2% | 6650 | 6750 | 6850 | 6950 |
| Morgan Stanley | 6173 | 6173 | 6283 | 6393 | 10.2% | 6504 | 6393 | 6283 | 6173 |
| Pezco Economics | 5871 | 6056 | 6240 | 6388 | 10.1% | 6428 | 6436 | 6444 | 6452 |
| ANZ | 6002 | 6002 | 6201 | 6300 | 8.6% | 6401 | 6651 | 7001 | 7202 |
| Citigroup | 5600 | 5800 | 6300 | 6300 | 8.6% | 6600 | 6600 | 6600 | 6600 |
| Societe Generale | 5900 | 6000 | 6200 | 6300 | 8.6% | 6500 | 6500 | 6500 | 6500 |
| IHS Markit | 5823 | 6101 | 6203 | 6287 | 8.4% | 6356 | 6413 | 6495 | 6534 |
| UBS | 5842 | 5952 | 6173 | 6283 | 8.3% | 6283 | 6283 | 6724 | 6724 |
| Econ Intelligence Unit | 6010 | 6100 | 6200 | 6250 | 7.7% | 6350 | 6420 | 6450 | 6500 |
| Oxford Economics | 5939 | 6029 | 6119 | 6211 | 7.1% | 6273 | 6336 | 6399 | 6463 |
| BMO | 6100 | 6400 | 6200 | 6200 | 6.9% | 6600 | 6600 | 6200 | 6200 |
| Deutsche Bank | 6300 | 6200 | 6200 | 6200 | 6.9% | na | na | na | na |
| TD Economics | 6173 | 6173 | 6173 | 6173 | 6.4% | 6107 | 6107 | 6107 | 6107 |
| RBC Capital Markets | 5842 | 5842 | 6063 | 6063 | 4.5% | 6063 | 6063 | 6063 | 6063 |
| Bank of China International | 6150 | 6250 | 6100 | 6000 | 3.4% | na | na | na | na |
| Prometeia | 5897 | 5974 | 6101 | 5969 | 2.9% | 6015 | 6075 | 6302 | 6234 |
| CIBC | 5952 | 5952 | 5952 | 5952 | 2.6% | 6393 | 6393 | 6393 | 6393 |
| Credit Suisse | 5950 | 5950 | 5950 | 5950 | 2.6% | 5740 | 5740 | 5290 | 5290 |
| Macquarie | 5800 | 5800 | 5800 | 5900 | 1.7% | 5900 | 5900 | 5900 | 5900 |
| Commonwealth Bank | 6173 | 6063 | 5952 | 5842 | 0.7% | 5952 | 6063 | 6173 | 6283 |
| Australia Dept of Industry | 5940 | 5930 | 5880 | 5810 | 0.2% | 6240 | 6290 | 6230 | 5990 |
| JP Morgan | 5800 | 6200 | 6000 | 5800 | 0.0% | na | na | na | na |
| Euromonitor International | 6071 | 5924 | 5798 | 5719 | -1.4% | 5632 | 5548 | 5481 | 5472 |
| **Consensus (Mean)** | **5977** | **6077** | **6178** | **6230** | **7.4%** | **6328** | **6370** | **6394** | **6412** |
| High | 6300 | 6612 | 6614 | 6863 | | 7100 | 7351 | 7573 | 7755 |
| Low | 5600 | 5800 | 5798 | 5719 | | 5632 | 5548 | 5290 | 5290 |
| Standard Deviation | 164 | 182 | 216 | 298 | | 330 | 368 | 477 | 530 |










### Coronavirus Dampens Copper Demand

- Market sensitivity to the coronavirus threat remains elevated, piercing the outlook for copper and several other commodities. Observers predict a significant shock to Chinese Q1 GDP growth, and a period of disruption to global supply chains.
- Beijing lowered its benchmark lending rate on February 20, but there remain concerns over the financial state of small firms forced to temporarily shut down operations.
- Supply issues in Chile – attributed to declining ore grades and operational problems – may have widened the copper deficit in 2019.

### World Copper Supply and Demand

(in millions of tonnes)

| World | 2015 | 2016 | 2017 | 2018 | 2019 (May 2019 Consensus Forecasts) | 2020 (May 2019 Consensus Forecasts) |
|---|---|---|---|---|---|---|
| Supply | 22.8 | 23.4 | 23.6 | 24.1 | **24.3** | **24.9** |
| Demand | 23.1 | 23.5 | 23.7 | 24.5 | **24.5** | **24.9** |
| Balance | -0.3 | -0.1 | -0.1 | -0.4 | **-0.2** | **0.0** |

Historical Estimates Source: International Copper Study Group (ICSG)

**Copper: Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 25 tonnes **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 123 months. **Contracts Traded**: 35,641,483 (2019). **US Futures Market:** COMEX **Pricing**: USc/lb **Lot Size**: 25,000lbs **Deliverability**: 24 consecutive months.



© Copyright Consensus Economics Inc. 2020

## Nickel Forecasts, US$/metric tonne, fob

*Survey Date Spot Price (Feb. 17):* **US$ 13070**

*Nominal, Quarterly Averages*

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from spot | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| Deutsche Bank | 15000 | 16000 | 17500 | 19000 | 45.4% | na | na | na | na |
| BoA Securities | 16500 | 17500 | 17500 | 18000 | 37.7% | 20000 | 20000 | na | na |
| CIBC | na | 17637 | 17637 | 17637 | 34.9% | 17196 | 17196 | 17196 | 17196 |
| UBS | 15983 | 17086 | 17637 | 17637 | 34.9% | 17637 | 17637 | 17637 | 17637 |
| Standard Chartered | 16500 | 16670 | 16550 | 16580 | 26.9% | 16700 | 16600 | na | na |
| TD Economics | 15653 | 15653 | 15653 | 16491 | 26.2% | 18938 | 18938 | 18938 | 19511 |
| ANZ | 13503 | 13753 | 15128 | 16378 | 25.3% | 16753 | 17504 | 18254 | 18379 |
| Macquarie | 15000 | 15000 | 15500 | 16000 | 22.4% | 16250 | 16250 | 16500 | 17000 |
| Investec | 14881 | 14881 | 15763 | 15763 | 20.6% | 16645 | 16645 | 17086 | 17086 |
| Australia Dept of Industry | 16500 | 15560 | 15560 | 15560 | 19.1% | 17325 | 16001 | 16338 | 16338 |
| BMO | 15432 | 14500 | 14000 | 15500 | 18.6% | 16000 | 16000 | 16000 | 16000 |
| Bank of China International | 14500 | 15500 | 15500 | 15500 | 18.6% | na | na | na | na |
| Liberum Capital | 14326 | 14326 | 15428 | 15428 | 18.0% | 15428 | 15428 | 15428 | na |
| IHS Markit | 13610 | 14733 | 15336 | 15427 | 18.0% | 15826 | 15276 | 15088 | 14814 |
| Econ Intelligence Unit | 15093 | 14950 | 15120 | 15267 | 16.8% | 15616 | 15570 | 15850 | 15725 |
| Citigroup | 12800 | 13500 | 14000 | 15000 | 14.8% | 15000 | 15000 | 15000 | 15000 |
| Morgan Stanley | 12677 | 13228 | 14110 | 14991 | 14.7% | 15432 | 15983 | 16535 | 16535 |
| Credit Suisse | 15873 | 15432 | 15432 | 14991 | 14.7% | 14330 | 14330 | 14330 | 14330 |
| RBC Capital Markets | 13228 | 14330 | 14881 | 14881 | 13.9% | 15432 | 15432 | 15432 | 15432 |
| Capital Economics | 13475 | 13500 | 14250 | 14750 | 12.9% | 15125 | 15375 | 15625 | 15875 |
| Pezco Economics | 13251 | 13665 | 14078 | 14690 | 12.4% | 14946 | 14964 | 14983 | 15002 |
| Oxford Economics | 13438 | 13706 | 13981 | 14260 | 9.1% | 14403 | 14547 | 14692 | 14839 |
| BIPE - BDO Advisory | 13400 | 13600 | 13400 | 14100 | 7.9% | 14800 | 15500 | 16000 | 15800 |
| ABN Amro | 13387 | 13370 | 13512 | 13920 | 6.5% | 14789 | 15111 | 15154 | 15820 |
| Commonwealth Bank | 13779 | 13779 | 13779 | 13779 | 5.4% | 14330 | 14330 | 14330 | 14330 |
| Euromonitor International | 13071 | 12644 | 12455 | 12293 | -5.9% | 12130 | 11991 | 11889 | 11924 |
| Prometeia | 12376 | 12663 | 12362 | 11870 | -9.2% | 11850 | 11688 | 11905 | 11652 |
| **Consensus (Mean)** | **14355** | **14710** | **15039** | **15396** | **17.8%** | **15715** | **15732** | **15660** | **15737** |
| High | 16500 | 17637 | 17637 | 19000 | | 20000 | 20000 | 18938 | 19511 |
| Low | 12376 | 12644 | 12362 | 11870 | | 11850 | 11688 | 11889 | 11652 |
| Standard Deviation | 1291 | 1404 | 1468 | 1586 | | 1794 | 1794 | 1683 | 1819 |

### Nickel Spot Price, London Metal Exchange (LME)




### Consensus Forecasts v Futures Prices




### Nickel 3-Month Future Prices and Warehouse Stocks, LME

US$/metric tonne, Daily High/Low/Close




### Recent Weakness Should Be Corrected

- Nickel is trading more than US$5000/T down on September 2019's peak, linked to heightened global uncertainty and fragility in China's stainless steel sector.
- Official data showed that Chinese imports of nickel ore from Indonesia rose sharply before the latter imposed a ban on ore exports at the start of this year.
- Squeezes on China's production of nickel pig iron as a result of virus contagion fears could potentially offer some price support, depending on the extent to which other countries' producers can fill the void.

### World Nickel Supply and Demand

(in thousands of tonnes)

| World | 2015 | 2016 | 2017 | 2018 | 2019 (May 2019 Consensus Forecasts) | 2020 (May 2019 Consensus Forecasts) |
|---|---|---|---|---|---|---|
| Supply | 1973 | 1989 | 2070 | 2182 | 2278 | 2375 |
| Demand | 1881 | 2033 | 2184 | 2328 | 2347 | 2411 |
| Balance | 92 | -44 | -114 | -146 | -69 | -36 |

Historical Estimates Source: International Nickel Study Group (INSG)

**Nickel** prices are closely related to demand from stainless steel producers who account for about two-thirds of total demand. **Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 6 tonnes **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 63 months. **Contracts Traded**: 24,546,323 (2019).

© Copyright Consensus Economics Inc. 2020

*Survey Date Spot Price (Feb. 17):* **US$ 1903**

## *Lead Forecasts, US$/metric tonne, fob*

*Nominal, Quarterly Averages*

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from spot | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| RBC Capital Markets | 1984 | 2205 | 2205 | 2205 | 15.8% | 2205 | 2205 | 2205 | 2205 |
| BoA Securities | 1900 | 2000 | 1900 | 2181 | 14.6% | 2212 | 2212 | 1997 | 1995 |
| Commonwealth Bank | 1984 | 1984 | 2050 | 2125 | 11.7% | 2067 | 2079 | 2090 | 2102 |
| Liberum Capital | 1984 | 1984 | 2094 | 2094 | 10.0% | 2094 | 2094 | 2094 | na |
| Econ Intelligence Unit | 2090 | 2070 | 2100 | 2080 | 9.3% | 2200 | 2250 | 2200 | 2200 |
| ANZ | 1975 | 2025 | 2050 | 2076 | 9.1% | 2050 | 1999 | 1999 | 1999 |
| Capital Economics | 1905 | 1950 | 2025 | 2075 | 9.0% | 2115 | 2140 | 2165 | 2190 |
| IHS Markit | 1914 | 1932 | 2008 | 2049 | 7.6% | 2044 | 2044 | 2057 | 2058 |
| Prometeia | 1931 | 1967 | 2007 | 2006 | 5.4% | 2034 | 2036 | 2075 | 2069 |
| Citigroup | 1850 | 1900 | 2000 | 2000 | 5.1% | 2000 | 2000 | 2000 | 2000 |
| Pezco Economics | 1908 | 1934 | 1960 | 1989 | 4.5% | 2013 | 2031 | 2049 | 2066 |
| Standard Chartered | 2018 | 2007 | 1989 | 1985 | 4.3% | 1975 | 1980 | na | na |
| Morgan Stanley | 1984 | 1984 | 1984 | 1984 | 4.3% | 1984 | 1984 | 1984 | 1984 |
| UBS | 1984 | 1984 | 1984 | 1984 | 4.3% | 1984 | 1984 | 1984 | 1984 |
| Oxford Economics | 1902 | 1921 | 1940 | 1959 | 2.9% | 1959 | 1960 | 1960 | 1960 |
| Investec | 1951 | 1951 | 1940 | 1940 | 1.9% | 1918 | 1918 | 1896 | 1896 |
| Bank of China International | 2000 | 1900 | 1800 | 1900 | -0.2% | na | na | na | na |
| Deutsche Bank | 1900 | 1900 | 1900 | 1900 | -0.2% | na | na | na | na |
| Credit Suisse | 1850 | 1850 | 1850 | 1850 | -2.8% | 1900 | 1900 | 1900 | 1900 |
| Macquarie | 1950 | 1900 | 1850 | 1850 | -2.8% | 1800 | 1800 | 1800 | 1800 |
| Euromonitor International | 1894 | 1861 | 1838 | 1820 | -4.4% | 1806 | 1797 | 1791 | 1796 |
| BMO | 2000 | 1800 | 1800 | 1800 | -5.4% | 1900 | 1900 | 1900 | 1900 |
| **Consensus (Mean)** | **1948** | **1955** | **1967** | **1993** | **4.7%** | **2013** | **2016** | **2008** | **2006** |
| High | 2090 | 2205 | 2205 | 2205 | | 2212 | 2250 | 2205 | 2205 |
| Low | 1850 | 1800 | 1800 | 1800 | | 1800 | 1797 | 1791 | 1796 |
| Standard Deviation | 58 | 84 | 103 | 112 | | 118 | 124 | 118 | 122 |










### Small Price Decline So Far in 2020

- Risk appetite has faded in response to the coronavirus epidemic, prompting a rush to safe-haven government bonds and gold. Lead, like other industrial metals, has seen prices move lower, although its loss in the year to date is a modest 1.1%.
- Price changes could be erratic on speculation over the duration and scope of travel bans and quarantine zones across China.
- Capacity cuts at unprofitable producers may help lift the outlook should market conditions stabilise, although bleak global car sales do not hint at a resurgence in demand.

### World Lead Supply and Demand

(in millions of tonnes)

| World | 2015 | 2016 | 2017 | 2018 | 2019 (May 2019 Consensus Forecasts) | 2020 (May 2019 Consensus Forecasts) |
|---|---|---|---|---|---|---|
| Supply | 11.0 | 11.2 | 11.6 | 11.6 | 11.9 | 11.9 |
| Demand | 10.9 | 11.1 | 11.7 | 11.7 | 11.8 | 12.0 |
| Balance | 0.1 | 0.1 | -0.1 | -0.1 | 0.1 | -0.1 |

Historical Estimates Source: International Lead and Zinc Study Group (ILZSG)

The price of **Lead**, which is used mainly for batteries, can be related to that of zinc as the metals are co-produced. **Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 25 tonnes **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 63 months. **Contracts Traded**: 11,918,349 (2019).



© Copyright Consensus Economics Inc. 2020

## Zinc, Special High Grade, Forecasts, US$/MT, fob

Nominal, Quarterly Averages

Survey Date Spot Price (Feb. 17): **US$ 2157**

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from spot | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Econ Intelligence Unit** | 2480 | 2540 | 2480 | 2500 | *15.9%* | 2500 | 2600 | 2550 | 2500 |
| **CIBC** | 2469 | 2469 | 2469 | 2469 | *14.5%* | 2535 | 2535 | 2535 | 2535 |
| **IHS Markit** | 2345 | 2361 | 2402 | 2445 | *13.4%* | 2464 | 2477 | 2491 | 2508 |
| **ABN Amro** | 2294 | 2331 | 2405 | 2435 | *12.9%* | 2478 | 2490 | 2505 | 2518 |
| **Oxford Economics** | 2292 | 2361 | 2408 | 2432 | *12.8%* | 2456 | 2468 | 2481 | 2493 |
| **Liberum Capital** | 2424 | 2424 | 2424 | 2424 | *12.4%* | 2424 | 2424 | 2424 | na |
| **Australia Dept of Industry** | 2480 | 2480 | 2400 | 2400 | *11.3%* | 2400 | 2400 | 2400 | 2400 |
| **Deutsche Bank** | 2200 | 2250 | 2300 | 2400 | *11.3%* | na | na | na | na |
| **Commonwealth Bank** | 2425 | 2315 | 2249 | 2381 | *10.4%* | 2513 | 2646 | 2756 | 2866 |
| **Investec** | 2337 | 2337 | 2381 | 2381 | *10.4%* | 2403 | 2403 | 2425 | 2425 |
| **Pezco Economics** | 2297 | 2324 | 2351 | 2379 | *10.3%* | 2458 | 2464 | 2470 | 2476 |
| **BIPE - BDO Advisory** | 2250 | 2200 | 2250 | 2350 | *9.0%* | 2350 | 2300 | 2300 | 2250 |
| **RBC Capital Markets** | 2315 | 2315 | 2315 | 2315 | *7.3%* | 2205 | 2205 | 2205 | 2205 |
| **Credit Suisse** | 2300 | 2300 | 2300 | 2300 | *6.6%* | 2340 | 2340 | 2340 | 2340 |
| **TD Economics** | 2293 | 2293 | 2293 | 2293 | *6.3%* | 2381 | 2381 | 2381 | 2381 |
| **Standard Chartered** | 2415 | 2375 | 2300 | 2275 | *5.5%* | 2275 | 2260 | na | na |
| **BoA Securities** | 2400 | 2400 | 2250 | 2250 | *4.3%* | 2381 | 2381 | 2552 | 2325 |
| **ANZ** | 2240 | 2251 | 2276 | 2225 | *3.2%* | 2225 | 2276 | 2276 | 2276 |
| **Prometeia** | 2287 | 2217 | 2242 | 2208 | *2.4%* | 2252 | 2284 | 2383 | 2367 |
| **BMO** | 2400 | 2200 | 2200 | 2200 | *2.0%* | 2300 | 2300 | 2300 | 2300 |
| **Capital Economics** | 2240 | 2200 | 2200 | 2200 | *2.0%* | 2200 | 2200 | 2250 | 2350 |
| **UBS** | 2249 | 2205 | 2205 | 2161 | *0.2%* | 2094 | 2094 | 2094 | 2094 |
| **Morgan Stanley** | 2359 | 2271 | 2205 | 2138 | *-0.8%* | 2094 | 2094 | 2094 | 2094 |
| **Bank of China International** | 2250 | 2200 | 2100 | 2100 | *-2.6%* | na | na | na | na |
| **Citigroup** | 2100 | 2200 | 2100 | 2100 | *-2.6%* | 2000 | 2000 | 2000 | 2000 |
| **Euromonitor International** | 2198 | 2139 | 2102 | 2069 | *-4.1%* | 2039 | 2014 | 1994 | 1992 |
| **Macquarie** | 2100 | 2100 | 2050 | 2050 | *-4.9%* | 2100 | 2100 | 2150 | 2100 |
| **Consensus (Mean)** | **2313** | **2298** | **2284** | **2292** | ***6.3%*** | **2315** | **2325** | **2348** | **2339** |
| **High** | 2480 | 2540 | 2480 | 2500 | | 2535 | 2646 | 2756 | 2866 |
| **Low** | 2100 | 2100 | 2050 | 2050 | | 2000 | 2000 | 1994 | 1992 |
| **Standard Deviation** | 103 | 107 | 117 | 133 | | 159 | 176 | 190 | 203 |










### LME Stocks Rise

- Prices slumped sharply to their lowest level in more than three years on February 10, as LME inventories expanded from multi-decade lows. Bottlenecks which had previously curbed the flow of refined output may have eased, as data showed Chinese production accelerating in late 2019.
- This upward output correction may be stalled should the disruption to Chinese factory activity weigh on the country's appetite for concentrate imports. This could tip the balance of the zinc market and create an excess of supply globally.

### World Zinc Supply and Demand

(in millions of tonnes)

| World | 2015 | 2016 | 2017 | 2018 | 2019 (May 2019 Consensus Forecasts) | 2020 (May 2019 Consensus Forecasts) |
|---|---|---|---|---|---|---|
| **Supply** | 13.8 | 13.6 | 13.3 | 13.3 | **13.7** | **14.2** |
| **Demand** | 13.6 | 13.7 | 13.7 | 13.7 | **14.0** | **14.2** |
| **Balance** | 0.2 | -0.1 | -0.4 | -0.4 | **-0.3** | **0.0** |

Historical Estimates Source: International Lead and Zinc Study Group (ILZSG)

**Zinc's** primary use is in galvanising steel. **Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 25 tonnes (+/- 2%) **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 63 months. **Contracts Traded**: 29,803,503 (2019).

© Copyright Consensus Economics Inc. 2020

*Nominal, Quarterly Averages*

## Hot Rolled Coil (Europe, Domestic) Forecasts, US$/metric tonne, fob

*Survey Date Spot Price (Feb. 17):* **US$ 530.0 e**

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from spot | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| Macquarie | 550.0 | 600.0 | 585.0 | 585.0 | 10.4% | 540.0 | 540.0 | 540.0 | 540.0 |
| IHS Markit | 510.0 | 455.0 | 515.0 | 558.9 | 5.4% | 572.9 | 592.4 | 583.1 | 588.6 |
| MEPS | 530.0 | 540.0 | 525.0 | 515.0 | -2.8% | 540.0 | 550.0 | 540.0 | 530.0 |
| Econ Intelligence Unit | 526.7 | 561.7 | 575.0 | 506.7 | -4.4% | 566.7 | 628.3 | 663.3 | 598.3 |
| Oxford Economics | 505.5 | 495.4 | 494.4 | 493.8 | -6.8% | 495.9 | 499.0 | 503.8 | 508.6 |
| Morgan Stanley | 506.6 | 503.2 | 497.1 | 491.6 | -7.2% | 488.4 | 486.9 | 476.8 | na |
| **Consensus (Mean)** | **521.5** | **525.9** | **531.9** | **525.2** | **-0.9%** | **534.0** | **549.4** | **551.2** | **553.1** |
| High | 550.0 | 600.0 | 585.0 | 585.0 | | 572.9 | 628.3 | 663.3 | 598.3 |
| Low | 505.5 | 455.0 | 494.4 | 491.6 | | 488.4 | 486.9 | 476.8 | 508.6 |
| Standard Deviation | 17.4 | 51.8 | 39.1 | 38.1 | | 35.2 | 54.1 | 65.8 | 38.7 |

## Hot Rolled Coil (USA, Domestic) Forecasts, US$/short ton, fob

*Survey Date Spot Price (Feb. 17):* **US$ 650.0 e**

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from spot | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)** [1] | **613.7** | **620.9** | **621.8** | **625.5** | **-3.8%** | **630.8** | **633.8** | **630.5** | **626.4** |
| High | 676.0 | 720.0 | 710.2 | 720.9 | | 746.1 | 761.0 | 764.8 | 767.1 |
| Low | 550.0 | 550.0 | 525.0 | 525.0 | | 550.0 | 550.0 | 550.0 | 550.0 |
| Standard Deviation | 43.8 | 63.4 | 63.6 | 67.5 | | 62.1 | 67.6 | 68.6 | 76.8 |

## Hot Rolled Coil (China, Domestic) Forecasts, US$/metric tonne, fob

*Survey Date Spot Price (Feb. 17):* **US$ 470.0 e**

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from spot | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)** [1] | **487.3** | **489.7** | **492.0** | **491.6** | **4.6%** | **487.0** | **491.0** | **489.2** | **477.2** |
| High | 528.7 | 538.9 | 536.9 | 532.9 | | 528.9 | 525.2 | 521.9 | 518.9 |
| Low | 455.0 | 414.7 | 458.0 | 460.0 | | 450.0 | 450.0 | 450.0 | 450.0 |
| Standard Deviation | 29.7 | 50.0 | 30.5 | 28.5 | | 35.2 | 31.5 | 31.4 | 29.3 |

[1] Individual forecasts available in the Excel spreadsheet.

### Steel – Hot Rolled Coil (HRC) Prices (MEPS)




### Softer Chinese Demand

- Near term price forecasts for Chinese steel have been trimmed as temporary restrictions on movement in the wake of the coronavirus outbreak have seen factories closed down and major construction projects put on hold. Prices are expected, nonetheless, to pick up in the second half of 2020.
- Iron ore prices have also come under pressure as falling Chinese demand for steel also constrains demand for the inputs of steel.
- On the flipside, hobbled output in Chinese steel mills (responsible for over 50% of global production, box below left) has provided some relief to rest-of-the world prices, which have ticked up since the end of 2019. Weak European growth prospects may place a limit on price gains, however.

### Steel Production and Consumption (2018)

| Producers | % of world total | Consumers | % of world total |
|---|---|---|---|
| 1. China | 51.3 | 1. China | 48.8 |
| 2. India | 5.9 | 2. United States | 5.9 |
| 3. Japan | 5.8 | 3. India | 5.6 |
| 4. United States | 4.8 | 4. Japan | 3.8 |
| EU | 9.2 | EU | 9.9 |

**Steel Prices** are generally set in contracts between major producers and their clients. However, the London Metal Exchange offers a number of steel billet contracts for delivery to locations across Europe, Asia and North America. While there are many varieties of steel, Hot Rolled Coil (HRC) is a commonly referenced price, but regional complexities prevent the emergence of a clear benchmark at present.

 © Copyright Consensus Economics Inc. 2020

*Nominal, Quarterly Averages*

## ***North China Fines Iron Ore Forecasts**, US$/dry metric tonne, cfr*

***Consensus Price** for* Q1 2020: **US$86.37 e**

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from Q1 2020* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| Pezco Economics | 90.19 | 92.89 | 94.75 | 96.17 | *11.3%* | 99.54 | 101.53 | 102.04 | 102.34 |
| Moody's Analytics | 93.55 | 93.33 | 93.65 | 93.84 | *8.6%* | 95.31 | 96.23 | 97.02 | 98.24 |
| Euromonitor International | 92.36 | 90.15 | 88.20 | 86.38 | *0.0%* | 84.61 | 83.03 | 81.74 | 81.32 |
| CIBC | 85.00 | 85.00 | 85.00 | 85.00 | *-1.6%* | 87.00 | 87.00 | 87.00 | 87.00 |
| Investec | 86.00 | 86.00 | 83.00 | 83.00 | *-3.9%* | 80.00 | 80.00 | 77.00 | 77.00 |
| ABN Amro | 88.00 | 85.00 | 82.00 | 81.00 | *-6.2%* | 86.00 | 87.00 | 83.00 | 83.00 |
| Credit Suisse | 98.00 | 95.00 | 85.00 | 80.00 | *-7.4%* | 88.00 | 85.00 | 75.00 | 70.00 |
| RBC Capital Markets | 77.00 | 65.00 | 70.00 | 80.00 | *-7.4%* | 65.00 | 65.00 | 65.00 | 65.00 |
| Citigroup | 75.00 | 70.00 | 77.00 | 77.00 | *-10.9%* | 68.00 | 66.00 | 64.00 | 62.00 |
| IHS Markit | 85.00 | 82.00 | 79.00 | 76.00 | *-12.0%* | 72.00 | 68.00 | 66.00 | 65.00 |
| ANZ | 77.50 | 81.00 | 77.50 | 75.00 | *-13.2%* | 68.50 | 62.00 | 62.50 | 64.00 |
| BMO | 85.00 | 80.00 | 75.00 | 75.00 | *-13.2%* | 70.00 | 70.00 | 70.00 | 70.00 |
| Deutsche Bank | 87.50 | 82.50 | 75.00 | 75.00 | *-13.2%* | na | na | na | na |
| Macquarie | 95.00 | 85.00 | 80.00 | 75.00 | *-13.2%* | 72.90 | 70.00 | 68.20 | 69.48 |
| Morgan Stanley | 92.50 | 85.00 | 77.50 | 75.00 | *-13.2%* | 70.00 | 70.00 | 65.00 | na |
| UBS | 85.00 | 80.00 | 80.00 | 75.00 | *-13.2%* | 77.50 | 70.00 | 70.00 | 62.50 |
| Capital Economics | 85.90 | 80.00 | 77.50 | 72.50 | *-16.1%* | 70.00 | 67.50 | 65.00 | 62.50 |
| Commonwealth Bank | 85.00 | 80.00 | 75.00 | 70.00 | *-19.0%* | 68.00 | 65.00 | 65.00 | 65.00 |
| Oxford Economics | 84.00 | 76.00 | 71.50 | 68.50 | *-20.7%* | 65.10 | 62.31 | 60.08 | 59.00 |
| BoA Securities | 80.00 | 75.00 | 70.00 | 65.00 | *-24.7%* | 65.00 | 65.00 | na | na |
| **Consensus (Mean)** | **86.37** | **82.44** | **79.83** | **78.22** | ***-9.4%*** | **76.45** | **74.77** | **73.53** | **73.14** |
| High | 98.00 | 95.00 | 94.75 | 96.17 | | 99.54 | 101.53 | 102.04 | 102.34 |
| Low | 75.00 | 65.00 | 70.00 | 65.00 | | 65.00 | 62.00 | 60.08 | 59.00 |
| Standard Deviation | 6.09 | 7.49 | 6.92 | 7.79 | | 10.70 | 11.90 | 12.16 | 13.04 |

## ***Australian Fines Iron Ore Forecasts**, US$/dry metric tonne, fob*

***Consensus Price** for* Q1 2020: **US$77.95 e**

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from Q1 2020* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)**[1] | **77.95** | **72.41** | **68.74** | **66.38** | ***-14.8%*** | **64.57** | **62.55** | **60.02** | **58.40** |
| High | 88.00 | 85.00 | 75.00 | 74.00 | | 77.50 | 74.50 | 68.00 | 68.00 |
| Low | 66.82 | 59.56 | 60.76 | 59.59 | | 54.13 | 54.13 | 54.13 | 51.91 |
| Standard Deviation | 7.85 | 8.14 | 5.10 | 4.89 | | 7.29 | 6.88 | 4.45 | 5.21 |

## ***Australian Lump Iron Ore Forecasts**, US$/dry metric tonne, fob*

Q1 2020: **US$92.78 e**

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from Q1 2020* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)**[1] | **92.78** | **86.63** | **83.59** | **82.41** | ***-11.2%*** | **76.66** | **75.49** | **72.37** | **70.64** |
| High | 104.56 | 94.33 | 89.77 | 89.77 | | 87.00 | 87.00 | 83.40 | 83.40 |
| Low | 84.89 | 75.06 | 76.26 | 77.12 | | 63.43 | 63.43 | 63.43 | 63.43 |
| Standard Deviation | 7.60 | 7.89 | 5.31 | 5.35 | | 8.60 | 8.88 | 7.23 | 9.23 |

## ***Brazilian Fines Iron Ore Forecasts**, US$/dry metric tonne, cfr*

***Consensus Price** for* Q1 2020: **US$86.79 e**

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from Q1 2020* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)**[1] | **86.79** | **82.98** | **81.24** | **79.00** | ***-9.0%*** | **79.88** | **79.31** | **78.56** | **78.95** |
| High | 93.32 | 83.29 | 84.33 | 85.59 | | 88.59 | 90.36 | 90.81 | 91.09 |
| Low | 80.27 | 82.68 | 78.15 | 72.40 | | 71.18 | 68.25 | 66.30 | 66.82 |
| Standard Deviation | 9.23 | 0.44 | 4.37 | 9.33 | | 12.31 | 15.64 | 17.33 | 17.16 |

[1] Individual forecasts available in the Excel spreadsheet service.

Until April 2014, **Iron ore** was traded in world markets under contracts, with prices set by negotiation between iron ore producers and steel manufacturers. Three suppliers, Vale, Rio Tinto and BHP Billiton account for most ocean trade in iron ore, of which China remains by far the largest consumer. Fines are the most heavily traded category, while lump has generally traded at a premium price. The annual benchmark price system has been dropped in favour of quarterly prices based on prior average daily spot prices.

**Fines and Lump Iron Ore Prices**

*US$ per dry metric tonne*




**Consensus Forecast Prices**

As of survey date




**Baltic Capesize Index of Shipping Rates**




© Copyright Consensus Economics Inc. 2020

Forecasts for the metals shown on this and the next page are nominal, quarterly averages and were provided to us by the following leading commodity price forecasters:

| | | |
|---|---|---|
| *ANZ* | *ABN Amro* | *Bank of America Securities* |
| *BMO* | *BNP Paribas* | *Capital Economics* |
| *Citigroup* | *Commonwealth Bank* | *China International Capital Corp.* |
| *Credit Suisse* | *Deutsche Bank* | *Euromonitor* |
| *Economist Intelligence Unit* | *IHS Markit* | *Investec* |
| *Liberum* | *Macquarie* | *Morgan Stanley* |
| *Oxford Economics* | *Pezco Economics* | *Prometeia* |
| *SG Commodity Research* | *Standard Chartered* | *UBS* |

**Individual panellist forecasts for these minerals are in the Excel spreadsheet.**



## TIN

*(Nominal, Quarterly Averages)*

| *US$/metric tonne* | **Consensus** (Mean) | **% change from spot** | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | 16577 | | | |
| **Mar 2020** | **17484** | *5.5%* | 20282 | 16000 |
| **Jun 2020** | **17900** | *8.0%* | 23149 | 16000 |
| **Sep 2020** | **18117** | *9.3%* | 24251 | 15500 |
| **Dec 2020** | **18240** | *10.0%* | 24251 | 15500 |
| **Mar 2021** | **18284** | *10.3%* | 24251 | 15500 |
| **Jun 2021** | **18355** | *10.7%* | 24251 | 15500 |
| **Sep 2021** | **18531** | *11.8%* | 24251 | 16000 |
| **Dec 2021** | **18613** | *12.3%* | 24251 | 16000 |




**Tin** has its physical spot market centred in Kuala Lumpur with the LME recognised as the principal hedging market.

**Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 5 tonnes (+/- 2%) **Delivery Options**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 15 months.

## COBALT

*(Nominal, Quarterly Averages)*

| *US$/lb* | **Consensus** (Mean) | **% change from spot** | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | 17.88 | | | |
| **Mar 2020** | **17.57** | *-1.8%* | 21.00 | 15.04 |
| **Jun 2020** | **18.13** | *1.4%* | 21.00 | 15.42 |
| **Sep 2020** | **19.02** | *6.4%* | 25.00 | 15.65 |
| **Dec 2020** | **19.19** | *7.3%* | 25.00 | 15.88 |
| **Mar 2021** | **19.80** | *10.7%* | 25.00 | 15.88 |
| **Jun 2021** | **19.89** | *11.3%* | 25.00 | 16.10 |
| **Sep 2021** | **20.20** | *13.0%* | 25.00 | 16.56 |
| **Dec 2021** | **19.53** | *9.2%* | 25.00 | 17.01 |




**Cobalt**, principally used as a super alloying agent because of its anti-corrosive properties, is a by-product of nickel. High demand has come from electric car makers. The LME launched futures contracts in cobalt in 2010.

**Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 1 tonne **Delivery Options**: 1 tonne lots in 100-500kg drums of uniform size and weight.

## LITHIUM – CARBONATE

*(Nominal, Quarterly Averages)*

| *US$/kg* | **Consensus** (Mean) | **% change from spot** | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | 8.750 | | | |
| **Mar 2020** | **8.186** | *-6.4%* | 9.000 | 7.400 |
| **Jun 2020** | **8.127** | *-7.1%* | 8.700 | 7.400 |
| **Sep 2020** | **8.099** | *-7.4%* | 8.598 | 7.400 |
| **Dec 2020** | **8.041** | *-8.1%* | 8.664 | 7.400 |
| **Mar 2021** | **8.269** | *-5.5%* | 8.774 | 7.800 |
| **Jun 2021** | **8.291** | *-5.3%* | 8.862 | 7.800 |
| **Sep 2021** | **8.307** | *-5.1%* | 8.929 | 7.800 |
| **Dec 2021** | **8.329** | *-4.8%* | 9.017 | 7.800 |




**Lithium Carbonate** (battery grade) has the highest electric output per unit weight of any battery material.

Lithium-based batteries are used in applications such as electric vehicles. The largest producers are Australia, Chile and Argentina.

## LITHIUM HYDROXIDE

(min 56.5%, $LiOH.H_2O$ Battery Grade, cif, China, Japan and S. Korea) **forecasts in the Excel spreadsheet.**


© Copyright Consensus Economics Inc. 2020

## LITHIUM – SPODUMENE

*(Nominal, Quarterly Averages)*

| *US$/metric tonne* | **Consensus** (Mean) | **% change from spot** | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **500.0** | | | |
| **Mar 2020** | **486.7** | *-2.7%* | 500.0 | 460.0 |
| **Jun 2020** | **486.7** | *-2.7%* | 500.0 | 460.0 |
| **Sep 2020** | **486.7** | *-2.7%* | 500.0 | 460.0 |
| **Dec 2020** | **486.7** | *-2.7%* | 500.0 | 460.0 |
| **Mar 2021** | **515.0** | *3.0%* | 575.0 | 450.0 |
| **Jun 2021** | **515.0** | *3.0%* | 575.0 | 450.0 |
| **Sep 2021** | **515.0** | *3.0%* | 575.0 | 450.0 |
| **Dec 2021** | **515.0** | *3.0%* | 575.0 | 450.0 |




A slowdown in brine operations in South America has meant that the bulk of new lithium capacity is derived from hard rock mines.

**Spodumene** (Ore, min 5-6%, Li20, cif, China), a pyroxene mineral consisting of lithium aluminium inosilicate, provides the largest proportion of all mineral-derived lithium.

**Futures Market:** LME plans to launch a Lithium futures contract.

## MANGANESE

*(Nominal, Quarterly Averages)*

| *US$/metric tonne unit* | **Consensus** (Mean) | **% change from spot** | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **4.300** | | | |
| **Mar 2020** | **4.426** | *2.9%* | 5.200 | 3.800 |
| **Jun 2020** | **4.601** | *7.0%* | 5.200 | 4.000 |
| **Sep 2020** | **4.688** | *9.0%* | 5.300 | 4.000 |
| **Dec 2020** | **4.769** | *10.9%* | 5.600 | 3.800 |
| **Mar 2021** | **4.765** | *10.8%* | 5.800 | 4.000 |
| **Jun 2021** | **4.779** | *11.1%* | 5.900 | 4.254 |
| **Sep 2021** | **4.715** | *9.6%* | 5.900 | 4.000 |
| **Dec 2021** | **4.817** | *12.0%* | 5.800 | 4.000 |




**Manganese** is not exchange-traded so prices are established by negotiation between buyers and sellers. Negotiations occur in line with the beginning of the Japanese fiscal year in April. Following the setting of prices with Japanese manufacturing companies, similar settlement prices are set worldwide.

The price is based upon a benchmark ore of 44% manganese content, Cif, Tianjin, China.

## MOLYBDENUM

*(Nominal, Quarterly Averages)*

| *US$/lb* | **Consensus** (Mean) | **% change from spot** | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **10.58** | | | |
| **Mar 2020** | **10.32** | *-2.4%* | 11.30 | 9.000 |
| **Jun 2020** | **10.15** | *-4.1%* | 11.30 | 9.000 |
| **Sep 2020** | **10.21** | *-3.5%* | 11.50 | 9.000 |
| **Dec 2020** | **10.22** | *-3.4%* | 12.00 | 9.000 |
| **Mar 2021** | **10.01** | *-5.4%* | 12.50 | 8.000 |
| **Jun 2021** | **10.04** | *-5.1%* | 12.50 | 8.000 |
| **Sep 2021** | **10.07** | *-4.8%* | 12.50 | 8.000 |
| **Dec 2021** | **9.985** | *-5.6%* | 12.50 | 8.000 |




**Molybdenum** is principally used as an alloying agent in steel. As a by-product of copper, production costs are low. Prices can be influenced by demand for nickel and stainless steel, as well as molybdenum roasting capacity.

**Futures Market**: LME (since February 2010) **Pricing:** US$/tonne **Contract Size**: 6 tonnes Mo (+/-5% (Mo content 57-63%) **Delivery Options**: 10 tonnes (RMC), deliverable in 200 or 250kg drums.

## RUTILE

*(Nominal, Quarterly Averages)*

| *US$/metric tonne* | **Consensus** (Mean) | **% change from spot** | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **1117** e | | | |
| **Mar 2020** | **1117** | *0.0%* | 1250 | 1000 |
| **Jun 2020** | **1117** | *0.0%* | 1250 | 1000 |
| **Sep 2020** | **1137** | *1.8%* | 1250 | 1033 |
| **Dec 2020** | **1137** | *1.8%* | 1250 | 1033 |
| **Mar 2021** | **1167** | *4.5%* | 1300 | 1033 |
| **Jun 2021** | **1167** | *4.5%* | 1300 | 1033 |
| **Sep 2021** | **1167** | *4.5%* | 1300 | 1033 |
| **Dec 2021** | **1167** | *4.5%* | 1300 | 1033 |




Mineral sand prices are principally determined by derived demand. **Rutile** is used to make titanium dioxide (it is approximately 95% $TiO_2$ in its mineral form), which can be used to make titanium or as a white pigment in papers, plastics and paints and cosmetics.

**ILMENITE** is mined alongside rutile and is also used to make titanium dioxide. **Forecasts in the Excel spreadsheet.**

## ZIRCON

*(Nominal, Quarterly Averages)*

| *US$/metric tonne* | **Consensus** (Mean) | **% change from spot** | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **1452** e | | | |
| **Mar 2020** | **1452** | *0.0%* | 1580 | 1300 |
| **Jun 2020** | **1458** | *0.4%* | 1580 | 1300 |
| **Sep 2020** | **1462** | *0.7%* | 1580 | 1300 |
| **Dec 2020** | **1465** | *0.9%* | 1580 | 1300 |
| **Mar 2021** | **1471** | *1.3%* | 1580 | 1300 |
| **Jun 2021** | **1471** | *1.3%* | 1580 | 1300 |
| **Sep 2021** | **1478** | *1.8%* | 1580 | 1300 |
| **Dec 2021** | **1478** | *1.8%* | 1580 | 1300 |




The price of **Zircon** (mainly used in ceramics and tiles) is set under long-term contracts.

Iluka is the world's largest zircon miner and as a result the most influential in setting a benchmark price. Its Eucla basin in Australia is mined principally for zircon unlike the majority of other mines, for which zircon is a coproduct of rutile and ilmenite.

© Copyright Consensus Economics Inc. 2020

## *Gold Forecasts*, *US$/Troy Ounce*

*Nominal, Quarterly Averages*

| *Survey Date Spot Price (Feb. 17):* **US$ 1581** | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Bank of China International** | 1570 | 1620 | 1650 | 1680 | *6.3%* | na | na | na | na |
| **Moody's Analytics** | 1545 | 1574 | 1615 | 1661 | *5.1%* | 1683 | 1695 | 1694 | 1700 |
| **Deutsche Bank** | 1540 | 1570 | 1630 | 1644 | *4.0%* | na | na | na | na |
| **Standard Chartered** | 1540 | 1580 | 1615 | 1640 | *3.7%* | 1625 | 1625 | 1625 | 1625 |
| **Citigroup** | 1520 | 1550 | 1600 | 1625 | *2.8%* | 1625 | 1650 | 1650 | 1675 |
| **Societe Generale** | 1550 | 1550 | 1575 | 1625 | *2.8%* | 1625 | 1625 | 1625 | 1625 |
| **UBS** | 1575 | 1625 | 1580 | 1620 | *2.5%* | 1650 | 1650 | 1650 | 1650 |
| **RBC Capital Markets** | 1547 | 1510 | 1548 | 1603 | *1.4%* | 1644 | 1630 | 1622 | 1603 |
| **ANZ** | 1540 | 1575 | 1563 | 1598 | *1.1%* | 1610 | 1575 | 1525 | 1500 |
| **ABN Amro** | 1461 | 1450 | 1525 | 1575 | *-0.4%* | 1625 | 1675 | 1713 | 1738 |
| **Commonwealth Bank** | 1525 | 1570 | 1600 | 1575 | *-0.4%* | 1550 | 1525 | 1500 | 1500 |
| **Investec** | 1530 | 1530 | 1550 | 1550 | *-1.9%* | 1565 | 1565 | 1580 | 1580 |
| **CIBC** | 1530 | 1530 | 1530 | 1530 | *-3.2%* | 1490 | 1490 | 1490 | 1490 |
| **Credit Suisse** | 1600 | 1600 | 1550 | 1525 | *-3.5%* | 1450 | 1450 | 1450 | 1450 |
| **Oxford Economics** | 1570 | 1561 | 1535 | 1514 | *-4.2%* | 1488 | 1471 | 1460 | 1449 |
| **BMO** | 1480 | 1525 | 1500 | 1500 | *-5.1%* | 1450 | 1450 | 1450 | 1450 |
| **TD Economics** | 1534 | 1534 | 1534 | 1500 | *-5.1%* | 1469 | 1469 | 1469 | 1450 |
| **BNP Paribas** | 1505 | 1560 | 1520 | 1490 | *-5.7%* | na | na | na | na |
| **Australia Dept of Industry** | 1465 | 1465 | 1480 | 1487 | *-6.0%* | 1451 | 1448 | 1440 | 1460 |
| **Morgan Stanley** | 1520 | 1500 | 1490 | 1485 | *-6.1%* | 1480 | 1475 | 1460 | 1450 |
| **Liberum Capital** | 1479 | 1479 | 1479 | 1479 | *-6.5%* | 1479 | 1479 | 1479 | na |
| **BoA Securities** | 1450 | 1500 | 1550 | 1475 | *-6.7%* | 1575 | 1575 | na | na |
| **JP Morgan** | 1500 | 1550 | 1475 | 1450 | *-8.3%* | na | na | na | na |
| **Pezco Economics** | 1537 | 1524 | 1507 | 1441 | *-8.9%* | 1417 | 1403 | 1388 | 1373 |
| **Euromonitor International** | 1477 | 1462 | 1451 | 1440 | *-8.9%* | 1431 | 1423 | 1416 | 1411 |
| **IHS Markit** | 1557 | 1522 | 1482 | 1428 | *-9.7%* | 1370 | 1356 | 1352 | 1351 |
| **Capital Economics** | 1510 | 1475 | 1450 | 1425 | *-9.9%* | 1400 | 1390 | 1365 | 1350 |
| **Macquarie** | 1425 | 1400 | 1400 | 1425 | *-9.9%* | 1450 | 1500 | 1525 | 1550 |
| **Econ Intelligence Unit** | 1500 | 1480 | 1430 | 1410 | *-10.8%* | 1370 | 1350 | 1320 | 1305 |
| **Consensus (Mean)** | **1520** | **1530** | **1531** | **1531** | ***-3.2%*** | **1519** | **1518** | **1510** | **1510** |
| **High** | 1600 | 1625 | 1650 | 1680 | | 1683 | 1695 | 1713 | 1738 |
| **Low** | 1425 | 1400 | 1400 | 1410 | | 1370 | 1350 | 1320 | 1305 |
| **Standard Deviation** | 40.8 | 52.6 | 62.4 | 81.9 | | 96.2 | 102.4 | 111.2 | 120.5 |










### Holding on to Strength

- Gold prices have held close to seven year highs of around US$1580/troy oz., as global markets fret about the economic impact of the coronavirus outbreak in China.
- The greater prevalence of negative yields on government debt have reduced the need of investors to move away from 'safe', but zero-yielding assets such as gold.
- Gold prices are likely to remain elevated as long as the global economy remains fragile. If the coronavirus outbreak persists, central banks may make further cuts to interest rates.

### World Gold Supply and Demand

(in tonnes)

[1] Total Gold Supply
[2] Total Gold Demand

| World | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Supply[1] | 4341 | 4600 | 4447 | 4490 |
| Demand[2] | 4346 | 4367 | 4203 | 4415 |
| Balance | -5 | 233 | 244 | 75 |

Historical Estimates Source: World Gold Council

**Gold** prices are fixed twice daily by the LBMA providing a benchmark price for trades on various exchanges and over-the-counter trades.
**US Futures Market**: COMEX **Pricing:** US$/troy ounce **Contract Size**: 100 troy ounces **Deliverability**: Next 3 calendar months; any February, April, August and October within 23 months; and any June and December within 72 months. **Contracts Traded:** 86,508,741 (2019).


© Copyright Consensus Economics Inc. 2020

*Survey Date Spot Price (Feb. 17):* **US$ 17.80**

**Silver Forecasts**, *US$/Troy Ounce* — *Nominal, Quarterly Averages*

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from spot | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Bank of China International** | 18.50 | 19.00 | 19.50 | 20.00 | *12.4%* | na | na | na | na |
| **Citigroup** | 18.00 | 19.00 | 19.50 | 20.00 | *12.4%* | 20.00 | 20.00 | 20.00 | 20.00 |
| **Deutsche Bank** | 19.00 | 19.00 | 20.00 | 20.00 | *12.4%* | na | na | na | na |
| **ANZ** | 18.71 | 19.69 | 19.53 | 19.97 | *12.2%* | 20.13 | 19.69 | 19.06 | 18.75 |
| **Standard Chartered** | 18.00 | 17.40 | 18.20 | 19.50 | *9.6%* | 18.00 | 18.00 | 18.00 | 18.00 |
| **UBS** | 18.80 | 19.50 | 18.40 | 19.30 | *8.4%* | 19.80 | 19.80 | 19.80 | 19.80 |
| **Investec** | 18.00 | 18.00 | 18.90 | 18.90 | *6.2%* | 19.56 | 19.56 | 20.52 | 20.52 |
| **BMO** | 17.30 | 18.60 | 18.50 | 18.50 | *3.9%* | 18.20 | 18.00 | 18.00 | 18.00 |
| **Commonwealth Bank** | 18.00 | 18.25 | 18.50 | 18.25 | *2.5%* | 18.50 | 19.00 | 19.50 | 20.00 |
| **ABN Amro** | 16.97 | 16.30 | 16.90 | 17.60 | *-1.1%* | 18.30 | 18.80 | 19.30 | 19.80 |
| **BNP Paribas** | 18.50 | 18.20 | 17.55 | 17.55 | *-1.4%* | na | na | na | na |
| **CIBC** | 17.50 | 17.50 | 17.50 | 17.50 | *-1.7%* | 17.00 | 17.00 | 17.00 | 17.00 |
| **Macquarie** | 17.10 | 17.00 | 17.10 | 17.50 | *-1.7%* | 18.00 | 18.50 | 18.75 | 19.00 |
| **RBC Capital Markets** | 17.50 | 17.50 | 17.50 | 17.50 | *-1.7%* | 17.50 | 17.50 | 17.50 | 17.50 |
| **TD Economics** | 17.65 | 17.65 | 17.65 | 17.50 | *-1.7%* | 17.19 | 17.19 | 17.19 | 17.00 |
| **Liberum Capital** | 17.17 | 17.17 | 17.17 | 17.17 | *-3.6%* | 17.17 | 17.17 | 17.17 | na |
| **Credit Suisse** | 17.00 | 17.00 | 17.00 | 17.00 | *-4.5%* | 17.50 | 17.50 | 17.50 | 17.50 |
| **Morgan Stanley** | 17.50 | 17.50 | 17.25 | 17.00 | *-4.5%* | 17.00 | 17.00 | 17.00 | 17.00 |
| **BoA Securities** | 17.61 | 18.18 | 17.61 | 16.76 | *-5.8%* | 17.90 | 17.90 | na | na |
| **Euromonitor International** | 17.08 | 16.74 | 16.46 | 16.22 | *-8.9%* | 15.99 | 15.79 | 15.62 | 15.52 |
| **IHS Markit** | 17.71 | 17.36 | 16.65 | 16.21 | *-8.9%* | 15.72 | 15.47 | 15.35 | 15.32 |
| **Pezco Economics** | 17.28 | 17.14 | 16.94 | 16.20 | *-9.0%* | 15.93 | 15.77 | 15.60 | 15.44 |
| **Capital Economics** | 17.40 | 17.00 | 16.50 | 16.00 | *-10.1%* | 15.75 | 15.25 | 14.75 | 14.25 |
| **Consensus (Mean)** | **17.75** | **17.86** | **17.86** | **17.92** | ***0.7%*** | **17.76** | **17.74** | **17.77** | **17.80** |
| **High** | 19.00 | 19.69 | 20.00 | 20.00 | | 20.13 | 20.00 | 20.52 | 20.52 |
| **Low** | 16.97 | 16.30 | 16.46 | 16.00 | | 15.72 | 15.25 | 14.75 | 14.25 |
| **Standard Deviation** | 0.61 | 0.92 | 1.06 | 1.35 | | 1.37 | 1.47 | 1.68 | 1.86 |

**Silver, Spot Price** (Fixing), **London Bullion Market Association** (LBMA)




**Consensus Forecasts v Futures Prices**




**Silver Futures** – May 2020 Contract (COMEX)
*US$/troy oz, Daily High/Low/Close*




### Limited Gains

- Whilst speculation regarding the economic impact of the coronavirus outbreak has revived risk-off investment demand for silver, in line with gold, the prospect of a contraction in China's industrial sector has limited silver's upside potential. The precious metal is used extensively in electronics components and in solar panels.
- The gold/silver ratio has risen back up to 90 in recent days, a high value by historical standards. A recovery in global manufacturing, boosting physical silver demand, could help narrow the gap.

**World Silver Supply and Demand**
(in millions of ounces)
[1] Total Silver Supply
[2] Total Physical Silver Demand

| World | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Supply[1] | 1052 | 1026 | 1033 | 1004 |
| Demand[2] | 1163 | 1030 | 998 | 1034 |
| Balance | -111 | -4 | 35 | -30 |

Historical Estimates Source: World Silver Survey 2018, Thomson Reuters/The Silver Institute

**Silver**, like gold, has a price set by members of the LBMA which is used as a benchmark for over-the-counter trades.
**US Futures Market:** COMEX **Pricing:** US$/troy ounce **Contract Size:** 5,000 troy ounces **Deliverability:** Next 3 calendar months; any January, March, May and September within 23 months; and any July and December within 60 months. **Contracts Traded:** 24,149,148 (2019).

© Copyright Consensus Economics Inc. 2020

*Nominal, Quarterly Averages*

*Survey Date Spot Price (Feb. 17):* **US$ 967.0**

## *Platinum Forecasts, US$/Troy Ounce*

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | % change from spot | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **BoA Securities** | 900 | 1100 | 1200 | 1200 | *24.1%* | 1300 | 1300 | na | na |
| **RBC Capital Markets** | 950 | 1100 | 1050 | 1200 | *24.1%* | 1150 | 1150 | 1150 | 1150 |
| **Commonwealth Bank** | 1000 | 1050 | 1100 | 1150 | *18.9%* | 1200 | 1150 | 1100 | 1050 |
| **Bank of China International** | 960 | 1000 | 1050 | 1080 | *11.7%* | na | na | na | na |
| **ABN Amro** | 962 | 975 | 1025 | 1075 | *11.2%* | 1125 | 1175 | 1225 | 1250 |
| **Standard Chartered** | 965 | 980 | 995 | 1030 | *6.5%* | 1100 | 1100 | 1100 | 1100 |
| **ANZ** | 910 | 960 | 1010 | 1010 | *4.4%* | 1000 | 1025 | 1050 | 1050 |
| **Citigroup** | 950 | 980 | 1000 | 1000 | *3.4%* | 1050 | 1050 | 1050 | 1050 |
| **Macquarie** | 900 | 900 | 950 | 1000 | *3.4%* | 1000 | 1050 | 1100 | 1100 |
| **UBS** | 955 | 1000 | 950 | 995 | *2.9%* | 1025 | 1025 | 1025 | 1025 |
| **Investec** | 956 | 956 | 977 | 977 | *1.0%* | 986 | 986 | 995 | 995 |
| **IHS Markit** | 987 | 965 | 957 | 960 | *-0.7%* | 967 | 978 | 994 | 1009 |
| **Liberum Capital** | 911 | 911 | 926 | 926 | *-4.3%* | 941 | 941 | 956 | na |
| **BMO** | 900 | 900 | 1000 | 925 | *-4.3%* | 950 | 950 | 950 | 950 |
| **Deutsche Bank** | 900 | 900 | 900 | 900 | *-6.9%* | na | na | na | na |
| **Morgan Stanley** | 880 | 860 | 880 | 900 | *-6.9%* | 925 | 950 | 975 | 1000 |
| **Capital Economics** | 955 | 925 | 875 | 825 | *-14.7%* | 800 | 800 | 800 | 800 |
| **Consensus (Mean)** | **938** | **968** | **991** | **1009** | ***4.3%*** | **1035** | **1042** | **1034** | **1041** |
| **High** | 1000 | 1100 | 1200 | 1200 | | 1300 | 1300 | 1225 | 1250 |
| **Low** | 880 | 860 | 875 | 825 | | 800 | 800 | 800 | 800 |
| **Standard Deviation** | 35 | 68 | 82 | 105 | | 124 | 121 | 103 | 106 |

**Platinum, Spot Price** (PM Fixing), **London Platinum and Palladium Market** (LPPM)




**Consensus Forecasts v Futures Prices**




**Platinum Futures** – April 2020 Contract (NYMEX)

*US$/troy oz, Daily High/Low/Close*




**Unable to Hold Above US$1,000/troy oz.**

◈ Though initially benefiting from the flight to safety in investment assets as the Chinese coronavirus outbreak spread, platinum has since fallen back as unfavourable supply/demand fundamentals came to the forefront. The market has been in surplus since demand for diesel cars evaporated in the wake of the 2015 Volkswagen emissions scandal.

◈ Currently trading at less than half the price of sister metal palladium, the pressure on carmakers to substitute the metals to save costs in the manufacturing process will grow. In the long run, the prices of the two metals are set to converge (page 5).

**World Platinum Supply and Demand**
(in thousands of ounces)

| World | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Supply[1] | 7895 | 7905 | 8045 | 8010 |
| Demand[2] | 8285 | 8285 | 7760 | 7365 |
| Balance | -390 | -380 | 285 | 645 |

[1] Total Platinum Supply
[2] Total Platinum Demand

Historical Estimates Source: World Platinum Investment Council

**Platinum** prices are fixed twice daily by the LPPM to provide a benchmark price in a practice similar to that used for gold and silver.
**US Futures Market:** NYMEX **Pricing:** US$/troy ounce **Lot Size:** 50 troy ounces **Deliverability:** Over 15 months including the next 3 calendar months; then a January, April, June and October cycle. **Contracts Traded:** 5,862,290 (2019).



© Copyright Consensus Economics Inc. 2020

*Nominal, Quarterly Averages*

## *Palladium Forecasts*, *US$/Troy Ounce*

*Survey Date Spot Price (Feb. 17):* **US$ 2492.0**

| | Mar '20 | Jun '20 | Sep '20 | Dec '20 | *% change from spot* | Mar '21 | Jun '21 | Sep '21 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **BoA Securities** | 2450 | 3000 | 3000 | 3500 | *40.4%* | 3000 | 3000 | na | na |
| **Bank of China International** | 2100 | 2300 | 2400 | 2500 | *0.3%* | na | na | na | na |
| **RBC Capital Markets** | 2000 | 2200 | 2250 | 2350 | *-5.7%* | 3000 | 3000 | 3000 | 3000 |
| **UBS** | 2100 | 2150 | 2250 | 2300 | *-7.7%* | 2400 | 2400 | 2300 | 2100 |
| **Capital Economics** | 2170 | 2400 | 2350 | 2250 | *-9.7%* | 2175 | 2125 | 2075 | 2025 |
| **Standard Chartered** | 2100 | 2200 | 2235 | 2115 | *-15.1%* | 2050 | 2050 | 2050 | 2050 |
| **Citigroup** | 2200 | 2200 | 2500 | 2000 | *-19.7%* | 1600 | 1600 | 1600 | 1600 |
| **Investec** | 1894 | 1894 | 1896 | 1896 | *-23.9%* | 1914 | 1914 | 1933 | 1933 |
| **Macquarie** | 1900 | 1950 | 1850 | 1800 | *-27.8%* | 1750 | 1700 | 1650 | 1600 |
| **Morgan Stanley** | 1860 | 1900 | 1850 | 1780 | *-28.6%* | 1696 | 1634 | 1572 | 1510 |
| **BMO** | 1900 | 2000 | 1800 | 1750 | *-29.8%* | 1600 | 1600 | 1500 | 1500 |
| **Liberum Capital** | 1696 | 1696 | 1724 | 1724 | *-30.8%* | 1752 | 1752 | 1780 | na |
| **ANZ** | 1820 | 1770 | 1725 | 1675 | *-32.8%* | 1638 | 1613 | 1575 | 1535 |
| **IHS Markit** | 2232 | 1970 | 1708 | 1542 | *-38.1%* | 1438 | 1310 | 1206 | 1137 |
| **ABN Amro** | 1771 | 1575 | 1525 | 1475 | *-40.8%* | 1450 | 1463 | 1475 | 1488 |
| **Consensus (Mean)** | **2013** | **2080** | **2071** | **2044** | ***-18.0%*** | **1962** | **1940** | **1824** | **1790** |
| **High** | 2450 | 3000 | 3000 | 3500 | | 3000 | 3000 | 3000 | 3000 |
| **Low** | 1696 | 1575 | 1525 | 1475 | | 1438 | 1310 | 1206 | 1137 |
| **Standard Deviation** | 203.7 | 342.9 | 396.0 | 506.3 | | 516.4 | 530.3 | 461.2 | 478.7 |

### **Palladium, Spot Price** (PM Fixing), **London Platinum and Palladium Market** (LPPM)




### **Consensus Forecasts v Futures Prices**




### **Palladium Futures** – March 2020 Contract (NYMEX)




### Volatile Market

- Momentarily stuttering at the end of January, palladium surged on February 19 to touch a new all time high of US$2,842/troy oz.
- Voracious investor appetite for precious metals and other safe haven assets, along with extreme tightness in the physical market, remain the fundamental drivers of palladium's price rally.
- Though the outlook for the global car industry appears muted in 2020, exacerbated by the recent coronavirus outbreak, more stringent environmental regulation should still see overall quantities of palladium required in vehicles' exhaust systems increase.

### World Palladium Supply and Demand
(in thousands of ounces)

[1] Total Palladium Supply
[2] Total Palladium Demand

| World | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| Supply[1] | 8080 | 8558 | 8561 | 8948 |
| Demand[2] | 9354 | 9355 | 9887 | 10148 |
| Balance | -1273 | -797 | -1326 | -1201 |

Historical Estimates Source: Platinum Group Metals Survey 2018, Thomson Reuters

**Palladium** prices are fixed twice daily by the LPPM to provide a benchmark price in a practice used for other precious metals. Most palladium is used in catalytic converters. **US Futures Market:** NYMEX **Pricing:** US$/troy ounce **Lot Size:** 100 troy ounces **Deliverability:** Over 15 months including the next 3 calendar months; then a March, June, September and December cycle. **Contracts Traded:** 1,266,701 (2019).

© Copyright Consensus Economics Inc. 2020

The consensus projections for commodity prices shown throughout this publication represent a mean average of our panellists' central, or most likely, forecasts of where prices will be at specified periods in the future. However, the prices of commodities traded on global markets can fluctuate erratically, even when trending higher or lower, rather than move smoothly from one point to another over time. Furthermore, different commodities exhibit varying degrees of volatility, often due to inherent differences in demand and supply characteristics. As a result, in addition to their central forecasts, this month we also asked our panellists for their predictions of the likely high-low ranges within which they expect certain commodities to trade over the coming year. These ranges can be viewed as one measure of volatility or risk associated with individual commodities. Another is the standard deviation of individual central forecasts calculated as a % of the consensus (mean). Both of these methods are shown in the table below for Q1 2021. A measure of historical volatility (for the past 12 months) is also featured. These three indicators are not directly comparable but are included to give the reader an insight into past and possible future differences in volatility across a number of selected commodities. Trading range forecasts and volatility measures for five important currency pairs are also shown below the table for comparison. Readers should note that in relation to the graphs on page 27, the consensus lines may not relate directly to the high or low lines since the groups of survey respondents may be different.

| | | Actual 2019 Q4 | Consensus Forecasts of Ranges 2020 Q1 | Q2 | Q3 | Q4 | 2021 Q1 | Q1 2021 Forecast Range (as % of mean forecast) | Stand. Dev. of Q1 2021 central forecasts as % of mean [2] | Historical Volatility (%, Jan-Dec 2019)[3] |
|---|---|---|---|---|---|---|---|---|---|---|
| **Crude Oil - Brent** (US$/bbl) | High | 68.44 | **65.99** | **65.05** | **64.97** | **65.73** | **66.66** | *15.1* | *6.5* | *32.8* |
| | Low | 57.92 | **54.51** | **57.47** | **56.83** | **56.59** | **57.13** | | | |
| **- WTI** (US$/bbl) | High | 61.76 | **58.37** | **58.63** | **59.17** | **59.53** | **60.66** | *15.7* | *7.8* | *33.5* |
| | Low | 52.41 | **48.62** | **50.59** | **51.17** | **51.13** | **51.47** | | | |
| **US Natural Gas** (US$/MMBtu) | High | 2.870 | **2.605** | **2.880** | **2.930** | **2.955** | **2.955** | *31.5* | *6.9* | *54.2* |
| | Low | 2.080 | **1.930** | **2.018** | **2.043** | **2.068** | **2.131** | | | |
| **Aluminium** (US$/tonne) | High | 1828 | **1840** | **1843** | **1841** | **1853** | **1894** | *10.7* | *6.4* | *14.4* |
| | Low | 1697 | **1688** | **1693** | **1680** | **1687** | **1698** | | | |
| **Copper** (US$/tonne) | High | 6226 | **6240** | **6335** | **6374** | **6444** | **6511** | *12.7* | *5.2* | *14.2* |
| | Low | 5599 | **5534** | **5652** | **5699** | **5708** | **5707** | | | |
| **Nickel** (US$/tonne) | High | 18000 | **15252** | **15893** | **16067** | **16453** | **16691** | *24.5* | *11.4* | *26.0* |
| | Low | 13070 | **12380** | **12588** | **12693** | **12759** | **12846** | | | |
| **Lead** (US$/tonne) | High | 2267 | **2069** | **2067** | **2077** | **2086** | **2111** | *13.2* | *5.8* | *21.6* |
| | Low | 1866 | **1824** | **1825** | **1828** | **1835** | **1846** | | | |
| **Zinc** (US$/tonne) | High | 2595 | **2430** | **2400** | **2398** | **2397** | **2457** | *13.3* | *6.9* | *21.6* |
| | Low | 2222 | **2095** | **2098** | **2113** | **2111** | **2150** | | | |
| **Gold** (US$/oz) | High | 1517 | **1576** | **1625** | **1611** | **1581** | **1557** | *12.2* | *6.3* | *11.5* |
| | Low | 1452 | **1447** | **1474** | **1444** | **1418** | **1372** | | | |
| **Silver** (US$/oz) | High | 18.19 | **18.72** | **18.85** | **18.71** | **18.44** | **18.55** | *14.0* | *7.7* | *18.8* |
| | Low | 16.62 | **17.04** | **16.64** | **16.30** | **15.95** | **16.07** | | | |
| **Exchange Rates vs US Dollar**[1] | | | | | | | | | | |
| **Euro** (US$/€) | High | 1.120 | **1.137** | **1.163** | **1.189** | **1.202** | **1.207** | *11.5* | | *4.4* |
| | Low | 1.090 | **1.087** | **1.070** | **1.074** | **1.075** | **1.076** | | | |
| **Japanese Yen** (Yen/US$) | High | 106.7 | **105.5** | **105.0** | **101.5** | **100.5** | **100.5** | *10.0* | | *5.5* |
| | Low | 109.6 | **115.7** | **114.1** | **112.6** | **112.9** | **111.0** | | | |
| **Australian Dollar** (US$/A$) | High | 0.703 | **0.720** | **0.736** | **0.744** | **0.742** | **0.741** | *16.1* | | *6.5* |
| | Low | 0.669 | **0.666** | **0.653** | **0.634** | **0.631** | **0.630** | | | |
| **UK Pound** (US$/UK£) | High | 1.330 | **1.350** | **1.380** | **1.411** | **1.447** | **1.458** | *16.8* | | *8.7* |
| | Low | 1.220 | **1.246** | **1.205** | **1.216** | **1.224** | **1.233** | | | |
| **Canadian Dollar** (C$/US$) | High | 1.300 | **1.280** | **1.279** | **1.273** | **1.272** | **1.270** | *8.9* | | *4.6* |
| | Low | 1.330 | **1.344** | **1.367** | **1.385** | **1.386** | **1.386** | | | |

[1] *Currency data taken from January 2020 survey of Foreign Exchange Consensus Forecasts.*
[2] *Commodity standard deviations are for Q1 2021 average forecasts.*
[3] *More technically, historical volatility is calculated as the annualised standard deviation of daily commodity/currency movements over a given historical period, in this case the twelve months ended December 31, 2019.*


© Copyright Consensus Economics Inc. 2020



















© Copyright Consensus Economics Inc. 2020

## Consensus Forecasts Percentage Changes From Spot Price During the Next Eight Quarters




## CONSENSUS ECONOMICS INC.

Established in London in 1989, Consensus Economics prepares monthly compilations of country economic forecasts and topical analyses covering the **G-7 Industrialised Nations**, **Asia Pacific, Eastern Europe** and **Latin America**, as well as specialised publications on **Foreign Exchange Forecasts** and **Energy and Metal Price Forecasts**. Over the past two decades Consensus Economics has cultivated a growing network of economists, drawing upon the expertise of well-established local consultancies and large teams of professionals in banks who are dedicated to particular countries and regions.

**Energy & Metals Consensus Forecasts**® is available at US$790 or £535 or €645 or A$825 for 12 monthly ssues.

For prices and descriptions of all our publications and other regional products and services – including a range of electronic delivery options – visit our website: *www.consensuseconomics.com*, or contact us at *editors@consensuseconomics.com*.

***Consensus Economics Inc.***
*53 Upper Brook Street, London, W1K 2LT, United Kingdom. Tel (44 20) 7491 3211; Fax (44 20) 7409 2331.*

# Exhibit QE−64

[redacted]

**From:** [redacted] <support.ciq@spglobal.com>
**Sent:** Tuesday, January 21, 2020 11:25 AM
**To:** [redacted]
**Subject:** commodities estimates [redacted]
**Attachments:** Quadrant Economics [redacted]

S&P Global Market Intelligence

Hello [redacted],

[redacted] here are the answers to your questions below from our data team. [redacted]

1. whether the commodity prices and price forecasts were reported in nominal or real terms
A: Reported in nominal terms
2. whether the mean calculated by Capital IQ excludes outliers
A: Yes, outliers are excluded if a contributor has an estimate which deviates significantly from majority analysts
3. whether the contributors to the consensus forecast were all investment banks or if other types of entities like academic institutions, governments, non-profits or other organizations that are not sell-side analysts also contribute to the consensus.
A: Its all investment banks and research institutions but not other types of entities like academic institutions, governments, non-profits or other organizations that are not sell-side analysts.

Please let me know if you have any questions.

For your future reference, your case number is [redacted].

Regards,

[redacted]
Associate, Client Services

**S&P Global Market Intelligence**

New York, NY
Contact Client Support: +1 888-806-5541 | +44 (0) 20 7176 1234
support.ciq@spglobal.com

# Exhibit QE–65

BREALEY MYERS ALLEN

# Principles *of* Corporate Finance

TENTH EDITION



Case 1:16-cr-00515-NGG-LB Document 88-1 Filed 03/06/20 Page 706 of 759 PageID #: 2494

The McGraw·Hill Companies

McGraw-Hill Irwin

PRINCIPLES OF CORPORATE FINANCE

Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2011, 2008, 2006, 2003, 2000, 1996, 1991, 1988, 1984, 1980 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 DOW/DOW 1 0 9 8 7 6 5 4 3 2 1 0

ISBN 978-0-07-353073-4
MHID 0-07-353073-5

Vice president and editor-in-chief: *Brent Gordon*
Publisher: *Douglas Reiner*
Executive editor: *Michele Janicek*
Director of development: *Ann Torbert*
Senior development editor: *Christina Kouvelis*
Development editor II: *Karen L. Fisher*
Vice president and director of marketing: *Robin J. Zwettler*
Marketing director: *Rhonda Seelinger*
Senior marketing manager: *Melissa S. Caughlin*
Vice president of editing, design, and production: *Sesha Bolisetty*
Managing editor: *Lori Koetters*
Lead production supervisor: *Michael R. McCormick*
Interior and cover design: *Laurie J. Entringer*
Senior media project manager: *Susan Lombardi*
Cover image: © *Jupiter Images Corporation*
Typeface: *10/12 Garamond BE Regular*
Compositor: *Laserwords Private Limited*
Printer: *R. R. Donnelley*

**Library of Congress Cataloging-in-Publication Data**

Brealey, Richard A.
Principles of corporate finance / Richard A. Brealey, Stewart C. Myers, Franklin Allen.—10th ed.
p. cm.—(The McGraw-Hill/Irwin series in finance, insurance, and real estate)
Includes index.
ISBN-13: 978-0-07-353073-4 (alk. paper)
ISBN-10: 0-07-353073-5 (alk. paper)
1. Corporations—Finance. I. Myers, Stewart C. II. Allen, Franklin, 1956-III. Title.
HG4026.B667 2011
658.15—dc22 2009048209

www.mhhe.com

Federal Reserve Board to raise interest rates. There is good evidence for this type of reasoning. Suppose that every month from 1950 to 2008 you used the extra return from lending for six months rather than three to predict the likely change in interest rates. You would have found on average that the steeper the term structure, the more that interest rates subsequently rose. So it looks as if the expectations theory has some truth to it even if it is not the whole truth.

### Introducing Risk

What does the expectations theory leave out? The most obvious answer is "risk." If you are confident about the future level of interest rates, you will simply choose the strategy that offers the highest return. But, if you are not sure of your forecasts, you may well opt for a less risky strategy even if it means giving up some return.

Remember that the prices of long-duration bonds are more volatile than prices of short-duration bonds. A sharp increase in interest rates can knock 30% or 40% off the price of long-term bonds.

For some investors, this extra volatility of long-duration bonds may not be a concern. For example, pension funds and life insurance companies have fixed long-term liabilities, and may prefer to lock in future returns by investing in long-term bonds. However, the volatility of long-term bonds *does* create extra risk for investors who do not have such long-term obligations. These investors will be prepared to hold long bonds only if they offer the compensation of a higher return. In this case the term structure will be upward-sloping more often than not. Of course, if interest rates are expected to fall, the term structure could be downward-sloping and still reward investors for lending long. But the additional reward for risk offered by long bonds would result in a less dramatic downward slope.

### Inflation and Term Structure

Suppose you are saving for your retirement 20 years from now. Which of the following strategies is more risky? Invest in a succession of one-year Treasuries, rolled over annually, or invest once in 20-year strips? The answer depends on how confident you are about future inflation.

If you buy the 20-year strips, you know exactly how much money you will have at year 20, but you don't know what that money will buy. Inflation may seem benign now, but who knows what it will be in 10 or 15 years? This uncertainty about inflation may make it uncomfortably risky for you to lock in one 20-year interest rate by buying the strips. This was a problem facing investors in 2009, when no one could be sure whether the country was facing the prospect of prolonged deflation or whether the high levels of government borrowing would prompt rapid inflation.

You can reduce exposure to inflation risk by investing short-term and rolling over the investment. You do not know future short-term interest rates, but you do know that future interest rates will adapt to inflation. If inflation takes off, you will probably be able to roll over your investment at higher interest rates.

If inflation is an important source of risk for long-term investors, borrowers must offer some extra incentive if they want investors to lend long. That is why we often see a steeply upward-sloping term structure when inflation is particularly uncertain.

## 3-5 Real and Nominal Rates of Interest

It is now time to review more carefully the relation between inflation and interest rates. Suppose you invest $1,000 in a one-year bond that makes a single payment of $1,100 at the end of the year. Your cash flow is certain, but the government makes no promises about what that money will buy. If the prices of goods and services increase by more than 10%, you will lose ground in terms of purchasing power.

Several indexes are used to track the general level of prices. The best known is the Consumer Price Index (CPI), which measures the number of dollars that it takes to pay for a typical family's purchases. The change in the CPI from one year to the next measures the rate of inflation.

Figure 3.6 shows the rate of inflation in the U.S. since 1900. Inflation touched a peak at the end of World War I, when it reached 21%. However, this figure pales into insignificance compared with the hyperinflation in Zimbabwe in 2008. Prices there rose so fast that a Z$50 trillion bill was barely enough to buy a loaf of bread.

Prices can fall as well as rise. The U.S. experienced severe *deflation* in the Great Depression, when prices fell by 24% in three years. More recently, consumer prices in Hong Kong fell by nearly 15% in the six years from 1999 to 2004.

The *average* U.S. inflation rate from 1900 to 2008 was 3.1%. As you can see from Figure 3.7, among major economies the U.S. has been almost top of the class in holding inflation in check. Countries torn by war have generally experienced much higher

**FIGURE 3.6**

Annual rates of inflation in the United States from 1900–2008.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.




**FIGURE 3.7**

Average rates of inflation in 17 countries from 1900–2008.

*Source:* E. Dimson, P. R. Marsh, and M. Staunton, *Triumph of the Optimists: 101 Years of Investment Returns* (Princeton, NJ: Princeton University Press, 2002), with updates provided by the authors.



inflation. For example, in Italy and Japan, inflation since 1900 has averaged about 11% a year.

Economists and financial managers refer to current, or *nominal,* dollars versus constant, or *real,* dollars. For example, the nominal cash flow from your one-year bond is $1,100. But if prices rise over the year by 6%, then each dollar will buy you 6% less next year than it does today. So at the end of the year $1,100 has the same purchasing power as 1,100/1.06 = $1,037.74 today. The nominal payoff on the bond is $1,100, but the real payoff is only $1,037.74.

The formula for converting nominal cash flows in a future period $t$ to real cash flows today is

$$\text{Real cash flow at date } t = \frac{\text{Nominal cash flow at date } t}{(1 + \text{inflation rate})^t}$$

For example, suppose you invest in a 20-year Treasury strip, but inflation over the 20 years averages 6% per year. The strip pays $1,000 in year 20, but the real value of that payoff is only $1{,}000/1.06^{20} = \$311.80$. In this example, the purchasing power of $1 today declines to just over $.31 after 20 years.

These examples show you how to get from nominal to real cash flows. The journey from nominal to real interest rates is similar. When a bond dealer says that your bond yields 10%, she is quoting a nominal interest rate. That rate tells you how rapidly your money will grow, say over one year:

| Invest Current Dollars | Receive Dollars in Year 1 | Result |
|---|---|---|
| $1,000 → | $1,100 | 10% *nominal* rate of return |

However, with an expected inflation rate of 6%, you are only 3.774% better off at the end of the year than at the start:

| Invest Current Dollars | Expected Real Value of Dollars in Year 1 | Result |
|---|---|---|
| $1,000 → | $1,037.74 (= 1,100/1.06) | 3.774% expected *real* rate of return |

Thus, we could say, "The bond offers a 10% nominal rate of return," or "It offers a 3.774% expected real rate of return."

The formula for calculating the real rate of return is:

$$1 + r_{\text{real}} = (1 + r_{\text{nominal}})/(1 + \text{inflation rate})$$

In our example, $1 + r_{\text{real}} = 1.10/1.06 = 1.03774$.[10]

## Indexed Bonds and the Real Rate of Interest

Most bonds are like our U.S. Treasury bonds; they promise you a fixed *nominal* rate of interest. The *real* interest rate that you receive is uncertain and depends on inflation. If the inflation rate turns out to be higher than you expected, the real return on your bonds will be lower.

[10] A common rule of thumb states that $r_{\text{real}} = r_{\text{nominal}} -$ inflation rate. In our example this gives $r_{\text{real}} = .10 - .06 = .04$, or 4%. This is not a bad approximation to the true real interest rate of 3.774%. But when inflation is high, it pays to use the full formula.

# Exhibit QE−66

E-mail Edition: © Consensus Economics Inc. All rights reserved. Under our agreement this publication may not be reproduced (complete or partial), redistributed, stored in a public retrieval system or broadcast to persons other than the email subscriber without the prior written permission of Consensus Economics Inc.

# ENERGY & METALS CONSENSUS FORECASTS®

Commodity Price Surveys Since 1995

WTI Al Cu Ni Pb Zn Sn Fe Au Ag Pt $

**Survey Date**
**September 16, 2019**

Energy & Metals Consensus Forecasts surveys more than 40 energy and metals analysts every month for a range of commodity price forecasts. The results covering over 30 commodities – together with reference data, analysis, special surveys, and the underlying global macroeconomic outlook – are sent to subscribers by express mail and e-mail.

Page


**Overview** ........ 2

**Long-Term Forecasts** ........ 3

**Individual Commodity Forecasts**
Crude Oil - Brent ........ 4
- WTI ........ 5
Gasoline, Heating Oil, Gas Oil ........ 6
Natural Gas (US, UK and LNG) ........ 7
Coal (Lump and Fine) ........ 8
Uranium ........ 9

Aluminium ........ 10
Alumina ........ 11
Copper ........ 12
Nickel ........ 13
Lead ........ 14
Zinc ........ 15

Steel ........ 16
Iron Ore (Australia and Brazil) ........ 17
Tin, Cobalt, Lithium Carbonate, Lithium Hydroxide ........ 18
Lithium Spodumene, Manganese, Molybdenum, Rutile, Ilmenite, Zircon . 19

Gold ........ 20
Silver ........ 21
Platinum ........ 22
Palladium ........ 23

**Commodity Forecasts Chart** ........ 24


Our next issue of **Energy & Metals Consensus Forecasts** will be available at the end of the day **October 25, 2019** (GMT).

## US Interest Rate Forecasts
### (Fed Funds Target - Mid Point)

| Consensus Forecasts | End Sep. 2019 | End Dec. 2019 | End Mar. 2020 | End Jun. 2020 |
|---|---|---|---|---|
| Mean Average: | 1.875 % | 1.657 % | 1.628 % | 1.618 % |
| Mode (most frequent forecast): | 1.875 % | 1.625 % | 1.625 % | 1.625 % |

## Overview

A recent wide swing in the price of **Crude Oil** (pages 4 and 5) has piled another layer of uncertainty onto an already fragile global economy. Brent dropped below US$65.0/bbl just as we went to print, having topped US$70.0 at one point on September 16, due to anxieties about how the US might respond to the alleged Iranian attack on two oil installations in Saudi Arabia. Clearly, the stakes are high and the risk of political miscalculation that triggers outright conflict has kept investors on edge. President Trump has thus far stuck to a strategy of containment via new sanctions against Tehran, which may keep a lid on the situation, but the status quo is not seen as sustainable. Furthermore, the usage of spare capacity by Riyadh to ensure its production levels are quickly restored may reduce the buffer it has available to absorb further unanticipated disruptions. The long-term impact of the oil shock is therefore hard to assess and might depend on how much of a premium investors need in

*(continued on page 2)*

**Selected Commodity Price Trends Since January 2019 ***




Energy & Metals Consensus Forecasts (ISSN: 1754-825X) is published by Consensus Economics Inc., 53 Upper Brook Street, London, W1K 2LT, United Kingdom
editors@consensuseconomics.com
Tel: (44 20) 7491 3211 Fax: (44 20) 7409 2331 www.consensuseconomics.com
Publisher: Philip M. Hubbard
Editors: Che-Wing Pang, Richard Potts
Deputy Editor: Luke N. George

© Copyright Consensus Economics Inc. 2019. All rights reserved. The contents of this publication, either in whole or in part, may not be reproduced, stored or transmitted in any form or by any means, electronic, photocopying, digitization or otherwise without the prior written permission of the publisher. The Editor and Consensus Economics Inc., do not guarantee or provide any warranties or take any responsibility for the information set forth herein, including the accuracy, completeness, non-infringement, suitability or timeliness of the forecasts or written analysis.

*(continued from front page)*

the way of compensation for the risk of future disruptions. A related increase in the costs of production, storage and transportation, as well as a squeeze on profitability, could also lead to supply risk premia for other raw materials around the world. From a macro perspective, a higher energy bill could negatively effect the inflation, trade and current account dynamics of net energy importers, like India and Turkey, making it harder for them to combat a slowdown. In addition, the situation in the Middle East comes on top of the unresolved US-China trade standoff and uncertain UK divorce from the EU, as well as a probable German recession. Precious metals, notably **Platinum** (page 22), have benefited from the associated increases in safe haven demand, as well as a US Fed rate cut on September 18 (see table front page). Yet dollar strength caused by a flight to safety could weigh on industrial commodities benchmarked in the currency. On page 3, we feature updated **Long-Term Forecasts** for more than 30 commodities, covering the years 2019-2028.

## SUMMARY OF SELECT ENERGY & METALS CONSENSUS FORECASTS

| *See individual commodity pages for mineral specifications* | See page | % change since end Dec. 2018 | Spot Price Sep. 16 2019 | *(Nominal, Quarterly Averages)* Consensus Forecasts Mar. 2020 | Jun. 2020 | Sep. 2020 | Forecast % Change to Sep. 2020 Quarter |
|---|---|---|---|---|---|---|---|
| **Crude Oil - Brent** (US$/bbl) | 4 | *+28.2%* | 69.03 | **62.45** | **62.70** | **63.09** | *-8.6%* |
| **- WTI** (US$/bbl) | 5 | *+38.4%* | 62.88 | **56.50** | **57.02** | **57.55** | *-8.5%* |
| **Natural Gas** (US, US$/MMBtu) | 7 | *-8.7%* | 2.685 | **2.728** | **2.661** | **2.661** | *-0.9%* |
| **Coal** (Steaming, US$/tonne) | 8 | *-29.4%* | 72.51[1] | **72.45** | **72.27** | **71.49** | *-1.4%* |
| **Uranium** (US$/lb) | 9 | *-12.3%* | 25.35 | **30.85** | **31.54** | **33.37** | *+31.6%* |
| | | | | | | | |
| **Aluminium** (US$/tonne) | 10 | *-5.3%* | 1771 | **1873** | **1893** | **1913** | *+8.0%* |
| **Alumina** (US$/tonne) | 11 | *-27.6%* | 293.5 | **333.5** | **334.2** | **331.9** | *+13.1%* |
| **Copper** (US$/tonne) | 12 | *-1.5%* | 5877 | **6220** | **6297** | **6335** | *+7.8%* |
| **Nickel** (US$/tonne) | 13 | *+63.2%* | 17295 | **14807** | **14764** | **14776** | *-14.6%* |
| **Lead** (US$/tonne) | 14 | *+4.7%* | 2104 | **1941** | **1941** | **1953** | *-7.2%* |
| **Zinc** (US$/tonne) | 15 | *-4.8%* | 2389 | **2418** | **2419** | **2425** | *+1.5%* |
| **Tin** (US$/tonne) | 18 | *-14.1%* | 16750 | **18907** | **19417** | **19705** | *+17.6%* |
| | | | | | | | |
| **Steel** (HRC, Europe, US$/tonne) | 16 | *-12.1%* | 530.0 | **552.3** | **562.6** | **560.9** | *+5.8%* |
| **Iron Ore** (N. China. Fine, US$/tonne) | 17 | *+36.3%* | 88.50[1] | **82.27** | **79.09** | **75.55** | *-14.6%* |
| | | | | | | | |
| **Gold** (US$/oz.) | 20 | *+16.8%* | 1497 | **1477** | **1472** | **1468** | *-1.9%* |
| **Silver** (US$/oz.) | 21 | *+15.3%* | 17.84 | **16.86** | **16.73** | **16.75** | *-6.1%* |
| **Platinum** (US$/oz.) | 22 | *+20.2%* | 947.0 | **903.5** | **912.7** | **925.9** | *-2.2%* |
| **Palladium** (US$/oz.) | 23 | *+26.2%* | 1603 | **1433** | **1408** | **1390** | *-13.3%* |

[1] *Consensus Forecasts for the Current Quarter*

## NOTES, ABBREVIATIONS, WEIGHTS AND MEASURES SEPTEMBER 2019

- ❒ EIA – Energy Information Agency (USA)
  LME – London Metal Exchange
  LBMA – London Bullion Market Association
  LPPM – London Platinum and Palladium Market
  NYMEX – New York Mercantile Exchange
  COMEX – New York Commodities Exchange
  ICE – Intercontinental Exchange
- ❒ e – Estimate
  na – Not Available
  fob – Free On Board
  bbl – Barrel
  dltu – Dry long tonne unit (1/100 of a dry long tonne)
  dmtu – Dry metric tonne unit (1/100 of a dry metric tonne)
  MMBtu – Millions of British Thermal Units (Btu)
- ❒ All individual commodity forecasts on pages 6-25 (pages 4-23 in abridged versions) are listed in descending order of their approximate 1-year percentage change estimates. Consensus forecasts are mean averages of individual quarterly average forecasts.
- ❒ Historical price data in this publication has been provided by Commodity Research Bureau and other sources.
- ❒ Gross Domestic Product (GDP) is expressed in real (i.e. inflation-adjusted) terms. GDP and Industrial Production are expressed as average percentage changes over the previous calendar year unless otherwise indicated.
- ❒ 1 kilogram = 32.1507 troy ounces
- ❒ 1 short ton = 0.907 metric tonnes = 2000 pounds
- ❒ 1kilogram (kg) = 2.2046 pounds
- ❒ 1 barrel = 42 US gallons
- ❒ 1,000 kilograms = 1 metric tonne = 2204.6 pounds
- ❒ 10 Therms of Natural Gas = 1 million Btu = 1MMBtu
- ❒ 1 long tonne = 1.016 metric tonnes = 2240 pounds
- ❒ 1 metric/long tonne unit (MTU/LTU) = 1/100 of a metric/long tonne

 © Copyright Consensus Economics Inc. 2019

Individual nominal forecasts available in the Excel spreadsheet.

Long-term price forecasts provide a foundation for expected returns from both existing production facilities and those under development. In addition to their annual forecasts for the years 2019 to 2023, the table below summarises our panel's **Long-Term 5-10 year average estimates (2024-2028) in nominal and real (inflation adjusted) 2019 dollar terms.**

| *See individual commodity pages for mineral specifications* | *US$ Average* 2018 | Consensus Forecasts (US$ Nominal, Annual Averages) 2019 | 2020 | 2021 | 2022 | 2023 | Long-Term (2024-2028 Average) Nominal | Real |
|---|---|---|---|---|---|---|---|---|
| **Crude Oil - Brent** | 71.14 | 64.24 | 62.86 | 64.05 | 64.89 | 66.04 | 68.90 | 60.13 |
| **- WTI** | 64.94 | 56.87 | 57.18 | 58.31 | 59.23 | 60.21 | 61.36 | 55.04 |
| **RBOB Gas (US)** | 2.026 | 1.872 | 1.758 | 1.955 | 2.020 | 2.075 | 2.150 | 1.940 |
| **Gas Oil (Europe)** | 637.6 | 597.4 | 622.3 | 696.7 | 696.2 | 719.5 | 710.5 | 654.5 |
| **Natural Gas - US, $** | 3.120 | 2.610 | 2.700 | 2.795 | 2.956 | 3.024 | 3.522 | 2.940 |
| **- UK, pence** | 58.79 | 39.00 | 53.50 | 60.50 | 61.00 | 62.00 | na | na |
| **Coking Coal - Contract** | 205.8 | 188.7 | 169.9 | 163.8 | 157.3 | 155.4 | 158.6 | 138.9 |
| **Thermal Coal - Contract** | 110.0 | 98.89 | 83.61 | 78.22 | 77.89 | 75.64 | 80.23 | 71.67 |
| **- Spot** | 107.0 | 83.32 | 72.01 | 72.47 | 74.72 | 75.09 | 82.36 | 72.65 |
| **Uranium** | 24.49 | 26.61 | 32.41 | 37.72 | 42.44 | 46.08 | 42.20 | 36.86 |
| **Aluminium** | 2111 | 1812 | 1900 | 1969 | 2055 | 2092 | 2353 | 2064 |
| **Alumina** | 485.7 | 348.9 | 334.7 | 344.9 | 351.6 | 358.5 | 393.1 | 349.0 |
| **Copper** | 6526 | 6050 | 6297 | 6552 | 6801 | 6845 | 7420 | 6454 |
| **Nickel** | 13126 | 13650 | 14807 | 15301 | 15705 | 15865 | 17899 | 15575 |
| **Lead** | 2244 | 1970 | 1950 | 2004 | 2018 | 2041 | 2168 | 1905 |
| **Zinc** | 2925 | 2567 | 2425 | 2424 | 2454 | 2490 | 2670 | 2283 |
| **Cobalt** | 37.38 | 16.18 | 17.26 | 19.68 | 21.63 | 23.26 | 23.98 | 20.56 |
| **Tin** | 20160 | 19130 | 19462 | 19998 | 20711 | 20736 | 21820 | 18966 |
| **Manganese** | 7.238 | 5.996 | 5.296 | 4.784 | 4.778 | 4.934 | 4.827 | 4.256 |
| **Molybdenum** | 11.88 | 11.77 | 10.53 | 10.24 | 10.32 | 10.31 | 10.77 | 9.192 |
| **Rutile** | 911.7 | 1090 | 1080 | 1111 | 1121 | 1171 | 1210 | 1055 |
| **Ilmenite** | 174.1 | 203.5 | 196.3 | 199.6 | 202.9 | 204.8 | 214.0 | 193.6 |
| **Zircon** | 1407 | 1491 | 1512 | 1524 | 1532 | 1527 | 1414 | 1233 |
| **Steel - HRC, Europe** | 666.0 | 559.2 | 557.1 | 554.3 | 566.0 | 568.2 | 567.2 | 487.3 |
| **HRC, USA** | 870.0 | 657.6 | 639.3 | 632.2 | 663.8 | 660.8 | 711.4 | 621.4 |
| **HRC, China** | 522.9 | 484.6 | 492.3 | 485.4 | 503.4 | 501.6 | 492.8 | 424.6 |
| **Iron Ore - Lump (Aust)** | 68.89 | 95.72 | 79.42 | 69.71 | 67.51 | 67.70 | 73.03 | 63.62 |
| **Fine (Aust)** | 58.81 | 79.40 | 67.02 | 56.06 | 53.17 | 53.06 | 60.09 | 51.96 |
| **Fine (China)** | 66.38 | 87.94 | 77.77 | 71.10 | 67.35 | 70.57 | 76.12 | 65.87 |
| **Gold** | 1269 | 1387 | 1470 | 1436 | 1443 | 1398 | 1453 | 1250 |
| **Silver** | 15.71 | 15.98 | 16.80 | 17.23 | 17.59 | 17.59 | 19.98 | 17.41 |
| **Platinum** | 879.4 | 853.2 | 919.0 | 977.3 | 1028 | 1060 | 1153 | 1022 |
| **Palladium** | 1030 | 1447 | 1397 | 1317 | 1205 | 1166 | 1095 | 994.2 |

**% Change Between 2019 and 2023**
*(Nominal Prices)*




**% Change Between 2023 and Long-Term Average**
*(Nominal Prices)*




© Copyright Consensus Economics Inc. 2019

## Brent Crude Oil Forecasts, US$/barrel

Nominal, Quarterly Averages, Annual Price Forecasts on Page 3

| Survey Date Spot (Sep. 16): **US$69.03** | Dec-19 | Mar-20 | Jun-20 | Sep-20 | *% change from spot* | Dec-20 | Mar-21 | Jun-21 | Sep-21 |
|---|---|---|---|---|---|---|---|---|---|
| P K Verleger | 69.00 | 70.00 | 72.00 | 73.00 | *5.8%* | 74.00 | 76.00 | 78.00 | 79.00 |
| Standard Chartered | 67.00 | 66.00 | 69.00 | 73.00 | *5.8%* | 70.00 | 66.00 | 68.00 | na |
| GKI Research | 60.00 | 62.00 | 65.00 | 70.00 | *1.4%* | 70.00 | 68.00 | 65.00 | na |
| RBC Capital Markets | 71.25 | 66.50 | 68.00 | 70.00 | *1.4%* | 66.00 | 70.50 | 70.50 | 70.50 |
| ANZ | 71.50 | 74.00 | 72.50 | 68.50 | *-0.8%* | 66.50 | 65.50 | 65.50 | 65.50 |
| Australia Dept of Industry | 69.00 | 71.00 | 69.00 | 67.50 | *-2.2%* | 67.50 | 67.00 | 67.00 | 66.50 |
| ABN Amro | 58.00 | 60.00 | 63.00 | 65.00 | *-5.8%* | 68.00 | 70.00 | 70.00 | 73.00 |
| Credit Suisse | 70.00 | 65.00 | 65.00 | 65.00 | *-5.8%* | 65.00 | 70.00 | 70.00 | 70.00 |
| Deutsche Bank | 68.00 | 65.00 | 65.00 | 65.00 | *-5.8%* | 65.00 | 70.00 | 70.00 | 70.00 |
| Liberum Capital | 65.00 | 65.00 | 65.00 | 65.00 | *-5.8%* | 65.00 | 65.00 | 65.00 | 65.00 |
| Deloitte Access Economics | 61.76 | 61.76 | 62.10 | 64.72 | *-6.2%* | 66.07 | 67.19 | 68.12 | 68.89 |
| Capital Economics | 61.50 | 61.00 | 63.00 | 64.50 | *-6.6%* | 65.00 | 65.50 | 66.50 | 67.50 |
| UBS | 62.00 | 62.00 | 63.00 | 64.00 | *-7.3%* | 65.00 | 67.00 | 67.00 | 67.00 |
| Moody's Analytics | 63.59 | 62.62 | 62.80 | 63.61 | *-7.9%* | 64.41 | 64.82 | 65.00 | 65.65 |
| Investec | 65.50 | 64.00 | 64.00 | 63.00 | *-8.7%* | 63.00 | 62.00 | 62.00 | na |
| Macquarie | 65.00 | 65.00 | 65.00 | 63.00 | *-8.7%* | 63.00 | 60.00 | 60.00 | 60.00 |
| Econ Intelligence Unit | 62.00 | 59.00 | 62.00 | 62.00 | *-10.2%* | 65.00 | 62.00 | 65.00 | 70.00 |
| Oxford Economics | 59.00 | 61.00 | 61.50 | 61.80 | *-10.5%* | 62.00 | 62.00 | 62.00 | 62.20 |
| Commonwealth Bank | 59.00 | 57.00 | 59.00 | 61.00 | *-11.6%* | 63.00 | 63.00 | 63.00 | 63.00 |
| Scotiabank | 64.00 | 63.10 | 60.00 | 61.00 | *-11.6%* | 63.00 | 63.95 | 66.00 | na |
| BMO | 62.00 | 60.00 | 60.00 | 60.00 | *-13.1%* | 60.00 | 63.75 | 63.75 | 63.75 |
| Morgan Stanley | 60.00 | 60.00 | 60.00 | 60.00 | *-13.1%* | 60.00 | na | na | na |
| Societe Generale | 58.00 | 57.50 | 59.00 | 60.00 | *-13.1%* | 60.00 | 60.00 | 60.00 | 60.00 |
| Euromonitor International | 60.35 | 59.59 | 57.75 | 56.56 | *-18.1%* | 54.63 | 52.91 | 52.12 | 51.54 |
| Citigroup | 74.00 | 68.00 | 60.00 | 56.00 | *-18.9%* | 53.00 | 50.00 | 50.00 | na |
| Banco de Credito del Peru | 57.00 | 55.00 | 55.00 | 55.00 | *-20.3%* | 55.00 | 65.00 | 65.00 | na |
| Pezco Economics | 56.13 | 55.57 | 55.01 | 54.46 | *-21.1%* | 52.84 | 51.26 | 49.74 | 48.25 |
| BNP Paribas | 55.00 | 52.00 | 53.00 | 54.00 | *-21.8%* | 57.00 | na | na | na |
| **Consensus (Mean)** | **63.38** | **62.45** | **62.70** | **63.09** | ***-8.6%*** | **63.18** | **64.17** | **64.39** | **65.36** |
| High | 74.00 | 74.00 | 72.50 | 73.00 | | 74.00 | 76.00 | 78.00 | 79.00 |
| Low | 55.00 | 52.00 | 53.00 | 54.00 | | 52.84 | 50.00 | 49.74 | 48.25 |
| Standard Deviation | 5.08 | 4.95 | 4.77 | 5.15 | | 5.17 | 5.92 | 6.30 | 6.94 |

*Survey of Sep. 16, 2019*

### Total Oil Volumes - Supply and Demand Consensus Forecasts

| **World** *(millions of barrels per day)* | 2019 Q1 | Q2 | Q3 | Q4 | 2020 Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|---|---|---|
| **Demand** | 99.10 | 99.70 | **100.6** | **100.5** | **99.97** | **100.4** | **101.0** | **100.5** |
| **Supply** | 100.1 | 100.1 | **100.6** | **100.6** | **100.8** | **101.2** | **101.4** | **101.2** |
| of which: | | | | | | | | |
| ***OPEC*** | *36.20* | *35.60* | ***33.20*** | ***33.12*** | ***34.49*** | ***34.20*** | ***34.42*** | ***34.19*** |
| ***Russia*** | *11.67* | *11.50* | ***11.41*** | ***11.36*** | ***11.54*** | ***11.54*** | ***11.57*** | ***11.68*** |
| ***US*** | *16.64* | *17.16* | ***14.92*** | ***15.00*** | ***15.67*** | ***15.79*** | ***15.86*** | ***16.00*** |
| **Supply-Demand Balance** | 1.00 | 0.40 | **0.02** | **0.10** | **0.84** | **0.76** | **0.38** | **0.71** |

### Total Oil Supply and Demand Balances

*(millions of barrels per day)*




**Source**: International Energy Agency for Historical Data.

### Middle East Supply at Risk

- Brent spiked as much as 15% on September 16, after reports of a drone attack on two Saudi oil facilities that threatened to disrupt global supply. Subsequent news from the Kingdom that the damage was contained and that near normal operations could resume within two to three weeks dialled back some of those gains. Yet information is sparse and the repairs (as well as future security implications) may not be straightforward.
- Below US$60/bbl during much of August, Brent was seen as undervalued and its sensitivity to events of the past few days has served to reinforce that view. Demand considerations and excesses in total oil supply (chart left) will act as limiters for sustainable price surges, however.



© Copyright Consensus Economics Inc. 2019

## WTI Crude Oil Forecasts, US$/barrel

Nominal, Quarterly Averages, Annual Price Forecasts on Page 3

| Survey Date Spot (Sep. 16): **US$62.88** | Dec '19 | Mar '20 | Jun '20 | Sep '20 | *% change from spot* | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Standard Chartered** | 59.00 | 60.00 | 63.00 | 68.00 | *8.1%* | 65.00 | 62.00 | 64.00 | na |
| **P K Verleger** | 63.00 | 64.00 | 66.00 | 67.00 | *6.6%* | 68.00 | 70.00 | 72.00 | 73.00 |
| **GKI Research** | 55.00 | 57.00 | 60.00 | 65.00 | *3.4%* | 65.00 | 62.00 | 58.00 | na |
| **RBC Capital Markets** | 64.00 | 59.00 | 62.00 | 65.00 | *3.4%* | 61.00 | 65.50 | 65.50 | 65.50 |
| **ANZ** | 65.50 | 68.50 | 67.50 | 64.00 | *1.8%* | 62.50 | 62.00 | 62.50 | 62.50 |
| **Australia Dept of Industry** | 63.50 | 65.50 | 63.50 | 62.00 | *-1.4%* | 62.00 | 63.00 | 63.00 | 62.50 |
| **CIBC** | 57.00 | 60.50 | 60.50 | 60.50 | *-3.8%* | 60.50 | 59.50 | 59.50 | 59.50 |
| **UBS** | 58.00 | 58.50 | 59.50 | 60.50 | *-3.8%* | 61.50 | 64.00 | 64.00 | 64.00 |
| **ABN Amro** | 53.00 | 55.00 | 58.00 | 60.00 | *-4.6%* | 63.00 | 65.00 | 65.00 | 68.00 |
| **Capital Economics** | 55.50 | 56.00 | 58.00 | 60.00 | *-4.6%* | 61.50 | 62.50 | 63.50 | 64.00 |
| **Moody's Analytics** | 58.49 | 57.86 | 58.47 | 59.69 | *-5.1%* | 60.35 | 60.92 | 61.23 | 61.59 |
| **TD Economics** | 56.00 | 57.00 | 58.00 | 59.00 | *-6.2%* | 59.00 | na | na | na |
| **Commonwealth Bank** | 55.00 | 53.00 | 55.00 | 57.00 | *-9.4%* | 59.00 | 59.00 | 59.00 | 59.00 |
| **Credit Suisse** | 59.00 | 57.00 | 57.00 | 57.00 | *-9.4%* | 57.00 | 60.00 | 60.00 | 60.00 |
| **Investec** | 58.50 | 57.00 | 57.00 | 56.50 | *-10.1%* | 56.50 | 55.00 | 55.00 | na |
| **Deutsche Bank** | 60.00 | 56.00 | 56.00 | 56.00 | *-10.9%* | 56.00 | 61.00 | 61.00 | 61.00 |
| **Econ Intelligence Unit** | 55.68 | 53.36 | 55.97 | 55.93 | *-11.1%* | 58.62 | 55.97 | 58.65 | 63.16 |
| **Macquarie** | 55.00 | 54.00 | 56.00 | 55.00 | *-12.5%* | 55.00 | 52.00 | 52.00 | 52.00 |
| **Morgan Stanley** | 55.00 | 55.00 | 55.00 | 55.00 | *-12.5%* | 55.00 | na | na | na |
| **Societe Generale** | 53.00 | 52.50 | 54.00 | 55.00 | *-12.5%* | 55.00 | 55.00 | 55.00 | 55.00 |
| **BMO** | 53.00 | 52.50 | 54.00 | 54.00 | *-14.1%* | 55.50 | 58.75 | 58.75 | 58.75 |
| **Scotiabank** | 55.00 | 55.72 | 53.00 | 54.00 | *-14.1%* | 56.00 | 56.95 | 60.00 | na |
| **Oxford Economics** | 51.18 | 52.91 | 53.35 | 53.61 | *-14.7%* | 53.78 | 53.78 | 53.78 | 53.95 |
| **BNP Paribas** | 50.00 | 48.00 | 50.00 | 52.00 | *-17.3%* | 54.00 | na | na | na |
| **Citigroup** | 68.00 | 63.00 | 55.00 | 51.00 | *-18.9%* | 48.00 | 45.00 | 45.00 | na |
| **Pezco Economics** | 53.54 | 52.53 | 51.48 | 50.51 | *-19.7%* | 48.61 | 46.83 | 45.16 | 43.60 |
| **Banco de Credito del Peru** | 52.00 | 50.00 | 50.00 | 50.00 | *-20.5%* | 50.00 | 60.00 | 60.00 | na |
| **Euromonitor International** | 51.30 | 50.70 | 49.24 | 48.30 | *-23.2%* | 46.76 | 45.38 | 44.74 | 44.26 |
| **Consensus (Mean)** | **56.90** | **56.50** | **57.02** | **57.55** | ***-8.5%*** | **57.65** | **58.44** | **58.65** | **59.54** |
| **High** | 68.00 | 68.50 | 67.50 | 68.00 | | 68.00 | 70.00 | 72.00 | 73.00 |
| **Low** | 50.00 | 48.00 | 49.24 | 48.30 | | 46.76 | 45.00 | 44.74 | 43.60 |
| **Standard Deviation** | 4.59 | 4.74 | 4.63 | 5.23 | | 5.31 | 6.23 | 6.63 | 7.31 |
















### US Crack Spread

Crude oil is refined into numerous saleable products including gasoline and Gas Oil (or heating oil). The crack spread is used to estimate the profitability of refining the raw material. When the spread is positive, the price of the refined products is above that of crude oil, helping profitability. The chart opposite shows a commonly used 3:2:1 crack spread, reflecting a ratio of refinery output of 2 barrels of RBOB gasoline and 1 barrel of US heating oil from 3 barrels of WTI crude oil.

© Copyright Consensus Economics Inc. 2019

## RBOB Gasoline (US) Forecasts, US$/gallon, fob

Nominal, Quarterly Averages, Annual Price Forecasts on Page 3

| Survey Date Spot (Sep. 16): **US$1.753** | Dec '19 | Mar '20 | Jun '20 | Sep '20 | *% change from spot* | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **GKI Research** | 2.000 | 1.900 | 1.900 | 2.000 | *14.1%* | 2.100 | 2.100 | 1.900 | na |
| **Deutsche Bank** | 1.790 | 1.610 | 1.810 | 1.800 | *2.7%* | 1.640 | 1.910 | 1.910 | 1.910 |
| **P K Verleger** | 1.740 | 1.770 | 1.710 | 1.750 | *-0.2%* | 1.780 | 1.820 | 1.860 | 1.900 |
| **BNP Paribas** | 1.429 | 1.357 | 1.667 | 1.738 | *-0.9%* | 1.595 | na | na | na |
| **Consensus (Mean)** | **1.740** | **1.659** | **1.772** | **1.822** | ***3.9%*** | **1.779** | **1.943** | **1.890** | **1.905** |
| **High** | 2.000 | 1.900 | 1.900 | 2.000 | | 2.100 | 2.100 | 1.910 | 1.910 |
| **Low** | 1.429 | 1.357 | 1.667 | 1.738 | | 1.595 | 1.820 | 1.860 | 1.900 |
| **Standard Deviation** | 0.236 | 0.234 | 0.105 | 0.122 | | 0.228 | 0.143 | 0.026 | 0.007 |

**RBOB Gasoline (US), Spot Price** US$/gallon




**Consensus Forecasts for RBOB Gasoline**




**RBOB/Heating Oil Futures – December 2019 Contracts (NYMEX)**




**Futures Prices For RBOB and Heating Oil**




## European Gas Oil Forecasts, US$/tonne, fob

Nominal, Quarterly Averages, Annual Price Forecasts on Page 3

| Survey Date Spot (Sep. 16): **US$637.3** | Dec '19 | Mar '20 | Jun '20 | Sep '20 | *% change from spot* | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **GKI Research** | 600.0 | 650.0 | 700.0 | 710.0 | *11.4%* | 720.0 | 730.0 | 720.0 | na |
| **P K Verleger** | 626.0 | 624.0 | 638.0 | 651.0 | *2.2%* | 671.0 | 670.0 | 685.0 | 700.0 |
| **Deutsche Bank** | 676.5 | 616.1 | 618.2 | 620.8 | *-2.6%* | 622.1 | 673.4 | 673.4 | 673.4 |
| **BNP Paribas** | 551.3 | 551.3 | 529.0 | 514.1 | *-19.3%* | 521.5 | na | na | na |
| **Consensus (Mean)** | **613.5** | **610.4** | **621.3** | **624.0** | ***-2.1%*** | **633.7** | **691.1** | **692.8** | **686.7** |
| **High** | 676.5 | 650.0 | 700.0 | 710.0 | | 720.0 | 730.0 | 720.0 | 700.0 |
| **Low** | 551.3 | 551.3 | 529.0 | 514.1 | | 521.5 | 670.0 | 673.4 | 673.4 |
| **Standard Deviation** | 52.2 | 41.9 | 70.7 | 82.1 | | 84.8 | 33.7 | 24.3 | 18.8 |

**Gas Oil, Europe, Spot Price**
US$/tonne




**Gas Oil Consensus Forecasts v Futures Prices**






© Copyright Consensus Economics Inc. 2019

## Natural Gas (US, Henry Hub) Forecasts, US$/MMBtu

Nominal, Quarterly Averages, Annual Price Forecasts on Page 3

| Survey Date Spot (Sep. 16): **US$ 2.685** | Dec '19 | Mar '20 | Jun '20 | Sep '20 | *% change from spot* | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| GKI Research | 2.800 | 3.000 | 3.500 | 3.600 | *34.1%* | 3.700 | 3.800 | 4.100 | na |
| UBS | 3.250 | 3.250 | 3.250 | 3.250 | *21.0%* | 3.250 | 3.250 | 3.250 | 3.250 |
| Moody's Analytics | 2.670 | 2.980 | 3.050 | 3.190 | *18.8%* | 3.270 | 3.200 | 3.230 | 3.250 |
| Econ Intelligence Unit | 2.880 | 2.940 | 2.690 | 3.010 | *12.1%* | 2.940 | 3.070 | 2.880 | 2.960 |
| Euromonitor International | 2.611 | 2.747 | 2.845 | 2.940 | *9.5%* | 3.001 | 3.048 | 3.101 | 3.149 |
| Commonwealth Bank | 2.500 | 3.048 | 2.669 | 2.728 | *1.6%* | 2.862 | 3.060 | 2.697 | 2.760 |
| Credit Suisse | 2.665 | 2.665 | 2.665 | 2.665 | *-0.8%* | 2.665 | 2.665 | 2.665 | 2.665 |
| Capital Economics | 2.700 | 2.650 | 2.500 | 2.650 | *-1.3%* | 2.975 | 3.025 | 2.850 | 2.950 |
| Macquarie | 3.000 | 3.000 | 2.500 | 2.600 | *-3.2%* | 2.750 | 2.800 | 2.700 | 2.550 |
| Investec | 2.350 | 2.550 | 2.550 | 2.550 | *-5.0%* | 2.550 | 2.600 | 2.600 | na |
| Scotiabank | 2.500 | 2.900 | 3.050 | 2.550 | *-5.0%* | 2.650 | 2.750 | 2.849 | na |
| Oxford Economics | 2.424 | 2.460 | 2.497 | 2.534 | *-5.6%* | 2.572 | 2.611 | 2.650 | 2.677 |
| CIBC | 2.600 | 2.500 | 2.500 | 2.500 | *-6.9%* | 2.500 | 2.650 | 2.650 | 2.650 |
| Citigroup | 2.500 | 2.700 | 2.600 | 2.500 | *-6.9%* | 2.600 | 2.400 | 2.400 | na |
| Morgan Stanley | 2.500 | 2.500 | 2.500 | 2.500 | *-6.9%* | 2.500 | 2.500 | 2.500 | 3.500 |
| RBC Capital Markets | 2.600 | 2.750 | 2.500 | 2.500 | *-6.9%* | 2.750 | 2.650 | 2.650 | 2.650 |
| Deutsche Bank | 2.450 | 2.500 | 2.400 | 2.450 | *-8.8%* | 2.650 | 2.600 | 2.600 | 2.600 |
| TD Economics | 2.350 | 2.400 | 2.410 | 2.420 | *-9.9%* | 2.440 | na | na | na |
| Liberum Capital | 2.300 | 2.300 | 2.300 | 2.300 | *-14.3%* | 2.300 | 2.300 | 2.300 | 2.300 |
| ABN Amro | 2.750 | 2.750 | 2.500 | 2.250 | *-16.2%* | 2.500 | 2.750 | 2.500 | 2.500 |
| Standard Chartered | 2.400 | 2.700 | 2.400 | 2.200 | *-18.1%* | 2.300 | 2.600 | 2.300 | na |
| **Consensus (Mean)** | **2.609** | **2.728** | **2.661** | **2.661** | ***-0.9%*** | **2.749** | **2.816** | **2.774** | **2.827** |
| High | 3.250 | 3.250 | 3.500 | 3.600 | | 3.700 | 3.800 | 4.100 | 3.500 |
| Low | 2.300 | 2.300 | 2.300 | 2.200 | | 2.300 | 2.300 | 2.300 | 2.300 |
| Standard Deviation | 0.233 | 0.247 | 0.310 | 0.352 | | 0.346 | 0.350 | 0.410 | 0.336 |

## Asia LNG (Japan Korea Marker) Forecasts, US$/MMBtu

| Survey Date Spot (Sep. 16): **US$ 4.583** | Dec '19 | Mar '20 | Jun '20 | Sep '20 | *% change from spot* | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| Econ Intelligence Unit | 8.790 | 8.400 | 8.630 | 8.150 | *77.8%* | 7.820 | 8.140 | 7.960 | 7.710 |
| GKI Research | 5.000 | 5.500 | 6.000 | 6.500 | *41.8%* | 6.500 | 6.500 | 7.000 | na |
| Australia Dept of Industry | 5.757 | 7.093 | 5.893 | 5.800 | *26.6%* | 6.787 | 8.169 | 8.169 | 8.169 |
| Capital Economics[1] | 6.350 | 5.600 | 4.500 | 5.250 | *14.6%* | 6.500 | 6.500 | 5.750 | 6.250 |
| **Consensus (Mean)** | **6.474** | **6.648** | **6.256** | **6.425** | ***40.2%*** | **6.902** | **7.327** | **7.220** | **7.376** |
| High | 8.790 | 8.400 | 8.630 | 8.150 | | 7.820 | 8.169 | 8.169 | 8.169 |
| Low | 5.000 | 5.500 | 4.500 | 5.250 | | 6.500 | 6.500 | 5.750 | 6.250 |

## UK Natural Gas Forecasts, UK pence/therm

[1] Individual forecasts available in the Excel spreadsheet service.

| Survey Date Spot (Sep. 16): **34.22 pence** | Dec '19 | Mar '20 | Jun '20 | Sep '20 | *% change from spot* | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)[1]** | **42.50** | **48.50** | **49.50** | **56.50** | ***65.1%*** | **59.50** | **59.00** | **58.00** | **60.50** |










### Excess Supply Conundrum

- Henry Hub has retraced late July/early August losses in recent weeks, partly due to warmer weather related demand.
- Increases in US oil production to cover possible output disruptions in Saudi Arabia may encourage an associated increase in unwanted US natural gas supply, which would act as a chain and ball on price.
- Spot LNG (JKM) continues to trade at a large discount to long-term contracts of the fuel that are linked to crude oil.

© Copyright Consensus Economics Inc. 2019

Nominal, Quarterly Averages, Annual Price Forecasts on Page 3

**Consensus Price for Q4 2019: US$174.9 e**

## Australian Coking Coal Forecasts, US$/metric tonne, Contract Price

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from Q4 | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| Credit Suisse | 205.0 | 205.0 | 205.0 | 205.0 | 17.2% | 205.0 | 200.0 | 200.0 | 200.0 |
| Investec | 195.0 | 192.0 | 192.0 | 185.0 | 5.7% | 185.0 | 182.0 | 182.0 | na |
| ANZ | 165.0 | 175.0 | 178.0 | 175.0 | 0.0% | 170.0 | 155.0 | 157.0 | 157.0 |
| BMO | 180.0 | 180.0 | 180.0 | 175.0 | 0.0% | 175.0 | 170.0 | 170.0 | 170.0 |
| Citigroup | 190.0 | 175.0 | 170.0 | 170.0 | -2.8% | 165.0 | 160.0 | 160.0 | na |
| Commonwealth Bank | 155.0 | 150.0 | 160.0 | 170.0 | -2.8% | 175.0 | 170.0 | 175.0 | 160.0 |
| Australia Dept of Industry | 165.0 | 170.0 | 168.0 | 167.0 | -4.5% | 165.0 | 162.0 | 159.0 | 157.0 |
| Macquarie | 185.0 | 180.0 | 175.0 | 165.0 | -5.7% | 160.0 | 165.0 | 160.0 | 150.0 |
| UBS | 170.0 | 165.0 | 165.0 | 165.0 | -5.7% | 165.0 | 165.0 | 165.0 | 165.0 |
| Morgan Stanley | 178.3 | 178.3 | 173.3 | 163.3 | -6.6% | 153.3 | 150.0 | 143.3 | 140.0 |
| RBC Capital Markets | 180.0 | 160.0 | 160.0 | 160.0 | -8.5% | 160.0 | 160.0 | 160.0 | 160.0 |
| ABN Amro | 161.0 | 162.0 | 159.0 | 154.0 | -12.0% | 165.0 | na | na | na |
| Liberum Capital | 145.0 | 140.0 | 140.0 | 140.0 | -20.0% | 140.0 | 140.0 | 140.0 | 140.0 |
| **Consensus (Mean)** | **174.9** | **171.7** | **171.2** | **168.8** | **-3.5%** | **167.9** | **164.9** | **164.3** | **159.9** |
| High | 205.0 | 205.0 | 205.0 | 205.0 | | 205.0 | 200.0 | 200.0 | 200.0 |
| Low | 145.0 | 140.0 | 140.0 | 140.0 | | 140.0 | 140.0 | 140.0 | 140.0 |
| Standard Deviation | 16.9 | 17.0 | 16.2 | 15.4 | | 15.6 | 15.3 | 16.2 | 17.1 |

**Consensus Price for Q4 2019: US$72.51 e**

## Australian Steaming Coal Forecasts, US$/metric tonne, Spot Price

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from Q4 | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| Citigroup | 85.00 | 88.00 | 86.00 | 84.00 | 15.9% | 86.00 | 80.00 | 80.00 | na |
| Credit Suisse | 85.00 | 80.00 | 80.00 | 80.00 | 10.3% | 80.00 | 80.00 | 80.00 | 80.00 |
| Morgan Stanley | 75.00 | 80.00 | 77.00 | 80.00 | 10.3% | 78.00 | 80.00 | 75.00 | 75.00 |
| Deutsche Bank | 75.00 | 75.00 | 75.00 | 75.00 | 3.4% | 75.00 | 80.00 | 80.00 | 80.00 |
| RBC Capital Markets | 70.00 | 75.00 | 75.00 | 75.00 | 3.4% | 75.00 | 85.00 | 85.00 | 85.00 |
| Investec | 75.80 | 73.10 | 73.10 | 72.25 | -0.4% | 72.25 | 71.78 | 71.78 | na |
| Australia Dept of Industry | 65.00 | 70.00 | 70.00 | 70.00 | -3.5% | 70.00 | 72.00 | 72.00 | 72.00 |
| Macquarie | 80.00 | 70.00 | 70.00 | 70.00 | -3.5% | 70.00 | 66.00 | 66.00 | 66.00 |
| UBS | 70.00 | 70.00 | 70.00 | 70.00 | -3.5% | 70.00 | 70.00 | 70.00 | 70.00 |
| Euromonitor International | 70.78 | 70.59 | 69.98 | 69.54 | -4.1% | 68.84 | 68.12 | 67.58 | 67.14 |
| ANZ | 68.50 | 72.50 | 73.00 | 69.50 | -4.1% | 72.50 | 76.00 | 73.50 | 71.00 |
| Econ Intelligence Unit | 70.00 | 68.00 | 67.00 | 66.00 | -9.0% | 65.00 | 64.00 | 63.50 | 63.00 |
| Commonwealth Bank | 70.00 | 65.00 | 70.00 | 65.00 | -10.4% | 70.00 | 75.00 | 70.00 | 75.00 |
| Liberum Capital | 65.00 | 65.00 | 65.00 | 65.00 | -10.4% | 65.00 | 65.00 | 65.00 | 65.00 |
| Capital Economics | 62.50 | 64.50 | 63.00 | 61.00 | -15.9% | 60.00 | 59.50 | 58.00 | 56.00 |
| **Consensus (Mean)** | **72.51** | **72.45** | **72.27** | **71.49** | **-1.4%** | **71.84** | **72.83** | **71.82** | **71.16** |
| High | 85.00 | 88.00 | 86.00 | 84.00 | | 86.00 | 85.00 | 85.00 | 85.00 |
| Low | 62.50 | 64.50 | 63.00 | 61.00 | | 60.00 | 59.50 | 58.00 | 56.00 |
| Standard Deviation | 6.81 | 6.46 | 5.85 | 6.35 | | 6.45 | 7.39 | 7.33 | 7.94 |

**Consensus Price for Q4 2019: US$ 94.82 e**

## Australian Steaming Coal Forecasts, US$/metric tonne, Contract Price

¹ Individual forecasts available in the Excel spreadsheet.

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from Q4 | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)[1]** | **94.82** | **93.43** | **80.33** | **80.33** | **-15.3%** | **80.33** | **79.98** | **77.28** | **76.41** |
| High | 95.00 | 95.00 | 85.00 | 85.00 | | 85.00 | 85.00 | 85.00 | 85.00 |
| Low | 94.75 | 85.00 | 72.34 | 72.34 | | 72.34 | 72.34 | 72.00 | 72.00 |
| Standard Deviation | 0.12 | 3.72 | 5.13 | 5.13 | | 5.13 | 4.83 | 5.22 | 5.13 |

### Coking Coal and Steaming Coal Prices




### Consensus Forecasts





© Copyright Consensus Economics Inc. 2019

Nominal, Quarterly Averages, Annual Price Forecasts on Page 3

Survey Date Spot (Sep. 16): **US$25.35**

## *Uranium $U_3O_8$ Forecasts, US$/lb*

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | *% change from spot* | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Credit Suisse** | 35.00 | 40.00 | 40.00 | 40.00 | *57.8%* | 40.00 | 40.80 | 40.80 | 40.80 |
| **UBS** | 26.00 | 30.00 | 32.50 | 37.50 | *47.9%* | 40.00 | 45.00 | 45.00 | 45.00 |
| **BMO** | 32.50 | 35.00 | 35.00 | 35.00 | *38.1%* | 35.00 | 37.50 | 37.50 | 40.00 |
| **Liberum Capital** | 25.00 | 30.00 | 30.00 | 35.00 | *38.1%* | 35.00 | 40.00 | 40.00 | 45.00 |
| **Australia Dept of Industry** | 27.67 | 28.67 | 31.33 | 32.83 | *29.5%* | 33.83 | 35.42 | 37.17 | 38.08 |
| **Investec** | 28.00 | 30.00 | 30.00 | 32.00 | *26.2%* | 32.00 | 35.00 | 35.00 | na |
| **Commonwealth Bank** | 27.00 | 28.00 | 29.00 | 30.00 | *18.3%* | 31.00 | 31.00 | 31.00 | 31.00 |
| **RBC Capital Markets** | 27.50 | 30.00 | 30.00 | 30.00 | *18.3%* | 30.00 | 35.00 | 35.00 | 35.00 |
| **Macquarie** | 25.00 | 26.00 | 26.00 | 28.00 | *10.5%* | 28.00 | 30.00 | 30.00 | 33.00 |
| **Consensus (Mean)** | **28.19** | **30.85** | **31.54** | **33.37** | ***31.6%*** | **33.87** | **36.64** | **36.83** | **38.49** |
| **High** | 35.00 | 40.00 | 40.00 | 40.00 | | 40.00 | 45.00 | 45.00 | 45.00 |
| **Low** | 25.00 | 26.00 | 26.00 | 28.00 | | 28.00 | 30.00 | 30.00 | 31.00 |
| **Standard Deviation** | 3.40 | 4.19 | 4.01 | 3.87 | | 4.17 | 4.77 | 4.75 | 5.22 |

### **Uranium $U_3O_8$,** Spot Price

US$/lb




### Consensus Forecasts v Futures Prices




### **Uranium Futures** – December 2019 Contract (NYMEX)

*US$/lb, Closing Price*




### The Elusive Price Rebound

- Anxieties about disruptions to Middle Eastern crude oil supply do not appear to have had a major effect on uranium.
- The spot price of the atomic fuel has struggled at a low level, just above US$25/lb, despite reduced global production and the rejection of US import quotas in July.
- Opaqueness in supply and demand mechanisms that determine price continue to weigh on the near term outlook.
- Environmental (i.e. pollution) and energy security considerations, as well as high expected demand from China, support long-term optimism, however.

### World Nuclear Electricity Production (2010)

| Producers (% share of World) | | Installed Capacity (Gigawatts) | | Nuclear power as a % of total domestic electricity | |
|---|---|---|---|---|---|
| USA | 30.4% | USA | 101 | France | 75.9% |
| France | 15.6% | France | 63 | Ukraine | 47.3% |
| Japan | 10.4% | Japan | 49 | South Korea | 29.9% |
| Russia | 6.2% | Russia | 24 | Japan | 26.0% |
| S. Korea | 5.4% | Germany | 20 | Germany | 22.6% |

**Uranium** futures began trading on NYMEX in May 2007 in an attempt to introduce greater price transparency. Volumes and liquidity are currently very low (see chart above left).
**Futures Market**: NYMEX **Pricing:** US$/lb **Contract Size**: 250lbs **Trading Months**: 60 consecutive months. **Settlement price:** The final settlement price is the spot-month end price published by UxC.

© Copyright Consensus Economics Inc. 2019

## Aluminium Forecasts, US$/metric tonne, fob

*Nominal, Quarterly Averages*

*Survey Date Spot Price (Sep. 16):* **US$ 1771**

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from spot | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **ANZ** | 2001 | 2076 | 2150 | 2225 | *25.7%* | 2276 | 2326 | 2350 | 2350 |
| **Investec** | 2094 | 2105 | 2105 | 2116 | *19.5%* | 2116 | 2150 | 2150 | na |
| **BMO** | 1875 | 2000 | 2000 | 2100 | *18.6%* | 2100 | 2000 | 2000 | 2000 |
| **China Int'l Capital Corp** | 1833 | 1900 | 1960 | 2007 | *13.3%* | 2060 | 2117 | 2143 | na |
| **TD Economics** | 1808 | 1896 | 1940 | 2006 | *13.3%* | 2006 | na | na | na |
| **Citigroup** | 1900 | 1950 | 2000 | 2000 | *13.0%* | 2050 | 2050 | 2050 | na |
| **Econ Intelligence Unit** | 1830 | 1950 | 2000 | 2000 | *13.0%* | 1950 | 2000 | 2150 | 2250 |
| **Scotiabank** | 1984 | 1984 | 1984 | 1984 | *12.1%* | 1984 | 1984 | 1984 | na |
| **Pezco Economics** | 1840 | 1912 | 1935 | 1959 | *10.6%* | 1970 | 1975 | 1980 | 1985 |
| **Morgan Stanley** | 1830 | 1874 | 1874 | 1940 | *9.6%* | 1940 | 1940 | 1984 | 2028 |
| **Standard Chartered** | 1819 | 1850 | 1887 | 1926 | *8.8%* | 1959 | 1980 | 2000 | na |
| **BIPE - BDO Advisory** | 1810 | 1860 | 1890 | 1920 | *8.4%* | 1900 | 1940 | 1980 | 2000 |
| **Credit Suisse** | 1875 | 1920 | 1920 | 1920 | *8.4%* | 1920 | 1980 | 1980 | 1980 |
| **IHS Markit** | 1847 | 1896 | 1910 | 1915 | *8.2%* | 1909 | 1919 | 1924 | 1925 |
| **Deutsche Bank** | 1775 | 1750 | 1825 | 1900 | *7.3%* | 1950 | 2050 | 2050 | 2050 |
| **CIBC** | 1786 | 1896 | 1896 | 1896 | *7.1%* | 1896 | 2094 | 2094 | 2094 |
| **UBS** | 1852 | 1896 | 1896 | 1896 | *7.1%* | 1896 | 2006 | 2006 | 2006 |
| **Liberum Capital** | 1807 | 1873 | 1873 | 1873 | *5.8%* | 1873 | 1873 | 1873 | 1873 |
| **ABN Amro** | 1825 | 1859 | 1867 | 1852 | *4.6%* | 1865 | na | na | na |
| **Euromonitor International** | 1779 | 1807 | 1822 | 1838 | *3.8%* | 1843 | 1849 | 1864 | 1878 |
| **Oxford Economics** | 1770 | 1805 | 1814 | 1824 | *3.0%* | 1833 | 1842 | 1851 | 1860 |
| **Prometeia** | 1768 | 1801 | 1828 | 1806 | *2.0%* | 1813 | 1826 | 1832 | 1859 |
| **Macquarie** | 1800 | 1800 | 1820 | 1800 | *1.7%* | 1790 | 1780 | 1780 | 1800 |
| **Commonwealth Bank** | 1764 | 1742 | 1764 | 1786 | *0.9%* | 1808 | 1830 | 1852 | 1874 |
| **RBC Capital Markets** | 1764 | 1764 | 1764 | 1764 | *-0.4%* | 1764 | 1764 | 1764 | 1874 |
| **Capital Economics** | 1675 | 1650 | 1675 | 1725 | *-2.6%* | 1775 | 1825 | 1875 | 1925 |
| **Australia Dept of Industry** | 1756 | 1766 | 1703 | 1664 | *-6.0%* | 1668 | 1678 | 1618 | 1581 |
| **Consensus (Mean)** | **1832** | **1873** | **1893** | **1913** | ***8.0%*** | **1923** | **1951** | **1965** | **1960** |
| **High** | 2094 | 2105 | 2150 | 2225 | | 2276 | 2326 | 2350 | 2350 |
| **Low** | 1675 | 1650 | 1675 | 1664 | | 1668 | 1678 | 1618 | 1581 |
| **Standard Deviation** | 85 | 101 | 109 | 123 | | 127 | 140 | 152 | 161 |










### World Aluminium Supply and Demand

(in millions of tonnes)

| World | 2015 | 2016 | 2017 | 2018 | 2019 (May 2019 Consensus Forecasts) | 2020 (May 2019 Consensus Forecasts) |
|---|---|---|---|---|---|---|
| **Supply** | 57.9 | 58.2 | 63.4 | 64.4 | **65.1** | **66.3** |
| **Demand** | 57.4 | 59.0 | 59.2 | 60.1 | **61.9** | **63.2** |
| **Balance** | 0.5 | -0.8 | 4.2 | 4.3 | **3.2** | **3.1** |

Historical Estimates Source: Australian Government Department of Industry

### Weak Fundamentals

- The LME spot price has underwhelmed compared to its equivalent benchmark on the Shanghai Futures Exchange. However, the divergence partly reflects disruptions to Chinese production in August, caused by flooding in the Shandong province.
- Underlying fundamentals appear weak, as illustrated by the ongoing softness in global car sales. However, LME stocks for aluminium remain weak (left chart) and experts claim that financial trades have driven demand. A low spot price (compared to the premium on longer-term contracts) may increase opportunities for arbitrage.

**Aluminium: Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 25 tonnes **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 123 months. **Contracts Traded**: 65,574,126 (2018).


© Copyright Consensus Economics Inc. 2019

*Survey Date Spot Price (Sep. 16)*: **US$ 293.5**

## *Alumina Forecasts, US$/metric tonne, fob*

*Nominal, Quarterly Averages*

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | *% change from spot* | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Credit Suisse** | 380.0 | 340.0 | 360.0 | 360.0 | *22.7%* | 380.0 | 350.0 | 370.0 | 370.0 |
| **Investec** | 346.7 | 327.9 | 327.9 | 357.1 | *21.7%* | 357.1 | 367.1 | 367.1 | na |
| **Capital Economics** | 350.0 | 340.0 | 340.0 | 345.0 | *17.5%* | 355.0 | 365.0 | 375.0 | 385.0 |
| **Macquarie** | 330.0 | 330.0 | 340.0 | 340.0 | *15.8%* | 340.0 | 330.0 | 330.0 | 330.0 |
| **BMO** | 350.0 | 336.0 | 336.0 | 331.5 | *12.9%* | 331.5 | 327.1 | 327.1 | 327.1 |
| **Morgan Stanley** | 350.0 | 340.0 | 335.0 | 330.0 | *12.4%* | 335.0 | 340.0 | 340.0 | 340.0 |
| **RBC Capital Markets** | 325.0 | 325.0 | 325.0 | 325.0 | *10.7%* | 325.0 | 325.0 | 325.0 | 325.0 |
| **UBS** | 300.0 | 325.0 | 325.0 | 325.0 | *10.7%* | 325.0 | 350.0 | 350.0 | 350.0 |
| **Liberum Capital** | 310.0 | 320.0 | 320.0 | 320.0 | *9.0%* | 320.0 | 325.0 | 325.0 | 325.0 |
| **China Int'l Capital Corp** | 301.7 | 311.7 | 311.7 | 311.7 | *6.2%* | 313.7 | 337.0 | 337.0 | na |
| **Australia Dept of Industry** | 360.0 | 372.9 | 355.1 | 305.9 | *4.2%* | 347.4 | 354.2 | 337.4 | 298.0 |
| **Consensus (Mean)** | **336.7** | **333.5** | **334.2** | **331.9** | ***13.1%*** | **339.1** | **342.8** | **344.0** | **338.9** |
| **High** | 380.0 | 372.9 | 360.0 | 360.0 | | 380.0 | 367.1 | 375.0 | 385.0 |
| **Low** | 300.0 | 311.7 | 311.7 | 305.9 | | 313.7 | 325.0 | 325.0 | 298.0 |
| **Standard Deviation** | 25.5 | 15.9 | 14.5 | 17.3 | | 19.5 | 15.5 | 18.8 | 26.2 |

### Alumina, Metallurgical Grade, Spot Price

US$/metric tonne




### Alumina Consensus Forecasts v Futures

US$/metric tonne




**Alumina** is derived from bauxite ore and is used to produce primary aluminium at a ratio of two tonnes of alumina per tonne of aluminium. Prices can be linked to the LME primary aluminium price.

**Aluminium Alloy** prices provide a reference basis for the secondary aluminium market. **Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 20 tonnes **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 27 months. **Contracts Traded**: 57,478 (2018).

### World Production of Alumina (130 million tonnes, 2018)

| Producer | % of world total |
|---|---|
| 1. China | 55.4% |
| 2. Australia | 14.6% |
| 3. Brazil | 6.1% |
| 4. India | 5.0% |

### Aluminium Alloy, Spot Price, LME

US$/metric tonne




### Aluminium vs Aluminium Alloy, Spot Price Differential

US$/metric tonne




© Copyright Consensus Economics Inc. 2019

## Copper, Grade A, Forecasts, US$/metric tonne, fob

Survey Date Spot Price (Sep. 16): **US$ 5877**

Nominal, Quarterly Averages

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from spot | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| BMO | 6300 | 6600 | 7250 | 7500 | 27.6% | 7250 | 7000 | 7000 | 6800 |
| Investec | 6283 | 6944 | 6944 | 7055 | 20.0% | 7055 | 7606 | 7606 | na |
| ANZ | 6101 | 6501 | 6751 | 6651 | 13.2% | 6552 | 6702 | 6901 | 7102 |
| Scotiabank | 6173 | 6614 | 6614 | 6614 | 12.5% | 6614 | 7165 | 7165 | na |
| RBC Capital Markets | 6063 | 6614 | 6614 | 6614 | 12.5% | 6614 | 6614 | 6614 | 6614 |
| Liberum Capital | 6171 | 6612 | 6612 | 6612 | 12.5% | 6612 | 6612 | 6612 | 6612 |
| Citigroup | 6500 | 6800 | 6800 | 6600 | 12.3% | 6600 | 7500 | 7500 | na |
| Morgan Stanley | 6504 | 6680 | 6724 | 6548 | 11.4% | 6504 | 6504 | 6504 | 6504 |
| ABN Amro | 6077 | 6404 | 6456 | 6416 | 9.2% | 6581 | na | na | na |
| Standard Chartered | 6000 | 6150 | 6275 | 6400 | 8.9% | 6500 | 6160 | 6300 | na |
| TD Economics | 6107 | 6261 | 6349 | 6393 | 8.8% | 6393 | na | na | na |
| IHS Markit | 6231 | 6419 | 6413 | 6391 | 8.8% | 6250 | 6291 | 6352 | 6399 |
| Australia Dept of Industry | 5560 | 5950 | 6250 | 6380 | 8.6% | 6190 | 6630 | 6770 | 6710 |
| Pezco Economics | 6043 | 6206 | 6283 | 6360 | 8.2% | 6437 | 6473 | 6489 | 6506 |
| Capital Economics | 5800 | 5900 | 6100 | 6300 | 7.2% | 6600 | 6900 | 7075 | 7225 |
| Prometeia | 6099 | 6243 | 6326 | 6288 | 7.0% | 6283 | 6275 | 6241 | 6379 |
| Deutsche Bank | 6750 | 6300 | 6200 | 6200 | 5.5% | 6200 | 6000 | 6000 | 6000 |
| Econ Intelligence Unit | 5950 | 6080 | 6150 | 6200 | 5.5% | 6250 | 6350 | 6420 | 6500 |
| Societe Generale | 5800 | 5900 | 6000 | 6200 | 5.5% | 6200 | 6500 | 6500 | 6500 |
| Oxford Economics | 5869 | 5987 | 6106 | 6198 | 5.5% | 6260 | 6323 | 6386 | 6450 |
| UBS | 5952 | 6173 | 6173 | 6173 | 5.0% | 6173 | 6614 | 6614 | 6614 |
| Credit Suisse | 6500 | 6400 | 6170 | 6170 | 5.0% | 5950 | 5950 | 5950 | 5950 |
| Banco de Credito del Peru | 5732 | 5732 | 5842 | 6063 | 3.2% | 6063 | 6173 | 6173 | na |
| Euromonitor International | 5894 | 5967 | 5981 | 5998 | 2.1% | 5973 | 5953 | 5970 | 5990 |
| China Int'l Capital Corp | 6005 | 5988 | 5988 | 5988 | 1.9% | 5995 | 6169 | 6171 | na |
| Commonwealth Bank | 5622 | 5512 | 5622 | 5732 | -2.5% | 5842 | 5952 | 6063 | 6173 |
| CIBC | 6063 | 5732 | 5732 | 5732 | -2.5% | 5732 | 6393 | 6393 | 6393 |
| Macquarie | 5500 | 5500 | 5600 | 5600 | -4.7% | 5700 | 5800 | 5900 | 6000 |
| **Consensus (Mean)** | **6059** | **6220** | **6297** | **6335** | **7.8%** | **6335** | **6485** | **6526** | **6471** |
| High | 6750 | 6944 | 7250 | 7500 | | 7250 | 7606 | 7606 | 7225 |
| Low | 5500 | 5500 | 5600 | 5600 | | 5700 | 5800 | 5900 | 5950 |
| Standard Deviation | 293 | 378 | 395 | 387 | | 360 | 460 | 459 | 344 |

### Copper, Spot Price, London Metal Exchange (LME)




### Consensus Forecasts v Futures Prices




### Copper 3-Month Forward Prices and Warehouse Stocks, LME

US$/metric tonne, Daily High/Low/Close




### Constrained by Economic Slowdown

- Copper has been stifled by negative sentiment surrounding the global economy, which has lost momentum against a backdrop of extreme geopolitical uncertainty.
- The US-China trade standoff, in particular, continues to sap investor confidence. Though the gloomier outlook may tempt Beijing to support its economy with additional fiscal stimulus, it must balance spending against a pledge to rein in the build up of debt.
- Safe haven assets, including government bonds and gold (page 20), have benefited from a rush to limit risk exposure.

### World Copper Supply and Demand

(in millions of tonnes)

| World | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| | | | | | May 2019 Consensus Forecasts | |
| Supply | 22.8 | 23.4 | 23.6 | 24.1 | 24.3 | 24.9 |
| Demand | 23.1 | 23.5 | 23.7 | 24.5 | 24.5 | 24.9 |
| Balance | -0.3 | -0.1 | -0.1 | -0.4 | -0.2 | 0.0 |

Historical Estimates Source: International Copper Study Group (ICSG)

**Copper: Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 25 tonnes **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 123 months. **Contracts Traded**: 38,599,069 (2018). **US Futures Market:** COMEX **Pricing**: USc/lb **Lot Size**: 25,000lbs **Deliverability**: 24 consecutive months.



© Copyright Consensus Economics Inc. 2019

## Nickel Forecasts, US$/metric tonne, fob

Nominal, Quarterly Averages

| Survey Date Spot Price (Sep. 16): US$ 17295 | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from spot | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| Deutsche Bank | 17485 | 17250 | 17750 | 18500 | 7.0% | 19000 | 19500 | 19500 | 19500 |
| BMO | 21000 | 21500 | 20000 | 18000 | 4.1% | 16500 | 16000 | 16000 | 16000 |
| ABN Amro | 17823 | 17669 | 18029 | 17799 | 2.9% | 18388 | na | na | na |
| ANZ | 18254 | 18379 | 18129 | 17754 | 2.7% | 17878 | 18379 | 18755 | 18755 |
| CIBC | 14110 | 17637 | 17637 | 17637 | 2.0% | 17637 | 17196 | 17196 | 17196 |
| BIPE - BDO Advisory | 16180 | 16730 | 16950 | 17250 | -0.3% | 17600 | 17800 | 17900 | 18000 |
| Prometeia | 17797 | 16844 | 16360 | 15806 | -8.6% | 15579 | 15523 | 15541 | 15825 |
| Australia Dept of Industry | 15046 | 16500 | 15560 | 15560 | -10.0% | 15560 | 17325 | 16001 | 16338 |
| Commonwealth Bank | 15763 | 15432 | 15543 | 15543 | -10.1% | 15653 | 15653 | 15763 | 15763 |
| Oxford Economics | 15500 | 15190 | 15038 | 15113 | -12.6% | 15189 | 15265 | 15341 | 15418 |
| Citigroup | 13500 | 13500 | 14000 | 14500 | -16.2% | 14000 | 14000 | 14000 | na |
| Standard Chartered | 14750 | 14620 | 14750 | 14500 | -16.2% | 14650 | 14900 | 15100 | na |
| UBS | 14330 | 13779 | 13779 | 14330 | -17.1% | 15432 | 17086 | 18188 | 18188 |
| Capital Economics | 18000 | 17000 | 15000 | 14250 | -17.6% | 14750 | 15125 | 15375 | 15625 |
| Macquarie | 11000 | 12000 | 13000 | 14000 | -19.1% | 14000 | 15000 | 15000 | 16000 |
| TD Economics | 13007 | 13007 | 13492 | 13999 | -19.1% | 13999 | na | na | na |
| Investec | 12346 | 12787 | 12787 | 13669 | -21.0% | 13669 | 13889 | 13889 | na |
| IHS Markit | 13407 | 13599 | 13536 | 13667 | -21.0% | 13975 | 14319 | 14342 | 14605 |
| Pezco Economics | 13673 | 13112 | 13437 | 13600 | -21.4% | 13677 | 13711 | 13745 | 13779 |
| China Int'l Capital Corp | 12640 | 12713 | 13522 | 13375 | -22.7% | 13301 | 13705 | 14514 | na |
| Scotiabank | 12566 | 13228 | 13228 | 13228 | -23.5% | 13228 | 15432 | 15432 | na |
| Morgan Stanley | 12346 | 12346 | 12346 | 13228 | -23.5% | 14330 | 15432 | 16535 | 16755 |
| RBC Capital Markets | 12676 | 13228 | 13228 | 13228 | -23.5% | 13228 | 14330 | 14330 | 14330 |
| Liberum Capital | 14326 | 13224 | 13224 | 13224 | -23.5% | 13224 | 13224 | 13224 | 13224 |
| Credit Suisse | 12345 | 12900 | 12900 | 12900 | -25.4% | 12900 | 13225 | 13225 | 13225 |
| Econ Intelligence Unit | 15200 | 13500 | 13270 | 12162 | -29.7% | 12419 | 12713 | 13154 | 13010 |
| Euromonitor International | 11986 | 12128 | 12127 | 12141 | -29.8% | 12056 | 11991 | 12020 | 12057 |
| **Consensus (Mean)** | **14706** | **14807** | **14764** | **14776** | **-14.6%** | **14882** | **15229** | **15363** | **15680** |
| High | 21000 | 21500 | 20000 | 18500 | | 19000 | 19500 | 19500 | 19500 |
| Low | 11000 | 12000 | 12127 | 12141 | | 12056 | 11991 | 12020 | 12057 |
| Standard Deviation | 2425 | 2391 | 2111 | 1896 | | 1890 | 1849 | 1867 | 2037 |

### Nickel Spot Price, London Metal Exchange (LME)




### Consensus Forecasts v Futures Prices




### Nickel 3-Month Forward Prices and Warehouse Stocks, LME

US$/metric tonne, Daily High/Low/Close




### Blistering Price Rise

- Nickel's dramatic surge peaked above US$18500/T on September 2, a five year high. The spike tailed off in the run up to our September 16 survey date, but price remains 63.2% above its end-2018 value.
- Confirming earlier speculation, Indonesia announced a ban on all nickel ore exports from January 2020, bringing forward previous plans by two years in a bid to enhance its own smelting industry.
- Further revisions to individual panellist price forecasts could occur due to the likely impact of this on nickel supply chains.

### World Nickel Supply and Demand

(in thousands of tonnes)

| World | 2015 | 2016 | 2017 | 2018 | 2019 (May 2019 Consensus Forecasts) | 2020 (May 2019 Consensus Forecasts) |
|---|---|---|---|---|---|---|
| Supply | 1973 | 1989 | 2070 | 2182 | 2278 | 2375 |
| Demand | 1881 | 2033 | 2184 | 2328 | 2347 | 2411 |
| **Balance** | 92 | -44 | -114 | -146 | -69 | -36 |

Historical Estimates Source: International Nickel Study Group (INSG)

**Nickel** prices are closely related to demand from stainless steel producers who account for about two-thirds of total demand. **Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 6 tonnes **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 63 months. **Contracts Traded**: 24,011,101 (2018).

© Copyright Consensus Economics Inc. 2019

*Survey Date Spot Price (Sep. 16):* **US$ 2104**

## *Lead Forecasts, US$/metric tonne, fob*

*Nominal, Quarterly Averages*

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from spot | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| RBC Capital Markets | 1984 | 2205 | 2205 | 2205 | 4.8% | 2205 | 2205 | 2205 | 2205 |
| Pezco Economics | 2058 | 2080 | 2106 | 2132 | 1.3% | 2158 | 2170 | 2175 | 2181 |
| Econ Intelligence Unit | 2000 | 2040 | 2020 | 2100 | -0.2% | 2100 | 2200 | 2250 | 2200 |
| Investec | 1984 | 2028 | 2028 | 2072 | -1.5% | 2072 | 2116 | 2116 | na |
| Commonwealth Bank | 1962 | 1918 | 1984 | 2050 | -2.6% | 2125 | 2067 | 2079 | 2090 |
| ANZ | 2026 | 2101 | 2076 | 2050 | -2.6% | 2076 | 2050 | 1999 | 1999 |
| IHS Markit | 1900 | 1995 | 2023 | 2033 | -3.4% | 2048 | 2062 | 2065 | 2070 |
| Citigroup | 1900 | 1800 | 1900 | 2000 | -4.9% | 2000 | 2100 | 2100 | na |
| Standard Chartered | 2015 | 2018 | 2007 | 1989 | -5.5% | 1985 | 1975 | 1980 | na |
| Morgan Stanley | 2028 | 2028 | 2028 | 1984 | -5.7% | 1984 | 1984 | 1984 | 1984 |
| Euromonitor International | 1927 | 1955 | 1970 | 1982 | -5.8% | 1983 | 1983 | 1990 | 1995 |
| Oxford Economics | 1945 | 1945 | 1945 | 1945 | -7.5% | 1946 | 1946 | 1946 | 1946 |
| UBS | 1984 | 1940 | 1940 | 1940 | -7.8% | 1940 | 1918 | 1918 | 1918 |
| Deutsche Bank | 1900 | 1900 | 1900 | 1900 | -9.7% | 1900 | 1850 | 1850 | 1850 |
| Banco de Credito del Peru | 1874 | 1764 | 1830 | 1874 | -10.9% | 1896 | 2094 | 2094 | na |
| Liberum Capital | 1984 | 1873 | 1873 | 1873 | -11.0% | 1873 | 1873 | 1873 | 1873 |
| Capital Economics | 1850 | 1815 | 1840 | 1865 | -11.4% | 1890 | 1915 | 1940 | 1965 |
| Credit Suisse | 1950 | 1850 | 1850 | 1850 | -12.1% | 1850 | 1900 | 1900 | 1900 |
| BMO | 1800 | 1850 | 1850 | 1825 | -13.3% | 1825 | 1800 | 1800 | 1800 |
| China Int'l Capital Corp | 1925 | 1925 | 1850 | 1825 | -13.3% | 1850 | 1850 | 1850 | na |
| Prometeia | 1946 | 1863 | 1768 | 1776 | -15.6% | 1793 | 1808 | 1810 | 1831 |
| Macquarie | 1700 | 1800 | 1700 | 1700 | -19.2% | 1700 | 1800 | 1800 | 1800 |
| **Consensus (Mean)** | **1938** | **1941** | **1941** | **1953** | **-7.2%** | **1964** | **1985** | **1987** | **1977** |
| High | 2058 | 2205 | 2205 | 2205 | | 2205 | 2205 | 2250 | 2205 |
| Low | 1700 | 1764 | 1700 | 1700 | | 1700 | 1800 | 1800 | 1800 |
| Standard Deviation | 82 | 112 | 118 | 124 | | 127 | 130 | 134 | 134 |










### Doubts Over Price Resilience

- As with zinc (next page), recent data illustrated that demand for lead outweighed supply in the first half of the year. Ongoing capacity restraints are supportive of prices, but doubts surround the extent to which smelter output restrictions will continue in China, a key producer of the base metal. Beijing's targeted anti-pollution drive has been partly blamed for the economy's recent slump in industrial production.
- US Fed rate cuts to ease concerns about the ailing global economy might underpin demand for industrial metals.

### World Lead Supply and Demand

(in millions of tonnes)

May 2019 Consensus Forecasts

| World | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Supply | 11.0 | 11.2 | 11.6 | 11.6 | **11.9** | **11.9** |
| Demand | 10.9 | 11.1 | 11.7 | 11.7 | **11.8** | **12.0** |
| Balance | 0.1 | 0.1 | -0.1 | -0.1 | **0.1** | **-0.1** |

Historical Estimates Source: International Lead and Zinc Study Group (ILZSG)

The price of **Lead**, which is used mainly for batteries, can be related to that of zinc as the metals are co-produced. **Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 25 tonnes **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 63 months. **Contracts Traded**: 13,437,086 (2018).



© Copyright Consensus Economics Inc. 2019

## Zinc, Special High Grade, Forecasts, US$/MT, fob

*Nominal, Quarterly Averages*

*Survey Date Spot Price (Sep. 16)*: **US$ 2389**

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from spot | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Investec** | 2756 | 2866 | 2866 | 2976 | *24.6%* | 2976 | 2811 | 2811 | na |
| **RBC Capital Markets** | 2756 | 2756 | 2756 | 2756 | *15.4%* | 2756 | 2535 | 2535 | 2535 |
| **Pezco Economics** | 2537 | 2647 | 2680 | 2713 | *13.6%* | 2745 | 2761 | 2768 | 2775 |
| **China Int'l Capital Corp** | 3200 | 3000 | 2800 | 2700 | *13.0%* | 2700 | 2700 | 2700 | na |
| **Oxford Economics** | 2350 | 2515 | 2615 | 2694 | *12.7%* | 2707 | 2721 | 2734 | 2748 |
| **Scotiabank** | 2690 | 2646 | 2646 | 2646 | *10.7%* | 2646 | 2535 | 2535 | na |
| **IHS Markit** | 2497 | 2667 | 2600 | 2546 | *6.6%* | 2526 | 2554 | 2570 | 2566 |
| **BIPE - BDO Advisory** | 2380 | 2400 | 2450 | 2500 | *4.6%* | 2450 | 2500 | 2550 | 2600 |
| **Econ Intelligence Unit** | 2460 | 2450 | 2540 | 2480 | *3.8%* | 2500 | 2500 | 2600 | 2550 |
| **CIBC** | 2535 | 2469 | 2469 | 2469 | *3.4%* | 2469 | 2535 | 2535 | 2535 |
| **Standard Chartered** | 2410 | 2425 | 2415 | 2430 | *1.7%* | 2420 | 2300 | 2350 | na |
| **Banco de Credito del Peru** | 2403 | 2315 | 2315 | 2425 | *1.5%* | 2425 | 2425 | 2425 | na |
| **Liberum Capital** | 2424 | 2424 | 2424 | 2424 | *1.5%* | 2424 | 1984 | 1984 | 1984 |
| **ABN Amro** | 2281 | 2349 | 2387 | 2412 | *1.0%* | 2444 | na | na | na |
| **Euromonitor International** | 2486 | 2470 | 2438 | 2411 | *0.9%* | 2372 | 2339 | 2320 | 2304 |
| **ANZ** | 2425 | 2476 | 2426 | 2401 | *0.5%* | 2401 | 2401 | 2450 | 2575 |
| **Australia Dept of Industry** | 2560 | 2480 | 2480 | 2400 | *0.5%* | 2400 | 2400 | 2400 | 2400 |
| **BMO** | 2500 | 2400 | 2400 | 2375 | *-0.6%* | 2375 | 2250 | 2250 | 2250 |
| **Commonwealth Bank** | 2205 | 2094 | 2205 | 2315 | *-3.1%* | 2425 | 2535 | 2646 | 2756 |
| **Credit Suisse** | 2400 | 2300 | 2300 | 2300 | *-3.7%* | 2300 | 2340 | 2340 | 2340 |
| **Deutsche Bank** | 2250 | 2200 | 2250 | 2300 | *-3.7%* | 2400 | 2500 | 2500 | 2500 |
| **Prometeia** | 2468 | 2326 | 2239 | 2205 | *-7.7%* | 2241 | 2281 | 2295 | 2360 |
| **Morgan Stanley** | 2425 | 2315 | 2205 | 2205 | *-7.7%* | 2205 | 2315 | 2315 | 2425 |
| **Citigroup** | 2200 | 2100 | 2100 | 2200 | *-7.9%* | 2200 | 2200 | 2200 | na |
| **UBS** | 2271 | 2205 | 2205 | 2094 | *-12.3%* | 2094 | 2050 | 2050 | 2050 |
| **Capital Economics** | 2075 | 2000 | 2000 | 2050 | *-14.2%* | 2150 | 2265 | 2340 | 2365 |
| **Macquarie** | 2050 | 2000 | 2100 | 2050 | *-14.2%* | 2100 | 2100 | 2100 | 2150 |
| **Consensus (Mean)** | **2444** | **2418** | **2419** | **2425** | ***1.5%*** | **2439** | **2417** | **2435** | **2438** |
| **High** | 3200 | 3000 | 2866 | 2976 | | 2976 | 2811 | 2811 | 2775 |
| **Low** | 2050 | 2000 | 2000 | 2050 | | 2094 | 1984 | 1984 | 1984 |
| **Standard Deviation** | 231 | 243 | 222 | 224 | | 213 | 211 | 217 | 220 |










### Divided Views on Price Outlook

- Fears over global macro stability have clouded the price outlook for zinc, due to its effect on supply/demand dynamics. Figures from the International Lead and Zinc Study Group showed that though mining supply increased in the first half of 2019 compared to 2018, the overall market deficit widened as refined output fell in the period, due to bottlenecks in the supply chain.
- Persistently low inventories (left chart) may provide some support, but sustained price gains may be difficult unless external eco-political risks recede.

### World Zinc Supply and Demand

(in millions of tonnes)

May 2019 Consensus Forecasts

| World | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| Supply | 13.8 | 13.6 | 13.3 | 13.3 | **13.7** | **14.2** |
| Demand | 13.6 | 13.7 | 13.7 | 13.7 | **14.0** | **14.2** |
| Balance | 0.2 | -0.1 | -0.4 | -0.4 | **-0.3** | **0.0** |

Historical Estimates Source: International Lead and Zinc Study Group (ILZSG)

**Zinc's** primary use is in galvanising steel. **Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 25 tonnes (+/- 2%) **Delivery Dates**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 63 months. **Contracts Traded**: 33,430,054 (2018).

© Copyright Consensus Economics Inc. 2019

*Nominal, Quarterly Averages*

| Survey Date Spot Price (Sep. 16): **US$530.0 e** | **Hot Rolled Coil (Europe, Domestic) Forecasts**, US$/metric tonne, fob | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from spot | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
| Econ Intelligence Unit | 543.0 | 527.0 | 562.0 | 592.0 | 11.7% | 550.0 | 575.0 | 628.0 | 663.0 |
| Macquarie | 580.0 | 610.0 | 600.0 | 585.0 | 10.4% | 585.0 | 540.0 | 540.0 | 540.0 |
| IHS Markit | 555.0 | 549.0 | 560.0 | 565.0 | 6.6% | 587.0 | 600.0 | 616.8 | 609.3 |
| MEPS | 515.0 | 535.0 | 570.0 | 555.0 | 4.7% | 545.0 | 545.0 | 535.0 | 525.0 |
| Morgan Stanley | 548.2 | 565.9 | 556.0 | 540.3 | 1.9% | 519.6 | 520.1 | 503.6 | 493.3 |
| Oxford Economics | 526.4 | 526.7 | 527.4 | 528.0 | -0.4% | 528.6 | 529.7 | 530.8 | 531.8 |
| **Consensus (Mean)** | **544.6** | **552.3** | **562.6** | **560.9** | **5.8%** | **552.5** | **551.6** | **559.0** | **560.4** |
| High | 580.0 | 610.0 | 600.0 | 592.0 | | 587.0 | 600.0 | 628.0 | 663.0 |
| Low | 515.0 | 526.7 | 527.4 | 528.0 | | 519.6 | 520.1 | 503.6 | 493.3 |
| Standard Deviation | 22.7 | 32.0 | 23.4 | 24.9 | | 28.2 | 30.1 | 50.8 | 63.1 |

| Survey Date Spot Price (Sep. 16): **US$630.0 e** | **Hot Rolled Coil (USA, Domestic) Forecasts**, US$/short ton, fob | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from spot | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
| **Consensus (Mean)**[1] | **613.5** | **642.4** | **638.0** | **637.5** | **1.2%** | **639.4** | **626.5** | **624.7** | **593.5** |
| High | 720.0 | 750.0 | 754.3 | 780.7 | | 796.4 | 800.3 | 802.7 | 660.0 |
| Low | 550.0 | 515.0 | 490.0 | 475.0 | | 490.0 | 505.0 | 520.0 | 530.0 |
| Standard Deviation | 68.4 | 80.0 | 86.5 | 91.6 | | 91.1 | 85.9 | 84.1 | 44.3 |

| Survey Date Spot Price (Sep. 16): **US$ 445.0 e** | **Hot Rolled Coil (China, Domestic) Forecasts**, US$/metric tonne, fob | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from spot | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
| **Consensus (Mean)**[1] | **484.9** | **487.4** | **499.6** | **491.5** | **10.4%** | **490.7** | **484.8** | **486.5** | **484.5** |
| High | 530.0 | 520.0 | 530.0 | 520.0 | | 530.0 | 520.0 | 520.0 | 520.0 |
| Low | 420.0 | 420.0 | 460.0 | 455.0 | | 450.0 | 450.0 | 450.0 | 450.0 |
| Standard Deviation | 46.0 | 42.7 | 28.8 | 28.7 | | 35.1 | 33.6 | 34.8 | 34.1 |

[1] Individual forecasts available in the Excel spreadsheet.

**Steel – Hot Rolled Coil (HRC) Prices** (MEPS)




### Demand Ebbs as Global Growth Slows

- A surge in Chinese production in the first half of 2019 and a slowdown in global demand have kept steel prices in check, with the drop in US prices from their September 2018 peak the most pronounced.
- Input costs for steel have been volatile in recent months. While disruptions to iron ore supplies have eased, pulling prices back to six month lows, nickel prices have soared ahead of planned restrictions on ore exports by the Indonesian government.
- Pollution related restrictions on factory output ahead of 70th anniversary celebrations of the People's Republic of China next month could offer short term respite to prices, while demand could be supported by a fresh wave of global monetary and fiscal stimulus.

**Steel Production and Consumption** (2018)

| Producers | % of world total | Consumers | % of world total |
|---|---|---|---|
| 1. China | 51.3 | 1. China | 48.8 |
| 2. India | 5.9 | 2. United States | 5.9 |
| 3. Japan | 5.8 | 3. India | 5.6 |
| 4. United States | 4.8 | 4. Japan | 3.8 |
| EU | 9.2 | EU | 9.9 |

**Steel Prices** are generally set in contracts between major producers and their clients. However, the London Metal Exchange offers a number of steel billet contracts for delivery to locations across Europe, Asia and North America. While there are many varieties of steel, Hot Rolled Coil (HRC) is a commonly referenced price, but regional complexities prevent the emergence of a clear benchmark at present.



© Copyright Consensus Economics Inc. 2019

*Nominal, Quarterly Averages*

**Consensus Price for Q4 2019: US$88.50 e**

## *North China Fines Iron Ore Forecasts, US$/dry metric tonne, cfr*

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from Q4 | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| Pezco Economics | 87.17 | 91.53 | 96.11 | 97.55 | 10.2% | 100.96 | 102.98 | 103.50 | 103.81 |
| Euromonitor International | 103.68 | 101.95 | 99.53 | 97.54 | 10.2% | 95.15 | 93.19 | 92.11 | 91.20 |
| CIBC | 93.00 | 85.00 | 85.00 | 85.00 | -4.0% | 85.00 | 87.00 | 87.00 | 87.00 |
| Credit Suisse | 95.00 | 90.00 | 85.00 | 85.00 | -4.0% | 80.00 | 75.00 | 75.00 | 75.00 |
| Citigroup | 95.00 | 85.00 | 80.00 | 80.00 | -9.6% | 75.00 | 60.00 | 60.00 | na |
| Macquarie | 95.00 | 88.00 | 80.00 | 80.00 | -9.6% | 75.00 | 72.90 | 70.00 | 68.20 |
| Investec | 95.00 | 82.00 | 82.00 | 78.00 | -11.9% | 78.00 | 74.00 | 74.00 | na |
| ANZ | 95.00 | 87.50 | 82.50 | 77.50 | -12.4% | 75.00 | 68.50 | 62.00 | 62.50 |
| BMO | 80.00 | 80.00 | 80.00 | 75.00 | -15.3% | 75.00 | 70.00 | 70.00 | 70.00 |
| Deutsche Bank | 82.00 | 80.00 | 80.00 | 75.00 | -15.3% | 75.00 | 72.50 | 72.50 | 72.50 |
| Morgan Stanley | 90.00 | 90.00 | 80.00 | 75.00 | -15.3% | 70.00 | 70.00 | 65.00 | 62.50 |
| UBS | 90.00 | 90.00 | 80.00 | 75.00 | -15.3% | 75.00 | 70.00 | 70.00 | 70.00 |
| Scotiabank | 90.38 | 71.88 | 71.88 | 71.88 | -18.8% | 71.88 | 65.00 | 65.00 | na |
| Oxford Economics | 90.00 | 81.84 | 76.26 | 71.54 | -19.2% | 68.30 | 65.10 | 62.31 | 60.08 |
| Capital Economics | 85.00 | 77.50 | 72.50 | 70.00 | -20.9% | 70.00 | 69.50 | 68.50 | 67.50 |
| Commonwealth Bank | 85.00 | 80.00 | 75.00 | 70.00 | -20.9% | 67.00 | 66.00 | 65.00 | 65.00 |
| IHS Markit | 80.33 | 76.00 | 72.00 | 66.50 | -24.9% | 68.00 | 71.00 | 68.34 | 66.00 |
| RBC Capital Markets | 75.00 | 75.00 | 75.00 | 55.00 | -37.9% | 55.00 | 60.00 | 60.00 | 60.00 |
| Liberum Capital | 75.00 | 50.00 | 50.00 | 50.00 | -43.5% | 50.00 | 45.00 | 45.00 | 45.00 |
| **Consensus (Mean)** | **88.50** | **82.27** | **79.09** | **75.55** | **-14.6%** | **74.17** | **71.46** | **70.28** | **70.39** |
| High | 103.68 | 101.95 | 99.53 | 97.55 | | 100.96 | 102.98 | 103.50 | 103.81 |
| Low | 75.00 | 50.00 | 50.00 | 50.00 | | 50.00 | 45.00 | 45.00 | 45.00 |
| Standard Deviation | 7.62 | 10.56 | 10.10 | 11.65 | | 11.65 | 12.52 | 12.85 | 13.90 |

**Consensus Price for Q4 2019: US$78.99 e**

## *Australian Fines Iron Ore Forecasts, US$/dry metric tonne, fob*

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from Q4 | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)**[1] | **78.99** | **72.96** | **68.68** | **64.55** | **-18.3%** | **61.89** | **57.28** | **56.35** | **54.43** |
| High | 88.00 | 89.00 | 89.00 | 90.00 | | 86.00 | 67.00 | 67.00 | 65.50 |
| Low | 65.00 | 38.00 | 38.00 | 38.00 | | 38.00 | 33.00 | 33.00 | 33.00 |
| Standard Deviation | 8.71 | 14.37 | 13.11 | 14.77 | | 13.35 | 10.64 | 10.23 | 9.83 |

**Q4 2019: US$95.45 e**

## *Australian Lump Iron Ore Forecasts, US$/dry metric tonne, fob*

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from Q4 | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)**[1] | **95.45** | **86.67** | **81.56** | **75.86** | **-20.5%** | **73.61** | **71.02** | **70.71** | **66.01** |
| High | 112.65 | 100.20 | 99.92 | 95.18 | | 95.18 | 89.94 | 89.94 | 77.49 |
| Low | 80.00 | 53.00 | 53.00 | 53.00 | | 53.00 | 48.00 | 48.00 | 48.00 |
| Standard Deviation | 11.60 | 16.78 | 14.44 | 15.20 | | 14.11 | 13.80 | 13.96 | 10.94 |

**Consensus Price for Q4 2019: US$74.54 e**

## *Brazilian Fines Iron Ore Forecasts, US$/dry metric tonne, cfr*

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from Q4 | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Consensus (Mean)**[1] | **74.54** | **73.96** | **68.87** | **66.41** | **-10.9%** | **60.84** | **64.63** | **62.04** | **60.15** |
| High | 76.71 | 80.55 | 84.58 | 85.84 | | 88.85 | 90.63 | 91.08 | 91.35 |
| Low | 73.00 | 69.35 | 61.00 | 54.00 | | 46.17 | 49.50 | 44.50 | 42.00 |
| Standard Deviation | 1.94 | 5.85 | 13.60 | 17.04 | | 24.27 | 22.61 | 25.33 | 27.14 |

[1] Individual forecasts available in the Excel spreadsheet service.

Until April 2014, **Iron ore** was traded in world markets under contracts, with prices set by negotiation between iron ore producers and steel manufacturers. Three suppliers, Vale, Rio Tinto and BHP Billiton account for most ocean trade in iron ore, of which China remains by far the largest consumer. Fines are the most heavily traded category, while lump has generally traded at a premium price. The annual benchmark price system has been dropped in favour of quarterly prices based on prior average daily spot prices.

### Consensus Forecast Prices




### Fines and Lump Iron Ore Prices

*US$ per dry metric tonne*




### Baltic Capesize Index of Shipping Rates




© Copyright Consensus Economics Inc. 2019 

Forecasts for the metals shown on this and the next page are nominal, quarterly averages and were provided to us by the following leading commodity price forecasters:

| | | |
|---|---|---|
| *ANZ* | *ABN Amro* | *Bank of America – Merrill Lynch* |
| *BMO* | *BNP Paribas* | *Capital Economics* |
| *Citigroup* | *Commonwealth Bank* | *China International Capital Corp.* |
| *Credit Suisse* | *Deutsche Bank* | *Euromonitor* |
| *Economist Intelligence Unit* | *IHS Markit* | *Investec* |
| *Liberum* | *Macquarie* | *Morgan Stanley* |
| *Oxford Economics* | *Pezco Economics* | *Prometeia* |
| *SG Commodity Research* | *Standard Chartered* | *UBS* |

**Individual panellist forecasts for these minerals are in the Excel spreadsheet.**

SEPTEMBER 2019

## TIN

*(Nominal, Quarterly Averages)*

| *US$/metric tonne* | Consensus (Mean) | % change from spot | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **16750** | | | |
| **Dec 2019** | **18422** | *10.0%* | 21000 | 17000 |
| **Mar 2020** | **18907** | *12.9%* | 22046 | 17125 |
| **Jun 2020** | **19417** | *15.9%* | 23149 | 17350 |
| **Sep 2020** | **19705** | *17.6%* | 24251 | 17250 |
| **Dec 2020** | **19820** | *18.3%* | 24251 | 17200 |
| **Mar 2021** | **19882** | *18.7%* | 24251 | 17000 |
| **Jun 2021** | **19936** | *19.0%* | 24251 | 17250 |
| **Sep 2021** | **20159** | *20.4%* | 24251 | 17200 |




**Tin** has its physical spot market centred in Kuala Lumpur with the LME recognised as the principal hedging market.

**Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 5 tonnes (+/- 2%) **Delivery Options**: Daily for cash to 3 month contracts, Wednesdays for 3 month to 6 month contracts; then every third Wednesday for 7 months out to 15 months.

## COBALT

*(Nominal, Quarterly Averages)*

| *US$/lb* | Consensus (Mean) | % change from spot | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **17.70** | | | |
| **Dec 2019** | **14.74** | *-16.7%* | 18.00 | 13.00 |
| **Mar 2020** | **16.33** | *-7.8%* | 20.00 | 14.00 |
| **Jun 2020** | **16.79** | *-5.1%* | 20.00 | 14.00 |
| **Sep 2020** | **17.76** | *0.4%* | 25.00 | 14.30 |
| **Dec 2020** | **18.15** | *2.5%* | 25.00 | 14.30 |
| **Mar 2021** | **19.39** | *9.6%* | 25.00 | 14.50 |
| **Jun 2021** | **19.55** | *10.4%* | 25.00 | 14.50 |
| **Sep 2021** | **20.27** | *14.5%* | 25.00 | 16.00 |




**Cobalt**, principally used as a super alloying agent because of its anti-corrosive properties, is a by-product of nickel. High demand has come from electric car makers. The LME launched futures contracts in cobalt in 2010.

**Futures Market**: LME **Pricing:** US$/tonne **Contract Size**: 1 tonne **Delivery Options**: 1 tonne lots in 100-500kg drums of uniform size and weight.

## LITHIUM – CARBONATE

*(Nominal, Quarterly Averages)*

| *US$/kg* | Consensus (Mean) | % change from spot | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **11.00** | | | |
| **Dec 2019** | **11.69** | *6.3%* | 13.50 | 10.75 |
| **Mar 2020** | **10.91** | *-0.8%* | 12.00 | 10.00 |
| **Jun 2020** | **10.92** | *-0.8%* | 12.00 | 9.80 |
| **Sep 2020** | **10.86** | *-1.3%* | 12.02 | 9.40 |
| **Dec 2020** | **10.79** | *-1.9%* | 12.15 | 9.00 |
| **Mar 2021** | **10.11** | *-8.1%* | 12.30 | 8.90 |
| **Jun 2021** | **10.05** | *-8.6%* | 12.46 | 8.50 |
| **Sep 2021** | **9.965** | *-9.4%* | 12.61 | 8.00 |




**Lithium Carbonate** (battery grade) has the highest electric output per unit weight of any battery material.

Lithium-based batteries are used in applications such as electric vehicles. The largest producers are Australia, Chile and Argentina.

**LITHIUM HYDROXIDE** (min 56.5%, LiOH.H2O Battery Grade, cif, China, Japan and S. Korea) **forecasts in the Excel spreadsheet.**


© Copyright Consensus Economics Inc. 2019

## LITHIUM – SPODUMENE

*(Nominal, Quarterly Averages)*

| *US$/metric tonne* | Consensus (Mean) | % change from spot | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **580.0** | | | |
| **Dec 2019** | **686.7** | *18.4%* | 850.0 | 600.0 |
| **Mar 2020** | **641.7** | *10.6%* | 750.0 | 575.0 |
| **Jun 2020** | **641.7** | *10.6%* | 750.0 | 575.0 |
| **Sep 2020** | **636.7** | *9.8%* | 750.0 | 575.0 |
| **Dec 2020** | **636.7** | *9.8%* | 750.0 | 575.0 |
| **Mar 2021** | **620.0** | *6.9%* | 675.0 | 585.0 |
| **Jun 2021** | **600.0** | *3.4%* | 675.0 | 525.0 |
| **Sep 2021** | **591.7** | *2.0%* | 675.0 | 500.0 |




A slowdown in brine operations in South America has meant that the bulk of new lithium capacity is derived from hard rock mines.

**Spodumene** (Ore, min 5-6%, Li20, cif, China), a pyroxene mineral consisting of lithium aluminium inosilicate, provides the largest proportion of all mineral-derived lithium.

**Futures Market:** LME plans to launch a Lithium futures contract.

## MANGANESE

*(Nominal, Quarterly Averages)*

| *US$/metric tonne unit* | Consensus (Mean) | % change from spot | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **5.470** | | | |
| **Dec 2019** | **5.586** | *2.1%* | 6.500 | 5.000 |
| **Mar 2020** | **5.457** | *-0.2%* | 6.000 | 5.000 |
| **Jun 2020** | **5.350** | *-2.2%* | 5.750 | 5.000 |
| **Sep 2020** | **5.207** | *-4.8%* | 5.500 | 4.750 |
| **Dec 2020** | **5.171** | *-5.5%* | 5.500 | 5.000 |
| **Mar 2021** | **4.829** | *-11.7%* | 5.600 | 4.000 |
| **Jun 2021** | **4.757** | *-13.0%* | 5.600 | 4.000 |
| **Sep 2021** | **4.793** | *-12.4%* | 5.600 | 4.000 |




**Manganese** is not exchange-traded so prices are established by negotiation between buyers and sellers. Negotiations occur in line with the beginning of the Japanese fiscal year in April. Following the setting of prices with Japanese manufacturing companies, similar settlement prices are set worldwide.

The price is based upon a benchmark ore of 44% manganese content, Cif, Tianjin, China.

## MOLYBDENUM

*(Nominal, Quarterly Averages)*

| *US$/lb* | Consensus (Mean) | % change from spot | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **11.90** | | | |
| **Dec 2019** | **11.28** | *-5.2%* | 13.13 | 9.500 |
| **Mar 2020** | **10.77** | *-9.5%* | 12.25 | 9.000 |
| **Jun 2020** | **10.52** | *-11.6%* | 12.25 | 9.000 |
| **Sep 2020** | **10.41** | *-12.5%* | 12.25 | 9.000 |
| **Dec 2020** | **10.41** | *-12.5%* | 12.25 | 9.000 |
| **Mar 2021** | **10.25** | *-13.9%* | 12.50 | 8.000 |
| **Jun 2021** | **10.27** | *-13.7%* | 12.50 | 8.000 |
| **Sep 2021** | **10.58** | *-11.1%* | 12.50 | 8.000 |




**Molybdenum** is principally used as an alloying agent in steel. As a by-product of copper, production costs are low. Prices can be influenced by demand for nickel and stainless steel, as well as molybdenum roasting capacity.

**Futures Market**: LME (since February 2010) **Pricing:** US$/tonne **Contract Size**: 6 tonnes Mo (+/-5% (Mo content 57-63%) **Delivery Options**: 10 tonnes (RMC), deliverable in 200 or 250kg drums.

## RUTILE

*(Nominal, Quarterly Averages)*

| *US$/metric tonne* | Consensus (Mean) | % change from spot | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **1082** e | | | |
| **Dec 2019** | **1082** | *0.0%* | 1175 | 1010 |
| **Mar 2020** | **1073** | *-0.8%* | 1250 | 1000 |
| **Jun 2020** | **1073** | *-0.8%* | 1250 | 1000 |
| **Sep 2020** | **1086** | *0.3%* | 1250 | 1010 |
| **Dec 2020** | **1086** | *0.3%* | 1250 | 1010 |
| **Mar 2021** | **1111** | *2.7%* | 1300 | 1010 |
| **Jun 2021** | **1111** | *2.7%* | 1300 | 1010 |
| **Sep 2021** | **1111** | *2.7%* | 1300 | 1010 |




Mineral sand prices are principally determined by derived demand. **Rutile** is used to make titanium dioxide (it is approximately 95% $TiO_2$ in its mineral form), which can be used to make titanium or as a white pigment in papers, plastics and paints and cosmetics.

**ILMENITE** is mined alongside rutile and is also used to make titanium dioxide. **Forecasts in the Excel spreadsheet.**

## ZIRCON

*(Nominal, Quarterly Averages)*

| *US$/metric tonne* | Consensus (Mean) | % change from spot | Forecast Range High | Forecast Range Low |
|---|---|---|---|---|
| **Spot price** | **1509** e | | | |
| **Dec 2019** | **1509** | *0.0%* | 1580 | 1426 |
| **Mar 2020** | **1509** | *0.0%* | 1580 | 1426 |
| **Jun 2020** | **1509** | *0.0%* | 1580 | 1426 |
| **Sep 2020** | **1514** | *0.3%* | 1580 | 1426 |
| **Dec 2020** | **1514** | *0.3%* | 1580 | 1426 |
| **Mar 2021** | **1522** | *0.8%* | 1580 | 1426 |
| **Jun 2021** | **1522** | *0.8%* | 1580 | 1426 |
| **Sep 2021** | **1527** | *1.2%* | 1580 | 1426 |




The price of **Zircon** (mainly used in ceramics and tiles) is set under long-term contracts.

Iluka is the world's largest zircon miner and as a result the most influential in setting a benchmark price. Its Eucla basin in Australia is mined principally for zircon unlike the majority of other mines, for which zircon is a coproduct of rutile and ilmenite.

© Copyright Consensus Economics Inc. 2019

## Gold Forecasts, US$/Troy Ounce

*Survey Date Spot Price (Sep. 16):* **US$ 1497**

*Nominal, Quarterly Averages*

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from spot | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **Commonwealth Bank** | 1575.0 | 1637.5 | 1700.0 | 1675.0 | *11.9%* | 1650.0 | 1625.0 | 1600.0 | 1575.0 |
| **Moody's Analytics** | 1466.0 | 1533.0 | 1609.0 | 1653.0 | *10.4%* | 1660.0 | 1620.0 | 1610.0 | 1593.0 |
| **Deutsche Bank** | 1488.0 | 1532.0 | 1532.0 | 1575.0 | *5.2%* | 1575.0 | 1600.0 | 1600.0 | 1600.0 |
| **Societe Generale** | 1500.0 | 1550.0 | 1550.0 | 1575.0 | *5.2%* | 1575.0 | 1600.0 | 1600.0 | 1600.0 |
| **ANZ** | 1512.5 | 1510.0 | 1535.0 | 1562.5 | *4.4%* | 1597.5 | 1610.0 | 1575.0 | 1525.0 |
| **UBS** | 1525.0 | 1550.0 | 1550.0 | 1550.0 | *3.5%* | 1550.0 | 1600.0 | 1600.0 | 1600.0 |
| **RBC Capital Markets** | 1484.0 | 1547.0 | 1510.0 | 1548.0 | *3.4%* | 1519.0 | 1450.0 | 1450.0 | 1450.0 |
| **Pezco Economics** | 1571.9 | 1552.2 | 1563.4 | 1543.2 | *3.1%* | 1492.8 | 1444.1 | 1396.9 | 1351.3 |
| **ABN Amro** | 1425.0 | 1425.0 | 1475.0 | 1525.0 | *1.9%* | 1575.0 | na | na | na |
| **BNP Paribas** | 1510.0 | 1625.0 | 1560.0 | 1515.0 | *1.2%* | 1530.0 | na | na | na |
| **BMO** | 1575.0 | 1550.0 | 1500.0 | 1475.0 | *-1.5%* | 1500.0 | 1450.0 | 1450.0 | 1450.0 |
| **Citigroup** | 1450.0 | 1450.0 | 1465.0 | 1475.0 | *-1.5%* | 1475.0 | 1500.0 | 1500.0 | na |
| **CIBC** | 1425.0 | 1470.0 | 1470.0 | 1470.0 | *-1.8%* | 1470.0 | 1420.0 | 1420.0 | 1420.0 |
| **Australia Dept of Industry** | 1500.0 | 1465.0 | 1465.0 | 1465.0 | *-2.2%* | 1484.0 | 1451.0 | 1448.0 | 1440.0 |
| **Banco de Credito del Peru** | 1550.0 | 1500.0 | 1500.0 | 1450.0 | *-3.2%* | 1450.0 | 1425.0 | 1425.0 | na |
| **Macquarie** | 1400.0 | 1425.0 | 1450.0 | 1450.0 | *-3.2%* | 1400.0 | 1375.0 | 1375.0 | 1350.0 |
| **Investec** | 1385.0 | 1410.0 | 1410.0 | 1440.0 | *-3.8%* | 1440.0 | 1460.0 | 1460.0 | na |
| **Econ Intelligence Unit** | 1550.0 | 1480.0 | 1450.0 | 1430.0 | *-4.5%* | 1410.0 | 1370.0 | 1350.0 | 1320.0 |
| **TD Economics** | 1470.0 | 1470.0 | 1450.0 | 1425.0 | *-4.8%* | 1425.0 | na | na | na |
| **Standard Chartered** | 1450.0 | 1475.0 | 1435.0 | 1420.0 | *-5.2%* | 1400.0 | 1400.0 | 1400.0 | na |
| **Capital Economics** | 1500.0 | 1480.0 | 1445.0 | 1405.0 | *-6.2%* | 1370.0 | 1340.0 | 1315.0 | 1290.0 |
| **Liberum Capital** | 1400.0 | 1400.0 | 1400.0 | 1400.0 | *-6.5%* | 1400.0 | 1400.0 | 1400.0 | 1400.0 |
| **IHS Markit** | 1448.0 | 1430.9 | 1416.2 | 1394.3 | *-6.9%* | 1385.2 | 1387.3 | 1390.4 | 1394.8 |
| **Oxford Economics** | 1486.0 | 1415.3 | 1378.7 | 1362.0 | *-9.0%* | 1355.3 | 1358.7 | 1363.0 | 1366.4 |
| **Euromonitor International** | 1352.0 | 1353.5 | 1351.8 | 1350.5 | *-9.8%* | 1347.6 | 1343.7 | 1339.8 | 1336.5 |
| **Credit Suisse** | 1360.0 | 1350.0 | 1350.0 | 1350.0 | *-9.8%* | 1350.0 | 1300.0 | 1300.0 | 1300.0 |
| **Scotiabank** | 1400.0 | 1375.0 | 1350.0 | 1325.0 | *-11.5%* | 1300.0 | 1300.0 | 1300.0 | na |
| **Morgan Stanley** | 1450.0 | 1400.0 | 1350.0 | 1300.0 | *-13.2%* | 1300.0 | 1290.0 | 1290.0 | 1290.0 |
| **Consensus (Mean)** | **1471.7** | **1477.2** | **1472.2** | **1468.2** | ***-1.9%*** | **1463.8** | **1444.8** | **1438.3** | **1432.6** |
| **High** | 1575.0 | 1637.5 | 1700.0 | 1675.0 | | 1660.0 | 1625.0 | 1610.0 | 1600.0 |
| **Low** | 1352.0 | 1350.0 | 1350.0 | 1300.0 | | 1300.0 | 1290.0 | 1290.0 | 1290.0 |
| **Standard Deviation** | 63.5 | 75.1 | 84.6 | 94.7 | | 100.0 | 107.9 | 105.6 | 112.4 |










### Gold Loses Some Shine in September

- Gold edged back below US$1,500/troy oz. on our survey date as fresh US$ strength tempered its ascent, even as the US Federal Reserve was expected to (and did) cut rates on September 18.
- Uncertainty stemming from the US-China trade standoff and global monetary easing have already fuelled a 16.8% rise in the year to date, making further increases less likely.
- Some warn that gold is near a 2019 peak and could fall, as happened in 2011-2012, if producers ramp up mining output too quickly.

### World Gold Supply and Demand

(in tonnes) [1] Total Gold Supply [2] Total Gold Demand

| World | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Supply[1] | 4341 | 4600 | 4447 | 4490 |
| Demand[2] | 4346 | 4367 | 4203 | 4415 |
| Balance | -5 | 233 | 244 | 75 |

Historical Estimates Source: World Gold Council

**Gold** prices are fixed twice daily by the LBMA providing a benchmark price for trades on various exchanges and over-the-counter trades.
**US Futures Market**: COMEX **Pricing:** US$/troy ounce **Contract Size**: 100 troy ounces **Deliverability**: Next 3 calendar months; any February, April, August and October within 23 months; and any June and December within 72 months. **Contracts Traded:** 80,301,590 (2018).


© Copyright Consensus Economics Inc. 2019

*Survey Date Spot Price (Sep. 16):* **US$ 17.84**

***Silver Forecasts**, US$/Troy Ounce* — *Nominal, Quarterly Averages*

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | % change from spot | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| ANZ | 17.49 | 18.32 | 19.19 | 19.53 | 9.5% | 19.97 | 20.13 | 19.69 | 19.06 |
| BMO | 19.65 | 19.90 | 18.30 | 18.00 | 0.9% | 18.30 | 17.30 | 17.30 | 17.30 |
| Deutsche Bank | 17.00 | 18.00 | 18.00 | 18.00 | 0.9% | 18.00 | 21.00 | 21.00 | 21.00 |
| UBS | 17.35 | 17.60 | 17.60 | 17.60 | -1.3% | 17.60 | 18.30 | 18.30 | 18.30 |
| BNP Paribas | 16.95 | 18.50 | 18.20 | 17.55 | -1.6% | 17.55 | na | na | na |
| Commonwealth Bank | 17.50 | 18.25 | 17.75 | 17.50 | -1.9% | 18.00 | 18.50 | 19.00 | 19.50 |
| TD Economics | 17.25 | 17.50 | 17.50 | 17.50 | -1.9% | 17.50 | na | na | na |
| Pezco Economics | 18.57 | 17.42 | 17.37 | 17.15 | -3.9% | 16.92 | 16.86 | 16.96 | 16.73 |
| Standard Chartered | 16.50 | 17.00 | 17.00 | 17.00 | -4.7% | 17.00 | 18.00 | 18.00 | na |
| ABN Amro | 16.00 | 15.80 | 16.30 | 16.90 | -5.2% | 17.60 | na | na | na |
| CIBC | 16.80 | 16.50 | 16.50 | 16.50 | -7.5% | 16.50 | 17.00 | 17.00 | 17.00 |
| Citigroup | 16.00 | 16.00 | 16.00 | 16.50 | -7.5% | 16.50 | 18.00 | 18.00 | na |
| Australia Dept of Industry | 17.10 | 16.84 | 16.22 | 16.37 | -8.2% | 16.79 | 16.10 | 15.07 | 14.91 |
| Investec | 15.19 | 15.67 | 15.67 | 16.36 | -8.3% | 16.36 | 16.98 | 16.98 | na |
| IHS Markit | 16.48 | 16.69 | 16.55 | 16.19 | -9.2% | 15.91 | 15.79 | 15.72 | 15.78 |
| Macquarie | 14.80 | 15.20 | 15.60 | 16.00 | -10.3% | 16.40 | 16.80 | 17.20 | 17.50 |
| Morgan Stanley | 15.50 | 15.80 | 15.90 | 16.00 | -10.3% | 16.50 | 17.00 | 17.50 | 18.00 |
| Credit Suisse | 15.00 | 15.50 | 15.50 | 15.50 | -13.1% | 15.50 | 16.00 | 16.00 | 16.00 |
| Capital Economics | 18.00 | 17.25 | 16.00 | 15.40 | -13.7% | 15.15 | 15.40 | 15.65 | 15.40 |
| Liberum Capital | 15.23 | 15.23 | 15.23 | 15.23 | -14.6% | 15.23 | 15.23 | 15.23 | 15.23 |
| Euromonitor International | 14.94 | 15.00 | 15.00 | 15.00 | -15.9% | 14.97 | 14.93 | 14.90 | 14.89 |
| **Consensus (Mean)** | **16.63** | **16.86** | **16.73** | **16.75** | **-6.1%** | **16.87** | **17.18** | **17.19** | **17.11** |
| High | 19.65 | 19.90 | 19.19 | 19.53 | | 19.97 | 21.00 | 21.00 | 21.00 |
| Low | 14.80 | 15.00 | 15.00 | 15.00 | | 14.97 | 14.93 | 14.90 | 14.89 |
| Standard Deviation | 1.28 | 1.30 | 1.15 | 1.10 | | 1.21 | 1.62 | 1.65 | 1.82 |

**Silver, Spot Price** (Fixing),
**London Bullion Market Association** (LBMA)




**Consensus Forecasts v Futures Prices**




**Silver Futures** – December 2019 Contract (COMEX)
*US$/troy oz, Daily High/Low/Close*




### Profit Taking Halts Rally

- Silver prices retreated after touching a three year high of US$19.31/troy oz. on September 4. The decline followed news that trade talks between the US and China could resume in October and as investors sold the metal to lock in gains.
- The gold/silver price ratio remains above 80 (red line in middle left chart), suggesting scope for further price increases. However, unlike gold, silver's dependence on demand from tech and photovoltaic products means that a slowdown in the global economy could limit its appeal.

### World Silver Supply and Demand

(in millions of ounces)
[1] Total Silver Supply
[2] Total Physical Silver Demand

| World | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| Supply[1] | 1052 | 1026 | 1033 | 1004 |
| Demand[2] | 1163 | 1030 | 998 | 1034 |
| Balance | -111 | -4 | 35 | -30 |

Historical Estimates Source: World Silver Survey 2018, Thomson Reuters/The Silver Institute

**Silver**, like gold, has a price set by members of the LBMA which is used as a benchmark for over-the-counter trades.
**US Futures Market:** COMEX **Pricing:** US$/troy ounce **Contract Size:** 5,000 troy ounces **Deliverability:** Next 3 calendar months; any January, March, May and September within 23 months; and any July and December within 60 months. **Contracts Traded:** 23,987,051 (2018).

© Copyright Consensus Economics Inc. 2019

*Nominal, Quarterly Averages*

| *Survey Date Spot Price (Sep. 16):* **US$947.0** | Dec '19 | Mar '20 | Jun '20 | Sep '20 | *% change from spot* | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **ANZ** | 985 | 1035 | 1050 | 1035 | *9.3%* | 1010 | 1000 | 1025 | 1050 |
| **ABN Amro** | 900 | 925 | 975 | 1025 | *8.2%* | 1075 | na | na | na |
| **Standard Chartered** | 925 | 1000 | 1000 | 1000 | *5.6%* | 1000 | 1100 | 1100 | na |
| **Citigroup** | 900 | 925 | 950 | 975 | *3.0%* | 1000 | 1050 | 1050 | na |
| **UBS** | 895 | 975 | 975 | 975 | *3.0%* | 975 | 1025 | 1025 | 1025 |
| **IHS Markit** | 893 | 912 | 925 | 936 | *-1.1%* | 954 | 970 | 983 | 995 |
| **Capital Economics** | 875 | 865 | 890 | 915 | *-3.4%* | 940 | 955 | 970 | 985 |
| **BMO** | 900 | 900 | 900 | 900 | *-5.0%* | 900 | 950 | 950 | 950 |
| **RBC Capital Markets** | 850 | 900 | 900 | 900 | *-5.0%* | 900 | 900 | 900 | 1000 |
| **Liberum Capital** | 849 | 864 | 864 | 879 | *-7.2%* | 879 | 894 | 894 | 909 |
| **Investec** | 825 | 846 | 846 | 878 | *-7.3%* | 878 | 905 | 905 | na |
| **Deutsche Bank** | 850 | 875 | 875 | 875 | *-7.6%* | 875 | 1000 | 1000 | 1000 |
| **Macquarie** | 850 | 850 | 850 | 875 | *-7.6%* | 875 | 925 | 925 | 950 |
| **Morgan Stanley** | 820 | 830 | 840 | 870 | *-8.1%* | 900 | 925 | 950 | 975 |
| **Commonwealth Bank** | 840 | 850 | 850 | 850 | *-10.2%* | 850 | 900 | 900 | 900 |
| **Consensus (Mean)** | **877** | **903** | **913** | **926** | ***-2.2%*** | **934** | **964** | **970** | **976** |
| **High** | 985 | 1035 | 1050 | 1035 | | 1075 | 1100 | 1100 | 1050 |
| **Low** | 820 | 830 | 840 | 850 | | 850 | 894 | 894 | 900 |
| **Standard Deviation** | 43 | 60 | 64 | 61 | | 66 | 63 | 64 | 46 |

Table title: ***Platinum Forecasts**, US$/Troy Ounce*

**Platinum, Spot Price** (PM Fixing),
**London Platinum and Palladium Market** (LPPM)




**Consensus Forecasts v Futures Prices**




**Platinum Futures** – January 2020 Contract (NYMEX)
*US$/troy oz, Daily High/Low/Close*




### Investment Demand Perks Up

- Platinum has risen alongside gold and other precious metals on an increase in global risk aversion. It hit an 18 month high of US$977/ troy oz. on September 4.
- Part of the price resurgence has also been due to the fraught state of labour negotiations in South African mines and rolling electricity black outs in the country. South Africa is by far the largest producer of the metal.
- Disruptions to supply could help reduce the physical surplus of the metal that has caused its price to diverge with palladium. The hole in demand left by the 2015 'diesel-gate' scandal remains wide.

**World Platinum Supply and Demand**
(in thousands of ounces)

| **World** | **2015** | **2016** | **2017** | **2018** |
|---|---|---|---|---|
| **Supply**[1] | 7895 | 7905 | 8045 | 8010 |
| **Demand**[2] | 8285 | 8285 | 7760 | 7365 |
| **Balance** | -390 | -380 | 285 | 645 |

[1] Total Platinum Supply
[2] Total Platinum Demand

Historical Estimates Source: World Platinum Investment Council

**Platinum** prices are fixed twice daily by the LPPM to provide a benchmark price in a practice similar to that used for gold and silver.
**US Futures Market:** NYMEX **Pricing:** US$/troy ounce **Lot Size:** 50 troy ounces **Deliverability:** Over 15 months including the next 3 calendar months; then a January, April, June and October cycle. **Contracts Traded:** 5,463,799 (2018).


© Copyright Consensus Economics Inc. 2019

*Nominal, Quarterly Averages*

## **Palladium Forecasts**, *US$/Troy Ounce*

*Survey Date Spot Price (Sep. 16):* **US$1603.0**

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | *% change from spot* | Dec '20 | Mar '21 | Jun '21 | Sep '21 |
|---|---|---|---|---|---|---|---|---|---|
| **UBS** | 1530.0 | 1600.0 | 1600.0 | 1600.0 | *-0.2%* | 1600.0 | 1650.0 | 1650.0 | 1650.0 |
| **ANZ** | 1610.0 | 1615.0 | 1600.0 | 1570.0 | *-2.1%* | 1525.0 | 1510.0 | 1525.0 | 1535.0 |
| **Investec** | 1486.0 | 1524.0 | 1524.0 | 1528.0 | *-4.7%* | 1528.0 | 1547.0 | 1547.0 | na |
| **RBC Capital Markets** | 1550.0 | 1500.0 | 1500.0 | 1500.0 | *-6.4%* | 1500.0 | 1500.0 | 1500.0 | 1250.0 |
| **Standard Chartered** | 1450.0 | 1500.0 | 1500.0 | 1500.0 | *-6.4%* | 1500.0 | 1500.0 | 1500.0 | na |
| **Liberum Capital** | 1437.0 | 1462.4 | 1462.4 | 1487.8 | *-7.2%* | 1487.8 | 1513.1 | 1513.1 | 1538.5 |
| **Morgan Stanley** | 1450.0 | 1500.0 | 1490.0 | 1440.0 | *-10.2%* | 1390.0 | 1340.0 | 1290.0 | 1240.0 |
| **Capital Economics** | 1375.0 | 1325.0 | 1375.0 | 1425.0 | *-11.1%* | 1475.0 | 1515.0 | 1540.0 | 1565.0 |
| **Macquarie** | 1450.0 | 1450.0 | 1400.0 | 1350.0 | *-15.8%* | 1300.0 | 1250.0 | 1200.0 | 1150.0 |
| **Citigroup** | 1500.0 | 1400.0 | 1300.0 | 1300.0 | *-18.9%* | 1200.0 | 1100.0 | 1100.0 | na |
| **Deutsche Bank** | 1350.0 | 1300.0 | 1300.0 | 1300.0 | *-18.9%* | 1300.0 | 1100.0 | 1100.0 | 1100.0 |
| **IHS Markit** | 1375.0 | 1305.0 | 1240.0 | 1180.0 | *-26.4%* | 1060.0 | 986.0 | 945.2 | 923.7 |
| **ABN Amro** | 1353.0 | 1275.0 | 1225.0 | 1175.0 | *-26.7%* | 1125.0 | na | na | na |
| **BMO** | 1500.0 | 1300.0 | 1200.0 | 1100.0 | *-31.4%* | 1000.0 | 950.0 | 950.0 | 850.0 |
| **Consensus (Mean)** | **1458.3** | **1432.6** | **1408.3** | **1389.7** | ***-13.3%*** | **1356.5** | **1343.2** | **1335.4** | **1280.2** |
| **High** | 1610.0 | 1615.0 | 1600.0 | 1600.0 | | 1600.0 | 1650.0 | 1650.0 | 1650.0 |
| **Low** | 1350.0 | 1275.0 | 1200.0 | 1100.0 | | 1000.0 | 950.0 | 945.2 | 850.0 |
| **Standard Deviation** | 77.5 | 115.5 | 136.8 | 158.2 | | 194.2 | 238.1 | 248.2 | 281.6 |

**Palladium, Spot Price** (PM Fixing), **London Platinum and Palladium Market** (LPPM)




**Consensus Forecasts v Futures Prices**




**Palladium Futures** – December 2019 Contract (NYMEX)

*US$/troy oz, Daily High/Low/Close*




### Supply Constraints

- Palladium has revisited record price levels in the past week on fears that potential industrial action at South African mines could further constrict supply in a market that is already heavily in deficit.
- While new-auto sales data for China showed a year-on-year fall in August, more stringent emissions standards mean demand for palladium – used in the cleaner exhaust systems of new cars – will remain high.
- Price volatility has also been driven by investor speculation, tight supply/demand dynamics, and fears about a recession and the shake up of the German auto industry.

**World Palladium Supply and Demand** (in thousands of ounces)

[1] Total Palladium Supply
[2] Total Palladium Demand

| World | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|
| Supply[1] | 8080 | 8558 | 8561 | 8948 |
| Demand[2] | 9354 | 9355 | 9887 | 10148 |
| Balance | -1273 | -797 | -1326 | -1201 |

Historical Estimates Source: Platinum Group Metals Survey 2018, Thomson Reuters

**Palladium** prices are fixed twice daily by the LPPM to provide a benchmark price in a practice used for other precious metals. Most palladium is used in catalytic converters. **US Futures Market:** NYMEX **Pricing:** US$/troy ounce **Lot Size:** 100 troy ounces **Deliverability:** Over 15 months including the next 3 calendar months; then a March, June, September and December cycle. **Contracts Traded:** 1,433,712 (2018).

© Copyright Consensus Economics Inc. 2019

## Consensus Forecasts Percentage Changes From Spot Price During the Next Eight Quarters




## CONSENSUS ECONOMICS INC.

Established in London in 1989, Consensus Economics prepares monthly compilations of country economic forecasts and topical analyses covering the **G-7 Industrialised Nations**, **Asia Pacific, Eastern Europe** and **Latin America**, as well as specialised publications on **Foreign Exchange Forecasts** and **Energy and Metal Price Forecasts.** Over the past two decades Consensus Economics has cultivated a growing network of economists, drawing upon the expertise of well-established local consultancies and large teams of professionals in banks who are dedicated to particular countries and regions.

**Energy & Metals Consensus Forecasts**® is available at US$790 or £535 or €645 or A$825 for 12 monthly issues.

For prices and descriptions of all our publications and other regional products and services – including a range of electronic delivery options – visit our website: *www.consensuseconomics.com*, or contact us at *editors@consensuseconomics.com*.

***Consensus Economics Inc.***
*53 Upper Brook Street, London, W1K 2LT, United Kingdom. Tel (44 20) 7491 3211; Fax (44 20) 7409 2331.*

# Exhibit QE-67

LIONBRIDGE

STATE OF NEW YORK )
) ss
)
COUNTY OF NEW YORK )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached Company Organization Agreement No. 460/10269/SG/GC/2001 Amendment No. 4.

Kristen Duffy, Senior Managing Editor
Lionbridge

Sworn to and subscribed before me

this 14th day of September, 2019.

ETHAN WIN LY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LY6323702
Qualified in New York County
My Commission Expires 04-27-2023

**SWANMINES Sprl**
(SWANMINES Sprl)

# COMPANY ORGANIZATION AGREEMENT No. 460/10269/SG/GC/2001 AMENDMENT No. 4

**Amendment No. 4 JANUARY 13, 2009**

[seal:] CITY OF LUBUMBASHI
[illegible]
NOTARIAL OFFICE

# COMPANY ORGANIZATION AGREEMENT
# No. 460/10269/SG/GC/2001

## AMENDMENT No. 4

[seal:]
CITY OF LUBUMBASHI
[illegible]
NOTARIAL OFFICE

**BETWEEN**

**LA GENERALE DES CARRIERES ET DES MINES**, abbreviated as **"GECAMINES,"** the acronym for which is "**GCM**,' a public enterprise organized under Congolese law, organized by Decree No. 049 of November 7, 1995, registered with the Lubumbashi New Business Registry under No. 453, and whose registered office is located at boulevard Kamanyola, No. 491, in Lubumbashi, B.P. 450, Democratic Republic of the Congo, represented for the purposes of these presents by Mr. **ASSUMANI SEKIMONYO**, Chairman of the Board of Directors, and Mr. **Paul FORTIN**, Chief Executive Officer, referred to hereinafter as **"GECAMINES,"** as on party;

and

**AKAM MINING SPRL**, a private limited liability company, whose registered office is located at Sanoda No. 7, Municipality of Lubumbashi, Lubumbashi, Democratic Republic, represented for the purposes of these presents by Mr. **Pieter DEBOUTTE**, Manager, referred to hereinafter as "**AKAM MINING Sprl**;, as the other party:

**PREAMBLE**

A. Whereas GECAMINES and L'ENTREPRISE H & J SWANEPOEL FAMILLE TRUST, abbreviated as "H&J Sprl," a private limited liability company, registered with the Lubumbashi New Business Registry under No. 8238, whose registered office is located at No. 16, Avenue Mwepu, Lubumbashi, Democratic Republic of the Congo, signed, on March 3, 2001, the Organization Agreement No. 460/10269/SG/GC/2001 for the SOCIETE pour L'EXPLOITATION DES GISEMENTS DE KALUKUNDI, the acronym for which is "SWANMINES Sprl," whose share capital, set at 10,000,000 (ten million) constant Congolese Francs, the equivalent of US$ 200,000 (two hundred thousand US dollars), was distributed between the Parties as follows: 55% for H&J Sprl and 45% for GECAMINES, referred to hereinafter as the "Organization Agreement":

B. Whereas GECAMINES and H&J Sprl signed on September 28, 2001 Amendment No. 1 to the Organization Agreement in order to:
   - assign to H&J Sprl's affiliated company, named SWANROUTES Sprl, responsibility for independently completing all highway work;
   - decide to allocate 60% of dividends to repay the additional loans of SWANMINES Sprl and 35% of the 45% to which GECAMINES is entitled, to pay SWANROUTES Sprl, for its services for the construction of highways:

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

C. Whereas on May 29, 2003 GECAMINES and H&J Sprl signed Amendment No. 2 to the Organization Agreement in order to extend by twelve months the time period Article 4.2 established for the submission of the Feasibility Study;

D. Whereas on May 18, 2004 GECAMINES and H&J Sprl signed Amendment No. 3 to the Organization Agreement in order to:

- alter the structure of the share capital, which became 75% for H&J Sprl (instead of 55% at the time of the signing of the Organization Agreement) and 25% for GECAMINES (instead of 45% at the time of the signing of the Organization Agreement);
- extend by twenty-four months the time period for the submission of the Feasibility Study;
- establish 2.5% of Gross Sales as royalties to be paid to GECAMINES for the consumption of its deposits;
- regulate the resolution of disputes and differences.

E. Whereas in the implementation of the above contractual provisions, H&J Sprl sent GECAMINES the Feasibility Study for the SWANMINES Project;

F. Whereas on the basis of a decision under RC 16,195 bis rendered by the Lubumbashi Superior Court, on September 19, 2006, which decision was upheld on April 4, 2007 by that same court under RC 16,885, a court-ordered attachment was executed on December 1, 2006 on 75% of the company shares belonging to H&J Sprl which it had declared to have been sold to AFRICO RESOURCES, and whereas a public sale of those shares took place as a result of which the company AKAM MINING Sprl acquired these shares and, due to that fact, became GECAMINES' Partner in SWANMINES Sprl instead of H&J Sprl:

G. In view of Ministerial Decree No. 2745/CAB.MIN/MINES/01/2007 of April 20, 2007 on establishment of the Ministerial Mining Contract Revisitation Committee;

H. In view of Ministerial Decree No. 007/CAB.MIN.PORTEFEUILLE/01/2007 and Ministerial Decree No. 2836/CAB.MIN/MINES/01/2007 of May 12, 2007 containing interim relief measures prior to the review of partnership agreements between public enterprises and para-governmental mining enterprises;

I. In view of the report of the work of the Ministerial Mining Contract Revisitation Committee made public in November 2007;

J. Whereas the Parties agree to take into account the government's terms of reference which were a consequence of the results of the work of revisiting the mining partnership agreements, as they were communicated to SWANMINES Sprl in Letter No. CAB.MIN/MINES/01/0116/2008 of February 11, 2008 of the Ministry of Mines of the Democratic Republic of the Congo;

K. In consideration of the Official Record of renegotiation of the terms of the Organization Agreement prepared and signed by the Parties on October 1, 2008;

**THE FOLLOWING WAS AGREED AND STIPULATED:**

## ARTICLE 1

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

[initials] [initials] [initials]



[initials]

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

Article 1.1 (3) "Goods" of the Organization Agreement, as amended by the various amendments, is supplemented as follows:

"Upon completion of the sale of the Goods, SWANMINES Sprl shall receive, conditional upon results that conform better to further surveys and actual production of copper, cobalt and other mineral substances [illegible] of certain geological reserves estimated to be a minimum of 180,000 tons of copper [illegible].

**Article 2**

A fourth paragraph with the following wording is inserted in Article 2 of the Organization Agreement regarding the PURPOSE:

"The share capital shall be determined after a valuation of the actual contributions of the Parties taken into consideration in the bankable Feasibility Study, and it must be sufficient to ensure operation of SWANMINES Sprl. However, in the bylaws the Parties established the amount of 10,000,000 (ten million) constant Congolese Francs, the equivalent of US$ 200,000 (two hundred thousand US dollars), as the initial share capital in order to facilitate the organization of SWANMINES Sprl.

Without prejudice to the valuation of the actual contributions, the Parties agree under this Amendment to increase the share capital to US$ 2,000,000 (two million US dollars) and maintain the distribution of the share capital increased in that manner as 75% for AKAM Sprl and 25%, non-dilutable, for GECAMINES. The increase in share capital shall be fully subscribed and paid in, in cash, by the Parties. The Parties agree that AKAM Sprl shall pay for GECAMINES' subscription of the increase in share capital and that this advance shall be repaid to AKAM Sprl, without interest, out of the dividends owed by SWANMINES Sprl to GECAMINES.

The Parties also hereby agree that, in the event of a future increase in the share capital, SWANMINES Sprl's shares shall remain non-dilutable, which is to say they shall be convertible *ipso jure* into shares as necessary so that GECAMINES' equity stake is maintained at 25%, without any financial charge to GECAMINES."

**ARTICLE 3:**

3.1. A Paragraph 3.2 (f) with the following wording shall be inserted in Article 3.2 of the Organization Agreement on the Obligations of AKAM Sprl:

"For the right of access to the business, AKAM Sprl shall pay key money to GECAMINES, as a regularization, in compliance with the provisions of Article 10.4. of this Amendment."

3.2. A Paragraph 3.2 (g) with the following wording shall be inserted in Article 3.2 "AKAM Sprl Obligations":

"AKAM Sprl has the obligation to perform the Feasibility Study on the full perimeter covered by the mining deed that was transferred by GECAMINES to SWANMINES and to submit the report to GECAMINES within 12 (twelve) months following the signing of this Amendment.

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

[initials] [initials] [initials]



[initials]

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

Notwithstanding the provisions of Article 6 of the Organization Agreement, GECAMINES may terminate this Organization Agreement early in the event of AKAM Sprl's breach of its obligation established in the foregoing paragraph, if 30 days after a formal demand AKAM Sprl has still taken no action to remedy such a breach."

**ARTICLE 4**

Article 3.3 of the Organization Agreement on "SWANMINES Sprl Obligations," as amended by its various Amendments, is amended as follows:

"SWANMINES Sprl must:

(a) reimburse and compensate the Parties as provided by the Organization Agreement and this Amendment;
(b) conduct Mining Exploitation of the Kalukundi deposits in conformance to the Feasibility Study approved by the two Parties, in accordance with industry best practices and with respect for and protection of the environment;
(c) market the products that shall be produced by metallurgical processing of the minerals;
(d) comply with the principles governing administrative management procedures, financial procedures and other procedures, tax policy, and the criteria for hiring personnel, as recommended by the Feasibility Studies;
(e) keep up to date and renew Mining Rights and Deeds as well as all the necessary permits and licenses;
(f) fulfill all its obligations as a company with a legal personality;
(g) seek to protect and enhance the interests of all the partners, especially by allocating to them on an equitable basis, in preference to third parties but subject to competitive terms and conditions, orders for services and supplies;
(h) promote the social development of the surrounding communities, in conformance to specifications to be adopted after consultation with said communities."

**ARTICLE 5:**

5.1. The following paragraph shall be added to the third paragraph of Article 5.1 on Advances:

"AKAM Sprl must also raise the funds required to develop and exploit the Kalukundi deposits, in conformance to the Feasibility Study. AKAM Sprl shall make the Advances as loans to SWANMINES Sprl.

Said Advances shall be partner loans of up to 30% of the total amount of the investments necessary for the Development of the mining project and its placement in Commercial Production. These partner loans shall be repaid by SWANMINES Sprl without interest.

The additional loans to be obtained from AKAM Sprl and its Affiliated Companies or in the market, through AKAM Sprl or through the Affiliated Companies, shall be repaid with interest at the Benchmark Rate – at the maximum 400 [illegible] additional must be submitted for a decision by the Parties, specifically on the basis of the Equity Clause."

5.2. Article 5.2 of the Organization Agreement is amended and supplemented as follows:

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

[initials] [initials] [initials]



[initials]

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

PROGRAM AND BUDGET

Operations shall be conducted and Costs shall be incurred solely and exclusively in compliance with the Program and Budget approved by the General Partners Meeting in accordance with the terms and procedures defined in the Organization Agreement and its Amendments.

a. Submission of Programs and Budgets

A draft Program and a draft Budget shall be prepared by the SWANMINES Sprl Management Committee and submitted for approval by the Management Board, which shall submit them to the General Partners Meeting.

During the implementation period of every Program and every Budget adopted and a minimum of three (3) months prior to their expiration, the Management Committee shall prepare a draft Program and a draft Budget for the following period, and shall submit them for examination by the Management Board, prior to their approval by the General Partners Meeting in compliance with the SWANMINES Sprl Bylaws.

b. Examination of Draft Programs and Budgets

The Management Board shall examine draft Programs and Budgets within fifteen (15) Business Days following receipt, prior to their approval by the General Partners Meeting.

Every Program and every Budget adopted may be revised and adapted, regardless of their duration, a minimum of once a year, at a Management Board Meeting, on condition that such a revision does not entail a deviation of more than 10% from the Budget and Program approved by the General Partners Meeting.

c. Approval of the Program and the Budget by the Partners

Within fifteen (15) Business Days following adoption of the Program and Budget by the Management Board with or without amendments, the Management Board shall communicate in writing to each Partner the aforementioned Program and Budget for purposes of approval by the General Partners Meeting.

d. Amendments to Programs and Budgets

The General Manager shall request prior approval from the Management Board for any significant deviation (more than 10%) from any Program and/or any Budget adopted.

An amendment made must be further justified at the next meeting of the General Partners Meeting."

**ARTICLE 10**

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

[initials] [initials] [initials]



[initials]

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

The following provisions of Article 13 of the Organization Agreement on "DISTRIBUTION OF PROFITS AND CONTROL" are amended as follows:

10.1. "Article13 "DISTRIBUTION OF PROFITS AND CONTROL" shall become "Article 13 "COMPENSATION OF THE PARTIES."

10.2 Article 13.1 Distribution of Net Profits

"Distribution of net profits during the period of repayment of the initial loans provided by AKAM Sprl

Provided there are sufficient funds to provide operating capital for the operations of SWANMINES Sprl, 70% of net profits after taxes shall be allocated to repayment of loan principal and interest and 30% shall be allocated to pay the Parties, in proportion to their equity stakes in the share capital of SWANMINES Sprl."

10.3 Article 13.5, as amended by Article 4 of Amendment No. 3 to the Organization Agreement, is amended as follows:

"As compensation for consumption of the Kalukundi deposits, SWANMINES Sprl shall pay GECAMINES 2.5% of the Gross Sales in the form of royalties. 'Gross Sales' means the total amount of sales of the Products produced by SWANMINES Sprl."

10.4 A Subsection 13.6 "Key Money" with the following wording shall be inserted:

"For the right to access the business, AKAM Sprl shall pay GECAMINES, as a regularization, key money in the amount of US$ 6,400,000 (six million four hundred thousand US dollars), which is non-reimbursable.

AKAM Sprl must consequently pay four annual installments of US$ 1,600,000 (one million six hundred thousand US dollars), the first being due within fifteen (15) Business Days following the signing of this Amendment and the other annual installments due on each anniversary of the payment of the first tranche.

The Parties also agree that AKAM Sprl shall also, for the benefit of GECAMINES, increase the amount and the payment of key money, on the basis of USD35/tCu, in the event tonnage in addition to 180,000 tons of copper is demonstrated.

10.5 A Subsection 13.7 entitled "Distribution of Services and Supply Orders among Partners" with the following wording shall be inserted:

"Any time that SWANMINES Sprl employ subcontracting in the Operations pertaining to its company purpose such as exploitation services, supply orders and/or orders for services, it shall offer them on a preferential and equitable basis to its Partners or their Affiliated Companies, who must perform them in accordance with industry best practices and subject to competitive terms and conditions.
In the event of the use of third parties, priority shall be given to local companies that meet the required conditions."

[seal:] CITY OF LUBUMBASHI [illegible] NOTARIAL OFFICE

**ARTICLE 11**

[initials] [initials] [initials]



[initials]

# Exhibit QE–68

# CONTRAT DE CREATION DE SOCIETE

ENTRE

LA GENERALE DES CARRIERES ET DES MINES

ET

L'ENTREPRISE H & J SWANEPOEL
FAMILLE TRUST

POUR L'EXPLOITATION DES GISEMENTS
DE KALUKUNDI

N°460/10269/SG/GC/2001

Février 2001

# CONTRAT DE CREATION DE SOCIETE

## Entre

**LA GENERALE DES CARRIERES ET DES MINES**, en abrégé " **GECAMINES** ", en sigle " **GCM** ", entreprise publique de droit congolais, enregistrée au nouveau registre de commerce de Lubumbashi sous le n° 453 et ayant son siège social à Lubumbashi, B.P. 450, République Démocratique du Congo, représentée aux fins des présentes par Monsieur **KITANGU MAZEMBA**, Administrateur-Directeur Général, et Monsieur **Jean-Louis NKULU KITSHUNKU**, Administrateur-Directeur Général Adjoint, ci-après dénommée " **GECAMINES** " d'une part ;

ET

**L'ENTREPRISE H & J SWANEPOEL FAMILLE TRUST**, société privée à responsabilité limitée, en abrégée "H & J", 88, avenue SHIWALA, Lubumbashi en République Démocratique du Congo, représentée aux fins des présentes par Monsieur **H.A. SWANEPOEL**, Président, et Monsieur **J.H. SWANEPOEL**, Vice-Président, ci-après dénommé "H & J" d'autre part ;

ci-après dénommées collectivement " les Parties " ou individuellement " Partie "

**ATTENDU QUE :**

A. GECAMINES est le seul et l'exclusif titulaire de l'ensemble des droits afférents au Bien qui inclut notamment les gisements de cuivre, de cobalt et de toutes autres substances minérales concessibles, situés dans la Province du Katanga en République Démocratique du Congo ;

B. GECAMINES souhaite s'associer à des partenaires pour procéder en commun à la prospection, au développement, à la production et à l'exploitation du Bien ;

C. La République Démocratique du Congo et le CONSORTIUM "Consult 4 (International), (Pty) Limited et les Entreprises SWANEPOEL s.a.r.l. KATANGA" ont signé le Protocole d'Accord n° Cab/Min/TPAT-UN/01/105/98 du 30/01/1998 pour la construction de la route LUAMBO-MANONO ;

D. Par la lettre n° 796/CAB.Mines/FKM/PNN/CNY/98 du 16 Avril 1998, le Ministre des Mines a demandé à la GECAMINES d'examiner les données techniques pour l'exploitation de certains gisements en vue de compenser le préfinancement des travaux de construction des routes à réaliser par le CONSORTIUM ;

E. Par la lettre n° 1216/CAB.Mines/FKM/PNN/CNY/98 du 16 juin 1998, le Ministre des Mines informe la GECAMINES que le CONSORTIUM a sollicité au Gouvernement pour qu'en extension du remboursement des crédits à engager dans la reconstruction de la route LUAMBO-MANONO, les recettes à échoir de l'exploitation de certains gisements à lui consentir servent aussi à compléter le remboursement du financement des travaux routiers de l'axe KASUMBALESA-LUBUMBASHI-LIKASI-KOLWEZI ;

F. Du fait que les partenaires de SWANEPOEL dans le projet, le Consortium a déclaré cas de force majeure. Mais SWANEPOEL voudrait poursuivre le projet avec la GECAMINES, celui-ci a demandé au Gouvernement de la République Démocratique du Congo de relancer le dossier ;

G. Le Gouvernement de la République Démocratique du Congo par ses lettres n° 821/Cab. Mines/01/2000 du 11-11-2000 et n° 0822/Cab. Mines/01/2000 du 11-11-2000 du Vice-Ministre des Mines a accordé l'affectation des gisements de KALUKUNDI en vue de financer la construction de la route de LIKASI-KOLWEZI et d'autres routes d'intérêt national ;

H. Par la lettre n° CAB/MIN/TPAT-UH/1703/BK/2000 du 13-11-2000, du Ministre des Travaux Publics, de l'Aménagement du Territoire et Urbanisme et de l'Habitat a confirmé que les travaux des routes financés par l'exploitation des gisements de KALUKUNDI ont été attribués à H & J ;

I. H & J déclare être capable de mobiliser les moyens financiers nécessaires pour acquérir la technologie métallurgique et conduire ce genre d'opérations en association avec la GECAMINES ;

J. H & J est prête à investir dans le domaine de l'exploitation des gisements de KALUKUNDI retenus dans le cadre du présent contrat, du transport de minerais et du traitement de ceux-ci, avant et après une Etude de Faisabilité qui devra permettre de préciser les conditions de son exploitabilité rentable.

K. H & J est prête à financer dans moins de six (6) mois, des travaux minimum miniers nécessaires pour générer des financements minimum à consacrer rapidement à la construction des routes.

**IL EST CONVENU ET ARRETE CE QUI SUIT :**

**ARTICLE 1. : DEFINITIONS.**

1.1. Définitions

Dans le présent Contrat, en ce compris ses annexes, les termes suivants, portant une majuscule auront respectivement la signification ci-après :

(1) « Avances » signifient tout fonds quelconque avancé à la société dénommée "Société d'exploitation des gisements de Kalukundi", en abrégé "SWANMINES s.p.r.l." ou aux tierces personnes pour compte de SWANMINES s.p.r.l. par H & J ou ses Affiliés en vertu du présent Contrat, en ce compris et sans limitation, les fonds destinés aux Dépenses de Prospection, Dépenses d'Investissement et d'Exploitation, et aux paiements des Redevances de Gestion et des Frais de Commercialisation, à l'exclusion de tous emprunts directement négociés par SWANMINES s.p.r.l. avec des tiers.

(2) « Associés » signifient H & J et GECAMINES, ainsi que leurs successeurs et cessionnaires respectivement autorisés.

(3) « Bien » signifie les gisements de KALUKUNDI contenant du cuivre et d'autres métaux valoribales à exploiter conformément au plan qui sera en annexe 1. Ces gisements contiennent du cuivre, cobalt et toutes autres substances minérales valorisables de la concession susvisée située dans la Province du Katanga, République Démocratique du Congo, ainsi que n'importe quelles améliorations qui pourraient exister sur le Bien. Toutefois, si des tiers prouvent qu'ils détiennent des droits sur ces améliorations, GECAMINES s'engage à faire immédiatement et à ses frais le nécessaire pour purger complètement le Bien de ces droits de tiers sur les améliorations, de telle sorte que ces droits de tiers n'entraînent aucune gêne ou dépense complémentaire pour SWANMINES s.p.r.l.

(4) « Budget » signifie une estimation et un calendrier détaillé de tous les frais à exposer par SWANMINES s.p.r.l relativement à un programme, ainsi que les recettes y afférent.

(5) « Charges » signifient toutes hypothèques, gages, privilèges, sûretés, réclamations, frais de représentation et de courtage, requêtes et autres charges de toute nature encourue de quelque manière que ce soit.

(6) « Contrat » signifie le présent Contrat de création de SWANMINES s.p.r.l à conclure entre la GECAMINES et H & J y compris ses annexes.

(7) « Conditions Concurrentielles » et « Agissant dans des conditions concurrentielles » se rapportent à des transactions conclues avec des tiers autres que des Sociétés Affiliées, et « Conditions non Concurrentielles » et « Agissant dans des Conditions non Concurrentielles » se rapportent à des transactions conclues avec des Sociétés Affiliées.

(8) « Conseil de gérance» signifie le Conseil de gérance SWANMINES s.p.r.l.

(9) « Convention Minière » signifie la Convention Minière conclue entre le Gouvernement de la République Démocratique du Congo d'une part, et GECAMINES d'autre part.

(10) « Date d'Entrée en Vigueur »signifie la date à laquelle la dernière des conditions définies au présent Contrat sera remplie.

(11) « Date d'Option » signifie la date à laquelle J & H notifie à GECAMINES sa décision de-mettre le Bien en Production Commerciale conformément à l'Etude de Faisabilité.

(12) « Dépenses en Capital » signifient toutes les dépenses en capital au sens des Principes Comptables Généralement Admis exposées par et/ou pour compte de SWANMINES s.p.r.l, y compris les dépenses relatives à l'Etude de Faisabilité.

(13) « Données » signifie toutes informations et tous registres et rapports ayant trait au Bien en possession ou sous contrôle et direction de GECAMINES.

(14) « Date de Début d'Exploitation » signifie la date à laquelle les conditions suivantes seront réunies : (1) les essais de mise en service des installations du Projet tels que

spécifiés dans les Etudes de Faisabilité auront été effectués avec succès et (2) le premier lot de produits commerciaux sortant de ces installations aura été exporté pour une vente commerciale. Sont exclus : les sondages des gisements, les prélèvements des échantillons pour les essais, l'installation d'une usine pilote, l'exportation des produits y obtenus, les opérations réalisées pendant la période de développement initial d'une usine et l'exportation des échantillons pour analyse ou essais.

(15) « Développement » signifie toute préparation en vue de l'exploitation des gisements de KALUKUNDI et de la récupération des métaux et substances valorisables contenues ou toutes autres améliorations destinées aux opérations, ainsi que la préparation des plans de financement.

(16) « Dépenses » signifient toutes les dépenses généralement quelconques faites par SWANMINES s.p.r.l en rapport avec le Bien et les Opérations, y compris et sans limitation, toutes les Dépenses des Prospections, les Dépenses en Capital et les Frais d'Exploitation.

(17) « Dépenses de Prospection » signifie toutes dépenses, obligations et responsabilités de toute espèce et de toute nature exposées ou supportées en rapport avec la Prospection du Bien, à partir de la Date d'Entrée en Vigueur y compris et sans que cette énumération soit limitative, les dépenses exposées ou supportées en rapport avec tout programme de Prospection en surface ou en souterrain, d'examen géologique, géophysique ou géochimique, de forage, d'extraction et d'autres travaux souterrains, d'essais et de tests métallurgiques, d'études environnementales pour la préparation et la réalisation de l'Etude de Faisabilité et toutes les Etudes de Faisabilité complémentaires ou de mise à jour de la capacité de production du Bien.

(18) « Etude de Faisabilité » signifie les études effectuées par SWANMINES s.p.r.l et financées par H & J, qui feront l'objet d'un rapport détaillé. Le but de cette étude de faisabilité sera de démontrer la rentabilité de la mise en production commerciale du Bien de la manière normalement requise par les institutions internationales pour décider de l'apport en capital de H & J et de la mise en place par H & J du complément au capital nécessaire pour le développement du Projet. Ce rapport contiendra au moins les informations suivantes :

(i) une description de la partie du Bien qui sera mise en Production
(ii) l'estimation des réserves de minerais pouvant être récupérées et l'estimation de la composition et du contenu de celles-ci ;
(iii) la procédure proposée pour le développement, les opérations et le transport ;
(iv) les résultats des tests de traitement des minerais et des études de rentabilité de leur exploitation ;
(v) la qualité des produits finaux à élaborer qui seront des cathodes de cuivre de Grade A (L.M.E.) et des cathodes de cobalt dégazées sous vide, ou tous produits intermédiaires ou autres pour lesquels un marché pourra être trouvé ;
(vi) la nature et l'importance des Installations dont l'acquisition est proposée, lesquelles peuvent inclure des installations de concentration si la taille, l'étendue et la localisation des gisements le justifie : auquel cas, l'étude comprendra également une conception préliminaire de ces installations de concentration ;

(vii) les frais totaux, y compris un budget des dépenses en capital devant être raisonnablement engagées pour acquérir, construire et installer tous les structures, machines et équipements nécessaires pour les Installations proposées, y compris un calendrier de ces dépenses ;
(viii) toutes les études d'impact sur l'environnement nécessaire et leurs coûts ;
(ix) l'époque à laquelle il est proposé que le Bien soit mis en Production Commerciale ;
(x) toutes autres données et informations pouvant être raisonnablement nécessaires pour établir l'existence de gisements de taille et de qualité suffisantes pour justifier le développement d'une mine, en tenant compte de tous les aspects pertinents des points de vue commercial, fiscal, économique ou autres, y compris ce qui concerne le financement des frais et le rapatriement du capital et des bénéfices.
(xi) Les besoins en fonds de roulement pour les premiers mois d'exploitation du Bien jusqu'à l'encaissement des premières recettes de commercialisation.
(xii) Des chapitres concernant la géologie et les examens géologiques, les géotechnique, l'hydrogéologie, l'évaluation des capacités en eau potable et en eau industrielle, les schémas de traitement métallurgique et les descriptions des installations, l'approvisionnement et la distribution d'électricité, la localisation de l'infrastructure du projet, la main d'œuvre et le personnel, l'impact sur l'environnement social (développement d'écoles, routes, hôpitaux, centres de loisirs et culturels, activités agricoles, etc.), les voies d'importation et d'exportation et les procédures de commercialisation ;
(xiii) Les flux de liquidités projetés, évolution du cash-flow, trésorerie, taux d'endettement, période de remboursement du financement et une prévision économique de la durée de la vie du Projet.
(xiv) La recherche des sources de financement sur le marché international.

(19) « Exercice Social » signifie l'année calendrier. Le premier exercice social prendra court la date de dépôt des Statuts de SWANMINES s.p.r.l. au greffe du Tribunal de Grande Instance de Lubumbashi au 31 décembre de la même année.

(20) « Exploitation Minière » signifie les travaux miniers d'extraction, production, traitement, de transport interne, de manutention de concentration, de traitement métallurgique, de raffinage et autres de traitements des produits et d'aménagement des sites d'exploitation.

(21) « SWANMINES s.p.r.l» signifie la Société Privée à Responsabilité Limitée qui sera créée par GECAMINES et H & J.

(22) « Force Majeure » a la signification décrite à l'article 17 du présent Contrat.

(23) « Frais d'Exploitation » signifie tout frais et dépenses au sens des principes comptables généralement admis exposés par ou pour compte de SWANMINES s.p.r.l. après la Date d'Option, à l'exclusion de :

(i) toutes les Dépenses de Prospection exposées par ou au nom de SWANMINES s.p.r.l. après la Date d'Option ;
(ii) toutes les Dépenses en Capital ;

(iii) tous les amortissements et réductions de valeur de SWANMINES s.p.r.l. au sens des Principes Comptables Généralement Admis, exposés ou pris en compte après la Date d'Option ;
(iv) tous les impôts sur les revenus de SWANMINES s.p.r.l. supportés après la Date d'Option ;
(v) les frais de commercialisation ;
(vi) les intérêts payés a H & J et/ou à ses Sociétés Affiliés sur les avances consenties en vertu du présent Contrat.

(24) « Gérants » signifie les personnes qui, à un moment donné, sont dûment nommées Gérants de SWANMINES s.p.r.l. conformément aux Statuts.

(25) « Gouvernement » signifie le gouvernement de la République Démocratique du Congo.

(26) « Installations » signifie les gisements de KALUKUNDI, les voies de roulage et tout bâtiment, usines et autres infrastructures, installations fixes et améliorations et tous autres biens, meubles ou immeubles, pouvant exister à un moment donné sur ou dans le Bien ou hors du Bien, dans la mesure où ils sont utilisés ou affectés au bénéfice exclusif du Projet.

(27) « Jour Ouvrable » signifie une journée autre que Samedi, Dimanche ou un jour férié en République Démocratique du Congo.

(28) « Obligations » signifient toutes dettes, demandes, Parts, procédures, griefs, requêtes, devoir et obligations de toute nature, quelle qu'en soit la cause.

(29) « Opérations » signifient la Prospection, le Développement et l'Exploitation du Bien et la Commercialisation du produit.

(30) « Produits » signifient les produits finis provenant de l'Exploitation.

(31) « Production commerciale » signifie l'exploitation commerciale du Bien à l'exclusion des traitements minier et métallurgique effectués à des fins d'essais dans le cadre de la mise en opération d'une usine pilote ou des opérations effectuées durant la période de mise au point initiale d'une usine.

(32) « Prospection » signifie toutes les activités visant à déterminer l'existence, l'emplacement, la quantité, la qualité ou la valeur économique des réserves.

(33) « Principes Comptables Généralement admis » signifient les principes comptables généralement admis dans l'industrie minière internationale.

(34) « Parties » signifient les parties au présent Contrat. SWANMINES s.p.r.l. ratifiera le présent Contrat.

(35) « Personne » signifie toute personne physique, société, partenariat, entreprise commune, association, filiale commune, trust, organisation sans personnalité juridique ou gouvernement, ou tout organisme ou subdivision politique du gouvernement.

(36) « Programme » signifie une description raisonnablement détaillé des Opérations à réaliser et des objectifs à atteindre, pendant une période donnée, préparée par le Directeur Général et approuvée par le Conseil de Gérance de SWANMINES s.p.r.l.

(37) « Projet » signifie l'ensemble des activités d'exploitation, de gestion et de conception visant à la mise en valeur du Bien, la Prospection, le Développement et l'Exploitation des gisements miniers du Bien ainsi que la commercialisation des Produits en résultant.

(38) « Parts » signifient les 1000 Parts intégralement libérées, représentant le capital de SWANMINES s.p.r.l.

(39) « Régime Fiscal et Douanier et Autres Garanties » signifie le Régime Fiscal et Douanier et Autres Avantages Spécifiques applicables au Projet SWANMINES s.p.r.l.

(40) « Sociétés Affiliées » signifient toute Société ou entité qui directement ou indirectement, contrôle un Associé ou est contrôlée par un Associé ou toute Société ou entité qui directement ou indirectement, contrôle ou est contrôlée par une Société ou entité qui elle-même contrôle ou est contrôlée par un Associé.
Contrôle signifie la détention directe ou indirecte par une Société ou entité de plus de 50 % des droits de vote à l'Assemblée Générale de cette Société ou entité.

(41) « Statuts » signifient les Statuts de SWANMINES s.p.r.l.

(42) «Taux de Références » signifient le taux d'intérêt LIBOR à un an.

1.2. Genre et Nombre

Dans le présent Contrat, toute référence au genre masculin inclut le genre féminin et vice-versa, et toute référence au singulier inclut le pluriel et vice-versa.

1.3. Délais

Pour le calcul des délais endéans, aux termes desquels, dans lesquels ou suivant lesquels un acte doit être posé ou une démarche entreprise en vertu du présent Contrat, la date de début de ce délai ne sera pas prise en compte, tandis que la date de la fin de ce délai le sera. Si le dernier jour d'un tel délai n'est pas un Jour Ouvrable, ce délai prendra fin le Jour Ouvrable suivant.

1.4. Interprétation Générale

Dans le présent Contrat, sauf s'il est expressément disposé autrement :

(a) Le présent Contrat

Les mots « ci-avant », « ci-dessus », « par le présent » et les autres mots de même portée se réfèrent au présent Contrat compris comme un tout et pas seulement à des articles, à une section ou à une autre subdivision quelconque.

# Exhibit QE–69

News release via Canada NewsWire, Toronto 416-863-9350

Attention Business Editors:
Africo Resources announces CAD$100 million private placement to develop the Kalukundi project, signs agreements to acquire property contiguous to the Kalukundi project and to re-establish its ownership of Swanmines

/THIS PRESS RELEASE IS NOT FOR DISTRIBUTION IN THE UNITED STATES OR TO U.S. NEWS AGENCIES/

TORONTO, April 21 /CNW/ - Africo Resources Ltd (TSX:ARL) is pleased to announce that it has entered into a Subscription Agreement for a private placement of $100 million (Cdn) at a price of $2.50 per unit with Camrose Resources Limited ("Camrose"), a company incorporated under the laws of the British Virgin Islands and of which a trust for the benefit of family members of Dan Gertler is a major shareholder. The subscription price represents approximately a 51% premium to the five day weighted average price as at April 16, 2008. Each unit will consist of a common share and one-half of a share purchase warrant. Each whole warrant will entitle Camrose to acquire an additional common share at a price of $3.50 per share for an eighteen month period following closing. The private placement is subject to satisfaction of a number of conditions, including termination of Africo's Shareholders Rights Plan Agreement, regulatory approval and the approval of Africo's shareholders.

This placement will result in Camrose owning approximately 60% of the outstanding share capital of Africo prior to the exercise of any warrants. Camrose will have majority representation on the Board of Africo, and the right to participate in future financings to maintain its percentage equity ownership.

Concurrently with execution of the Subscription Agreement, Camrose has loaned Cdn.$2 million to Africo. This loan bears interest at a rate equal to the London Interbank Offer Rate plus 2% per annum and matures on the earliest of (i) the completion of the Subscription Agreement, (ii) the termination of the Subscription Agreement and (iii) August 31, 2008. If demand is made upon the completion of the subscription contemplated by the Subscription Agreement, the entire amount will be set off against the aggregate subscription price payable to Africo. If demand is made for any other reason, the entire amount may, at the option of Africo, be repaid by the issuance of common shares at a deemed price of Cdn.$2.50 per share.

Camrose has entered into an agreement to acquire the outstanding shares of Akam Mining Sprl ("Akam"). Akam purportedly holds, indirectly through Swanmines Sprl ("Swanmines"), the Kalukundi property. Camrose and Africo have entered into an agreement (the "Akam Agreement") pursuant to which Africo's subsidiary will unequivocally confirm ownership of 75% of the outstanding shares of Swanmines concurrently with completion of the private placement described above in consideration of 5,400,000 common shares of Africo. Gecamines, a mining company owned by the Democratic Republic of the Congo, owns the remaining 25% of the outstanding shares of Swanmines. Africo is advised that Camrose anticipates completing the transactions with Akam shortly. The Akam Agreement also provides that Akam will release Africo from all claims it has against Africo, and Africo will release Akam from the legal proceedings it has brought against Akam upon ratification of the Akam Agreement by the Africo shareholders and completion of the transactions contemplated by the Akam Agreement. Completion of the private placement and the Akam Agreement will result in Camrose owning approximately 63% of the outstanding share capital of Africo.

In addition, Africo has agreed to acquire a 75% interest in the Mashitu property from an affiliate of Camrose, with the remaining 25% interest continuing to be held by Gecamines. The Mashitu property consists of an exploitation permit for copper, cobalt, gold and nickel in 41 blocks that are contiguous to the Kalukundi property and cover approximately 34.82 square kilometres. The purchase price is to be based on a valuation to be prepared by an independent expert agreed to by the parties and will be paid in common shares of Africo at a price per share of $2.50. The valuation is to be carried out as soon as practicable following the earlier of completion of the

exploration drilling program currently being carried out by Camrose's affiliate and six months following completion of the private placement referred to above. Africo is not in a position to reliably estimate what the purchase price will be, and Africo is obligated to accept the independent expert's determination of the purchase price. This acquisition is subject to satisfaction of conditions precedent, including certain assurances with respect to title, completion of the private placement referred to above and receipt of regulatory and shareholder approval.

Africo has scheduled an annual and special meeting for its shareholders to be held on or about May 23 2008 to approve the above transactions. There can be no assurance that any of the transactions will complete.

Dr Tony Harwood stated that "Mr. Dan Gertler brings to Africo extensive business experience in the DRC, and a proven track record of successful mining investments and expertise. The private placement with Camrose will provide Africo with the equity funding required to advance the Kalukundi project. An integral part of our transaction with Camrose includes facilitating a speedy and successful resolution to the legal dispute over ownership of Swanmines. The acquisition of the Mashitu project owned by Camrose will provide Africo with project synergies and additional land to facilitate completion of its mining project as well as bringing additional resources in Africo to enhance shareholder value. A successful completion of the Akam acquisition would result in the re-establishment of Africo's interest in Swanmines and will benefit our shareholders, Gecamines and the DRC people alike."

Note for editors:
-----------------

Africo Resources Ltd. is a Canadian mineral company, committed to developing, acquiring and exploring for base metal and gold assets in Africa. The company's main project is Kalukundi, a development stage copper-cobalt deposit located in the Katangan Copperbelt in the Democratic Republic of Congo (DRC). The development team has an operational base in the DRC, with the company corporate offices located in Vancouver, Canada. The company listed on the Toronto Stock Exchange in December 2006.

Forward-looking statements:

This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements. Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Other than as required by law, Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.

THIS PRESS RELEASE, REQUIRED BY APPLICABLE CANADIAN LAWS, IS NOT FOR

DISTRIBUTION TO U.S. NEWS SERVICES OR FOR DISSEMINATION IN THE UNITED STATES, AND DOES NOT CONSTITUTE AN OFFER OF THE SECURITIES DESCRIBED HEREIN. THESE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED, OR ANY STATE SECURITIES LAWS, AND MAY NOT BE OFFERED OR SOLD IN THE UNITED STATES OR TO U.S. PERSONS UNLESS REGISTERED OR EXEMPT THEREFROM.

%SEDAR: 00024685E

/For further information: Dr Tony Harwood, President and Chief Executive Officer, on Tel: +27(11) 463-0081; Bill Cavalluzzo, (Investor Relations), on Tel: (416) 265-8049; Michael O'Brien, Chief Financial Officer, on Tel: (604) 646-3225; In South Africa: Charmane Russell, on Tel +27(11) 880-3924/
(ARL.)

CO: Africo Resources Ltd.

CNW 12:17e 21-APR-08

# Exhibit QE–70

*AFRICO RESOURCES LTD.*
*Suite 1540 - 800 West Pender St.*
*Vancouver, B C. V6C 2V6*

NOT FOR DISTRIBUTION IN THE UNITED STATES OR FOR DISSEMINATION TO U.S. NEWS WIRE SERVICES.

**April 13, 2007**

# Africo Increases Financing

**Africo Resources Ltd.** (TSX: ARL) is pleased to announce that further to its news release earlier today and dated April 13, 2007, the financing has been increased to 35,150,000 common shares (“Common Shares”) at C$3.70 per Common Share, for gross proceeds of C$130,055,000 (the “Offering”). Africo has granted the Underwriters an over-allotment option which will allow the Underwriters to purchase an additional number of Common Shares equal to up to 15% of the Offering at a price equal to the issue price, for a period of 30 days following closing.

The Common Shares will be offered in the provinces of Canada, other than Quebec, by way of a short-form prospectus. The offering is expected to close on or about May 8, 2007 and is subject to certain conditions, including, but not limited to the receipt of all necessary approvals including the approval of the TSX and the securities regulatory authorities.

The net proceeds from the Offering will be primarily used to fund the equity requirements for the development of Africo’s Kalukundi project and for general corporate purposes including working capital.

This News Release does not constitute an offer to sell or the solicitation of an offer to buy any common shares within the United States. The common shares have not been offered and will not be registered under the United States Securities Act of 1933, as amended (the “1933 Act”), or any state securities laws. Accordingly, the common shares may not be offered or sold in the United States or to U.S. persons (as such terms are defined in Regulation S under the 1933 Act) unless registered under the 1933 Act and applicable state securities laws or exempt therefrom.

Africo is an exploration company, which is focusing on the further exploration and development of the Kalukundi Property which is located in the Democratic Republic of the Congo (the “DRC”). Africo’s common shares are listed on TSX under the symbol “ARL”. Africo’s principal activities include mineral exploration, development and mining, with a focus on the copper and cobalt sectors in the DRC.

FOR FURTHER INFORMATION PLEASE CONTACT:

Africo Resources Ltd.
Dr. Tony Harwood, President and CEO or
Chris Theodoropoulos, Chairman
(604) 646-3225
or

Africo Resources Ltd.
Bill Cavalluzzo
Investor Relations
1-866-365-4706 or 416 265 8049; E-mail: bcavalluzzo@rogers.com
Website: www.africoresources.com

*AFRICO RESOURCES LTD.*
*Suite 1540 - 800 West Pender St.*
*Vancouver, B C. V6C 2V6*

NOT FOR DISTRIBUTION IN THE UNITED STATES OR FOR DISSEMINATION TO U.S. NEWS WIRE SERVICES.

*This news release contains certain statements that may be deemed "forward-looking statements". All statements in this release, other than statements of historical fact, that address events or developments that Africo expects to occur, are forward looking statements.*

*Forward looking statements are statements that are not historical facts and are generally, but not always, identified by the words "expects", "plans", "anticipates", "believes", "intends", "estimates", "projects", "potential" and similar expressions, or that events or conditions "will", "would", "may", "could" or "should" occur. Although Africo believes the expectations expressed in such forward-looking statements are based on reasonable assumptions, such statements are not guarantees of future performance and actual results may differ materially from those in forward looking statements. Factors that could cause the actual results to differ materially from those in forward-looking statements include market prices, exploitation and exploration success, continued availability of capital and financing and general economic, market or business conditions. Investors are cautioned that any such statements are not guarantees of future performance and actual results or developments may differ materially from those projected in the forward-looking statements. Forward looking statements are based on the beliefs, estimates and opinions of Africo's management on the date the statements are made. Africo undertakes no obligation to update these forward-looking statements in the event that management's beliefs, estimates or opinions, or other factors, should change.*

The Toronto Stock Exchange has not reviewed and does not accept responsibility for the adequacy or accuracy of this release.