# Exhibit 4
# FILED UNDER SEAL