# Exhibit 5

# FILED UNDER SEAL