# Exhibit 16

*A copy of this preliminary short form prospectus has been filed with the securities regulatory authorities in each of the provinces of British Columbia, Manitoba and Ontario, but has not yet become final for the purpose of the sale of securities. Information contained in this preliminary short form prospectus may not be complete and may have to be amended. The securities may not be sold until a receipt for the short form prospectus is obtained from the securities regulatory authorities.*

***This short form prospectus constitutes a public offering of these securities only in those jurisdictions where they may be lawfully offered for sale and therein only by persons permitted to sell such securities. No securities regulatory authority has expressed an opinion about these securities and it is an offence to claim otherwise. The securities have not been and will not be registered under the U.S. Securities Act of 1933, as amended (the "U.S. Securities Act"), or any state securities laws. Accordingly, except as permitted under the Underwriting Agreement, these securities may not be offered or sold in the United States unless registered under the U.S. Securities Act and applicable state laws or an exemption from such registration is available. This short form prospectus does not constitute an offer to sell or a solicitation of an offer to buy any of these securities within the United States. See "Plan of Distribution".***

***Information has been incorporated by reference in this short form prospectus from documents filed with securities commissions or similar authorities in Canada.*** *Copies of the documents incorporated herein by reference may be obtained on request without charge from the Chief Financial Officer of Africo Resources Ltd. at 1540 - 800 West Pender Street Vancouver, British Columbia V6C 2V6; telephone (604) 646-3225. Copies of the documents are also available electronically through the Internet on the Canadian System for Electronic Document Analysis and Retrieval (SEDAR) under the Corporation's name, which can be accessed at www.sedar.com.*

# PRELIMINARY SHORT FORM PROSPECTUS

**New Issue** **April 19, 2007**

AFRICO RESOURCES LTD

## AFRICO RESOURCES LTD.

**$130,055,000**
**35,150,000 Common Shares**

**Price: $3.70 per Common Share**

This short form prospectus qualifies the distribution (the "**Offering**") of 35,150,000 common shares (the "**Shares**" and individually each a "**Share**") of Africo Resources Ltd. (the "**Corporation**") at a price of $3.70 per Share (the "**Offering Price**") pursuant to an underwriting agreement (the "**Underwriting Agreement**") dated as of April 19, 2007 among the Corporation, Paradigm Capital Inc. (the "**Lead Underwriter**") and GMP Securities L.P. (collectively with the Lead Underwriter, the "**Underwriters**"). The price of the Shares offered hereunder was determined by negotiation between the Corporation and the Underwriters. The outstanding common shares of the Corporation are listed for trading on the Toronto Stock Exchange (the "**TSX**") under the symbol "ARL". On April 12, 2007, the last trading day before the announcement of the Offering, the closing price of the Corporation's common shares on the TSX was $3.90. The Corporation has applied to list the securities distributed under this short form prospectus on the TSX.

| | Price to Public | Underwriters' Fee(1) | Net Proceeds to the Corporation(2) |
|---|---|---|---|
| Per Share...................... | $3.70 | $0.222 | $3.478 |
| Total(3) .......................... | $130,055,000 | $7,803,300 | $122,251,700 |

(1) The Corporation has agreed to pay to the Underwriters a cash commission (the "**Underwriters' Fee**") equal to 6% of the gross proceeds realized from the sale of Shares and Additional Shares, as hereinafter defined. See "Plan of Distribution".
(2) After deducting the Underwriters' Fee, but before deducting expenses of the Offering, estimated to be $350,000.
(3) If the Over-Allotment Option (described below) is exercised in full, the total price to the public will be $149,563,250, the total Underwriters' Fee will be $8,973,795 and the total net proceeds to the Corporation, before deducting the expenses of the Offering, will be $140,589,455.

The Corporation has also granted to the Underwriters an option (the "**Over-Allotment Option**") exercisable, in whole or in part, at the sole discretion of the Underwriters, at any time prior to the 30th day following the closing of the Offering, to purchase up to an additional 5,272,500 Shares (the "**Additional Shares**") at the Offering Price to cover over-allotments, if any. This short form prospectus qualifies the grant of the Over-Allotment Option and the issuance of the Additional Shares.

| Underwriters' Position | Maximum Size or number of securities held | Exercise period/ Acquisition date | Exercise price or average acquisition price |
|---|---|---|---|
| Over-Allotment Option | Option to purchase up to 5,272,500 Additional Shares | 30 days from the Closing Date | $3.70 per Additional Share |

Unless otherwise indicated, all information in this short form prospectus assumes no exercise of the Over-Allotment Option.

The Corporation's head office is located at, and its principal address is, Suite 1540 - 800 West Pender Street, Vancouver, British Columbia V6C 2V6; and its registered office is located at Suite 1810 - 1111 West Georgia Street, Vancouver, British Columbia V6E 4M3.

The Underwriters, as principals, conditionally offer the Shares, subject to prior sale, if, as and when issued by the Corporation and accepted by the Underwriters in accordance with the conditions contained in the Underwriting Agreement referred to under "Plan of Distribution", and subject to approval of certain legal matters by Getz Prince Wells LLP, counsel for the Corporation, and by Fraser Milner Casgrain LLP, counsel for the Underwriters. Subject to applicable laws and policies in connection with the Offering, the Underwriters may effect transactions intended to stabilize or maintain the market price for the shares of the Corporation at the level above that which may otherwise prevail on the open markets. Such transactions, if commenced, may be discontinued at any time. See "Plan of Distribution".

Subscriptions for the Shares will be received subject to rejection or allotment, in whole or in part, and the right is reserved to close the subscription books without notice. It is expected that definitive certificates representing the Shares will be available for delivery at closing of the Offering, which will take place on or about May 8, 2007 (the "**Closing Date**"), or such other date as may be agreed between the Corporation and the Underwriters but in any event not later than May 11, 2007. See "Plan of Distribution".

**An investment in the Shares involves a degree of risk and must be considered highly speculative due to the nature of the Corporation's business, the present stage of exploration and development of its mineral properties, and the location of its only material property in the DRC. Prospective investors should carefully consider the risk factors described in this short form prospectus under "Risk Factors Relating to the Corporation's Business".**

## TABLE OF CONTENTS


ELIGIBILITY FOR INVESTMENT ........ 1

DOCUMENTS INCORPORATED BY REFERENCE ........ 1

FOREIGN CURRENCY AND EXCHANGE RATE INFORMATION ........ 2

SPECIAL NOTICE REGARDING FORWARD-LOOKING STATEMENTS ........ 2

THE CORPORATION ........ 2

SUMMARY DESCRIPTION OF THE BUSINESS OF THE CORPORATION ........ 3

RISK FACTORS RELATING TO THE CORPORATION'S BUSINESS ........ 5

USE OF PROCEEDS ........ 13

CONSOLIDATED CAPITALIZATION ........ 13

DESCRIPTION OF SECURITIES BEING DISTRIBUTED ........ 14

PLAN OF DISTRIBUTION ........ 14

SIGNIFICANT ACQUISITIONS ........ 17

LEGAL MATTERS ........ 17

LEGAL PROCEEDINGS ........ 17

INTERESTS OF EXPERTS ........ 18

PROMOTERS ........ 18

AUDITOR, TRANSFER AGENT AND REGISTRAR ........ 18

STATUTORY RIGHTS OF WITHDRAWAL AND RESCISSION ........ 18

AUDITORS' CONSENT ........ C-1

CERTIFICATE OF THE CORPORATION ........ C-2

CERTIFICATE OF THE UNDERWRITERS ........ C-3

## ELIGIBILITY FOR INVESTMENT

In the opinion of Thorsteinssons LLP, tax counsel for the Corporation, and Fraser Milner Casgrain LLP, the Shares, if issued today, would be "qualified investments" today under the *Income Tax Act* (Canada) and the regulations thereunder as currently enacted for trusts governed by registered retirement savings plans, registered retirement income funds, registered education savings plan and deferred profit sharing plans.

## DOCUMENTS INCORPORATED BY REFERENCE

***Information has been incorporated by reference in this short form prospectus from documents filed with securities commissions or similar authorities in Canada (collectively, the "Commissions").*** *Copies of documents incorporated herein by reference may be obtained on request without charge from the Chief Financial Officer of the Corporation at 1540 - 800 West Pender Street Vancouver, British Columbia V6C 2V6; telephone (604) 646-3225. Copies of the documents are also available electronically through the Internet on the Canadian System for Electronic Document Analysis and Retrieval (SEDAR) under the Corporation's name, which can be accessed at www.sedar.com.*

The following documents filed with the Commissions are specifically incorporated by reference into, and form an integral part of, this short form prospectus:

(a) the annual information form of the Corporation dated March 30, 2007 (the "**Annual Information Form**");

(b) the audited consolidated annual financial statements for the fiscal year ended December 31, 2006, together with the notes thereto and the auditors' report thereon dated March 27, 2007;

(c) Management's Discussion & Analysis for the year ended December 31, 2006 dated March 30, 2007; and

(d) Material Change Report relating to the acquisition of H&J (as hereinafter defined) dated April 18, 2007.

Any document of the type referred to above (excluding confidential material change reports) filed by the Corporation with the Commissions or similar authorities in Canada after the date of this short form prospectus and prior to the completion or termination of the Offering, shall be deemed to be incorporated by reference into and form an integral part of this short form prospectus. The documents incorporated or deemed incorporated by reference herein contain meaningful and material information relating to the Corporation, and prospective investors of Shares should review all information contained in this short form prospectus and the documents incorporated by reference before making an investment decision.

**Any statement contained in a document incorporated or deemed to be incorporated by reference herein or in any subsequently filed document, which also is or is deemed to be incorporated by reference herein, shall be deemed to be modified or superseded for the purposes of this short form prospectus to the extent that a statement contained herein, or in any other subsequently filed document which also is incorporated or is deemed to be incorporated by reference herein, modifies or supersedes such statement. The modifying or superseding statement need not state that it has modified or superseded a prior statement or include any other information set forth in the document that it modifies or supersedes. The making of a modifying or superseding statement shall not be deemed an admission for any purposes that the modified or superseded statement, when made, constituted a misrepresentation, an untrue statement of a material fact or an omission to state a material fact that is required to be stated or that is necessary to make a statement not misleading in light of the circumstances in which it was made. Any statement so modified or superseded shall not be deemed in its unmodified or superseded form to constitute a part of this short form prospectus.**

The statements contained in this short form prospectus are not necessarily complete and reference is made to the documents incorporated by reference herein.

## FOREIGN CURRENCY AND EXCHANGE RATE INFORMATION

In this short form prospectus, unless otherwise specified, all references to "$" or "dollars" are to Canadian dollars.

The Corporation prepares its consolidated financial statements in United States dollars. The consolidated financial statements of the Corporation and Management's Discussion and Analysis relating thereto referred to in paragraphs (b) and (c) above under "Documents Incorporated by Reference" are reported in United States dollars. As at December 29, 2006 (the last business day in the year), the Bank of Canada noon rate of exchange between Canadian dollars and United States dollars was US$1.00 = CDN1.1653. As of April 16, 2007, the Bank of Canada noon rate of exchange between Canadian dollars and United States dollars was US$1.00 = CDN1.1310.

The consolidated financial statements of the Corporation incorporated by reference in this short form prospectus have been prepared in accordance with Canadian generally accepted accounting principles ("**Canadian GAAP**").

## SPECIAL NOTICE REGARDING FORWARD-LOOKING STATEMENTS

This short form prospectus may include or incorporate by reference certain statements that are "forward looking statements". All statements, other than statements of historical fact, included or incorporated by reference in this short form prospectus that address activities, events or developments that the Corporation or its management expects or anticipates will or may occur in the future, including such things as future capital expenditures (including the amounts and nature thereof), business strategies and measures to implement strategies, goals, expansion and growth of its business and operations, plans and references to the future success of the Corporation, and other such matters, are forward-looking statements. These forward-looking statements are based on certain assumptions and analyses made by the Corporation and its management in light of its experience and its perception of historical trends, current conditions and expected future developments, as well as other factors it believes are appropriate in the circumstances. However, whether actual results and developments will conform to the expectations and predictions of the Corporation and its management is subject to a number of risks and uncertainties discussed in this short form prospectus and the documents incorporated by reference. Consequently, all of the forward-looking statements made in this short form prospectus and the documents incorporated herein by reference are qualified by these cautionary statements and other cautionary statements or factors contained herein or in documents incorporated by reference herein, and there can be no assurance that the actual results or developments anticipated by the Corporation and its management will be realized or, even if substantially realized, that they will have the expected consequences for, or effects on, the Corporation.

## THE CORPORATION

### Name and Incorporation

Africo Resources Ltd. (the "**Corporation**") was incorporated under the name "CopperCo Resource Corp." on July 4, 2006, pursuant to the *Canada Business Corporations Act*. On December 11, 2006, the Corporation's name was changed to "Africo Resources Ltd.". Throughout this short form prospectus, references made to the "**Corporation**" include its subsidiaries, Africo Resources (B.C.) Ltd. ("**Africo BC**"), Kisankala Mining Corp. ("**Kisankala**"), Seven Seasons Trading 146 Pty Ltd., and The Enterprise H&J Swanepoel Famille Trust sprl (also known as H&J Swanepoel Family Trust sprl) ("**H&J**") and Swanmines s.p.r.l ("**Swanmines**").

On March 30, 2007, the Corporation (indirectly through Kisankala) completed the acquisition of the remaining 52% of the shares of H&J that it did not previously own. As a result, the Corporation indirectly owns 75% of the shares of Swanmines, the holder of the exploitation permit for the Kalukundi Property. See also "Significant Acquisitions".

**Intercorporate Relationships**

The following chart identifies the Corporation's principal subsidiaries, the Corporation's current interest in such subsidiaries, directly or indirectly, and the jurisdictions of incorporation.




## SUMMARY DESCRIPTION OF THE BUSINESS OF THE CORPORATION

The Corporation is an exploration company, focussed principally on the further exploration, development and mining of the Kalukundi Property (hereinafter referred to as the "**Kalukundi Property**"), a copper and cobalt prospect located in the Democratic Republic of the Congo (the "**DRC**"). The Corporation's primary objective is to carry out the exploration and development programs recommended by the technical report on the Kalukundi Property dated June, 2006 prepared by RSG Global Pty Ltd. (the "**Kalukundi Report**"), as more completely described in the Corporation's Annual Information Form incorporated herein by reference, as may be amended from time to time.

The Corporation's only material property, as at the date of this short form prospectus, is the Kalukundi Property. There is no assurance that the Kalukundi Property will prove to be economic, or that the Corporation's other properties will or will not prove to be economic, in the future or at any time. See "Risk Factors".

**Material Property**

H&J is party to the following agreement in relation to the Kalukundi Property. (See "Risk Factors" in relation to the following description.)

***Contract (as amended) for the Establishment of a Company between La Generale des Carrieres et des Mines ("GCM") and H&J for the Mining of the Kalukundi Deposits dated February 2001 (the "Swanmines Agreement")***

GCM, an entity controlled by the government of the DRC, was the exclusive holder of the rights relating to the Kalukundi Property as more particularly described in the Annual Information Form. Pursuant to the Swanmines Agreement, GCM and H&J set up a private limited liability company called Société d'exploitation des gisements de Kalukundi (hereinafter referred to as "**Swanmines**"), of which GCM was to own 45% of the outstanding share capital and H&J was to own 55% of such outstanding share capital. As described below, the Swanmines Agreement was amended to increase H&J's interest to 75%.

GCM covenanted to transfer to Swanmines all its right, title and interest in the Kalukundi Property and to provide to Swanmines all data, information, registers and reports on the Kalukundi Property in its possession. GCM also committed to obtain all regulatory approvals in connection with the mining operations on the Kalukundi Property.

H&J covenanted to provide all necessary financing to Swanmines in connection with its exploitation and development of the Kalukundi Property, to finance a feasibility study on the Kalukundi Property, to commit all necessary funds to commence commercial production on the Kalukundi Property and to finance the building of a metallurgical processing plant following the recommendations of the feasibility study. The Swanmines Agreement provides that: "…as from the date on which the feasibility study is made available to both parties, H&J will dispose of a period of 6 months to find, …" the financing necessary for the investments that will lead to commercial production as decided on the basis of the feasibility study (and the construction of the facilities should start within six months following the expiry of this six month period). In addition, the Swanmines Agreement provides that "…Advances made in the form of a loan by H&J will represent approximately 30% at least of the financing of the first phase of the project…". On or about November 15, 2006, the Corporation delivered a notice to Swanmines and GCM confirming the Corporation's decision to place the deposit into commercial production and to commence construction of the facilities necessary to do so, and provided such parties with a proposed program and budget with respect thereto.

The Swanmines Agreement also provides that GCM has no responsibility with regard to financing of the Kalukundi Property and should be informed of the procedures put in place to effect such financing and may give its opinion on such procedures, where relevant. In addition, the Swanmines Agreement requires GCM to be informed of whether or not the Corporation intends to obtain, in part, the financing necessary to put the Kalukundi Property into commercial production from international banks and agencies and H&J confirmed its capacity to do so. GCM agreed to give its full co-operation to the Corporation to facilitate the granting of such financing, in particular by signing any document and by giving all assurances that may be reasonably required to obtain such financing, without any financial commitment on the part of GCM.

Swanmines covenanted to carry out all mining and exploration activities on the Kalukundi Property, to undertake a feasibility study, to mine the Kalukundi deposits and to process the ore in plants according to the recommendations of such feasibility study on the condition that these recommendations would be accepted by both parties to the Swanmines Agreement, and comply with technical mining standards. Further, Swanmines also covenanted to provide the parties to the Swanmines Agreement with a feasibility study within 24 months of the date of its establishment (the "**Feasibility Study**"). The Feasibility Study was completed by the Corporation and delivered to the parties pursuant to the Swanmines Agreement on May 18, 2006.

The Swanmines Agreement provides that the net profits from the Kalukundi Property will be allocated as follows: 60% to repay all loans incurred by Swanmines and 40% to GCM and H&J, in accordance with their respective proportionate interests in Swanmines and, thereafter, the net profits will be allocated in proportion to the ownership interests of GCM and H&J in Swanmines.

The Swanmines Agreement is in effect until the Kalukundi Property can no longer be mined or until it is terminated by mutual agreement of the parties. The Swanmines Agreement may also be terminated by H&J on 30 days written notice in which case it will transfer its interest to GCM, any indebtedness of Swanmines to H&J will be cancelled, and H&J will remain solely responsible for commitments to third parties. GCM may also terminate the Swanmines Agreement if there is a serious and continuous default or non-compliance by H&J, or non compliance with the deadlines imposed on H&J, that is not remedied within 30 days of receipt of written notice from GCM, in which case GCM will be released of all of its obligations, H&J will remain solely responsible for all its commitments towards third parties, and the indebtedness of Swanmines to H&J will be cancelled. In addition, the Swanmines Agreement provides that "…should GCM fail to execute a non venial provision…" of the Swanmines Agreement, H&J may suspend the execution of its obligations until GCM's failure has been remedied and if GCM does not remedy a failure within 30 days of receipt of a warning from H&J, H&J may terminate the Swanmines Agreement in accordance with the dispute resolution provisions of the Swanmines Agreement.

The Swanmines Agreement was amended by subsequent amendments, the total effect of which was to reduce the interest of GCM in Swanmines to 25% and increase the interest of H&J to 75% effective May 18, 2004. The amendments also extended the time for Swanmines to present the Feasibility Study to 24 months from the last amendment dated May 18, 2004, and provided that Swanmines would pay a royalty of 2.5% on its gross turnover to GCM (a portion of which GCM could require to be paid in advance). In addition, the amendments provide that if the parties are unable to resolve a dispute, the dispute will be finally settled under the Rules of Conciliation and Arbitration of the International Chamber of Commerce of Paris, (the "Rules") by one or more arbitrators appointment in accordance with the said Rules.

The Swanmines Agreement, as amended, provides for Swanmines to be administered by a management board made up of seven members: four appointed from candidates presented by H&J and three appointed from candidates presented by GCM (the "Management Board"). The president of the Management Board will be chosen from one of the members appointed by H&J, the vice-president will be chosen from one of the members appointed by GCM. The post of managing director will be filled by a candidate proposed by H&J and the post of deputy managing director will be filled by a candidate proposed by GCM.

The Management Board will appoint as the general manager the candidate put forward by H&J and as the deputy general manager the candidate put forward by GCM. The general manager will manage and control operations in accordance with certain programs and budgets that are adopted by the Management Board.

## RISK FACTORS RELATING TO THE CORPORATION'S BUSINESS

**There are certain risks associated with the Shares offered hereby that investors should carefully consider. This is a highly speculative offering.** The risks and uncertainties below are not the only risks and uncertainties facing the Corporation. Additional risks and uncertainties not presently known to the Corporation or that the Corporation currently considers immaterial may also impair the business, operations and future prospects of the Corporation and cause the price of the Shares to decline. If any of the following risks actually occur, the business of the Corporation may be harmed and its financial condition and results of operations may suffer significantly. In that event, the trading price of the Shares could decline, and purchasers of the Shares may lose all or part of their investment. In addition to the risks described elsewhere and the other information contained in this short form prospectus, prospective investors should carefully consider each of, and the cumulative effect of all of, the following risk factors.

**Risks Attributable to the DRC**

***Political and Economic Instability***

The DRC has a long history of political instability, significant and unpredictable changes in government policies and laws, war and civil conflict, illegal mining activities, lack of law enforcement and labour unrest. Moreover, the northeast region of the DRC has undergone civil unrest and instability that could have an impact on political, social or economic conditions in the DRC generally. From time to time governments have intervened in the export of mineral concentrates in response to concerns about the validity of export rights and payment of duties. In addition, the government of the DRC is reviewing compliance by mining companies with state deadlines and criteria and proposing to renegotiate or terminate contracts, licences and permits held by companies found to not be in compliance. These factors (which may include new or modified taxes or other government levies as well as other legislation) may result in the curtailment or cessation of the Corporation's activities, adversely affecting the value of the Corporation's assets and the value of the Shares.

***Government Regulation***

The Corporation's mineral exploration and planned development activities will be subject to various laws governing prospecting, mining, development, production, taxes, labour standards and occupational health, mine safety, toxic substances, land use, water use, land claims of local people and other matters. No assurance can be given that the new rules and regulations will not be enacted or that existing rules and regulations will not be applied in a manner which could limit, suspend, terminate or curtail production or development. Government approvals and permits are currently, and may in the future be, required in connection with the Corporation's operations. Parties engaged in mining operations or in the exploration or development of mineral properties may be required to compensate those suffering loss or damage by reason of the mining activities and may have civil or criminal fines or penalties imposed on them for violations of applicable laws or regulations. Amendments to current laws and regulations governing operations or more stringent implementation thereof could have a substantial adverse impact on the Corporation and cause increases in exploration expenses, capital expenditures or production costs or reduction in levels of production at producing properties, or require abandonment or delays in the development of new mining properties.

***Lack of Infrastructure in the DRC***

The transportation and service infrastructure in the DRC is sub-standard and unpredictable. Material delays in the transportation of equipment, supplies and resources may delay the development of the Kalukundi Property. Any such delay is likely to increase the cost of developing the Kalukundi Property, and such increase may be material to the Corporation's business, results of operations and financial condition. Further, the Kalukundi Property will be accessed over lands that may be subject to the interests of third parties. Any assertion by such parties of their interests may delay or disrupt the development and operation of the Kalukundi Property.

***Effects of Inflation on Results of Operations***

The DRC has historically experienced relatively high rates of inflation. Accordingly, the Corporation's costs may be materially affected, which may adversely affect its business and results of operations.

***Health Risks***

HIV/AIDS, malaria and other diseases represent a serious threat to maintaining a skilled workforce in the mining industry throughout Africa. HIV/AIDS, malaria and other diseases are a major healthcare challenge faced by the Corporation's operations in the DRC. There can be no assurance that the Corporation will not lose members of its workforce or workforce man-hours or incur increased medical costs as a result of these high health risks, which may have a material adverse effect on the Corporation's operations.

**General Risks**

***Limited Business History***

The Corporation has only recently commenced operations and has no history of developing a mineral resource property. The likelihood of the success of the Corporation must be considered in light of the problems, expenses, difficulties, complications and delays frequently encountered in connection with the establishment of any business, factors that are exacerbated by the fact that the Corporation's business is conducted in the DRC. There is no assurance that the Corporation can successfully develop the Kalukundi Property, generate revenues, operate profitably, or provide a return on investment in the future.

***No Assurance of Titles***

The Kalukundi Property consists of an exploitation permit that confers on Swanmines certain exclusive rights in relation to 19.54 square kilometers in the DRC. Although the Corporation has investigated its title to the Kalukundi Property, there can be no assurance that it holds valid title or that its title will not be challenged or that any challenge may prove successful. The mineral title records in the DRC are incomplete, may not fully reflect the transfer history and may not disclose agreements, charges and claims that could impact on title to the Kalukundi Property. Likewise, there can be no assurance that the Corporation holds valid title to the shares of H&J and, indirectly, its interest in Swanmines, and there is little that the Corporation can do to investigate these titles. Accordingly, there can be no assurance that its title to the shares in H&J and indirectly, in Swanmines, will not be challenged. Any such challenge, even if ultimately unsuccessful, may have a material adverse impact on the Corporation and the value of the Shares.

***Swanmines Agreement***

The Swanmines Agreement contains a number of provisions which may be subject to differing interpretations. In addition, the Swanmines Agreement does not deal with its subject matter comprehensively. It is, therefore, not possible to accurately and adequately describe in this short form prospectus all of the terms of the Swanmines Agreement. Although the Corporation has made every effort to comply with what it considers to be the material terms of the Swanmines Agreement, if the Swanmines Agreement is determined by a court of competent jurisdiction to have a meaning that differs from the interpretation of the Swanmines Agreement as disclosed in this short form prospectus, the Corporation could be materially adversely affected. Failure to perform its obligations under, and otherwise to comply with, the terms of the Swanmines Agreement may result in a forfeiture without compensation of its interest in the Kalukundi Property.

***Need for Water Rights***

The Corporation requires the ready availability of water if the Kalukundi Property becomes operational. Management believes that the Corporation's current surface rights and water rights are sufficient to carry on the activities of the Corporation's current work program. However, the need may arise for the Corporation to purchase or lease additional surface rights or obtain additional water rights in order to further explore and develop the Kalukundi Property, and its ability to further explore or develop such property may be dependent upon the Corporation's ability to secure such additional surface or water rights.

***Requirement for Permits and Licences***

The operations of the Corporation will require licences, permits and, in some cases, renewals of existing licences and permits from various governmental authorities. The Corporation's ability to obtain, sustain or renew such licences and permits or obtain other required licences or permits on acceptable terms is subject to changes in regulations and policies and to the discretion of the applicable governmental authorities.

***Electricity Supply***

The Corporation must negotiate an adequate power supply agreement with the appropriate utility in the DRC. There is no assurance that the Corporation will be able to secure power or a supply agreement. In addition, failure in electrical power and shortages of the supply of diesel, mechanical parts and other items required for the Corporation's operations occur frequently in the DRC. Extended periods without electricity or other necessary elements required to support its operations could have an adverse effect on the Corporation's business, results of operations and financial condition.

***Dependence on Qualified Personnel***

The Corporation's business is dependent on retaining the services of a small number of key management personnel with a variety of skills and experience, including in relation to development and operation of mineral projects. The success of the Corporation is, and will continue to be, dependent to a significant extent on the expertise and experience of its directors and senior management. The failure to retain, or loss of, one or more of these people could have a materially adverse effect on the Corporation. The Corporation does not maintain insurance on any of its key employees at this time, but this is currently under review.

The Corporation's success will also depend to a significant degree upon the contributions of qualified technical personnel and its ability to attract and retain highly skilled personnel in the DRC and elsewhere. Competition for such personnel is intense, and the Corporation may not be successful in attracting and retaining qualified personnel in the DRC, or in obtaining the necessary work permits to hire qualified expatriates. Its inability to do so in the future may have a materially adverse impact on its business and results of operations.

***Uncertainty in the Estimation of Mineral Reserves and Resources***

There is a degree of uncertainty with respect to the calculation of mineral reserves and mineral resources and corresponding grades being mined or dedicated to future production. Until mineral reserves or mineral resources are actually mined and processed, the quantity of mineral resources and mineral reserve grades must be considered as estimates only. In addition, the quantity of mineral reserves and mineral resources may vary depending on, among other things, metal prices. Any material change in quantity of mineral reserves, mineral resources, grade or stripping ratio may affect the economic viability of the Kalukundi Property. In addition, there can be no assurance that copper recoveries or other metal recoveries in small-scale laboratory tests will be duplicated in larger scale tests under on-site conditions or during production.

Moreover, the economic evaluation of the mineral resources and reserves of the Kalukundi Property includes inferred mineral resources that are considered not to be defined in sufficient detail to have the economic consideration applied to them that would enable them to be categorized as mineral reserves, and there is currently no certainty that the economic analysis proposed will be achieved. Metal price fluctuations, as well as increased production costs or reduced recovery rates, may render ore reserves containing relatively lower grades uneconomic and may ultimately result in a restatement of such ore reserves. Short-term operating factors relating to ore reserves, such as the need for sequential development of ore bodies and the processing of new or different ore types or grades may cause a mining operation to be unprofitable in any particular accounting period.

Fluctuation in copper, cobalt and other base or precious metals prices, results of drilling, metallurgical testing and production and the evaluation of mine plans subsequent to the date of any estimate may require revision of such estimate. The volume and grade of reserves mined and processed and recovery rates may not be the same as currently anticipated. In particular, no assurance can be given that the anticipated tonnages and grades will be achieved or that the indicated level of copper and cobalt recovery will be realized. Any material reductions in estimates of mineral reserves and mineral resources, or estimates of the Corporation's ability to extract these mineral reserves, could have a material adverse effect on the Corporation's results of operations and financial condition.

***Discretion in the Use of Net Proceeds***

As indicated in this short form prospectus, the Corporation intends to use part of the net proceeds from this Offering to fund the development of its Kalukundi Property in the DRC. See "Use of Proceeds". In achieving this goal, the Corporation maintains a broad discretion to spend the proceeds in ways that it deems most efficient. The application of the proceeds to various items may not necessarily enhance the value of the Shares. The failure to apply the net proceeds in accordance with the "Use of Proceeds" section of this short form prospectus and other financings could adversely affect the Corporation's business and, consequently, could adversely affect the price of the Shares on the open market.

***Insufficiency of Funds***

The net proceeds to be realized by the Corporation from the Offering (see "Use of Proceeds") will not be sufficient for the Corporation to complete the recommendations contained in the Kalukundi Report. The development capital cost of the project has been estimated at US$166,000,000 and is based on an engineering, procurement, construction and management implementation strategy. The Corporation is engaged in negotiations with lenders for the balance of the requirements. There can be no assurance that the estimated capital costs of the project will not be exceeded. The Corporation will therefore require significant additional capital in order to fund its operating costs, to service future indebtedness that may be incurred, and to carry out the recommendations in the Kalukundi Report as well as to cover any potential cost overruns. The Corporation currently has no revenues and, until production begins on the Kalukundi Property, is wholly reliant upon external financing to fund all of its capital requirements.

***Potential Dilution***

Pursuant to the Swanmines Agreement, the Corporation, through its subsidiary H&J, is contractually obligated to provide the funding for the Kalukundi Property. There can be no assurance that such additional financing will be available to the Corporation or, if it is, that it will be offered on acceptable terms. If additional financing is raised through the issuance of equity or convertible debt securities of the Corporation, the interests of shareholders in the net assets of the Corporation may be significantly diluted. If additional financing is not available, the Corporation may be unable to satisfy its obligations under the Swanmines Agreement. Any such failure, and any failure of the Corporation to obtain the required financing on acceptable terms, could have a material adverse effect on the Corporation's financial condition, results of operations and liquidity, may require the Corporation to cancel or postpone planned capital investments, and may result in the loss of its interest in the Kalukundi Property.

***Foreign Investments and Operations***

Mineral exploration and mining in certain countries may be affected in varying degrees by political stability and government regulations relating to the mining industry and foreign investment. There can be no assurance that the government of the DRC will not institute regulatory policies that adversely affect the exploration and development on the Kalukundi Property. Any changes in regulations or shifts in political conditions in these countries are beyond the control of the Corporation and may adversely affect its business. Investors should assess the political and regulatory risks related to the Corporation's foreign country investments. Operations may be affected in varying degrees by government regulations with respect to restrictions on production, price controls, export controls, foreign exchange controls, income taxes, expropriation of property, environmental legislation and mine safety.

***Risk of Expropriation and Enforceability of Contracts with Government, Parastatal Organizations or Joint Venture Partners***

It is possible that the current system of exploration and mine permitting in the DRC may change, resulting in impairment of their rights and possibly expropriation of the Corporation's properties without adequate compensation. In addition, there is a possibility that the Corporation's agreements with governments, parastatal organizations or joint venture partners may be unenforceable against these parties.

***Mining and Development Plan***

Although the Corporation has received the Feasibility Study from its consultants, the Corporation's Board of Directors is considering ways in which to optimize the deposit potential contained on the Kalukundi Property and may elect to modify, expand or otherwise embark on a different course of action regarding the Kalukundi Property depending on, among other things, the amount of capital the Corporation raises and the development plan that it ultimately undertakes.

***Exploration, Development and Operating Risk***

The exploration for, and the development of, mineral deposits involves significant risks, which even a combination of careful evaluation, experience and knowledge may not eliminate. While the discovery of an ore body may result in substantial rewards, few properties which are explored are ultimately developed into producing mines. Major expenses will be required to develop metallurgical processes and to construct mining and processing facilities at the Kalukundi Property. Notwithstanding the Feasibility Study, there is no certainty that ongoing expenditures to be made by the Corporation towards mining operations on the Kalukundi Property will result in commercial quantities of ore. It may take many years until production is possible, if at all, during which time the economic feasibility of production may change. Whether a mineral deposit will be commercially viable depends on a number of factors, some of which are: the particular attributes of the deposit, such as size, grade and proximity to infrastructure; metal prices, which are highly cyclical; currency exchange rates, which are volatile; and government regulations, including regulations relating to prices, taxes, royalties, land tenure, land use, importing and exporting of minerals and environmental protection. The exact effect of these factors cannot be accurately predicted, but the combination of these factors may result in the Corporation not receiving an adequate return on its invested capital.

The Corporation's activities will be primarily directed towards the exploration for, and the development of, mineral deposits. Exploration programs entail risks relating to the location of economic ore bodies, the development of appropriate metallurgical processes, the receipt of necessary governmental permits and regulatory approvals, and the timely completion of capital projects, including the construction of mining and processing facilities at mining sites. Major expenses will be required to establish reserves by drilling and to construct mining and processing facilities at a particular site.

Mining operations generally involve a high degree of risk. Although the Corporation does not yet operate a mine on the Kalukundi Property, it intends to develop a mine as indicated in the Kalukundi Report. Such operations are subject to all the hazards and risks normally encountered in the exploration, development and production of copper, cobalt and other base or precious metals, including unusual and unexpected geologic formations, seismic activity, rock bursts, cave-ins, flooding, and other conditions involved in the drilling and removal of material, any of which could result in damage to, or destruction of, mines and other producing facilities, damage to life or property, environmental damage and possible legal liability. Processing operations are subject to hazards such as equipment failure or failure of retaining dams around tailings disposal areas, which may result in environmental pollution and consequent liability.

***Environmental Risks and Hazards and Village Relocation***

All phases of the Corporation's operations will be subject to environmental regulation in the DRC. These regulations will mandate, among other things, the maintenance of air and water quality standards, land reclamation and relocation of people. They will also set forth limitations on the generation, transportation, storage and disposal of sulphuric acid and of solid and hazardous waste. Environmental legislation is evolving in a manner which will require stricter standards and enforcement, increased fines and penalties for non-compliance, more stringent environmental assessments of proposed projects and a heightened degree of responsibility for companies and their officers, directors and employees. There is no assurance that future changes in environmental regulation, if any, will not adversely affect the Corporation's operations. There is also no assurance that the Corporation will be able to effect any required relocation of people in order to develop the Kalukundi Property.

Environmental hazards may exist on the properties in which the Corporation holds interests, which are unknown to the Corporation at present and which have been caused by previous or existing owners or operators of the properties. There can be no assurance that these hazards, if any exist, will not be the Corporation's responsibility and, consequently, may adversely affect the Corporation's operations.

***Commodity Prices***

The development and success of the Corporation's projects will be primarily dependent on the future price of base and precious metals and the price of copper and cobalt in particular. Commodity prices are subject to significant fluctuation and are affected by a number of factors that are beyond the control of the Corporation. Such factors include, but are not limited to, the sale or purchase of base or precious metals by various central banks and financial institutions, interest rates, exchange rates, inflation or deflation, fluctuation in the value of the United States dollar (the currency in which resource prices generally are quoted) and other currencies, global and regional supply and demand, speculative trading, the overall level of forward commodity sales, international or regional political and economic events or trends and the political and economic conditions of major producing countries throughout the world. The price of base and precious metals has fluctuated widely in recent years, and future serious price declines could cause the continued development of, and commercial production from, the Corporation's properties to be impracticable. Depending on the price of base and precious metals, projected cash flows from planned mining operations may not be sufficient and the Corporation could be forced to discontinue development and may lose its interest in, or may be forced to sell, some of its properties. Future production from the Corporation's mining properties is dependent on commodity prices that are adequate to make these properties economic.

In addition to adversely affecting the Corporation's reserve estimates and its financial condition, declining commodity prices can impact operations by requiring a reassessment of the feasibility of a particular project. Such a reassessment may be the result of a management decision or may be required under financing arrangements related to a particular project. Even if the Kalukundi Property is ultimately determined to be economically viable, the need to conduct such a reassessment may cause substantial delays or may interrupt operations until the reassessment can be completed.

***Competition***

The mining industry is competitive in all of its phases. The Corporation will face strong competition from other mining companies in connection with the acquisition of properties producing, or capable of producing, precious and base metals. Many of these companies have greater financial resources, operational experience and technical capabilities than the Corporation. As a result of this competition, the Corporation may be unable to maintain or acquire additional attractive mining properties on terms it considers acceptable, or at all. Consequently, the Corporation's revenues, operations and financial condition could be materially adversely affected.

***Insurance and Uninsured Risks***

The Corporation does not currently have comprehensive insurance coverage in place, including director and officer liability insurance. The Corporation's business will be subject to a number of risks and hazards generally, including: adverse environmental conditions, industrial accidents, labour disputes, unusual or unexpected geological conditions, ground or slope failures, cave-ins, changes in the regulatory environment and natural phenomena such as inclement weather conditions, floods and earthquakes. Such occurrences could result in damage to mineral properties or production facilities, personal injury or death, environmental damage to the Corporation's properties or the properties of others, delays in development or mining, monetary losses and possible legal liability. Although the Corporation will maintain insurance to protect against certain risks in such amounts as it considers to be reasonable, its insurance may not cover all of the potential risks associated with its operations. In addition, the Corporation may also be unable to maintain insurance to cover these risks at economically feasible premiums. Insurance coverage may not continue to be available or may not be adequate to cover any resulting liability. Moreover, insurance

against political risk, and risks such as environmental pollution or other hazards as a result of exploration and production, is not generally available to the Corporation or to other companies in the mining industry on acceptable terms. Losses from these events may cause the Corporation to incur significant costs that could have a material adverse effect upon its financial performance, solvency and results of operations.

***Currency Risks***

A significant portion of the Corporation's operating expenses will be incurred in United States dollars and Congolese francs. From time to time, the Corporation may borrow funds and will incur capital expenditures that are denominated in foreign currency. In addition, any revenue generated from operations may be in United States dollars. Accordingly, foreign currency fluctuations may adversely affect the Corporation's financial position and results of operations.

***Increased Labour Costs, Construction Costs and Availability of Mining Equipment***

Wages and related labour and consulting costs account for a large portion of the Corporation's costs. Accordingly, the Corporation's costs may be materially affected by increases in wages and related labour and consulting costs. A number of the items that the Corporation requires for mine construction are currently in high demand due to an increased level of activity in the global mining industry. If the Corporation cannot identify and procure new equipment on a timely basis, or identify and purchase suitable used equipment, this may result in delays to the Kalukundi Property construction schedule and, therefore, may also delay the start-up of mining operations and/or increase estimated costs. The amount of capital costs associated with the development of a mining property is adversely impacted by escalations in the price of items related to construction, including steel, fuel, concrete and other construction consumables. Such price escalations are caused by numerous factors beyond the Corporation's control.

***Conflicts of Interest***

Some of the directors and officers of the Corporation will not be devoting all of their time to the affairs of the Corporation. The directors and officers of the Corporation are directors and officers of other companies, some of which are in the same business as the Corporation. The directors and officers of the Corporation are required by law to act in the best interests of the Corporation. They have the same obligations to the other companies in respect of which they act as directors and officers. Discharge by the directors and officers of their obligations to the Corporation may result in a breach of their obligations to the other companies and, in certain circumstances, this could expose the Corporation to liability to those companies. Similarly, discharge by the directors and officers of their obligations to the other companies could result in a breach of their obligation to act in the best interests of the Corporation. Such conflicting legal obligations may expose the Corporation to liability to others and impair its ability to achieve its business objectives.

***Future Mining Operations***

There is no assurance that the Corporation will produce revenue, operate profitably or provide a return on investment in the future from mining operations.

***Fluctuation in Market Value of the Corporation's Common Shares***

The market price of a publicly-traded stock is affected by many variables not directly related to the corporate performance of the Corporation, including the market in which it is traded, the strength of the economy generally, the availability and attractiveness of alternative investments, and the breadth of the public market for the stock. The effect of these and other factors on the market price of the common shares of the Corporation on the TSX in the future cannot be predicted.

## USE OF PROCEEDS

The gross proceeds to be received from the sale of the Shares will be $130,055,000 ($149,563,250 assuming full exercise of the Over-Allotment Option). The net proceeds to be received after payment of the Underwriters' Fee of $7,803,300 ($8,973,795 assuming full exercise of the Over-Allotment Option) and after deducting the estimated expenses of the Offering, including estimated expenses of $350,000 related to the preparation and filing of this short form prospectus, will be $121,901,700 ($140,239,455 assuming full exercise of the Over-Allotment Option).

The Corporation proposes to use such net proceeds for the purposes listed below:

| Purpose | Amount assuming no exercise of Over-Allotment Option | Amount assuming full exercise of Over-Allotment Option |
|---|---|---|
| Development of the Kalukundi Property[1] | $100,000,000 | $100,000,000 |
| Costs of this issue including legal, audit, printing costs and Underwriters' expenses | $350,000 | $350,000 |
| Estimated general and administrative expenses for the 18 months following the offering | $19,100,000 | $19,100,000 |
| For general corporate purposes | $2,801,700 | $21,139,455 |
| **Total Net Funds Available:** | **$122,251,700** | **$140,589,455** |

(1) See "Item 3.10 – Mineral Projects – The Kalukundi Property" in the Corporation's Annual Information Form.

Although the Corporation intends to expend the proceeds from the Offering as set out in the table above, the actual allocation of the net proceeds may vary from that set out above, depending on future developments in the Corporation's mineral properties or unforeseen events at the discretion of management of the Corporation.

## CONSOLIDATED CAPITALIZATION

The following table sets forth the consolidated capitalization of the Corporation as at the dates indicated, adjusted to give effect to the material changes in the share and loan capital of the Corporation since the financial year-end, December 31, 2006. The table should be read in conjunction with the Corporation's audited consolidated financial statements for the financial year ended December 31, 2006, including the notes thereto, and the management discussion and analysis of results of operations and financial condition for such period, which are incorporated by reference in this short form prospectus. The Corporation prepares its consolidated financial statements in United States dollars. As at December 29, 2006 (the last business day in the year), the Bank of Canada noon rate of exchange between Canadian dollars and United States dollars was US$1.00 = CDN1.1653. As of April 16, 2007, the Bank of Canada noon rate of exchange between Canadian dollars and United States dollars was US$1.00 = CDN1.1310.

| Capital | Outstanding as at December 31, 2006 | Outstanding as at March 31, 2007 | Outstanding as at March 31, 2007 after giving effect to the Offering[(1)(2)] |
|---|---|---|---|
| Common shares[(3)] | US$29,782,986 (24,500,597 common shares) | US$29,996,799 (24,987,211 common shares) | US$137,778,055 (60,137,211 common shares) |
| Warrants | US$1,163,255 (2,688,980 warrants) | US$1,163,255 (2,688,980 warrants) | US$1,163,255 (2,688,980 warrants) |
| Contributed Surplus | US$1,686,342 | US$1,632,150 | US$1,632,150 |

| Capital | Outstanding as at December 31, 2006 | Outstanding as at March 31, 2007 | Outstanding as at March 31, 2007 after giving effect to the Offering(1)(2) |
|---|---|---|---|
| Total Capitalization(4) | US$32,632,583 | US$32,792,204 | US$140,573,460 |

(1) Excluding the exercise of the Over-Allotment Option (see "Plan of Distribution").
(2) After deducting the Underwriters' Fee of $7,803,300 and expenses of the Offering estimated at $350,000 (see "Plan of Distribution").
(3) As of the date of this short form prospectus, there are 24,987,211 common shares in the capital of the Corporation outstanding. See "Description of Securities Being Distributed".
(4) The total capitalization is the sum of the common shares, warrants and contributed surplus.

## DESCRIPTION OF SECURITIES BEING DISTRIBUTED

The Corporation is authorized to issue an unlimited number of common shares without par value, of which 24,987,211 were issued and outstanding as at April 18, 2007. The common shares rank equally and are entitled to dividends, voting powers and participation in assets upon dissolution or winding-up, as the case maybe. No common shares have been issued subject to call or assessment. There are no pre-emptive or conversion rights attached to the common shares and no provisions for redemption, retraction, or purchase for cancellation, surrender, or sinking or purchase funds, or provision permitting or restricting the issuance of additional securities, or requiring a securityholder to contribute additional capital. Shareholders are entitled to receive notice of and to attend all meetings of shareholders, with each common share held entitling the holder to one vote at such meetings. Shareholders are entitled to dividends if, as and when declared by the Board of Directors of the Corporation.

## PLAN OF DISTRIBUTION

### The Offering

Pursuant to an agreement entered into among the Corporation and the Underwriters on April 19, 2007 (the "**Underwriting Agreement**"), the Corporation has agreed to sell and the Underwriters have agreed to purchase, as principals, 35,150,000 Shares at a price of $3.70 per Share on the terms and subject to the conditions set out in the Underwriting Agreement against delivery of the certificates representing the Shares.

Pursuant to the Underwriting Agreement, the Corporation appointed the Underwriters to offer the Shares to the public in the provinces of British Columbia, Manitoba and Ontario and to invite certain persons in the United Kingdom to purchase Shares. In consideration for such services, the Corporation has agreed to pay to the Underwriters the Underwriters' Fee of 6% of the gross proceeds of the Offering, including proceeds from the purchase of Additional Shares.

The Corporation has granted the Underwriters an Over-Allotment Option, exercisable in whole or in part for a period of 30 days following the Closing Date, at the sole discretion of the Underwriters, enabling them to purchase the Additional Shares at the Offering Price. If the Over-Allotment Option is exercised in full, an aggregate of 40,422,500 Shares will be sold and the price to the public, the Underwriters' Fee and the net proceeds of the Offering to the Corporation will be $149,563,250, $8,973,795, and $140,589,455 (before deducting expenses of the Offering) respectively. This short form prospectus also qualifies the grant of the Over-Allotment Option and the distribution of the Additional Shares.

The obligations of the Underwriters under the Underwriting Agreement are several and may be terminated at their discretion upon the occurrence of certain stated events. The Underwriters are, however, obligated to take up and pay for all of the 35,150,000 Shares offered hereby if any such Shares are purchased under

the Underwriting Agreement. The Corporation has agreed to indemnify the Underwriters and their respective affiliates, directors, officers, employees and agents against certain liabilities.

It is expected that the closing of the Offering will take place on or about May 8, 2007 or such other date as the Corporation and the Underwriters shall agree (the "Closing Date") but no later than May 11, 2007.

Pursuant to rules and policy statements of certain Canadian securities regulators, the Underwriters may not, at any time during the period ending on the date the selling process for the Shares ends and all stabilization arrangements relating to the Shares are terminated, bid for or purchase Shares. The foregoing restrictions are subject to certain exceptions including (a) a bid for or purchase of Shares if the bid or purchase is made through the facilities of the TSX, in accordance with the Universal Market Integrity Rules of Market Regulation Services Inc., (b) a bid or purchase on behalf of a client, other than certain prescribed clients, provided that the client's order was not solicited by the Underwriter, or if the client's order was solicited, the solicitation occurred before the period of distribution as prescribed by the rules, and (c) a bid or purchase to cover a short position entered into prior to the period of distribution as prescribed by the rules. The Underwriters may engage in market stabilization or market balancing activities on the TSX where the bid for or purchase of the Shares is for the purpose of maintaining a fair and orderly market in the Shares, subject to price limitations applicable to such bids or purchases. Such transactions, if commenced, may be discontinued at any time.

Pursuant to the Underwriting Agreement, the Corporation has agreed that, without the prior written consent of the Lead Underwriter, such consent not to be unreasonably withheld, it shall not, for a period of 90 days after the closing of the Offering, directly or indirectly issue for sale or resale or otherwise dispose of, or announce any intention to do so, in a public offering, by way of private placement or otherwise any common shares or financial instruments or securities convertible into or exercisable or exchangeable for common shares (except in connection with the issuance of securities of the Corporation pursuant to employee or executive incentive compensation arrangements or other existing commitments of the Corporation to issue common shares as of the date hereof) except in the case of international financial organizations which may, alongside debt financing which they may provide, inject equity to a maximum amount of $30,000,000 on terms no more favourable than those at which the Offering is completed.

The Underwriting Agreement provides that, without the prior written consent of the Lead Underwriter, such consent not to be unreasonably withheld, management and the directors of the Corporation shall not, for a period of 60 days after the closing of the Offering (i) offer, sell, contract to sell, secure, pledge, grant or sell any option, right or warrant to purchase, or otherwise lend, transfer or dispose of any common shares or securities convertible into or exercisable or exchangeable for common shares, or (ii) make any short sale, engage in any hedging transaction, or enter into any swap or other arrangement that transfers to another, in whole or in part, any of the economic consequences of ownership of common shares.

The Corporation has applied to list the securities distributed under this short form prospectus on the TSX.

The Offering Price of the Shares offered by the Underwriters was determined by negotiation between the Corporation and the Lead Underwriter on behalf of the Underwriters.

**Offering in the United States**

The Shares offered hereby have not been and will not be registered under the U.S. Securities Act, or any securities or "blue sky" laws of any of the states of the United States. Accordingly, the Shares may not be offered or sold within the United States except in accordance with an exemption from the registration requirements of the U.S. Securities Act and applicable state securities laws. In addition, the Underwriting Agreement provides that the Underwriter will offer and sell securities outside the United States only in accordance with Regulation S under the U.S. Securities Act.

This short form prospectus does not constitute an offer to sell or a solicitation of an offer to buy any of the Shares offered hereby in the United States. In addition, until 40 days after the commencement of the

Offering, an offer or sale of the Shares within the United States by any dealer, whether or not participating in the Offering, may violate the registration requirement of the U.S. Securities Act if such offer or sale is made otherwise than in accordance with an available exemption from registration under the U.S. Securities Act.

**Offering in the United Kingdom**

This short form prospectus has been distributed on the basis set out below by the Underwriters in the United Kingdom. This short form prospectus and its contents have not been approved by an authorized person pursuant to section 21 of the Financial Services and Markets Act 2000 ("**FSMA**"). The contents of this short form prospectus are confidential and it is being supplied to United Kingdom residents and persons in the United Kingdom solely for their information and may not be reproduced or redistributed, in whole or in part, for any purpose, unless otherwise agreed in writing by the Underwriters and the Corporation. By accepting this short form prospectus, the recipient agrees to keep permanently confidential the information contained herein or sent herewith or made available in connection with further enquiries.

In furnishing this short form prospectus to recipients in the United Kingdom, neither the Underwriters nor the Corporation undertakes or agrees to any obligation to provide the recipient with access to any additional information or to update this short form prospectus or to correct any inaccuracies in, or omission from, this short form prospectus which may become apparent. No representation or warranty, express or implied, is given by or on behalf of the Corporation, any of its directors, the Underwriters or any of their respective shareholders, directors, officers, agents, employees or advisors, or any other person referred to in this short form prospectus as to the accuracy, completeness and fairness of the information or opinions contained therein and, to the extent permitted by law and save in the case of fraud, no responsibility or liability is accepted for any such information or opinions. **Prospective investors in the United Kingdom interested in investing are strongly recommended to seek their own independent financial advice from a person authorized under FSMA.**

This short form prospectus should not be considered as the giving of investment advice by the Corporation, the Underwriters or any of their respective shareholders, directors, officers, agents, employees or advisors. Each party in the United Kingdom to whom this short form prospectus is made available must make its own independent assessment of the Corporation after making such investigations and taking such advice as may be deemed necessary.

This short form prospectus is directed at and is only being distributed in the United Kingdom to persons: (1) who have professional experience in matters relating to investments being investment professionals as defined in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 ("**FPO**"), (2) who fall within Article 49(2)(a) to (d) ("high net worth companies, unincorporated associations, etc") of the FPO, or (3) to whom this communication may otherwise be lawfully made (all such persons in (1) to (3) together being referred to as "**Relevant Persons**"). This short form prospectus must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which this short form prospectus relates is available only to Relevant Persons and will be engaged in only with Relevant Persons.

The Shares will not be offered to the public in the United Kingdom (within the meaning of section 102 B of the FSMA), save in circumstances where it is lawful to do so without an approved prospectus (within the meaning of section 85 of the FSMA) being made available to the public before the offer is made. Accordingly, this short form prospectus does not constitute a prospectus in the United Kingdom and will not be approved by the United Kingdom's Financial Services Authority.

Any United Kingdom resident or person in the United Kingdom acquiring Shares will be deemed to have confirmed, represented, acknowledged and undertaken to the Underwriters and the Corporation and their respective directors that:

1. they are a person falling within the exemption contained in 86(1)(a) of FSMA and falling within one or more of the categories of persons set out in Article 19 (Investment Professionals) or Article 49 (High net worth companies, unincorporated associations etc.) of the FPO;

2. they are acting as principal and for no other person and that their acceptance of the Shares will not give any other person a contractual right to require the issue by the Corporation of any Shares;

3. that in accepting the Shares they are not applying for registration as, or as a nominee or agent for, a person who is or may be a person mentioned in sections 67 to 72 inclusive and sections 93 to 97 inclusive of the Finance Act 1986;

4. to the extent applicable to them, they are aware of their obligations in connection with the Criminal Justice Act 1993 ("**CJA**"), the Anti-Terrorism, Crime and Security Act 2001, the Proceeds of Crime Act 2002 and Part VIII of FSMA, and have identified their clients in accordance with the Money Laundering Regulations 2003 and have complied fully with their obligations pursuant to those Regulations.

The distribution of this short form prospectus in or to persons in certain jurisdictions may be restricted by law and person into whose possession this short form prospectus comes should inform themselves about, and observe, any such restriction. Any failure to comply with these restrictions may constitute a violation of the laws of the relevant jurisdiction.

## SIGNIFICANT ACQUISITIONS

On March 30, 2007, the Corporation (indirectly through Kisankala) completed the acquisition of the remaining 52% of the shares of H&J that it did not previously own. As a result, the Corporation indirectly owns 75% of the shares of Swanmines, the holder of the exploitation permit for the Kalukundi Property. As the acquisition of H&J constitutes a "significant acquisition" pursuant to applicable securities legislation, the Corporation is preparing the necessary financial statements to reflect the acquisition of H&J. The Corporation will also prepare and file with the securities regulatory authorities a business acquisition report (the "**BAR**") required under applicable securities legislation. The Corporation expects to incorporate the BAR by reference into the final prospectus for this Offering.

## LEGAL MATTERS

Certain Canadian legal matters relating to the Offering and to the Shares to be distributed pursuant to this short form prospectus will be passed upon for the Corporation by Getz Prince Wells LLP, and for the Underwriters by Fraser Milner Casgrain LLP.

## LEGAL PROCEEDINGS

Subsequent to its most recently completed financial year end, the Corporation was made aware that one of its former employees in the DRC, Mr. Alessandro Berardone, initiated legal proceedings against the Corporation before the Court of Grande Instance of Lubumbashi in the DRC on the grounds that he had an employment contract with the Corporation which provided for a performance based bonus, among other things, which contract was terminated by the Corporation without payment of such bonus. He also claimed that he was responsible for the Corporation's acquisition of its interest in the Kalukundi Property as well as certain mining concessions acquired by the Corporation, for which he was not properly compensated. He claimed the amount of US$30,000,000. Mr. Berardone, without proper notice to the Corporation, obtained a default judgement against the Corporation in the amount of US$3,000,400. The Corporation has commenced proceedings to set aside the default judgement. The matter was scheduled to be heard in the Lubumbashi Court on April 5, 2007, but has been postponed to May 3, 2007.

## INTERESTS OF EXPERTS

None of Thorsteinssons LLP, tax counsel for the Corporation and Fraser Milner Casgrain LLP, counsel for the Underwriters, nor John Hearne, BEng., MBA, MAusIMM or Dr. Julian Verbeek, BSc (Honours), PhD (Geol.), MAusIMM, the authors of the Kalukundi Report, each being companies or persons who have prepared or certified a statement, report or valuation in this short form prospectus, either directly or in a document incorporated by reference and whose profession or business gives authority to the statement, report or valuation made by the person or company, nor any director, officer, employee or partner thereof, as applicable, received or has received a direct or indirect interest in the property of the Corporation or of any associate or affiliate of the Corporation.

As of the date hereof, the aforementioned persons, and the directors, officers, employees and partners, as applicable, of each of the aforementioned companies and partnerships beneficially own, directly or indirectly, in the aggregate less than one percent of the securities of the Corporation or of any associate or affiliate of the Corporation.

## PROMOTERS

Rubicon Minerals Corporation ("**Rubicon**") is the promoter of the Corporation within the meaning of applicable securities legislation, by virtue of having taken the initiative in founding the Corporation. Prior to the Plan of Arrangement described in the Corporation's Annual Information Form, Rubicon was the holder of approximately 39% of the outstanding shares of Africo BC. Upon completion of the Plan of Arrangement, Rubicon distributed its equity interest in Africo BC to its shareholders who acquired shares of the Corporation. As at the date of this short form prospectus, Rubicon has advised that it holds 42,749 common shares of the Corporation being 0.17% of the common shares of the Corporation outstanding and issued as of the date hereof and no shares of Africo BC. Concurrently with the filing of this short form prospectus, the Corporation has applied to the British Columbia Securities Commission, as its principal regulator, for an exemption from the requirement that Rubicon sign this short form prospectus as a promoter.

## AUDITOR, TRANSFER AGENT AND REGISTRAR

The Corporation's auditor is PricewaterhouseCoopers LLP, Chartered Accountants, of Vancouver, British Columbia. PricewaterhouseCoopers LLP is independent of the Corporation in accordance with the Rules of Professional Conduct of the Institute of Chartered Accountants of British Columbia.

The transfer agent and registrar for the Corporation's common shares is Computershare Investor Services Inc. at its principal offices in the cities of Vancouver, British Columbia and Toronto, Ontario.

## STATUTORY RIGHTS OF WITHDRAWAL AND RESCISSION

Securities legislation in certain of the provinces of Canada provides purchasers with the right to withdraw from an agreement to purchase securities. This right may be exercised within two business days after receipt or deemed receipt of a prospectus and any amendment. In several of the provinces, the securities legislation further provides a purchaser with remedies for rescission or, in some jurisdictions, damages if the prospectus and any amendment contains a misrepresentation or is not delivered to the purchaser, provided that such remedies for rescission or damages are exercised by the purchaser within the time limit prescribed by the securities legislation of the purchaser's province. The purchaser should refer to applicable provisions of the securities legislation of such purchaser's province for the particulars of these rights or consult with a legal adviser.

**AUDITORS' CONSENT**

We have read the short form prospectus of Africo Resources Ltd. (the "Corporation") dated ♦, 2007, relating to the qualification for distribution of 35,150,000 common shares of the Corporation. We have complied with Canadian generally accepted standards for an auditor's involvement with offering documents.

We consent to the incorporation by reference in the above-mentioned short form prospectus of our report to the shareholders of the Corporation on the consolidated financial statements of the Corporation as at and for the years ended December 31, 2006 and 2005. Our report is dated March 27, 2007.

♦Chartered Accountants

Vancouver, British Columbia
♦, 2007

**CERTIFICATE OF THE CORPORATION**

April 19, 2007

This short form prospectus, together with the documents incorporated herein by reference, constitutes full, true and plain disclosure of all material facts relating to the securities offered by this short form prospectus as required by the securities legislation of each of the provinces of British Columbia, Manitoba and Ontario.

*"Antony Harwood"*
(signed) Dr. Antony Harwood
Chief Executive Officer & President

*"Michael O'Brien"*
(signed) Michael O'Brien
Chief Financial Officer

On Behalf of the Board of Directors of the Corporation

*"Chris Theodoropoulos"*
(signed) Chris Theodoropoulos
Director

*"David Adamson"*
(signed) David Adamson
Director

**CERTIFICATE OF THE UNDERWRITERS**

April 19, 2007

To the best of our knowledge, information and belief, this short form prospectus, together with the documents incorporated herein by reference, constitutes full, true and plain disclosure of all material facts relating to the securities offered by this short form prospectus as required by the securities legislation of each of the provinces or British Columbia, Manitoba and Ontario.

**PARADIGM CAPITAL INC.**

*"Andrew Partington"*
(signed) Andrew Partington
Partner, Corporate Finance

**GMP SECURITIES L.P.**

*"Mark Wellings"*
(signed) Mark Wellings
Managing Director, Investment Banking