# Exhibit 51

**AFRICO RESOURCES LTD.**
**(the "Corporation")**

**REPORT OF VOTING RESULTS**

**Section 11.3 of National Instrument 51-102 - Continuous Disclosure Obligations**

The following matters were voted upon at the annual and special meeting of shareholders of the Corporation held on June 29, 2016. Each of the matters set out below is described in greater detail in the management proxy circular of the Corporation dated May 31, 2016 (the "**Circular**").

1) A special resolution was passed, the full text of which was set forth in Appendix A of the Circular, to approve a plan of arrangement, whereby Camrose Resources Limited ("**Camrose**") will acquire all of the common shares of the Corporation that Camrose does not already own for the consideration specified in the Circular. According to the ballots cast, the special resolution was approved with the following results:

   *Standard approval*

   Votes For – 67,076,976 (99.997%)
   Votes Against – 1,700 (0.003%)
   Total Shares Voted – 67,078,676 (100.000%)

   *Minority approval excluding the votes of Camrose*

   Votes For – 21,676,976 (99.992%)
   Votes Against – 1,700 (0.008%)
   Total Shares Voted – 21,678,676 (100.000%)

2) On a vote by a show of hands a majority of shareholders elected the following nominees as directors of the Corporation for the ensuing year, or until successors are appointed:

   James Cook
   Jonathan Cordero
   George Ireland
   Edward Lauer
   Chris Theodoropoulos

3) On a vote by a show of hands a majority of shareholders appointed PricewaterhouseCoopers LLP, Chartered Accountants as auditors of the Corporation and the directors were authorized to fix the auditors' remuneration.

Dated June 29, 2016